AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____Delaware_____

Crown Packaging Technology, Inc.
and Crown Cork & Seal USA, Inc.

**SUMMONS IN A CIVIL CASE**

V.

Rexam Beverage Can Co, and
Rexam Beverage Can Americas, Inc.

CASE NUMBER: 05-608

TO: (Name and address of Defendant)

Rexam Beverage Can Americas, Inc.
c/o National Registered Agents, Inc.
160 Greentree Drive
Suite 101
Dover, Delaware 19904

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Barry M. Klayman
Wolf, Block, Schorr and Solis-Cohen, LLP
1100 N. Market Street, Suite 1001
Wilmington, Delaware 19801
(302) 777-0313
bklayman@wolfblock.com

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                    8/22/05
_____        _____
CLERK                                              DATE

_E.L. Strickler_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE August 30, 2005 |
| NAME OF SERVER (PRINT) Robert Bower | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: National Registered Agents Inc, 160 Greentree Drive, Ste 101 Dover DE 19904. Service accepted by Debbie Sealund at 2:49 p.m.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _Robert V Bowey_
              Date                     Signature of Server

32 Lockerman St, Ste 108 Dover DE 19904
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.