IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> REXAM BEVERAGE CAN CO. and REXAM BEVERAGE CAN AMERICAS, INC. <br><br> Defendants. | ) ) ) ) ) Civil Action No. 05-608 (KAJ) ) ) ) ) JURY TRIAL DEMANDED ) ) ) ) ) ) |

**STIPULATION AND ORDER TO EXTEND TIME TO
RESPOND TO FIRST AMENDED COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendants, through their undersigned attorneys, subject to the approval of the Court, that the time within which Defendants must answer or otherwise plead or move in response to the First Amended Complaint is extended until October 19, 2005.

Defendants requested this extension in order to have sufficient time to locate and retain counsel to represent them in this action. No prior extension has been requested.

WIL:54206.2/CRO056-230788

Dated: September 16, 2005

*[signature]*
Barry M. Klayman (#3676)
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 N. Market Street, Suite 1001
Wilmington, DE 19801
Tel: (302) 777-0313
Fax: (302) 778-7813

*Attorneys for Plaintiffs*
*Crown Packaging Technology, Inc. and*
*Crown Cork & Seal USA, Inc*

*[signature]*
Halyna M. Traversa
Vice President and General Counsel
Rexam Beverage Can Americas
8770 W. Bryn Mawr Ave., Ste. 175
Chicago, IL 60631-3655
Tel: (773) 399-3526

*Attorney for Defendants*

So Ordered:

_____
Jordan, J.