## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 05-608 (KAJ) |
| v. | ) ) | |
| REXAM BEVERAGE CAN CO. and REXAM BEVERAGE CAN AMERICAS, INC. | ) ) ) ) | |
| Defendants. | ) ) | |

## MOTION AND ORDER FOR ADMISSION
## PRO HAC VICE OF CHAD E. ZIEGLER

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the

admission pro hac vice of Chad E. Ziegler, Esquire, an attorney with Woodcock

Washburn LLP, to represent plaintiffs, Crown Technology Packaging, Inc., and Crown

Cork & Seal USA, Inc., in this matter.

Barry M. Klayman, Esquire (#3676)
WOLF, BLOCK, SCHORR and
SOLIS-COHEN LLP
1100 North Market Street, Suite1001
Wilmington, DE 19801
(302) 777-0313

Attorneys for Plaintiffs

Dated: 9/19/2005

WIL:53535.1/CRO056-230788

## <u>CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE</u>

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this

Court, am admitted, practicing and in good standing as a member of the Bar of the

Commonwealth of Pennsylvania, the U.S. District Court for the Eastern District of

Pennsylvania, and the U.S. Court of Appeals for the Federal Circuit, and pursuant to

Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged

misconduct which occurs in the preparation or course of this action. I also certify I am

generally familiar with this Court's Local Rules. In accordance with Standing Order for

District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be

submitted to the Clerk's Office upon the filing of this motion.

Date: _9|13|05_

Chad E. Ziegler, Esquire
Woodcock Washburn LLP
One Liberty Place
46th Floor
Philadelphia, PA 19103
Tel: (215) 568-3100
Fax: (215) 568-3439
e-mail: ziegler@woodcock.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 05- 608 (KAJ) |
| v. | ) ) | |
| REXAM BEVERAGE CAN CO. and REXAM BEVERAGE CAN AMERICAS, INC. | ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER GRANTING MOTION FOR ADMISSION
## PRO HAC VICE OF CHAD E. ZIEGLER, ESQUIRE

IT IS HEREBY ORDERED that the motion for admission pro hac vice of Chad E.Ziegler, Esquire, is GRANTED.

Date: _____          _____
                                     United States District Judge

WIL:53535.1/CRO056-230788