IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> REXAM BEVERAGE CAN CO. and REXAM BEVERAGE CAN AMERICAS, INC. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 05-608 (KAJ) |

## MOTION AND ORDER FOR ADMISSION
## PRO HAC VICE OF MICHAEL KORNICZKY

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Michael Korniczky, Esquire, an attorney with Crown Packaging Technology, Inc., to represent plaintiffs, Crown Technology Packaging, Inc., and Crown Cork & Seal USA, Inc., in this matter.

/s/ Barry Klayman
Barry M. Klayman, Esquire (#3676)
WOLF, BLOCK, SCHORR and
SOLIS-COHEN LLP
1100 North Market Street, Suite 1001
Wilmington, DE 19801
(302) 777-0313

Attorneys for Plaintiffs

Dated: 9/19/2005

WIL:53535.1/CRO056-230788

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: Sept. 19, 2005

Michael Korniczky, Esquire
One Crown Way
Philadelphia, PA 19154-4599
Tel: (215) 698-5100
Fax: (215) 698-7751
e-mail: michael.korniczky@crowncork.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 05- 608 (KAJ) |
| v. | ) ) | |
| REXAM BEVERAGE CAN CO. and REXAM BEVERAGE CAN AMERICAS, INC. | ) ) ) ) | |
| Defendants. | ) | |

ORDER GRANTING MOTION FOR ADMISSION
PRO HAC VICE OF MICHAEL KORNICZKY

IT IS HEREBY ORDERED that the motion for admission pro hac vice of Michael Korniczky, Esquire, is GRANTED.

Date: _____         _____
                                                            United States District Judge

WIL:53535.1/CRO056-230788