IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 05-608 (KAJ) |
| v. | ) ) | |
| REXAM BEVERAGE CAN CO. and REXAM BEVERAGE CAN AMERICAS, INC. | ) ) ) ) | |
| Defendants. | ) | |

## MOTION AND ORDER FOR ADMISSION
## PRO HAC VICE OF LYNN A. MALINOSKI

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Lynn A. Malinoski, Esquire, an attorney with Woodcock Washburn LLP, to represent plaintiffs, Crown Technology Packaging, Inc., and Crown Cork & Seal USA, Inc., in this matter.

/s/ Barry M. Klayman
Barry M. Klayman, Esquire (#3676)
WOLF, BLOCK, SCHORR and
SOLIS-COHEN LLP
1100 North Market Street, Suite 1001
Wilmington, DE 19801
(302) 777-0313

Attorneys for Plaintiffs

Dated: 9/19/2005

WIL:53535.1/CRO056-230788

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania, the U.S. District Court for the Eastern District of Pennsylvania, the U.S. District Court for the Eastern District of Wisconsin, and the U.S. Court of Appeals for the Federal Circuit, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: 9/13/05

Lynn A. Malinoski, Esquire
Woodcock Washburn LLP
One Liberty Place
46th Floor
Philadelphia, PA 19103
Tel: (215) 568-3100
Fax: (215) 568-3439
e-mail: lmalinosk@woodcock.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 05- 608 (KAJ) |
| v. | ) ) | |
| REXAM BEVERAGE CAN CO. and REXAM BEVERAGE CAN AMERICAS, INC. | ) ) ) ) | |
| Defendants. | ) | |

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE OF LYNN A. MALINOSKI

IT IS HEREBY ORDERED that the motion for admission pro hac vice of Lynn A. Malinoski, Esquire, is GRANTED.

Date: _____          _____
                                     United States District Judge

WIL:53535.1/CRO056-230788