IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Crown Packaging Technology Inc. and Crown Cork & Seal USA Inc.,<br><br>Plaintiffs,<br><br>v.<br><br>Rexam Beverage Can Co. and Rexam Beverage Can Americas Inc.,<br><br>Defendants. | Civil Action No. 05-00608-KAJ |

## ENTRY OF APPEARANCE

Please enter the appearance of the below attorneys for Rexam Beverage Can Co. and Rexam Beverage Can Americas Inc.

Of Counsel:
George P. McAndrews
Steven J. Hampton
Richard T. McCaulley
Gerald C. Willis
Paul W. McAndrews
McAndrews, Held & Malloy, Ltd.
500 W. Madison Street, Suite 3400
Chicago, IL 60601
Tel: 312-775-8000
Fax: 312-775-8100

Dated: October 17, 2005

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
Anne Shea Gaza (#4093)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of October 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to the party listed below and by the manner stated.

### VIA E-FILING AND HAND DELIVERY

Barry M. Klayman
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 North Market Street, Suite 1001
Wilmington, DE  19801

_____
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com