IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>REXAM BEVERAGE CAN CO. and REXAM BEVERAGE CAN AMERICAS, INC.<br><br>Defendants. | Civil Action No. 05-608 (KAJ)<br><br>JURY TRIAL DEMANDED |

**UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Plaintiffs Crown Packaging Technology, Inc. ("Crown Technology") and Crown Cork & Seal Company USA, Inc. ("Crown USA") (collectively "Crown"), by their undersigned attorneys, hereby move pursuant to FED.R.CIV.P. Rule 15(a) for leave to file a Second Amended Complaint for Patent Infringement. The proposed Second Amended Complaint is attached hereto as Exhibit A; a redlined version showing changes from the First Amended Complaint is attached hereto as Exhibit B. In support of the motion, Crown avers as follows:

1.      Crown commenced this action for patent infringement against defendants Rexam Beverage Can. Co. ("Rexam") and Rexam Beverage Can Americas, Inc. ("Rexam Americas") on August 18, 2005. The Complaint for Patent Infringement alleged that the defendants had infringed U.S. Patent No. 6,848,875 ("the '875 Patent").

2.      Crown filed a First Amended Complaint for Patent Infringement on August 30, 2005, alleging that the defendants also infringed U.S. Patent No. 6,935,826 ("the '826 Patent").

- 2 -

This patent was not included in the initial Complaint because it was not issued at the time the initial Complaint was filed. The '826 Patent issued on August 30, 2005.

3. On September 19, 2005, Crown, Rexam and Rexam Americas entered into a Stipulation to extend the time for defendants to respond to the First Amended Complaint until October 19, 2005.

4. On October 14, 2005, Defendants' counsel advised Crown's counsel that one of the named defendants, Rexam Americas, has never made, used, sold, offered to sell, or imported into the United States any of the accused can ends. Based on that representation, Crown agreed to amend the First Amended Complaint to remove Rexam Americas as a defendant. The proposed Second Amended Complaint reflecting the same is attached to this unopposed motion as Exhibit A.

5. Further, Defendants' counsel has informed Crown's counsel that the accused can ends should be referred to as "Rexam ends" and not "Millenium ends." The First Amended Complaint refers to the accused ends as the "Millenium can ends (also known as Rexam can ends)." The proposed Second Amended Complaint refers to the accused can ends as only the "Rexam ends."

6. Pursuant to Rule 7.1.1, counsel for the parties have conferred and Defendants have agreed not to oppose the present motion for leave to amend.

WHEREFORE, Plaintiffs respectfully request that this Court grant their motion for leave to file the Second Amended Complaint for Patent Infringement in the form attached hereto as Exhibit A.

Dated: October 18, 2005

Respectfully submitted,

*/s/ Barry Klayman*

Barry M. Klayman (#3676)
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 N. Market Street, Suite 1001
Wilmington, DE 19801
Tel: (302) 777-0313
Fax: (302) 778-7813

*Attorneys for Plaintiffs
Crown Packaging Technology, Inc. and
Crown Cork & Seal USA, Inc.*

*Of Counsel:*

Dale M. Heist
Lynn A. Malinoski
Chad E. Ziegler
WOODCOCK WASHBURN, LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103
(215) 568-3100

Jerome J. Shestack
Wolf, Block, Schorr and Solis-Cohen LLP
1650 Arch Street, 22nd Floor
Philadelphia, PA 19103-2097
(215) 977-2290

Michael Korniczky
Crown Packaging Technology, Inc.
11535 South Central Avenue
Alsip, IL 60803

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> REXAM BEVERAGE CAN CO. and REXAM BEVERAGE CAN AMERICAS, INC. <br><br> Defendants. | Civil Action No. 05-608 (KAJ) <br><br><br> JURY TRIAL DEMANDED |

## ORDER

AND NOW, this _____ day of _____, 2005, upon consideration of the Unopposed Motion for Leave to File Second Amended Complaint, it is hereby ORDERED AND DECREED that the motion is GRANTED and Plaintiffs are granted leave to file the Second Amended Complaint for Patent Infringement in the form attached to the motion as Exhibit A.

BY THE COURT:

_____
Jordan, J.

WIL:54737.1/CRO056-230788