## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, he caused a copy of the foregoing document to be filed electronically with the Clerk of Court using CM/ECF and that a copy was served on the person(s) listed below in the manner stated:

<u>Via E-Filing and Hand Delivery</u>

Frederick L. Cottrell, III, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 King Street
Wilmington, DE 19801

Dated: October 18, 2005

/s/ Barry Klayman
Barry M. Klayman, Esquire (#3676)

WIL:54736.1/CRO056-230788