# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

FREDERICK L. COTTRELL, III
DIRECTOR

DIRECT DIAL NUMBER
302-651-7509
COTTRELL@RLF.COM

October 19, 2005

**VIA E-FILING AND HAND DELIVERY**

The Honorable Kent A. Jordan
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

Re: *Crown Packaging Technology, Inc. and Crown Cork & Seal USA, Inc. v. Rexam Beverage Can Co. and Rexam Beverage Can Americas, Inc.,* C.A. No. 05-608-KAJ

Dear Judge Jordan:

We are in receipt of plaintiffs' unopposed motion for leave to file a second amended complaint in the above-captioned action (D.I. 13). In light of this motion and the substantive changes to the pleadings, defendants will not be filing a response to the pleadings today, but rather will file a response within two (2) weeks after the Court grants the motion. If the Court has any questions, please do not hesitate to contact me.

Respectfully,

Frederick L. Cottrell, III

FLC,III/afg
cc: Barry Klayman, Esquire (via e-filing and facsimile)
Steven Hampton, Esquire (via facsimile)

RLF1-2935962-1