IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> REXAM BEVERAGE CAN CO. and REXAM BEVERAGE CAN AMERICAS, INC. <br><br> Defendants. | Civil Action No. 05-608 (KAJ) <br><br><br> JURY TRIAL DEMANDED |

## ORDER

AND NOW, this 20th day of Oct., 2005, upon consideration of the Unopposed Motion for Leave to File Second Amended Complaint, it is hereby ORDERED AND DECREED that the motion is GRANTED and Plaintiffs are granted leave to file the Second Amended Complaint for Patent Infringement in the form attached to the motion as Exhibit A.

BY THE COURT:

Jordan, J.