IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC., Plaintiff, and CROWN CORK & SEAL USA, INC., Plaintiff and Counterclaim Defendant<br><br>v.<br><br>REXAM BEVERAGE CAN CO.,<br><br>   Defendant Counterclaimant. | )<br>)<br>)<br>)<br>)   Civil Action No. 05-608 (KAJ)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DISCLOSURE STATEMENT OF DEFENDANT
### REXAM BEVERAGE CAN CO. PURSUANT TO FED. R. CIV. P. 7.1

Defendant Rexam Beverage Can Company states, as required by Rule 7.1 Fed. R. Civ. P., that Rexam Beverage Can Americas, Inc. wholly owns Rexam Beverage Can Co. No publicly held corporation owns 10 percent or more of the stock of Rexam Beverage Can Co.

Rexam Beverage Can Co. states that it is owned, through wholly owned intermediaries, by Rexam PLC, a company that is organized under the laws of England and Wales, which is publicly traded on the London Stock Exchange. American Depositary Receipts of Rexam PLC are traded in the United States.

OF COUNSEL:

George P. McAndrews
Steven J. Hampton
Richard T. McCaulley
Gerald C. Willis
Paul W. McAndrews
McAndrews, Held & Malloy, Ltd
500 W. Madison Street, Suite 3400
Chicago, IL 60661

/s/ Frederick L. Cottrell, III

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
Attorneys for Defendant and Counterclaimant
Rexam Beverage Can Co.

Dated: November 3, 2005

RLF1-2941773-1

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of November 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to the party listed below and by the manner stated.

### VIA E-FILING AND HAND DELIVERY

Barry M. Klayman
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 North Market Street, Suite 1001
Wilmington, DE 19801

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com