## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
KENT A. JORDAN
DISTRICT JUDGE

LOCKBOX 10
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801

November 7, 2005

Barry M. Klayman, Esq.
Wolf, Block, Schorr and Solis-Cohen LLP
1100 N. Market Street - #1001
Wilmington, DE  19801

Frederick L. Cottrell, III, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE  19801

Re:  Crown Packaging Technology, Inc., et al.
     v. Rexam Beverage Can Co.
     Civil Action No. 05-608-KAJ

Dear Counsel:

I have been assigned the captioned case and enclose for your consideration a form of Scheduling Order. Please confer and jointly call my secretary within ten days of the date of this letter to schedule a telephone conference to discuss dates you recommend be adopted in the Order.

Very truly yours,

Kent A. Jordan

KAJ:cas
Enclosure
cc:  Clerk of the Court