## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CROWN PACKAGING<br>TECHNOLOGY, INC. and CROWN<br>CORK & SEAL USA, INC., | )<br>)<br>) | |
| | ) | **Civil Action No. 05-608 (KAJ)** |
| Plaintiffs, | )<br>) | |
| v. | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| REXAM BEVERAGE CAN CO. | )<br>) | |
| Defendant. | ) | |

### STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS
### TO RESPOND TO DEFENDANT'S COUNTERCLAIMS

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and

Defendant, through their undersigned attorneys, subject to the approval of the Court, that the

time within which Plaintiffs must answer or otherwise plead or move in response to Defendant's

Counterclaims in its Answer to the Second Amended Complaint is extended for thirty (30) days

until December 23, 2005.

Plaintiffs requested this extension in order to have sufficient time to investigate and

respond to the allegations in Defendant's Counterclaims.  No prior extension has been requested.

Dated: November 10, 2005

/s/ Barry Klayman
Barry M. Klayman (#3676)
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 N. Market Street, Suite 1001
Wilmington, DE 19801
Tel: (302) 777-0313
Fax: (302) 778-7813
bklayman@wolfblock.com

*Attorneys for Plaintiffs*
*Crown Packaging Technology, Inc. and*
*Crown Cork & Seal USA, Inc*

/s/ Anne Shea Gaza
Frederick L. Cottrell, III (#2555)
Anne Shea Gaza (#4093)
Richards, Layton & Finger, P.A.
One Rodney Square
920 King Street
Wilmington, DE 19801
Tel: (302) 651-7700
Fax: (302) 651-7701
Cottrell@rlf.com
Gaza@rlf.com

*Attorneys for Defendant,*
*Rexam Beverage Can Co.*

So Ordered:

_____
                        Jordan, J.