

Wilmington Trust Center, 1100 North Market Street, Suite 1001, Wilmington, DE 19801
Tel: (302) 777-5860 ■ Fax: (302) 777-5863 ■ www.WolfBlock.com

Direct Dial: (302) 777-0313
Direct Fax: (302) 778-7813
E-mail:    bklayman@wolfblock.com
*Admitted in Delaware and Pennsylvania

December 12, 2005

<u>**Hand- Delivery**</u>
The Honorable Kent A. Jordan
U.S. District Court for the District of
Delaware
844 North King Street, Room 4209
Wilmington, DE 19801

    Re:    <u>Crown Packaging Technology, Inc., et al. v. Rexam
            Beverage Can Co., C.A. No. 05-608 (KAJ)</u>

Dear Judge Jordan:

    In accordance with the Scheduling Conference Order, I am enclosing the Joint Discovery Plan prepared by the parties.

    In addition to the dates set forth in the proposed Scheduling Order, the parties have agreed to the following dates if the are acceptable to the Court:

    Status Conference (paragraph 8) – June 22, 2006 at 10:00 a.m.
    Hearing on Claim Construction (paragraph 13) – December 8, 2006 at 2 p.m.
    Pretrial Conference (paragraph 15) – April 17, 2007 at 10:00 a.m.
    Trial (paragraph 17) – April 30, 2007 at 9:30 a.m.

    These dates were left blank and not included in the proposed Order in case they were not acceptable to the Court.

WIL:55610.1/CRO056-230788

Boston, MA ■ Cherry Hill, NJ ■ Harrisburg, PA ■ New York, NY ■ Norristown, PA ■ Philadelphia, PA ■ Roseland, NJ ■ Wilmington, DE
WolfBlock Government Relations - Harrisburg, PA ■ WolfBlock Public Strategies - Boston, MA and Washington, DC
Wolf, Block, Schorr and Solis-Cohen LLP, a Pennsylvania Limited Liability Partnership

U.S. District Court for the District of Delaware
December 12, 2005
Page 2

    During the scheduling conference, counsel for plaintiffs would like to discuss the idea of bifurcating the case on their two patents from the defendant's case on its five patents.

                                       Respectfully,

                                       Barry M. Klayman
                     for WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP

Encl.
cc:    Frederick L. Cottrell, III, Esquire (By Hand)(w/encl.)
       Clerk of the Court (By e-filing)

WIL:55610.1/CRO056-230788