IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CROWN PACKAGING TECHNOLOGY, INC., Plaintiff, and CROWN CORK & SEAL USA, INC., | ) ) ) ) | |
| Plaintiff and Counterclaim Defendant, | ) ) | Civil Action No. 05-608 (KAJ) |
| v. | ) ) ) | |
| REXAM BEVERAGE CAN CO., | ) ) | |
| Defendant Counterclaimant. | ) ) ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 14, 2005, counsel for defendant counterclaimant served copies of Defendant-Counterclaimant Rexam Beverage Can Company's Responses to Crown Technology's and Crown USA's First Set of Interrogatories upon the following counsel of record in the manner indicated below:

### VIA FACSIMILE & MAIL

Barry M. Klayman
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 North Market Street, Suite 1001
Wilmington, DE 19801

RLF1-2958076-1

|  |  |
|---|---|
| | /s/ *signature* |
| Of Counsel: | Frederick L. Cottrell, III (#2555) |
| George P. McAndrews | cottrell@rlf.com |
| Steven J. Hampton | Anne Shea Gaza (#4093) |
| Richard T. McCaulley | gaza@rlf.com |
| Gerald C. Willis | Richards, Layton & Finger, P.A. |
| Paul W. McAndrews | One Rodney Square |
| McAndrews, Held & Malloy, Ltd. | 920 North King Street |
| 500 W. Madison Street, Suite 3400 | Wilmington, DE 19801 |
| Chicago, IL 60601 | 302-651-7700 |
| Tel: 312-775-8000 | Attorneys for Defendant Counterclaimant |
| Fax: 312-775-8100 | Rexam Beverage Can Co. |

Dated: December 15, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2005, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Barry M. Klayman
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 North Market Street, Suite 1001
Wilmington, Delaware 19801

                                                   Anne Shea Gaza (#4093)
                                                   Gaza@rlf.com
                                                   Richards, Layton & Finger, P.A.
                                                   One Rodney Square
                                                   P.O. Box 551
                                                   Wilmington, Delaware 19899
                                                   (302) 651-7700

RLF1-2949563-1