IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CROWN PACKAGING TECHNOLOGY, INC., Plaintiff, and CROWN CORK & SEAL USA, INC., | ) ) ) ) | |
| Plaintiff and Counterclaim Defendant, | ) ) | Civil Action No. 05-608 (KAJ) |
| v. | ) ) | |
| REXAM BEVERAGE CAN CO., | ) ) | |
| Defendant Counterclaimant. | ) ) ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 14, 2005, counsel for defendant counterclaimant served copies of Defendant Counterclaimant Rexam Beverage Can Company's Responses to Crown Technology's and Crown USA's First Set of Requests for the Production of Documents and Things upon the following counsel of record in the manner indicated below:

### VIA FACSIMILE & MAIL

Barry M. Klayman
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 North Market Street, Suite 1001
Wilmington, DE  19801

RLF1-2958078-1

|  |  |
|---|---|
| Of Counsel: | /s/ (signature)<br>Frederick L. Cottrell, III (#2555) |
| George P. McAndrews | cottrell@rlf.com |
| Steven J. Hampton | Anne Shea Gaza (#4093) |
| Richard T. McCaulley | gaza@rlf.com |
| Gerald C. Willis | Richards, Layton & Finger, P.A. |
| Paul W. McAndrews | One Rodney Square |
| McAndrews, Held & Malloy, Ltd. | 920 North King Street |
| 500 W. Madison Street, Suite 3400 | Wilmington, DE 19801 |
| Chicago, IL 60601 | 302-651-7700 |
| Tel: 312-775-8000 | Attorneys for Defendant Counterclaimant |
| Fax: 312-775-8100 | Rexam Beverage Can Co. |

Dated: December 15, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2005, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Barry M. Klayman
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 North Market Street, Suite 1001
Wilmington, Delaware 19801

Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700