

Wilmington Trust Center, 1100 North Market Street, Suite 1001, Wilmington, DE 19801
Tel: (302) 777-5860 ■ Fax: (302) 777-5863 ■ www.WolfBlock.com

Direct Dial: (302) 777-0313
Direct Fax: (302) 778-7813
E-mail:    bklayman@wolfblock.com
*Admitted in Delaware and Pennsylvania

December 19, 2005

**Hand- Delivery**
The Honorable Kent A. Jordan
U.S. District Court for the District of
Delaware
844 North King Street, Room 4209
Wilmington, DE 19801

    Re:    Crown Packaging Technology, Inc., et al. v. Rexam
             Beverage Can Co., C.A. No. 05-608 (KAJ)

Dear Judge Jordan:

    In accordance with the scheduling conference held on December 15, 2005, I am enclosing a revised Proposed Joint Scheduling Order prepared by the parties for the Court's approval.

                                      Respectfully,

                                      Barry M. Klayman (#3676)
                      for WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP

Encl.
cc:    Frederick L. Cottrell, III, Esquire (By e-mail)(w/encl.)
       Lynn Malinoski, Esquire (By e-mail)(w/encl.)
       Clerk of the Court (By e-filing)(e/encl.)

WIL:55697.1/CRO056-230788

Boston, MA ■ Cherry Hill, NJ ■ Harrisburg, PA ■ New York, NY ■ Norristown, PA ■ Philadelphia, PA ■ Roseland, NJ ■ Wilmington, DE
WolfBlock Government Relations - Harrisburg, PA ■ WolfBlock Public Strategies - Boston, MA and Washington, DC
Wolf, Block, Schorr and Solis-Cohen LLP, a Pennsylvania Limited Liability Partnership