IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CROWN PACKAGING TECHNOLOGY, )
INC. and CROWN CORK & SEAL USA, )
INC., )
                         )
         Plaintiffs and )
         Counterclaim Defendant, )
                         )
      v. )           Civil Action No. 05-608-KAJ
                         )
REXAM BEVERAGE CAN CO., )
                         )
         Defendant and )
         Counterclaimant. )

## PROPOSED FINAL PRETRIAL ORDER

This matter comes before the Court at a final pretrial conference held pursuant to

Rule 16, Federal Rules of Civil Procedure.

**Plaintiff(s) Counsel:**


**Defendant(s) Counsel**:


I.      **Nature of the Case**

The parties should prepare a brief statement of the nature of the case including the

claims of the parties (personal injury, federal tort claim, breach of contracts, etc.).  The

principal purpose of this statement is to assist the Court in explaining the case to

prospective jurors upon selection of a jury.

**II.    Jurisdiction**

    A.    This is an action for:

(State the remedy sought, such as damages, injunctive or declaratory relief.)

    B.    The jurisdiction of the Court is not disputed (or, if the issue has not previously

been raised, the basis on which jurisdiction is contested).

        1.    If not disputed, state the statutory, constitutional or other basis of

jurisdiction.

**III.   Uncontroverted Facts**

The following facts are not disputed or have been agreed to or stipulated to by the

parties:

(This section should contain a comprehensive statement of the facts which will

become a part of the evidentiary record in the case and which, in jury trials, may be read

to the jury.)

**IV.   Agreed to Issues of Law**

The parties agree that the following are the issues to be decided by the Court:

**V.    Witnesses (Please note those who will testify by deposition.)**

    A.    List of witnesses the plaintiff expects to call, including experts:

        1.    Expert witnesses.

        2.    Non-expert witnesses.

    B.    List of witnesses defendant expects to call, including experts:

        1.    Expert witnesses.

        2.    Non-expert witnesses.

C.    If there are any third parties to the action, they should include an identical list of witnesses as that contained in Parts A and B above.

D.    **Rebuttal Witnesses**.  Each of the parties may call such rebuttal witnesses as may be necessary, without prior notice thereof to the other party.

**VI.    Exhibits**

As set forth in Local Rule 16.4(d)(6), "A list of pre-marked exhibits, including designations of interrogatories and answers thereto, request for admissions and responses, which each party intends to offer at the trial with a specification of those which will be admitted in evidence without objection, those that will be objected to and the Federal Rule of Evidence in support of said objection and the Federal Rule of Evidence relied upon by the proponent of the exhibit."

**VII.    Damages**

An itemized statement of all damages, including special damages.

**VIII.    Bifurcated Trial**

Indicate whether the parties desire a bifurcated trial, and, if so, why.

**IX.    Trial Briefs**

Motions *in limine* shall not be separately filed.  Any *in limine* requests shall be set forth, with citation to authorities and brief argument, in the proposed pretrial order.  Each party shall be limited to five *in limine* requests, unless otherwise permitted by the Court. Briefing shall not be submitted on *in limine* requests, unless otherwise permitted by the Court.

**X.    Limitations, Reservations and Other Matters**

     A.     **Length of Trial**.  The probable length of trial is _____ days.  The case will be listed on the trial calendar to be tried when reached.

               Mark appropriate box:     Jury_____
                                            Non-jury_____

     B.     **Number of Jurors**.  There shall be six jurors and _____ alternate jurors.

     C.     **Jury Voir Dire**.  The Court will conduct voir dire.  If voir dire questions are to be tendered, they should be submitted with the final pretrial order.

     IT IS ORDERED that this Final Pretrial Order may be modified at the trial of the action, or prior thereto, to prevent manifest injustice or for good cause shown.  Such modification may be made either on application of counsel for the parties or on motion of the Court.

     DATED: _____

 

                         _____
                         UNITED STATES DISTRICT JUDGE

                         APPROVED AS TO FORM AND
                         SUBSTANCE:

                         _____
                              ATTORNEY FOR PLAINTIFF(S)

                         _____
                              ATTORNEY FOR DEFENDANT(S)

NOTE:       Where a third-party defendant is joined pursuant to Rule 14(a) of the
Federal Rules of Civil Procedure, the pretrial order may be suitably modified.  The initial
page may be modified to reflect the joinder.  List attorney's name, address, and
telephone number.