IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC., Plaintiff, and CROWN CORK & SEAL USA, INC., <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> REXAM BEVERAGE CAN CO., <br><br> Defendant/Counterclaimant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 05-608 (KAJ) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 21, 2005, counsel for defendant/counterclaimant served copies of Defendant/Counterclaimant Rexam Beverage Can Company's Initial Disclosures upon the following counsel of record in the manner indicated below:

### VIA HAND DELIVERY

Barry M. Klayman
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 North Market Street, Suite 1001
Wilmington, DE 19801

_____
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
Attorneys for Defendant/Counterclaimant
 Rexam Beverage Can Co.

Of Counsel:
George P. McAndrews
Steven J. Hampton
Richard T. McCaulley
Gerald C. Willis
Paul W. McAndrews
McAndrews, Held & Malloy, Ltd.
500 W. Madison Street, Suite 3400
Chicago, IL 60601
Tel: 312-775-8000
Fax: 312-775-8100

Dated: December 21, 2005

RLF1-2958076-1

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of December 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to the party listed below and by the manner stated.

### VIA E-FILING AND HAND DELIVERY

Barry M. Klayman
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 North Market Street, Suite 1001
Wilmington, DE  19801

_____
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com