## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC.,** | ) ) ) ) |
| **Plaintiffs,** | ) **Civil Action No. 05-608 (KAJ)** ) ) |
| **v.** | ) ) |
| **REXAM BEVERAGE CAN CO.,** | ) **JURY TRIAL DEMANDED** ) |
| **Defendant.** | ) ) |

## PLAINTIFFS' NOTICE OF SERVICE OF INITIAL DISCLOSURES ON DEFENDANT

The undersigned hereby states that on December 21, 2005, he caused true and correct copies of Plaintiffs Crown Technology's and Crown USA's Initial Disclosures to be served upon counsel for Defendant, Rexam Beverage Can Co., at the following address in the manner indicated:

By Hand Delivery

Frederick L. Cottrell, III, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 King Street
Wilmington, DE 19801

WIL:55109.3/CRO056-230788

Dated: December 21, 2005

Barry M. Klayman, Esquire (#3676)
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 N. Market Street, Suite 1001
Wilmington, DE 19801
Tel: (302) 777-0313
Fax: (302) 778-7813

*Attorney for Plaintiffs,
Crown Packaging Technology, Inc. and
Crown Cork & Seal USA, Inc.*

*Of Counsel:*

Dale M. Heist
Lynn A. Malinoski
Chad E. Ziegler
WOODCOCK WASHBURN, LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103
(215) 568-3100

Jerome J. Shestack
Wolf, Block, Schorr and Solis-Cohen LLP
1650 Arch Street, 22nd Floor
Philadelphia, PA 19103-2097
(215) 561-5151

Michael Korniczky
Crown Packaging Technology, Inc.
11535 South Central Avenue
Alsip, IL 60803
(215) 698-5100

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, he caused a copy of the foregoing

document to be filed electronically with the Clerk of Court using CM/ECF and that a copy was

served on the person(s) listed below in the manner stated:

Via E-Filing and Hand Delivery

Frederick L. Cottrell, III, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 King Street
Wilmington, DE 19801

Dated:  December 21, 2005

Barry M. Klayman, Esquire (#3676)