## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CROWN PACKAGING TECHNOLOGY, INC., Plaintiff, and CROWN CORK & SEAL USA, INC., | ) ) ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) | Civil Action No. 05-608 (KAJ) |
| | ) | |
| v. | ) | |
| | ) | |
| REXAM BEVERAGE CAN CO., | ) | |
| | ) | |
| Defendant/Counterclaimant. | ) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 6, 2006, counsel for defendant/counterclaimant served copies of Defendant/Counterclaimant Rexam Beverage Can Company's First Supplement To Its Rule 26(a)(1) Initial Disclosures upon the following counsel of record in the manner indicated below:

### VIA FACSIMILE AND U.S. MAIL

Barry M. Klayman
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 North Market Street, Suite 1001
Wilmington, DE   19801


Dale M. Heist
Woodcock Washburn, LLP
One Liberty Place, 46th Floor
Philadelphia, PA   19103

Of Counsel:

George P. McAndrews

Steven J. Hampton

Richard T. McCaulley

Gerald C. Willis

Paul W. McAndrews

McAndrews, Held & Malloy, Ltd.

500 W. Madison Street, Suite 3400

Chicago, IL  60601

Tel:  312-775-8000

Fax:  312-775-8100

Dated:  January 10, 2006

Frederick L. Cottrell, III (#2555)

cottrell@rlf.com

Anne Shea Gaza (#4093)

gaza@rlf.com

Richards, Layton & Finger, P.A.

One Rodney Square

920 North King Street

Wilmington, DE 19801

302-651-7700

Attorneys for Defendant/Counterclaimant

   Rexam Beverage Can Co.

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2006, I caused to be served by hand delivery the

foregoing document and electronically filed the same with the Clerk of Court using CM/ECF

which will send notification of such filing(s) to the following:

     Barry M. Klayman
     Wolf, Block, Schorr and Solis-Cohen LLP
     Wilmington Trust Center
     1100 North Market Street, Suite 1001
     Wilmington, Delaware  19801

                                     Anne Shea Gaza (#4093)
                                     Gaza@rlf.com
                                     Richards, Layton & Finger, P.A.
                                     One Rodney Square
                                     P.O. Box 551
                                     Wilmington, Delaware 19899
                                     (302) 651-7700