IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CROWN PACKAGING TECHNOLOGY, INC., Plaintiff, and CROWN CORK & SEAL USA, INC., | ) ) ) ) | |
| Plaintiff/Counterclaim Defendant, | ) ) | Civil Action No. 05-608 (KAJ) |
| v. | ) ) | |
| REXAM BEVERAGE CAN CO., | ) ) | |
| Defendant/Counterclaimant. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 6, 2006, counsel for defendant/counterclaimant served copies of Defendant/Counterclaimant Rexam Beverage Can Company's Supplemental Responses to Crown Technology's and Crown USA's Interrogatories No. 10 and 11 In Light of Plaintiffs' December 21, 2005 Letter upon the following counsel of record in the manner indicated below:

### VIA FACSIMILE AND U.S. MAIL

Barry M. Klayman
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 North Market Street, Suite 1001
Wilmington, DE   19801

Dale M. Heist
Woodcock Washburn, LLP
One Liberty Place, 46th Floor
Philadelphia, PA   19103

|  |  |
|---|---|
| Of Counsel:<br>George P. McAndrews<br>Steven J. Hampton<br>Richard T. McCaulley<br>Gerald C. Willis<br>Paul W. McAndrews<br>McAndrews, Held & Malloy, Ltd.<br>500 W. Madison Street, Suite 3400<br>Chicago, IL  60601<br>Tel:  312-775-8000<br>Fax:  312-775-8100 | /s/ signature<br>Frederick L. Cottrell, III (#2555)<br>cottrell@rlf.com<br>Anne Shea Gaza (#4093)<br>gaza@rlf.com<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>302-651-7700<br>Attorneys for Defendant/Counterclaimant<br>  Rexam Beverage Can Co. |

Dated:  January 10, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2006, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Barry M. Klayman
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 North Market Street, Suite 1001
Wilmington, Delaware 19801

Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

RLF1-2949563-1