IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CROWN PACKAGING TECHNOLOGY, INC., | ) ) ) | |
| Plaintiff, and | ) ) | |
| CROWN CORK & SEAL USA, INC., | ) ) | |
| Plaintiff/Counterclaim Defendant, | ) ) | Civil Action No. 05-608 (KAJ) |
| v. | ) ) ) | |
| REXAM BEVERAGE CAN CO., | ) ) | |
| Defendant/Counterclaimant. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on January 12, 2006, counsel for defendant/counterclaimant served copies of Defendant/Counterclaimant Rexam Beverage Can Company's First Set of Requests for Admissions upon the following counsel of record in the manner indicated below:

**VIA HAND DELIVERY**

Barry M. Klayman
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 North Market Street, Suite 1001
Wilmington, DE  19801

RLF1-2968882-1

|  |  |
|---|---|
| Of Counsel:<br>George P. McAndrews<br>Steven J. Hampton<br>Richard T. McCaulley<br>Gerald C. Willis<br>Paul W. McAndrews<br>McAndrews, Held & Malloy, Ltd.<br>500 W. Madison Street, Suite 3400<br>Chicago, IL  60601<br>Tel:  312-775-8000<br><br>Dated:  January 12, 2006 | */s/ Anne Shea Gaza*<br>Frederick L. Cottrell, III (#2555)<br>cottrell@rlf.com<br>Anne Shea Gaza (#4093)<br>gaza@rlf.com<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>302-651-7700<br>Attorneys for Defendant/Counterclaimant<br>  Rexam Beverage Can Co. |

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2006, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Barry M. Klayman
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 North Market Street, Suite 1001
Wilmington, Delaware 19801

Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700