IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC., <br><br>  Plaintiff, and <br><br> CROWN CORK & SEAL USA, INC., <br><br>  Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> REXAM BEVERAGE CAN CO., <br><br>  Defendant/Counterclaimant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 05-608 (KAJ) |

### COUNTERCLAIMANT REXAM BEVERAGE CAN COMPANY'S MOTION FOR SUMMARY JUDGMENT THAT DAMAGES FOR INFRINGEMENT OF U.S. PATENT NO. 4,774,839 ARE NOT PRECLUDED BY THE MARKING PROVISION OF 35 U.S.C. § 287(a)

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant and Counterclaimant Rexam Beverage Can Company respectfully requests this Court to rule on summary judgment that damages for infringement of U.S. Patent No. 4,774,839 are not precluded by the marking provision of 35 U.S.C. § 287(a). The grounds for this motion are fully set forth in Counterclaimant Rexam Beverage Can Company's Memorandum of Law in Support of Its Motion For Summary Judgment That Damages For Infringement Of U.S. Patent No. 4,774,839 Are Not Precluded By The Marking Provision of 35 U.S.C. § 287(a), filed contemporaneously herewith.

RLF1-2968735-1

|  |  |
|---|---|
| | /s/ Anne Shea Gaza |
| Of Counsel: | Frederick L. Cottrell, III (#2555) |
| George P. McAndrews | cottrell@rlf.com |
| Steven J. Hampton | Anne Shea Gaza (#4093) |
| Richard T. McCaulley | gaza@rlf.com |
| Gerald C. Willis | Richards, Layton & Finger, P.A. |
| Paul W. McAndrews | One Rodney Square |
| McAndrews, Held & Malloy, Ltd. | P.O. Box 551 |
| 500 W. Madison Street, Suite 3400 | 920 North King Street |
| Chicago, IL 60601 | Wilmington, DE 19801 |
| Tel: 312-775-8000 | Tel: 302-651-7700 |
| Fax: 312-775-8100 | Fax: 302-651-7701 |
| | Attorneys for Defendant/Counterclaimant |
| Date: January 12, 2006 | Rexam Beverage Can Co. |

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2006, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Barry M. Klayman
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 North Market Street, Suite 1001
Wilmington, Delaware 19801

*[signature]*
Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

RLF1-2949563-1