# RICHARDS, LAYTON & FINGER
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

ANNE SHEA GAZA

DIRECT DIAL NUMBER
302-651-7539
GAZA@RLF.COM

January 12, 2006

**VIA CM/ECF FILING**
**& HAND DELIVERY**
The Honorable Kent A. Jordan
United States District Court for
 the District of Delaware
844 North King Street
Wilmington, DE 19801

   Re: *Crown Packaging Technology, Inc. and Crown Cork & Seal USA, Inc.*
     *v. Rexam Beverage Can Co.*, C.A. No. 05-608-KAJ

Dear Judge Jordan:

  We represent Defendant/Counterclaimant Rexam Beverage Can Company ("Rexam") in the above-referenced matter. As Your Honor may recall, during the December 15, 2005 Rule 16 scheduling teleconference, our co-counsel, George P. McAndrews, alerted Your Honor to the possibility of an early summary judgment motion on one of the patents asserted by Rexam. During the scheduling teleconference, Your Honor granted Rexam leave to move for summary judgment at an earlier point in time than is otherwise contemplated by the scheduling order. (Tr. at 7-10; D.I. 30). Accordingly, we filed today a motion for summary judgment that damages for infringement of U.S. Patent No. 4,774,839 are not precluded by the marking provision of 35 U.S.C. § 287(a) and a memorandum of law in support thereof.

  Should Your Honor have any questions or concerns regarding the foregoing, counsel is available at Your Honor's convenience.

              Respectfully,

              *Anne Shea Gaza*

              Anne Shea Gaza

cc: Barry Klayman, Esquire (via e-filing and hand delivery)
   Dale M. Heist, Esquire (via facsimile)
   George P. McAndrews, Esquire (via electronic mail)

RLF1-2968945-1