IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC., | ) )  )  ) |
| Plaintiff, and | ) ) |
| CROWN CORK & SEAL USA, INC., | ) ) |
| Plaintiff/Counterclaim Defendant, | ) Civil Action No. 05-608 (KAJ) ) ) |
| v. | ) ) |
| REXAM BEVERAGE CAN CO., | ) ) |
| Defendant/Counterclaimant. | ) |

## ORDER

The Court having considered Rexam Beverage Can Company's Motion to Withdraw Without Prejudice Its Motion for Summary Judgment That Damages For Infringement of U.S. Patent No. 4,774,839 Are Not Precluded By the Marking Provision of 35 U.S.C. § 287(a) (the "Motion to Withdraw Without Prejudice"),

IT IS HEREBY ORDERED this 25th day of Jan., 2006 that the Motion to Withdraw Without Prejudice is GRANTED and that Rexam Beverage Can Company may renew, if necessary, its Motion for Summary Judgment That Damages For Infringement of U.S. Patent No. 4,774,839 Are Not Precluded By the Marking Provision of 35 U.S.C. § 287(a) at an appropriate time.

_____
Hon. Kent A. Jordan

2

RLF1-2973435-1