IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> REXAM BEVERAGE CAN CO., <br><br> Defendant. | ) ) ) ) ) Civil Action No. 05-608 (KAJ) ) ) ) ) JURY TRIAL DEMANDED ) ) ) |

**PLAINTIFFS' NOTICE OF SERVICE OF SECOND SET OF REQUESTS TO PRODUCE DOCUMENTS AND THINGS (NOS. 136-221) TO DEFENDANT**

The undersigned hereby states that on February 21, 2006, true and correct copies of Plaintiffs Crown Technology's and Crown Cork & Seal USA's Second Set of Requests for Production of Documents and Things (Nos. 136-221) were served upon counsel for Defendant, Rexam Beverage Can Co., at the following address in the manner indicated:

By Hand Delivery

Anne Shea Gaza, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19801

- 2 -

<u>By E-Mail</u>

Gerald C. Willis, Esquire
George McAndrews, Esquire
McAndrews, Held & Malloy, Ltd.
34th Floor
500 West Madison Street
Chicago, IL 60661

Dated: February 21, 2006

*/s/ Barry Klayman*
Barry M. Klayman, Esquire (#3676)
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 N. Market Street, Suite 1001
Wilmington, DE 19801
Tel: (302) 777-0313
Fax: (302) 778-7813

*Attorney for Plaintiffs,*
*Crown Packaging Technology, Inc. and*
*Crown Cork & Seal USA, Inc.*

*Of Counsel:*

Dale M. Heist
Lynn A. Malinoski
Chad E. Ziegler
WOODCOCK WASHBURN, LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103
(215) 568-3100

Jerome J. Shestack
Wolf, Block, Schorr and Solis-Cohen LLP
1650 Arch Street, 22nd Floor
Philadelphia, PA 19103-2097
(215) 561-5151

Michael Korniczky
Crown Packaging Technology, Inc.
11535 South Central Avenue
Alsip, IL  60803
(215) 698-5100

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, he caused a copy of the foregoing Notice of Service be filed electronically with the Clerk of Court using CM/ECF and that a copy was served on the person(s) listed below in the manner stated:

<u>Via CM/ECF Notification and Hand Delivery</u>

Anne Shea Gaza, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 King Street
Wilmington, DE 19801

<u>By E-Mail</u>

Gerald C. Willis, Esquire
George McAndrews, Esquire
McAndrews, Held & Malloy, Ltd.
34th Floor
500 West Madison Street
Chicago, IL 60661

Dated: February 21, 2006

Barry M. Klayman, Esquire (#3676)