## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC., | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 05-608-KAJ |
| REXAM BEVERAGE CAN CO., | : : | |
| Defendant. | : | |

## <u>ORDER</u>

At Wilmington this **1st** day of **March, 2006**.

IT IS ORDERED that a teleconference has been scheduled for **Tuesday, April 25, 2006 at 9:30 a.m.** with Magistrate Judge Thynge to discuss the status of the settlement negotiations and the need for court-assisted ADR.  **Plaintiffs' counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.


/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE