IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC., <br><br>    Plaintiffs and <br>    Counterclaim Defendant, <br><br>v. <br><br>REXAM BEVERAGE CAN CO., <br><br>    Defendant and <br>    Counterclaimant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )    Civil Action No. 05-608-KAJ |

### ORDER

At Wilmington this **22nd** day of **March, 2006**,

IT IS ORDERED that a teleconference relating to a discovery dispute has been scheduled for **March 29, 2006 at 2:00 p.m.** with the undersigned. **Counsel for Plaintiffs shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are reminded of their obligation to inform their out-of-state co-counsel of this Order.

                                            */s/*
                                  UNITED STATES DISTRICT JUDGE