IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC., | ) ) ) |
| Plaintiff, and | ) ) |
| CROWN CORK & SEAL USA, INC., | )   Civil Action No. 05-608 (KAJ) ) |
| Plaintiff/Counterclaim Defendant, | ) ) |
| v. | ) ) |
| REXAM BEVERAGE CAN CO., | ) ) |
| Defendant/Counterclaimant. | ) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on March 23, 2006, Defendant/Counterclaimant Rexam Beverage Can Company's Response to Plaintiff's Second Set of Requests For The Production of Documents and Things (Nos. 136-221) were served upon the following counsel of record in the manner indicated below:

**VIA HAND DELIVERY**
Barry M. Klayman
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 North Market Street
Suite 1001
Wilmington, DE 19801

**VIA FACSIMILE**
Dale M. Heist
Woodcock Washburn LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103

RLF1-2995034-1

| | |
|---|---|
| Of Counsel: | /s/ Anne Shea Gaza |
| George P. McAndrews | Frederick L. Cottrell, III (#2555) |
| Steven J. Hampton | cottrell@rlf.com |
| Richard T. McCaulley | Anne Shea Gaza (#4093) |
| Gerald C. Willis | gaza@rlf.com |
| Paul W. McAndrews | Richards, Layton & Finger, P.A. |
| McAndrews, Held & Malloy, Ltd. | One Rodney Square |
| 500 W. Madison Street, Suite 3400 | P.O. Box 551 |
| Chicago, IL  60601 | 920 North King Street |
| Tel:  312-775-8000 | Wilmington, DE 19801 |
| Fax:  312-775-8100 | Tel: 302-651-7700 |
| | Fax: 302-651-7701 |
| Date:  March 23, 2006 | Attorneys for Defendant/Counterclaimant Rexam Beverage Can Co. |

RLF1-2995034-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2006, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

>  Barry M. Klayman
>  Wolf, Block, Schorr
>  and Solis-Cohen LLP
>  Wilmington Trust Center
>  1100 North Market
>  Street, Suite 1001
>  Wilmington, DE 19801

I hereby certify that on March 23, 2006, I have sent by facsimile the foregoing document to the following non-registered participants:

>  Dale M. Heist
>  Woodcock Washburn LLP
>  One Liberty Place, 46th Floor
>  Philadelphia, PA 19103

_____
Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

RLF1-2995051-1