## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC., | : : : : |
| Plaintiffs, | : : |
| v. | : : Civil Action No. 05-608-KAJ |
| REXAM BEVERAGE CAN CO., | : : : |
| Defendant. | : |

### ORDER

At Wilmington this **25th** day of **April, 2006**.

IT IS ORDERED that a teleconference has been scheduled for **Thursday, June 22, 2006 at 9:00 a.m.** with Magistrate Judge Thynge to discuss the status of the settlement negotiations and the need for court-assisted ADR. **Defense counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE