IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CROWN PACKAGING TECHNOLOGY, INC., | ) | |
| | ) | |
| Plaintiff, and | ) | |
| | ) | |
| CROWN CORK & SEAL USA, INC., | ) | |
| | ) | |
| Plaintiff/Counterclaim Defendant, | ) | Civil Action No. 05-608 (KAJ) |
| | ) | |
| v. | ) | |
| | ) | |
| REXAM BEVERAGE CAN CO., | ) | |
| | ) | |
| Defendant/Counterclaimant. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on May 10, 2006, counsel for defendant/counterclaimant served copies of Defendant-Counterclaimant Rexam Beverage Can Company's Responses to Crown Technology's and Crown Cork & Seal USA, Inc.'s Second Set of Interrogatories upon the following counsel of record in the manner indicated below:

**VIA OVERNIGHT DELIVERY**

Barry M. Klayman
Wolf, Block, Schorr and
Solis-Cohen LLP
Wilmington Trust Center
1100 North Market Street, Suite 1001
Wilmington, DE  19801

Of Counsel:
George P. McAndrews
Steven J. Hampton
Richard T. McCaulley
Gerald C. Willis
Paul W. McAndrews
McAndrews, Held & Malloy, Ltd.
500 W. Madison Street, Suite 3400
Chicago, IL  60601
Tel:  312-775-8000

Dated: May 11, 2006

/s/ Anne Shea Gaza
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
Attorneys for Defendant/Counterclaimant
  Rexam Beverage Can Co.

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2006, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Barry M. Klayman
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 North Market Street, Suite 1001
Wilmington, Delaware 19801

I hereby certify that on May 11, 2006, I sent by facsimile the foregoing document to the following non-registered participants:

Dale M. Heist
Woodcock Washburn LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103

Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

RLF1-2949563-1