IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> REXAM BEVERAGE CAN CO., <br><br> Defendant. | ) ) ) ) ) ) Civil Action No. 05-608 (KAJ) ) ) ) ) JURY TRIAL DEMANDED ) ) ) |

**PLAINTIFFS' NOTICE OF SERVICE OF DEPOSITION NOTICES**

The undersigned hereby states that on May 11, 2006, copies of Plaintiffs' Notices of the depositions of William A. Brandell, T. William Ames, Dietrich K. Naggert, Christopher Caliendo, Randall G. Forrest, Paul Azzaline, Andrew Halasz, Michael Gogola, Leo Hayden, William H. Hartman, Kim Oswald, Sylvan Praturion, Timothy A. Turner and Gopalaswamy Rajesh were served upon counsel for defendant, Rexam Beverage Can Co., at the following addresses in the manner indicated:

By Federal Express

Anne Shea Gaza, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
920 King Street
Wilmington, DE 19801

<u>By E-Mail</u>

Gerald C. Willis, Esquire
McAndrews, Held & Malloy, Ltd.
34th Floor
500 West Madison Street
Chicago, IL 60661
jwillis@mhmlaw.com

Dated: May 12, 2006

/s/ Barry Klayman
Barry M. Klayman, Esquire (#3676)
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 N. Market Street, Suite 1001
Wilmington, DE 19801
Tel: (302) 777-0313
Fax: (302) 778-7813

*Attorney for Plaintiffs,
Crown Packaging Technology, Inc. and
Crown Cork & Seal USA, Inc.*

*Of Counsel:*

Dale M. Heist
Lynn A. Malinoski
Chad E. Ziegler
WOODCOCK WASHBURN, LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103
(215) 568-3100

Jerome J. Shestack
Wolf, Block, Schorr and Solis-Cohen LLP
1650 Arch Street, 22nd Floor
Philadelphia, PA 19103-2097
(215) 561-5151

Michael Korniczky
Crown Packaging Technology, Inc.
11535 South Central Avenue
Alsip, IL 60803
(215) 698-5100

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, he caused a copy of the foregoing Notice of Service of Plaintiffs' Responses to Rexam Beverage Can Company's Second Set of Interrogatories to be filed electronically with the Clerk of Court using CM/ECF and that copies were served on the person(s) listed below in the manner stated:

<u>Via CM/ECF Notification & E-Mail</u>

Anne Shea Gaza, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 King Street
Wilmington, DE 19801

<u>By E-Mail</u>

Gerald C. Willis, Esquire
McAndrews, Held & Malloy, Ltd.
34th Floor
500 West Madison Street
Chicago, IL 60661
jwillis@mhmlaw.com

Dated: May 12, 2006

/s/ Barry Klayman
Barry M. Klayman, Esquire (#3676)