

Wilmington Trust Center, 1100 North Market Street, Suite 1001, Wilmington, DE 19801
Tel: (302) 777-5860 ■ Fax: (302) 777-5863 ■ www.WolfBlock.com

Direct Dial: (302) 777-0313
Direct Fax: (302) 778-7813
E-mail:    bklayman@wolfblock.com
*Admitted in Delaware and Pennsylvania

May 18, 2006

**Hand- Delivery**
The Honorable Kent A. Jordan
U.S. District Court for the District of
Delaware
844 North King Street, Room 4209
Wilmington, DE 19801

Re:   Crown Packaging Technology, Inc., et al. v. Rexam
      Beverage Can Co., C.A. No. 05-608 (KAJ)

Dear Judge Jordan:

I am enclosing a copy of an Agreed Protective Order that has been negotiated by the parties in the above-referenced matter for the Court's review and approval. A copy has been e-filed with the Court. Counsel are available at the Court's convenience should you have any questions or concerns.

Respectfully yours,

*Barry Klayman*

Barry M. Klayman (#3676)
for WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP

Encl.
cc:   Frederick L. Cottrell, III, Esquire (By ECF/CM & e-mail)
      Anne Gaza, Esquire (By ECF/CM & e-mail)
      Chad Zielinski, Esquire (By ECF/CM)
      Clerk of the Court (By ECF/CM)

WIL:59397.1/CRO056-230788

Boston, MA ■ Cherry Hill, NJ ■ Harrisburg, PA ■ New York, NY ■ Norristown, PA ■ Philadelphia, PA ■ Roseland, NJ ■ Wilmington, DE
WolfBlock Government Relations - Harrisburg, PA ■ WolfBlock Public Strategies - Boston, MA and Washington, DC
Wolf, Block, Schorr and Solis-Cohen LLP, a Pennsylvania Limited Liability Partnership