IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC., | ) ) ) ) | |
| Plaintiffs/Counterclaim Defendants, | ) ) | |
| v. | ) | Civil Action No. 05-608 (KAJ) |
| REXAM BEVERAGE CAN COMPANY, | ) ) ) | |
| Defendant/Counterclaimant. | ) | |

### REXAM BEVERAGE CAN COMPANY'S NOTICE OF DEPOSITION OF DAN ABRAMOWICZ

PLEASE TAKE NOTICE that Defendant-Counterclaimant, Rexam Beverage Can Company, will take the deposition upon oral examination of Dan Abramowicz pursuant to Rule 30 of the Federal Rules of Civil Procedure, commencing at 9:30 AM on July 21, 2006, at the offices of Richards, Layton & Finger, P.A., One Rodney Square, 920 N King Street Wilmington, Delaware 19899-0551, before a Notary Public or other officer duly authorized to administer oaths. The deposition will be recorded by stenographic means and will be recorded by videotape and instant visual display of the stenographic record.

Pursuant to Rule 30(b)(5) of the Federal Rules of Civil Procedure, Rexam requests that the deponent bring with him all documents, including electronic documents, reviewed and/or considered by him, in preparation for his deposition and/or that he anticipates testifying about at trial. The oral examination will continue from day to day until completed or as otherwise mutually agreed by counsel for the respective parties.

Respectfully submitted,

Dated: May 18, 2006

George P. McAndrews
Steven I. Hampton
Richard T. McCaulley
Gerald C. Willis
Paul W. McAndrews
McAndrews, Held & Malloy, LTD.
500 West Madison, 34th Floor
Chicago, IL 60661
(312) 775-8000

Frederick L. Cottrell, III,
Anne Shea Gaza
Richards, Layton & Finger, P.A.
One Rodney Square, 920 N. King Street
Wilmington, Delaware 19899-0551
(302) 651-7700

**Attorneys for Defendant-Counterclaimant
Rexam Beverage Can Company**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of REXAM BEVERAGE CAN COMPANY'S NOTICE OF DEPOSITION OF DAN ABRAMOWICZ has been forwarded on this _18th_ day of May, 2006, in accordance with the Federal Rules of Civil Procedure, to the following:

**VIA EMAIL :**
Chad E Ziegler
Woodcock Washburn LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103

**VIA FEDERAL EXPRESS:**
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 N. Market Street, Suite 1001
Wilmington, DE 19801

Date: _5/18/06_

_Gerald C Willis_
Gerald C  Willis

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC., | ) ) ) ) |
| Plaintiffs/Counterclaim Defendants, | ) ) |
| v. | ) Civil Action No. 05-608 (KAJ) |
| REXAM BEVERAGE CAN COMPANY, | ) ) ) |
| Defendant/Counterclaimant. | ) |

## REXAM BEVERAGE CAN COMPANY'S NOTICE OF DEPOSITION OF JOE BAUDER

PLEASE TAKE NOTICE that Defendant-Counterclaimant, Rexam Beverage Can Company, will take the deposition upon oral examination of Joe Bauder pursuant to Rule 30 of the Federal Rules of Civil Procedure, commencing at 9:30 AM on June 27, 2006, at the offices of Richards, Layton & Finger, P.A., One Rodney Square, 920 N. King Street Wilmington, Delaware 19899-0551, before a Notary Public or other officer duly authorized to administer oaths  The deposition will be recorded by stenographic means and will be recorded by videotape and instant visual display of the stenographic record

Pursuant to Rule 30(b)(5) of the Federal Rules of Civil Procedure, Rexam requests that the deponent bring with him all documents, including electronic documents, reviewed and/or considered by him, in preparation for his deposition and/or that he anticipates testifying about at trial. The oral examination will continue from day to day until completed or as otherwise mutually agreed by counsel for the respective parties.

Respectfully submitted,

Dated: May 18, 2006

*Gerald C. Willis*

George P. McAndrews
Steven J. Hampton
Richard T. McCaulley
Gerald C. Willis
Paul W. McAndrews
McAndrews, Held & Malloy, LTD
500 West Madison, 34th Floor
Chicago, IL 60661
(312) 775-8000

Frederick L. Cottrell, III,
Anne Shea Gaza
Richards, Layton & Finger, P.A.
One Rodney Square, 920 N. King Street
Wilmington, Delaware 19899-0551
(302) 651-7700

**Attorneys for Defendant-Counterclaimant
Rexam Beverage Can Company**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of REXAM BEVERAGE CAN COMPANY'S NOTICE OF DEPOSITION OF JOE BAUDER has been forwarded on this /8th day of May, 2006, in accordance with the Federal Rules of Civil Procedure, to the following:

**VIA EMAIL :**
Chad E. Ziegler
Woodcock Washburn LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103

**VIA FEDERAL EXPRESS:**
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 N Market Street, Suite 1001
Wilmington, DE 19801


Date: 5/18/06

Gerald C. Willis

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC., | ) ) ) ) | |
| Plaintiffs/Counterclaim Defendants, | ) ) | |
| v. | ) ) | Civil Action No. 05-608 (KAJ) |
| REXAM BEVERAGE CAN COMPANY, | ) ) ) | |
| Defendant/Counterclaimant. | ) | |

## REXAM BEVERAGE CAN COMPANY'S NOTICE OF DEPOSITION OF BRIAN FIELDS

PLEASE TAKE NOTICE that Defendant-Counterclaimant, Rexam Beverage Can Company ("Rexam"), will take the deposition upon oral examination of Brian Fields pursuant to Rule 30 of the Federal Rules of Civil Procedure, commencing at 9:30 AM on June 13, 2006, at the offices of McAndrews, Held & Malloy, Ltd , 500 West Madison Street, Suite 3400, Chicago, IL 60661, before a Notary Public or other officer duly authorized to administer oaths. The deposition will be recorded by stenographic means and will be recorded by videotape and instant visual display of the stenographic record.

Pursuant to Rule 30(b)(5) of the Federal Rules of Civil Procedure, Rexam requests that the deponent bring with him all documents, including electronic documents, reviewed and/or considered by him, in preparation for his deposition and/or that he anticipates testifying about at trial  The oral examination will continue from day to day until completed or as otherwise mutually agreed by counsel for the respective parties.

Respectfully submitted,

Dated: May 18, 2006

_Gerald C. Willis_

George P. McAndrews
Steven J. Hampton
Richard T. McCaulley
Gerald C. Willis
Paul W. McAndrews
McAndrews, Held & Malloy, LTD
500 West Madison, 34th Floor
Chicago, IL  60661
(312) 775-8000

Frederick L. Cottrell, III,
Anne Shea Gaza
Richards, Layton & Finger, P.A.
One Rodney Square, 920 N. King Street
Wilmington, Delaware 19899-0551
(302) 651-7700

**Attorneys for Defendant-Counterclaimant
Rexam Beverage Can Company**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of REXAM BEVERAGE CAN COMPANY'S NOTICE OF DEPOSITION OF BRIAN FIELDS has been forwarded on this _18th_, day of May, 2006, in accordance with the Federal Rules of Civil Procedure, to the following:

**VIA EMAIL :**
Chad E. Ziegler
Woodcock Washburn LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103

**VIA FEDERAL EXPRESS:**
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 N. Market Street, Suite 1001
Wilmington, DE 19801


Date: _5/18/06_

_____
Gerald C. Willis

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC., | ) ) ) ) | |
| Plaintiffs/Counterclaim Defendants, | ) ) | |
| v. | ) ) | Civil Action No. 05-608 (KAJ) |
| REXAM BEVERAGE CAN COMPANY, | ) ) ) | |
| Defendant/Counterclaimant. | ) | |

### REXAM BEVERAGE CAN COMPANY'S NOTICE OF DEPOSITION OF HAROLD FULLMER

PLEASE TAKE NOTICE that Defendant-Counterclaimant, Rexam Beverage Can Company, will take the deposition upon oral examination of Harold Fullmer pursuant to Rule 30 of the Federal Rules of Civil Procedure, commencing at 9:30 AM on June 28, 2006, at the offices of Richards, Layton & Finger, P.A., One Rodney Square, 920 N. King Street Wilmington, Delaware 19899-0551, before a Notary Public or other officer duly authorized to administer oaths. The deposition will be recorded by stenographic means and will be recorded by videotape and instant visual display of the stenographic record.

Pursuant to Rule 30(b)(5) of the Federal Rules of Civil Procedure, Rexam requests that the deponent bring with him all documents, including electronic documents, reviewed and/or considered by him, in preparation for his deposition and/or that he anticipates testifying about at trial. The oral examination will continue from day to day until completed or as otherwise mutually agreed by counsel for the respective parties.

Respectfully submitted,

Dated: May 18, 2006

George P. McAndrews
Steven J. Hampton
Richard T. McCaulley
Gerald C Willis
Paul W. McAndrews
McAndrews, Held & Malloy, LTD.
500 West Madison, 34th Floor
Chicago, IL 60661
(312) 775-8000

Frederick L. Cottrell, III,
Anne Shea Gaza
Richards, Layton & Finger, P A
One Rodney Square, 920 N. King Street
Wilmington, Delaware 19899-0551
(302) 651-7700

**Attorneys for Defendant-Counterclaimant
Rexam Beverage Can Company**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of REXAM BEVERAGE CAN COMPANY'S NOTICE OF DEPOSITION OF HAROLD FULLMER has been forwarded on this 8th day of May, 2006, in accordance with the Federal Rules of Civil Procedure, to the following:

**VIA EMAIL :**
Chad E. Ziegler
Woodcock Washburn LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103

**VIA FEDERAL EXPRESS:**
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 N. Market Street, Suite 1001
Wilmington, DE 19801

Date: 5/18/06

Gerald C. Willis

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CROWN PACKAGING TECHNOLOGY,          )
INC. and CROWN CORK & SEAL USA,      )
INC.,                                )
                                     )
    Plaintiffs/Counterclaim Defendants,  )
                                     )
v.                                   )   Civil Action No. 05-608 (KAJ)
                                     )
REXAM BEVERAGE CAN COMPANY,          )
                                     )
    Defendant/Counterclaimant.       )

## REXAM BEVERAGE CAN COMPANY'S NOTICE OF DEPOSITION OF RICHARD GOLDING

PLEASE TAKE NOTICE that Defendant-Counterclaimant, Rexam Beverage Can Company, will take the deposition upon oral examination of Richard Golding pursuant to Rule 30 of the Federal Rules of Civil Procedure, commencing at 9:30 AM on June 14, 2006, at the offices of McAndrews, Held & Malloy, Ltd., 500 West Madison Street, Suite 3400, Chicago, IL 60661, before a Notary Public or other officer duly authorized to administer oaths. The deposition will be recorded by stenographic means and will be recorded by videotape and instant visual display of the stenographic record.

Pursuant to Rule 30(b)(5) of the Federal Rules of Civil Procedure, Rexam requests that the deponent bring with him all documents, including electronic documents, reviewed and/or considered by him, in preparation for his deposition and/or that he anticipates testifying about at trial. The oral examination will continue from day to day until completed or as otherwise mutually agreed by counsel for the respective parties.

Respectfully submitted,

Dated: May 18, 2006

George P. McAndrews
Steven J. Hampton
Richard T. McCaulley
Gerald C. Willis
Paul W. McAndrews
McAndrews, Held & Malloy, LTD
500 West Madison, 34th Floor
Chicago, IL 60661
(312) 775-8000

Frederick L. Cottrell, III,
Anne Shea Gaza
Richards, Layton & Finger, P.A.
One Rodney Square, 920 N. King Street
Wilmington, Delaware 19899-0551
(302) 651-7700

**Attorneys for Defendant-Counterclaimant
Rexam Beverage Can Company**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of REXAM BEVERAGE CAN COMPANY'S NOTICE OF DEPOSITION OF RICHARD GOLDING has been forwarded on this /8 $^{th}$, day of May, 2006, in accordance with the Federal Rules of Civil Procedure, to the following:

<u>VIA EMAIL</u> :
Chad E. Ziegler
Woodcock Washburn LLP
One Liberty Place, 46 $^{th}$ Floor
Philadelphia, PA 19103

<u>VIA FEDERAL EXPRESS</u>:
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 N. Market Street, Suite 1001
Wilmington, DE 19801


Date: 5/18/06

Gerald C. Willis

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CROWN PACKAGING TECHNOLOGY,           )
INC. and CROWN CORK & SEAL USA,       )
INC.,                                 )
                                      )
        Plaintiffs/Counterclaim Defendants,   )
                                      )
v.                                    )    Civil Action No. 05-608 (KAJ)
                                      )
REXAM BEVERAGE CAN COMPANY,           )
                                      )
        Defendant/Counterclaimant.    )

## REXAM BEVERAGE CAN COMPANY'S NOTICE OF DEPOSITION OF PETER HINTON

PLEASE TAKE NOTICE that Defendant-Counterclaimant, Rexam Beverage Can Company, will take the deposition upon oral examination of Peter Hinton pursuant to Rule 30 of the Federal Rules of Civil Procedure, commencing at 9:30 AM on June 21, 2006, at the offices of Richards, Layton & Finger, P.A., One Rodney Square, 920 N. King Street Wilmington, Delaware 19899-0551, before a Notary Public or other officer duly authorized to administer oaths. The deposition will be recorded by stenographic means and will be recorded by videotape and instant visual display of the stenographic record.

Pursuant to Rule 30(b)(5) of the Federal Rules of Civil Procedure, Rexam requests that the deponent bring with him all documents, including electronic documents, reviewed and/or considered by him, in preparation for his deposition and/or that he anticipates testifying about at trial. The oral examination will continue from day to day until completed or as otherwise mutually agreed by counsel for the respective parties.

Respectfully submitted,

Dated: May 18, 2006

George P. McAndrews
Steven J. Hampton
Richard T. McCaulley
Gerald C. Willis
Paul W. McAndrews
McAndrews, Held & Malloy, LTD
500 West Madison, 34th Floor
Chicago, IL 60661
(312) 775-8000

Frederick L. Cottrell, III,
Anne Shea Gaza
Richards, Layton & Finger, P.A.
One Rodney Square, 920 N. King Street
Wilmington, Delaware 19899-0551
(302) 651-7700

**Attorneys for Defendant-Counterclaimant
Rexam Beverage Can Company**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of REXAM BEVERAGE CAN COMPANY'S NOTICE OF DEPOSITION OF PETER HINTON has been forwarded on this *18th* day of May, 2006, in accordance with the Federal Rules of Civil Procedure, to the following:

**VIA EMAIL :**
Chad E Ziegler
Woodcock Washburn LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103

**VIA FEDERAL EXPRESS:**
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 N Market Street, Suite 1001
Wilmington, DE 19801


Date: 5/18/06

Gerald C Willis

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC., | ) ) ) ) | |
| Plaintiffs/Counterclaim Defendants, | ) ) | |
| v. | ) ) | Civil Action No. 05-608 (KAJ) |
| REXAM BEVERAGE CAN COMPANY, | ) ) | |
| Defendant/Counterclaimant. | ) ) | |

### REXAM BEVERAGE CAN COMPANY'S NOTICE OF DEPOSITION OF LEN JENKINS

PLEASE TAKE NOTICE that Defendant-Counterclaimant, Rexam Beverage Can Company, will take the deposition upon oral examination of Len Jenkins pursuant to Rule 30 of the Federal Rules of Civil Procedure, commencing at 9:30 AM on August 4, 2006, at the offices of Richards, Layton & Finger, P.A., One Rodney Square, 920 N. King Street Wilmington, Delaware 19899-0551, before a Notary Public or other officer duly authorized to administer oaths. The deposition will be recorded by stenographic means and will be recorded by videotape and instant visual display of the stenographic record.

Pursuant to Rule 30(b)(5) of the Federal Rules of Civil Procedure, Rexam requests that the deponent bring with him all documents, including electronic documents, reviewed and/or considered by him, in preparation for his deposition and/or that he anticipates testifying about at trial. The oral examination will continue from day to day until completed or as otherwise mutually agreed by counsel for the respective parties.

Respectfully submitted,

Dated: May 18, 2006

George P. McAndrews
Steven J. Hampton
Richard T. McCaulley
Gerald C. Willis
Paul W. McAndrews
McAndrews, Held & Malloy, LTD
500 West Madison, 34th Floor
Chicago, IL 60661
(312) 775-8000

Frederick L. Cottrell, III,
Anne Shea Gaza
Richards, Layton & Finger, P.A
One Rodney Square, 920 N. King Street
Wilmington, Delaware 19899-0551
(302) 651-7700

**Attorneys for Defendant-Counterclaimant
Rexam Beverage Can Company**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of REXAM BEVERAGE CAN COMPANY'S NOTICE OF DEPOSITION OF LEN JENKINS has been forwarded on this _18th_, day of May, 2006, in accordance with the Federal Rules of Civil Procedure, to the following:

**VIA EMAIL :**
Chad E. Ziegler
Woodcock Washburn LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103

**VIA FEDERAL EXPRESS:**
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 N. Market Street, Suite 1001
Wilmington, DE 19801

Date: 5/18/06

Gerald C. Willis

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC., | ) ) ) ) | |
| Plaintiffs/Counterclaim Defendants, | ) ) | |
| v. | ) ) | Civil Action No. 05-608 (KAJ) |
| REXAM BEVERAGE CAN COMPANY, | ) ) ) | |
| Defendant/Counterclaimant. | ) | |

## REXAM BEVERAGE CAN COMPANY'S NOTICE OF
## DEPOSITION OF CARL McELDOWNEY

PLEASE TAKE NOTICE that Defendant-Counterclaimant, Rexam Beverage Can Company, will take the deposition upon oral examination of Carl McEldowney pursuant to Rule 30 of the Federal Rules of Civil Procedure, commencing at 9:30 AM on July 13, 2006, at the offices of Richards, Layton & Finger, P.A., One Rodney Square, 920 N. King Street Wilmington, Delaware 19899-0551, before a Notary Public or other officer duly authorized to administer oaths. The deposition will be recorded by stenographic means and will be recorded by videotape and instant visual display of the stenographic record

Pursuant to Rule 30(b)(5) of the Federal Rules of Civil Procedure, Rexam requests that the deponent bring with him all documents, including electronic documents, reviewed and/or considered by him, in preparation for his deposition and/or that he anticipates testifying about at trial. The oral examination will continue from day to day until completed or as otherwise mutually agreed by counsel for the respective parties

Respectfully submitted,

Dated: May 18, 2006

George P. McAndrews
Steven J. Hampton
Richard T. McCaulley
Gerald C. Willis
Paul W. McAndrews
McAndrews, Held & Malloy, LTD
500 West Madison, 34th Floor
Chicago, IL 60661
(312) 775-8000

Frederick L. Cottrell, III,
Anne Shea Gaza
Richards, Layton & Finger, P.A.
One Rodney Square, 920 N. King Street
Wilmington, Delaware 19899-0551
(302) 651-7700

**Attorneys for Defendant-Counterclaimant
Rexam Beverage Can Company**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of REXAM BEVERAGE CAN COMPANY'S NOTICE OF DEPOSITION OF CARL McELDOWNEY has been forwarded on this _18th_ day of May, 2006, in accordance with the Federal Rules of Civil Procedure, to the following:

**VIA EMAIL :**
Chad E. Ziegler
Woodcock Washburn LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103

**VIA FEDERAL EXPRESS:**
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 N. Market Street, Suite 1001
Wilmington, DE 19801

Date: _5/18/06_

Gerald C. Willis

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC., | ) ) ) ) |
| Plaintiffs/Counterclaim Defendants, | ) ) |
| v. | ) Civil Action No. 05-608 (KAJ) |
| REXAM BEVERAGE CAN COMPANY, | ) ) ) |
| Defendant/Counterclaimant. | ) |

### REXAM BEVERAGE CAN COMPANY'S NOTICE OF
### DEPOSITION OF PETER MORAN

PLEASE TAKE NOTICE that Defendant-Counterclaimant, Rexam Beverage Can Company, will take the deposition upon oral examination of Peter Moran pursuant to Rule 30 of the Federal Rules of Civil Procedure, commencing at 9:30 AM on July 20, 2006, at the offices of Richards, Layton & Finger, P.A., One Rodney Square, 920 N. King Street Wilmington, Delaware 19899-0551, before a Notary Public or other officer duly authorized to administer oaths  The deposition will be recorded by stenographic means and will be recorded by videotape and instant visual display of the stenographic record.

Pursuant to Rule 30(b)(5) of the Federal Rules of Civil Procedure, Rexam requests that the deponent bring with him all documents, including electronic documents, reviewed and/or considered by him, in preparation for his deposition and/or that he anticipates testifying about at trial  The oral examination will continue from day to day until completed or as otherwise mutually agreed by counsel for the respective parties

Respectfully submitted,

Dated: May 18, 2006

George P. McAndrews
Steven J. Hampton
Richard T. McCaulley
Gerald C. Willis
Paul W. McAndrews
McAndrews, Held & Malloy, LTD
500 West Madison, 34th Floor
Chicago, IL 60661
(312) 775-8000

Frederick L. Cottrell, III,
Anne Shea Gaza
Richards, Layton & Finger, P.A.
One Rodney Square, 920 N. King Street
Wilmington, Delaware 19899-0551
(302) 651-7700

**Attorneys for Defendant-Counterclaimant
Rexam Beverage Can Company**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of REXAM BEVERAGE CAN COMPANY'S NOTICE OF DEPOSITION OF PETER MORAN has been forwarded on this /8 ᵗʰ, day of May, 2006, in accordance with the Federal Rules of Civil Procedure, to the following:

**VIA EMAIL :**
Chad E. Ziegler
Woodcock Washburn LLP
One Liberty Place, 46ᵗʰ Floor
Philadelphia, PA 19103

**VIA FEDERAL EXPRESS:**
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 N. Market Street, Suite 1001
Wilmington, DE 19801


Date: 5/18/06                              Gerald C. Willis

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CROWN PACKAGING TECHNOLOGY,   )
INC. and CROWN CORK & SEAL USA,   )
INC.,   )
  )
    **Plaintiffs/Counterclaim Defendants,**   )
  )
v.   )   **Civil Action No. 05-608 (KAJ)**
  )
REXAM BEVERAGE CAN COMPANY,   )
  )
    **Defendant/Counterclaimant.**   )

## REXAM BEVERAGE CAN COMPANY'S NOTICE OF DEPOSITION OF DICK WAHLER

PLEASE TAKE NOTICE that Defendant-Counterclaimant, Rexam Beverage Can Company, will take the deposition upon oral examination of Dick Wahler pursuant to Rule 30 of the Federal Rules of Civil Procedure, commencing at 9:30 AM on July 11, 2006, at the offices of Richards, Layton & Finger, P.A., One Rodney Square, 920 N King Street Wilmington, Delaware 19899-0551, before a Notary Public or other officer duly authorized to administer oaths. The deposition will be recorded by stenographic means and will be recorded by videotape and instant visual display of the stenographic record.

Pursuant to Rule 30(b)(5) of the Federal Rules of Civil Procedure, Rexam requests that the deponent bring with him all documents, including electronic documents, reviewed and/or considered by him, in preparation for his deposition and/or that he anticipates testifying about at trial. The oral examination will continue from day to day until completed or as otherwise mutually agreed by counsel for the respective parties.

Respectfully submitted,

Dated: May 18, 2006

George P. McAndrews
Steven J. Hampton
Richard T. McCaulley
Gerald C. Willis
Paul W. McAndrews
McAndrews, Held & Malloy, LTD.
500 West Madison, 34th Floor
Chicago, IL 60661
(312) 775-8000

Frederick L. Cottrell, III,
Anne Shea Gaza
Richards, Layton & Finger, P.A.
One Rodney Square, 920 N. King Street
Wilmington, Delaware 19899-0551
(302) 651-7700

**Attorneys for Defendant-Counterclaimant
Rexam Beverage Can Company**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of REXAM BEVERAGE CAN COMPANY'S NOTICE OF DEPOSITION OF DICK WAHLER has been forwarded on this 18th, day of May, 2006, in accordance with the Federal Rules of Civil Procedure, to the following:

**VIA EMAIL :**
Chad E Ziegler
Woodcock Washburn LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103

**VIA FEDERAL EXPRESS:**
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 N Market Street, Suite 1001
Wilmington, DE 19801

Date: 5/18/06

Gerald C Willis