IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC., AND CROWN CORK & SEAL USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> REXAM BEVERAGE CAN CO., <br><br> Defendant. | ) ) ) ) ) ) Civil Action No. 05-608 (KAJ) ) ) ) ) ) ) ) |

**INTERIM STATUS REPORT**

I.   **Nature of the Matters at Issue.**

The case has been proceeding in an orderly manner through discovery. The parties have been cooperating with each other and there are no present matters for the Court's consideration. There are no motions currently pending before the Court; nor do the parties presently contemplate filing any motions.

II.   **Progress of Discovery to Date.**

The parties are working cooperatively and fact discovery is proceeding at a reasonable pace. Both parties have recently noticed a number of fact-witness depositions and are currently cooperating to set a deposition schedule.

III.   **Tutorial**

The Court has scheduled a tutorial describing the technology and matters at issue for 10:00 a.m. on July 6, 2006. Both parties would like to provide live tutorials on that date and time, and request that the Court allow the parties to appear in person.

IV.   **Settlement Discussions**

The parties continue to discuss options for settling this matter. The parties have advised Magistrate Judge Thynge about the progress of settlement negotiations on a regular basis and

currently have a telephone conference scheduled for June 22, 2006. Because the settlement negotiations involve complex licensing provisions related to extraterritorial rights in foreign patents, and at the parties' request, Magistrate Judge Thynge has not scheduled a mediation.

V.   **Court Conference**

The parties have concluded that there is no need for an interim Rule 16 status conference with the Court, which had been scheduled for June 15, 2006, per the Court's December 20, 2005 scheduling order. Accordingly, the parties respectfully request that the Court take the scheduled status conference off the calendar.

Dated: June 8, 2006

/s/ Barry M. Klayman
Barry M. Klayman (#3676)
BKlayman@wolfblock.com
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 N. Market Street, Suite 1001
Wilmington, DE 19801
Tel: (302) 777-0313
Fax: (302) 778-7813

*Attorneys for Plaintiffs,*
*Crown Packaging Technology, Inc. and*
*Crown Cork & Seal USA, Inc.*

/s/ Anne Shea Gaza
Frederick L. Cottrell, III (#2555)
Anne Shea Gaza (#4093)
Cottrell@rlf.com
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 King Street
Wilmington, DE 19801
Tel: (302) 651-7700
Fax: (302) 651-7701

*Attorneys for Defendant,*
*Rexam Beverage Can Co.*