IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CROWN PACKAGING TECHNOLOGY, INC., Plaintiff, and CROWN CORK & SEAL USA, INC., | ) ) ) ) | |
| Plaintiff and Counterclaim Defendant, | ) ) | Civil Action No. 05-608 (KAJ) |
| v. | ) ) | |
| REXAM BEVERAGE CAN CO., | ) ) | |
| Defendant Counterclaimant. | ) ) ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 16, 2006, counsel for defendant counterclaimant served copies of Defendant Counterclaimant Rexam Beverage Can Company's Corrected First Set of Requests for Production (Request Nos. 18, 19, & 20) upon the following counsel of record in the manner indicated below:

**VIA HAND DELIVERY**

Barry M. Klayman
Wolf, Block, Schorr & Solis-Cohen LLP
Wilmington Trust Center
1100 North Market Street, Suite 1001
Wilmington, DE 19801

**VIA FACSIMILE**
Dale M. Heist
Woodcock Washburn LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103

**VIA ELECTRONIC MAIL**
Chad E. Ziegler
ziegler@woodcock.com
Woodcock Washburn LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103

|  |  |
|---|---|
| Of Counsel:<br>George P. McAndrews<br>Steven J. Hampton<br>Richard T. McCaulley<br>Gerald C. Willis<br>Paul W. McAndrews<br>McAndrews, Held & Malloy, Ltd.<br>500 W. Madison Street, Suite 3400<br>Chicago, IL  60601<br>Tel:  312-775-8000<br>Fax:  312-775-8100 | /s/ Anne Shea Gaza<br>Frederick L. Cottrell, III (#2555)<br>cottrell@rlf.com<br>Anne Shea Gaza (#4093)<br>gaza@rlf.com<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>302-651-7700<br>Attorneys for Defendant Counterclaimant<br>   Rexam Beverage Can Co. |

Dated:  June 16, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2006, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Barry M. Klayman
> Wolf, Block, Schorr
> and Solis-Cohen LLP
> Wilmington Trust Center
> 1100 North Market
> Street, Suite 1001
> Wilmington, DE 19801

I hereby certify that on June 16, 2006 I caused to be sent in the manner indicated below the foregoing document to the following non-registered participants:

**VIA FACSIMILE**
Dale M. Heist
Woodcock Washburn LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103

**VIA ELECTRONIC MAIL**
Chad E. Ziegler
Woodcook Washburn LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103

Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

RLF1-3000496-1