IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> REXAM BEVERAGE CAN CO., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-608 (KAJ) <br> ) <br> ) <br> ) <br> ) JURY TRIAL DEMANDED <br> ) <br> ) <br> ) |

**PLAINTIFFS' NOTICE OF SERVICE OF
<u>CROWN'S NOTICE OF INSPECTION TO REXAM BEVERAGE CAN CO.</u>**

The undersigned hereby states that on June 20, 2006, Plaintiffs served their Notice of Inspection to Rexam Beverage Can Co., a copy of which is attached hereto as Exhibit A, upon counsel for defendant, Rexam Beverage Can Co., at the following addresses in the manner indicated:

<u>By Federal Express</u>

Anne Shea Gaza, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
920 King Street
Wilmington, DE 19801

WIL:60406.1/CRO056-230788

<u>By E-Mail</u>
Gerald C. Willis, Esquire
McAndrews, Held & Malloy, Ltd.
34th Floor
500 West Madison Street
Chicago, IL 60661
jwillis@mhmlaw.com

Dated: June 20, 2006

/s/ Barry M. Klayman
Barry M. Klayman, Esquire (#3676)
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 N. Market Street, Suite 1001
Wilmington, DE 19801
Tel: (302) 777-0313
Fax: (302) 778-7813

*Attorney for Plaintiffs,*
*Crown Packaging Technology, Inc. and*
*Crown Cork & Seal USA, Inc.*

*Of Counsel:*

Dale M. Heist
Lynn A. Malinoski
Chad E. Ziegler
WOODCOCK WASHBURN, LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103
(215) 568-3100

Jerome J. Shestack
Wolf, Block, Schorr and Solis-Cohen LLP
1650 Arch Street, 22nd Floor
Philadelphia, PA 19103-2097
(215) 561-5151

Michael Korniczky
Crown Packaging Technology, Inc.
11535 South Central Avenue
Alsip, IL 60803
(215) 698-5100

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. AND CROWN CORK & SEAL USA, INC., <br><br> PLAINTIFFS, <br><br> V. <br><br> REXAM BEVERAGE CAN CO., <br><br> DEFENDANT. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO. 05-608 (KAJ) |

## CROWN'S NOTICE OF INSPECTION TO REXAM BEVERAGE CAN CO.

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Plaintiffs Crown Packaging Technology, Inc. and Crown Cork & Seal USA, Inc. (together "Crown") hereby request that on July 10, 2006 Rexam Beverage Can Co. ("Rexam") permit Crown's attorneys, experts and other persons acting to enter upon Rexam's R&D Facility located at 2250 Lively Blvd, Elk Grove Village, IL 60007, for the purpose of inspecting, photographing, taking videotape pictures, observing the operation, and/or collecting data from or about, the Angelus 120L Seamer used to seam Rexam Ends to can bodies, the Rexam End chuck of the Angelus 120L Seamer, and the seaming rolls of the Angelus 120L Seamer. During the inspection, Crown requests that Rexam conduct a demonstration of the seaming process of the Rexam End by seaming can bodies to Rexam ends using the Angelus 120L Seamer; that Rexam have sufficient operators, materials and other necessary supplies on hand for that purpose; and that Crown be permitted to take possession of seamed can samples produced during the demonstration.

1

|  |  |
|---|---|
|  | CROWN PACKAGING TECHNOLOGY, INC. AND CROWN CORK & SEAL USA, INC. |
|  | By its attorneys, |
| Dated: June 20, 2006 | *(signature)*<br>Chad E. Ziegler<br>WOODCOCK WASHBURN, LLP<br>One Liberty Place, 46th Floor<br>Philadelphia, PA 19103<br>(215) 568-3100 |
|  | Attorney for Plaintiffs<br>Crown Packaging Technology, Inc. and Crown Cork & Seal USA, Inc. |

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of **CROWN PACKAGING TECHNOLOGY, INC.'S AND CROWN CORK & SEAL USA, INC.'S NOTICE OF INSPECTION** has been forwarded on this the 20th day of June, 2006, in accordance with the Federal Rules of Civil Procedure, to the following:

**VIA E-MAIL:**
Gerald C. Willis, Esq.
McAndrews, Held & Malloy, Ltd.
500 W. Madison Street, Suite 3400
Chicago, IL 60601

**VIA FEDERAL EXPRESS:**
Anne Shea Gaza, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Date: June 20, 2006

Chad E. Ziegler

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, he caused a copy of the foregoing Notice of Service of Crown's Notice of Inspection to Rexam Beverage Can Co. to be filed electronically with the Clerk of Court using CM/ECF and that copies were served on the person(s) listed below in the manner stated:

<u>Via CM/ECF Notification & E-Mail</u>

Anne Shea Gaza, Esquire
Richard Cottrell, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 King Street
Wilmington, DE 19801

<u>By E-Mail</u>

Gerald C. Willis, Esquire
McAndrews, Held & Malloy, Ltd.
34th Floor
500 West Madison Street
Chicago, IL 60661
jwillis@mhmlaw.com

Dated: June 20, 2006

Barry M. Klayman, Esquire (#3676)