# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC., | : : : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 05-608-KAJ |
| | : | |
| REXAM BEVERAGE CAN CO., | : | |
| | : | |
| Defendant. | : | |

## ORDER

At Wilmington this **22nd** day of **June, 2006**.

IT IS ORDERED that a teleconference has been scheduled for **Friday, August 4, 2006 at 8:30 a.m.** with Magistrate Judge Thynge to discuss the format and mechanics of mediation. **Plaintiffs' counsel shall initiate the teleconference call.** The Court is presently holding the following dates: Friday, October 27, 2006 (second in line), Saturday, October 28, 2006 and Saturday, November 4, 2006. Counsel are to advise the Court by **Monday, June 26, 2006** whether the Saturday dates are doable for the party's representatives.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE