IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> REXAM BEVERAGE CAN CO., <br><br> Defendant. | ) ) ) ) ) Civil Action No. 05-608 (KAJ) ) ) ) ) JURY TRIAL DEMANDED ) ) ) |

PLAINTIFFS' NOTICE OF SERVICE OF
<u>NOTICE OF INSPECTION TO REXAM BEVERAGE CAN CO.</u>

The undersigned hereby states that on June 22, 2006, Plaintiffs served a Notice of Inspection to Rexam Beverage Can Co. for inspection of certain can ends, a copy of which is attached hereto as Exhibit A, upon counsel for defendant, Rexam Beverage Can Co., at the following addresses in the manner indicated:

<u>By Overnight Delivery</u>

Anne Shea Gaza, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
920 King Street
Wilmington, DE 19801

<u>By E-Mail</u>

Gerald C. Willis, Esquire
McAndrews, Held & Malloy, Ltd.
34th Floor
500 West Madison Street
Chicago, IL 60661
jwillis@mhmlaw.com

Dated: June 22, 2006

*/s/ Barry Klayman*
Barry M. Klayman, Esquire (#3676)
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 N. Market Street, Suite 1001
Wilmington, DE 19801
Tel: (302) 777-0313
Fax: (302) 778-7813

*Attorney for Plaintiffs,
Crown Packaging Technology, Inc. and
Crown Cork & Seal USA, Inc.*

*Of Counsel:*

Dale M. Heist
Lynn A. Malinoski
Chad E. Ziegler
WOODCOCK WASHBURN, LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103
(215) 568-3100

Jerome J. Shestack
Wolf, Block, Schorr and Solis-Cohen LLP
1650 Arch Street, 22nd Floor
Philadelphia, PA 19103-2097
(215) 561-5151

Michael Korniczky
Crown Packaging Technology, Inc.
11535 South Central Avenue
Alsip, IL 60803
(215) 698-5100

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. AND CROWN CORK & SEAL USA, INC., | ) ) ) ) | |
| PLAINTIFFS, | ) ) | CIVIL ACTION NO. 05-608 (KAJ) |
| V. | ) ) | |
| REXAM BEVERAGE CAN CO., | ) ) | |
| DEFENDANT. | ) ) ) | |

## CROWN PACKAGING TECHNOLOGY, INC. AND CROWN CORK & SEAL USA, INC'S NOTICE OF INSPECTION TO REXAM BEVERAGE CAN CO.

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Plaintiffs Crown Packaging Technology, Inc. and Crown Cork & Seal USA, Inc. (together "Crown") hereby request that on the 27th, 28th, and 30th days of June, 2006 Rexam Beverage Can Co. ("Rexam") produce the can ends identified and photographed in Rexam's Supplemental Responses to Crown's Interrogatories No. 10 and 11, for the purpose of inspection during the depositions of Randall Forrest, Michael Gogola, and Timothy Turner on June 27, 28, and 30, respectively, at the offices of McAndrews Held & Malloy Ltd. located at 500 West Madison Street, 34th Floor, Chicago, IL 60661.

1

CROWN PACKAGING TECHNOLOGY, INC. AND CROWN CORK & SEAL USA, INC.

By its attorneys,

Dated: June 22, 2006

_____
Chad E. Ziegler
WOODCOCK WASHBURN, LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103
(215) 568-3100

Attorney for Plaintiffs
Crown Packaging Technology, Inc. and
Crown Cork & Seal USA, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of **CROWN PACKAGING TECHNOLOGY, INC.'S AND CROWN CORK & SEAL USA, INC.'S NOTICE OF INSPECTION TO REXAM BEVERAGE CAN CO.** has been forwarded on this the 22nd day of June, 2006, in accordance with the Federal Rules of Civil Procedure, to the following:

**VIA E-MAIL:**
Gerald C. Willis, Esq.
McAndrews, Held & Malloy, Ltd.
500 W. Madison Street, Suite 3400
Chicago, IL 60601

**VIA OVERNIGHT DELIVERY:**
Anne Shea Gaza, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Date: June 22, 2006

_____
Chad E. Ziegler

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, he caused a copy of the foregoing Notice of Service of Notice of Inspection to Rexam Beverage Can Co. to be filed electronically with the Clerk of Court using CM/ECF and that copies were served on the person(s) listed below in the manner stated:

<u>Via CM/ECF Notification & E-Mail</u>

Anne Shea Gaza, Esquire
Richard Cottrell, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 King Street
Wilmington, DE 19801

<u>By E-Mail</u>

Gerald C. Willis, Esquire
McAndrews, Held & Malloy, Ltd.
34th Floor
500 West Madison Street
Chicago, IL 60661
jwillis@mhmlaw.com

Dated: June 22, 2006

Barry M. Klayman, Esquire (#3676)

WIL:60446.1/CRO056-230788