IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC., <br><br>Plaintiffs,<br><br>v.<br><br>REXAM BEVERAGE CAN CO.,<br><br>Defendant. | ) ) ) ) ) Civil Action No. 05-608 (KAJ) ) ) ) ) JURY TRIAL DEMANDED ) ) ) |

## PLAINTIFFS' NOTICE OF SERVICE OF SUBPOENAS

The undersigned hereby states that on June 23, 2006, Plaintiffs served Subpoenas to produce and permit inspection and copying of documents and objects, copies of which are attached hereto as Exhibit A, at the following addresses in the manner indicated:

<u>Hand Delivery</u>

Thomas K. Stine, Esquire
Marshall, Gerstein & Borun LLP
233 S. Wacker Drive, 63rd Floor
Chicago, IL 60606

Wallenstein & Wagner, LTD
311 S. Wacker Drive, 53rd Floor
Chicago, IL 60606

Dated: June 29, 2006

*Barry M Klayman/ TCS*
Barry M. Klayman, Esquire (#3676)
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 N. Market Street, Suite 1001
Wilmington, DE 19801
Tel: (302) 777-0313
Fax: (302) 778-7813

*Attorney for Plaintiffs,
Crown Packaging Technology, Inc. and
Crown Cork & Seal USA, Inc.*

*Of Counsel:*

Dale M. Heist
Lynn A. Malinoski
Chad E. Ziegler
WOODCOCK WASHBURN, LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103
(215) 568-3100

Jerome J. Shestack
Wolf, Block, Schorr and Solis-Cohen LLP
1650 Arch Street, 22nd Floor
Philadelphia, PA 19103-2097
(215) 561-5151

Michael Korniczky
Crown Packaging Technology, Inc.
11535 South Central Avenue
Alsip, IL 60803
(215) 698-5100