IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> REXAM BEVERAGE CAN CO., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 05-608 (KAJ) <br><br> JURY TRIAL DEMANDED |

## MOTION AND ORDER FOR ADMISSION
## PRO HAC VICE OF FRANK T. CARROLL

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Frank T. Carroll, Esquire, an attorney with Woodcock Washburn LLP, to represent plaintiffs, Crown Technology Packaging, Inc., and Crown Cork & Seal USA, Inc., in this matter.

*[signature]*
Barry M. Klayman, Esquire (#3676)
WOLF, BLOCK, SCHORR and
SOLIS-COHEN LLP
1100 North Market Street, Suite 1001
Wilmington, DE 19801
(302) 777-0313

Attorneys for Plaintiffs

Dated: 7/10/06