## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania, and the U.S. District Court for the Eastern District of Pennsylvania, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: June 29, 2006

Frank T. Carroll, Esquire
Woodcock Washburn LLP
One Liberty Place
46th Floor
Philadelphia, PA 19103
Tel: (215) 568-3100
Fax: (215) 568-3439
e-mail: fcarroll@woodcock.com