IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> REXAM BEVERAGE CAN CO., <br><br> Defendant. | ) ) ) ) ) Civil Action No. 05-608 (KAJ) ) ) ) ) JURY TRIAL DEMANDED ) ) ) |

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE OF FRANK T. CARROLL, ESQUIRE

IT IS HEREBY ORDERED that the motion for admission pro hac vice of Frank T. Carroll, Esquire, is GRANTED.

Date: _____     _____
                                                    United States District Judge