## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, he caused a copy of the foregoing Motion and Order for Admission Pro Hac Vice of Frank T. Carroll to be filed electronically with the Clerk of Court using CM/ECF and that copies were served on the person(s) listed below in the manner stated:

### Via CM/ECF Notification & E-Mail

Anne Shea Gaza, Esquire
Richard Cottrell, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 King Street
Wilmington, DE 19801

### By E-Mail

Gerald C. Willis, Esquire
McAndrews, Held & Malloy, Ltd.
34th Floor
500 West Madison Street
Chicago, IL 60661
jwillis@mhmlaw.com

Dated: July 10, 2006

Barry M. Klayman, Esquire (#3676)