IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC., <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> REXAM BEVERAGE CAN COMPANY, <br><br> Defendant/Counterclaimant. | ) ) ) ) ) ) ) ) Civil Action No. 05-608 (KAJ) ) ) ) ) ) |

### REXAM BEVERAGE CAN COMPANY'S NOTICE OF <u>DEPOSITION OF THOMAS FISCHER</u>

TO:  Chad E. Ziegler
      Woodcook Washburn LLP
      One Liberty Place, 46th Floor
      Philadelphia, PA 19103

      Dale M. Heist
      Woodcock Washburn LLP
      One Liberty Place, 46th Floor
      Philadelphia, PA 19103

Barry M. Klayman
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 North Market Street
Suite 1001
Wilmington, DE 19801

PLEASE TAKE NOTICE that Defendant-Counterclaimant, Rexam Beverage Can Company ("Rexam"), will take the deposition upon oral examination of Thomas Fischer pursuant to Rule 30 of the Federal Rules of Civil Procedure, commencing at 9:30 AM on August 8, 2006, at the offices of Richards, Layton & Finger, P.A., One Rodney Square, 920 N. King Street Wilmington, Delaware 19899-0551, before a Notary Public or other officer duly authorized to administer oaths. The deposition will be recorded by stenographic means and will be recorded by videotape and instant visual display of the stenographic record.

RLF1-3035963-1

Pursuant to Rule 30(b)(5) of the Federal Rules of Civil Procedure, Rexam requests that the deponent bring with him all documents, including electronic documents, reviewed and/or considered by him, in preparation for his deposition and/or that he anticipates testifying about at trial. The oral examination will continue from day to day until completed or as otherwise mutually agreed by counsel for the respective parties.

You are invited to attend and cross examine.

Of Counsel:
George P. McAndrews
Steven J. Hampton
Richard T. McCaulley
Gerald C. Willis
Paul W. McAndrews
McAndrews, Held & Malloy, Ltd.
500 W. Madison Street, Suite 3400
Chicago, IL 60601
Tel: 312-775-8000
Fax: 312-775-8100

Dated: July 11, 2006

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
   Attorneys for Defendant Counterclaimant
   Rexam Beverage Can Co.

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2006, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Barry M. Klayman
> Wolf, Block, Schorr
> and Solis-Cohen LLP
> Wilmington Trust Center
> 1100 North Market
> Street, Suite 1001
> Wilmington, DE 19801

I hereby certify that on July 11, 2006 I caused to be sent in the manner indicated below the foregoing document to the following non-registered participants:

| **VIA FACSIMILE** | **VIA ELECTRONIC MAIL** |
|---|---|
| Dale M. Heist | Chad E. Ziegler |
| Woodcock Washburn LLP | Woodcook Washburn LLP |
| One Liberty Place, 46th Floor | One Liberty Place, 46th Floor |
| Philadelphia, PA 19103 | Philadelphia, PA 19103 |

Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700