

Wilmington Trust Center, 1100 North Market Street, Suite 1001, Wilmington, DE 19801
Tel. (302) 777-5860 ■ Fax: (302) 777-5863 ■ www.WolfBlock.com

Barry M. Klayman
Direct Dial: (302) 777-0313
Direct Fax: (302) 778-7813
E-mail:    bklayman@wolfblock.com
*Admitted in Delaware and Pennsylvania

July 12, 2006

**Hand- Delivery**

The Honorable Kent A. Jordan
U.S. District Court for the District of
Delaware
844 North King Street, Room 4209
Wilmington, DE 19801

   Re: Crown Packaging Technology, Inc., et al. v. Rexam
      Beverage Can Co., C.A. No. 05-608 (KAJ)

Dear Judge Jordan:

  Enclosed are the following materials and exhibits used in the plaintiffs' presentation of the technology tutorial on July 6, 2006:

  1. Booklet entitled "Tutorial of Technology" which is a copy of the Powerpoint demonstration.

  2. A CD-Rom containing the video and animation clips showing the can- making and end- making process.

  3. Samples of the cans and ends in various stages of manufacture as referenced in the tutorial.

  A set of these materials and exhibits were provided to defendant's counsel.

              Respectfully yours,

              Barry M. Klayman (#3676)
            for WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP

Encl.

WIL:60639.1/CRO056-230788

Boston, MA ■ Cherry Hill, NJ ■ Harrisburg, PA ■ New York, NY ■ Norristown, PA ■ Philadelphia, PA ■ Roseland, NJ ■ Wilmington, DE
WolfBlock Government Relations - Harrisburg, PA ■ WolfBlock Public Strategies - Boston, MA and Washington, DC
Wolf, Block, Schorr and Solis-Cohen LLP a Pennsylvania Limited Liability Partnership

The Honorable Kent A. Jordan
U.S. District Court for the District of Delaware
July 12, 2006
Page 2

cc:   Frederick L. Cottrell, III, Esquire (By e-mail)(w/o encl.)
      Anne Gaza, Esquire (By e-mail)(w/o encl.)
      George P. McAndrews, Esquire (By e-mail)(w/o encl.)
      Chad Zielinski, Esquire (By e-mail)(w/o encl.)
      Dale M. Heist, Esquire (By e-mail)(w/o encl.)

WIL:60639.1/CRO056-230788