# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

ANNE SHEA GAZA

DIRECT DIAL NUMBER
302-651-7539
GAZA@RLF.COM

July 12, 2006

**VIA CM/ECF & HAND DELIVERY**
The Honorable Kent A. Jordan
United States District Court for
 the District of Delaware
844 North King Street
Wilmington, DE 19801

Re:   *Crown Packaging Technology, Inc. and Crown Cork & Seal USA, Inc. v. Rexam Beverage Can Co.*, C.A. No. 05-608-KAJ

Dear Judge Jordan:

Further to the technology tutorial presented to the Court on July 6, 2006, enclosed is a copy of the booklet entitled Rexam Beverage Can Company Technology Tutorial and a cd-rom containing the video and animation clips shown at the tutorial. Pursuant to the Protective Order entered in the above-referenced case, we have designated slide 29 as confidential and have informed plaintiffs' counsel accordingly. We have also provided a set of the referenced materials and exhibits to plaintiffs' counsel with the express designation of slide 29 as confidential.

Respectfully,

Anne Shea Gaza

cc:   Barry M. Klayman, Esquire (via electronic mail)(w/o encl.)
      Dale M. Heist, Esquire (via facsimile) (w/o encl.)
      Chad Ziegler, Esquire (via electronic mail) (w/o encl.)
      Paul W. McAndrews, Esquire (via electronic mail) (w/o encl.)

RLF1-3036231-1