IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CROWN PACKAGING TECHNOLOGY, INC., Plaintiff, and CROWN CORK & SEAL USA, INC., | ) ) ) ) | |
| Plaintiff and Counterclaim Defendant, | ) ) | Civil Action No. 05-608 (KAJ) |
| v. | ) ) ) | |
| REXAM BEVERAGE CAN CO., | ) ) ) | |
| Defendant Counterclaimant. | ) ) ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 27, 2006, counsel for defendant counterclaimant served copies of Defendant Counterclaimant Rexam Beverage Can Company's Sixth Set Of Requests For Production upon the following counsel of record in the manner indicated below:

**VIA HAND DELIVERY**
Barry M. Klayman
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 North Market Street
Suite 1001
Wilmington, DE  19801

**VIA ELECTRONIC MAIL**
Chad E. Ziegler
Woodcook Washburn LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103

**VIA FACSIMILE**
Dale M. Heist
Woodcock Washburn LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103

2

Of Counsel:
George P. McAndrews
Steven J. Hampton
Richard T. McCaulley
Gerald C. Willis
Paul W. McAndrews
McAndrews, Held & Malloy, Ltd.
500 W. Madison Street, Suite 3400
Chicago, IL  60601
Tel:  312-775-8000
Fax:  312-775-8100

Dated: July 27, 2006

/s/ Anne Shea Gaza
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
Attorneys for Defendant Counterclaimant
   Rexam Beverage Can Co.

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on July 27, 2006, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Barry M. Klayman
> Wolf, Block, Schorr
> and Solis-Cohen LLP
> Wilmington Trust Center
> 1100 North Market
> Street, Suite 1001
> Wilmington, DE  19801

I hereby certify that on July 27, 2006 I caused to be sent in the manner indicated below the foregoing document to the following non-registered participants:

| **VIA FACSIMILE** | **VIA ELECTRONIC MAIL** |
|---|---|
| Dale M. Heist | Chad E. Ziegler |
| Woodcock Washburn LLP | Woodcook Washburn LLP |
| One Liberty Place, 46th Floor | One Liberty Place, 46th Floor |
| Philadelphia, PA 19103 | Philadelphia, PA 19103 |

*(signature)*
Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

RLF1-3000496-1