IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC., AND CROWN CORK & SEAL USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> REXAM BEVERAGE CAN CO., <br><br> Defendant. | Civil Action No. 05-608 (KAJ) |

## STIPULATION AND ORDER TO AMEND JOINT SCHEDULING ORDER (D.I. 32)

WHEREAS, the Court entered a Joint Scheduling Order on December 20, 2005 (D.I. 32); and

WHEREAS, in a Joint Interim Status Report to the Court dated June 8, 2006 (D.I. 77), the parties advised that the case has been proceeding in an orderly manner through discovery and the parties have been cooperating with each other and there were no present matters for the Court's consideration; and

WHEREAS, the parties have now determined and agreed that they will need more time to complete discovery than is afforded by the Joint Scheduling Order; and

WHEREAS, the parties have agreed jointly to seek a 60-day extension of the remaining deadlines in the Joint Scheduling Order, with the exception of the deadline for filing the Final Pretrial Order, the date of the Final Pretrial Conference and the trial dates which will remain unchanged.

NOW, THEREFORE, it is hereby STIPULATED AND AGREED by and among plaintiffs and defendant, through their undersigned attorneys, subject to the approval of the Court

WIL:61076.1/CRO056-230788

hereof, that the Joint Scheduling Order dated December 20, 2005 (D.I. 32), is hereby amended as follows:

1. All fact discovery shall be initiated so as to be completed by December 1, 2006.

2. Parties shall serve expert reports on issues for which they have the burden of proof by November 1, 2006; responsive expert reports shall be served by December 1, 2006, and expert discovery will take place between December 1, 2006 and January 31, 2007.

3. Opening summary judgment briefs shall be filed by February 16, 2007; opposition summary judgment briefs shall be filed by March 23, 2007; and reply summary judgment briefs shall be filed by April 9, 2007.

4. The parties shall exchange a list of those claim term(s)/phrase(s) that they believe need construction and their proposed claim construction of those term(s)/phrase(s) by September 15, 2006.

5. Opening claim construction briefs shall be filed by February 16, 2007, and responsive claim construction briefs shall be filed by March 23, 2007. The hearing on claim construction and summary judgment will be rescheduled to a date and time that is convenient to the Court.

6. In all other respects, the Joint Scheduling Order (D.I. 32) shall remain unchanged and in full force and effect.

[Signatures appear on the following page]

Dated: July 28, 2006

/s/ Barry Klayman

Barry M. Klayman (#3676)
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 N. Market Street, Suite 1001
Wilmington, DE 19801
Tel: (302) 777-0313
Fax: (302) 778-7813
E-mail: bklayman@wolfblock.com

*Attorneys for Plaintiffs,*
*Crown Packaging Technology, Inc. and*
*Crown Cork & Seal USA, Inc.*

/s/ Anne Gaza
Frederick L. Cottrell, III (#2555)
Anne Shea Gaza (#4093)
Richards, Layton & Finger, P.A.
One Rodney Square
920 King Street
Wilmington, DE 19801
Tel: (302) 651-7700
Fax: (302) 651-7701
E-mail: gaza@RLF.com

*Attorneys for Defendant,*
*Rexam Beverage Can Co.*

SO ORDERED:

_____ J.