

Wilmington Trust Center, 1100 North Market Street, Suite 1001, Wilmington, DE 19801
Tel: (302) 777-5860 ■ Fax: (302) 777-5863 ■ www.WolfBlock.com

Barry M. Klayman
Direct Dial: (302) 777-0313
Direct Fax: (302) 778-7813
E-mail:    bklayman@wolfblock.com
*Admitted in Delaware and Pennsylvania

July 28, 2006

**Via E-Filing**

The Honorable Kent A. Jordan
U.S. District Court for the District of
Delaware
844 North King Street, Room 4209
Wilmington, DE 19801

    Re:    Crown Packaging Technology, Inc., et al. v. Rexam
               Beverage Can Co., C.A. No. 05-608 (KAJ)

Dear Judge Jordan:

    The parties are today filing a Stipulation and Order to Amend the Joint Scheduling Order (D.I. 32) for Your Honor's consideration and approval. The Stipulation moves all of the remaining pretrial deadlines back 60 days, with the exception of the deadline for filing the Final Pretrial Order, the date of the Final Pretrial Conference and the trial dates, all of which remain unchanged. The Stipulation leaves open the date and time for a rescheduled hearing on claim construction and summary judgment motions.

    Counsel is available at the Court's convenience to answer any questions that Your Honor may have.

                                                                Respectfully yours,

                                                                Barry M. Klayman (#3676)
                                  for WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP

cc:    Frederick L. Cottrell, III, Esquire (By e-mail)
       Anne Gaza, Esquire (By e-mail)
       George P. McAndrews, Esquire (By e-mail)
       Dale M. Heist, Esquire (By e-mail)

WIL:61089.1/CRO056-230788

Boston, MA ■ Cherry Hill, NJ ■ Harrisburg, PA ■ New York, NY ■ Norristown, PA ■ Philadelphia, PA ■ Roseland, NJ ■ Wilmington, DE

WolfBlock Government Relations - Harrisburg, PA ■ WolfBlock Public Strategies - Boston, MA and Washington, DC

Wolf, Block, Schorr and Solis-Cohen LLP, a Pennsylvania Limited Liability Partnership