IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC., Plaintiff, and CROWN CORK & SEAL USA, INC.,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>REXAM BEVERAGE CAN CO.,<br><br>    Defendant Counterclaimant. | Civil Action No. 05-608 (KAJ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 10, 2006, counsel for defendant counterclaimant served copies of Defendant Counterclaimant Rexam Beverage Can Company's Supplemental Responses to Crown Technology's and Crown USA's Interrogatories No. 2 and 5 upon the following counsel of record in the manner indicated below:

**VIA HAND DELIVERY**
Barry M. Klayman
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 North Market Street
Suite 1001
Wilmington, DE  19801

**VIA ELECTRONIC MAIL**
Chad E. Ziegler
Woodcook Washburn LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103

**VIA FACSIMILE**
Dale M. Heist
Woodcock Washburn LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103

|  |  |
|---|---|
| Of Counsel: | *(signature)* |
| George P. McAndrews | Frederick L. Cottrell, III (#2555) |
| Steven J. Hampton | cottrell@rlf.com |
| Richard T. McCaulley | Anne Shea Gaza (#4093) |
| Gerald C. Willis | gaza@rlf.com |
| Paul W. McAndrews | Richards, Layton & Finger, P.A. |
| McAndrews, Held & Malloy, Ltd. | One Rodney Square |
| 500 W. Madison Street, Suite 3400 | 920 North King Street |
| Chicago, IL 60601 | Wilmington, DE 19801 |
| Tel: 312-775-8000 | 302-651-7700 |
| Fax: 312-775-8100 | Attorneys for Defendant Counterclaimant Rexam Beverage Can Co. |

Dated: August 10, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2006, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Barry M. Klayman
> Wolf, Block, Schorr
> and Solis-Cohen LLP
> Wilmington Trust Center
> 1100 North Market
> Street, Suite 1001
> Wilmington, DE 19801

I hereby certify that on August 10, 2006 I caused to be sent in the manner indicated below the foregoing document to the following non-registered participants:

| **VIA FACSIMILE** | **VIA ELECTRONIC MAIL** |
|---|---|
| Dale M. Heist | Chad E. Ziegler |
| Woodcock Washburn LLP | Woodcook Washburn LLP |
| One Liberty Place, 46th Floor | One Liberty Place, 46th Floor |
| Philadelphia, PA 19103 | Philadelphia, PA 19103 |

Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

RLF1-3000496-1