# WolfBlock

Wilmington Trust Center, 1100 North Market Street, Suite 1001, Wilmington, DE 19801
Tel: (302) 777-5860 ■ Fax: (302) 777-5863 ■ www.WolfBlock.com

Barry M. Klayman
Direct Dial: (302) 777-0313
Direct Fax: (302) 778-7813
E-mail:  bklayman@wolfblock.com
*Admitted in Delaware and Pennsylvania

August 17, 2006

**Via E-Filing & Hand Delivery**
The Honorable Kent A. Jordan
U.S. District Court for the District of
Delaware
844 North King Street, Room 4209
Wilmington, DE 19801

    Re:    Crown Packaging Technology, Inc., et al. v. Rexam
             Beverage Can Co., C.A. No. 05-608 (KAJ)

Dear Judge Jordan:

      The parties are today filing a Revised Stipulation and Order to Amend the Joint Scheduling Order (D.I. 32) for Your Honor's consideration and approval.

      Previously on July 28th, the parties filed a proposed Stipulation and Order to move all of the remaining pretrial deadlines back 60 days, with the exception of the deadline for the Final Pretrial Order, the date of the Final Pretrial Conference and the trial dates. Your Honor's assistant advised us that you were not willing to approve that Stipulation because it left you with inadequate time to decide the claim construction and summary judgment motions, but that you would consider a Stipulation that moved the deadlines in question back 30 days instead of 60 days. The parties have conferred and entered into a revised Stipulation that is intended to do that. The Stipulation leaves open the date and time for a rescheduled hearing on the claim construction and summary judgment motions.

WIL:61507.1/CRO056-230788

Boston, MA ■ Cherry Hill, NJ ■ Harrisburg, PA ■ New York, NY ■ Norristown, PA ■ Philadelphia, PA ■ Roseland, NJ ■ Wilmington, DE
WolfBlock Government Relations - Harrisburg, PA ■ WolfBlock Public Strategies - Boston, MA and Washington, DC
Wolf, Block, Schorr and Solis-Cohen LLP, a Pennsylvania Limited Liability Partnership

The Honorable Kent A. Jordan
U.S. District Court for the District of Delaware
August 17, 2006
Page 2

    Counsel is available at the Court's convenience to answer any questions that Your Honor may have.

Respectfully yours,

*/s/ Barry Klayman*

Barry M. Klayman (#3676)
for WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP

Enclosure
cc:    Frederick L. Cottrell, III, Esquire (By e-mail)
       Anne Gaza, Esquire (By e-mail)
       George P. McAndrews, Esquire (By e-mail)
       Dale M. Heist, Esquire (By e-mail)