IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> REXAM BEVERAGE CAN CO., <br><br> Defendant. | ) ) ) ) ) Civil Action No. 05-608 (KAJ) ) ) ) ) JURY TRIAL DEMANDED ) ) ) |

**PLAINTIFFS' NOTICE OF SERVICE OF
DEPOSITION NOTICES AND SUBPOENAS**

The undersigned hereby states that on August 17, 2006, Notices of Deposition and Subpoenas for the depositions of Ball Corporation pursuant to Rule 30(b)(6), K. Reed Jentzsch and Mark A. Jacober, were served upon counsel for defendant, Rexam Beverage Can Co., at the following addresses in the manner indicated:

By E-Mail

Anne Shea Gaza, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
920 King Street
Wilmington, DE 19801

Gerald C. Willis, Esquire
McAndrews, Held & Malloy, Ltd.
34th Floor
500 West Madison Street
Chicago, IL 60661
jwillis@mhmlaw.com

WIL:61510.1/CRO056-230788

Dated: August 17, 2006

*/s/ Barry Klayman*
Barry M. Klayman, Esquire (#3676)
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 N. Market Street, Suite 1001
Wilmington, DE 19801
Tel: (302) 777-0313
Fax: (302) 778-7813

*Attorney for Plaintiffs,*
*Crown Packaging Technology, Inc. and*
*Crown Cork & Seal USA, Inc.*

*Of Counsel:*

Dale M. Heist
Lynn A. Malinoski
Chad E. Ziegler
WOODCOCK WASHBURN, LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103
(215) 568-3100

Jerome J. Shestack
Wolf, Block, Schorr and Solis-Cohen LLP
1650 Arch Street, 22nd Floor
Philadelphia, PA 19103-2097
(215) 561-5151

Michael Korniczky
Crown Packaging Technology, Inc.
11535 South Central Avenue
Alsip, IL 60803
(215) 698-5100

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, he caused a copy of the foregoing Notice of Service of Deposition Notices and Subpoenas to be filed electronically with the Clerk of Court using CM/ECF and that copies were served on the person(s) listed below in the manner stated:

<u>Via CM/ECF Notification & E-Mail</u>

Anne Shea Gaza, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 King Street
Wilmington, DE 19801

<u>By E-Mail</u>

Gerald C. Willis, Esquire
McAndrews, Held & Malloy, Ltd.
34th Floor
500 West Madison Street
Chicago, IL 60661
jwillis@mhmlaw.com

Dated: August 17, 2006

Barry M. Klayman, Esquire (#3676)