IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC., <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> REXAM BEVERAGE CAN COMPANY, <br><br> Defendant/Counterclaimant. | ) ) ) ) ) ) ) ) Civil Action No. 05-608 (KAJ) ) ) ) ) ) |

**UNOPPOSED MOTION FOR REQUEST FOR
INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE
CONVENTION OF MARCH 18, 1970 ON THE TAKING OF EVIDENCE IN
<u>CIVIL OR COMMERCIAL MATTERS</u>**

Defendant/Counterclaimant, Rexam Beverage Can Company ("Rexam"), hereby moves this Court for the issuance of an Order for a Request for International Judicial Assistance Pursuant to the Hague Convention, 28 U.S.C. § 1781 *et seq.*, for the taking of the oral evidentiary deposition of Peter James Hinton, 3 Divinity Close, Wanborough, Swindon, Wiltshire, SN4 0EH, with a phone number of 011 44 1793 790920.

This is a patent infringement case in which Crown Packaging Technology, Inc. and Crown Cork & Seal USA, Inc. (collectively "Crown") are asserting that Rexam infringes two patents owned by Crown. Peter James Hinton is the only one of three inventors named on those patents who can testify about the alleged inventions that are the subject of those patents. Crown has represented that inventor Brifcani is deceased and inventor Kysh is incapacitated.

Crown's attorneys have also represented that they have attempted on multiple occasions, without success, to have Mr. Hinton voluntarily appear for a deposition, as he did in a prior lawsuit between Crown and Anheuser-Busch.

Therefore, Rexam respectfully requests that this Court execute the attached Request for International Judicial Assistance, and enter the attached proposed order which requires the clerk of the Court to affix the seal of this Court on the attached Request for International Judicial Assistance, and to notify counsel for Rexam when the seal has been affixed so that counsel for Rexam may obtain the original request and arrange to have it transmitted to the Supreme Court of the United Kingdom.

*/s/ Anne Shea Gaza*

Of Counsel:
George P. McAndrews
Steven J. Hampton
Richard T. McCaulley
Gerald C. Willis
Paul W. McAndrews
McAndrews, Held & Malloy, Ltd.
500 W. Madison Street, Suite 3400
Chicago, IL  60601
Tel:  312-775-8000
Fax:  312-775-8100

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
Attorneys for Defendant Counterclaimant
   Rexam Beverage Can Co.

Dated:  August 18, 2006

RLF1-3049496-1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC., <br><br>    Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> REXAM BEVERAGE CAN CO., <br><br>    Defendant/Counterclaimant. | ) ) ) ) ) ) ) ) Civil Action No. 05-608 (KAJ) ) ) ) ) ) ) ) |

## CERTIFICATION PURSUANT TO
## DISTRICT OF DELAWARE LOCAL RULE 7.1.1

Pursuant to Local Rule 7.1.1., the undersigned counsel certifies that they have consulted with counsel for Crown Packaging Technology, Inc. and Crown Cork & Seal USA, Inc. (collectively, "Crown") and have been advised that Crown does not oppose the relief sought by this Motion.

Of Counsel:
George P. McAndrews
Steven J. Hampton
Richard T. McCaulley
Gerald C. Willis
Paul W. McAndrews
McAndrews, Held & Malloy, Ltd.
500 W. Madison Street, Suite 3400
Chicago, IL 60601
Tel: 312-775-8000
Fax: 312-775-8100

Date: August 18, 2006

/s/ Anne Shea Gaza
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
920 North King Street
Wilmington, DE 19801
Tel: 302-651-7700
Fax: 302-651-7701
    Attorneys for Defendant/Counterclaimant
    Rexam Beverage Can Co.

RLF1-2973435-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2006, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

>Barry M. Klayman
>Wolf, Block, Schorr
>and Solis-Cohen LLP
>Wilmington Trust Center
>1100 North Market
>Street, Suite 1001
>Wilmington, DE 19801

I hereby certify that on August 18, 2006 I caused to be sent in the manner indicated below the foregoing document to the following non-registered participants:

| **VIA FACSIMILE** | **VIA ELECTRONIC MAIL** |
|---|---|
| Dale M. Heist | Chad E. Ziegler |
| Woodcock Washburn LLP | Woodcook Washburn LLP |
| One Liberty Place, 46th Floor | One Liberty Place, 46th Floor |
| Philadelphia, PA 19103 | Philadelphia, PA 19103 |

*/s/ Anne Shea Gaza*
Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

RLF1-3000496-1