IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CROWN PACKAGING TECHNOLOGY,       )
INC. and CROWN CORK & SEAL USA,   )
INC.,                             )
                                  )
        Plaintiffs/Counterclaim Defendants,  )
                                  )
v.                                )    Civil Action No. 05-608 (KAJ)
                                  )
REXAM BEVERAGE CAN COMPANY,       )
                                  )
        Defendant/Counterclaimant.  )

**ORDER**

This matter having come before the Court upon the application of
Defendants/Counterclaimants, for the issuance of a request for international judicial
assistance to the Supreme Court of the United Kingdom, pursuant to the Hague
Convention, 28 U.S.C. § 1781 *et seq.*, that Peter James Hinton be required to give
testimony, and the Court having concluded that a request for international judicial
assistance should be issued;

Defendant/Counterclaimant's motion is hereby GRANTED;

Wherefore, the Court having signed the request for international judicial
assistance;

It is hereby ORDERED that the Clerk of the Court shall affix the seal of this
Court on the signed request for international judicial assistance; and it is further
ORDERED that counsel for Defendant/Counterclaimant shall be promptly notified when

the seal has been affixed so that counsel may obtain the original, sealed request for transmission by counsel to the Supreme Court of the United Kingdom.


**SIGNED** this _____ day of _____, 2006


                             _____
                             **KENT A. JORDAN**
                             **UNITED STATES DISTRICT JUDGE**