IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC., <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> REXAM BEVERAGE CAN COMPANY, <br><br> Defendant/Counterclaimant. | ) ) ) ) ) ) ) ) Civil Action No. 05-608 (KAJ) ) ) ) ) ) |

**ORDER**

This matter having come before the Court upon the application of Defendants/Counterclaimants, for the issuance of a request for international judicial assistance to the Supreme Court of the United Kingdom, pursuant to the Hague Convention, 28 U.S.C. § 1781 *et seq.*, that Peter James Hinton be required to give testimony, and the Court having concluded that a request for international judicial assistance should be issued;

Defendant/Counterclaimant's motion is hereby GRANTED;

Wherefore, the Court having signed the request for international judicial assistance;

It is hereby ORDERED that the Clerk of the Court shall affix the seal of this Court on the signed request for international judicial assistance; and it is further ORDERED that counsel for Defendant/Counterclaimant shall be promptly notified when

the seal has been affixed so that counsel may obtain the original, sealed request for transmission by counsel to the Supreme Court of the United Kingdom.

SIGNED this \_\_21st\_\_ day of \_\_August\_\_, 2006

_____
KENT A. JORDAN
UNITED STATES DISTRICT JUDGE

RLF1-3049496-1