IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2006 AUG 24 PM 12: 13

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC.,<br><br>Plaintiffs and Counterclaim Defendant,<br><br>v.<br><br>REXAM BEVERAGE CAN CO.,<br><br>Defendant and Counterclaimant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-608-KAJ<br>)<br>)<br>)<br>)<br>) |

### ORDER

At Wilmington this **24th** day of **August, 2006**,

IT IS ORDERED that the hearing on claim construction and summary judgment is rescheduled from February 23, 2007 to **March 16, 2007 at 9:30 a.m.**

_____
UNITED STATES DISTRICT JUDGE