## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC., | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 05-608-KAJ |
| REXAM BEVERAGE CAN CO., | : : | |
| Defendant. | : | |

## **ORDER**

At Wilmington this **8th** day of **September, 2006,**

IT IS ORDERED that the teleconference scheduled for Thursday, September 21, 2006 at 4:30 p.m. EST has been rescheduled to **Thursday, October 5 2006 at 3:00 p.m. EST.** The purpose of this teleconference is to discuss the mediation scheduled for November 3, 2006 and the scheduling order. **Plaintiffs' counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE