IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> REXAM BEVERAGE CAN CO., <br><br> Defendant. | ) <br> ) <br> ) <br> ) Civil Action No. 05-608 (KAJ) <br> ) <br> ) <br> ) <br> ) JURY TRIAL DEMANDED <br> ) <br> ) <br> ) |

**PLAINTIFFS' NOTICE OF SERVICE OF
NOTICE OF DEPOSITION OF LARS EMILSON**

The undersigned hereby states that on September 15, 2006, a Notice of Deposition for the deposition of Lars Emilson (attached hereto as Exhibit A) was served upon counsel for defendant, Rexam Beverage Can Co., at the following addresses in the manner indicated:

By E-Mail

Anne Shea Gaza, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
920 King Street
Wilmington, DE 19801
gaza@rlf.com

By E-Mail & Fax

Gerald C. Willis, Esquire
McAndrews, Held & Malloy, Ltd.
34th Floor
500 West Madison Street
Chicago, IL 60661
jwillis@mhmlaw.com

WIL:61814.1/CRO056-230788

Dated: September 15, 2006

/s/ Barry Klayman
Barry M. Klayman, Esquire (#3676)
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 N. Market Street, Suite 1001
Wilmington, DE 19801
Tel: (302) 777-0313
Fax: (302) 778-7813

*Attorney for Plaintiffs,*
*Crown Packaging Technology, Inc. and*
*Crown Cork & Seal USA, Inc.*

*Of Counsel:*

Dale M. Heist
Lynn A. Malinoski
Chad E. Ziegler
WOODCOCK WASHBURN, LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103
(215) 568-3100

Jerome J. Shestack
Wolf, Block, Schorr and Solis-Cohen LLP
1650 Arch Street, 22nd Floor
Philadelphia, PA 19103-2097
(215) 561-5151

Michael Korniczky
Crown Packaging Technology, Inc.
11535 South Central Avenue
Alsip, IL  60803
(215) 698-5100

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. AND CROWN CORK & SEAL USA, INC., <br><br> PLAINTIFFS, <br><br> V. <br><br> REXAM BEVERAGE CAN CO., <br><br> DEFENDANT. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) CIVIL ACTION NO. 05-608 (KAJ) |

**CROWN PACKAGING TECHNOLOGY, INC.'S AND CROWN CORK & SEAL USA, INC.'S NOTICE OF DEPOSITION OF LARS EMILSON**

PLEASE TAKE NOTICE that plaintiffs Crown Packaging Technology, Inc. and Crown Cork & Seal USA, Inc. will take the deposition upon oral examination of Lars Emilson pursuant to Rule 30 of the Federal Rules of Civil Procedure, commencing at 9:00 AM on October 27, 2006, at the offices of Dechert LLP, 160 Queen Victoria Street, London, EC4V 4QQ, U.K., or at some other mutually agreeable place, before a Notary Public or duly authorized officer authorized to administer oaths. The deposition will be recorded by stenographic means and may also be recorded by video tape, audio tape, and/or by instant visual display of the stenographic record. You are invited to attend and cross-examine.

Dated: September 15, 2006

Respectfully submitted,

_____
Chad E. Ziegler
WOODCOCK WASHBURN LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103
(215) 568-3100

*Attorney for Plaintiffs
Crown Packaging Technology, Inc. and
Crown Cork & Seal USA, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of **CROWN PACKAGING TECHNOLOGY, INC. AND CROWN CORK & SEAL USA, INC.'S NOTICE OF DEPOSITION OF LARS EMILSON** has been forwarded on this the 15th day of September, 2006, in accordance with the Federal Rules of Civil Procedure, to the following:

**VIA E-MAIL/FACSIMILE:**
Gerald C. Willis, Esq.
McAndrews, Held & Malloy, Ltd.
500 W. Madison Street, Suite 3400
Chicago, IL 60601
jwillis@mhmlaw.com

**VIA EMAIL:**
Anne Shea Gaza, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
gaza@rlf.com

Date: September 15, 2006

_____
Chad E. Ziegler

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, he caused a copy of the foregoing Notice of Service of Deposition Notice to be filed electronically with the Clerk of Court using CM/ECF and that copies were served on the person(s) listed below in the manner stated:

<u>Via CM/ECF Notification & E-Mail</u>

Anne Shea Gaza, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 King Street
Wilmington, DE 19801
gaza@rlf.com

<u>By E-Mail</u>

Gerald C. Willis, Esquire
McAndrews, Held & Malloy, Ltd.
34th Floor
500 West Madison Street
Chicago, IL 60661
jwillis@mhmlaw.com

Dated: September 15, 2006

Barry M. Klayman, Esquire (#3676)