IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC., Plaintiff, and CROWN CORK & SEAL USA, INC., Plaintiff and Counterclaim Defendant<br><br>v.<br><br>REXAM BEVERAGE CAN CO.,<br><br>Defendant Counterclaimant. | Civil Action No. 05-608 (KAJ) |

## REXAM'S THIRD NOTICE OF DEPOSITION UNDER RULE 30(b)(6)

To: Barry M. Klayman
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 North Market Street
Suite 1001
Wilmington, DE  19801

Chad E. Ziegler
Woodcook Washburn LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103

Dale M. Heist
Woodcock Washburn LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103

**PLEASE TAKE NOTICE** that Defendant, Rexam Beverage Can Co. ("Rexam") will take the deposition of Plaintiffs, Crown Packaging Technology, Inc., and Crown Cork & Seal USA, Inc., Plaintiffs ("Crown") regarding the subject matters set forth in the attached Schedule A, pursuant to Fed. R. Civ. P. 30(b)(6), at 9:00 am on October 19, 2006 or such other date as is mutually agreed upon by the parties, at the offices of McAndrews, Held & Malloy, Ltd., 500 West Madison Street, Suite 3400, Chicago, Illinois, or at another location that is mutually agreed

upon by the parties. The deposition will be taken upon oral examination before an officer authorized by law to administer oaths and will continue day to day until completed or as mutually agreed to by counsel for the respective parties. The deposition will be recorded stenographically and also will be recorded on videotape.

The deposition will be conducted according to Rule 30(b)(6), which states in pertinent part:

> A party may . . . name as the deponent a public or private corporation . . . and describe with reasonable particularity the matters on which examination is requested. In that event, the organization so named shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.

FED. R. CIV. P. 30(b)(6) (2006). This Notice of Deposition is directed to the topics in the attached Schedule A. Rexam reserves the right to serve additional Rule 30(b)(6) deposition notices and topics on Crown.

|  |  |
|---|---|
| Of Counsel:<br>George P. McAndrews<br>Steven J. Hampton<br>Richard T. McCaulley<br>Gerald C. Willis<br>Paul W. McAndrews<br>McAndrews, Held & Malloy, Ltd.<br>500 W. Madison Street, Suite 3400<br>Chicago, IL 60601<br>Tel: 312-775-8000<br>Fax: 312-775-8100 | /s/ Anne Shea Gaza<br>Frederick L. Cottrell, III (#2555)<br>cottrell@rlf.com<br>Anne Shea Gaza (#4093)<br>gaza@rlf.com<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>302-651-7700<br>Attorneys for Defendant Counterclaimant<br>    Rexam Beverage Can Co. |

## SCHEDULE A

### INSTRUCTIONS AND DEFINITIONS:

The Instructions and Definitions set forth in (1) Rexam's First Sets of Interrogatories, (2) Rexam's First Set of Document Requests and (3) Rexam's First Requests for Admission are herein incorporated by reference. Additionally, the following Instructions and Definitions apply.

1. "Crown" refers to either or both of Plaintiff Crown Packaging Technology, Inc. and Plaintiff and Counterclaim Defendant Crown Cork & Seal USA, Inc. and each of their subsidiaries, parents, subsidiaries of subsidiaries, divisions, affiliates in which it owns a majority or a controlling interest, and other organizational or operating units, each of their respective predecessors and successors, and each of their respective employees, officers, directors, attorneys, agents, representatives, and all persons acting on their behalf.

2. The term "document" or "documents" includes documents and things as broadly defined in Rule 34, and includes papers of all kinds and includes non-paper information storage means, including by way of example and without limitation, originals and copies, however made, of letters, memoranda, notes, calendars, records, minutes, studies, reports, notebooks, messages, telegrams, ledgers, legal instruments, agreements, drawings, sketches, graphs, prints, handwritten notes, rough drafts, secretarial notes, workpads, diaries, films, tapes, pictures, photographs, videotapes, books, pamphlets, publications, advertisements, sales literature, brochures, manuals, price lists, announcements, or any other writings, records or tangible objects where produced or reproduced mechanically, electrically, electronically, photographically or chemically including and without limitation by facsimile and e-mail.

3. "Person" means any individual or firm, association, organization, joint venture, trust, partnership, corporation, or other collective organization or entity and the acts and

knowledge of a "person" as used herein are defined to include acts and knowledge of directors, officers, employees, agents, representatives, and attorneys acting on behalf of such "person."

### SCHEDULE OF TOPICS:

1. The bottom reforming process or processes that Crown currently performs or has performed from 1996 to date at its Fort Bend, Texas manufacturing facility.

2. The configuration of every apparatus, including jigs, receptacles and supports that Crown has used at any time since 1996 at its Fort Bend, Texas facility to position, hold, align, secure or support can bodies during reforming of the bottom of the can bodies, including without limitation the "Dome Receptacles" shown by Crown's production document nos. CCS0057953, CCS0059226, CCS0059245, CCS0059246 and CCS0059257.

3. All changes that have been made since 1996 in any apparatus, including jigs, receptacles and supports that Crown has used at its Fort Bend, Texas facility to position, hold, align, secure or support can bodies during reforming of the bottom of the can bodies, including without limitation changes made to or evidenced by the "Dome Receptacles" shown by Crown's production document nos. CCS0057953, CCS0059226, CCS0059245, CCS0059246 and CCS0059257.

4. The operation and function of every apparatus, including jigs, receptacles and supports that Crown has used at any time since 1996 at its Fort Bend, Texas facility to position, hold, align, secure or support can bodies during reforming of the bottom of the can bodies, including without limitation the operation and function of the "Dome Receptacles" shown by Crown's production document nos. CCS0057953, CCS0059226, CCS0059245, CCS0059246 and CCS0059257.

5.  All apparatus, including jigs, receptacles and supports that have been used at any time since 1996 at Crown's Fort Bend, Texas facility to position, hold, align, secure or support can bodies during reforming of the bottom of the can bodies, including without limitation the "Dome Receptacles" shown by Crown's production document nos. CCS0057953, CCS0059226, CCS0059245, CCS0059246 and CCS0059257.

6.  All reasons for every change of any apparatus, including jigs, receptacles and supports that Crown has used at any time since 1996 at Crown's Fort Bend, Texas facility to position, hold, align, secure or support can bodies during reforming of the bottom of the can bodies, including without limitation the "Dome Receptacles" shown by Crown's production document nos. CCS0057953, CCS0059226, CCS0059245, CCS0059246 and CCS0059257.

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2006, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Barry M. Klayman
> Wolf, Block, Schorr
> and Solis-Cohen LLP
> Wilmington Trust Center
> 1100 North Market
> Street, Suite 1001
> Wilmington, DE  19801

I hereby certify that on September 19, 2006 I caused to be sent in the manner indicated below the foregoing document to the following non-registered participants:

| **VIA FACSIMILE** | **VIA ELECTRONIC MAIL** |
| --- | --- |
| Dale M. Heist | Chad E. Ziegler |
| Woodcock Washburn LLP | Woodcook Washburn LLP |
| One Liberty Place, 46th Floor | One Liberty Place, 46th Floor |
| Philadelphia, PA 19103 | Philadelphia, PA 19103 |

*/s/ Anne Shea Gaza*
Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

RLF1-3000496-1