IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> REXAM BEVERAGE CAN CO., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 05-608 (KAJ) <br><br> JURY TRIAL DEMANDED |

PLAINTIFFS' NOTICE OF SERVICE OF
NOTICE OF DEPOSITION OF JOHN CATON

The undersigned hereby states that on September 19, 2006, a Notice of Deposition for the deposition of John Caton (attached hereto as Exhibit A) was served upon counsel for defendant, Rexam Beverage Can Co., at the following addresses in the manner indicated:

By Federal Express & E-Mail

Anne Shea Gaza, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
920 King Street
Wilmington, DE 19801
gaza@rlf.com

By E-Mail

Gerald C. Willis, Esquire
McAndrews, Held & Malloy, Ltd.
34th Floor
500 West Madison Street
Chicago, IL 60661
jwillis@mhmlaw.com

WIL:61814.1/CRO056-230788

Dated: September 19, 2006

/s/ Barry Klayman
Barry M. Klayman, Esquire (#3676)
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 N. Market Street, Suite 1001
Wilmington, DE 19801
Tel: (302) 777-0313
Fax: (302) 778-7813

*Attorney for Plaintiffs,*
*Crown Packaging Technology, Inc. and*
*Crown Cork & Seal USA, Inc.*

*Of Counsel:*

Dale M. Heist
Lynn A. Malinoski
Chad E. Ziegler
WOODCOCK WASHBURN, LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103
(215) 568-3100

Jerome J. Shestack
Wolf, Block, Schorr and Solis-Cohen LLP
1650 Arch Street, 22nd Floor
Philadelphia, PA 19103-2097
(215) 561-5151

Michael Korniczky
Crown Packaging Technology, Inc.
11535 South Central Avenue
Alsip, IL 60803
(215) 698-5100

# EXHIBIT A

WIL:61814.1/CRO056-230788

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. AND CROWN CORK & SEAL USA, INC., | ) ) ) ) | |
| PLAINTIFFS, | ) ) | CIVIL ACTION NO. 05-608 (KAJ) |
| V. | ) ) | |
| REXAM BEVERAGE CAN CO., | ) ) | |
| DEFENDANT. | ) ) ) ) | |

**CROWN PACKAGING TECHNOLOGY, INC.'S AND CROWN CORK & SEAL USA, INC.'S NOTICE OF DEPOSITION OF JOHN CATON**

PLEASE TAKE NOTICE that plaintiffs Crown Packaging Technology, Inc. and Crown Cork & Seal USA, Inc. will take the deposition upon oral examination of John Caton pursuant to Rule 30 of the Federal Rules of Civil Procedure, commencing at 9:00 AM on October 17, 2006, at the offices of McAndrews Held & Malloy, Ltd., 500 W. Madison Street, Suite 3400, Chicago, IL 60601, before a Notary Public or duly authorized officer authorized to administer oaths. The deposition will be recorded by stenographic means and may also be recorded by video tape, audio tape, and/or by instant visual display of the stenographic record. You are invited to attend and cross-examine.

Dated: September 19, 2006

Respectfully submitted,

_____
Chad E. Ziegler
WOODCOCK WASHBURN LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103
(215) 568-3100

*Attorney for Plaintiffs*
*Crown Packaging Technology, Inc. and*
*Crown Cork & Seal USA, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of **CROWN PACKAGING TECHNOLOGY, INC. AND CROWN CORK & SEAL USA, INC.'S NOTICE OF DEPOSITION OF JOHN CATON** has been forwarded on this the 19th day of September, 2006, in accordance with the Federal Rules of Civil Procedure, to the following:

**VIA E-MAIL:**
Gerald C. Willis, Esq.
McAndrews, Held & Malloy, Ltd.
500 W. Madison Street, Suite 3400
Chicago, IL 60601

**VIA FEDERAL EXPRESS:**
Anne Shea Gaza, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

Date: September 19, 2006

Chad E. Ziegler

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, he caused a copy of the foregoing Notice of Service of Deposition Notice to be filed electronically with the Clerk of Court using CM/ECF and that copies were served on the person(s) listed below in the manner stated:

<u>Via CM/ECF Notification & E-Mail</u>

Anne Shea Gaza, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 King Street
Wilmington, DE 19801
gaza@rlf.com

<u>By E-Mail</u>

Gerald C. Willis, Esquire
McAndrews, Held & Malloy, Ltd.
34th Floor
500 West Madison Street
Chicago, IL 60661
jwillis@mhmlaw.com

Dated: September 19, 2006

Barry M. Klayman, Esquire (#3676)