IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC., <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> REXAM BEVERAGE CAN COMPANY, <br><br> Defendant/Counterclaimant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 05-608 (KAJ) |

### REXAM BEVERAGE CAN COMPANY'S NOTICE OF
### DEPOSITION OF JOHN CONWAY

TO: Chad E. Ziegler  
Woodcook Washburn LLP  
One Liberty Place, 46th Floor  
Philadelphia, PA 19103  

Dale M. Heist  
Woodcock Washburn LLP  
One Liberty Place, 46th Floor  
Philadelphia, PA 19103  

Barry M. Klayman  
Wolf, Block, Schorr and  
 Solis-Cohen LLP  
Wilmington Trust Center  
1100 North Market Street  
Suite 1001  
Wilmington, DE   19801

**PLEASE TAKE NOTICE** that Defendant-Counterclaimant, Rexam Beverage Can Company ("Rexam"), will take the deposition upon oral examination of John conway pursuant to Rule 30 of the Federal Rules of Civil Procedure, commencing at 9:00 AM on October 17, 2006, at the offices of Woodcock Washburn, One Liberty Place, 46th Floor, Philadelphia, PA 19103, before a Notary Public or other officer duly authorized to administer oaths. The deposition will be recorded by stenographic means and will be recorded by videotape and instant visual display of the stenographic record.

Pursuant to Rule 30(b)(5) of the Federal Rules of Civil Procedure, Rexam requests that the deponent bring with him all documents, including electronic documents, reviewed and/or considered by him, in preparation for his deposition and/or that he anticipates testifying about at trial. The oral examination will continue from day to day until completed or as otherwise mutually agreed to by counsel for the respective parties.

You are invited to attend and cross examine.

|  |  |
|---|---|
| Of Counsel: | /s/ Anne Shea Gaza |
| George P. McAndrews | Frederick L. Cottrell, III (#2555) |
| Steven J. Hampton | cottrell@rlf.com |
| Richard T. McCaulley | Anne Shea Gaza (#4093) |
| Gerald C. Willis | gaza@rlf.com |
| Paul W. McAndrews | Richards, Layton & Finger, P.A. |
| McAndrews, Held & Malloy, Ltd. | One Rodney Square |
| 500 W. Madison Street, Suite 3400 | 920 North King Street |
| Chicago, IL 60601 | Wilmington, DE 19801 |
| Tel: 312-775-8000 | 302-651-7700 |
|  | Attorneys for Defendant-Counterclaimant Rexam Beverage Can Co. |

Dated: September 27, 2006

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2006, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

>Barry M. Klayman, Esq.
>Wolf, Block, Schorr
>  and Solis-Cohen LLP
>Wilmington Trust Center
>1100 North Market
>Street, Suite 1001
>Wilmington, DE  19801

I hereby certify that on September 27, 2006, I caused to be sent in the manner indicated below the foregoing document to the following non-registered participants:

| **VIA FACSIMILE** | **VIA ELECTRONIC MAIL** |
| --- | --- |
| Dale M. Heist, Esq. | Chad E. Ziegler, Esq. |
| Woodcock Washburn LLP | Woodcook Washburn LLP |
| One Liberty Place, 46th Floor | One Liberty Place, 46th Floor |
| Philadelphia, PA 19103 | Philadelphia, PA 19103 |

*Anne Shea Gaza*
Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700