IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC., <br><br>Plaintiffs/Counterclaim Defendants, <br><br>v. <br><br>REXAM BEVERAGE CAN COMPANY, <br><br>Defendant/Counterclaimant. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br>Civil Action No. 05-608 (KAJ) |

### REXAM BEVERAGE CAN COMPANY'S NOTICE OF DEPOSITION OF MARTIN HIGHAM

TO: Chad E. Ziegler
    Woodcock Washburn LLP
    One Liberty Place, 46th Floor
    Philadelphia, PA 19103

    Dale M. Heist
    Woodcock Washburn LLP
    One Liberty Place, 46th Floor
    Philadelphia, PA 19103

    Barry M. Klayman
    Wolf, Block, Schorr and
     Solis-Cohen LLP
    Wilmington Trust Center
    1100 North Market Street
    Suite 1001
    Wilmington, DE 19801

**PLEASE TAKE NOTICE** that Defendant-Counterclaimant, Rexam Beverage Can Company ("Rexam"), will take the deposition upon oral examination of Martin Higham pursuant to Rule 30 of the Federal Rules of Civil Procedure, commencing at 9:00 AM on October 18, 2006, at the offices of Woodcock Washburn, One Liberty Place, 46th Floor, Philadelphia, PA 19103, before a Notary Public or other officer duly authorized to administer oaths. The deposition will be recorded by stenographic means and will be recorded by videotape and instant visual display of the stenographic record.

Pursuant to Rule 30(b)(5) of the Federal Rules of Civil Procedure, Rexam requests that the deponent bring with him all documents, including electronic documents,

reviewed and/or considered by him, in preparation for his deposition and/or that he anticipates testifying about at trial. The oral examination will continue from day to day until completed or as otherwise mutually agreed to by counsel for the respective parties.

You are invited to attend and cross examine.

|  |  |
|---|---|
| Of Counsel:<br>George P. McAndrews<br>Steven J. Hampton<br>Richard T. McCaulley<br>Gerald C. Willis<br>Paul W. McAndrews<br>McAndrews, Held & Malloy, Ltd.<br>500 W. Madison Street, Suite 3400<br>Chicago, IL  60601<br>Tel:  312-775-8000<br><br>Dated:  September 27, 2006 | /s/ Anne Shea Gaza<br>Frederick L. Cottrell, III (#2555)<br>cottrell@rlf.com<br>Anne Shea Gaza (#4093)<br>gaza@rlf.com<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>302-651-7700<br>   Attorneys for Defendant-Counterclaimant<br>   Rexam Beverage Can Co. |

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2006, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Barry M. Klayman, Esq.
> Wolf, Block, Schorr
>   and Solis-Cohen LLP
> Wilmington Trust Center
> 1100 North Market
> Street, Suite 1001
> Wilmington, DE  19801

I hereby certify that on September 27, 2006, I caused to be sent in the manner indicated below the foregoing document to the following non-registered participants:

| **VIA FACSIMILE** | **VIA ELECTRONIC MAIL** |
| --- | --- |
| Dale M. Heist, Esq. | Chad E. Ziegler, Esq. |
| Woodcock Washburn LLP | Woodcook Washburn LLP |
| One Liberty Place, 46th Floor | One Liberty Place, 46th Floor |
| Philadelphia, PA 19103 | Philadelphia, PA 19103 |

*/s/ Anne Shea Gaza*
Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

RLF1-3000496-1