IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CROWN PACKAGING TECHNOLOGY, INC., | ) ) ) | |
| Plaintiff, and | ) ) | |
| CROWN CORK & SEAL USA, INC., | ) ) | |
| Plaintiff/Counterclaim Defendant, | ) | Civil Action No. 05-608 (KAJ) |
| v. | ) ) ) | |
| REXAM BEVERAGE CAN CO., | ) ) | |
| Defendant/Counterclaimant. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 13, 2006, counsel for defendant-counterclaimant served copies of Defendant-Counterclaimant Rexam Beverage Can Company's Fourth Set of Interrogatories, Defendant-Counterclaimant Rexam Beverage Can Company's Seventh Set of Requests for Production and Defendant-Counterclaimant Rexam Beverage Can Company's Second Set of Requests for Admissions upon the following counsel of record in the manner indicated below:

**VIA HAND DELIVERY**
Barry M. Klayman
Wolf, Block, Schorr and
Solis-Cohen LLP
Wilmington Trust Center
1100 North Market Street, Suite 1001
Wilmington, DE 19801

**VIA FACSIMILE**
Dale M. Heist
Woodcock Washburn LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103

**VIA ELECTRONIC MAIL**
Chad E. Ziegler
ziegler@woodcock.com
Woodcock Washburn LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103

RLF1-3070532-1

|  |  |
|---|---|
| Of Counsel: | *Anne Shea Gaza* by mxwk (4566)<br>Frederick L. Cottrell, III (#2555) |
| George P. McAndrews | cottrell@rlf.com |
| Steven J. Hampton | Anne Shea Gaza (#4093) |
| Richard T. McCaulley | gaza@rlf.com |
| Gerald C. Willis | Richards, Layton & Finger, P.A. |
| Paul W. McAndrews | One Rodney Square |
| McAndrews, Held & Malloy, Ltd. | 920 North King Street |
| 500 W. Madison Street, Suite 3400 | Wilmington, DE 19801 |
| Chicago, IL 60601 | 302-651-7700 |
| Tel: 312-775-8000 | Attorneys for Defendant-Counterclaimant Rexam Beverage Can Co. |

Dated: October 13, 2006

**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2006, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Barry M. Klayman, Esq.
> Wolf, Block, Schorr
>  and Solis-Cohen LLP
> Wilmington Trust Center
> 1100 North Market
> Street, Suite 1001
> Wilmington, DE  19801

I hereby certify that on October 13, 2006, I caused to be sent in the manner indicated below the foregoing document to the following non-registered participants:

| **VIA FACSIMILE** | **VIA ELECTRONIC MAIL** |
|---|---|
| Dale M. Heist, Esq. | Chad E. Ziegler, Esq. |
| Woodcock Washburn LLP | Woodcook Washburn LLP |
| One Liberty Place, 46th Floor | One Liberty Place, 46th Floor |
| Philadelphia, PA 19103 | Philadelphia, PA 19103 |

/s/ Matthew L. King
Matthew W. King (#4566)
King@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700