## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 05-608 (KAJ) |
| v. | ) ) | |
| REXAM BEVERAGE CAN CO., | ) ) | JURY TRIAL DEMANDED |
| Defendant. | ) ) | |

### PLAINTIFFS' NOTICE OF SERVICE OF SECOND SET OF REQUESTS FOR ADMISSION (NOS. 52-210), THIRD SET OF INTERROGATORIES (NOS. 19-35) AND SIXTH SET OF REQUESTS FOR PRODUCTION (NOS. 300-374) TO DEFENDANT

The undersigned hereby states that on October 16, 2006, true and correct copies of Plaintiffs' Second Set of Requests for Admission (Nos. 52-210), Third Set of Interrogatories (Nos. 19-35) and Sixth Set of Requests for Production of Documents (Nos. 300-374) were served upon counsel for defendant, Rexam Beverage Can Co., at the following addresses in the manner indicated:

> By Hand Delivery
>
> Anne Shea Gaza, Esquire
> Richards, Layton & Finger, P.A.
> One Rodney Square
> P.O. Box 551
> 920 King Street
> Wilmington, DE 19801
> gaza@rlf.com

By E-Mail

Gerald C. Willis, Esquire
McAndrews, Held & Malloy, Ltd.
34th Floor
500 West Madison Street
Chicago, IL 60661
jwillis@mhmlaw.com


Dated: October 16, 2006

Barry M. Klayman, Esquire (#3676)
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 N. Market Street, Suite 1001
Wilmington, DE 19801
Tel: (302) 777-0313
Fax: (302) 778-7813

*Attorney for Plaintiffs,*
*Crown Packaging Technology, Inc. and*
*Crown Cork & Seal USA, Inc.*

*Of Counsel:*

Dale M. Heist
Lynn A. Malinoski
Chad E. Ziegler
WOODCOCK WASHBURN, LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103
(215) 568-3100

Jerome J. Shestack
Wolf, Block, Schorr and Solis-Cohen LLP
1650 Arch Street, 22nd Floor
Philadelphia, PA 19103-2097
(215) 561-5151

Michael Korniczky
Crown Packaging Technology, Inc.
11535 South Central Avenue
Alsip, IL 60803
(215) 698-5100

WIL:62468.1/CRO056-230788

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, he caused a copy of the foregoing

Notice of Service of Plaintiffs' Second Set of Requests for Admission (Nos. 52-210), Third Set

of Interrogatories (Nos. 19-35) and Sixth Set of Requests for Production of Documents (Nos.

300-374) to be filed electronically with the Clerk of Court using CM/ECF and that copies were

served on the person(s) listed below in the manner stated:

Via CM/ECF Notification & Hand Delivery

Anne Shea Gaza, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 King Street
Wilmington, DE 19801
gaza@rlf.com


By E-Mail

Gerald C. Willis, Esquire
McAndrews, Held & Malloy, Ltd.
34th Floor
500 West Madison Street
Chicago, IL 60661
jwillis@mhmlaw.com

Dated: October 16, 2006

Barry M. Klayman, Esquire (#3676)