IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC., | ) ) ) |
| Plaintiffs and Counterclaim Defendants, | ) Civil Action No. 05- 608 (MPT) ) ) |
| v. | ) ) |
| REXAM BEVERAGE CAN CO., Defendant and Counterclaim Plaintiff. | ) ) ) ) |

## MOTION FOR ADMISSION
## PRO HAC VICE OF PAUL H. FRIEDMAN

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Paul H. Friedman, Esquire, an attorney with Dechert, LLP, to represent plaintiffs, Crown Technology Packaging, Inc., and Crown Cork & Seal USA, Inc., in this matter.

Barry M. Klayman, Esquire (#3676)
WOLF, BLOCK, SCHORR and
SOLIS-COHEN LLP
1100 North Market Street, Suite 1001
Wilmington, DE 19801
(302) 777-0313

Attorneys for Plaintiffs

Dated: October 20, 2006