IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC., <br><br> Plaintiffs and Counterclaim Defendants, <br><br> v. <br><br> REXAM BEVERAGE CAN CO., <br> Defendant and Counterclaim Plaintiff. | ) <br> ) <br> ) <br> ) Civil Action No. 05- 608 (MPT) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

ORDER GRANTING MOTION FOR ADMISSION
PRO HAC VICE OF PAUL H. FRIEDMAN, ESQUIRE

IT IS HEREBY ORDERED that the motion for admission pro hac vice of Paul H. Friedman, Esquire, is GRANTED.

Date: _____  _____

United States District Judge