## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, he caused true and correct copies of the foregoing Motion for Admission Pro Hac Vice of Paul H. Friedman to be served upon the following counsel, at the address and in the manner indicated below:

### By ECF/CM and E-Mail

Anne Shea Gaza, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
920 King Street
Wilmington, DE 19801
gaza@rlf.com

### By E-Mail

Gerald C. Willis, Esquire
McAndrews, Held & Malloy, Ltd.
34th Floor
500 West Madison Street
Chicago, IL 60661
jwillis@mhmlaw.com

Dated: October 20, 2006

*/s/ Barry Klayman*