## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC., | : : : : |
| Plaintiffs, | : : |
| v. | : : Civil Action No. 05-608-MPT |
| REXAM BEVERAGE CAN CO., | : : |
| Defendant. | : |

## ORDER

At Wilmington this **20th** day of **October, 2006,**

IT IS ORDERED that a teleconference has been scheduled for **Wednesday, October 25 2006 at 3:00 p.m. EST.** The purpose of this teleconference is to discuss the status of the case and the scheduling order. **Anne Shea Gaza, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE