IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC., </br></br>Plaintiffs,</br></br>v.</br></br>REXAM BEVERAGE CAN CO.,</br></br>Defendant. | )</br>)</br>)</br>)</br>)</br>)</br>) Civil Action No. 05-608 (MPT)</br>)</br>)</br>)</br>)</br>) |

**STIPULATION AND PROPOSED ORDER TO
<u>AMEND THE SCHEDULING ORDER</u>**

The parties hereby stipulate, in accordance with the Court's direction in the October 5 and October 25, 2006 telephonic status conferences and subject to approval by the Court, that the December 20, 2005 Scheduling Order (D.I. 32), as amended by Stipulations and Orders dated August 17, 2006 (D.I. 100, entered August 24, 2006) and August 24, 2006 (D.I. 105), shall be further amended as follows:

1. **Fact Discovery**

    a. <u>Fact Discovery Cut Off</u> – All fact discovery in this case shall be completed on or before December 1, 2006 subject to the exceptions of subsection 1b and 1c.

    b. <u>The Deposition of Martin Higham</u> – Because Mr. Higham is testifying as a fact and expert witness for the Plaintiffs, and is traveling from South Africa, the Plaintiffs will be permitted to produce him for his fact deposition at the same time that he appears for his expert deposition. The Defendant will accordingly be permitted to take fact discovery from the witness at the time of his expert testimony deposition, even though it will be after the December 1, 2006 close of fact discovery.

      c.    <u>The Deposition of Carl McEldowney</u> – Mr. McEldowney is currently unable to give testimony because of health reasons. If Mr. McEldowney's health improves and Plaintiffs will call him to testify at trial, Plaintiffs will so inform Defendants sufficiently in advance of trial that Defendants may depose Mr. McEldowney in advance of his testifying at trial on reasonable notice.

**2.**    **Expert Discovery**

      a.    <u>Expert Reports on Issues for Which the Parties Have The Burden of Proof</u> Expert reports on issues for which the parties have the burden of proof shall be served to opposing counsel on or before December 1, 2006.

      b.    <u>Responsive Expert Reports</u> – Responsive expert reports shall be served to opposing counsel on or before January 5, 2007.

      c.    <u>Expert Discovery</u> – Expert discovery will take place between January 5, 2007 and March 5, 2007.

**3.**    **Claim Construction**

The parties will file a Joint Claim Construction Statement with the Court on December 15, 2006. The parties will meet and confer on December 8, 2006 for the purpose of narrowing the issues to be addressed in the December 15th Joint Statement.

**4.**    **Pre-trial Conference**

The pre-trial conference will take place on June 28, 2007 in Courtroom 6A, starting at 9:00AM.

**5.**    **Trial Date**
The trial is set to begin on August 6, 2007.

/s/ *Barry M. Klayman*
Barry M. Klayman (# 3676)
bklayman@wolfblock.com
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 N. Market Street, Suite 1001
Wilmington, DE 19801
(302) 777-0313
  *Attorneys for Plaintiffs Crown Packaging*
  *Technology, Inc. and Crown Cork &*
  *Seal USA, Inc.*

OF COUNSEL:

Dale M. Heist
Chad E. Ziegler
Woodcock Washburn LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103
Phone: 215-557-5966
Fax: 215-568-3439

Dated: November 1, 2006

*Anne Shea Gaza*
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
  *Attorneys for Defendant Counterclaimant*
  *Rexam Beverage Can Co.*

OF COUNSEL:

George P. McAndrews
Steven J. Hampton
Gerald C. Willis
Paul W. McAndrews
McAndrews, Held & Malloy, Ltd.
500 W. Madison Street, Suite 3400
Chicago, IL 60601

Dated: November 1, 2006