IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC., | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | Civil Action No. 05-608-MPT |
| REXAM BEVERAGE CAN CO., | : : | |
| Defendant. | : | |

**AMENDED SCHEDULING ORDER**

At Wilmington this **7th** day of **November, 2006,**

Pursuant to the telephonic status conferences on October 5 and October 25, 2006, the December 20, 2005 Scheduling Order (D.I. 32), as amended by Stipulations and Orders dated August 17, 2006 (D.I. 100, entered August 24, 2006) and August 24, 2006 (D.I. 105) are further amended as follows:

1. **Fact Discovery:**

    a. Fact Discovery Cut Off: All fact discovery shall be completed on or before **December 1, 2006** subject to the exceptions of subsections 1b and 1c.

    b. Deposition of Martin Higham: Because Mr. Higham is testifying as a fact and expert witness for Plaintiffs, and is traveling from South Africa, Plaintiffs will be permitted to

produce him for his fact deposition at the same time that he appears for his expert deposition. Defendant will accordingly be permitted to take fact discovery from the witness at the time of his expert testimony deposition, even though it will occur after the December 1, 2006 close of fact discovery.

c. <u>Deposition of Carl McEldowney:</u> Mr. McEldowney is currently unable to give testimony because of health reasons. If Mr. McEldowney's health improves and Plaintiffs will call to testify at trial, Plaintiffs will so inform Defendant sufficiently in advance of trial so that Defendant may depose Mr. McEldowney in advance of his trial testimony after providing reasonable notice.

2. **Expert Discovery:**

   a. <u>Expert Reports on Issues for Which the Parties Have the Burden of Proof:</u> Expert reports on issues for which the parties have the burden of proof shall be served to opposing counsel on or before **December 15, 2006.**

   b. <u>Responsive Expert Reports:</u> Responsive expert reports shall be served to opposing counsel on or before **January 5, 2007.**

   c. At the times expert reports are due, the party propounding the expert shall advise of dates and times of that expert's

availability for deposition.

    d.    <u>Expert Discovery:</u> Expert discovery will occur between **January 5, 2007** and **March 5, 2007.**

3. **Claim Construction:**

The parties will file a Joint Claim Construction Statement with the Court on **December 15, 2006.** The parties will meet and confer on December 8, 2006 for the purpose of narrowing the issues to be addressed in the December 15th Joint Statement.

Oral argument on case dispositive motions and the Markman hearing are scheduled for **Friday, March 16, 2007** beginning at **9:30 a.m.** in Courtroom 6C.

4. **Pre-trial Conference:**

The pre-trial conference will occur on **Thursday, June 28, 2007** in Courtroom 6C starting at **9:00 a.m.** In addition to other matters addressed in previous Orders to be discussed during the pre-trial conference, counsel should be prepared to also discuss, agree to and memorialize a resolution regarding when a side requires more hours than at trial than allotted in ¶6 below.

5. **Motions *in Limine*:**

The page limitation in ¶16 of the Scheduling Order date December 20, 2005 (D.I. 32) is modified to three (3) pages for each request and response.

6. **Trial:**

This matter is scheduled for a **ten (10) day** jury trial, **August 6-17, 2007**, beginning at **9:00 a.m.** For the purpose of completing pre-trial preparations,

counsel should plan on each side being allotted a total of **24 hours** to present their case.

/s/ Mary Pat Thynge  
United States Magistrate Judge