IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC., <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> REXAM BEVERAGE CAN COMPANY, <br><br> Defendant/Counterclaimant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 05-608 (KAJ) |

### REXAM BEVERAGE CAN COMPANY'S
### SECOND NOTICE OF DEPOSITION OF BRIAN FIELDS

TO:  Barry M. Klayman
Wolf, Block, Schorr and
Solis-Cohen LLP
Wilmington Trust Center
1100 North Market Street, Suite 1001
Wilmington, DE  19801

Dale M. Heist
Woodcock Washburn LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103

Chad E. Ziegler
ziegler@woodcock.com
Woodcock Washburn LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103

**PLEASE TAKE NOTICE** that Defendant-Counterclaimant, Rexam Beverage Can Company ("Rexam"), will take the deposition upon oral examination of Brian Fields pursuant to Rule 30 of the Federal Rules of Civil Procedure, commencing at 9:30 AM on November 28, 2006, at the offices of Crown Technology, Inc.'s office at 11535 South Central Avenue, Alsip, Illinois 60803, before a Notary Public or other officer duly authorized to administer oaths. The deposition will be recorded by stenographic means and will be recorded by videotape and instant visual display of the stenographic record.

Pursuant to Rule 30(b)(5) of the Federal Rules of Civil Procedure, Rexam requests that the deponent bring with him all documents, including electronic documents, reviewed and/or considered by him, in preparation for his deposition and/or that he anticipates testifying about at trial. The oral examination will continue from day to day until completed or as otherwise mutually agreed by counsel for the respective parties.

|  |  |
|---|---|
| Of Counsel:<br>George P. McAndrews<br>Steven J. Hampton<br>Richard T. McCaulley<br>Gerald C. Willis<br>Paul W. McAndrews<br>McAndrews, Held & Malloy, Ltd.<br>500 W. Madison Street, Suite 3400<br>Chicago, IL 60601<br>Tel: 312-775-8000<br><br>Dated: November 13, 2006 | /s/ Anne Shea Gaza<br>Frederick L. Cottrell, III (#2555)<br>cottrell@rlf.com<br>Anne Shea Gaza (#4093)<br>gaza@rlf.com<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>302-651-7700<br>  Attorneys for Defendant-Counterclaimant<br>  Rexam Beverage Can Co. |

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2006, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Barry M. Klayman, Esq.
> Wolf, Block, Schorr
>  and Solis-Cohen LLP
> Wilmington Trust Center
> 1100 North Market
> Street, Suite 1001
> Wilmington, DE  19801

I hereby certify that on November 13, 2006, I caused to be sent in the manner indicated below the foregoing document to the following non-registered participants:

| **VIA FACSIMILE** | **VIA ELECTRONIC MAIL** |
| --- | --- |
| Dale M. Heist, Esq. | Chad E. Ziegler, Esq. |
| Woodcock Washburn LLP | Woodcook Washburn LLP |
| One Liberty Place, 46th Floor | One Liberty Place, 46th Floor |
| Philadelphia, PA 19103 | Philadelphia, PA 19103 |

_____
Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

RLF1-3000496-1