IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC., <br><br>    Plaintiff, and<br><br>CROWN CORK & SEAL USA, INC.,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>REXAM BEVERAGE CAN CO.,<br><br>    Defendant/Counterclaimant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-608 (MPT)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF SERVICE OF SUBPOENA

To:    Barry M. Klayman                    Dale M. Heist
          Wolf, Block, Schorr and            Woodcock Washburn LLP
          Solis-Cohen LLP                     One Liberty Place, 46th Floor
          Wilmington Trust Center          Philadelphia, PA 19103
          1100 North Market Street
          Suite 1001                            Chad E. Ziegler
          Wilmington, DE 19801            Woodcook Washburn LLP
                                                             One Liberty Place, 46th Floor
                                                             Philadelphia, PA 19103

      PLEASE TAKE NOTICE that on November 14, 2006, defendant Rexam Beverage Can Co. issued the attached subpoena for service upon Belvac Production Machinery, Inc., c/o Kenneth E. Krosin, Esquire, Foley & Lardner, LLP, Washington Harbour, Suite 500, 3000 K Street N.W., Washington, D.C. 20007-5109.

RLF1-3082583-1

|  |  |
|---|---|
| Of Counsel:<br>George P. McAndrews<br>Steven J. Hampton<br>Richard T. McCaulley<br>Gerald C. Willis<br>Paul W. McAndrews<br>McAndrews, Held & Malloy, Ltd.<br>500 W. Madison Street, Suite 3400<br>Chicago, IL  60601<br>Tel:   312-775-8000<br><br>Dated:  November 15, 2006 | /s/ Anne Shea Gaza<br>Frederick L. Cottrell, III (#2555)<br>cottrell@rlf.com<br>Anne Shea Gaza (#4093)<br>gaza@rlf.com<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>302-651-7700<br>Attorneys for Defendant/Counterclaimant<br>  Rexam Beverage Can Co. |

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2006, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Barry M. Klayman, Esq.
> Wolf, Block, Schorr
>  and Solis-Cohen LLP
> Wilmington Trust Center
> 1100 North Market
> Street, Suite 1001
> Wilmington, DE  19801

I hereby certify that on November 15, 2006, I caused to be sent in the manner indicated below the foregoing document to the following non-registered participants:

| **VIA FACSIMILE** | **VIA ELECTRONIC MAIL** |
|---|---|
| Dale M. Heist, Esq. | Chad E. Ziegler, Esq. |
| Woodcock Washburn LLP | ziegler@woodcock.com |
| One Liberty Place, 46th Floor | Woodcook Washburn LLP |
| Philadelphia, PA 19103 | One Liberty Place, 46th Floor |
| | Philadelphia, PA 19103 |

Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

RLF1-3000496-1