IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC., Plaintiff, and CROWN CORK & SEAL USA, INC., Plaintiff and Counterclaim Defendant<br><br>v.<br><br>REXAM BEVERAGE CAN CO.,<br><br>Defendant Counterclaimant. | Civil Action No. 05-608 (MPT) |

### REXAM'S NOTICE OF DEPOSITION UNDER RULE 30(b)(6)

TO:  Barry M. Kayman, Esquire               Dale M. Heist, Esquire
     Wolf, Block, Schorr and Solis-Cohen LLP  Chad E. Ziegler, Esquire
     Wilmington, Trust Denter                Woodcook Washburn LLP
     1100 N. Market Street, Suite 1001       One Liberty Place, 46th Floor
     Wilmington, DE  19801                   Philadelphia, PA  19103

**PLEASE TAKE NOTICE** that Defendant, Rexam Beverage Can Co. ("Rexam") will take the deposition of Plaintiffs, Crown Packaging Technology, Inc., and Crown Cork & Seal USA, Inc., Plaintiffs ("Crown") regarding the subject matters set forth in the attached Schedule A, pursuant to Fed. R. Civ. P. 30(b)(6), on a date to be mutually agreed upon by the parties at the offices of McAndrews, Held & Malloy, Ltd., 500 West Madison Street, Suite 3400, Chicago, Illinois, or at a location that is mutually agreed upon by the parties. The deposition will be taken upon oral examination before an officer authorized by law to administer oaths and will continue day to day until completed or as mutually agreed to by counsel for the respective parties. The deposition will be recorded stenographically and also will be recorded on videotape.

RLF1-3082643-1

The deposition will be conducted according to Rule 30(b)(6), which states in pertinent part:

> A party may . . . name as the deponent a public or private corporation . . . and describe with reasonable particularity the matters on which examination is requested. In that event, the organization so named shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.

FED. R. CIV. P. 30(b)(6) (2005). This Notice of Deposition is directed to the topics in the attached Schedule A. Rexam reserves the right to serve additional Rule 30(b)(6) deposition notices and topics on Crown.

Of Counsel:
George P. McAndrews
Steven J. Hampton
Richard T. McCaulley
Gerald C. Willis
Paul W. McAndrews
McAndrews, Held & Malloy, Ltd.
500 W. Madison Street, Suite 3400
Chicago, IL 60601
Tel: 312-775-8000

Dated: November 15, 2006

/s/ Anne Shea Gaza
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
  Attorneys for Defendant/Counterclaimant
  Rexam Beverage Can Co.

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2006, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

>Barry M. Klayman, Esq.
>Wolf, Block, Schorr
>  and Solis-Cohen LLP
>Wilmington Trust Center
>1100 North Market
>Street, Suite 1001
>Wilmington, DE  19801

I hereby certify that on November 15, 2006, I caused to be sent in the manner indicated below the foregoing document to the following non-registered participants:

| **VIA FACSIMILE** | **VIA ELECTRONIC MAIL** |
|---|---|
| Dale M. Heist, Esq. | Chad E. Ziegler, Esq. |
| Woodcock Washburn LLP | ziegler@woodcock.com |
| One Liberty Place, 46th Floor | Woodcook Washburn LLP |
| Philadelphia, PA 19103 | One Liberty Place, 46th Floor |
| | Philadelphia, PA 19103 |

*/s/ Anne Shea Gaza*
Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

RLF1-3000496-1