## SCHEDULE A

## INSTRUCTIONS AND DEFINITIONS

The Instructions and Definitions set forth in (1) Rexam's First Sets of Interrogatories, (2) Rexam's First Set of Document Requests and (3) Rexam's First Requests for Admission are herein incorporated by reference. Additionally, the following Instructions and Definitions apply.

1.  "Crown" refers to either or both of Plaintiff Crown Packaging Technology, Inc. and Plaintiff and Counterclaim Defendant Crown Cork & Seal USA, Inc. and each of their subsidiaries, parents, subsidiaries of subsidiaries, divisions, affiliates in which it owns a majority or a controlling interest, and other organizational or operating units, each of their respective predecessors and successors, and each of their respective employees, officers, directors, attorneys, agents, representatives, and all persons acting on their behalf.

2.  "Super End DA" refers to Crown's beverage can end, which documents and testimony and assertions from Crown's employees in the case claim to be a version of the Super End.

3.  "7UP" refers to the company that is owned by Cadbury Schweppes Americas Beverages and its licensed bottlers and fillers.

## SCHEDULE OF TOPICS

1.  Quality issues, problems or concerns relating to the Super End DA, including problems with leaking can ends after seaming, "peak and leak", buckle problems, and failure to pass the 90 psi requirement, including, but not limited to, such problems at the 7UP filling location in Michigan.

2. The amount of cost savings that Crown claims is achieved from using its 206 Super End as compared to using a standard 206 end, and the amount of cost savings that Crown claims is achieved from using its 202 Super End as compared to a standard 202 end.

3. The subject matter of Crown's production document numbers CCS0071337 – 339, relating to the alleged problems with seaming a "stepped" (or pre-bent) chuck wall profile and the patent application referred to therein.

RLF1-3082643-1