# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. AND CROWN CORK & SEAL USA, INC., </br></br> PLAINTIFFS, </br></br> V. </br></br> REXAM BEVERAGE CAN CO., </br></br> DEFENDANT. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  CIVIL ACTION NO. 05-608 (MPT) |

### NOTICE OF CHANGE OF ADDRESS OF WOODCOCK WASHBURN LLP

TO THE CLERK OF THE COURT AND ALL COUNSEL:

PLEASE TAKE NOTICE that effective **November 27, 2006**, the address for plaintiff's co-counsel, Dale M. Heist, Lynn Malinoski and Chad E. Ziegler of Woodcock Washburn LLP, will change. Their new address will be as follows:

> Dale M. Heist
> Lynn A. Malinoski
> Chad E. Ziegler
> WOODCOCK WASHBURN LLP
> Cira Centre
> 2929 Arch Street, 12th Floor
> Philadelphia, PA  19104-2891
> Telephone:  (215) 568-3100
> Facsimile:  (215) 568-3439

The direct dial telephone numbers for Mr. Heist (215/564-8939) and Ms. Malinoski (215/564-8945) remain the same. Mr. Ziegler's new direct dial telephone number will be (215) 564-8266.

WIL:62987.1/CRO056-230788

        Respectfully,

         /s/ Barry Klayman
        Barry M. Klayman (#3676)
        Wolf, Block, Schorr and Solis-Cohen LLP
        Wilmington Trust Center
        1100 N. Market Street, Suite 1001
        Wilmington, DE 19801
        Tel: (302) 777-0313
        Fax: (302) 778-7813

*Attorneys for Plaintiffs,*
*Crown Packaging Technology, Inc. and*
*Crown Cork & Seal USA, Inc.*

*Of Counsel:*

Dale M. Heist
Lynn A. Malinoski
Chad E. Ziegler
WOODCOCK WASHBURN, LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103
(215) 568-3100

Michael Korniczky
Crown Cork & Seal USA, Inc.
One Crown Way
Philadelphia, Pennsylvania 19154

Dated: November 16, 2006

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this date, he caused a copy of the foregoing Notice of Service of Plaintiffs' Notice of Deposition of Belvac Production Machinery, Inc. Pursuant to Rule 30(b)(6) to be filed electronically with the Clerk of Court using CM/ECF and that copies were served on the person(s) listed below in the manner stated:

Via CM/ECF Notification & E-Mail

Anne Shea Gaza, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 King Street
Wilmington, DE 19801
gaza@rlf.com


By E-Mail

Gerald C. Willis, Esquire
McAndrews, Held & Malloy, Ltd.
34th Floor
500 West Madison Street
Chicago, IL 60661
jwillis@mhmlaw.com


Dated: November 16, 2006                    ___/s/ Barry Klayman_____
                                            Barry M. Klayman, Esquire (#3676)