# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> REXAM BEVERAGE CAN CO., <br><br> Defendant. | ) ) ) ) ) Civil Action No. 05-608 (MPT) ) ) ) ) ) JURY TRIAL DEMANDED ) ) ) |

### PLAINTIFFS' NOTICE OF SERVICE OF RESPONSES TO DEFENDANT'S SEVENTH SET OF REQUESTS FOR PRODUCTION AND SECOND SET OF REQUESTS FOR ADMISSION

The undersigned hereby states that on November 17, 2006, true and correct copies of Plaintiffs' Responses to Rexam Beverage Can Company's Seventh Set of Requests for Production and Second Set of Requests for Admission were served upon counsel for defendant, Rexam Beverage Can Co., at the following addresses in the manner indicated:

<u>By E-Mail</u>

Anne Shea Gaza, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
920 King Street
Wilmington, DE 19801
gaza@rlf.com

WIL:63015.1/CRO056-230788

By E-Mail and Facsimile

Gerald C. Willis, Esquire
McAndrews, Held & Malloy, Ltd.
34th Floor
500 West Madison Street
Chicago, IL 60661
jwillis@mhmlaw.com

|  |  |
|---|---|
| Dated: November 17, 2006 | /s/ Barry Klayman |
|  | Barry M. Klayman, Esquire (#3676) |
|  | Wolf, Block, Schorr and Solis-Cohen LLP |
|  | Wilmington Trust Center |
|  | 1100 N. Market Street, Suite 1001 |
|  | Wilmington, DE 19801 |
|  | Tel: (302) 777-0313 |
|  | Fax: (302) 778-7813 |
|  |  |
|  | *Attorney for Plaintiffs,* |
|  | *Crown Packaging Technology, Inc. and* |
|  | *Crown Cork & Seal USA, Inc.* |

*Of Counsel:*

Dale M. Heist
Lynn A. Malinoski
Chad E. Ziegler
WOODCOCK WASHBURN, LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103
(215) 568-3100

Jerome J. Shestack
Wolf, Block, Schorr and Solis-Cohen LLP
1650 Arch Street, 22nd Floor
Philadelphia, PA 19103-2097
(215) 561-5151

Michael Korniczky
Crown Packaging Technology, Inc.
11535 South Central Avenue
Alsip, IL  60803
(215) 698-5100

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, he caused copies of the foregoing Notice of Service of Plaintiffs' Responses to Defendant's Seventh Set of Requests for Production and Second Set of Requests for Admission to be filed electronically with the Clerk of Court using CM/ECF and to be served on the person(s) listed below in the manner stated:

Via CM/ECF Notification & E-Mail

Anne Shea Gaza, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 King Street
Wilmington, DE 19801
gaza@rlf.com

By E-Mail

Gerald C. Willis, Esquire
McAndrews, Held & Malloy, Ltd.
34th Floor
500 West Madison Street
Chicago, IL 60661
jwillis@mhmlaw.com

Dated: November 17, 2006                   ___/s/ Barry Klayman_____
                                           Barry M. Klayman, Esquire (#3676)

WIL:63015.1/CRO056-230788