IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC., Plaintiff, and CROWN CORK & SEAL USA, INC., <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> REXAM BEVERAGE CAN CO., <br><br> Defendant Counterclaimant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 05-608 (MPT) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 17, 2006, counsel for defendant counterclaimant served copies of Defendant/Counterclaimant Rexam Beverage Can Company's Responses to Crown Technology's and Crown USA's Second Set of Requests for Admissions (Nos. 52-210) upon the following counsel of record in the manner indicated below:

**VIA ELECTRONIC MAIL**
**& HAND DELIVERY**
Barry M. Klayman
bklayman@wolfblock.com
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 North Market Street
Suite 1001
Wilmington, DE  19801

**VIA ELECTRONIC MAIL**
Chad E. Ziegler
ziegler@woodcock.com
Woodcook Washburn LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103

**VIA FACSIMILE**
Dale M. Heist
Woodcock Washburn LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103

RLF1-3083888-1

2

Of Counsel:
George P. McAndrews
Steven J. Hampton
Gerald C. Willis
Paul W. McAndrews
McAndrews, Held & Malloy, Ltd.
500 W. Madison Street, Suite 3400
Chicago, IL 60601
312-775-8000

Dated: November 17, 2006

*[signature]*

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
  *Attorneys for Defendant/Counterclaimant*
  *Rexam Beverage Can Co.*

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2006, I caused to be served by hand delivery and electronic mail the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Barry M. Klayman, Esq.
> Wolf, Block, Schorr
>  and Solis-Cohen LLP
> Wilmington Trust Center
> 1100 North Market
> Street, Suite 1001
> Wilmington, DE  19801

I hereby certify that on November 17, 2006, I caused to be sent in the manner indicated below the foregoing document to the following non-registered participants:

| **VIA FACSIMILE** | **VIA ELECTRONIC MAIL** |
|---|---|
| Dale M. Heist, Esq. | Chad E. Ziegler, Esq. |
| Woodcock Washburn LLP | ziegler@woodcock.com |
| One Liberty Place, 46th Floor | Woodcook Washburn LLP |
| Philadelphia, PA 19103 | One Liberty Place, 46th Floor |
| | Philadelphia, PA 19103 |

*/s/ Anne Shea Gaza*
Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

RLF1-3000496-1