## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC., ) ) ) ) | |
| Plaintiffs, ) | Civil Action No. 05-608 (MPT) |
| ) ) | |
| v. ) | |
| ) ) | JURY TRIAL DEMANDED |
| REXAM BEVERAGE CAN CO., ) ) | |
| Defendant. ) | |

### PLAINTIFFS' NOTICE OF SERVICE OF FOURTH SUPPLEMENTAL INITIAL DISCLOSURES AND RESPONSES TO REXAM'S FOURTH SET OF INTERROGATORIES

The undersigned hereby states that on November 21, 2006, true and correct copies of Plaintiffs' Fourth Supplemental Initial Disclosures and Plaintiffs' Responses to Rexam Beverage Can Co.'s Fourth Set of Interrogatories were served upon counsel for defendant, Rexam Beverage Can Co., at the following addresses in the manner indicated:

<u>By E-Mail</u>

Anne Shea Gaza, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
920 King Street
Wilmington, DE 19801
gaza@rlf.com

WIL:63072.1/CRO056-230788

<u>By E-Mail and Facsimile</u>

Gerald C. Willis, Esquire
McAndrews, Held & Malloy, Ltd.
34th Floor
500 West Madison Street
Chicago, IL 60661
jwillis@mhmlaw.com

|  |  |
|---|---|
| Dated: November 22, 2006 | /s/ Barry Klayman |
|  | Barry M. Klayman, Esquire (#3676) |
|  | Wolf, Block, Schorr and Solis-Cohen LLP |
|  | Wilmington Trust Center |
|  | 1100 N. Market Street, Suite 1001 |
|  | Wilmington, DE 19801 |
|  | Tel: (302) 777-0313 |
|  | Fax: (302) 778-7813 |
|  |  |
|  | *Attorney for Plaintiffs,* |
|  | *Crown Packaging Technology, Inc. and* |
|  | *Crown Cork & Seal USA, Inc.* |

*Of Counsel:*

Dale M. Heist
Lynn A. Malinoski
Chad E. Ziegler
WOODCOCK WASHBURN, LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103
(215) 568-3100

Michael Korniczky
Crown Packaging Technology, Inc.
11535 South Central Avenue
Alsip, IL  60803
(215) 698-5100

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, he caused a copy of the foregoing Notice of Service of Plaintiffs' Fourth Supplemental Initial Disclosures and Plaintiffs' Responses to Rexam Beverage Can Co.'s Fourth Set of Interrogatories to be filed electronically with the Clerk of Court using CM/ECF and that copies were served on the person(s) listed below in the manner stated:

<u>Via CM/ECF Notification & E-Mail</u>

Anne Shea Gaza, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 King Street
Wilmington, DE 19801
gaza@rlf.com

<u>By E-Mail</u>

Gerald C. Willis, Esquire
McAndrews, Held & Malloy, Ltd.
34th Floor
500 West Madison Street
Chicago, IL 60661
jwillis@mhmlaw.com

Dated: November 22., 2006                             /s/ Barry Klayman
                                                      Barry M. Klayman, Esquire (#3676)