Case 1:05-cv-00608-MPT   Document 151   Filed 11/30/2006   Page 1 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC., Plaintiff, and CROWN CORK & SEAL USA, INC., Plaintiff and Counterclaim Defendant<br><br>v.<br><br>REXAM BEVERAGE CAN COMPANY,<br><br>Defendant Counterclaimant. | Civil Action No. 05-608 (MPT) |

**STIPULATION AND ORDER**

Plaintiffs, Crown Packaging Technology, Inc., and Crown Cork & Seal USA, Inc., ("Crown") and Defendant, Rexam Beverage Can Company ("Rexam"), hereby stipulate and agree, subject to order of the Court, that, in addition to the specific depositions identified in the Court's order of November 7, 2006, certain other fact depositions may proceed after the close of fact discovery. These depositions have been scheduled to take place after the close of fact discovery on December 1, 2006 because of conflicts with counsels', witnesses' and third parties' schedules. Therefore the parties have agreed, subject to order of the Court, to take such depositions in December and will conclude such depositions on or before December 15, 2006 (with the exception of those witnesses specifically set forth in the Court's order of November 7, 2006).

Crown and Rexam further stipulate and agree, subject to order of the Court, that documents and things in response to the numerous interrogatories and production requests exchanged by the parties, for which written responses were served on November 17, 2006 and November 21, 2006, may take time beyond December 1, 2006 to process and produce and the

parties hereby agree to accept service of such documents and things within a reasonable time after that date.

Should either party feel that a deposition is necessary after December 15, 2006, due to the receipt of documents after the close of discovery, receipt of supplemental discovery responses, or for other good cause, the parties further agree, subject to order of the Court, that they will cooperate in producing witnesses for such depositions without need to seek further leave of the Court or further amendment to the Court's scheduling order. Should the parties reach an impasse regarding production of a witness or witnesses, the party seeking the deposition(s) may seek leave of Court to take such deposition(s).

All other dates set forth in the Court's revised scheduling orders remain the same.

| /s/ Barry M. Klayman | /s/ Anne Shea Gaza |
|---|---|
| Barry M. Klayman (# 3676) | Frederick L. Cottrell, III (#2555) |
| bklayman@wolfblock.com | cottrell@rlf.com |
| Wolf, Block, Schorr and Solis-Cohen LLP | Anne Shea Gaza (#4093) |
| Wilmington Trust Center | gaza@rlf.com |
| 1100 N. Market Street, Suite 1001 | Richards, Layton & Finger, P.A. |
| Wilmington, DE 19801 | One Rodney Square |
| (302) 777-0313 | 920 North King Street |
| *Attorneys for Plaintiffs Crown Packaging Technology, Inc. and Crown Cork & Seal USA, Inc.* | Wilmington, DE 19801 |
| | 302-651-7700 |
| | *Attorneys for Defendant Counterclaimant Rexam Beverage Can Co.* |
| OF COUNSEL: | OF COUNSEL: |
| Dale M. Heist | George P. McAndrews |
| Chad E. Ziegler | Steven J. Hampton |
| Woodcock Washburn LLP | Gerald C. Willis |
| One Liberty Place, 46th Floor | Paul W. McAndrews |
| Philadelphia, PA 19103 | McAndrews, Held & Malloy, Ltd. |
| Phone: 215-557-5966 | 500 W. Madison Street, Suite 3400 |
| Fax: 215-568-3439 | Chicago, IL 60601 |
| Dated: November 30, 2006 | Dated: November 30, 2006 |

RLF1-3087672-1

Case 1:05-cv-00608-MPT    Document 151    Filed 11/30/2006    Page 3 of 3

SO ORDERED this ___1___ day of __December__, 2006.

_____
Magistrate Judge Mary Pat Thynge