IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC., Plaintiff, and CROWN CORK & SEAL USA, INC., <br><br>    Plaintiff and Counterclaim Defendant, <br><br>v. <br><br>REXAM BEVERAGE CAN CO., <br><br>    Defendant Counterclaimant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-608 (MPT)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 5, 2006, counsel for defendant counterclaimant served copies of Definitions of Disputed Claim Terms upon the following counsel of record in the manner indicated below:

**VIA ELECTRONIC MAIL**
**& HAND DELIVERY**
Barry M. Klayman
bklayman@wolfblock.com
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 North Market Street
Suite 1001
Wilmington, DE  19801

**VIA FACSIMILE**
Dale M. Heist
Woodcock Washburn LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103

**VIA ELECTRONIC MAIL**
Chad E. Ziegler
ziegler@woodcock.com
Woodcook Washburn LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103

|  |  |
|---|---|
| Of Counsel:<br>George P. McAndrews<br>Steven J. Hampton<br>Gerald C. Willis<br>Paul W. McAndrews<br>McAndrews, Held & Malloy, Ltd.<br>500 W. Madison Street, Suite 3400<br>Chicago, IL 60601<br>312-775-8000<br><br>Dated: December 5, 2006 | *Anne Shea Gaza* (signature)<br>Frederick L. Cottrell, III (#2555)<br>cottrell@rlf.com<br>Anne Shea Gaza (#4093)<br>gaza@rlf.com<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>302-651-7700<br>  *Attorneys for Defendant/Counterclaimant*<br>  *Rexam Beverage Can Co.* |

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2006, I caused to be served by hand delivery and electronic mail the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

>Barry M. Klayman, Esq.
>Wolf, Block, Schorr
> and Solis-Cohen LLP
>Wilmington Trust Center
>1100 North Market
>Street, Suite 1001
>Wilmington, DE  19801

I hereby certify that on December 5, 2006, I caused to be sent in the manner indicated below the foregoing document to the following non-registered participants:

| **VIA FACSIMILE** | **VIA ELECTRONIC MAIL** |
|---|---|
| Dale M. Heist, Esq. | Chad E. Ziegler, Esq. |
| Woodcock Washburn LLP | ziegler@woodcock.com |
| Cira Centre | Woodcook Washburn LLP |
| 2929 Arch Street, 12th Floor | Cira Centre |
| Philadelphia, PA 19104-2891 | 2929 Arch Street, 12th Floor |
| | Philadelphia, PA 19104-2891 |

*/s/ Anne Shea Gaza*
Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700