# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC., | ) ) ) ) |
| Plaintiffs, | ) Civil Action No. 05-608 (MPT) ) |
| v. | ) ) ) |
| REXAM BEVERAGE CAN CO., | ) JURY TRIAL DEMANDED ) |
| Defendant. | ) ) |

## PLAINTIFFS' NOTICE OF SERVICE OF FIFTH SUPPLEMENTAL INITIAL DISCLOSURES

The undersigned hereby states that true and correct copies of Plaintiffs' Fifth Supplemental Initial Disclosures were served on December 1, 2006, upon counsel for defendant, Rexam Beverage Can Co., at the following addresses in the manner indicated:

By E-Mail

Anne Shea Gaza, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
920 King Street
Wilmington, DE 19801
gaza@rlf.com

WIL:63180.1/CRO056-230788

<u>By E-Mail and Facsimile</u>

Gerald C. Willis, Esquire
McAndrews, Held & Malloy, Ltd.
34th Floor
500 West Madison Street
Chicago, IL 60661
jwillis@mhmlaw.com

|  |  |
|---|---|
| Dated: December 5, 2006 |   /s/ Barry Klayman<br>Barry M. Klayman, Esquire (#3676)<br>Wolf, Block, Schorr and Solis-Cohen LLP<br>Wilmington Trust Center<br>1100 N. Market Street, Suite 1001<br>Wilmington, DE 19801<br>Tel: (302) 777-0313<br>Fax: (302) 778-7813<br><br>*Attorney for Plaintiffs,*<br>*Crown Packaging Technology, Inc. and*<br>*Crown Cork & Seal USA, Inc.* |

*Of Counsel:*

Dale M. Heist
Lynn A. Malinoski
Chad E. Ziegler
WOODCOCK WASHBURN, LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103
(215) 568-3100

Michael Korniczky
Crown Packaging Technology, Inc.
11535 South Central Avenue
Alsip, IL  60803
(215) 698-5100

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this date, he caused a copy of the foregoing Notice of Service of Plaintiffs' Fifth Supplemental Initial Disclosures to be filed electronically with the Clerk of Court using CM/ECF and that copies were served on the person(s) listed below in the manner stated:

<u>Via CM/ECF Notification & E-Mail</u>

Anne Shea Gaza, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 King Street
Wilmington, DE 19801
gaza@rlf.com

<u>By E-Mail</u>

Gerald C. Willis, Esquire
McAndrews, Held & Malloy, Ltd.
34th Floor
500 West Madison Street
Chicago, IL 60661
jwillis@mhmlaw.com

Dated: December 5, 2006                          ____/s/ Barry Klayman_____
                                                 Barry M. Klayman, Esquire (#3676)

WIL:63180.1/CRO056-230788