IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC., Plaintiff, and CROWN CORK & SEAL USA, INC., <br><br>    Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> REXAM BEVERAGE CAN CO., <br><br>    Defendant Counterclaimant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 05-608 (MPT) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 7, 2006, counsel for defendant counterclaimant served copies of Defendant-Counterclaimant Rexam Beverage Can Company's Amended Responses To Crown Technology, Inc.'s And Crown Cork & Seal USA, Inc.'s First Set Of Requests For Admission (Nos. 1-51) upon the following counsel of record in the manner indicated below:

**VIA ELECTRONIC MAIL
& HAND DELIVERY**
Barry M. Klayman
bklayman@wolfblock.com
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 North Market Street
Suite 1001
Wilmington, DE  19801

**VIA FACSIMILE**
Dale M. Heist
Woodcock Washburn LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103

**VIA ELECTRONIC MAIL**
Chad E. Ziegler
ziegler@woodcock.com
Woodcook Washburn LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103

RLF1-3090668-1

|  |  |
|---|---|
| | *[signature: Anne Shea Gaza]* |
| Of Counsel: | Frederick L. Cottrell, III (#2555) |
| George P. McAndrews | cottrell@rlf.com |
| Steven J. Hampton | Anne Shea Gaza (#4093) |
| Gerald C. Willis | gaza@rlf.com |
| Paul W. McAndrews | Richards, Layton & Finger, P.A. |
| McAndrews, Held & Malloy, Ltd. | One Rodney Square |
| 500 W. Madison Street, Suite 3400 | 920 North King Street |
| Chicago, IL 60601 | Wilmington, DE 19801 |
| 312-775-8000 | 302-651-7700 |
| | *Attorneys for Defendant/Counterclaimant* |
| Dated: December 7, 2006 | *Rexam Beverage Can Co.* |

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2006, I caused to be served by hand delivery and electronic mail the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Barry M. Klayman, Esq.
> Wolf, Block, Schorr
>   and Solis-Cohen LLP
> Wilmington Trust Center
> 1100 North Market
> Street, Suite 1001
> Wilmington, DE   19801

I hereby certify that on December 7, 2006, I caused to be sent in the manner indicated below the foregoing document to the following non-registered participants:

| **VIA FACSIMILE** | **VIA ELECTRONIC MAIL** |
|---|---|
| Dale M. Heist, Esq. | Chad E. Ziegler, Esq. |
| Woodcock Washburn LLP | ziegler@woodcock.com |
| Cira Centre | Woodcook Washburn LLP |
| 2929 Arch Street, 12th Floor | Cira Centre |
| Philadelphia, PA 19104-2891 | 2929 Arch Street, 12th Floor |
|  | Philadelphia, PA 19104-2891 |

*/s/ Anne Shea Gaza*
Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

RLF1-3000496-1