IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC., | ) ) ) | |
| | ) | Civil Action No. 05-608 (MPT) |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| REXAM BEVERAGE CAN CO., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

**JOINT CLAIM CONSTRUCTION STATEMENT**

RLF1-3094569-1

## DEFINITIONS OF DISPUTED CLAIM TERMS

### CROWN'S PATENT CLAIMS

#### '826 PATENT

| Claim | Claim Term(s) | Crown's Construction | Rexam's Construction |
|---|---|---|---|
| 13 | said first and second chuck walls forming a juncture therebetween | First and second walls encircling the chuck forming a place between them at which they meet. | When looking at a cross section of a seaming chuck, an upper wall and a lower wall of a seaming chuck (also referred to the first and second walls) meet at a  point (juncture) to form a distinct angle. |
|  | peripheral cover hook | Curved portion of the can end that is to be formed into a portion of a double seam. | When looking at a cross section of the can end, the outermost portion of the can end that is curved or conforms to one or more radii, which engages a can body flange to form at least a part of a double seam, and ends where the curved or radiused portion(s) stops. |
|  | a seaming panel adapted to be formed into a portion of said double seam during said seaming operation | Curved innermost portion of the peripheral cover hook adapted to be formed into a portion of the double seaming during the seaming operation. | An uppermost portion of the peripheral cover hook formed by a constant radius, that has some treatment or conditioning that makes the seaming panel easier to deform than the rest of the can end to become part of the double seam during seaming to a can body. |

| Claim | Claim Term(s) | Crown's Construction | Rexam's Construction |
|---|---|---|---|
| | a wall extending inwardly and downwardly from said cover hook | Can end wall extending inwardly and downwardly from the cover hook. | When looking at a cross section of the can end, a wall that begins where the peripheral cover hook ends, and extends to a lowermost point, which is located inwardly (toward the center of the can end) and downwardly (towards the bottom of the can) from the end of the cover hook. |
| | a first portion of said wall extending from said cover hook | A first portion of the can end wall extending from the cover hook. | The upper portion of the end wall (or chuck wall) that begins where the cover hook ends. |
| | to a first point on said wall | A first point on the can end wall. | The point on the wall of the can end, which can only be determined by looking at a cross section of the end with a seaming chuck in place, where the wall bends about the juncture of the two chuck walls of the seaming chuck during seaming. |
| | said first wall portion adapted to be deformed during said seaming operation | Adapted to have its shape altered during the seaming operation. | Some treatment or conditioning, done to the first wall portion of the can end that makes the first wall portion easier to deform than the rest of the can end. |
| | so as to be bent upwardly around said juncture of said chuck walls at said first point on said wall | To be turned upwardly around the place at which the chuck walls meet and against the first chuck wall at the **first point** on the can end wall. | To be bent around the juncture of the two chuck walls to rotate upwardly (away from the bottom of the can). |
| | a second portion of said wall extending from said first point to a second point forming a lowermost end of said wall | A second point that marks the lowest end of the can end wall. | The portion of the wall that extends from the juncture of the seaming chuck to the specific place on the wall nearest the central panel (toward the bottom of the can). |

RLF1-3094569-1

| Claim | Claim Term(s) | Crown's Construction | Rexam's Construction |
|---|---|---|---|
| 14 | annular reinforcing bead | A ring-like stiffening channel. | An outwardly concave generally "U" shaped groove (also called a countersink or anti peaking bead) that is stamped or pressed into the can end, and is located inwards from the bottom of the wall (chuck wall) when looking at a cross section of the can end, which encircles and supports the center panel of the can end. |
| | | **'875 PATENT** | |
| 32 | providing a can end having (i) a **circumferentially extending peripheral cover hook,** | Curved portion encircling the can end that is to be formed into a portion of a double seam (see above in '826 patent). | When looking at a cross section of the can end, the outermost portion of the can end that is curved or conforms to one or more radii, which engages a can body flange to form at least a part of a double seam, and ends where the curved or radiused portion(s) stops. |
| | comprising a **seaming panel** | Curved innermost portion of the **peripheral cover hook** (see above in '826 patent). | An upper most portion of the peripheral cover hook formed by a constant radius, that becomes part of the double seam during seaming to a can body. |
| | **a circumferentially extending wall comprising first and second portion[s]** | Can end wall encircling the center of the can end comprising first and second portions. | An end wall extending around the center panel that has upper and lower parts that can be identified only during and after seaming. |

- 4 -

| Claim | Claim Term(s) | Crown's Construction | Rexam's Construction |
|---|---|---|---|
| | said first wall portion extending from said seaming panel to a first location on said wall and comprising a radiused portion extending from said seaming panel | The first wall portion extending from the seaming panel to a first location on the can end wall and comprising a portion formed on an arc extending from the seaming panel. | The upper portion of the end wall begins where the seaming panel ends and the upper portion of the end wall has a curved portion that is different from the radius of the seaming panel (i.e., the radiused portion of the upper portion of the wall is a part of the cover hook).<br><br>The point on the wall of the can end, which can only be determined by looking at the end after seaming that is at the lowermost extent of the double seam. |
| | a second location on said wall, the second wall location being the lowermost point of said wall | The second wall location marking the lowest point of the can end wall. | The point on the wall nearest the central panel (toward the bottom of the can). |
| | wherein a straight line extending between said first and second locations on said wall is inclined between about 20° and about 60° with respect to an axial centerline of said can end | A line through the first and second locations on the can end wall inclined between about 20° and about 60° with respect to the centerline of the can. | The line through the first and second locations on the wall (chuck wall) is inclined between 20 and 60 degrees with respect to the centerline of the can. |
| | said first portion of said can end wall being pressed against said chuck first wall so that at least a portion of said first portion of said can end wall is bent upward through an angle of at least about 16° | At least part of the first portion of the can end wall is turned upwardly through an angle of at least about 16°. | A portion of the upper wall (chuck wall), which is above the first location, is bent upwards, when looking at a cross section drawing, around the first location by 16 degrees (less 1 degree or plus 1 degree or more). |

RLF1-3094569-1

| Claim | Claim Term(s) | Crown's Construction | Rexam's Construction |
|---|---|---|---|
| | said first location on said wall after said seaming operation forming the **transition from said double seam to said second wall portion** | The **first location**, after seaming, at which the double seam region changes to the second wall portion | The location on the end wall at the lowermost extent of the double seam. |
| 33 | The method according to claim 32, wherein said line between said first and second locations on said wall of said can end is inclined **between about 30° and about 50°** with respect to said axial centerline of said can end prior to performing said seaming operation. | A line through the first and second locations inclined between about 30° and about 50° with respect to the centerline of the can. | The line through the first and second locations on the wall (chuck wall) is inclined between 30 and 50 degrees with respect to the centerline of the can. |
| 34 | The method according to claim 33, wherein during said seaming operation at least a portion of said **can end wall first portion is reformed by bending upward by an angle of at least about 26°**. | The can end wall first portion is formed again by turning upward by an angle of at least about 26°. | A portion of the upper wall (chuck wall), which is above the first location, is bent upwards, when looking at a cross section drawing, around the first location by 26 degrees (less 1 degree or plus 1 degree or more). |
| 50 | a circumferentially extending **peripheral cover hook** | A curved portion encircling the can end that is to be formed into a portion of a double seam (see above in '826 patent). | When looking at a cross section of the can end, the outermost portion of the can end that is curved or conforms to one or more radii, which engages a can body flange to form at least a part of a double seam, and ends where the curved or radiused portion(s) stops. |
| | said peripheral cover hook comprising a **seaming panel** | A curved innermost portion of the **peripheral cover hook**. (see above in '826 patent). | An upper most portion of the peripheral cover hook formed by a constant radius, that becomes part of the double seam during seaming to a can body. |

- 6 -

RLF1-3094569-1

| Claim | Claim Term(s) | Crown's Construction | Rexam's Construction |
|---|---|---|---|
| | an annular reinforcing bead | A ring-like stiffening channel (see above in '826 patent). | An outwardly concave generally "U" shaped groove (also called a countersink or anti peaking bead) that is stamped or pressed into the can end, and is located inwards from the bottom of the wall (chuck wall) when looking at a cross section of the can end, which encircles and supports the center panel of the can end. |
| | a circumferentially extending wall extending from said seaming panel | Can end wall encircling the center of the can end and extending from the seaming panel. | The end wall (or chuck wall) that begins where the seaming panel ends with a portion that has a different radius than the seaming panel. |
| | said wall and said reinforcing bead forming a transition therebetween | Forming a place between two things at which one changes to the other. | A radiused portion of the can end, when looking at a cross section of the end, between the vertical wall of the annular reinforcing bead (countersink) and the second portion of the wall (chuck wall). |
| | first and second circumferentially extending walls | First and second walls encircling the chuck (see above in '826 patent). | |
| | said second chuck wall depending from said first chuck wall so as to form a juncture therebetween | The second wall encircling the chuck depending from the first wall encircling the chuck so as to form a place between them at which they meet. | When looking at a cross section of the seaming chuck, an upper wall and a lower wall of a seaming chuck meeting at a point (juncture) on the seaming chuck where the upper and lower wall (also referred to the first and second walls) meet to form a distinct angle. |

- 7 -

| Claim | Claim Term(s) | Crown's Construction | Rexam's Construction |
|---|---|---|---|
| | to bend a portion of said can end wall upwardly around said juncture of said chuck walls at a first location on said can end wall, | Turn a portion of the can end wall upwardly around the place at which the first and second chuck walls meet and against the first chuck wall at a first location on the can end wall. | The upper wall (chuck wall), which is above the first location, is bent upwards around the juncture of the upper and lower seaming chuck walls, when looking at a cross section drawing. |
| 51 | The method according to claim 50 wherein at least a portion of said can end wall bent upwardly during said seaming operation is bent upward through an angle of at least about 16° | A portion of the can end wall is turned upwardly through an angle of at least about 16°. | A portion of the upper wall (chuck wall), which is above the first location, is bent upwards, when looking at a cross section drawing, around the first location by 16 degrees (less 1 degree or plus 1 degree or more). |
| 52 | The method according to claim 50, wherein said line extending from said first location to said transition is inclined between about 30° and about 50° with respect to said axial centerline of said can end both before and after performing said seaming operation. | See above definitions for claims 32-34. | See above definitions for claims 32-34. |

- 8 -

## REXAM's PATENT CLAIMS

| Claim | Claim Term(s) | Crown's Construction | Rexam's Construction |
|---|---|---|---|
| | | **'230 PATENT** | |
| 1 | **means for opening a frangible panel segment of the panel wall** | "Means" clause subject to 35 U.S.C. §112, ¶6. The function is opening the frangible panel. The structure for performing this function is described in the specification as the tab 42. | The frangible panel is the area of material on the central panel of the can end that is defined by a score. *Means for opening is not a limitation of the claims.* |
| 1 & 13 | **hinge segment** | The region of metal that undergoes bending as a result of angular displacement of the frangible panel during normal use. | The segment of metal between the first end and the second end of the primary score that stays attached to the central panel of the can end under normal opening conditions. |
| 13 | tail portion passing **through** the hinge segment | Going from one end to the other end. | Penetrating into. |
| 1 | passing from the frangible panel into **said adjacent area of the central panel** | Portion of the central panel near the hinge segment. | Area of the central panel near the frangible panel. |
| 13 | **thickness residual** | The thickness of frangible material remaining below the score or groove. | The amount of metal remaining after the score groove is cut. |
| 13 | **said anti-fracture score having a tail portion passing through the hinge segment.** | The anti-fracture score has an end portion that passes from one end to the other end of the region of metal that undergoes bending as a result of angular displacement of the frangible panel during normal use by a user. | The end portion of the second score (anti-fracture score) penetrates into the hinge segment |
| | | **'728 PATENT** | |
| 1 | **hinge segment** | Region of metal that undergoes bending as a result of angular displacement of the frangible panel during normal use by | The segment of metal between the first end and the second end of the primary score that stays attached to the central |

RLF1-3094569-1

| Claim | Claim Term(s) | Crown's Construction | Rexam's Construction |
|---|---|---|---|
| | | a user (See Above). | panel of the can end under normal opening conditions. |
| | A second score groove adjacent the second end of said primary score and adjacent said hinge segment to direct fracture of metal of said hinge segment in a direction away from said second end of the score | Means clause Subject to §112, ¶6. A second score groove that is near the end of the primary score and the hinge segment and that performs the function of directing the fracture of metal of the hinge segment in a direction away from the end of the primary score. The structure for performing this function described in the specification is an anti-fracture score in which the tail portion 25 has a score residual differential less than that of the remaining portions of the anti-fracture score. | Not a means plus function limitation under 35 U.S.C. §112¶. The second score is near the second end of the primary score and near the hinge segment to provide a path for a fracture of the hinge segment along the second score. |
| 7 | The end member of claim 1, wherein, at least a portion of the second score groove passes through the [*sic*, a] hinge line generally transverse to a [*sic*, the] hinge line passing between the first end and the second end of the primary score groove. | ("passes through") – going from one end to the other. ("*hinge line*") - The hinge segment referred to in claim 1: The region of metal that undergoes bending as a result of angular displacement of the frangible panel during normal use by a user. ("*transverse*") – Extending or lying across. | ("*through*") - Penetrating into ("*hinge line*") - A line between the first end and the second end of the primary score. |
| | | **'385/'242 PATENT** | |
| 17/11, 12 & 17 | **moving said reforming roller radially** into engagement with said substantially longitudinal wall | Moving the reforming roller from a radially inward position to a radially outward position with respect to the longitudinal axis. | Moving said reforming roller in such a way that said roller's distance from said radial axis changes. |

RLF1-3094569-1

| Claim | Claim Term(s) | Crown's Construction | Rexam's Construction |
|---|---|---|---|
| 11, 12 & 17 ('242 Patent) | **reforming roller rotating along said longitudinal wall and circumferentially about an arcuate path** | Reforming roller revolving around its own axis and rolling along the longitudinal wall on a circular path adjacent to the wall. | Reforming roller contacting said longitudinal wall while rotating around said radial axis. |
| 17 ('385 Patent) | **reforming roller rotating along said longitudinal wall and about an arcuate path** | Reforming roller revolving around its own axis and rolling along the longitudinal wall on a curved path adjacent to the wall. | Reforming roller contacting said longitudinal wall while rotating around said radial axis. |
| 17/11, 12 & 17 | **affects the angle** | Changes the inclination or shape. | |
| 12 ('242 Patent) | **radial inward support** for said container | A device imparting a force directed against the outside of the container and radially inward toward the longitudinal axis. | Support that is generally directed towards the radial axis. |
| 17 ('385 Patent) | **radially inward support** for said container | A device imparting a force directed against the outside of the container and radially inward toward the longitudinal axis. | Support that is generally directed towards the radial axis. |
| 17 ('242 Patent) | achieving **a negative angle (A)** from the longitudinal axis of said container | Orienting an upper portion of said wall outwardly in relation to the longitudinal axis when the container is upright. | Slope that generally tends to move radially outwards as it moves axially upwards. |
| 17 ('385 Patent) | **substantial radial alignment with said radial inward support** | The roller path having a height in the direction of the longitudinal axis, more than half of which overlaps with the height of the radial inward support. | At or almost absolute radial alignment with said radial inward support. |

'839 PATENT

- 11 -

| Claim | Claim Term(s) | Crown's Construction | Rexam's Construction |
|---|---|---|---|
| 1 | forcing said second taper downwardly until it is contiguous with said first taper and reforms only an upper portion of said first taper while producing an extension of said first taper | Until it touches the first gradually decreased diameter section and reforms the top but not the remainder while producing an extension of it. | Overlaps an upper portion of the first taper and extends the first taper, thereby forming a larger uninterrupted taper. |
|  | [enlarged] smoothly-shaped neck profile | Sideview decreasing in diameter towards the open end with no substantial bumps, steps, or ribs. | Smooth shaped neck profile towards the top of the can. Longer or taller section of a container side wall that smoothly reduces in diameter. |
| 2 | second arcuate segment is reformed as a part of said second taper on said first taper | Changed to become part of. | A second curved segment is changed as a result of the second taper being forced downwardly on the first taper. |
|  | combine and blend | Overlap. | Combine and blend. |
|  | part formed by each die element partially integrates and blends with the portion formed by the preceding die element | The portion of the necked-in profile formed by each necking die, other than the first, partially overlaps the portion formed during the preceding operation, so that no substantial bumps, steps, or ribs are present. | The portion of the neck profile formed by each die partially overlaps and is continuous with the profile formed by the preceding die. |
| 11 | through a smooth shaped portion | Through a portion having no substantial bumps, steps, or ribs and that is located between the reduced diameter cylindrical portion and the cylindrical side wall. | Through a portion that does not have steps or ribs. |

- 12 -

| Claim | Claim Term(s) | Crown's Construction | Rexam's Construction |
|---|---|---|---|
| | **reforming only an upper part** of the necked in portion including the second segment and the reduced diameter cylindrical portion to decrease the diameter and length of the reduced diameter cylindrical portion and increase the axial length of the necked in portion **while further compressing** the metal therein | (reforming only an upper part")- Changing the top but not the remainder.<br><br>"while further compressing") - While at the same time applying pressure to force the metal of the top but not the remainder of the decreasing diameter portion and the reduced diameter cylindrical portion inwardly. | Changing only a part of the necked in portion that is adjacent the cylindrical portion.<br><br>While further compressing. |

- 13 -

_/s/ Todd C. Schiltz_
Barry M. Klayman (# 3676)
bklayman@wolfblock.com
Todd C. Schiltz (#3253)
tschiltz@wolfblock.com
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 N. Market Street, Suite 1001
Wilmington, DE 19801
302-777-0313
  *Attorneys for Crown Packaging*
  *Technology, Inc. and Crown Cork &*
  *Seal USA, Inc.*

OF COUNSEL:

Dale M. Heist
Chad E. Ziegler
Woodcock Washburn LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103
215-557-5966


Dated:  December 15, 2006

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
  *Attorneys for Rexam Beverage*
  *Can Co.*

OF COUNSEL:

George P. McAndrews
Steven J. Hampton
Gerald C. Willis
Paul W. McAndrews
McAndrews, Held & Malloy, Ltd.
500 W. Madison Street, Suite 3400
Chicago, IL   60601
312-775-8000

Dated:  December 15, 2006