# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> REXAM BEVERAGE CAN CO., <br><br> Defendant. | ) ) ) ) ) Civil Action No. 05-608 (MPT) ) ) ) ) JURY TRIAL DEMANDED ) ) ) |

## PLAINTIFFS' NOTICE OF SERVICE OF PLAINTIFFS' SUPPLEMENTAL RESPONSES TO INTERROGATORY NO. 3 OF REXAM'S FIRST SET OF INTERROGATORIES AND INTERROGATORY NOS. 10-14 OF REXAM'S SECOND SET OF INTERROGATORIES

The undersigned hereby states that true and correct copies of Plaintiffs' Supplemental Responses to Interrogatory No. 3 of Rexam Beverage Can Co.'s First Set of Interrogatories and Interrogatory Nos. 10-14 of Rexam Beverage Can Co.'s Second Set of Interrogatories were served on December 15, 2006, upon counsel for defendant, Rexam Beverage Can Co., at the following addresses in the manner indicated:

<u>By Federal Express</u>

Anne Shea Gaza, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
920 King Street
Wilmington, DE 19801
gaza@rlf.com

WIL:63324.1/CRO056-230788

<u>By E-Mail</u>

Gerald C. Willis, Esquire
McAndrews, Held & Malloy, Ltd.
34th Floor
500 West Madison Street
Chicago, IL 60661
jwillis@mhmlaw.com

|  |  |
|---|---|
| Dated: December 15, 2006 |   /s/ Barry Klayman<br>Barry M. Klayman, Esquire (#3676)<br>Wolf, Block, Schorr and Solis-Cohen LLP<br>Wilmington Trust Center<br>1100 N. Market Street, Suite 1001<br>Wilmington, DE 19801<br>Tel: (302) 777-0313<br>Fax: (302) 778-7813<br><br>*Attorney for Plaintiffs,*<br>*Crown Packaging Technology, Inc. and*<br>*Crown Cork & Seal USA, Inc.* |

*Of Counsel:*

Dale M. Heist
Lynn A. Malinoski
Chad E. Ziegler
WOODCOCK WASHBURN, LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103
(215) 568-3100

Michael Korniczky
Crown Packaging Technology, Inc.
11535 South Central Avenue
Alsip, IL  60803
(215) 698-5100

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this date, he caused a copy of the foregoing Notice of Service to be filed electronically with the Clerk of Court using CM/ECF and that copies were served on the person(s) listed below in the manner stated:

<u>Via CM/ECF Notification & E-Mail</u>

Anne Shea Gaza, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 King Street
Wilmington, DE 19801
gaza@rlf.com

<u>By E-Mail</u>

Gerald C. Willis, Esquire
McAndrews, Held & Malloy, Ltd.
34th Floor
500 West Madison Street
Chicago, IL 60661
jwillis@mhmlaw.com

Dated: December 15, 2006            _____/s/ Barry Klayman_____
                                                         Barry M. Klayman, Esquire (#3676)