IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC., Plaintiff, and CROWN CORK & SEAL USA, INC.,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>REXAM BEVERAGE CAN CO.,<br><br>    Defendant Counterclaimant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 05-608 (MPT) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that counsel for defendant counterclaimant served copies of Expert Report of Edmund Gillest Regarding Invalidity of Crown's U.S. Patent Nos. 6,935,826 and 6,848,875 upon the following counsel of record in the manner and dates indicated below:

**VIA ELECTRONIC MAIL
& HAND DELIVERY 12/21/06**
Barry M. Klayman
bklayman@wolfblock.com
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 North Market Street
Suite 1001
Wilmington, DE  19801

**VIA FACSIMILE 12/21/06**
Dale M. Heist
Woodcock Washburn LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103

**VIA ELECTRONIC MAIL
12/21/06**
Chad E. Ziegler
ziegler@woodcock.com
Woodcook Washburn LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103

**VIA ELECTRONIC MAIL &
FEDERAL EXPRESS 12/20/06**
Sergio Chung
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104-2891

1

Of Counsel:
George P. McAndrews
Steven J. Hampton
Gerald C. Willis
Paul W. McAndrews
McAndrews, Held & Malloy, Ltd.
500 W. Madison Street, Suite 3400
Chicago, IL 60601
312-775-8000

Dated: December 21, 2006

/s/ Anne Shea Gaza
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
   *Attorneys for Defendant/Counterclaimant*
   *Rexam Beverage Can Co.*