IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CROWN PACKAGING TECHNOLOGY, INC., AND CROWN CORK & SEAL USA, INC.,** | ) ) ) ) | |
| **Plaintiffs,** | ) ) | **Civil Action No. 05-608 (MPT)** |
| v. | ) ) | |
| **REXAM BEVERAGE CAN CO.,** | ) ) | |
| **Defendant.** | ) | |

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR
FILING OPENING SUMMARY JUDGMENT BRIEFS**

WHEREAS, the Court entered a Joint Scheduling Order on December 20, 2005 (D.I. 32), which was subsequently amended by Stipulations and Orders dated August 17, 2006 (D.I. 100) and August 24, 2006 (D.I. 105) and an Amended Scheduling Order dated November 7, 2006 (D.I. 135); and

WHEREAS, the parties have conferred and agreed that they require a short extension of time within which to file opening summary judgment briefs than is currently afforded by the extant scheduling orders, without the need to modify the existing deadlines for the filing of opposition and reply summary judgment briefs; and

WHEREAS, the parties have agreed jointly to seek a one week extension for filing opening summary judgment briefs, without altering the deadlines for the filing of opposition and reply summary judgment briefs.

NOW, THEREFORE, it is hereby STIPULATED AND AGREED by and among plaintiffs and defendant, through their undersigned attorneys, subject to the approval of the Court hereof, that paragraph 3 of the Revised Stipulation and Order to Amend Joint Scheduling Order

(D.I. 32) is hereby amended to provide that opening summary judgment briefs shall be filed by January 23, 2007 (instead of January 16, 2007). The dates for the filing of opposition and reply briefs (February 15, 2007 and March 2, 2007, respectively) shall remain unchanged.

| | |
|---|---|
| Dated: December 22, 2006 | /s/ Barry Klayman  _____<br><br>Barry M. Klayman (#3676)<br>Wolf, Block, Schorr and Solis-Cohen LLP<br>Wilmington Trust Center<br>1100 N. Market Street, Suite 1001<br>Wilmington, DE 19801<br>Tel: (302) 777-0313<br>Fax: (302) 778-7813<br>E-mail: bklayman@wolfblock.com<br><br>*Attorneys for Plaintiffs,*<br>*Crown Packaging Technology, Inc. and*<br>*Crown Cork & Seal USA, Inc.*<br><br>/s/ Anne Gaza_____<br>Frederick L. Cottrell, III (#2555)<br>Anne Shea Gaza (#4093)<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 King Street<br>Wilmington, DE 19801<br>Tel: (302) 651-7700<br>Fax: (302) 651-7701<br>E-mail: gaza@RLF.com<br><br>*Attorneys for Defendant,*<br>*Rexam Beverage Can Co.* |

SO ORDERED:

_____
                                                    J.