

Wilmington Trust Center, 1100 North Market Street, Suite 1001, Wilmington, DE 19801
Tel: (302) 777-5860 ■ Fax: (302) 777-5863 ■ www.WolfBlock.com

Barry M. Klayman
Direct Dial: (302) 777-0313
Direct Fax: (302) 778-7813
E-mail:    bklayman@wolfblock.com
*Admitted in Delaware and Pennsylvania

December 22, 2006

**VIA HAND DELIVERY & E-FILING**

The Honorable Mary Pat Thynge
U.S. Magistrate Judge
U.S. District Court for the District of
Delaware
844 North King Street
Lock Box 8
Wilmington, DE 19801

    Re:    Crown Packaging Technology, Inc., et al. v. Rexam
           Beverage Can Co., C.A. No. 05-608-MPT

Dear Magistrate Judge Thynge:

    I am enclosing a Stipulation and Order to extend by one week the deadline for the parties to file their opening summary judgment briefs from January 16, 2007 to January 23, 2007. The deadlines for filing opposition and reply summary judgment briefs will not change, so that the date that the briefing will be completed will be the same as far as the Court is concerned.

    We would respectfully request that the Court approve the Stipulation.

Respectfully yours,

Barry M. Klayman
For WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP

Enclosure
cc: Anne Gaza, Esquire (Via E-filing & E-mail)
    Dale Heist, Esquire (Via E-filing & E-mail)
    Clerk of the Court (Via E-filing)

WIL:63366.1/CRO056-230788