IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC., <br><br>   Plaintiffs, <br><br> v. <br><br> REXAM BEVERAGE CAN CO., <br><br>   Defendant. | ) ) ) ) ) **Civil Action No. 05-608 (MPT)** ) ) ) ) **JURY TRIAL DEMANDED** ) ) ) |

**PLAINTIFFS' NOTICE OF SERVICE OF EXPERT REPORTS OF ANTON A. ASCHBERGER AND MARTIN J. HIGHAM**

The undersigned hereby states that true and correct copies of (a) Expert Report of Martin J. Higham Regarding Infringement of U.S. Patent Nos. 6,935,826 and 6,848,875; (b) Expert Report of Martin J. Higham Regarding Validity of Rexam's U.S. Patent Nos. 6,260,728 and 6,129,230; and (c) Expert Report of Anton S. Aschberger on Validity of U.S. Patent Nos. 5,222,385; 5,697,242; and 4,774,839, were served upon counsel for defendant, Rexam Beverage Can Co., at the following addresses on the date and in the manner indicated:

By E-Mail & Federal Express (December 20, 2006)

Gerald C. Willis, Esquire
McAndrews, Held & Malloy, Ltd.
34th Floor
500 West Madison Street
Chicago, IL 60661
jwillis@mhmlaw.com

WIL:63393.1/CRO056-230788

<u>Via E-Mail (December 27, 2006)</u>

Anne Shea Gaza, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 King Street
Wilmington, DE 19801
gaza@rlf.com

|  |  |
|---|---|
| Dated: December 27, 2006 | __/s/ Barry Klayman_____ |
|  | Barry M. Klayman, Esquire (#3676) |
|  | Wolf, Block, Schorr and Solis-Cohen LLP |
|  | Wilmington Trust Center |
|  | 1100 N. Market Street, Suite 1001 |
|  | Wilmington, DE 19801 |
|  | Tel: (302) 777-0313 |
|  | Fax: (302) 778-7813 |
|  |  |
|  | *Attorney for Plaintiffs,* |
|  | *Crown Packaging Technology, Inc. and* |
|  | *Crown Cork & Seal USA, Inc.* |

*Of Counsel:*

Dale M. Heist
Lynn A. Malinoski
Chad E. Ziegler
WOODCOCK WASHBURN, LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103
(215) 568-3100

Michael Korniczky
Crown Packaging Technology, Inc.
11535 South Central Avenue
Alsip, IL  60803
(215) 698-5100

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this date, he caused a copy of the foregoing Notice of Service to be filed electronically with the Clerk of Court using CM/ECF and that copies were served on the person(s) listed below in the manner stated:

<u>Via CM/ECF Notification & E-Mail</u>

Anne Shea Gaza, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 King Street
Wilmington, DE 19801
gaza@rlf.com

<u>By E-Mail</u>

Gerald C. Willis, Esquire
McAndrews, Held & Malloy, Ltd.
34th Floor
500 West Madison Street
Chicago, IL 60661
jwillis@mhmlaw.com

Dated: December 27, 2006                    /s/ Barry Klayman
                                   Barry M. Klayman, Esquire (#3676)