## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> REXAM BEVERAGE CAN CO., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 05-608 (MPT) <br><br><br> JURY TRIAL DEMANDED |

**PLAINTIFFS' NOTICE OF SERVICE OF EXPERT REPORTS
OF ANTON A. ASCHBERGER AND MARTIN J. HIGHAM**

The undersigned hereby states that true and correct copies of (a) the Rebuttal Report of Anton A. Aschberger; (b) the Expert Report of Martin J. Higham Regarding Infringement of U.S. Patent Nos. 6,260,728 and 6,129,230; and (c) the Rebuttal Report of Martin J. Higham Regarding Validity of Rexam's U.S. Patent Nos. 6,935,826 and 6,848,875, were served upon counsel for defendant, Rexam Beverage Can Co., at the following addresses on the date and in the manner indicated:

<u>Aschberger Rebuttal Report By E-Mail on January 5, 2007 &</u>
<u>Higham Reports By E-Mail on January 6, 2007</u>

Gerald C. Willis, Esquire
McAndrews, Held & Malloy, Ltd.
34th Floor
500 West Madison Street
Chicago, IL 60661
jwillis@mhmlaw.com

WIL:63495.1/CRO056-230788

        Anne Shea Gaza, Esquire
        Richards, Layton & Finger, P.A.
        One Rodney Square
        920 King Street
        Wilmington, DE 19801
        gaza@rlf.com

Dated: January 8, 2007
          __/s/ Barry Klayman_____
          Barry M. Klayman, Esquire (#3676)
          Wolf, Block, Schorr and Solis-Cohen LLP
          Wilmington Trust Center
          1100 N. Market Street, Suite 1001
          Wilmington, DE 19801
          Tel: (302) 777-0313
          Fax: (302) 778-7813

          *Attorney for Plaintiffs,*
          *Crown Packaging Technology, Inc. and*
          *Crown Cork & Seal USA, Inc.*

*Of Counsel:*

Dale M. Heist
Lynn A. Malinoski
Chad E. Ziegler
WOODCOCK WASHBURN, LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103
(215) 568-3100

Michael Korniczky
Crown Packaging Technology, Inc.
11535 South Central Avenue
Alsip, IL  60803
(215) 698-5100

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this date, he caused a copy of the foregoing Notice of Service to be filed electronically with the Clerk of Court using CM/ECF and that copies were served on the person(s) listed below in the manner stated:

<u>Via CM/ECF Notification & E-Mail</u>

Anne Shea Gaza, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 King Street
Wilmington, DE 19801
gaza@rlf.com

<u>By E-Mail</u>

Gerald C. Willis, Esquire
McAndrews, Held & Malloy, Ltd.
34th Floor
500 West Madison Street
Chicago, IL 60661
jwillis@mhmlaw.com

Dated: January 8, 2007     \_\_\_\_/s/ Barry Klayman_____
                                  Barry M. Klayman, Esquire (#3676)

WIL:63495.1/CRO056-230788