IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC., Plaintiff, and CROWN CORK & SEAL USA, INC., <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> REXAM BEVERAGE CAN CO., <br><br> Defendant Counterclaimant. | ) ) ) ) ) ) ) ) Civil Action No. 05-608 (MPT) ) ) ) ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that counsel for defendant counterclaimant served copies of Edmund Gillest's Rebuttal to the Expert Report of Martin J. Higham Regarding Infringement of U.S. Patent Nos. 6,935,826 and 6,848,875 upon the following counsel of record on the dates and in the manner indicated below:

<u>1/09/07 VIA ELECTRONIC MAIL</u>
Barry M. Klayman
bklayman@wolfblock.com
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 North Market Street
Suite 1001
Wilmington, DE   19801

<u>1/08/07 VIA ELECTRONIC MAIL</u>
Sergio Chung
schung@woodcock.com
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104-2891

Of Counsel:
George P. McAndrews
Steven J. Hampton
Gerald C. Willis
Paul W. McAndrews
McAndrews, Held & Malloy, Ltd.
500 W. Madison Street, Suite 3400
Chicago, IL  60601
312-775-8000

Dated:  January 9, 2007

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
   *Attorneys for Defendant/Counterclaimant
   Rexam Beverage Can Co.*

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2007, I caused to be served by hand delivery and electronic mail the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Barry M. Klayman, Esq.
> Wolf, Block, Schorr
>  and Solis-Cohen LLP
> Wilmington Trust Center
> 1100 North Market
> Street, Suite 1001
> Wilmington, DE 19801

I hereby certify that on January 9, 2007, I caused to be sent in the manner indicated below the foregoing document to the following non-registered participants:

| VIA FACSIMILE | VIA ELECTRONIC MAIL |
|---|---|
| Dale M. Heist, Esq. | Chad E. Ziegler, Esq. |
| Woodcock Washburn LLP | ziegler@woodcock.com |
| Cira Centre | Woodcook Washburn LLP |
| 2929 Arch Street, 12th Floor | Cira Centre |
| Philadelphia, PA 19104-2891 | 2929 Arch Street, 12th Floor |
| | Philadelphia, PA 19104-2891 |

*Anne Shea Gaza*
Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700