IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC.,** )<br>)<br>)<br>) | |
| Plaintiffs, ) | **Civil Action No. 05-608 (MPT)** |
| )<br>v. )<br>) | |
| **REXAM BEVERAGE CAN CO.,** )<br>) | |
| Defendant. ) | |

### PLAINTIFFS' NOTICE OF FILING PAPER DOCUMENTS

Plaintiffs hereby give notice that they will file a paper version of the Appendix to Crown's Opening Claim Construction Brief, Volumes 1 through 6 (Part 2).

Dated: January 17, 2007

    __/s/ Barry Klayman_____
Barry M. Klayman, Esquire (#3676)
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 N. Market Street, Suite 1001
Wilmington, DE 19801
Tel: (302) 777-0313

*Attorney for Plaintiffs,*
*Crown Packaging Technology, Inc. and*
*Crown Cork & Seal USA, Inc.*

*Of Counsel:*

Dale M. Heist
Lynn A. Malinoski
Chad E. Ziegler
WOODCOCK WASHBURN, LLP
2929 Arch Street
Philadelphia, PA 19104

Michael Korniczky
Crown Packaging Technology, Inc.
11535 South Central Avenue
Alsip, IL  60803

WIL:63651.1/CRO056-230788

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, he caused a copy of the foregoing Notice of Filing Paper Documents to be filed electronically with the Clerk of Court using CM/ECF and that copies were served on the person(s) listed below in the manner stated:

<u>Via CM/ECF Notification & E-Mail</u>

Anne Shea Gaza, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 King Street
Wilmington, DE 19801
gaza@rlf.com

<u>By E-Mail</u>

Gerald C. Willis, Esquire
McAndrews, Held & Malloy, Ltd.
34th Floor
500 West Madison Street
Chicago, IL 60661
jwillis@mhmlaw.com

Dated: January 17, 2007             ____/s/ Barry Klayman_____
                                    Barry M. Klayman, Esquire (#3676)

WIL:63651.1/CRO056-230788