RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

January 23, 2007

**VIA CM/ECF FILING**
**& HAND DELIVERY**

Magistrate Judge Mary Pat Thynge
U.S. District Court
844 North King Street
Lockbox 8
Wilmington, DE 19801

    Re:    *Crown packaging Technology, Inc. and Crown Cork & Seal USA, Inc. v.*
             *Rexam Beverage Can Company.*, C.A. No. 05-608-MPT
             <u>**Objection To Plaintiffs' Claim Construction Briefs**</u>

Dear Magistrate Judge Thynge:

      Last week, on January 16, 2007, the parties in the above-referenced action served and filed their respective claim construction briefs. It was Rexam's understanding that Local Rule 7.1.3 allows for 40 pages of briefing. Rexam endeavored to comply with the Local Rule and filed its claim construction brief, which was about 36 pages in length. Moreover, it addressed all patents in suit, including those asserted by each party, in the one brief.

      However, Crown filed two separate briefs, one 57 pages and the other 42 pages, for a total of **99 pages.**

      Rexam objects to the length of Crown's briefs, as it is now faced with attempting to respond to Crown's 99 pages of briefs, in a 40 page response.

      Rexam proposes, and would prefer, consistent with the Local Rules, that Crown resubmit its claim construction briefs in a single 40 page brief. Alternatively, and reluctantly, Rexam proposes that it be permitted to file two response briefs of not more than 40 pages each, while Crown be limited to a single response brief of not more than 40 pages, or any other relief that the Court deems appropriate.

RLF1-3107234-1

Rexam is willing to initiate a teleconference if the Court wishes to discuss the issue further.

Respectfully,

Anne Shea Gaza
(#4093)

ASG:csi

cc: Barry Klayman, Esquire (via electronic mail)
Dale Heist, Esquire (via electronic mail)
George McAndrews, Esquire (via electronic mail)

RLF1-3107234-1