

Wilmington Trust Center, 1100 North Market Street, Suite 1001, Wilmington, DE 19801
Tel: (302) 777-5860 ■ Fax: (302) 777-5863 ■ www.WolfBlock.com

Barry M. Klayman
Direct Dial: (302) 777-0313
Direct Fax: (302) 778-7813
E-mail:    bklayman@wolfblock.com
*Admitted in Delaware and Pennsylvania

January 23, 2006

**VIA HAND DELIVERY & E-FILING**

The Honorable Mary Pat Thynge
U.S. Magistrate Judge
U.S. District Court for the District of
Delaware
844 North King Street
Lock Box 8
Wilmington, DE 19801

Re:   Crown Packaging Technology, Inc., et al. v. Rexam
      Beverage Can Co., C.A. No. 05-608-MPT

Dear Magistrate Judge Thynge:

    I am writing in response to Ms. Gaza's letter to the Court of today's date regarding the claim construction briefs filed by the Crown plaintiffs. Specifically, Ms. Gaza's client complains that Crown filed two separate briefs on the claim construction issues, one containing 57 pages and the other 42 pages.

    The premise of Ms. Gaza's letter is that the briefing on the claim construction issues is controlled by Local Rule 7.1.3 which deals with the format and contents of briefs in connection with motions. Because the claim construction briefs were not submitted in connection with any motion, but were separately provided for in the scheduling order, and did not have a stipulated page limitation, Crown did not understand that the page limitations in Local Rule 7.1.3 applied. Moreover, Crown believed that it was permitted to file separate briefs on the patents at issue, since there were essentially two sets of patents in the case: those involved in Crown's complaint and those involved in Rexam's counterclaims. We assumed that Rexam would file two answering briefs, one in response to each of the briefs that we submitted.

    Should the Court disagree, we respectfully request that the Court not require Crown to resubmit the briefs, either as a single brief of only 40 pages or even two briefs of 40 pages each, and instead grant leave to Crown to file the briefs nunc pro tunc. We have no objection to the Court permitting Rexam to file a separate response to each brief, as we assumed they would be

WIL:63697.1/CRO056-230788

Boston, MA ■ Cherry Hill, NJ ■ Harrisburg, PA ■ New York, NY ■ Norristown, PA ■ Philadelphia, PA ■ Roseland, NJ ■ Wilmington, DE
WolfBlock Government Relations - Harrisburg, PA ■ WolfBlock Public Strategies - Boston, MA and Washington, DC

Wolf, Block, Schorr and Solis-Cohen LLP, a Pennsylvania Limited Liability Partnership

The Honorable Mary Pat Thynge
January 23, 2006
Page 2

permitted to do in any event, and no objection if those answering briefs exceed 40 pages if necessary.

Should the Court require to speak to counsel, we are available for a conference call at the Court's convenience.

Respectfully yours,

Barry M. Klayman
For WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP

Enclosure
cc: Anne Gaza, Esquire (Via E-filing & E-mail)
    Dale Heist, Esquire (Via E-filing & E-mail)
    Clerk of the Court (Via E-filing)

WIL:63697.1/CRO056-230788