IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> REXAM BEVERAGE CAN CO., <br><br> Defendant. | : <br> : <br> : <br> : <br> : <br> : <br> : Civil Action No. 05-608-MPT <br> : <br> : <br> : <br> : |

## ORDER

At Wilmington this **24th** day of **January, 2007,**

The Court received letters from the parties (D.I. 185,186) regarding the page length for the claim construction briefs. Discretion being the better part of valor, the court will not comment on plaintiffs' professed ignorance of local practice nor their offer to allow Rexam to file a separate response to each brief, which offer directly affects the court. Further, the court is aware that in addition to over 90 pages of briefing, there is a "box" of exhibits associated with claim construction briefing.

IT IS ORDERED that:

1. Plaintiffs' two claim construction briefs and exhibits thereto are stricken with leave to refile a single claim construction brief limited to **fifty (50) pages, on or before February 5, 2007.** The exhibits to said brief shall also be filed on that date.

2. The responsive claim construction brief shall be due **on or before February 22, 2007** and shall be limited to **fifty (50) pages.**

      3.      All other provisions of the scheduling order of November 7, 2006 remain in effect.

/s/ Mary Pat Thynge
United States Magistrate Judge
