RICHARDS, LAYTON & FINGER
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

January 24, 2007

**VIA CM/ECF FILING**
**& HAND DELIVERY**

Magistrate Judge Mary Pat Thynge
U.S. District Court
844 North King Street
Lockbox 8
Wilmington, DE 19801

Re:   *Crown packaging Technology, Inc. and Crown Cork & Seal USA, Inc. v. Rexam Beverage Can Company.*, C.A. No. 05-608-MPT
**Dispositive Motions**

Dear Magistrate Judge Thynge:

In anticipation of tomorrow's filing deadline for case dispositive motions, I write on behalf of the parties to advise the Court that, subject to any concerns Your Honor may have, both of the parties intend to file multiple motions for partial summary judgment along with opening briefs and supporting exhibits for each such motion. Each brief shall not exceed forty pages.

Should Your Honor have any questions or concerns regarding the foregoing, counsel is available at the Court's convenience.

Respectfully,

Anne Shea Gaza
Anne Shea Gaza
(#4093)

ASG:csi
cc:   Barry Klayman, Esquire (via electronic mail)
      Dale Heist, Esquire (via electronic mail)

RLF1-3107957-1

George McAndrews, Esquire (via electronic mail)

RLF1-3107957-1