## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 05-608 (MPT) |
| v. | ) ) | |
| REXAM BEVERAGE CAN CO., | ) ) | JURY TRIAL DEMANDED |
| Defendant. | ) ) | |

### PLAINTIFFS' NOTICE OF SERVICE OF EXPERT REPORT
### OF RICHARD J. GERING, Ph.D.

The undersigned hereby states that true and correct copies of the Expert Report of

Richard J. Gering, Ph.D., was served upon counsel for defendant, Rexam Beverage Can Co., at

the following addresses on the date and in the manner indicated:

By E-Mail on January 24, 2007

Gerald C. Willis, Esquire
McAndrews, Held & Malloy, Ltd.
34th Floor
500 West Madison Street
Chicago, IL 60661
jwillis@mhmlaw.com

Anne Shea Gaza, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 King Street
Wilmington, DE 19801
gaza@rlf.com

WIL:63721.1/CRO056-230788

- 2 -

Dated: January 24, 2007

    __/s/ Barry Klayman_____
Barry M. Klayman, Esquire (#3676)
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 N. Market Street, Suite 1001
Wilmington, DE 19801
Tel: (302) 777-0313
Fax: (302) 778-7813

*Attorney for Plaintiffs,*
*Crown Packaging Technology, Inc. and*
*Crown Cork & Seal USA, Inc.*

*Of Counsel:*

Dale M. Heist
Lynn A. Malinoski
Chad E. Ziegler
WOODCOCK WASHBURN, LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103
(215) 568-3100

Michael Korniczky
Crown Packaging Technology, Inc.
11535 South Central Avenue
Alsip, IL  60803
(215) 698-5100

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this date, he caused a copy of the foregoing

Notice of Service to be filed electronically with the Clerk of Court using CM/ECF and that

copies were served on the person(s) listed below in the manner stated:

Via CM/ECF Notification & E-Mail

Anne Shea Gaza, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 King Street
Wilmington, DE 19801
gaza@rlf.com


By E-Mail

Gerald C. Willis, Esquire
McAndrews, Held & Malloy, Ltd.
34th Floor
500 West Madison Street
Chicago, IL 60661
jwillis@mhmlaw.com


Dated: January 24, 2007                    ____/s/ Barry Klayman_____
                                           Barry M. Klayman, Esquire (#3676)

WIL:63721.1/CRO056-230788