IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC., Plaintiff, and CROWN CORK & SEAL USA, INC., <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> REXAM BEVERAGE CAN CO., <br><br> Defendant Counterclaimant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 05-608 (MPT) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that counsel for defendant counterclaimant Rexam Beverage Can Co. served copies of the Expert Rebuttal Report of Catharine M. Lawton upon the following counsel of record <u>via electronic mail</u> at the addresses indicated below:

Barry M. Klayman
bklayman@wolfblock.com
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 North Market Street
Suite 1001
Wilmington, DE  19801

Chad E. Ziegler
ziegler@woodcock.com
Woodcock Washburn LLP
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104-2891

RLF1-3108093-1

|  |  |
|---|---|
| Of Counsel:<br>George P. McAndrews<br>Steven J. Hampton<br>Gerald C. Willis<br>Paul W. McAndrews<br>McAndrews, Held & Malloy, Ltd.<br>500 W. Madison Street, Suite 3400<br>Chicago, IL  60601<br>312-775-8000<br><br>Dated:  January 24, 2007 | */s/ Anne Shea Gaza*<br>Frederick L. Cottrell, III (#2555)<br>cottrell@rlf.com<br>Anne Shea Gaza (#4093)<br>gaza@rlf.com<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>302-651-7700<br>  *Attorneys for Defendant/Counterclaimant*<br>  *Rexam Beverage Can Co.* |

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2007, I caused to be served by electronic mail the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

>Barry M. Klayman, Esq
>Wolf, Block, Schorr
>  and Solis-Cohen LLP
>bklayman@wolfblock.com
>Wilmington Trust Center
>1100 North Market
>Street, Suite 1001
>Wilmington, DE  19801

I hereby certify that on January 24, 2007, I have sent by electronic mail the foregoing document to the following non-registered participants:

>Chad Ziegler, Esq.
>Ziegler@woodcock.com
>Woodcock Washburn LLP
>One Liberty Place, 46th Floor
>Philadelphia, PA 19103

>*Anne Shea Gaza* (signature)
>Anne Shea Gaza (#4093)
>Gaza@rlf.com
>Richards, Layton & Finger, P.A.
>One Rodney Square
>P.O. Box 551
>Wilmington, Delaware 19899
>(302) 651-7700

RLF1-2995051-1