WO 91/11275                                      PCT/US90/00451

10

of the stations while both mandrels are continuously rotated through a common drive.

A control slippage is provided between the common drive and each impression mandrel to accommodate compression of the impression mandrel.

Brief Description of Drawings

FIG. 1 is a plan top view with parts thereof broken away showing the processing apparatus constructed in accordance with the present invention;

FIG. 2 is a side elevation view of the apparatus shown in FIG. 1;

FIG. 3 is a side view of the apparatus as viewed along line 3-3 of FIG. 2;

FIG. 4 is a fragmentary plan view of a pair of impression mandrels forming part of the apparatus of FIG. 3;

FIG. 5 is a cross-sectional view as viewed along line 5-5 of FIG. 4;

FIG. 6 is a schematic top plan view of the various stations of the apparatus shown in FIG. 1 showing the relationship of the impression mandrels in association with a pair of forming or support mandrels at one processing station;

11

FIG. 7 is a fragmentary side view showing the details of one of the processing stations as viewed along line 7-7 of FIG. 6;

FIG. 8 is a cross-sectional view as viewed along 8-8 of FIG. 7, with a section of a can wall showing the co-action of the impression mandrel and support mandrel;

FIG. 9 is a fragmentary cross-sectional view showing the apparatus utilized for reforming the container bottom wall;

FIG. 10 is an enlarged fragmentary cross-sectional view similar to FIG. 9;

FIG. 11 is a perspective view of the finished container after the necking and flanging operations;

FIG. 12 is a perspective view of the forming mandrel;

FIG. 13 is a cross-sectional view as viewed along line 13-13 of FIG. 12; and,

FIG. 14 is a cross-sectional view as viewed along line 14-14 of FIG. 12.

Detailed Description

While this invention is susceptible of embodiments in many different forms, there is shown in the drawings and will herein be described in detail preferred embodiments of the invention with the understanding that the present disclosure is to be considered as an

exemplification of the principles of the
invention and is not intended to limit the
broad aspect of the invention to embodiments
illustrated.

FIG. 1 of the drawings discloses a
container-processing apparatus, generally
designated by reference numeral 20, consisting
of a base 22 (FIG. 2) that has a center
upstanding post or column 24 which supports a
rotatable turret 26. The turret 26 is rotated
about the center support means or column 24
through a drive means 28 mounted on the base
22. The turret 26 has a plurality of
substantially identical processing stations 30
mounted on the periphery thereof, there being
twelve such stations illustrated in FIGS. 1
and 2, but the number thereof can readily be
increased or decreased to correlate with a
manufacturing facility.

Conventional two-piece drawn and
ironed containers prior to necking and
flanging are delivered to the processing
apparatus 20 through an infeed mechanism 32
and are removed from the processing apparatus
through a discharge mechanism 34. The infeed
mechanism 32 includes a conventional star
wheel 36 that has a plurality of peripheral
pockets 38 for receiving containers from a
continuously-moving conveyor 40 for delivery

13

to each of the processing stations 30. Preferably, the feed apparatus 32 includes a guide rail 42 which guides the containers along a stationary plate 44 to be picked up at each of the stations 30, as will be described later.

Likewise, the discharge mechanism 34 includes a second star wheel 46 that again has pockets 48 for receipt of the processed or fluted containers from each of the stations 34 for ultimate delivery to the continuously-moving conveyor 40 where they will be transported for further processing. The discharge mechanism 34 again has an arcuate guide plate 49, as shown in FIG. 1. The processed containers are withdrawn from processing stations 30 by star wheel 46 and are guided along support plates 44 to conveyor 40.

As shown in FIGS. 1 and 2, each station 30 incorporates a support mandrel 50, a platform 52 mounted on a piston rod 53 and an impression mandrel 54 (FIG. 2). Platform 52 is supported on piston rod 53 which is vertically reciprocated in an opening in the turret 26 through a known type of cam mechanism (not shown). The cam mechanism for moving the platforms 52 between the lowered and the raised positions may be of the type

shown in U.S. Patent No. 4,519,232,
incorporated herein by reference.

Thus, a container C is delivered
from feed mechanism 32 to a platform 56 while
the platform is in the lowered position, shown
to the left of the extended platform in FIG.
2, and the platform is raised through a cam
drive mechanism to introduce or load the
container onto the support mandrel 50. The
loading mechanism 52, 53 may incorporate a
vacuum source (not shown) for holding the
container on the platform 52 prior to being
received onto the support mandrel 50.

The support mandrel 50 and
impression mandrel 54 are continuously driven
in synchronized manner through a common drive
mechanism (FIG. 1) which includes a central
fixed drive gear 60 that is supported on the
upper end of the stationary column 24 and is
in mesh with a plurality of driven gears 62.
The driven gears 62 are in driving engagement
with the gears 64 that are mounted on support
shafts 66 which have the support mandrels 50
mounted on the lower end thereof. In
addition, each driven gear 64 is in mesh with
an associated gear 70 mounted on a support
shaft 72 which supports an impression mandrel
54. Thus, by proper selection of gear
diameters and ratios, the shafts 64 and 72 are

15

driven at a common speed and thus drive the
mandrels 50 and 54 at a common speed, for a
purpose to be explained later.

According to one aspect of the
invention, the respective impression mandrels
are designed to be moved into and out of
pressure engagement with the support mandrels
50, while the turret 26 is rotating and the
mandrels 50, 54 are being positively driven to
deform the container C between the respective
mandrels, as will be described later.

According to one aspect of the
invention, a pair of adjacent impression
mandrels 54 are supported on a common support
mechanism and are moved simultaneously by a
simplified cam drive mechanism, which will now
be described, with particular reference to
FIGS. 4 and 5.

As shown therein, the support
mechanism for the impression mandrels 54
includes a support shaft 80 that is mounted on
turret 26 between an adjacent pair of
processing stations 30. The support shaft 80
has a pair of arms 82 extending therefrom and
the arms are secured to the support shaft 80
through suitable set screws (not shown) at a
desired angular relation, as will be explained
later.

16

Each of the arms 82 has a hollow
support sleeve 84 secured to the outer free
end thereof, which in turn supports shaft 72
having the impression mandrel 54 supported at
its lower end.  Preferably the shafts 72 are
segmented and include an upper segment 72a
that has gear 70 affixed thereto and a lower
portion 72b which supports the mandrel 54.
Suitable bearings 86 are interposed between
the shafts 72 and the hollow support members
84 with spacer sleeves 87 interposed
therebetween, as shown in FIG. 5.

Each impression mandrel 54
preferably includes a center rigid core 90
which supports a deformable or compressible
outer member 92 that is preferably formed of a
polyurethane material or suitable equivalent.

In one embodiment of the invention,
the impression mandrel 54 is mounted on lower
support shaft portion 72b through a frictional
drive arrangement to accommodate a controlled
velocity or speed differential between the
impression mandrel and the support mandrel
rather than the common or uniform speed
described above.  As shown in FIG. 5, the
lower shaft portion 72b has a spacer collar 94
that is interposed between bearings 86 and the
rigid core 90 and the impression mandrel is
forced against the collar 94 through a

17

threaded fastener 96 that is received into a
threaded opening 97 formed in the lower end of
the lower support shaft 72b. A spring washer
99 is interposed between the upper end of the
core 90 and the lower edge of collar 94.

Thus, the amount of frictional drag
created between the hollow core 90 and the
shaft 72b can be accurately controlled by
proper torque applied to the fastener 96,
which will compress spring washer 99 to
produce the desired frictional drag. This
will provide a controlled differential speed
between the positively gear driven support
mandrel 52 and the impression mandrel 54.
Additional frictional force can be produced by
proper dimensioning of the shaft 72b with
respect to the core 90.

According to the primary aspect of
the present invention, the support mandrel is
configured and designed such that the
container side wall is deformed in the support
mandrel by the pressure of the impression
mandrel to produce a plurality of chordal
segments deformed inwardly from the original
side wall of the container. Thus, as shown in
FIGS. 12, 13 and 14, the support mandrel 50
includes a hollow circular core 100 which has
a circular peripheral surface 102 that has a
diameter substantially equal to the internal

18

diameter of the container side wall. A
plurality of circumferentially-spaced axially-
extending pockets 104 are formed in the
surface 102 of the support mandrel 50, such as
by machining, after the mandrel has been
finished to a cylindrical configuration
conforming to the inner diameter of the
container.

　　　　More specifically, the respective
pockets 104 are formed by machining a segment
from the surface of the support mandrel 50
between adjacent pairs of lands 106. Lands
106 have an outer surface 102a conforming to
the radius of surface 102 of the core 100 and
have flat side walls 108 interconnected by a
flat bottom wall 109 that defines a chordal
surface 104a between lands 106. The flat side
walls 108, which preferably extend radially
from the axis of the core 100, intersect with
surfaces 102a to form sharp edges 108a. As
more clearly shown in FIG. 14, the cross-
segment configuration of each land is
approximately square and has a depth of
approximately 0.030 inch and a width of
approximately 0.030 inch. In the exemplary
embodiment, the support mandrel is designed to
produce a can or container that has what may
be referred to as 30 equally spaced flutes

formed in the side wall of the container, as
more clearly shown in FIG. 11.

For such an embodiment, the center-
to-center spacing between an adjacent pair of
lands 106 is about 12° and thus the depth of
the pocket 104 is approximately 0.030 inch.
As shown in FIG. 13, the opposite ends of the
pockets 104, more specifically the bottom
walls 109, are flared at 109a to merge through
a smooth transition with the outer surface 102
of the support mandrel 50. The function and
operation of the pockets 104 will be described
in detail in connection with the operation of
the apparatus that will be described later.

As explained more fully above, each
impression mandrel 54 cooperates with the
support mandrel 50 to deform the side wall of
the container to a plurality of what is
referred to as "chordal segments" interposed
between arcuate segments having a diameter
equal to the diameter of the side wall of the
container. For this purpose, the impression
mandrel 54 is supported for movement into and
out of engagement with the can body on the
support mandrel 50 during rotation of the
turret 26 about the support column 24.

For this purpose (FIG. 1), the upper
end of the column 24 has a stationary cam 110
affixed thereto which has a peripheral camming

surface 112.  The peripheral camming surface
112 cooperates with a cam follower 114 that is
mounted on an arm 116 which is secured to the
upper end of the support shaft 80.  Thus,
rotation of the turret 26 will cause the cam
followers to follow the cam surface 114 and
will pivot the support shaft 80 about its
support axis.  This pivots the support arms 82
along with the impression mandrels 54 into and
out of pressure engagement with a can body C
on the associated support mandrels 50 during
each cycle of rotation of the turret.

The operation of the apparatus will
now be summarized.  Open-topped drawn and
ironed containers are delivered from conveyor
40 to the stations 30 by infeed mechanism 32.
The containers are received on platforms 52
and are loaded onto support mandrels 50 at
each station while the turret 26 and support
mandrels 50 are rotating.

The impression mandrels 54, which
are positively driven through the support
mandrels, are then cammed into pressure
contact by pivoting shafts 80 through cam 112
and arms 116 to engage the can body and deform
the container side wall.  During this
deformation, crease lines are formed in the
container side wall by the sharp edges 108a of

the lands or ribs 106 and chordal segments are
formed between the crease lines.

The amount of deformation of the
chordal segments is controlled by varying the
engagement pressure between the impression
mandrel and the support mandrel.  This in turn
is controlled by angular adjustment of the
arms 82 on shaft 80.  Since the effective
diameter of the compressible outer members 92
of impression mandrels 54 varies with the
pressure between the mandrels, the frictional
drive between shaft 72 and mandrel 54, more
specifically spring washer 99 and core 90,
will adjust the peripheral speed of the
impression mandrel with the peripheral speed
of support mandrel so that these speeds are
synchronized.

The deformed side wall 129 of the
container thus takes a configuration that is
illustrated in FIG. 11 in which a plurality of
deformed segments 130 are defined between
adjacent lands or arcuate segments 132.  The
arcuate segments 132 have a peripheral arcuate
configuration that conforms to the arcuate
configuration of the container side wall.
Opposite edges of the deformed segments 130
are defined by crease lines 132a produced by
the sharp edges 108a of mandrel 50.

22

The container also has a reduced
neck 134 and an outwardly-directed flange 136
formed thereon through the die necking
process, disclosed in the '839 patent
discussed above and a bottom profile referred
to as an ANC-1A bottom profile, illustrated in
the above '582 patent, both incorporated
herein by reference.

The finished drawn and ironed
container shown in FIG. 11 fluted with the
above apparatus showed enhanced physical
properties hereto not experienced in
conventional drawn and ironed containers that
are presently being utilized on a commercial
scale.  In fact, containers incorporating the
fluted side wall exhibit significantly greater
crush strength than identical fluted
containers without the fluted side wall.
Moreover, these containers were formed from
reduced thickness stock material or discs
having the same cut edge diameter as prior
discs.

In comparison of crush strength,
identical fluted containers formed from an
aluminum stock material or disc having a
thickness of 0.0119 inch to a reduced side
wall having a thickness of approximately
0.0045 inch were compared with unfluted side

WO 91/11275                                              PCT/US90/00451

23

wall (round) containers exhibited the
following crush characteristics.

TABLE 1

| Empty Can Crush Strength (lbs.) | | Thickness Side Wall | |
| --- | --- | --- | --- |
| Round Std. Neck | Fluted Std. N. | Round | Fluted |
| Min. 298 | 335 | 0.0044 | 0.0044 |
| Max. 337 | 337 | 0.0045 | 0.0046 |
| Avg. 318 | 336 | 0.0044 | 0.0045 |

The above data clearly demonstrates
that the fluted containers exhibited extremely
uniform crush strength that averaged 336
pounds, which is significantly greater than
the required minimum of 250 pounds. It was
also determined that identical unfluted round
side-walled containers crushed onto the lower
body while the fluted containers failed by
bulging out just above the juncture between
the side wall and the bottom profile. While
not fully explored, it appears that the flared
end of the chordal segment 130 adjacent the
juncture with the integral bottom wall
enhances crush strength for the containers.

These containers were formed to the
following parameters:

24

FLUTED CAN CAPACITY
206/211 x 413 ANC-1A DIE NECKED "A" NECK

| Can Description | Can Height | Dome Depth | Head Space | Overflow Capacity |
|---|---|---|---|---|
| Round Std. Neck | 4.818 | .381 | .499 | 13.17 |
| Fluted Std. Neck | 4.814 | .380 | .475 | 13.15 |

Identical containers were also subjected to a single can drop test after having been filled with commercial soft drink beverage product. The single can bottom drop test is performed to evaluate bottom wall resistance to dome eversion when cans are dropped onto the integral bottom end wall. The testing apparatus consists of a four-foot tube securely attached to a solid steel base and the cans are dropped from various heights until dome eversion occurs.

Twenty-four cans, fluted and unfluted (control) cans were drop-tested and the control cans showed a "rocker" failure at about a twenty-nine inch drop, while the fluted cans did not experience any "rocker" failures at the four-foot maximum drop. A "rocker" failure occurs when the profiled bottom wall of the containers everts to the point where the container is no longer stable when placed on a flat surface. These containers were filled with Classic Coke® soft

drink and were dropped onto a 150 lb. "B"
flute test board at a temperature of 76°F.

Fluted and control cans were filled
with Diet-Caffeine Free-Coke and were drop-
tested onto a Mead 0.024 inch chipboard
overwrap at 76°F. The control containers
experienced "rocker" failure at about an 8
inch drop while the fluted containers
experienced "rocker" failure at about a 23
inch drop.

Thus, it has been conclusively
established that the fluted containers have
significantly improved crush resistance, which
has minimal variation from container to
container. Also, fluted containers have
significantly greater resistance to dome
eversion, i.e., they are more capable of
absorbing hydraulic shock.

While the parameters have not been
fully explored, it is believed that the fluted
containers also improve filled container
buckle resistance when products are subjected
to elevated temperatures during storage in hot
climates. Also, the fluted containers
eliminate "gull winging", which can lead to
crushed containers during filling and end
seaming operations. "Gull winging" is a
slight imperfection in the container side wall

26

which produces a wave in the side wall during
the container-forming operation.

Another factor that appears to be of
significant importance is the length of the
flute in the side wall and its relation to the
juncture between the side wall and the tapered
neck, as well as the integral bottom wall.
Opposite ends of the flutes, i.e., the chordal
panel segments, should be as close as possible
to the junctures but should not intersect with
the junctures.  It has been determined that a
spacing of about 0.050 inch of the ends of the
flutes from the junctures produces an ideal
container.  However, these dimensions can
readily be varied independently or jointly
without any significant departure from the
spirit of the invention.

The above tests also show that the
containers exhibits significantly greater
resistance to internal pressure without any
damage to the container.  The flutes
incorporated into the side wall have the
ability to absorb a significantly greater
amount of hydraulic shock when the containers
were dropped in standard drop tests.  It is
believed that the internal pressure build-up
will have a tendency for the chordal portions
between the lands of the side wall to revert
back to the general arcuate configuration of

the container side wall and thereby provide
greater resistance to pressure increase
without any damage to the container side wall.
It has also been determined that the internal
pressure thereof, because of the flutes, can
be greater without any significant effect on
the domed end wall of the container, i.e.,
without any significant degree of container
growth or dome reversal.

      Actual tests have shown that the
stock material metal thickness of the discs
for forming the aluminum drawn and ironed
containers can be further reduced without any
sacrifice in strength characteristics of the
container.  For example, tests have shown that
the stock material can readily be reduced to a
thickness of 0.0118 inch and possibly
significantly below that level without
sacrificing the strength characteristics for
the container.

      While the parameters have not been
fully explored, it is believed that the
greater the length of the flutes between the
domed end wall and the reduced diameter neck,
the better performance characteristics can be
expected.  Thus, it is anticipated that the
arcuate ends of the pockets 130 formed in the
side wall of the container merge with the side
wall just inwardly of the crease line, which

28

defines the demarcation of the side wall into the reduced neck 134, as well as the bottom 137.

Additional tests were conducted to confirm the feasibility of reducing side wall thickness in containers while maintaining minimum performance characteristics for fluted containers.

These tests were conducted to actually determine the amount of abuse that the side wall of the container could absorb before damage occurred to the side wall without regard to any rolling or disfiguration of the dome or any collapsing in the neck area of the container.

Drawn and ironed aluminum containers were formed on commercial D&I machinery from discs of 0.0120 aluminum stock. These containers were conventional twelve-ounce containers having a 211-side wall diameter and a 413-height with a reduced 206-neck for a 206-end. The container side walls were reduced to an average thickness of 0.0039 inch. Control containers were tested and compared with containers that had been fluted in accordance with the teachings of the present invention.

29

These containers produced the following results for crush strength in pounds:

|  | Control Container | | Fluted Body | |
|  | Vertical Crush | Offset Crush | Vertical Crush | Offset Crush |
|---|---|---|---|---|
| Min. | 214 | 76 | 272 | 74 |
| Max. | 293 | 80 | 313 | 76 |
| Avg. | 249 | 78 | 299 | 76 |

These fluted containers also showed an average elongation (container growth) at peak load of about 0.04 inch, while the control containers showed an average elongation of 0.03 inch.

While the dome depth for these containers was below the acceptable minimum of 0.380 inch, i.e., dome depth was about 0.363 inch, these containers were tested to determine container growth in relation to internal pressure and minimum acceptable buckle pressure (psig). The following test results were recorded:

A247

30

Dome Growth and Buckle

| Body Variable | Sample | Dome Depth | Dome Depth After PSIG | | | | | Buckle |
|---|---|---|---|---|---|---|---|---|
| | | 75 | 80 | 82 | 85 | 90 | Buckle | |
| Fluted | 1 | .363 | .006 | .011 | .030 | .048 | .065 | 94 |
| | 2 | .363 | -- | -- | -- | .049 | .069 | 95 |
| Round | 1 | .363 | .004 | .009 | .028 | .047 | .063 | 95 |
| | 2 | .363 | -- | -- | -- | .048 | .066 | 95 |
| AIM | | .380 +/-.0004 (ANC-1A) | -- | -- | -- | .045 MAX | .064 MAX | 90 MIN |

These containers exhibited unacceptable growth due to worn tooling and/or thermal stress. However, these test results show that fluting the side wall will allow side wall thickness reduction without sacrificing performance characteristics, such as crush strength, container growth, or resistance to buckling.

According to one further aspect of the invention, the container that has been formed in accordance with the teachings above and is disclosed in FIG. 11 has even more significantly improved performance characteristics by reforming the bottom end wall of the container from the initial configuration, as disclosed in the above-mentioned '582 patent. Thus, as shown in

FIGS. 9 and 10, after the fluted container has been necked and flanged and has been internally spray coated and externally printed, the bottom profile, more specifically the countersink or chime area of the bottom wall, is reshaped by reforming the inner wall of the countersink to further improve buckle resistance and decrease can growth. This particular process would also allow further reduction in stock metal thickness without any change in the cut edge diameter of the initial disc.

Thus, as shown in FIG. 9, the finished drawn and ironed container of FIG. 11 is supported in a suitable jig 150 that has an internal opening 152 which corresponds to the outer peripheral diameter of the container C. The jig has a lower profile portion 154 that conforms to the countersink wall portion of the bottom wall of the container, as originally formed in accordance with the process disclosed in the '582 patent.

A plug 156 is inserted into the upper end of the opening and securely held in the top of the container. The bottom peripheral profile 154 of the jig 150 is in extended contact with the container bottom 137. A reforming roller 160 is brought into engagement with the outside of the domed end

32

162 of the container and is supported on a
shaft 164 that is designed to be rotated along
an arcuate path around the center axis for the
container C.  The roller has a peripheral
configuration 166 which defines a
substantially vertical upwardly and outwardly
tapered wall having a generally arcuate upper
portion 168 so that the inner wall 170 of the
countersink is reformed to a more vertical
profile while the dome 162 is stretched to a
small degree.  The outer wall 172 is held to
its original configuration.  Alternatively,
the outer wall could also be reformed with the
inner wall.

It has been found that this
reforming operation significantly improves
buckle resistance and decreases the amount of
can growth, i.e., the amount that the bottom
end wall is elongated when pressure is applied
internally of the container.

Thus, in summary, the container
produced according to the method and apparatus
of the present invention has been found to
have significantly greater column strength,
i.e., resistance to crushing by vertical loads
applied to the container side wall, has
significantly less container growth during
internal pressurization, and also has improved
buckle resistance.  The container constructed

33

in accordance with the present invention has
been found to be capable of being produced
from stock flat disc material having a
significantly reduced thickness.

While the specific embodiments have
been illustrated and described, numerous
modifications come to mind without
ignificantly departing from the spirit of the
invention and the scope of protection is only
limited by the scope of the accompanying
Claims.

34

## CLAIMS

1.    A method of processing a
drawn and ironed open-ended container having
a dome-shaped bottom wall merging with a
cylindrical side wall through a generally U-
shaped annular support member including a
rotating turret (26) having a plurality of
peripheral stations (30) with each station
having a rotating rigid mandrel (50) and
loading means (52, 53) for loading a
container onto said mandrel, said mandrel
having a peripheral surface (102) conforming
generally to an inner diameter of said
container and having spaced pockets (104)
formed therein, each station including an
impression mandrel (54) associated
therewith, the steps of introducing
containers to said loading means at each
station and introducing said container onto
said rigid mandrel, moving said impression
mandrel into pressure engagement with said
rigid mandrel to grip said container
therebetween, and driving said rigid
mandrels and said impression mandrels to
deform said side walls of said containers
into said pockets.

35

2.    A method as defined in Claim 1, in which said pockets extend axially of said rigid mandrel and have opposed edges (122a), including the further step of deforming said side wall into said pockets to produce crease lines along said opposed edges and generally chordal segments between said edges.

3.    A method as defined in Claims 1 or 2, including the further step of providing a support (80, 82) between an adjacent pair of stations with an adjacent pair of impression mandrels supported thereon, and pivoting said support to simultaneously produce pressure engagement between said adjacent pair of impression mandrels and an adjacent pair of rigid mandrels.

4.    A method as defined in Claims 1, 2 or 3, in which said U-shaped annular support member includes an outer wall and an inner wall merging with an inwardly-domed center panel, including the further step of reforming said inner wall of said U-shaped annular support member to reshape said inner wall to a more vertical configuration and expand said center panel.

WO 91/11275

PCT/US90/00451

36

5.   A method as defined in
Claims 1, 2, 3 or 4, in which said
impression mandrels are cammed into pressure
engagement with said rigid mandrel.

6.    Apparatus for processing
drawn and ironed containers having a
cylindrical side wall integral with a bottom
wall that includes a inwardly-domed center
panel surrounded by a U-shaped annular
support member comprising a turret (26)
rotated about a fixed support (24) and
having a plurality of peripheral processing
stations (30); each processing station
including a rigid mandrel (50) rotated about
a fixed axis with pockets (104) on the
periphery thereof, and means (52, 53) for
inserting containers onto said rigid
mandrel, each station also including an
impression mandrel (54) cooperating with
said fixed mandrel; support means (80, 82)
on said turret between an adjacent pair of
stations, said support means including a
support shaft (80) having a pair of support
arms (82) extending therefrom with an
impression mandrel rotatable on each arm;
drive means (110-116) interposed between
said fixed support and said support shaft
for producing pressure engagement between
each rigid mandrel and associated depression
mandrel, and synchronized drive means (60,

38

62, 64, 70) between said fixed support and
each mandrel to rotate all of said mandrels
at a common speed and deform the side walls
of said containers between said mandrels
into said pockets.

   7.   Apparatus as defined in
Claim 6, further including means (96, 99)
for varying the speed of said impression
mandrel with respect to said support mandrel
as a function of the effective diameter
thereof.

8.    Apparatus for processing side
walls of cylindrical drawn and ironed metal
containers to increase the strength thereof,
comprising a turret (26) rotatable about a
fixed support (24) and having a plurality of
processing stations (30) thereon, each
processing station including a support
mandrel (50), an impression mandrel (54)
movable into and out of engagement with said
support mandrel, and loading means (52, 53)
for introducing a container onto said
support mandrel, characterized by said
support mandrel including a rigid core (100)
having a peripheral surface (102) conforming
generally to an inner diameter of the
container side walls and having a plurality
of axially-extending, circumferentially-
spaced pockets (104) formed therein, each
pocket having opposed axial edges (108a) and
a bottom wall (109)with said bottom wall
having flared ends (109a) that produce a
smooth transition with said peripheral
surface so that said side wall of said
container is deformed into said pockets by
said impression mandrel to produce generally
chordal segments between crease lines
defined by said edges and thereby strengthen
said side wall.

Case 1:05-cv-00608-MPT   Document 192-4   Filed 01/25/2007   Page 31 of 52

40

9.   A drawn and ironed metal
container formed from a flat metal disc
having a predetermined thickness and
including a bottom wall (137), a cylindrical
side wall and reduced smoothly-tapered neck
(134) between said side wall and an open
end, said bottom wall having a central
inwardly-domed panel with an annular
countersink having an inner wall integral
with a peripheral of said inwardly-domed
panel and an outer wall integral with said
side wall, said side wall having a plurality
of inwardly-deformed panel segments (130)
between adjacent arcuate segments (132) that
are an integral part of said side wall, said
chordal segments having opposite ends that
flare through a smooth transition with said
side wall at a location spaced from the
juncture of said smoothly-tapered neck and
said bottom wall with said side wall.

10.   A drawn and ironed metal
container as defined in Claim 9, in which
said predetermined thickness is less than
0.0120 inch and said side wall has a
thickness of about one-third said
predetermined thickness.

41

11. A drawn and ironed metal container as defined in Claim 9, in which said metal is aluminum and has a 211-diameter and each of said arcuate segments spans an arcuate distance of about 0.030 inch and there are about 30 equally-spaced arcuate segments.

42

AMENDED ‘CLAIMS

[received by the International Bureau on 22 May 1991 (22.05.91);
new claims 12-28 added; other claims unchanged (8 pages)]

12.  A method of processing a
metal open-ended container having a bottom
wall which includes a countersink with an
inner and outer wall each having initial
5       profiles, the process comprising:

(a)  reforming the inner wall of
the countersink to a profile
more vertical than its
initial profile.

13.  The method of Claim 12,
including reforming the outer wall of the
countersink to a profile more vertical than
its initial profile.

14.  A method of processing a
metal open-ended container having a bottom
wall which includes a countersink with an
inner and outer wall each having initial
5       profiles, the process comprising:

(a)  necking the open end of the
container;
(b)  flanging the open end of the
container;
10      (c)  reforming the inner wall of
the countersink to a profile
more vertical than its
initial profile.

15.  The method of Claim 14,
including reforming the outer wall of the
countersink to a profile more vertical than
its initial profile.

16.   A method of processing a
metal open-ended container having a bottom
wall which includes a countersink with an
inner and outer wall each having initial
5   profiles, the process comprising:

      (a)   necking the open end of the
           container;

      (b)   flanging the open end of the
           container;

10   --   (c)   coating an internal surface
           of the container;

      (d)   printing on an exterior
           suface of the container; and,

      (e)   reforming the inner wall of
15             the countersink to a profile
           more vertical than its
           initial profile.

17.   The method of Claim 16,
including reforming the outer wall of the
countersink to a profile more vertical than
its initial profile.

A261

44

18.  A method of processing a
metal container having a bottom wall and an
open end, characterized by the bottom wall
including a countersink with an inner and

5    outer wall, each having initial profiles,
the process comprising:
        (a)  supporting the container;
        (b)  engaging the inner wall of
             the countersink with a

10           reforming roller; and,
        (c)  rotating the reforming roller
             around the inner wall
             continuously until the inner
             wall is uniformly reformed to

15           a profile more vertical than
             its initial profile.


19.  The method of Claim 18,
including reforming the outer wall of the
countersink to a profile more vertical than
its initial profile.


20.  The method of Claim 18,
further characterized by the supporting step
including:
        (a)  placing the container into a

5            jig whose diameter
             corresponds to the outer
             peripheral diameter of the
             container, the jig also
             including a lower profile

10           portion that generally
             conforms to the initial
             profile of the outer wall of
             the countersink; and,
        (b)  inserting a plug into the

15           open end of the container.

A262

21.  Apparatus for processing a
metal open-ended container having a bottom
wall which includes a countersink with an
inner and outer wall each having initial
5    profiles, the inner wall having an inner
diameter, the apparatus comprising:

        (a)  means for holding the
             container in place;

        (b)  means for engaging the inner
10            wall of the countersink and
            applying a pressure against
            the inner wall until the
            inner wall is reformed
            uniformly to a profile more
15            vertical than its initial
            profile.

A263

22.  The apparatus of Claim 21,
further characterized by the container
having a center axis and the means for
engaging the inner wall of the countersink
5    includes:

(a)  a shaft having a center axis,
     the shaft being rotatble
     along an arcuate path around
     the center axis of the
10    container;

(b)  a reforming roller rotatable
     on the shaft, the reforming
     roller having an outer
     diameter smaller than the
15    inner diameter of the inner
     wall of the countersink, the
     reforming roller rotating on
     the center axis of the shaft
     during engagment of the inner
20    wall of the countersink.

23.  The apparatus of Claim 22,
further characterized by the reforming
roller having a peripheral configuration
which defines a substantially vertical
5    upwardly and outwardly tapered wall having a
generally arcuate upper portion.

24.  Apparatus for processing
containers having a center axis, a
cylindrical side wall integral with a bottom
wall which includes a countersink with an
5    inner and outer wall, each having initial
profiles, and the inner wall having an inner
diameter, comprising: a turret rotated about
a fixed support and having a plurality of
peripheral processing stations; each
10   processing station including a rigid mandrel
rotated about a fixed axis with pockets on
the periphery thereof, and means for
inserting containers onto the rigid mandrel;
each station also including an impression
15   mandrel cooperating with the fixed mandrel;
support means on the turret between an
adjacent pair of stations, the support means
including a support shaft having a pair of
support arms extending therefrom with an
20   impression mandrel rotatable on each arm;
drive means interposed between the fixed
support and the support shaft for producing
pressure engagement between each rigid
mandrel and associated depression mandrel,
25   and synchronized drive means between the
fixed support and each mandrel to rotate all
of the mandrels at a common speed and deform
the side walls of the containers between the
mandrels into the pockets; means for
30   securing the container; means for engaging
the inner wall of the countersink and
applying pressure against the inner wall
until the inner wall is uniformly reformed

to a profile more vertical than its initial
profile.

       25.  The apparatus of Claim 24,
further characterized by the means for
engaging the inner wall of the countersink
including:

5
      (a)  a shaft having a center axis,
          the shaft being rotatable
          along an arcuate path around
          the center axis of the
          container;

10
      (b)  a reforming roller rotatable
          on the shaft, the reforming
          roller having an outer
          diameter smaller than the
          inner diameter of the inner

15
          wall of the countersink, the
          reforming roller rotating on
          the center axis of the shaft
          during engagment of the inner
          wall of the countersink.

26.  A metal container having a
predetermined thickness and including a
bottom wall, a cylindrical side wall and
reduced diameter neck between the side wall
and an open end, the bottom wall having a
central inwardly-extending panel with an
annular countersink having an inner wall
integral with a periphery of the inwardly-
extending panel and an outer wall integral
with the side wall, the side wall, the inner
wall being cold worked from an initial
profile to a predetermined and more vertical
profile.

27.  The container of Claim 26,
further characterized by the outer wall of
the countersink being cold worked from an
initial profiel to a more vertical profile.

28.  The container of Claim 26,
further characterized by the reduced
diameter neck being smoothly tapered to the
open end.

1/7

_FIG_1_



SUBSTITUTE SHEET

A268

WO 91/11275    PCT/US90/00451

2/7



SUBSTITUTE SHEET

A269

Case 1:05-cv-00608-MPT    Document 192-4    Filed 01/25/2007    Page 43 of 52

3/7



FIG-3

**SUBSTITUTE SHEET**

A270



WO 91/11275                                              PCT/US90/00451

5/7



SUBSTITUTE SHEET

A272

WO 91/11275
PCT/US90/00451

6/7



A273

WO 91/11275                                    PCT/US90/00451



7/7

SUBSTITUTE SHEET

A274

# INTERNATIONAL SEARCH REPORT

International Application No    PCT/US 90/00451

**I. CLASSIFICATION OF SUBJECT MATTER** (if several classification symbols apply, indicate all) [6]

According to International Patent Classification (IPC) or to both National Classification and IPC

IPC[5]:    B 21 D 51/26, B 21 D 22/10

**II. FIELDS SEARCHED**

Minimum Documentation Searched [7]

| Classification System | Classification Symbols |
|---|---|
| IPC[5] | B 21 D |

Documentation Searched other than Minimum Documentation
to the Extent that such Documents are Included in the Fields Searched [8]

**III. DOCUMENTS CONSIDERED TO BE RELEVANT [9]**

| Category * | Citation of Document, [11] with indication, where appropriate, of the relevant passages [12] | Relevant to Claim No. [13] |
|---|---|---|
| Y | US, A, 4316375 (REYNOLDS METALS COMP.) 23 February 1982 see the whole document -- | 1,2,5-11 |
| Y | US, A, 4578976 (NATIONAL CAN COMP.) 1 April 1986 see column 4, lines 56-68; column 5; column 6, lines 1-59; figure -- | 1,2,5-11 |
| A | US, A, 4685582 (NATIONAL CAN COMP.) 11 August 1987 (cited in the application) -- | |
| A | US, A, 4519232 (NATIONAL CAN COMP.) 28 May 1985 (cited in the application) -- | |
| A | EP, A, 0351560 (ELPATRONIC) 24 January 1990 ./. | |

\* Special categories of cited documents: [10]

"A" document defining the general state of the art which is not considered to be of particular relevance

"E" earlier document but published on or after the international filing date

"L" document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified)

"O" document referring to an oral disclosure, use, exhibition or other means

"P" document published prior to the international filing date but later than the priority date claimed

"T" later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention

"X" document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step

"Y" document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art.

"&" document member of the same patent family

**IV. CERTIFICATION**

| Date of the Actual Completion of the International Search | Date of Mailing of this International Search Report |
|---|---|
| 24th September 1990 | 15 OCT. 1990 |

| International Searching Authority | Signature of Authorized Officer |
|---|---|
| EUROPEAN PATENT OFFICE | MISS T. TAZELAAR |

Form PCT/ISA/210 (second sheet) (January 1985)

International Application No    PCT/US 90/00451 ⁻²⁻

| III. DOCUMENTS CONSIDERED TO BE RELEVANT (CONTINUED FROM THE SECOND SHEET) | | |
|---|---|---|
| Category * | Citation of Document, ** with indication, where appropriate, of the relevant passages | Relevant to Claim No |
| A | EP, A, 0298230 (ELPATRONIC) 11 January 1989 _____ | |

Form PCT/ISA 210(extra sheet) (January 1985)

A276

ANNEX TO THE INTERNATIONAL SEARCH REPORT
ON INTERNATIONAL PATENT APPLICATION NO.    US 9000451
                                            SA    37016

This annex lists the patent family members relating to the patent documents cited in the above-mentioned international search report.
The members are as contained in the European Patent Office EDP file on 09/10/90
The European Patent Office is in no way liable for these particulars which are merely given for the purpose of information.

| Patent document cited in search report | Publication date | Patent family member(s) | | Publication date |
|---|---|---|---|---|
| US-A- 4316375 | 23-02-82 | US-A- | 4266685 | 12-05-81 |
| US-A- 4578976 | 01-04-86 | WO-A- | 8702282 | 23-04-87 |
| | | EP-A- | 0243349 | 04-11-87 |
| US-A- 4685582 | 11-08-87 | EP-A- | 0196327 | 08-10-86 |
| | | EP-A- | 0337500 | 18-10-89 |
| | | US-A- | 4768672 | 06-09-88 |
| | | WO-A- | 8602026 | 10-04-86 |
| US-A- 4519232 | 28-05-85 | DE-A- | 3347208 | 28-06-84 |
| | | GB-A,B | 2132533 | 11-07-84 |
| | | GB-A,B | 2163986 | 12-03-86 |
| | | GB-A,B | 2173437 | 15-10-86 |
| | | GB-A,B | 2179284 | 04-03-87 |
| | | US-A- | 4774839 | 04-10-88 |
| | | US-A- | 4693108 | 15-09-87 |
| | | US-A- | 4732027 | 22-03-88 |
| EP-A- 0351560 | 24-01-90 | DE-A,C | 3828879 | 25-01-90 |
| EP-A- 0298230 | 11-01-89 | CH-A- | 673790 | 12-04-90 |
| | | DE-A- | 3725186 | 19-01-89 |
| | | JP-A- | 1215420 | 29-08-89 |
| | | US-A- | 4901557 | 20-02-90 |

EPO FORM P0479

For more details about this annex : see Official Journal of the European Patent Office, No. 12/82

**PAGES A278-A346
REDACTED**

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 25, 2007, I caused to be served by hand delivery and electronic mail the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Barry M. Klayman, Esq.
> Wolf, Block, Schorr
>  and Solis-Cohen LLP
> Wilmington Trust Center
> 1100 North Market
> Street, Suite 1001
> Wilmington, DE   19801

I hereby certify that on January 25, 2007,  I caused to be sent in the manner indicated below the foregoing document to the following non-registered participants:

| <u>VIA FACSIMILE</u> | <u>VIA ELECTRONIC MAIL</u> |
|---|---|
| Dale M. Heist, Esq. | Chad E. Ziegler, Esq. |
| Woodcock Washburn LLP | ziegler@woodcock.com |
| Cira Centre | Woodcook Washburn LLP |
| 2929 Arch Street, 12th Floor | Cira Centre |
| Philadelphia, PA 19104-2891 | 2929 Arch Street, 12th Floor |
| | Philadelphia, PA 19104-2891 |

Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700