IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CROWN PACKAGING TECHNOLOGY, INC. AND CROWN CORK & SEAL USA, INC.,** | ) ) ) ) ) | |
| PLAINTIFFS, | ) ) | CIVIL ACTION NO. 05-608 (MPT) |
| V. | ) ) | |
| **REXAM BEVERAGE CAN CO.,** | ) ) | |
| DEFENDANT. | ) ) ) | |

### CROWN'S MOTION FOR SUMMARY JUDGMENT DISMISSING COUNTERCLAIMS I-V BASED ON PATENT INVALIDITY/NON-INFRINGEMENT

Plaintiffs Crown Packaging Technology, Inc. and Crown Cork & Seal USA, Inc. (collectively, "Crown") respectfully move under Federal Rule of Civil Procedure 56 for the entry of summary judgment in their favor dismissing counterclaims I-V brought by defendant Rexam Beverage Can Co. ("Rexam") (D.I. 17).

The reasons for granting this motion, based on the lack of genuine issues of material fact relating to Crown's invalidity and non-infringement defenses to these counterclaims, are set forth in Crown's accompanying memorandum in support of the motion, which is incorporated herein by reference.

Dated: January 25, 2007

Respectfully submitted,

*/s/ Barry Klayman*
Barry Klayman (ID # 3676)
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 N. Market Street, Suite 1001
Wilmington, DE 19801
(302) 777-0313

*Attorney for Plaintiffs*
*Crown Packaging Technology, Inc. and*
*Crown Cork & Seal USA, Inc.*

*Of Counsel:*

Dale M. Heist
Lynn A. Malinoski
Chad E. Ziegler
WOODCOCK WASHBURN, LLP
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104
(215) 568-3100

Michael Korniczky
Crown Cork & Seal USA, Inc.
One Crown Way
Philadelphia, Pennsylvania 19154