IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. AND CROWN CORK & SEAL USA, INC.,<br><br>PLAINTIFFS,<br><br>V.<br><br>REXAM BEVERAGE CAN CO.,<br><br>DEFENDANT. | CIVIL ACTION NO. 05-608 (MPT) |

## ORDER

AND NOW, this _____ day of _____, 2007, upon consideration of Plaintiffs' Motion For Summary Judgment Dismissing Counterclaims I-V Based On Patent Invalidity/Non-Infringement, together with the supporting memoranda and all opposing papers thereto, it is hereby ORDERED that Plaintiffs' motion is GRANTED.

It is FURTHER ORDERED that, pursuant to Federal Rule of Civil Procedure 56, counterclaims I-V filed by defendant Rexam Beverage Can Co. (D.I. 17) are hereby dismissed.

BY THE COURT:

_____
Mary Pat Thynge, J.