IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. AND CROWN CORK & SEAL USA, INC., <br><br> PLAINTIFFS, <br><br> V. <br><br> REXAM BEVERAGE CAN CO., <br><br> DEFENDANT. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )     CIVIL ACTION NO. 05-608 (MPT) |

**CROWN'S MOTION FOR PARTIAL SUMMARY JUDGMENT DISMISSING REXAM'S COUNTERCLAIM I AND LIMITING DAMAGES ON COUNTERCLAIMS II-III BASED ON LACHES AND FAILURE TO COMPLY WITH 35 U.S.C. § 287(a)**

Plaintiffs Crown Packaging Technology, Inc. and Crown Cork & Seal USA, Inc. (collectively, "Crown") respectfully move under Federal Rule of Civil Procedure 56 for the entry of partial summary judgment in their favor dismissing counterclaim I, and barring recovery of pre-suit damages on counterclaims II-III, all of these counterclaims having been filed by defendant Rexam Beverage Can Co. ("Rexam") on November 3, 2005 (D.I. 17).

The reasons for granting this motion, based on the defenses of laches and failure to comply with 35 U.S.C. § 287(a), are set forth in Crown's accompanying memorandum in support of the motion, which is incorporated herein by reference.

- 2 -

Dated: January 25, 2007

Respectfully submitted,

*Barry Klayman*
Barry Klayman (ID # 3676)
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 N. Market Street, Suite 1001
Wilmington, DE 19801
(302) 777-0313

*Attorney for Plaintiffs*
*Crown Packaging Technology, Inc. and*
*Crown Cork & Seal USA, Inc.*

*Of Counsel:*

Dale M. Heist
Lynn A. Malinoski
Chad E. Ziegler
WOODCOCK WASHBURN, LLP
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104
(215) 568-3100

Michael Korniczky
Crown Cork & Seal USA, Inc.
One Crown Way
Philadelphia, Pennsylvania 19154