IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. AND CROWN CORK & SEAL USA, INC., <br><br> PLAINTIFFS, <br><br> V. <br><br> REXAM BEVERAGE CAN CO., <br><br> DEFENDANT. | CIVIL ACTION NO. 05-608 (MPT) |

## ORDER

AND NOW, this _____ day of _____, 2007, upon consideration of Plaintiffs' Motion For Partial Summary Judgment Dismissing Rexam's Counterclaim I And Limiting Damages On Counterclaims II-III Based On Laches And Failure To Comply With 35 U.S.C. § 287(a), together with supporting memoranda and all opposing papers thereto, it is hereby ORDERED that Plaintiffs' motion is GRANTED.

It is FURTHER ORDERED that, pursuant to Federal Rule of Civil Procedure 56, as to counterclaims I-III filed by defendant Rexam Beverage Can Co. ("Rexam") (D.I. 17):

1.  Counterclaim I is hereby dismissed.

2.  On counterclaims II-III, recovery of all damages for infringements occurring prior to the November 3, 2005 filing date of the counterclaims is hereby barred.

BY THE COURT:

_____
Mary Pat Thynge, J.