## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Crown's Motion For Partial Summary Judgment Dismissing Rexam's Counterclaim I And Limiting Damages On Counterclaims II-III Based On Laches And Failure To Comply With 35 U.S.C. § 287(a), and proposed form of order, have been served on this the 25th day of January, 2007, in accordance with the Federal Rules of Civil Procedure, on the following in the manner indicated below:

**VIA E-MAIL AND FEDERAL EXPRESS:**

Gerald C. Willis, Esq.
McAndrews, Held & Malloy, Ltd.
500 W. Madison Street, Suite 3400
Chicago, IL 60601

**VIA E-MAIL AND HAND DELIVERY:**

Anne Shea Gaza, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*Attorneys for Defendant Rexam
Beverage Can Co.*

Dated: January 25, 2007

/s/ Barry M. Klayman
Barry M. Klayman, Esquire (ID # 3676)
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 N. Market Street, Suite 1001
Wilmington, DE 19801
(302) 777-0313

*Attorney for Plaintiffs
Crown Packaging Technology, Inc. and
Crown Cork & Seal USA, Inc.*