IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. AND CROWN CORK & SEAL USA, INC., <br><br> PLAINTIFFS, <br><br> V. <br><br> REXAM BEVERAGE CAN CO., <br><br> DEFENDANT. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) CIVIL ACTION NO. 05-608 (MPT) |

## CROWN'S MOTION TO BIFURCATE TRIAL OF REXAM'S COUNTERCLAIMS I-V AND TO SUBMIT EVIDENCE RELATING TO LACHES TO THE JURY

Plaintiffs Crown Packaging Technology, Inc. and Crown Cork & Seal USA, Inc. (collectively, "Crown") respectfully move for the entry of an order, in accordance with Federal Rule of Civil Procedure 42 and the Court's inherent discretion over trial management, (1) bifurcating the trial of counts I-III of Crown's Second Amended Complaint (D.I. 16) from the trial of counterclaims I-V brought by defendant Rexam Beverage Can Co. ("Rexam") (D.I. 17); and (2) permitting Crown, at the trial of Rexam's counterclaims, to present evidence relating to its laches defense to the jury.

The reasons for granting this motion are set forth in Crown's accompanying memorandum in support of the motion, which is incorporated herein by reference.

Dated: January 25, 2007

Respectfully submitted,

*Barry Klayman*

Barry Klayman (ID # 3676)
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 N. Market Street, Suite 1001
Wilmington, DE 19801
(302) 777-0313

*Attorney for Plaintiffs*
*Crown Packaging Technology, Inc. and*
*Crown Cork & Seal USA, Inc.*

*Of Counsel:*

Dale M. Heist
Lynn A. Malinoski
Chad E. Ziegler
WOODCOCK WASHBURN, LLP
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104
(215) 568-3100

Michael Korniczky
Crown Cork & Seal USA, Inc.
One Crown Way
Philadelphia, Pennsylvania 19154