IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. AND CROWN CORK & SEAL USA, INC., <br><br> PLAINTIFFS, <br><br> V. <br><br> REXAM BEVERAGE CAN CO., <br><br> DEFENDANT. | ) ) ) ) ) CIVIL ACTION NO. 05-608 (MPT) ) ) ) ) ) ) ) ) |

## CERTIFICATION PURSUANT TO DELAWARE LOCAL RULE 7.1.1

1. Counsel for the plaintiffs and counsel for the defendant have discussed the matters raised in the foregoing motion on several occasions, including during a December 15, 2005 scheduling conference conducted with the Court by telephone; during the November 3, 2006 technology tutorial conducted before the Court; and in a telephone conference preceding this filing.

2. After reasonable effort, counsel for the plaintiffs has been unable to reach agreement with counsel for the defendant on the matters set forth in the foregoing motion.

Dated: January 25, 2007

Respectfully submitted,

/s/ Barry Klayman
Barry Klayman (ID # 3676)
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 N. Market Street, Suite 1001
Wilmington, DE 19801
(302) 777-0313

*Attorney for Plaintiffs*
*Crown Packaging Technology, Inc. and*
*Crown Cork & Seal USA, Inc.*

*Of Counsel:*

Dale M. Heist
Lynn A. Malinoski
Chad E. Ziegler
WOODCOCK WASHBURN, LLP
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104
(215) 568-3100

Michael Korniczky
Crown Cork & Seal USA, Inc.
One Crown Way
Philadelphia, Pennsylvania 19154