IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. AND CROWN CORK & SEAL USA, INC., | ) ) ) ) ) | |
| PLAINTIFFS, | ) ) | CIVIL ACTION NO. 05-608 (MPT) |
| V. | ) ) ) | |
| REXAM BEVERAGE CAN CO., | ) ) | |
| DEFENDANT. | ) ) ) | |

## ORDER

AND NOW, this _____ day of _____, 2007, upon consideration of Plaintiffs' Motion To Bifurcate Trial of Rexam's Counterclaims I-V And To Submit Evidence Relating To Laches To The Jury, together with the supporting memoranda and all opposing papers thereto, it is hereby ORDERED that Plaintiffs' motion is GRANTED.

It is FURTHER ORDERED that:

1.   The trial of counts I-III of Crown's Second Amended Complaint (D.I. 16) shall be bifurcated from the trial of counterclaims I-V brought by defendant Rexam Beverage Can Co. ("Rexam") (D.I. 17).

2.   At the trial of Rexam's counterclaims, Crown shall be permitted to present evidence relating to its laches defense to the jury.

BY THE COURT:

_____
Mary Pat Thynge, J.