

Wilmington Trust Center, 1100 North Market Street, Suite 1001, Wilmington, DE 19801
Tel: (302) 777-5860 ■ Fax: (302) 777-5863 ■ www.WolfBlock.com

Barry M. Klayman
Direct Dial: (302) 777-0313
Direct Fax: (302) 778-7813
E-mail:    bklayman@wolfblock.com
*Admitted in Delaware and Pennsylvania

January 25, 2006

## VIA HAND DELIVERY & E-FILING

The Honorable Mary Pat Thynge
U.S. Magistrate Judge
U.S. District Court for the District of
Delaware
844 North King Street
Lock Box 8
Wilmington, DE 19801

Re:    Crown Packaging Technology, Inc., et al. v. Rexam
       Beverage Can Co., C.A. No. 05-608-MPT

Dear Magistrate Judge Thynge:

Enclosed are courtesy copies of three motions that the Crown plaintiffs in the above-referenced action are filing with the Court today under seal. Each motion is accompanied by a proposed order, a memorandum in support of the motion, and an appendix with supporting materials.

All three motions are directed to the five permissive counterclaims that defendant Rexam filed on November 3, 2005 (D.I. 17), alleging that Crown had infringed three groups of Rexam patents (five patents in total) relating to three different aspects of beverage can manufacturing – the "necking" of can bodies, the "bottom reforming" of can body bottoms, and the design of the "score line" of can ends used when beverage cans are opened.

Crown respectfully submits that it would be in the interest of judicial economy for the Court to consider and address Crown's motion in the following order, because a decision on certain motions will eliminate the need to decide other ones.

Crown's first motion seeks summary judgment dismissing each of Rexam's five counterclaims on invalidity or non-infringement grounds. As set forth in the supporting

WIL:63732.1/CRO056-230788

Boston, MA ■ Cherry Hill, NJ ■ Harrisburg, PA ■ New York, NY ■ Norristown, PA ■ Philadelphia, PA ■ Roseland, NJ ■ Wilmington, DE

WolfBlock Government Relations - Harrisburg, PA ■ WolfBlock Public Strategies - Boston, MA and Washington, DC

Wolf, Block, Schorr and Solis-Cohen LLP, a Pennsylvania Limited Liability Partnership

The Honorable Mary Pat Thynge
January 25, 2006
Page 2

memorandum, Crown believes that there is no genuine issue of material fact that the asserted claims of Rexam's one necking and two bottom reforming patents are invalid as anticipated under 35 U.S.C. § 102. Crown also believes there is no genuine issue that the Crown product accused on infringing Rexam's two score line patents does not infringe. A decision in Crown's favor on this first motion would be dispositive as to all of Rexam's counterclaims, and would eliminate the need for trial of the counterclaims and the need to decide Crown's other motions.

Crown's second motion seeks partial summary judgment limiting pre-suit damages on Rexam's necking and bottom reforming counterclaims, based on the laches defense and the failure of Rexam to comply with the marking and notice provisions of 35 U.S.C. § 287(a). As to the necking patent and counterclaim, a decision in Crown's favor on this motion would effectively eliminate the patent from this lawsuit because the patent has expired and there is no chance for an injunction. As to the bottom reforming patents and counterclaims, a decision in Crown's favor would significantly limit any meaningful relief for Rexam.

Crown's third and final motion is a procedural one. Assuming the Court permits trial on one or more of Rexam's counterclaims, Crown requests that such trial be bifurcated from the trial of Crown's own patent infringement claims, due to the significant factual and technological differences between Crown's claims and Rexam's counterclaims. Crown also requests that at the trial of Rexam's counterclaims, it be permitted to present evidence relating to its laches defense to the jury.

Respectfully yours,

Barry M. Klayman (#3676)
For WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP

Enclosures
cc: Anne Gaza, Esquire (Via E-filing & Hand Delivery)
    Gerald C. Willis, Esquire (Via E-mail)
    Dale Heist, Esquire (Via E-filing & E-mail)
    Clerk of the Court (Via E-filing)