IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC., <br><br>    Plaintiffs/Counter Defendants, <br><br>v. <br><br>REXAM BEVERAGE CAN COMPANY, <br><br>    Defendant/Counterclaimant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 05-608 (MPT) |

## ORDER

The Court, having considered Defendant/Counterclaimant Rexam Beverage Can Company's Motion for Partial Summary Judgment of Infringement of U.S. Patent Nos. 4,774,839 and 5,697,242, and the parties' positions related thereto,

IT IS HEREBY ORDERED this ____ day of _____, 2007 that the Motion is GRANTED.

_____
HON. MARY PAT THYNGE