SEALED DOCUMENT