IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC., <br><br>**Plaintiffs/Counter Defendants,**<br><br>v.<br><br>REXAM BEVERAGE CAN COMPANY,<br><br>**Defendant/Counterclaimant.** | Civil Action No. 05-608 (MPT) |

**CORRECTED DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF INFRINGEMENT OF U.S. PATENT NOS. 4,774,839 AND 5,697,242**

Pursuant to Fed. R. Civ. P. 56, Defendant/Counterclaimant Rexam Beverage Can Company ("Rexam") respectfully moves this Court for an order, substantially similar to the form attached hereto, for partial summary judgment on the issue of infringement with respect to the asserted claims of U.S. Patent Nos. 4,774,839 ("the '839 Patent) (relating to methods for smooth die necking beverage containers) and 5,697,242 ("the '242 Patent) (relating to methods for reforming the shape of the bottom of beverage containers) that have been asserted in the above-captioned action against Crown Packaging Technology, Inc. and Crown Cork & Seal USA, Inc. (hereinafter referred to collectively as "Crown").

For the reasons set forth in Defendant's Memorandum in Support of Its Motion for Partial Summary Judgment of Infringement of U.S. Patent Nos. 4,774,839 and 5,697,242 and the accompanying Appendix, filed contemporaneously herewith, Rexam respectfully requests that

the Court enter summary judgment in Rexam's favor, holding that Crown's manufacturing processes infringe the asserted claims of the '839 and '242 Patents.

Of Counsel:
George P. McAndrews
Steven J. Hampton
Gerald C. Willis
Paul W. McAndrews
McAndrews, Held & Malloy, Ltd.
500 W. Madison Street, Suite 3400
Chicago, IL 60601
312-775-8000

Dated: January 25, 2007

/s/ Anne Shea Gaza
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
   *Attorneys for Defendant/Counterclaimant*
   *Rexam Beverage Can Co*

RLF1-3108782-1