UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2007, I caused to be served by hand delivery and electronic mail the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

>Barry M. Klayman, Esq.
>Wolf, Block, Schorr
> and Solis-Cohen LLP
>Wilmington Trust Center
>1100 North Market
>Street, Suite 1001
>Wilmington, DE  19801

I hereby certify that on January 25, 2007, I caused to be via electronic mail the foregoing document to the following non-registered participants:

>Dale M. Heist, Esq.
>heist@woodcock.com
>Chad E. Ziegler, Esq.
>ziegler@woodcock.com
>Woodcock Washburn LLP
>Cira Centre
>2929 Arch Street, 12th Floor
>Philadelphia, PA 19104-2891

>*/s/ Anne Shea Gaza*
>Anne Shea Gaza (#4093)
>Gaza@rlf.com
>Richards, Layton & Finger, P.A.
>One Rodney Square
>P.O. Box 551
>Wilmington, Delaware 19899
>(302) 651-7700

RLF1-3000496-1