IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF DELAWARE

| | |
|---|---|
| **CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC.,** ) ) ) ) | |
| Plaintiffs/Counter Defendants, ) ) | |
| v.  ) ) ) | Civil Action No. 05-608 (MPT) |
| **REXAM BEVERAGE CAN COMPANY,** ) ) ) ) | |
| Defendant/Counterclaimant. ) | |

**DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NOS. 6,935,826 AND 6,848,875**

Pursuant to Fed. R. Civ. P. 56, Defendant/Counterclaimant Rexam Beverage Can Company ("Rexam") respectfully moves this Court for an order, substantially similar to the form attached hereto, for partial summary judgment on the issue of invalidity with respect to Crown's asserted claims of U.S. Patent Nos. 6,935,826 ("the '826 Patent") (relating to the geometry of can ends) and 6,848,875 ("'the '875 Patent") (relating to the geometry and methods of methods of seaming can ends to can bodies) that have been asserted in the above-captioned action by against Crown Packaging Technology, Inc. and Crown Cork & Seal USA, Inc. (hereinafter referred to collectively as "Crown").

For the reasons set forth in Defendant's Memorandum in Support of Its Motion for Partial Summary Judgment of Invalidity of U.S. Patent Nos. 6,935,826 and 6,848,875 and the accompanying Appendix, filed contemporaneously herewith, Rexam respectfully requests that the Court enter summary judgment in Rexam's favor, holding that Crown's Claims 13 and Claim

14 of Crown's '826 Patent and that Crown's Claims 32-34 or Claims 50-52 of Crown's '875 Patent are invalid as a matter of law.

*Anne Shea Gaza*
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
  *Attorneys for Defendant/Counterclaimant*
  *Rexam Beverage Can Co.*

Of Counsel:
George P. McAndrews
Steven J. Hampton
Gerald C. Willis
Paul W. McAndrews
McAndrews, Held & Malloy, Ltd.
500 W. Madison Street, Suite 3400
Chicago, IL  60601
312-775-8000

Dated:  January 25, 2007

RLF1-3108782-1