IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF DELAWARE

| | |
|---|---|
| **CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC.,**     Plaintiffs/Counter Defendants,  v.  **REXAM BEVERAGE CAN COMPANY,**     Defendant/Counterclaimant. | ) ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. 05-608 (MPT) |

## ORDER

The Court, having considered Defendant/Counterclaimant Rexam Beverage Can Company's Motion for Partial Summary Judgment of Invalidity of U.S. Patent Nos. 6,935,826 and 6,848,875, and the parties' positions related thereto,

IT IS HEREBY ORDERED this ____ day of _____, 2007 that the Motion is GRANTED.

_____
HON. MARY PAT THYNGE

RLF1-3108781-1