IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC., <br><br>Plaintiffs/Counter Defendants, <br><br>v. <br><br>REXAM BEVERAGE CAN COMPANY, <br><br>Defendant/Counterclaimant. | ) ) ) ) ) ) ) ) Civil Action No. 05-608 (MPT) ) ) ) ) ) ) ) |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT THAT THE "REXAM END" DOES NOT INFRINGE CROWN'S UNITED STATES PATENT NOS. 6,848,875 AND 6,935,826

Pursuant to Fed. R. Civ. P. 56, Defendant/Counterclaimant Rexam Beverage Can Company ("Rexam") respectfully moves this Court for an order, substantially similar to the form attached hereto, for summary judgment on the issue of non-infringement with respect to the asserted claims of U.S. Patent Nos. 6,848,875 ("the '875 Patent") and 6,935,826 ("the '826 Patent") (relating to beverage can ends and methods for seaming can ends) that have been asserted in the above-captioned action against Rexam Beverage Can Company ("Rexam") by Crown Packaging Technology, Inc. and Crown Cork & Seal USA, Inc. (hereinafter referred to collectively as "Crown").

For the reasons set forth in Rexam's Memorandum in Support of Its Motion for Summary Judgment That The "Rexam End" Does Not Infringe Crown's '875 and '826 Patents and the accompanying Appendix, filed contemporaneously herewith, Rexam respectfully

requests that the Court enter summary judgment in Rexam's favor, holding that the Rexam End does not infringe the '875 and '826 Patents.

Of Counsel:
George P. McAndrews
Steven J. Hampton
Gerald C. Willis
Paul W. McAndrews
McAndrews, Held & Malloy, Ltd.
500 W. Madison Street, Suite 3400
Chicago, IL 60601
312-775-8000

Dated: January 25, 2007

/s/ Anne Shea Gaza
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
*Attorneys for Defendant/Counterclaimant Rexam Beverage Can Co.*

RLF1-3108782-1