IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC.,** | ) ) ) ) | |
| **Plaintiffs/Counter Defendants,** | ) ) | |
| v. | ) ) | Civil Action No. 05-608 (MPT) |
| | ) ) | |
| **REXAM BEVERAGE CAN COMPANY,** | ) ) ) | |
| **Defendant/Counterclaimant.** | ) | |

## ORDER

The Court, having considered Defendant/Counterclaimant Rexam Beverage Can Company's Motion for Summary Judgment That The "Rexam End" Can End Does Not Infringe Crown's United States Patent Nos. 6,848,875 and 6,935,826 and the parties' positions related thereto,

IT IS HEREBY ORDERED this _____ day of _____, 2007 that the Motion is GRANTED.

_____
HON. MARY PAT THYNGE