IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CROWN PACKAGING TECHNOLOGY, INC. )
and CROWN CORK & SEAL USA, INC , )
                                 )
     Plaintiffs/Counterclaim Defendants, )

v. )

REXAM BEVERAGE CAN COMPANY, )

    Defendant/Counterclaimant. )
                                   )

Civil Action No. 05-608 (MPT)

**REDACTED - PUBLIC VERSION**

**APPENDIX TO**
**DEFENDANT REXAM BEVERAGE CAN COMPANY'S [CORRECTED]**
**MEMORANDUM IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**
**THAT THE "REXAM END" CAN END DOES NOT INFRINGE CROWN'S UNITED**
**STATES PATENTS NOS. 6,848,875 AND 6,935,826**

Of Counsel:
George P. McAndrews
Steven J. Hampton
Gerald C Willis
Paul W. McAndrews
McAndrews, Held & Malloy, Ltd.
500 W. Madison Street, Suite 3400
Chicago, IL   60601
312-775-8000

Dated:  January 31, 2007

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
   *Attorneys for Defendant/Counterclaimant*
   *Rexam Beverage Can Co*

# APPENDIX

## TABLE OF CONTENTS

1.   Defendant's Deposition Exhibit 156 ........................................... A1-3

2.   Rexam End Shell Drawings ..................................................... A4-5

3.   Rexam End Commercial Chuck ................................................ A6

4.   Rexam End Shell Drawings .................................................... A7-8

5.   Declaration of Michael R. Gogola ............................................ A9-13

6.   Joint Claim Construction Statement ........................................ A14-27

7.   Deposition of Kim Oswald, 30(b)(6) ........................................ A28-30

8.   Shell Drawing of Rexam Standard End ..................................... A31

9.   U.S. Patent No. 6,848,875 ...................................................... A32-46

10.  U.S. Patent No. 6,935,826 ...................................................... A47-58

11.  Chisum On Patents, §13.03[2] ................................................ A59-60

12.  Notes from Crown SuperEnd Meeting ...................................... A61-64

13.  '634 Patent Prosecution 9/16/99 Amendment ............................ A65-69

14.  '875 Patent Prosecution 6/9/04 Reply ...................................... A70-74

15.  '875 Patent Prosecution 2/9/04 Reply ...................................... A75-101

16.  '826 Patent Prosecution 8/3/04 Reply ...................................... A102-118

17.  '875 Patent Prosecution 4/30/02 Preliminary Amendment ........... A119-132

18.  '826 Patent Prosecution 8/3/04 Higham Declaration ................... A133-153

19.  Crown SuperEnd Presentation Notes – December 2000 ............... A154 – 158

20.  Crown SuperEnd Presentation Notes – March 2001 .................... A159 – 162

21.  Crown SuperEnd Conference Presentation – March/April 2003 ..... A163 – 170

# Defendant's Deposition Exhibit 156

## Pages A1 – A3

## CONFIDENTIAL

## REDACTED

# Rexam End Shell Drawing

## Pages A4-A5

## CONFIDENTIAL

## REDACTED

# Rexam End Commercial Chuck Drawing

## Page A6

## CONFIDENTIAL

## REDACTED

# Rexam End Shell Drawing

## Pages A7-A8

## CONFIDENTIAL

## REDACTED

# Declaration of Michael R. Gogola

## Pages A9-A13

## CONFIDENTIAL

## REDACTED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC., | ) ) ) |
| | ) Civil Action No. 05-608 (MPT) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| REXAM BEVERAGE CAN CO., | ) ) |
| Defendant. | ) ) ) |

JOINT CLAIM CONSTRUCTION STATEMENT

## DEFINITIONS OF DISPUTED CLAIM TERMS

### CROWN'S PATENT CLAIMS

'826 PATENT

| Claim | Claim Term(s) | Crown's Construction | Rexam's Construction |
|---|---|---|---|
| 13 | said first and second chuck walls forming a juncture therebetween | First and second walls encircling the chuck forming a place between them at which they meet. | When looking at a cross section of a seaming chuck, an upper wall and a lower wall of a seaming chuck (also referred to the first and second walls) meet at a point (juncture) to form a distinct angle. |
| | peripheral cover hook | Curved portion of the can end that is to be formed into a portion of a double seam. | When looking at a cross section of the can end, the outermost portion of the can end that is curved or conforms to one or more radii, which engages a can body flange to form at least a part of a double seam, and ends where the curved or radiused portion(s) stops. |
| | a seaming panel adapted to be formed into a portion of said double seam during said seaming operation | Curved innermost portion of the peripheral cover hook adapted to be formed into a portion of the double seaming during the seaming operation. | An uppermost portion of the peripheral cover hook formed by a constant radius, that has some treatment or conditioning that makes the seaming panel easier to deform than the rest of the can end to become part of the double seam during seaming to a can body. |

RLF1-3094569-1

A15

| Claim | Claim Term(s) | Crown's Construction | Rexam's Construction |
|---|---|---|---|
| | a wall extending inwardly and downwardly from said cover hook | Can end wall extending inwardly and downwardly from the cover hook. | When looking at a cross section of the can end, a wall that begins where the peripheral cover hook ends, and extends to a lowermost point, which is located inwardly (toward the center of the can end) and downwardly (towards the bottom of the can) from the end of the cover hook. |
| | a first portion of said wall extending from said cover hook | A first portion of the can end wall extending from the cover hook. | The upper portion of the end wall (or chuck wall) that begins where the cover hook ends. |
| | to a first point on said wall | A first point on the can end wall. | The point on the wall of the can end, which can only be determined by looking at a cross section of the end with a seaming chuck in place, where the wall bends about the juncture of the two chuck walls of the seaming chuck during seaming. |
| | said first wall portion adapted to be deformed during said seaming operation | Adapted to have its shape altered during the seaming operation. | Some treatment or conditioning, done to the first wall portion of the can end that makes the first wall portion easier to deform than the rest of the can end. |
| | so as to be bent upwardly around said juncture of said chuck walls at said first point on said wall | To be turned upwardly around the place at which the chuck walls meet and against the first chuck wall at the first point on the can end wall. | To be bent around the juncture of the two chuck walls to rotate upwardly (away from the bottom of the can). |
| | a second portion of said wall extending from said first point to a second point forming a lowermost end of said wall | A second point that marks the lowest end of the can end wall. | The portion of the wall that extends from the juncture of the seaming chuck to the specific place on the wall nearest the central panel (toward the bottom of the can). |

- 3 -

| Claim | Claim Term(s) | Crown's Construction | Rexam's Construction |
|---|---|---|---|
| 14 | annular reinforcing bead | A ring-like stiffening channel. | An outwardly concave generally "U" shaped groove (also called a countersink or anti peaking bead) that is stamped or pressed into the can end, and is located inwards from the bottom of the wall (chuck wall) when looking at a cross section of the can end, which encircles and supports the center panel of the can end. |
| | | **'875 PATENT** | |
| 32 | providing a can end having (i) a circumferentially extending peripheral cover hook, | Curved portion encircling the can end that is to be formed into a portion of a double seam (see above in '826 patent). | When looking at a cross section of the can end, the outermost portion of the can end that is curved or conforms to one or more radii, which engages a can body flange to form at least a part of a double seam, and ends where the curved or radiused portion(s) stops. |
| | comprising a seaming panel | Curved innermost portion of the peripheral cover hook (see above in '826 patent). | An upper most portion of the peripheral cover hook formed by a constant radius, that becomes part of the double seam during seaming to a can body. |
| | a circumferentially extending wall comprising first and second portion[s] | Can end wall encircling the center panel that has upper and lower parts that comprising first and second portions. | An end wall extending around the center can be identified only during and after seaming. |

-4-

| Claim | Claim Term(s) | Crown's Construction | Rexam's Construction |
|---|---|---|---|
| | said first wall portion extending from said seaming panel to a first location on said wall and comprising a radiused portion extending from said seaming panel | The first wall portion extending from the seaming panel to a first location on the can end wall and comprising a portion formed on an arc extending from the seaming panel. | The upper portion of the end wall begins where the seaming panel ends and the upper portion of the end wall has a curved portion that is different from the radius of the seaming panel (i.e., the radiused portion of the upper portion of the wall is a part of the cover hook). <br><br> The point on the wall of the can end, which can only be determined by looking at the end after seaming that is at the lowermost extent of the double seam. |
| | a second location on said wall, the second wall location being the lowermost point of said wall | The second wall location marking the lowest point of the can end wall. | The point on the wall nearest the central panel (toward the bottom of the can). |
| | wherein a straight line extending between said first and second locations on said wall is inclined between about 20° and about 60° with respect to an axial centreline of said can end | A line through the first and second locations on the can end wall inclined between about 20° and about 60° with respect to the centerline of the can. | The line through the first and second locations on the wall (chuck wall) is inclined between 20 and 60 degrees with respect to the centerline of the can. |
| | said first portion of said can end wall being pressed against said chuck first wall so that at least a portion of said first portion of said can end wall is bent upward through an angle of at least about 16° | At least part of the first portion of the can end wall is turned upwardly through an angle of at least about 16° | A portion of the upper wall (chuck wall), which is above the first location, is bent upwards, when looking at a cross section drawing, around the first location by 16 degrees (less 1 degree or plus 1 degree or more). |

RLF1-3094969-1

A18

| Claim | Claim Term(s) | Crown's Construction | Rexam's Construction |
|---|---|---|---|
| | said first location on said wall after said seaming operation forming the transition from said double seam to said second wall portion | The first location, after seaming, at which the double seam region changes to the second wall portion | The location on the end wall at the lowermost extent of the double seam. |
| 33 | The method according to claim 32, wherein said line between said first and second locations on said wall of said can end is inclined between about 30° and about 50° with respect to said axial centerline of said can end and prior to performing said seaming operation. | A line through the first and second locations inclined between about 30° and about 50° with respect to the centerline of the can. | The line through the first and second locations on the wall (chuck wall) is inclined between 30 and 50 degrees with respect to the centerline of the can. |
| 34 | The method according to claim 33, wherein during said seaming operation at least a portion of said can end wall first portion is reformed by bending upward by an angle of at least about 26° | The can end wall first portion is formed again by turning upward by an angle of at least about 26°. | A portion of the upper wall (chuck wall), which is above the first location, is bent upwards, when looking at a cross section drawing, around the first location by 26 degrees (less 1 degree or plus 1 degree or more). |
| 50 | a circumferentially extending peripheral cover hook | A curved portion encircling the can end that is to be formed into a portion of a double seam (see above in '826 patent). | When looking at a cross section of the can end, the outermost portion of the can end that is curved or conforms to one or more radii, which engages a can body flange to form at least a part of a double seam, and ends where the curved or radiused portion(s) stops. |
| | said peripheral cover hook comprising a seaming panel | A curved innermost portion of the peripheral cover hook. (see above in '826 patent). | An upper most portion of the peripheral cover hook formed by a constant radius, that becomes part of the double seam during seaming to a can body. |

- 6 -

RLF1-3094509-1

A19

| Claim | Claim Term(s) | Crown's Construction | Rexam's Construction |
|---|---|---|---|
| | an annular reinforcing bead | A ring-like stiffening channel (see above in '826 patent). | An outwardly concave generally "U" shaped groove (also called a countersink or anti peaking bead) that is stamped or pressed into the can end, and is located inwards from the bottom of the wall (chuck wall) when looking at a cross section of the can end, which encircles and supports the center panel of the can end. |
| | a circumferentially extending wall extending from said seaming panel | Can end wall encircling the center of the can end and extending from the seaming panel. | The end wall (or chuck wall) that begins where the seaming panel ends with a portion that has a different radius than the seaming panel. |
| | said wall and said reinforcing bead forming a transition therebetween | Forming a place between two things at which one changes to the other. | A radiused portion of the can end, when looking at a cross section of the end, between the vertical wall of the annular reinforcing bead (countersink) and the second portion of the wall (chuck wall). |
| | first and second circumferentially extending walls | First and second walls encircling the chuck (see above in '826 patent). | When looking at a cross section of the seaming chuck, an upper wall and a lower wall of a seaming chuck meeting at a point (juncture) on the seaming chuck where the upper wall and lower wall (also referred to the first and second walls) meet to form a distinct angle. |
| | said second chuck wall depending from said first chuck wall so as to form a juncture therebetween | The second wall encircling the chuck depending from the first wall encircling the chuck so as to form a place between them at which they meet. | |

- 7 -

RLF1-3094569-1

A20

| Claim | Claim Term(s) | Crown's Construction | Rexam's Construction |
|---|---|---|---|
| | to bend a portion of said end can end wall upwardly around said juncture of said chuck walls at a first location on said can end wall, | Turn a portion of the can end wall upwardly around the place at which the first and second chuck walls meet and against the first chuck wall at a first location on the can end wall. | The upper wall (chuck wall), which is above the first location, is bent upwards around the juncture of the upper and lower seaming chuck walls, when looking at a cross section drawing. |
| 51 | The method according to claim 50 wherein at least a portion of said can end wall bent upwardly during said seaming operation is bent upward through an angle of at least about 16° | A portion of the can end wall is turned upwardly through an angle of at least about 16°. | A portion of the upper wall (chuck wall), which is above the first location, is bent upwards, when looking at a cross section drawing, around the first location by 16 degrees (less 1 degree or plus 1 degree or more). |
| 52 | The method according to claim 50, wherein said line extending from said first location to said transition is inclined between about 30° and about 50° with respect to said axial centerline of said can end both before and after performing said seaming operation. | See above definitions for claims 32-34. | See above definitions for claims 32-34. |

- 8 -

RLF1-3104569-1

## REXAM's PATENT CLAIMS

| Claim | Claim Term(s) | Crown's Construction | Rexam's Construction |
|---|---|---|---|
| | | **'230 PATENT** | |
| 1 | means for opening a frangible panel segment of the panel wall | "Means" clause subject to 35 U.S.C. §112, ¶6. The function is opening the frangible panel. The structure for performing this function is described in the specification as the tab 42. | The frangible panel is the area of material on the central panel of the can end that is defined by a score. *Means for opening is not a limitation of the claims.* |
| 1 & 13 | hinge segment | The region of metal that undergoes bending as a result of angular displacement of the frangible panel during normal use. | The segment of metal between the first end and the second end of the primary score that stays attached to the central panel of the can end under normal opening conditions. |
| 13 | tail portion passing through the hinge segment | Going from one end to the other end. | Penetrating into. |
| 1 | passing from the frangible panel into said adjacent area of the central panel | Portion of the central panel near the hinge segment. | Area of the central panel near the frangible panel. |
| 13 | thickness residual | The thickness of frangible material remaining below the score or groove. | The amount of metal remaining after the score groove is cut. |
| 13 | said anti-fracture score having a tail portion passing through the hinge segment. | The anti-fracture score has an end portion that passes from one end to the other end of the region of metal that undergoes bending as a result of angular displacement of the frangible panel during normal use by a user. | The end portion of the second score (anti-fracture score) penetrates into the hinge segment |
| | | **'728 PATENT** | |
| 1 | hinge segment | Region of metal that undergoes bending as a result of angular displacement of the frangible panel during normal use by a user. | The segment of metal between the first end and the second end of the primary score that stays attached to the central |

- 9 -

| Claim | Claim Term(s) | Crown's Construction | Rexam's Construction |
|---|---|---|---|
| | | panel of the can end under normal opening conditions. a user (See Above). | panel of the can end under normal opening conditions. |
| | A second score groove adjacent the second end of said primary score and adjacent said hinge segment to direct fracture of metal of said hinge segment in a direction away from said second end of the score | Means clause Subject to §112, ¶6. A second score groove that is near the end of the primary score and the hinge segment that performs the function of directing the fracture of metal of the hinge segment in a direction away from the end of the primary score. The structure for performing this function described in the specification is an anti-fracture score in which the tail portion 25 has a score residual differential less than that of the remaining portions of the anti-fracture score. | Not a means plus function limitation under 35 U.S.C. §112¶. The second score is near the second end of the primary score and near the hinge segment to provide a path for a fracture of the hinge segment along the second score. |
| ? | The end member of claim 1, wherein, at least a portion of the second score groove passes through the [sic, a] hinge line generally transverse to a [sic, the] hinge line passing between the first end and the second end of the primary score groove. | ("passes through") – going from one end to the other. <br><br> ("hinge line") – The hinge segment referred to in claim 1: The region of metal that undergoes bending as a result of angular displacement of the frangible panel during normal use by a user. <br><br> ("transverse") – Extending or lying across. | ("through") – Penetrating into <br><br> ("hinge line") – A line between the first end and the second end of the primary score. |
| | | **'385/'242 PATENT** | |
| 17/11, 12 & 17 | moving said reforming roller radially into engagement with said substantially longitudinal wall | Moving the reforming roller from a radially inward position to a radially outward position with respect to the longitudinal axis. | Moving said reforming roller in such a way that said roller's distance from said radial axis changes. |

- 10 -

A23

| Claim | Claim Term(s) | Crown's Construction | Rexam's Construction |
|---|---|---|---|
| 11, 12 & 17 ('242 Patent) | reforming roller rotating along said longitudinal wall and circumferentially about an arcuate path | Reforming roller revolving around its own axis and rolling along the longitudinal wall on a circular path adjacent to the wall. | Reforming roller contacting said longitudinal wall while rotating around said radial axis. |
| 17 ('385 Patent) | reforming roller rotating along said longitudinal wall and about an arcuate path | Reforming roller revolving around its own axis and rolling along the longitudinal wall on a curved path adjacent to the wall. | Reforming roller contacting said longitudinal wall while rotating around said radial axis. |
| 17/11, 12 & 17 | affects the angle | Changes the inclination or shape. | |
| 12 ('242 Patent) | radial inward support for said container | A device imparting a force directed against the outside of the container and radially inward toward the longitudinal axis. | Support that is generally directed towards the radial axis. |
| 17 ('385 Patent) | radially inward support for said container | A device imparting a force directed against the outside of the container and radially inward toward the longitudinal axis. | Support that is generally directed towards the radial axis. |
| 17 ('242 Patent) | achieving a negative angle (A) from the longitudinal axis of said container | Orienting an upper portion of said wall outwardly in relation to the longitudinal axis when the container is upright. | Slope that generally tends to move radially outwards as it moves axially upwards. |
| 17 ('385 Patent) | substantial radial alignment with said radial inward support | The roller path having a height in the direction of the longitudinal axis, more than half of which overlaps with the height of the radial inward support. | At or almost absolute radial alignment with said radial inward support. |

- 11 -

'839 PATENT

RLF1-3074569-1

A24

| Claim | Claim Term(s) | Crown's Construction | Rexam's Construction |
|---|---|---|---|
| 1 | forcing said second taper downwardly until it is contiguous with said first taper and reforms only an upper portion of said first taper while producing an extension of said first taper | Until it touches the first gradually decreased diameter section and reforms the top but not the remainder while producing an extension of it. | Overlaps an upper portion of the first taper and extends the first taper, thereby forming a larger uninterrupted taper. |
| | [enlarged] smoothly-shaped neck profile | Sideview decreasing in diameter towards the open end with no substantial bumps, steps, or ribs. | Smooth shaped neck profile towards the top of the can.<br><br>Longer or taller section of a container side wall that smoothly reduces in diameter. |
| 2 | second arcuate segment is reformed as a part of said second taper on said first taper | Changed to become part of. | A second curved segment is changed as a result of the second taper being forced downwardly on the first taper. |
| | combine and blend | Overlap. | Combine and blend. |
| | part formed by each die element partially integrates and blends with the portion formed by the preceding die element | The portion of the necked-on profile formed by each necking die, other than the first, partially overlaps the portion formed during the preceding operation, so that no substantial bumps, steps, or ribs are present. | The portion of the neck profile formed by each die partially overlaps and is continuous with the profile formed by the preceding die. |
| 11 | through a smooth shaped portion | Through a portion having no substantial bumps, steps, or ribs and that is located between the reduced diameter cylindrical portion and the cylindrical side wall. | Through a portion that does not have steps or ribs. |

- 12 -

| Claim | Claim Term(s) | Crown's Construction | Rexam's Construction |
|-------|---------------|----------------------|----------------------|
|  | reforming only an upper part of the necked in portion including the second segment and the reduced diameter cylindrical portion to decrease the diameter and length of the reduced diameter cylindrical portion and increase the axial length of the necked in portion while further compressing the metal therein | (reforming only an upper part"). Changing the top but not the remainder.

"while further compressing") - While at the same time applying pressure to force the metal of the top but not the remainder of the decreasing diameter portion and the reduced diameter cylindrical portion inwardly. | Changing only a part of the necked in portion that is adjacent the cylindrical portion.

While further compressing. |

- 13 -

A26

_/s/ Todd C. Schiltz_
Barry M. Klayman (# 3676)
bklayman@wolfblock.com
Todd C. Schiltz (#3253)
tschiltz@wolfblock.com
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 N. Market Street, Suite 1001
Wilmington, DE 19801
302-777-0313
    _Attorneys for Crown Packaging_
    _Technology, Inc and Crown Cork &_
    _Seal USA, Inc_

OF COUNSEL:

Dale M. Heist
Chad E. Ziegler
Woodcock Washburn LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103
215-557-5966


Dated: December 15, 2006

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
    _Attorneys for Rexam Beverage_
    _Can Co_

OF COUNSEL:

George P. McAndrews
Steven J. Hampton
Gerald C. Willis
Paul W. McAndrews
McAndrews, Held & Malloy, Ltd.
500 W. Madison Street, Suite 3400
Chicago, IL 60601
312-775-8000

Dated: December 15, 2006

# Deposition of Kim Oswald

## Pages A28-A30

## CONFIDENTIAL

## REDACTED

# Shell Drawing of Rexam Standard End

## Page A31

## CONFIDENTIAL

## REDACTED



US006848875B2

(12) **United States Patent**
Brifcani et al.

(10) Patent No.: US 6,848,875 B2
(45) Date of Patent: Feb. 1, 2005

(54) CAN END AND METHOD FOR FIXING THE SAME TO A CAN BODY

(75) Inventors: Mouayed Mamdooh Brifcani, Oxfordshire (GB); Peter James Hinton, Swindon Wiltshire (GB); Mark Christopher Kysh, Wantage (GB)

(73) Assignee: Crown Cork & Seal Technologies Corporation, Alsip, IL (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 5 days.

(21) Appl. No.: 10/024,862

(22) Filed: Dec. 18, 2001

(65) Prior Publication Data
US 2003/0150366 A1 Aug. 14, 2003

Related U.S. Application Data

(63) Continuation of application No. 09/650,654, filed on Aug. 30, 2000, now abandoned, which is a continuation of application No. 09/552,668, filed on Apr. 19, 2000, now abandoned, which is a continuation of application No. 08/945,698, filed as application No. PCT/GB96/00709 on Mar. 25, 1996, now Pat. No. 6,065,634.

(30) Foreign Application Priority Data
May 24, 1995 (GB) .................... 9510515

(51) Int. Cl.[7] ...................... B21D 51/32
(52) U.S. Cl. ...................... 413/6; 413/31
(58) Field of Search ...................... 413/31, 36, 37, 413/43, 2, 4, 6, 8

(56) References Cited
U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 3,023,927 | A | 3/1962 | Ehman | 220/619 |
| 3,526,486 | A | 9/1970 | Smith et al. | 291/635 |
| 3,643,014 | A | 10/1974 | Cospen et al. | 220/623 |
| 3,967,752 | A | 7/1976 | Cudzik | 220/269 |
| 4,015,744 | A | 4/1977 | Brown | 220/269 |
| 4,024,981 | A | 5/1977 | Brown | 220/269 |
| 4,093,102 | A | 6/1978 | Kraska | 220/623 |
| 4,148,410 | A | 4/1979 | Brown | 220/269 |
| 4,150,765 | A | 4/1979 | Mitsuck | 220/269 |
| 4,210,237 | A | 7/1980 | Radtke | 220/269 |
| 4,217,843 | A | 8/1980 | Kraska | 413/12 |
| 4,216,693 | A | 7/1981 | Hasegawa | 220/269 |
| 4,286,728 | A | 9/1981 | Fraze et al. | 220/270 |
| 4,365,724 | A | 12/1982 | Walden | 220/611 |
| 4,402,421 | A | 9/1983 | Ruemer, Jr. | 220/269 |
| 4,448,322 | A | * | 5/1984 | Kraska | 220/623 |
| D279,265 | S | 6/1985 | Turner et al. | D9/438 |
| 4,559,801 | A | * | 12/1985 | Smith et al. | 72/348 |
| 4,578,007 | A | 3/1986 | Diekhoff | 413/6 |
| 4,606,472 | A | 8/1986 | Taube et al. | 220/500 |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 92 11 783.0 | 1/1993 |
| EP | 0 153 115 A3 | 8/1985 |
| EP | 0 153 115 A2 | 8/1985 |

(List continued on next page.)

OTHER PUBLICATIONS

United States Brewers Association, Inc., "Brewing Industry Recommended Can Specifications Manual," pp. 1–1, 2–L, and 3–2, Washington, DC, May 1983.
Society of Soft Drink Technologists, "Beverage Can, End, & Double Seam Dimensional Specifications," pp. 2, 1B–2 to 5, Hartfield, VA, Fourth Revision, Aug. 1993.

(List continued on next page.)

Primary Examiner—Lowell A. Larson
(74) Attorney, Agent, or Firm—Woodcock Washburn LLP

(57) ABSTRACT

A can end comprising a peripheral cover hook, a chuck wall depended from a first point on the interior of the cover hook, an outwardly concave annular reinforcing bead extending radially inwards from a second point on the interior of the chuck wall, and a central panel supported by an inner portion of the reinforcing bead, characterized in that, a line connecting the first point and the second point is inclined to an axis perpendicular to the exterior of the central panel at an angle between 30° and 60°.

62 Claims, 4 Drawing Sheets



**US 6,848,875 B2**

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D285,661 | S | 9/1986 | Brownhill .............. D9/435 |
| 4,674,649 | A | 6/1987 | Pavely ................ 220/271 |
| 4,681,238 | A | 7/1987 | Sanchez ............... 220/269 |
| 4,685,582 | A | 8/1987 | Pulciani et al. ....... 220/606 |
| 4,716,755 | A | 1/1988 | Bulso, Jr. et al. ..... 72/349 |
| 4,782,594 | A | 11/1988 | Potuznik et al. ...... 30/417 |
| 4,808,052 | A | 2/1989 | Bulso, Jr. et al. ..... 413/8 |
| 4,809,861 | A | 3/1989 | Wilkinson et al. ..... 220/623 |
| D300,608 | S | 4/1989 | Taylor et al. ......... D9/438 |
| D304,302 | S | 10/1989 | Dalli et al. .......... D9/438 |
| 4,893,725 | A | 1/1990 | Hall et al. ........... 220/269 |
| 4,930,658 | A | 6/1990 | McEldowney .......... 220/269 |
| 5,046,637 | A | * 9/1991 | Kysh ................. 220/610 |
| 5,049,019 | A | * 9/1991 | Frantz et al. ......... 413/10 |
| 5,064,087 | A | 11/1991 | Koch ................. 220/269 |
| 5,129,541 | A | 7/1992 | Voigt et al. .......... 220/269 |
| 5,143,504 | A | 9/1992 | Braakman ............. 413/6 |
| D337,521 | S | 7/1993 | McNally .............. D9/438 |
| 5,252,019 | A | 10/1993 | Saunders et al. ....... 413/67 |
| D347,172 | S | 5/1994 | Hrycoe et al. ........ D9/520 |
| 5,356,256 | A | 10/1994 | Turner et al. ......... 413/8 |
| D352,898 | S | 11/1994 | Vasher ............... D9/438 |
| 5,494,184 | A | 2/1996 | Noguchi et al. ....... 220/269 |
| 5,582,319 | A | 12/1996 | Heyes et al. ......... 220/62.22 |
| 5,839,869 | A | * 11/1998 | Morse et al. ......... 413/31 |
| D405,236 | S | 3/1999 | Brilcani et al. ....... D9/438 |
| 5,911,551 | A | 6/1999 | Moran ................ 413/31 |
| 5,957,647 | A | 9/1999 | Hinton ............... 413/4 |
| 5,971,259 | A | 10/1999 | Bacon ................ 229/5.6 |
| 6,024,239 | A | 2/2000 | Turner et al. ......... 220/269 |
| 6,065,634 | A | 5/2000 | Brilcani et al. ....... 220/619 |
| 6,089,072 | A | 7/2000 | Fields ................ 72/379.4 |

## FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| EP | 0 340 955 A1 | 11/1989 | |
| GB | 1444470 | 7/1976 | |
| GB | 2 143 202 | 2/1985 | |
| GB | 2 196 891 | 5/1988 | |
| GB | 2 218 024 | 11/1989 | |
| JP | 57-117323 | 7/1982 | |
| JP | 01167030 A | * 6/1989 .......... B65D/8/2D | |
| WO | WO 93/17864 | 9/1993 | |

## OTHER PUBLICATIONS

Beverage Can "Mini Seams" by Pete Moran published by CMB Engineering Group plc contents page, pp. 3 through 30 and figures, published mid-1980s.

"Modern Beverage Can Double Seaming" published by Continental Beverage Packaging Cover page and 2 unnumbered pages, undated.

"Aluminium canstock" The Canmaker, Jan. 1994 pp. 38 through 43.

Notice of Opposition to a European Patent 96908205.6/B28, 663 Opposed by American National Can Company (Facts and Arguments), Dec. 12, 1999, 21 pages.

Letter From Ismay Ratliff Of Crown Cork & Seal To EPO, Apr. 19, 2001, One Page, Enclosing Patentee's Observations And Amendments In Response To The Opposition, 9 pages; and Summary of Main and Auxiliary Requests, Main Request, and Auxiliary Requests 1, 2, and 3, 14 pages.

Letter From PRB Lawrence of Gill Jennings & Every To EPO, Nov. 6, 2001, Nine Pages, Beginning, "The opponent that the patentee has not responded to the detailed argumentation. . ." with three pages of graphics and with EPO Cover Page dated Nov. 15, 2001.

Letter From PRB Lawrence of Gill Jennings & Every To EPO, Nov. 27, 2001, Two Pages, beginning, "I refer to the final paragraph of page 9 of my comments of 6th Nov. and . . ." with three page attachment having graphics and with EPO Cover Page dated Dec. 5, 2001.

Letter from Ismay Ratliff of Crown Cork & Seal to EPO, Nov. 28, 2001, One Page, beginning, "I refer to the letter from the Opponent of Nov. 6, 2001".

Letter From PRB Lawrence Of Gill Jennings & Every To EPO, Dec. 11, 2001, One Page, Beginning "I not the patentee's comments of Nov. 28th".

Letter from Ismay Ratliff of Crown Cork & Seal to EPO, Jan. 18, 2002, One Page, beginning, "I refer to the communications of Nov. 15, 2001, Dec. 5, 2001, Jan. 7, 2002 .. ".

Letter from Ismay Ratliff of Crown Cork & Seal to EPO, Mar. 18, 2002, Three Pages, beginning "Further to my letter of Jan. 18, 2002, I enclose further submissions in response to the Opponent's letters of Nov. 15, Nov. 27, and Dec. 11, 2001" with 10 pages of claims including Main Request, Auxiliary Request, and Auxiliary Request 2.

Letter From PRB Lawrence Of Gill Jennings & Every To EPO, May 2, 2002, 7 Pages, Beginning, "I maintain all the objections in the original opposition and in the submission of the Nov. 6 and 27, 2001 . . ." with cover page from EPO dated May 16, 2002.

Letter from Ismay Ratliff of Crown Cork & Seal to EPO, Jul. 4, 2002, Four Pages, Beginning, "This is in response to the Opponents' further submission dated May 2, 2002.".

Summons to Attend Oral Proceedings Pursuant to Rule 71 (1) EPC, Oct. 21, 2001, 7 pages.

Letter from PRB Lawrence of Gill Jennings & Every, Jun. 24, 2002, with Affidavit of Thomas T. Tung with Attachments A thru D, Jun. 14, 2002.

Letter from PRB Lawrence of Gill Jennings & Every, Jul. 19, 2002, with Extracts of the Pechiney Annual REport 1989, 5 pages, Triangle Industries, Inc., Annual Report, 1987, 2 pages.

Final Submission by the EP patentee in the EPO opposition proceeding: European Patent Application No. 96908205.6 (now European Patent No. 0 828 663), CarnaudMetalbox, Plc, Opposition by American National Can Company, (Copy), Feb. 11, 2003, with Attachments, 38 pages

Final submissions by the EP opponent in the EPO opposition proceeding: European Patent Application No. 96908205.6–2308/0828663, CarnaudMetalbox Plc, (Copy), Feb. 18, 2003, with Attachments, Affidavit by John Davy, Statement of Facts of John Zappa, 53 pages

Letter From PRB Lawrence Of Gill Jennings & Every To EPO, Feb. 19, 2003, One Page, beginning, "There are two points supplementary to my letter of Feb. 18. ".

Letter From PRB Lawrence Of Gill Jennings & Every To EPO, Feb. 20, 2003, Two Pages, Beginning We Have Been Considering Further The Recent Assertion By The Patentee About The Alleged Non-Enabling Nature . . ..

Interlocutory Decision of the Opposition Division of the European Patent Office in Respect of the EP Patent No 0828663, (Copy), May 5, 2003, 25 pages

US 6,848,875 B2

Page 3

Grounds of Appeal against the Interlocutory Decision by the Opposition Division, (Copy), filed by EP patentee, Sep. 2, 2003, European Patent No. 0 828 663 (Formerly European Patent Application No. 96908205.6) CarnaudMetalbox Plc and CarnaudMetalbox SA Appeal against the Interlocutory Decision of the Opposition Division, May 5, 2003, with attached copies of Main Request, and Auxiliary Request 1 thru 8, 32 pages.

Grounds of Appeal against the Interlocutory Decision by the Opposition Division, (Confirmation), filed by EP opponent, Sep. 12, 2003, with attachments including graphics and English translation of JP-U57-117323 and Technical Statement of Facts of Bill Hartman in Opposition to EP 828 663, with attachments, Technical Statement by Dean Scranton, Technical Statement of Facts of Christopher Sjostrom in Opposition to EP 828 663, Technical Statement by Gary Smith for Opposition to EP 828 663, Technical Statment by Timothy L. Turner, 57 pages.

Plaintiffs' Responses and Objections to Defendants' First Set of Interrogatories; Civil Action No. 03-C-0137-S; Interrogatory No. 2; pp. 1, 9, 10, and 11. (Pp. 1 and 11 are redacted); dated Jun. 16, 2003.

Opinion of the United States District Court for the Western District of Wisconsin in Anheuser-Busch Companies, Inc. v. Crown Cork & Seal Co., Inc.; Case No. 03-C-137-S; dated Nov. 20, 2003, 35 pages.

Submission of Enclosed Office Action dated Feb. 3, 2004, that issued in U.S. Appl. No. 10/417,980 which claims priority to the instant application.

Reply Brief in the EPO Opposition Proceeding; European Patent No. 0 828 663 (Formerly European Application No. 96908205.6) CarnaudMetalbox Plc and CarnaudMetalbox SA Appeal against the Interlocutory Decision of the Opposition, Letter dated May 13, 2004, 24 pages, Letter from James P. Turner to Ismay Ratliff dated May 14, 2004, Beginning "This is further to our discussion on May 13, 2004 . . ", 1 page.

* cited by examiner

U.S. Patent          Feb. 1, 2005          Sheet 1 of 4          US 6,848,875 B2



**FIG. 1**
*PRIOR ART*

**FIG. 2**
*PRIOR ART*

**FIG. 3**
*PRIOR ART*

Crown Packaging Technology v. Rexam Beverage Can 05-608

REX000004

A35

**U.S. Patent**    Feb. 1, 2005    Sheet 2 of 4    US 6,848,875 B2



## FIG. 4



## FIG. 5

*Crown Packaging Technology v. Rexam Beverage Can 05-608*

REX000005

A36

**U.S. Patent**    Feb. 1, 2005    Sheet 3 of 4    US 6,848,875 B2



**FIG. 6**



**FIG. 7**

Crown Packaging Technology v. Rexam Beverage Can 05-608

REX000006

A37



FIG. 8

FIG. 9

REX000007

A38

US 6,848,875 B2

1

# CAN END AND METHOD FOR FIXING THE SAME TO A CAN BODY

## CROSS-REFERENCE TO RELATED APPLICATIONS

This is a continuation of U.S. patent application Ser. No. 09/650,664, filed Aug. 30, 2000 now abandoned, which is a continuation of U.S. patent application Ser. No. 09/552,668, filed Apr. 19, 2000, now abandoned, which is a continuation of U.S. patent application Ser. No. 08/945,698, filed Nov. 21, 1997, which issued May 23, 2000 as U.S. Pat. No. 6,065,634, which is the U.S. National Phase of PCT/GB96/00709, filed Mar. 25, 1996, which claims priority to UK 9510515.1, filed May 24, 1995.

This invention relates to an end wall for a container and more particularly but not exclusively to an end wall of a can body and a method for fixing the end wall to the can body by means of a double seam.

U.S. Pat. No. 4,093,102 (KRASKA) describes can ends comprising a peripheral cover hook, a chuck wall dependent from the interior of the cover hook, an outwardly concave annular re-inforcing bead extending radially inwards from the chuck wall and a central panel joined to an inner wall of the reinforcing bead by an annular outwardly convex bead. This can end is said to contain an internal pressure of 90 psi by virtue of the inclination or slope of the chuck wall, bead outer wall and bead inner wall to a line perpendicular to the centre panel. The chuck wall slope D° is between 14° and 16°, the outer wall slope E is less than 4° and the inner wall slope C° is between 10 and 16° leading into the outwardly convex bead. We have discovered that improvements in metal usage can be made by increasing the slope of the chuck wall and limiting the width of the anti peaking bead.

U.S. Pat. No. 4,217,843 (KRASKA) describes an alternative design of can end in which the countersink has inner and outer flat walls, and a bottom radius which is less than three times the metal thickness. The can end has a chuck wall extending at an angle of approximately 24° to the vertical. Conversely, the specification of our U.S. Pat. No. 5,046,637 describes a can end in which the chuck wall extends at an angle of between 12° and 20° to the vertical.

The detailed description of our U.S. Pat. No. 4,571,978 describes a method of making a can suitable for closing a can body containing a beverage such as beer or soft drinks. This can end comprises a peripheral flange or cover hook, a chuck wall dependant from the interior of the cover hook, an outwardly concave reinforcing bead extending radially inwards from the chuck wall from a thickened junction of the chuck wall with the bead, and a central panel supported by an inner portion of the reinforcing bead. Such can ends are usually formed from a prelacquered aluminum alloy such as an aluminum magnesium manganese alloy such as alloy 5182.

The specification of our U.S. Pat. No. 5,582,319 describes a can end suitable for a beverage can and formed from a laminate of aluminum/manganese alloy coated with a film of semi crystalline thermoplastic polyester. This polyester/aluminum alloy laminate permitted manufacture of a can end with a narrow, deep and therefore strong reinforcing bead in the cheaper aluminum manganese alloy.

Continuing development of a can end using less metal, whilst still permitting stacking of a filled can upon the end of another, this invention provides a can end comprising a peripheral cover hook, a chuck wall dependent from the interior of the chuck wall, an outwardly concave annular reinforcing bead extending radially inwards from the chuck

2

wall, and a central panel supported by an inner portion of the reinforcing bead, characterised in that, the chuck wall is inclined to an axis perpendicular to the exterior of the central panel at an angle between 30° and 60°, and the concave bead narrower than 1.5 mm (0.060"). Preferably, the angle of the chuck wall to the perpendicular is between 40° and 45°.

In a preferred embodiment of the can end an outer wall of the reinforcing bead is inclined to a line perpendicular to the central panel at an angle between 15° to 1150 and the height of the outer wall is up to 2.5 mm.

In one embodiment the reinforcing bead has an inner portion parallel to an outer portion joined by said concave radius.

The ratio of the diameter of the central panel to the diameter of the peripheral end is preferably 80% or less.

The can end may be made of a laminate of thermoplastic polymer film and a sheet aluminium alloy such as a laminate of a polyethylene terephthalate film on an aluminium-manganese alloy sheet or ferrous metal typically less than 0.010 (0.25 mm) thick for beverage packaging. A lining compound may be placed in the peripheral cover hook.

In a second aspect this invention provides a method of forming a double seam between a can body and a can end according to any preceding claim, said method comprising the steps of:

placing the end of the can end on a flange of a can body supported on a base plate, locating a chuck within the chuck wall of the can end to centre the can end on the can body flange, said chuck having a frustoconical drive surface of substantially equal slope to that of the chuck wall of the can end and a cylindrical surface portion extending away from the drive surface within the chuck wall, causing relative motion as between the assembly of can end and can body and a first operation seaming roll to form a first operation seam, and thereafter causing relative motion as between the first operation seam and a second operation roll to complete a double seam, during these seaming operations the chuck wall becoming bent to contact the cylindrical portion of the chuck.

Various embodiments will now be described by way of example and with reference to the accompanying drawings in which:

FIG. 1 is a diagrammatic sketch of known apparatus for forming a double seam;

FIG. 2 is an enlarged sectioned side view of a known chuck end can end before seaming;

FIG. 3 is a sectioned view of a fragment of a known double seam;

FIG. 4 is a sectioned side view of a can end according to this invention before edge curling;

FIG. 5 is a sectioned side view of the can end of FIG. 4 on a can body before forming of a double seam;

FIG. 6 is a like view of the can end and body during first operation seaming;

FIG. 7 is a like view of the can end and body during final operation seaming to create a double seam;

FIG. 8 is a fragmentary section of a chuck detail; and

FIG. 9 is a side view of the cans stacked one on the other.

In FIG. 1, apparatus for forming a double seam comprises a base plate 1, an upright 2 and a top plate 3.

A lifter 4 mounted in the base plate is movable towards and away from a chuck 5 mounted in the top plate. The top plate supports a first operation seaming roll 6 on an arm 7 for pivotable movement towards and away from the chuck. The top plate also supports a second operation seaming roll 8 on

Crown Packaging Technology v. Rexam Beverage Can 05-608

US 6,848,875 B2

3

an arm 9 for movement towards and away from the chuck after relative motion as between the first operation roll and can end on the chuck creates a first operation seam.

As shown in FIG. 1 the chuck 5 holds a can end 10 firmly on the flange 11 of a can body 12 against the support provided by the lifter plate 4. Each of the first operation roll 6 and second operation roll 7 are shown clear of chuck before the active seam forming profile of each roll is moved in turn to form the end of the can end and body flange to a double seam as shown in FIG. 3.

FIG. 2 shows on an enlarged scale the chuck 5 and can end 10. The can end comprises a peripheral curl 13, a chuck wall 14 dependent from the interior of the curl, an outwardly concave anti-peaking bead 15 extending inwards from the chuck wall to support a central panel 16. Typically the chuck wall flares outwardly from the vertical at an angle C about 12° to 15°.

The chuck 5 comprises a body 17 having a threaded bore 18 permitting attachment to the rest of the apparatus (not shown). An annular bead 19 projects from the body 17 of the chuck to define with the end face of the body a cavity to receive the central panel 16 of the can end. The fit of panel 16 in annulus 19 may be slack between panel wall and chuck.

The exterior surface of the projecting bead 19 extends upwards towards the body at a divergent angle B of about 12° to the vertical to join the exterior of the chuck body 17 which tapers off an angle A of about 4° to a vertical axis perpendicular to the central panel. The outer wall of the chuck 5 engages with the chuck wall at a low position marked "D" within the 12° shaped portion of the chuck bead 15.

As can ends are developed with narrower anti-peaking beads the chuck bead 19 becomes narrower and more likely to fracture. There is also a risk of scuffing of the can end at the drive position D which can leave unacceptable unsightly black marks after pasteurisation.

FIG. 3 shows a sectioned fragment of a typical double seam showing a desirable overlap of body hook 21 and end hook 20 between the can end 10 and can body 12.

FIG. 4 shows a can end, according to the invention, comprising a peripheral cover hook 23, a chuck wall 24 extending axially and inwardly from the interior of the peripheral cover hook, an outwardly concave reinforcing or anti-peaking bead 25 extending radially inwards from the chuck wall, and a central panel 26 supported by an inner portion panel with 27. The panel wall is substantially upright allowing for any metal spring back after pressing. The chuck wall is inclined to an axis perpendicular to the exterior of the central panel at an angle C, between 20° and 60°; preferably between 40° and 45°. Typically the cross sectional radius of the antipeaking bead is about 0.5 mm.

Preferably the anti-peaking bead 25 is parallel sided, however the outer wall may be inclined to a line perpendicular to the central panel at an angle between −15° to +15° and the height h_a of the outer wall may be up to 2.5 mm.

This can end is preferably made from a laminate of sheet metal and polymeric coating. Preferably the laminate comprises an aluminium magnesium alloy sheet such as 5182, or aluminium manganese alloy such as 3004 with a layer of polyester film on one side. A polypropylene film may be used on the "other side" if desired

Typical dimensions of the example of the invention are:

| | | |
|---|---|---|
| d5 | overall diameter (as stamped) | 65.83 mm |
| d4 | PC diameter of seaming panel radius | 61.54 mm |
| d3 | PC diameter of seaming panel/chuck wall radius | 59.51 mm |
| r_1 | seaming panel/chuck wall radius | 1.27 mm |

4

-continued

| | | |
|---|---|---|
| r_2 | seaming panel radius | 5.56 mm |
| r_3 | concave radius in antipeaking bead | -13.5 mm |
| d_1 | minimum diameter of antipeaking bead | 53.00 mm |
| d_2 | minimum diameter of antipeaking bead | 47.24 mm |
| h_1 | overall height of can end | 6.86 mm |
| h_2 | height to top of antipeaking bead | 5.55 mm |
| h_3 | panel depth | 2.29 mm |
| h_4 | outer wall height | 1.78 mm |
| e | chuck wall angle to vertical | 43° |

From these dimensions it can be calculated that the ratio of central panel diameter of 47.24 mm to overall diameter of can end 65.84 is about 0.72 to 1.

For economy the aluminium alloy is in the form of sheet metal less than 0.010" (0.25 mm). A polyester film on the metal sheet is typically 0.0005" (0.0125 mm).

Although this example shows an overall height h_1 of 6.86 mm we have also found that useful can ends may be made with an overall height as little as 6.35 mm (0.25").

FIG. 5 shows the peripheral flange 23 of can end 22 of FIG. 4 resting on the flange 11 of a can body 12 before formation of a double seam as discussed with reference to FIG. 1.

In FIG. 5 a modified chuck 30 comprises a chuck body 31 having a frustoconical drive surface 32 engaging with the chuck wall 24 of the can end 22.

The frustoconical drive surface is inclined outwardly and axially at an angle substantially equal to the angle of inclination C° of between 20° and 60°; in this particular example on chuck angle C of 43° is preferred. The drive surface 32 is a little shorter than the chuck wall 24 of the chuck body. The substantially cylindrical surface portion 33, rising above the drive surface 32, may be inclined at an angle between +4° and −4° to a longitudinal axis of the chuck. As in FIG. 2, this modified chuck 30 has a threaded aperture to permit attachment to the rest of the double seam forming apparatus (not shown).

In contrast to the chuck of FIG. 2 the modified chuck 30 is designed to drive initially on the relatively large chuck wall 32 without entering deeply into the anti-peaking bead 25. Further drive is obtained at the juncture of chuck wall 32 and cylindrical wall 35 as chuck wall of end 24 is deformed during 1st and 2nd operation seaming FIGS. 6 and 7. The chuck 30 shown in FIG. 5 has an annular bead of arcuate cross section but this bead is designed to enter the chuck wall without scratching or scuffing a coating on the can end; not to drive on the concave bead surface as shown in FIG. 2.

It will be understood that first operation seaming is formed using apparatus as described with reference to FIG 1.

FIG. 6 shows the modified can end and chuck during formation of a first operation seam shown at the left of FIG. 2 as formed by a first operation roll 34 different the lifter-folded peripheral flange of the can end and flange 11 body 12.

During relative rotation as between the can end 22 and first operation roll 34 the edge between the chuck drive wall 32 and cylindrical wall 33 exerts a pinching force between chuck 30 roll 34 to deform the chuck wall of the can end as shown.

After completion of the first operation seam the first operation roll is swung away from the first operation seam and a second operation roll 36 is swung inwards to bear upon the first operation seam supported by the chuck 30. Relative rotation as between the second operation roll 36 and first operation seam supported by a chuck wall 30 completes a double seam as shown in FIG. 7 and bring the upper portion 24 of the chuck wall 24 to lie tightly against the can body

US 6,848,875 B2

**5**

neck in a substantially upright attitude as the double seam is tightened by pinch pressure between the second operation roll 38 and chuck 30.

Can ends according to the invention were made from aluminium alloy 5182 and an aluminium alloy 3004/ polymer laminate sold by CarnaudMetalbox under the trade mark ALULITE. Each can end was fixed by a double seam to a drawn and wall ironed (DWI) can body using various chuck angles and chuck wall angle as tabulated in Table 1 which records the pressure inside a can at which the can ends failed:

**6**

It will be observed that the container pressures achieved for samples J, K, L, 4.89 bar (70.9 psig), 4.83 bar (70.0 psig) and 4.74 bar (68.7 psig) respectively were much enhanced by clamping the double seam.

In order to provide seam strength without use of a clamping ring, modified chucks were used in which the drive slope angle C° was about 43° and the cylindrical surface 33 was generally +4° and −4°. Results are shown in Table 3.

TABLE 1

| | CAN END DATA | | | PRESSURE IN BAR (PSIG) TO FAILURE FOR VARIOUS SEAMING CHUCK ANGLES B° | | | | |
|---|---|---|---|---|---|---|---|---|
| Sample Code | Material Thickness mm | Minimum Diameter D1 mm | CHUCK Wall Angle "D" | 23° | 10°/23° | 4°/23° | 23° with D. Seam Ring | 50°/23° with D. Seam Ring |
| A | ALULITE 0.23 | 52.12 (2.052") | 22.13° | 5.534 (80.10) | 5.734 (83.10) | 5.311 (76.97) | 6.015 (87.17) | 5.875 (85.14) |
| B | 5182 0.244 | 52.12 (2.052") | 22.33° | 5.599 (81.15) | 5.575 (80.70) | 5.381 (77.99) | 5.935 (86.01) | 5.203 (85.43) |
| C | 5182 0.245 | 52.12 (2.052") | 21.13° | 6.004 (87.02) | 5.910 (85.65) | 5.800 (84.09) | 6.274 (90.23) | 6.365 (92.54) |
| D | ALULITE 0.23 | 52.12 (2.044") | 21.13° | 5.334 (77.31) | 5.219 (75.70) | 5.236 (75.91) | 5.130 (81.04) | 5.404 (78.32) |
| E | 5552 0.224 | 51.92 (2.044") | 21.13° | 5.515 (80.50) | 5.514 (79.97) | 5.314 (77.60) | 5.895 (85.43) | 5.950 (85.94) |
| F | 5182 0.245 | 51.92 (2.044") | 23° | 5.839 (84.63) | 5.804 (84.12) | 5.699 (82.59) | 6250 (90.58) | 6.435 (93.26) |
| G | ALULITE 0.23 | 51.92 (2.044") | 23° | | | 5.125 (74.25) | | |
| H | 5182 0.224 | 51.92 (2.044") | 23° | | | 5.474 (79.34) | | |
| I | 5182 0.245 | 51.92 (2.044") | 23° | | | 5.698 (82.58) | | |

All pressures are unaged shells in bar (psig). 5182 is an aluminium-magnesium-manganese alloy lacquered. The "ALULITE" used is a laminate of aluminium alloy and polyester film.

The early results given in Table 1 showed that the can end shape was already useful for closing cans containing relatively low pressures. It was also observed that clamping of the double seam with the "D" seam ring resulted in improved pressure retention. Further tests were done using a chuck wall angle and chuck drive surface inclined at nearly 45°; Table 2 shows the improvement observed:

TABLE 2

| | b₂ | b₃ | | Chuck Angles B° | |
|---|---|---|---|---|---|
| Sample Code | mm (inches) | mm (inches) | b₄ mm (inches) | 43° | 43° with seam ring |
| J | 6.85 (0.270) | 2.39 (0.094) | 2.29 (0.09) | 4.69 (70.9) | 6.15 (89.1) |
| K | 7.21 (0.289) | 2.68 | 2.54 (0.10) | 4.83 (70.0) | −5.98 (86.0) |
| L | 7.37 (0.290) | 2.90 (0.114) | 2.79 (0.11) | 4.74 (68.7) | 6.44 (93.3) |

Table 2 is based on observations made on can ends made of aluminium coated with polymer film (ALULITE) to have a chuck wall length of 5.029 mm (0.198") up the 43° slope.

TABLE 3

| | | Results | | |
|---|---|---|---|---|
| SAMPLE CODE | MATERIAL | LINING COMPOUND | CHUCK ANGLES DRIVE/ WALL | PRESSURE |
| c | 0.224 5182 | with | 43° | 4.60 (66.7) |
| g | 0.23 Alulite | with | 43°/4° | 5.45 (79.0) |
| h | 0.224 5182 | with | 43°/4° | 4.46 (93.6) |
| j | 0.23 Alulite | without | 43°/4° | 5.91 (85.6) |
| k | 0.244 5182 | without | 43°/4° | 6.38 (89.6) |
| l | 0.23 Alulite | without | 43°/−4° | 5.36 (77.9) |
| m | 0.25 Alulite | without | 43°/−4° | 6.10 (89.0) |
| n | 0.23 Alulite | without | 43°/0° | 6.11 (88.5) |
| o | 0.25 Alulite | without | 43°/0° | 6.62 (95.9) |

ALL PRESSURES IN BAR (PSIG)

ALL CODES

Reform Pad Dia. 47.24 mm (1.860") (202 Dia).
6.86 mm (0.270") unit Depth b₂ 2.39 mm (0.094") Panel Depth

Table 3 shows Code "O" made from 0.25 mm Alulite to give 6.62 bar (95 psi) Pressure Test Result indicating a can end suitable for pressurised beverages. Further chucks with various land lengths (slope) were tried as shown in Table 4.

REX000010

A41

US 6,848,875 B2

7

8

cylindrical to which it is joined by a radius R, typically 0.5 mm (0.020"). Angle "X" is typically 90°.

### TABLE 4

CHUCK WALL ANGLE

| | 43°/0° 1.9 mm LAND SHARP TRANSITION | | 43°/0° 1.27 MM LAND R 0.5 MM BLEND | |
|---|---|---|---|---|
| VARIABLE-NO-D-SEAM CODE | WITH D-SEAM RING | NO. D-SEAM RING | WITH D-SEAM RING | NO D SEAM RING |
| 7 | 6.609 (97.06) | 7.017 (101.7) | 6.779 (98.26) | 7.006 (101.59) |
| 8 | 6.515 (97.57) | 6.573 (94.5) | 6.293 (91.2) | 6.236 (90.37) |
| 9 | 6.095 (88.33) | 6.30 (91.3) | 6.238 (90.4) | 6.719 (97.38) |

ALL PRESSURES IN BAR (PSIG)

CODE

7=0.25 mm Alulite, 47.24 mm (1.860") Reform Pad, 6.86 mm (0.270") $b_4$ Depth, 2.38 mm (0.094") Panel; $b_4$ depth=2.29 mm (0.09")

8=0.23 mm Alulite, 47.24 mm (1 860") Reform Pad, 7.11 mm (0.280") $b_4$ Depth, 2.64 mm (0.104") Panel; $b_4$ depth=2.54 mm (0.10")

9=0.23 mm Alulite, 47.24 mm (1.860") Reform Pad, 7.37 mm (0.290") $b_4$ Depth, 2.90 mm (0.114") Panel; $b_4$ depth=2.79 mm (0.11")

Table 4 shows results of further development to seaming chuck configuration to bring closer the pressure resistance of ring supported and unsupported double seams.

Table 4 identifies parameters for length of generally vertical cylindrical surface 33 on the seaming chuck 30, and also identifies a positional relationship between the chuck wall 24 of the end and the finished double seam. It will be understood from FIG. 7 shows that the forces generated by thermal processing or carbonated products are directed towards and resisted by the strongest portions of the completed double seam.

Table 5 shows results obtained from a typical seam chuck designed to give double seam in accordance with parameters and relationships identified in Table 4. Typically—As shown in FIG 8 the chuck comprises a cylindrical land of length 'l' typically 1.9 mm (0.075") and frustoconical drive surface 32 inclined at an angle Y°, typically 43°, to the

### TABLE 5

| | | DIMENSIONS mm | | PRESSURE | |
|---|---|---|---|---|---|
| CODE | GAUGE | $b_2$ | $b_3$ | bar | (psi) |
| 20 | .23 mm | 7.37 (.290") | 2.36 (.093") | 6.383 (92.6) |
| 21 | .23 mm | 7.37 (.290") | 2.36 (.093") | 6.402 (92.8) |
| 26 | .23 mm | 6.87 (.2705") with compened | 2.37 (.0935") | 6.244 (89.88) |
| 27 | .23 mm | 6.87 (.2705") with compened | 2.37 (.0934") | 6.071 (88.0) |
| 28 | .23 mm | 7.37 (.290") | 2.36 (.093") | 6.434 (93.0) |
| 29 | .23 mm | 7.37 (.290") | 2.84 (.112") | 6.725 (97.5) |
| 30 | .23 mm | 6.86 (.270") | 2.37 (.0935") | 6.052 (87.9) |
| 31 | .23 mm | 6.86 (.270") | 2.37 (.0935") | 6.013 (87.2) |
| 34 | .25 mm | 7.37 (.290") | 2.87 (.113") | 7.787 (112.9) |
| 36 | .25 mm | 7.32 (.288") | 2.34 (.092") | 7.293 (105.8) |
| 37 | .25 mm | 7.32 (.288") | 2.34 (.092") | 7.402 (107.3) |
| 38 | .25 mm | 6.87 (.2705") with compened | 2.41 (.095") | 7.077 (102.6) |
| 516 | .25 mm | 6.35 (.250") with compened | 2.34 (.092") | 6.937 (100.6) |

All variables made from Alulite, 10 Cans per variable.

The can ends may be economically made of thinner metal if pressure retention requirements permit because these can ends have a relatively small centre panel in a stiffer annulus.

FIG. 9 shows a can 12a, closed according to this invention, stacked upon a like can 12b shown sectioned so that stacking of the upper can on the lower can end is achieved by a stand bead 31a of the upper can fits inside the chuck wall 24 of the lower can end with the weight of the upper can resting on the double seam 34 of the lower can end.

The clearance between the bottom of the upper can body and lower can end may be used to accommodate ring pull features (not shown) in the can end or promotional matter such as an coiled straw or indicia.

Using the experimental data presented above, a computer programme was set up to estimate the resistance to deformation available to our can ends when joined to containers containing pressurised beverage. The last two entries on the table relate to a known 206 diameter beverage can end and an estimate of what we think the KRASKA patent teaches

### TABLE 6

| END SIZE Bead OD:ID | OVERALL DIA mm | PANEL DIA $d_1$ mm | RATIO OVERALL DIA: PANEL DIA | CHUCK WALL ANGLE °C. | CHUCK WALL LENGTH L. | RE-ENFORCING RAD $r_1$ | INNER WALL HEIGHT $h_3$ | OUTER WALL HEIGHT $h_4$ | PREDICTED CUT EDGE Ø (*DENOTES ACTUAL) | ACTUAL THICKNESS TO CONTAIN PSI |
|---|---|---|---|---|---|---|---|---|---|---|
| 206-204 | 64.39 (2.535") | 49.49 (1.9485") | 1.3010 | 33.07" | 4.22 (0.166") | 0.52 (0.204") | 2.34 (0.092") | 1.78 (0.070") | 75.230 (2.9618") | 0.255 |
| 206-202 | 64.39 (2.535") | 47.33 (1.8634") | 1.3604 | 42.49" | 4.95 (0.195") | 0.52 (0.0204") | 2.34 (0.092") | 1.78 (0.070") | 74.272 (2.9241")* | 0.255 |
| 206-200 | 64.39 (2.535") | 45.07 (1.7744") | 1.4287 | 50.053" | 5 82 (0.229") | 0.52 (0.0204") | 2.34 (0.092") | 1.78 (0.070") | 53.15 (2.0921") | 0.255 |
| 204-202 | 62.18 (2.448") | 47.33 (1.8634") | 1.3137 | 29.78" | 3.96 (0.156") | 0.52 (0.0204") | 2.34 (0.092") | 1.78 (0.070") | 73.767 (2.9042") | 0.24 |

US 6,848,875 B2

|    9    |    10    |
|---------|---------|

TABLE 6-continued

| END SIZE Bead CODID | OVERALL DIA mm | PANEL DIA d₁ mm | RATIO OVERALL DIA/ PANEL DIA | CHUCK WALL ANGLE ° C | CHUCK WALL LENGTH L mm | RE-INFORCING RAD mm | INNER WALL HEIGHT h₂ mm | OUTER WALL HEIGHT h₃ mm | PREDICTED CUT EDGE ∅ (*DENOTES ACTUAL) | ACTUAL THICK-NESS TO CONTAIN PSI |
|---|---|---|---|---|---|---|---|---|---|---|
| 204-200 | 52.03 (2.448") | 45.07 (1.7744") | 1.1726 | 60.785" | 4.70 (0.185") | 0.52 (0.0204") | 2.34 (0.092") | 1.78 (0.070") | 72.911 (2.8705") | 0.24 |
| 202-200 | 71.98 (2.834") | 45.07 (1.7744") | 1.577 | 30.285" | 4.29 (0.169") | 0.52 (0.0204") | 2.34 (0.092") | 1.78 (0.070") | 71.984 (2.834") | 0.225 |
| 206 end | 64.60 (2.547") | 51.92 (2.044") | 1.2461 | 15.488" | 4.37 (0.172") | 0.56 (0.022") | 2.03 (0.080") | — | 76.454 (1.010")* | 0.28 |
| KRASKA ESTIMATE (cf 2.535") | 64.39 (2.535") | — | — | 15" | 2.54 (0.100") | 0.81 (0.032") | 3.65 (0.144") | 2.29 (0.090") | 76.010 (2.074") | 0.292 (0.0115") |

All experiments modelled on a neutral aluminium alloy of yield strength 310 mpa 0.26 mm thick. The standard was also 310 mpa BUT 0.275 mm thick.

What is claimed is:

1. A method of forming a double seam between a can body and a can end, said method comprising the steps of:

a) providing a can end having a circumferentially extending peripheral curl and a wall extending circumferentially and radially inward from said curl and an annular reinforcing bead extending radially inward from said wall, said reinforcing bead having an interior surface, said peripheral curl comprising a seaming panel and a radiused portion extending from said seaming panel to said wall, said wall inclined between about 20° and about 60° with respect to an axial centerline of said can end;

b) placing said curl of said can end into contact with a circumferentially extending flange of a can body;

c) providing a rotatable chuck having first and second circumferentially extending walls, said first and second walls forming a juncture therebetween; bringing said chuck into engagement with said can end so that said juncture of said first and second walls of said chuck contacts said inclined wall of said can end;

d) rotating said chuck;

e) performing a first seaming operation by placing a first seaming roll into contact with said can end curl while rotating said can end so as to partially deform said curl and said can body flange into a partial seam, said rotation of said can end during said first seaming operation driven by said rotating chuck through driving contact between said juncture of said first and second walls of said chuck and said inclined wall of said can end without driving contact between said chuck and said can end bead interior surface;

f) performing a second seaming operation by placing a second seaming roll into contact with said partially deformed can end curl so as to further deform said curl and said can body flange so as to further form said seam

2. The method according to claim 1, wherein said first and second seaming operations reform said can end inclined wall by bending a first portion of said inclined wall upward by an angle of at least about 16°.

3. The method according to claim 1, wherein as a result of said first and second seaming operations said can end inclined wall is reformed so that a first portion of said wall is oriented substantially cylindrically.

4. The method according to claim 1, wherein prior to performing said first seaming operation said wall of said can end is inclined between about 30° and about 50° with respect to said axial centerline of said can end.

5. The method according to claim 4, wherein as a result of said first and second seaming operations said can end inclined wall is reformed so that a first portion of said inclined wall is oriented substantially cylindrically.

6. The method according to claim 4, wherein said first and second seaming operations reform said can end inclined wall by bending a first portion of said inclined wall upward by an angle of at least about 26°.

7. The method according to claim 1, wherein prior to performing said first seaming operation said wall of said can end is inclined between about 40° and about 45° with respect to an axial centerline of said can end.

8. The method according to claim 7, wherein as a result of said first and second seaming operations said can end inclined wall is reformed so that a first portion of said wall is oriented substantially cylindrically.

9. The method according to claim 7, wherein said first and second seaming operations reform said can end inclined wall by bending a first portion of said inclined wall upward by an angle of at least about 36°.

10. The method according to claim 1, wherein said first circumferentially extending wall of said chuck is oriented so as to be substantially cylindrical.

11. The method according to claim 10, wherein said second cylindrical first wall of said chuck is oriented so as to be inclined with respect to an axial centerline of said chuck by no more than about 4°.

12. The method according to claim 1, wherein the distance from the lowermost point on said annular bead to the uppermost point on said curl defines a height of said can end, and wherein as a result of said first and second seaming operations said can end inclined wall is reformed so that a first portion of said wall is bent upwardly so as to substantially increase said height of said can end.

13. The method according to claim 12, wherein said chuck second wall is inclined with respect to an axial centerline of said chuck that substantially matches said inclination of said can end wall, and wherein said rotation of said can end during said first seaming operation is aided by driving contact between said second wall of said chuck and said inclined wall of said can end.

14. A method of forming a double seam between a can body and a can end intended for use in packaging a carbonated beverage, said method comprising the steps of:

a) providing a can end having (i) a circumferentially extending peripheral cover hook, said peripheral cover hook comprising a seaming panel to be formed into a portion of said double seam during a seaming operation, (ii) an annular reinforcing bead, and (iii) a circumferentially extending wall extending from said

US 6,848,875 B2

11                                                              12

seaming panel to said reinforcing bead, said wall comprising first and second wall portions, said first wall portion to be formed into another portion of said double seam during said seaming operation, said first wall portion extending from said seaming panel to a first location on said wall and comprising a radiused portion extending from said seaming panel, said second wall portion extending from said first wall portion at said first wall location to a second location on said wall that forms a transition with said reinforcing bead, whereby said first and second locations form end points of said second wall portion, and wherein a straight line extending between said first and second locations on said wall is inclined between about 20° and about 60° with respect to an axial centerline of said can end;

b) placing said cover hook of said can end into contact with a circumferentially extending flange of a can body;

c) providing a rotatable chuck comprising a first circumferentially extending wall, said chuck first wall being substantially cylindrical;

d) bringing said chuck into engagement with said can end; and

e) performing said seaming operation by placing one or more seaming rolls into contact with said peripheral cover hook of said can end while said can end rotates so as to deform said seaming panel of said cover hook and said first wall portion and said can body flange into said double seam, said seaming operation deforming said first wall portion after seaming is substantially cylindrical, said first location on said wall after said seaming operation forming the transition from said substantially cylindrical wall portion to said second wall portion, said line between said first and second locations on said wall remaining inclined between about 20° and about 60° with respect to said axial centerline after completion of said seaming operation.

15. The method according to claim 14, wherein during said seaming operation at least a portion of said can end wall first portion is reformed by bending upward by an angle of at least about 16°.

16. The method according to claim 14, wherein said line between said first and second locations on said wall of said can end is inclined between about 30° and about 50° with respect to an axial centerline of said can and prior to performing said seaming operation.

17. The method according to claim 16, wherein said seaming operation at least a portion of said can end wall first portion is reformed by bending upward by an angle of at least about 26°.

18. The method according to claim 14, wherein said line between said first and second locations on said wall of said can end is inclined between about 40° and about 45° with respect to an axial centerline of said can end.

19. The method according to claim 18, wherein during said seaming operation at least a portion of said can end wall first portion is reformed by bending upward by an angle of at least about 36°.

20. The method according to claim 14, wherein said substantially cylindrical first wall of said chuck is oriented so as to be inclined with respect to an axial centerline of said chuck by no more than about 4°.

21. The method according to claim 14, wherein the distance from the lowermost point on said annular bead to the uppermost point on said cover hook defines a height of said can end, and wherein as a result of said seaming

operation at least a portion of said can end first wall portion is bent upwardly into said substantially cylindrical orientation so as to substantially increase said height of said can end.

22. The method according to claim 14, wherein

f) said annular bead has an interior surface thereof;

g) said chuck further comprises a second wall, said first and second walls of said chuck form a juncture therebetween;

h) said seaming operation comprises (i) performing a first seaming operation by placing a first seaming roll into contact with said can end cover hook while said can end is rotated so as to partially deform said cover hook and said first wall portion and said can body flange into a partial seam, and (ii) performing a second seaming operation by placing a second seaming roll into contact with said partially deformed can end cover hook so as to further deform said cover hook and said first wall portion and said can body flange so as to further form said seam;

i) said rotation of said can end during said first seaming operation is accomplished by imparting driving contact between said juncture of said first and second walls of said chuck and said wall of said can end but without imparting driving contact between said chuck and said can end bead interior surface.

23. The method according to claim 14, further comprising the step of filling the can body with a carbonated beverage prior to performing said seaming operation.

24. The method according to claim 14, wherein said chuck further comprises a second chuck wall depending from said substantially cylindrical first chuck wall, said second chuck wall not being substantially cylindrical whereby said first and second chuck walls form a juncture therebetween, and wherein the step of bringing said chuck into engagement with said can end comprises bringing said chuck wall juncture into engagement with said can end wall proximate said first location on said can end wall.

25. The method according to claim 24, wherein the step of performing said seaming operation further comprises bending said first wall portion of said can end upwardly around said chuck wall juncture so as to permanently deform said first wall portion.

26. The method according to claim 14, wherein said wall of said can end is substantially frustoconical prior to performing said seaming operation.

27. The method according to claim 14, wherein said first and second portions of said wall of said can end lie along a substantially straight line prior to performing said seaming operation.

28. The method according to claim 14, wherein said line between the first and second locations on said second wall remains inclined between about 30° and about 50° after seaming.

29. The method according to claim 14, wherein said line between the first and second locations on said second wall remains inclined between about 40° and about 45° after seaming.

30. The method according to claim 14, wherein, in said step c) of performing the seaming operation, rotation of said can end is achieved without imparting driving contact between said chuck and a bottom interior surface of said reinforcing bead.

31. The method according to claim 14, wherein said chuck further comprises a second chuck wall depending from said substantially cylindrical first chuck wall, said second chuck wall being substantially frustoconical

REX000013

A44

US 6,848,875 B2

13

32. A method of forming a double seam between a can body and a can end intended for use in packaging a carbonated beverage, said method comprising the steps of:

a) providing a can end having (i) a circumferentially extending peripheral cover hook, said peripheral cover hook comprising a seaming panel to be formed into a portion of said double seam during a seaming operation and (ii) a circumferentially extending wall comprising first and second portion, said first wall portion to be formed into another portion of said double seam during said seaming operation, said first wall portion extending from said seaming panel to a first location on said wall and comprising a radiused portion extending from said seaming panel, said second wall portion extending from said first wall portion at said first wall location on said wall to a second location on said wall, whereby said first and second locations form end points of said second wall portion, said second wall location being the lowermost point of said wall, and wherein a straight line extending between said first and second locations on said wall is inclined between about 20° and about 60° with respect to an axial centerline of said can end;

b) placing said cover hook of said can end into contact with a circumferentially extending flange of a can body;

c) providing a rotatable chuck comprising a first circumferentially extending wall, said first chuck wall being substantially cylindrical;

d) bringing said chuck into engagement with said can end; and

e) performing said seaming operation by placing one or more seaming rolls into contact with said peripheral cover hook of said can end so as to deform said seaming panel of said cover hook and said first wall portion and said can body flange into said double seam, said first portion of said can end wall being pressed against said chuck first wall so that at least a portion of said first portion of said can end wall is bent upward through an angle of at least about 16°, said first location on said wall after said seaming operation forming the transition from said double seam to said second wall portion, said line between said first and second locations remaining inclined between about 20° and about 60° with respect to said axial centerline.

33. The method according to claim 32, wherein said line between said first and second locations on said wall of said can end is inclined between about 30° and about 50° with respect to said axial centerline of said can end prior to performing said seaming operation.

34. The method according to claim 33, wherein during said seaming operation at least a portion of said can end wall first portion is reformed by bending upward by an angle of at least about 26°.

35. The method according to claim 33, wherein said line between the first and second locations on said second wall portion remains inclined between about 30° and about 50° after seaming.

36. The method according to claim 32, wherein said line between said first and second locations on said wall of said can end is inclined between about 40° and about 45° with respect to said axial centerline of said can end prior to performing said seaming operation.

37. The method according to claim 36, wherein during said seaming operation at least a portion of said can end wall first portion is reformed by bending upward by an angle of at least about 36°.

14

38. The method according to claim 36, wherein said line between the first and second locations on said second wall portion remains inclined between about 40° and about 45° after seaming.

39. The method according to claim 32, wherein the can end further comprises a reinforcing bead extending radially inward from said second portion of said wall at said second wall location, the distance from a lowermost point on said annular bead to the uppermost point on said cover hook defines a height of said can end, and wherein said upward bending of said first portion of can end wall during said seaming operation substantially increases said height of said can end.

40. The method according to claim 32, wherein

f) said can end comprises an annular reinforcing bead extending radially inward from said wall, said annular bead having an interior surface thereof;

g) said chuck further comprises a second wall, said first and second walls of said chuck form a juncture therebetween;

h) said seaming operation comprises (i) performing a first seaming operation by placing a first seaming roll into contact with said can end peripheral cover hook while said can end is rotated so as to partially deform said cover hook and said first wall portion and said can body flange into a partial seam, and (ii) performing a second seaming operation by placing a second seaming roll into contact with said partially deformed can and cover hook so as to further deform said cover hook and said first wall portion and said can body flange so as to further form said seam;

i) said rotation of said can end during said first seaming operation is accomplished by imparting driving contact between said juncture of said first and second walls of said chuck and said wall of said can end but without imparting driving contact between said chuck and said can end bead interior surface.

41. The method according to claim 32, further comprising the step of filling the can body with a carbonated beverage prior to performing said seaming operation.

42. The method according to claim 32, wherein said chuck further comprises a second chuck wall depending from said substantially cylindrical first chuck wall, said second chuck wall not being substantially cylindrical whereby said first and second chuck walls form a juncture therebetween, and wherein the step of bringing said chuck into engagement with said can end comprises bringing said chuck wall juncture into engagement with said can end wall proximate said second location on said can end wall.

43. The method according to claim 42, wherein said bending of said first wall portion during said seaming operation comprises bending said first wall portion upwardly around said chuck wall juncture.

44. The method according to claim 42, wherein said end includes an annular reinforcing bead extending from said second wall portion and, in said step c) of performing the seaming operation, rotation of said can end is achieved without imparting driving contact between said chuck and a bottom interior surface of said reinforcing bead.

45. The method according to claim 32, wherein the can end includes a reinforcing bead extending radially inward from said lowermost point of said second portion of the wall.

46. The method according to claim 32, wherein said wall of said can end is substantially frustoconical prior to performing said seaming operation.

47. The method according to claim 32, wherein said first and second portions of said wall of said can end lie along a substantially straight line prior to performing said seaming operation.

REX000014

A45

US 6,848,875 B2

15

48. The method according to claim 32, wherein after said seaming operation said first and second portions of said can end wall intersect at an obtuse angle.

49. The method according to claim 32, wherein said chuck further comprises a second chuck wall depending from said substantially cylindrical first chuck wall, said second chuck wall being substantially frustoconical.

50. A method of forming a double seam between a can body and a can end intended for use in packaging a carbonated beverage, said method comprising the steps of:

a) providing a can end having (i) a circumferentially extending peripheral cover hook, said peripheral cover hook comprising a seaming panel to be formed into a portion of said double seam during a seaming operation, (ii) an annular reinforcing bead, and (iii) a circumferentially extending wall extending from said seaming panel to said reinforcing bead, said wall and said reinforcing bead forming a transition therebetween;

b) placing said cover hook of said can end into contact with a circumferentially extending flange of a can body;

c) providing a rotatable chuck comprising first and second circumferentially extending walls, said second chuck wall depending from said first chuck wall so as to form a juncture therebetween;

d) bringing said chuck into engagement with said can end; and

e) performing said seaming operation by placing one or more seaming rolls into contact with said peripheral cover hook of said can end and while said can end rotates so as to deform said seaming panel of said cover hook and to bend a portion of said can end wall upwardly around said juncture of said chuck walls at a first location on said can end wall, a straight line extending from said first location on said can end wall to said transition between said can end wall and said reinforcing bead inclined between about 20° and about 60° with respect to said axial centerline both before and after said seaming operation.

51. The method according to claim 50 wherein at least a portion of said portion of said can end wall bent upwardly during said seaming operation is bent upward through an angle of at least about 16°.

52. The method according to claim 50, wherein said line extending from said first location to said transition is inclined between about 30° and about 50° with respect to said axial centerline of said can end both before and after performing said seaming operation.

53. The method according to claim 52, wherein at least a portion of said portion of said can end wall bent upwardly

16

during said seaming operation is bent upward through an angle of at least about 26°.

54. The method according to claim 50, wherein said line extending from said first location to said transition is inclined between about 40° and about 45° with respect to said axial centerline of said can end both before and after performing said seaming operation.

55. The method according to claim 54, wherein at least a portion of said portion of said can end wall bent upwardly during said seaming operation is bent upward through an angle of at least about 36°.

56. The method according to claim 50, wherein at least a portion of said portion of said can end wall bent upwardly during said seaming operation is bent upward into a substantially cylindrical configuration.

57. The method according to claim 50, wherein said wall of said can end is substantially frustoconical prior to performing said seaming operation.

58. The method according to claim 50, wherein said first wall of said chuck is oriented so as to be inclined with respect to an axial centerline of said chuck by no more than about 4°.

59. The method according to claim 50, wherein said first wall of said chuck is substantially cylindrical.

60. The method according to claim 59, wherein said said second chuck wall being substantially frustoconical.

61. The method according to claim 50, wherein the distance from a lowermost point on said annular bead to the uppermost point on said cover hook defines a height of said can end, and said seaming operation increases said height of said can end.

62. The method according to claim 50, wherein

f) said annular bead has an interior surface thereof;

g) said seaming operation comprises (i) performing a first seaming operation by placing a first seaming roll into contact with said can end curl while said can end is rotated so as to partially deform said cover hook and a first portion of said can end wall and said can body flange into a partial seam, and (ii) performing a second seaming operation by placing a second seaming roll into contact with said partially deformed can end cover hook so as to further deform said cover hook and said can end wall first portion and said can body flange so as to further form said seam;

h) said rotation of said can end during said first seaming operation is accomplished without imparting driving contact between said chuck and said can end bead interior surface

* * * * *

REX000015

A46

US006935826B2

(12) **United States Patent**
Brifcani et al.

(10) Patent No.: US 6,935,826 B2
(45) Date of Patent: Aug. 30, 2005

(54) CAN END AND METHOD FOR FIXING THE SAME TO A CAN BODY

(75) Inventors: Mouayed Mamdooh Brifcani, Oxfordshire (GB); Peter James Hinton, Swindon (GB); Mark Christopher Kysh, Wantage (GB)

(73) Assignee: Crown Cork & Seal Technologies Corporation, Alsip, IL (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: 10/417,980

(22) Filed: Apr. 17, 2003

(65) Prior Publication Data
US 2003/0202862 A1 Oct. 30, 2003

**Related U.S. Application Data**

(63) Continuation of application No. 10/024,862, filed on Dec. 18, 2001, now Pat. No. 6,848,875, which is a continuation of application No. 09/650,664, filed on Aug. 30, 2000, now abandoned, which is a continuation of application No. 09/152,668, filed on Apr. 19, 2000, now abandoned, which is a continuation of application No. 08/945,678, filed as application No. PCT/GB96/00709 on Mar. 25, 1996, now Pat. No. 6,065,634.

(30) **Foreign Application Priority Data**
May 24, 1995 (GB) .................... 9510515

(51) Int. Cl.[7] ............... B21D 51/32; B21D 51/44

(52) U.S. Cl. .............. 413/31; 220/619; 220/620; 220/623; 220/906

(58) Field of Search .................... 413/2, 4, 8, 31, 413/27, 36, 37, 43; 220/268, 269, 270, 619, 620, 623, 621, 617, 62.22, 62.12, 906

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 3,703,927 A | 3/1962 | Ehmru | 220/619 |
| 3,525,486 A * | 9/1970 | Smith et al. | 428/626 |
| 3,843,014 A * | 10/1974 | Cospen et al. | 220/623 |

(Continued)

FOREIGN PATENT DOCUMENTS

| DE | G 92 11 788.0 | 1/1993 |
| EP | 0 153 115 A3 | 8/1985 |
| EP | 0 153 115 A2 | 8/1985 |
| EP | 0 340 955 A1 | 11/1989 |
| GB | 1444470 | 7/1976 |
| GB | 2 143 202 | 2/1985 |
| GB | 2 196 891 | 5/1988 |
| GB | 2 218 024 | 11/1989 |
| JP | 57-117323 | 7/1982 |
| JP | 63-125152 | 5/1988 |
| JP | 01 1 167 050 | 6/1989 |
| JP | 03-032035 | 2/1991 |
| JP | 03-043349 | 2/1991 |
| WO | WO 93/17864 | 9/1993 |

OTHER PUBLICATIONS

Translation copy of Japanese Utility Model Application No 57-117323.*

(Continued)

Primary Examiner—Lowell A. Larson
Assistant Examiner—Jimmy T Nguyen
(74) Attorney, Agent, or Firm—Woodcock Washburn LLP

(57) **ABSTRACT**

A can end includes a peripheral cover hook a chuck wall dependent from the interior of the cover hook, an outwardly concave annular reinforcing bead extending radially inwards from the chuck wall, and a central panel supported by an inner portion of the reinforcing bead, characterized in that, the chuck wall is inclined to an axis perpendicular to the exterior of the central panel at an angle between 20° and 60°, and the concave cross-sectional radius of the reinforcing bead is less than 0.75 mm.

14 Claims, 4 Drawing Sheets



## US 6,935,826 B2
### Page 2

**U.S. PATENT DOCUMENTS**

| | | | | |
|---|---|---|---|---|
| 3,967,752 A | 7/1976 | Cudzik | | 220/269 |
| 4,015,744 A | 4/1977 | Brown | | 220/269 |
| 4,024,981 A | 5/1977 | Brown | | 220/269 |
| 4,029,102 A | 6/1978 | Kraske | | 220/623 |
| 4,148,410 A | 4/1979 | Brown | | 220/269 |
| 4,150,765 A | 4/1979 | Menzek | | 220/269 |
| 4,210,257 A | 7/1980 | Radtke | | 220/269 |
| 4,217,843 A | 8/1980 | Kraska | | 413/12 |
| 4,276,993 A | 7/1981 | Hasegawa | | 220/269 |
| 4,286,728 A | 9/1981 | Franz et al. | | 220/270 |
| 4,365,724 A | 12/1982 | Weldon | | 220/611 |
| 4,402,421 A | 9/1983 | Roemer, Jr. | | 220/269 |
| 4,448,322 A | 5/1984 | Kraska | | 220/623 |
| D279,265 S | 6/1985 | Turner et al. | | D9/438 |
| 4,559,801 A | 12/1985 | Smith et al. | | 72/348 |
| 4,578,007 A | 3/1986 | Diekhoff | | 413/6 |
| 4,606,472 A | 8/1986 | Taube et al. | | 220/500 |
| D285,661 S | 9/1986 | Brownbill | | D9/435 |
| 4,674,649 A | 6/1987 | Pavely | | 220/271 |
| 4,681,238 A | 7/1987 | Sanchez | | 220/260 |
| 4,685,582 A | 8/1987 | Pulciani et al. | | 220/606 |
| 4,716,755 A | 1/1988 | Bulso, Jr. et al. | | 72/349 |
| 4,782,594 A | 11/1988 | Porucznik et al. | | 30/417 |
| 4,808,052 A | 2/1989 | Bulso, Jr. et al. | | 413/8 |
| 4,809,861 A | 3/1989 | Wilkinson et al. | | 220/623 |
| D300,608 S | 4/1989 | Fayther et al. | | D9/438 |
| D304,302 S | 10/1989 | Dalil et al. | | D9/438 |
| 4,893,725 A | 1/1990 | Dalli et al. | | 220/269 |
| 4,930,658 A | 6/1990 | McEldowney | | 220/269 |
| 5,046,637 A * | 9/1991 | Kysh | | 220/610 |
| 5,049,019 A | 9/1991 | Franek et al. | | 413/19 |
| 5,064,087 A | 11/1991 | Koch | | 220/269 |
| 5,129,541 A | 7/1992 | Voigt et al. | | 220/269 |
| 5,143,504 A | 9/1992 | Braskamp | | 413/6 |
| D337,521 S | 7/1993 | McNeily | | D9/438 |
| 5,252,010 A | 10/1993 | Sanabria et al. | | 413/67 |
| D347,172 S | 5/1994 | Haynes et al. | | D9/520 |
| 5,356,256 A | 10/1994 | Turner et al. | | 413/8 |
| D352,898 S | 11/1994 | Vacher | | D9/438 |
| 5,494,184 A | 2/1996 | Nogashi et al. | | 220/269 |
| 5,582,319 A * | 12/1996 | Heyes et al. | | 220/62.22 |
| 5,839,869 A | 11/1998 | Morea et al. | | 413/31 |
| D405,236 S | 3/1999 | Driliesal et al. | | D9/438 |
| 5,911,551 A * | 6/1999 | Morea | | 413/31 |
| 5,957,647 A | 9/1999 | Hinton | | 413/4 |
| 5,971,259 A | 10/1999 | Bacon | | 229/5.6 |
| 6,024,239 A | 2/2000 | Turner et al. | | 220/269 |
| 6,065,634 A | 5/2000 | Brifcall et al. | | 220/619 |
| 6,089,072 A | 7/2000 | Fields | | 72/379.4 |

**OTHER PUBLICATIONS**

Decision of United States Court of Appeals for the Federal Circuit, Anheuser–Busch Companies, Inc., Metal Container Corporation, and Anheuser v. Crown Cork & Seal Technologies Corporation and Crown Cork & Seal Co. (USA), Inc., 04–1185,1188; Dec. 23, 2004, pp. 1–13.

United States Brewers Association, Inc., "Brewing Industry Recommended Can Specifications Manual," pp. 1–1, 2–1, and 3–2, Washington, DC, May 1983.

Society of Soft Drink Technologists, "Beverage Can, End, & Double Seam Dimensional Specifications," pp. 2, 1B–2 to 5, Hartfield, VA, Fourth Revision, Aug. 1993.

Beverage Can "Mini Seams" by Pete Moran published by CMB Engineering Group plc contents page, pp. 3 through 30 and figures, published mid–1980s.

"Modin Beverage Can Double Seaming" published by Continental Beverage Packaging Cover page and 2 unnumbered pages , undated.

"Aluminium canstock" The Canmaker, Jan. 1994 pp. 38 through 43.

Notice of Opposition to a European Patent 96908205.6/828, 663 Opposed by American National Can Company (Facts and Arguments), Dec. 12, 1999, 21 pages.

Letter From Ismay Ratliff Of Crown Cork & Seal To EPO, Apr. 19, 2001, One Page, Enclosing Patentee's Observations And Amendments In Response To The Opposition, 9 pages, and Summary of Main and Auxiliary Requests, Main Request, and Auxiliary Requests 1,2, and 3, 14 pages.

Letter From PRB Lawrence Of Gill Jennings & Every To EPO, Nov. 6, 2001, Nine Pages, Beginning, "The opponent notes that the patentee has not responded in the detailed argumentation . . . " with three pages of graphics and with EPO Cover Page dated Nov. 15, 2001.

Letter From PRB Lawrence Of Gill Jennings & Every To EPO, Nov. 27, 2001, Two Pages, beginning, "I refer to the final paragraph of p. 9 of my comments of 6th November and . . . " with three page attachment having graphics and with EPO Cover Page dated Dec. 5, 2001.

Letter from Ismay Ratliff of Crown Cork & Seal to EPO, Nov. 28, 2001, One Page, beginning, "I refer to the letter from the Opponent of Nov. 6, 2001".

Letter From PRB Lawrence Of Gill Jennings & Every To EPO, Dec. 11, 2001, One Page, Beginning "I not the patentee's comments of 28th Nov.".

Letter from Ismay Ratliff of Crown Cork & Seal to EPO, Jan. 18, 2002, One Page, Beginning, "I refer to the communications of Nov. 15, 2001, Dec. 5, 2001, Jan. 7, 2002 . . .".

Letter from Ismay Ratliff of Crown Cork & Seal to EPO, Mar. 18, 2002, Three Pages, beginning "Further to my letter of Jan. 18, 2002, I enclose further submissions in response to the Opponent's letters of 15th Nov., 27th Nov., and Dec. 11, 2001" with 10 pages of claims including Main Request, Auxiliary Request 1, and Auxiliary Request 2.

Letter From PRB Lawrence Of Gill Jennings & Every To EPO, May 2, 2002, 7 Pages, Beginning, "I maintain all the objections in the original opposition and in the submission of the and Nov. 6–27, 2001 . . . " with cover page from EPO dated May 16, 2002.

Letter from Ismay Ratliff of Crown Cork & Seal to EPO, Jul. 4, 2002, Four Pages, Beginning, "This is in response to the Opponents' further submissions dated 2nd May 2002."

Summons to Attend Oral Proceedings Pursuant to Rule 71(1) EPC, Oct. 21, 2002, 7 pages.

Letter from PRB Lawrence of Gill Jennings & Every, Jun. 24, 2002, with Affidavit of Thomas T. Tung with Attachments A thru D, Jun. 14, 2002.

Letter from PRB Lawrence of Gill Jennings & Every, Jul. 19, 2002, with Extracts of the Pechiney Annual Report 1989, 5 pages, Triangle Industries, Inc., Annual Report, 1987, 2 pages.

Final submission by the EP patentee in the EPO opposition proceeding: European Patent Application No. 96908205 6 (now European Patent No. 0 828 663), CarnaudMetalbox Plc, Opposition by American National Can Company, (Copy), Feb. 11, 2003, with Attachments, 38 pages.

**US 6,935,826 B2**

Page 3

Final submissions by the EP opponent in the EPO opposition proceedings: European Patent Application No. 96908205.6-2308/0828663, CarnaudMetalbox Plc, (Copy), Feb. 18, 2003, with Attachments, Affidavit by John Davy, Statement of Facts of John Zappa, 53 pages.

Letter From FRB Lawrence Of Gill Jennings & Every To EPO, Feb. 19, 2003, One Page, beginning, "There are two points supplementary to my letter of 18 Feb . . .".

Letter From FRB Lawrence Of Gill Jennings & Every To EPO, Feb. 20, 2003, Two Pages, Beginning We Have Been Considering Further The Recent Assertion By The Patentee About The Alleged Non-Enabling Nature . . . .

Interlocutory Decision of the Opposition Division of the European Patent Office in Respect of the EP Patent No. 0828663, (Copy), May 5, 2003, 25 pages.

Grounds of Appeal against the Interlocutory Decision by the Opposition Division, (Copy), filed by EP patentee, Sep. 2, 2003, European Patent No. 0 828 663 (Formerly European Patent Application No. 96908205.6) CarnaudMetalbox Plc and CarnaudMetalbox SA Appeal against the Interlocutory Decision of the Opposition Division, May 5, 2003, with attached copies of Main Request, and Auxiliary Request 1 thru 8, 32 pages.

Grounds of Appeal against the Interlocutory Decision by the Opposition Division, (Confirmation), filed by EP opponent, Sep. 12, 2003, with attachments including graphics and

English translation of JP-U57-117323 and Technical Statement of Facts of Bill Hartman in Opposition to EP 828 663, with attachments, Technical Statement by Dean Scranton, Technical Statement of Facts of Christopher Sjostrom in Opposition to EP 828 663, Technical Statement by Gary Smith for Opposition to EP 828 663, Technical Statement by Timothy L. Turner, 57 pages

Plaintiffs' Responses and Objections to Defendants' First Set of Interrogatories; Civil Action No. 03-C-0137-S; Interrogatory No. 2; pp. 1, 9, 10, and 11. (pp. 1 and 11 are redacted); dated Jan. 16, 2003.

Opinion of the United States District Court for the Western District of Wisconsin in Anheuser-Busch Companies, Inc. v. Crown Cork & Seal Co., Inc.; Case No. 03-C-137-S; dated Nov. 20, 2003, 35 pages.

Reply Brief in the EPO Opposition Proceeding; European Patent No. 0 828 663 (Formerly European Patent Application No. 96908205.6) CarnaudMetalbox Plc and Carnaud-Metalbox SA Appeal against the Interlocutory Decision of the Opposition, Letter dated May 13, 2004, 24 pages, Letter from James P. Tanner to Ismay Ratliff dated May 14, 2004, Beginning "This is further to our discussion on May 13, 2004 . . .", 1 page

* cited by examiner

U.S. Patent    Aug. 30, 2005    Sheet 1 of 4    US 6,935,826 B2



FIG. 1
PRIOR ART

FIG. 2
PRIOR ART

FIG. 3
PRIOR ART

Crown Packaging Technology v. Rexam Beverage Can 05-608

REX000605
A50

U.S. Patent    Aug. 30, 2005    Sheet 2 of 4    US 6,935,826 B2

Fig.4.



Fig.5.



Crown Packaging Technology v. Rexam Beverage Can 05-608

REX000606

A51

U.S. Patent    Aug. 30, 2005    Sheet 3 of 4    US 6,935,826 B2

Fig.6.



Fig.7.



Crown Packaging Technology v. Rexam Beverage Can 05-608

REX000607

A52



Fig.8.

Fig.9.

Crown Packaging Technology v. Rexam Beverage Can 05-608

REX000608

A53

US 6,935,826 B2

1

## CAN END AND METHOD FOR FIXING THE SAME TO A CAN BODY

This is a continuation of U.S. patent application Ser. No 10/024,662, which issued Feb. 1, 2005 as U.S. Pat. No. 6,848,875, filed Dec. 18, 2001, which is a continuation of U.S. patent application Ser. No. 09/650,664, filed Aug. 30, 2000, now abandoned, which is a continuation of U.S. patent application Ser. No. 09/552,668, filed Apr. 19, 2000, now abandoned, which is a continuation of U.S. patent application Ser. No. 08/945,698, filed Nov. 21, 1997, which issued May 23, 2000 as U.S. Pat. No. 6,065,634, which is the U.S. National Phase of PCT/GB96/00709, filed Mar. 25, 1996, which claims priority to UK 9510515.1, filed May 24, 1995.

### BACKGROUND OF THE INVENTION

This invention relates to an end wall for a container and more particularly but not exclusively to an end wall of a can body and a method for fixing the end wall to the can body by means of a double seam.

U.S. Pat. No. 4,093,102 (KRASKA) describes can ends comprising a peripheral cover hook, a chuck wall dependent from the interior of the cover hook, an outwardly concave annular reinforcing bead extending radially inwards from the chuck wall and a central panel joined to an inner wall of the reinforcing bead by an annular outwardly convex bead. This can end is said to contain an internal pressure of 90 psi by virtue of the inclination or slope of the chuck wall, bead outer wall and bead inner wall to a line perpendicular to the centre panel. The chuck wall slope D° is between 14° and 16°, the outer wall slope E is less than 4° and the inner wall slope C° is between 10 and 16° leading into the outwardly convex bead. We have discovered that improvements in metal usage can be made by increasing the slope of the chuck wall and limiting the width of the anti peaking bead.

U.S. Pat. No. 4,217,843 (KRASKA) describes an alternative design of can end in which the countersink has inner and outer flat walls, and a bottom radius which is less than three times the metal thickness. The can end has a chuck wall extending at an angle of approximately 24° to the vertical. Conversely, the specification of our U.S. Pat. No. 5,046,637 describes a can end in which the chuck wall extends at an angle of between 12° and 20° to the vertical.

The detailed description of our U.S. Pat. No. 4,571,978 describes a method of making a can end suitable for closing a can body containing a beverage such as beer or soft drinks. This can end comprises a peripheral flange or cover hook, a chuck wall dependent from the interior of the cover hook, an outwardly concave reinforcing bead extending radially inwards from the chuck wall from a thickened portion of the chuck wall with the bead, and a central panel supported by an inner portion of the reinforcing bead Such can ends are usually formed from a prelacquered aluminium alloy such as an aluminium magnesium manganese alloy such as alloy 5182.

The specification of our U.S. Pat. No. 5,582,319 describes a can end suitable for a beverage can and formed from a laminate of aluminium/manganese alloy coated with a film of semi crystalline thermoplastic polyester This polyester/ aluminium alloy laminate permitted manufacture of a can end with a narrow, and therefore strong reinforcing bead in the cheaper aluminium manganese alloy.

These known can ends are held during double seaming by an annular flange of chuck, the flange being of a width and height to enter the anti-peaking bead. There is a risk of scuffing if this narrow annulus slips. Furthermore a narrow annular flange of the chuck is susceptible to damage

2

Continuing development of a can end using less metal, whilst still permitting stacking of a filled can upon the end of another, this invention provides a can end comprising a peripheral cover hook, a chuck wall dependant from the interior of the cover hook, an outwardly concave annular reinforcing bead extending radially inwards from the chuck wall, and a central panel supported by an inner portion of the reinforcing bead, characterized in that, the chuck wall is inclined to an axis perpendicular to the exterior of the central panel at an angle between 30° and 60°, and the concave bead narrower than 1.5 mm (0.060"). Preferably, the angle of the chuck wall to the perpendicular is between 40° and 45°.

In a preferred embodiment of the can end an outer wall of the reinforcing bead is inclined to a line perpendicular to the central panel at an angle between −15° to +15° and the height of the outer wall is up to 2.5 mm.

In one embodiment the reinforcing bead has an inner portion parallel to an outer portion joined by said concave radius.

The ratio of the diameter of the central panel to the diameter of the peripheral end is preferably 80% or less

The can end may be made of a laminate of thermoplastic polymer film and a sheet aluminium alloy such as a laminate of a polyethylene terephthalate film on an aluminium-manganese alloy sheet or ferrous metal typically less than 0.010 (0.25 mm) thick for beverage packaging. A lining compound may be placed in the peripheral cover hook.

In a second aspect this invention provides a method of forming a double seam between a can body and a can end according to any preceding claim, said method comprising the steps of:

placing the end of the can end on a flange of a can body supported on a base plate, locating a chuck within the chuck wall of the can end to centre the can end on the can body flange, said chuck having a frustoconical drive surface of substantially equal slope to that of the chuck wall of the can end and a cylindrical surface portion extending away from the drive surface within the chuck wall, causing relative motion as between the assembly of can end and can body and a first operation seaming roll to form a first operation seam, and thereafter causing relative motion as between the first operation seam and a second operation roll to complete a double seam, during these seaming operations the chuck wall becoming bent to contact the cylindrical portion of the chuck.

### BRIEF DESCRIPTION OF THE FIGURES

Various embodiments will now be described by way of example and with reference to the accompanying drawings in which

FIG. 1 is a diagrammatic sketch of known apparatus for forming a double seam;

FIG. 2 is an enlarged sectioned side view of a known chuck and can end before seaming;

FIG. 3 is a sectioned view of a fragment of a known double seam;

FIG. 4 is a sectioned side view of a can end according to this invention before edge curling;

FIG. 5 is a sectioned side view of the can end of FIG. 4 on a can body before forming of a double seam;

FIG. 6 is a like view of the can end and body during first operation seaming;

FIG. 7 is a like view of the can end and body during final second operation seaming to create a double seam;

REX000609

A54

US 6,935,826 B2

3

FIG. 8 is a fragmentary section of a chuck detail; and

FIG. 9 is a side view of the cans stacked one on the other.

DETAILED DESCRIPTION

In FIG. 1, apparatus for forming a double seam comprises a base plate 1, an upright 2 and a top plate 3.

A lifter 4 mounted in the base plate is movable towards and away from a chuck 5 mounted in the top plate. The top plate supports a first operation seaming roll 6 on an arm 7 for pivotable movement towards and away from the chuck. The top plate also supports a second operation seaming roll 8 on an arm 9 for movement towards and away from the chuck after relative motion as between the first operation roll and can end on the chuck creates a first operation seam.

As shown in FIG. 1 the chuck 5 holds a can end 10 firmly on the flange 11 of a can body 12 against the support provided by the lifter plate 4. Each of the first operation roll 6 and second operation roll 8 are shown clear of chuck before the active seam forming profile of each roll is moved in turn to form the curl of the can end and body flange to a double seam as shown in FIG. 3.

FIG. 2 shows on an enlarged scale the chuck 5 and can end 10. The can end comprises a peripheral curl 13, a chuck wall 14 dependent from the interior of the curl, an outwardly concave anti-peaking bead 15 extending inwards from the chuck wall to support a central panel 16. Typically the chuck wall flares outwardly from the vertical at an angle C about 12° to 15°.

The chuck 5 comprises a body 17 having a threaded bore 18 permitting attachment to the rest of the apparatus (not shown). An annular bead 19 projects from the body 17 of the chuck to define with the end face of the body a cavity to receive the central panel 16 of the can end. The fit of panel 16 in annulus 19 may be slack between panel wall and chuck.

The exterior surface of the projecting bead 19 extends upwards towards the body at a divergent angle B of about 12° to the vertical to join the exterior of the chuck body 17 which tapers off an angle A° of about 4° to a vertical axis perpendicular to the central panel. The outer wall of the chuck 5 engages with the chuck wall at a low position marked "D" within the 12° shaped portion of the chuck bead 15.

As can ends are developed with narrower anti-peaking beads the chuck wall bead 19 becomes narrower and more likely to fracture. There is also a risk of scuffing of the can end at the drive position D which can leave unacceptable unsightly black marks after pasteurisation.

FIG. 3 shows a sectioned fragment of a typical double seam showing a desirable overlap of body hook 21 and end hook 20 between the can end 10 and can body 12.

FIG. 4 shows a can end, according to the invention, comprising a peripheral cover hook 23, a chuck wall 24 extending axially and inwardly from the interior of the peripheral cover hook, an outwardly concave reinforcing or anti-peaking bead 25 extending radially inwards from the chuck wall, and a central panel 26 supported or an inner portion panel with 27. The panel wall is substantially upright allowing for any small spring back after pressing. The chuck wall is inclined to an axis perpendicular to the exterior of the central panel at an angle C, between 20° and 60°; preferably between 40° and 60°. Typically the cross sectional radius of the antipeaking bead is about 0.5 mm.

Preferably the anti-peaking bead 25 is parallel sided, however the outer wall may be inclined to a line perpen-

4

dicular to the central panel at an angle between −15° to +15° and the height h₁ of the outer wall may be up to 2.5 mm.

This can end is preferably made from a laminate of sheet metal and polymeric coating. Preferably the laminate comprises an aluminum magnesium alloy sheet such as 5182, or aluminum manganese alloy such as 3004 with a layer of polyester film on one side. A polypropylene film may be used on the "other side" if desired.

Typical dimensions of the example of the invention are:

| | | |
|---|---|---|
| d5 | overall diameter (as stamped) | 65.83 mm |
| d4 | PC diameter of seaming panel radius | 61.54 mm |
| c5 | PC diameter of seaming panel/chuck wall radius | 59.91 mm |
| r₁ | seaming panel/chuck wall radius | 1.27 mm |
| r₂ | seaming panel radius | 5.56 mm |
| r₃ | concave radius in antipeaking bead | 43.5 mm |
| d₁ | maximum diameter of antipeaking bead | 50.80 mm |
| d₂ | minimum diameter of antipeaking bead | 47.24 mm |
| b₂ | overall height of can end | 6.86 mm |
| b₁ | height to top of antipeaking bead | 5.01 mm |
| b₃ | panel depth | 2.29 mm |
| h₁ | outer wall height | 1.78 mm |
| c | chuck wall angle to vertical | 43° |

From these dimensions it can be calculated that the ratio of central panel diameter of 47.24 mm to overall diameter of can end 65.84 mm is about 0.72 to 1.

For economy the aluminum alloy is in the form of sheet metal less than 0.010" (0.25 mm). A polyester film on the metal sheet is typically 0.0005" (0.0125 mm).

Although this example shows an overall height b₂ at 6.86 mm we have also found that useful can ends may be made with an overall height as little as 6.35 mm (0.25").

FIG. 5 shows the peripheral flange 23 of can end 22 of FIG. 4 resting on the flange 11 of a can body 12 before formation of a double seam as discussed with reference to FIG. 1.

In FIG. 5 a modified chuck 30 comprises a chuck body 31 having a frustoconical drive surface 32 engaging with the chuck wall 24 of the can end 22.

The frustoconical drive surface is inclined outwardly and axially at an angle substantially equal to the angle of inclination C° of between 20° and 60°; in this particular example on chuck angle C of 43° is preferred. The drive surface 32 is a little shorter than the chuck wall 24 of the chuck body. The substantially cylindrical surface portion 33, rising above the drive surface 32, may be inclined at an angle between +4° and −4° to a longitudinal axis of the chuck. As in FIG. 2, this modified chuck 30 has a threaded aperture to permit attachment to the rest of the double seam forming apparatus (not shown).

In contrast to the chuck of FIG. 2 the modified chuck 30 is designed to drive initially on the relatively large chuck wall 32 without entering deeply into the anti-peaking bead 25. Further drive is obtained at the juncture of chuck wall 32 and cylindrical wall 33 as chuck wall of end 24 is deformed during 1ˢᵗ and 2ⁿᵈ operation seaming FIGS. 6 and 7 The chuck 30 shown in FIG. 5 has an annular bead of arcuate cross section but this bead is designed to enter the chuck

REX000610

A55

US 6,935,826 B2

5

wall without scratching or scuffing a coating on the can end; not to drive on the concave bead surface as shown in FIG. 2.

It will be understood that first operation seaming is formed using apparatus as described with reference to FIG. 1.

FIG. 6 shows the modified can end and chuck during formation of a first operation seam shown at the left of FIG. 2 as formed by a first operation roll 34 adjacent the interfolded peripheral flange of the can end and flange 11 body 12.

During relative rotation as between the can end 22 and first operation roll 34 the edge between the chuck drive wall 32 and cylindrical wall 33 exerts a pinching force between chuck 30 and roll 34 to deform the chuck wall of the can end as shown.

After completion of the first operation seam the first operation roll is swung away from the first operation seam and a second operation roll 38 is swung inwards to bear upon the first operation seam supported by the chuck 30. Relative rotation as between the second operation roll 38 and first operation seam supported by a chuck wall 30 completes a double seam as shown in FIG. 7 and bring the upper portion 24 of the chuck wall 24 to lie tightly against the can body neck in a substantially upright attitude as the double seam is tightened by pinch pressure between the second operation roll 38 and chuck 30.

Can ends according to the invention were made from aluminum alloy 5182 and an aluminum alloy 3004/polymer laminate sold by CarnaudMetalbox under the trade mark ALULITE. Each can end was fixed by a double seam to a drawn and wall ironed (DWI) can body using various chuck angles and chuck wall angle as tabulated in Table 1 which records the pressure inside a can at which the can ends failed:—

6

The early results given in Table 1 showed that the can end shape was already useful for closing cans containing relatively low pressures. It was also observed that clamping of the double seam with the "D" seam ring resulted in improved pressure retention. Further tests were done using a chuck wall angle and chuck drive surface inclined at nearly 45°: Table 2 shows the improvement observed:—

TABLE 2

| Sample Code | $b_2$ mm (inches) | $b_3$ mm (inches) | $b_4$ mm (inches) | Chuck Angles D° 43° | 43° with seam ring |
|---|---|---|---|---|---|
| J | 6.86 (0.270) | 2.39 (0.094) | 2.29 (0.09) | 4.89 (70.9) | 6.15 (89.1) |
| K | 7.11 (0.280) | 2.64 (0.104) | 2.54 (0.10) | 4.83 (70.0) | 5.98 (86.6) |
| L | 7.37 (0.290) | 2.90 (0.114) | 2.79 (0.11) | 4.74 (68.7) | 6.44 (93.5) |

Table 2 is based on observations made on can ends made of aluminum coated with polymer film (ALULITE) to have a chuck wall length of 5.029 mm (0.198") up the 43° slope.

It will be observed that the container pressures achieved for samples J, K, L, 4.89 bar (70.9 psig), 4.83 bar (70.0 psig) and 4.74 bar (68.7 psig) respectively were much enhanced by clamping the double seam.

In order to provide seam strength without use of a clamping ring, modified chucks were used in which the drive slope angle C° was about 43° and the cylindrical surface 33 was generally +4° and −4°. Results are shown in Table 3.

TABLE 1

| | CAN END DATA | | | PRESSURE IN BAR (PSIG) TO FAILURE FOR VARIOUS SEAMING CHUCK ANGLES D° | | | | |
| | | Minimum | CHUCK | | | | | |
| Sample Code | Material Thickness mm | Diameter DJ mm | Wall Angle "C" | 23° | 10°/23° | 4°/23° | 23° with D. Seam Ring | 10°/23° with D. Seam Ring |
|---|---|---|---|---|---|---|---|---|
| A | ALULITE 0.23 | 52.13 (2.052") | 23 33° | 5.534 (80.26) | 5.734 (83.10) | 5.311 (76.97) | 6.015 (87.17) | 5.875 (85.14) |
| B | 5182 0.244 | 52.32 (2.052") | 23 33° | 5.599 (81.15) | 5.575 (80.79) | 5.381 (78.03) | 5.915 (85.81) | 5.895 (85.47) |
| C | 5382 0.245 | 52.33 (2.052") | 23 33° | 6.004 (87.02) | 5.910 (85.66) | 5.800 (84.05) | 6.234 (90.21) | 6.385 (92.54) |
| D | ALULITE 0.22 | 51.92 (2.044") | 23 33° | 5.331 (77.31) | 5.229 (75.70) | 5.238 (75.91) | 5.730 (83.04) | 5.404 (78.32) |
| E | 5182 0.224 | 51.92 (2.044") | 23 23° | 5.555 (80.50) | 5.574 (79.92) | 5.354 (77.60) | 5.895 (85.43) | 5.930 (85.94) |
| F | 5182 0.245 | 51.94 (2.044") | 23° | 5.809 (84.63) | 5.804 (84.22) | 5.699 (82.57) | 6.250 (90.58) | 6.435 (93.26) |
| G | ALULITE 0.23 | 51.92 (2.044") | 23° | | | 5.323 (74.23) | | |
| H | 5182 0.224 | (51.92) (2.044") | 23° | | | 5.474 (79.34) | | |
| I | 5182 0.245 | 51.92 (2.044") | 23° | | | 5.608 (82.50) | | |

All pressures on unaged shells in bar (psig). 5182 is an aluminum-magnesium-manganese alloy lacquered. The "ALULITE" used is a laminate of aluminum alloy and polyester film

REX000611

A56

US 6,935,826 B2

**7**

**8**

thermal processing or carbonated products are directed towards and resisted by the strongest portions of the completed double seam.

Table 5 shows results obtained from a typical seam chuck designed to give double seam in accordance with parameters and relationships identified in Table 4. Typically. As shown in FIG. 8 the chuck comprises a cylindrical land of length "l" typically 1.9 mm (0.075") and frustoconical drive surface 32 inclined at an angle "Y", typically 43°, to the cylindrical to which it is joined by a radius R, typically 0.5 mm (0.020"). Angle "X" is typically 90°.

### TABLE 3

Results

| SAMPLE CODE | MATERIAL | LINING COMPOUND | CHUCK ANGLES DRIVE/WALL | PRESSURE |
|---|---|---|---|---|
| c | 0.224 5382 | with | 43° | 4.60 (66.7) |
| B | 0.23 Alollie | with | 43°/4° | 5.45 (79.0) |
| b | 0.224 5382 | with | 43°/4° | 6.45 (93.6) |
| J | 0.23 Alollie | without | 43°/4° | 5.93 (85.6) |
| k | 0.244 5382 | without | 43°/4° | 6.18 (89.6) |
| l | 0.23 Alollie | without | 43°/4° | 5.30 (77.9) |
| m | 0.25 Alollie | without | 43°/-4° | 6.20 (89.8) |
| n | 0.23 Alollie | without | 43°/6° | 6.31 (91.5) |
| o | 0.25 Alollie | without | 43°/6° | 6.62 (95.9) |

ALL PRESSURES IN BAR (PSIG)
ALL CODES
Reform Ped Dia. 47.24 mm (1.860") (Z12 Dia).
6.86 mm (0.270") unit Depth b₂ 2.39 mm (0.094") Panel Depth

Table 3 shows Code "O" made from 0.25 mm Alollie to give 6.62 bar (95 psi) Pressure Test Result indicating a can end suitable for pressurized beverages. Further chucks with various land lengths (slope) were tried as shown in Table 4.

### TABLE 4

CHUCK WALL ANGLE

| | 43°/6° 1.9 mm LAND SHARP TRANSITION | | 43°/6° 1.27 MM LAND R 0.5 MM BLEND | |
|---|---|---|---|---|
| VARIABLE CODE | NO. D. SEAM RING | WITH D. SEAM RING | NO. D. SEAM RING | WITH D. SEAM RING |
| 7 | 6.699 (97.50) | 7.037 (101.7) | 6.779 (98.24) | 7.205 (101.54) |
| 8 | 6.315 (91.52) | 6.521 (94.5) | 6.293 (91.2) | 6.235 (90.37) |
| 9 | 6.095 (88.33) | 6.30 (91.3) | 6.238 (90.4) | 6.719 (97.34) |

ALL PRESSURES IN BAR (PSIG) CODE
7 = 0.25 mm Alollie, 47.24 mm (1.860") Reform Ped, 6.86 mm (0.270") b₂ Depth, 2.38 mm (0.094") Panel; b₄ depth = 2.29 mm (0.109")
8 = 0.23 mm Alollie, 47.24 mm (1.860") Reform Ped, 7.11 mm (0.280") b₂ Depth, 2.64 mm (0.104") Panel; b₄ depth = 2.54 mm (0.100")
9 = 0.23 mm Alollie, 47.24 mm (1.860") Reform Ped, 7.37 mm (0.290") b₂ Depth, 2.90 mm (0.114") Panel; b₄ depth = 2.79 mm (0.111")

Table 4 shows results of further development to seaming chuck configuration to bring closer the pressure resistance of ring supported and unsupported double seams.

Table 4 identifies parameters for length of generally vertical cylindrical surface 33 on the seaming chuck 30, and also identifies a positional relationship between the chuck wall 24 of the end and the finished double seam. It will be understood from FIG. 7 shows that the forces generated by

### TABLE 5

| | | DIMENSIONS mm | | PRESSURE | |
|---|---|---|---|---|---|
| CODE | GAUGE | b₂ | b₃ | bar | (psi) |
| 20 | .23 mm | 7.37 (.290") | 2.36 (.093") | 6.383 (92.6) |
| 21 | .23 mm | 7.37 (.290") | 2.38 (.093") | 6.402 (92.6) |
| | | with compound | | | |
| 26 | .23 mm | 6.87 (.2705") | 2.37 (.0935") | 5.344 (89.88) |
| 27 | .23 mm | 6.87 (.2705") | 2.37 (.0934") | 6.073 (88.0) |
| | | with compound | | | |
| 28 | .23 mm | 7.37 (.290") | 2.36 (.093") | 6.414 (93.0) |
| 29 | .23 mm | 7.37 (.290") | 2.84 (.112") | 5.725 (77.5) |
| 30 | .23 mm | 6.86 (.270") | 2.37 (.2735") | 6.062 (87.9) |
| 34 | .23 mm | 6.86 (.270") | 2.37 (.0935") | 6.013 (87.2) |
| 34 | .45 mm | 7.37 (.290") | 2.87 (.113") | 7.787 (112.9) |
| 35 | .25 mm | 7.32 (.288") | 2.34 (.092") | 7.203 (105.8) |
| 37 | .25 mm | 7.32 (.288") | 2.34 (.092") | 7.616 (107.3) |
| | | with compound | | | |
| 38 | .25 mm | 6.87 (.2705") | 2.41 (.095") | 7.077 (102.6) |
| 536 | .25 mm | 6.35 (.250") | 2.34 (.092") | 6.937 (100.6) |
| | | with compound | | | |

All variables made from Alollie, 10 Cans per variable.

The can ends may be economically made of thinner metal if pressure retention requirements permit because these can ends have a relatively small centre panel in a stiffer annulus

FIG. 9 shows a can 12a, closed according to this invention, stacked upon a like can 12b shown sectioned so that stacking of the upper can on the lower can end is achieved by a stand bead 31a of the upper can fits inside the chuck wall 24 of the lower can end with the weight of the upper can resting on the double seam 34 of the lower can end.

The clearance between the bottom of the upper can body and lower can end may be used to accommodate ring pull features (not shown) in the can end or promotional matter such as an coiled straw or indicia.

Using the experimental data presented above, a computer program was set up to estimate the resistance to deformation available to our can ends when joined to containers containing pressurized beverage. The last two entries on the table relate to a known 206 diameter beverage can end and an estimate of what we think the KRASKA patent teaches.

US 6,935,826 B2

9      10

TABLE 6

| END SIZE Head CDID | OVERALL DIA mm | PANEL DIA d₁ mm | RATIO OVERALL DIA:PANEL DIA | CHUCK WALL ANGLE C° | CHUCK WALL LENGTH L mm | RE-INFORC-ING RAD r₃ mm | INNER WALL HEIGHT h₂ mm | OUTER WALL HEIGHT h₄ mm | PREDICTED CUT EDGE Ø (*DENOTES ACTUAL) | ACTUAL THICK-NESS TO CONTAIN PSI |
|---|---|---|---|---|---|---|---|---|---|---|
| 206-204 | 64.39 (2.535") | 49.49 (1.9485") | 1.3010 | 33.07° | 4.22 (0.166") | 0.52 (0.0204") | 2.34 (0.092") | 1.78 (0.070") | 73.330 (2.8818") | 0.255 |
| 206-202 | 64.39 (2.535") | 47.33 (1.8634") | 1.3604 | 42.69° | 4.95 (0.195") | 0.52 (0.0204") | 2.34 (0.092") | 1.78 (0.070") | 74.272 (2.9241")* | 0.255 |
| 206-200 | 64.39 (2.535") | 45.07 (1.7744") | 1.4287 | 50.053° | 5.82 (0.229") | 0.52 (0.0204") | 2.34 (0.092") | 1.78 (0.070") | 73.713 (2.9021") | 0.255 |
| 204-202 | 62.18 (2.448") | 47.33 (1.8634") | 1.3137 | 29.78° | 3.95 (0.156") | 0.52 (0.0204") | 2.34 (0.092") | 1.78 (0.070") | 73.767 (2.9042") | 0.24 |
| 204-200 | 62.18 (2.448") | 45.07 (1.7744") | 1.3796 | 40.786° | 4.70 (0.185") | 0.52 (0.0204") | 2.34 (0.092") | 1.78 (0.070") | 72.911 (2.8705") | 0.24 |
| 202-200 | 72.29 (2.834") | 45.07 (1.7744") | 1.5V1 | 38.256° | 4.69 (0.161") | 0.52 (0.0204") | 2.34 (0.092") | 1.78 (0.070") | 71.984 (2.834") | 0.225 |
| 205 std | 64.69 (2.547") | 51.92 (2.044") | 1.2463 | 15.488° | 4.39 (0.173") | 0.56 (0.021") | 2.03 (0.08") | 2.29 (0.090") | 76.454 (3.010")* | 0.28 |
| KRASKA estimate | 64.39 (e.g. 2.535") | — | — | 15° | 3.54 (0.195") | 0.81 (0.031") | 1.65 (0.065") | 2.29 (0.090") | 78.080 (3.074") | 0.292 (0.0115") |

All specimens modeled on a optional aluminium alloy of yield strength 310 mpa × 0.25 mm thick. The standard was also 310 mpa BUT 0.275 mm thick.

What is claimed is:

1. A metal can end adapted to be joined to a can body for packaging beverages under pressure, said can end comprising:

a peripheral cover hook adapted to be seamed onto a can body so as to form a joint therewith;

a wall extending inwardly and downwardly from the cover hook;

an outwardly concave annular reinforcing bead extending inwardly and downwardly from the wall; and

a central panel supported by and extending inwardly from the reinforcing bead;

wherein, prior to being joined to said can body: (i) the location at which said wall extends from said peripheral cover hook defines a first point, (ii) the location at which said reinforcing bead extends from said wall defines a second point, and (iii) a line extending between the first point and the second point is inclined to an axis perpendicular to the exterior of the central panel at an angle of between 30° and 60°.

2. The can end of claim 1, wherein a base of the concave reinforcing bead is arcuate in cross-section and has a cross-sectional radius of less than 0.75 mm.

3. The can end of claim 1, wherein the base of the concave reinforcing bead is approximately semi-circular in cross section.

4. The can end of claim 1, wherein the reinforcing bead comprises an outer wall that is inclined to said axis at an angle between −15° and +15°.

5. The can end of claim 1, wherein the reinforcing bead has inner and outer walls, a lower portion of the outer wall spaced apart from a lower portion of the inner wall by less than 1.5 mm.

6. The can end of claim 1, wherein the reinforcing bead has an outer wall and an inner wall that is parallel to the outer wall, said inner wall and said outer wall being joined by a concave radius.

7. The can end of claim 1, wherein the wall extends between said first and second points along an essentially straight line.

8. The can end of claim 7, wherein the line extending between the first point and the second point is inclined to said axis at an angle between 40° and 45°.

9. The can end of claim 1, wherein the ratio of the diameter of the central panel to the diameter of the peripheral cover hook is 80% or less.

10. The can end of claim 1, wherein the can end is made of a laminate of thermoplastic polymer film and a sheet aluminium alloy.

11. The can end of claim 1, wherein the can end is made of tinplate.

12. The can end of claim 1, wherein the can end is made of electrochrome coated steel.

13. A metal can end for use in packaging beverages under pressure and adapted to be joined to a can body by a seaming process so as to form a double seam therewith using a rotatable chuck comprising first and second circumferentially extending walls, said first and second chuck walls forming a juncture therebetween, said can end comprising:

a peripheral cover hook, said peripheral cover hook comprising a seaming panel adapted to be formed into a portion of said double seam during said seaming operation;

a central panel;

a wall extending inwardly and downwardly from said cover hook, a first portion of said wall extending from said cover hook to a first point on said wall, said first wall portion adapted to be deformed during said seaming operation so as to be bent upwardly around said juncture of said chuck walls at said first point on said wall, a second portion of said wall extending from said first point to a second point forming a lowermost end of said wall, a line extending between said first and second points being inclined to said axis perpendicular to said central panel at an angle of between 30° and 60°.

14. The end according to claim 13, further comprising an annular reinforcing bead connected to said wall at said second point, said annular reinforcing bead connecting said wall to said central panel.

* * * * *

REX000613
A58

§ 13.03[1]                    PATENTS                    13–14

### [1]—Parent

The original application in a sequence or chain of applications is often called the "parent." In case of a chain of three applications, the original may be called the "grandparent." The subsequent applications may, then, be called a "child" or "grandchild.

### [2]—Continuation

A continuation application is a second application that contains the same disclosure as the original application.[1] It may not contain anything that would have been considered "new matter" if inserted in the original application.[2] Such an application is fully entitled to the benefit of the filing date of the original application under Section 120 if the conditions of copendency, cross-referencing, and identity of inventorship are met.[3] Such an application is used "to introduce into the application a new set of claims and to establish a right to further

---

53 and 60 must be filed prior to the 'patenting or abandonment of or termination of proceedings on' the earlier application on which it is based, whereas a continuing application filed pursuant to Rule 62 must be filed prior to 'the payment of the issue fee, abandonment of, or termination of proceedings' of the earlier application." 38 F.3d at 556 n.4, 32 USPQ2d at 1080 n.4.

"Rule 62 allows an applicant to file a continuing application simply by paying a fee and declaring that it is being filed pursuant to section 120. No oath or declaration involving representations to the PTO must be filed. Under rule 60, one merely needs to provide a photocopy of the declaration in the earlier application." 38 F.3d at 558, n.8, 32 USPQ2d at 1083, n.8.

See also Semiconductor Energy Laboratory Co. v. Samsung Electronics Co., 204 F.3d 1368, 54 USPQ2d 1001 (Fed. Cir. 2000), cert. denied, 531 U.S. 1190 (2001), discussed § 13.03[7].

§ 13.03[2]

[1] Cf. In re Shaw, 202 USPQ 285 (Dep. Ass't Comm'r Pat. 1978). See § 13.04.

[2] See Applied Materials Inc. v. Advanced Semiconductor Materials America, Inc., 98 F.3d 1563, 1579, 40 USPQ2d 1481, 1494 (Fed. Cir. 1996), cert. denied, 520 U.S. 1230 (1997) (MAYER, concurring: "Although there may be some variation in the scope of the claimed subject matter, a continuation application is based solely on the disclosure of a parent application See Manual of Patent Examining Procedure § 201.07 (6th Ed. 1995) (MPEP). By definition, a continuation adds no new matter and is akin to an amendment of a pending application. . . . Cf. Godfrey v. Eames, 68 U.S. (1 Wall.) 317, 324-26 . . . (1864)."); Central Sprinkler Co. v. Grinnell Corp., 897 F. Supp. 225, 227, 37 USPQ2d 1208, 1209 (E.D. Pa. 1995) ("A continuing application is one that makes explicit a claim that was inherent in a previously filed application. It contains no new information.").

For a discussion of "new matter," see § 11.04.

[3] See § 13.05, § 13.06, § 13.07.

New or amended claims inserted in a continuation application may lack support in the specification and thus not be entitled to the filing date of the original applications. See § 7.03, § 7.04.

(Rel.93-10/04  Pub.325)

examination by the primary examiner."[4] The right to such examination is subject
to principles of res judicata in some instances.[5]

### [3]—Continuation-in-Part

A continuation-in-part application is "an application filed during the lifetime
of an earlier nonprovisional application, repeating some substantial portion or
all of the earlier nonprovisional application and adding matter not disclosed in
the said earlier nonprovisional application."[1] A continuation-in-part application

---

[4] U.S. Patent & Trademark Office, Manual of Patent Examining Procedure § 201.07 (8th ed.
Aug. 2001); U.S. Patent & Trademark Office, Manual of Patent Examining Procedure § 201.07
(3d ed. rev. 1974).

[5] Plastic Contact Lens Co. v. Gottschalk, 484 F.2d 837, 179 USPQ 262 (D.C. Cir. 1973); In
re Kaghan, 387 F.2d 398, 156 USPQ 130 (CCPA 1967).

See also U.S. Patent & Trademark Office, Manual of Patent Examining Procedure § 706.03(w)
(8th ed. Aug. 2001) ("Res judicata may constitute a proper ground for rejection. However, as noted
below, the Court of Customs and Patent Appeals has materially restricted the use of res judicata
rejections. It should be applied only when the earlier decision was a decision of the Board of Appeals
or any one of the reviewing courts and when there is no opportunity for further court review of
the earlier decision."; "The timely filing of a second application copending with an earlier
application does not preclude the use of res judicata as a ground of rejection for the second
application claims."; "When making a rejection on res judicata, action should ordinarily be made
also on the basis of prior art, especially in continuing applications. In most situations the same
prior art which was relied upon in the earlier decision would again be applicable."); U.S. Patent
& Trademark Office, Manual of Patent Examining Procedure § 706.03(w) (3d ed. rev. 1974).

See § 11.03[5].

§ 13.03[3]

[1] U.S. Patent & Trademark Office, Manual of Patent Examining Procedure § 201.08 (8th ed.
Aug. 2001); U.S. Patent & Trademark Office, Manual of Patent Examining Procedure § 201.08
(3d ed. rev. 1974).

See University of West Virginia v. VanVoorhies, 278 F.3d 1288, 1297, 61 USPQ2d 1449 (Fed.
Cir. 2002), discussed below; Augustine Medical, Inc. v. Gaymar Industries, Inc., 181 F.3d 1291,
1302, 50 USPQ2d 1900, 1908 (Fed. Cir. 1999) ("A CIP application contains subject matter from
a prior application and may also contain additional matter not disclosed in the prior application.");
Carpet Seaming Tape Licensing v. Best Seam, Inc., 616 F.2d 1133, 1136, 203 USPQ 213 (9th
Cir. 1980), appeal after remand, 694 F.2d 570, 216 USPQ 873 (9th Cir. 1982), cert. denied, 464
U.S. 818 (1983) ("A continuation-in-part is an application filed during the lifetime of an earlier
application by the same applicant repeating portions or all of the earlier application and adding
matter not disclosed in the earlier application."); Central Sprinkler Co. v. Grinnell Corp., 897 F.
Supp. 225, 227, 37 USPQ2d 1208 (E.D. Pa. 1995) ("A CIP application is based on a previously
filed application but includes new material to support new claims."); Technicon Instruments Corp.
v. Alpkem Corp., 2 USPQ2d 1729, 1738 (D. Ore. 1986) ("A continuation in part application (CIP)
is an application filed during the lifetime of an earlier application by the same applicant, repeating
some substantial portion or all of the earlier application and adding matter not disclosed in the
earlier case. . . . A CIP application has the legal effect of, and is, basically a term of art for,
a patent application disclosing the newly added matter. . . . If a CIP adds new matter not inherent
in the original to an application, it is not properly entitled to the filing date of the initial patent.");

(Rel.15-10/04   Pub.525)

# Notes From Crown SuperEnd Meeting

## Page A61-A64

## CONFIDENTIAL

## REDACTED

Patent
Attorney's Docket No. 031924-007

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of        )
                                   )
Mouayed M. BRIFCANI et al.         )   Group Art Unit: 3727
                                   )
Application No.: 08/945,698[?]     )   Examiner: S. Castellano
                                   )
Filed: November 21, 1997           )
                                   )
For:  CAN END AND METHOD FOR       )
      FIXING THE SAME TO A CAN     )
      BODY                         )

AMENDMENT

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

Responsive to the Office Action dated July 7, 1999, having a three-month shortened

statutory response period in which this Amendment is being timely filed, please amend the

above-identified application as follows:

IN THE CLAIMS:

    Please cancel claim 13.

    Please amend the claims as follows:

    14.    (Amended)  The can end according to claim [13] 22, wherein the angle of

the chuck wall to the perpendicular axis is between 40° and 45°.

Application No. 08/945,698
Attorney's Docket No. 031524-002

18. (Twice Amended) The can end according to claim 12, wherein the can end is made of a laminate of thermoplastic polymer film and a sheet aluminum alloy [or tinplate or electrochrome coated steel].

*Please add the following new claims:*

22. (Newly added) The can end according to claim 12, wherein the can end is made of tinplate.

23. (Newly added) The can end according to claim 12, wherein the can end is made of electrochrome coated steel.

24. (Newly added) The can end according to claim 12, wherein the angle of the chuck wall to the perpendicular axis is greater than 30°.

25. (Newly added) A can end comprising:

a peripheral cover hook;

a chuck wall dependent from an interior of the cover hook;

an outwardly concave annular reinforcing bead extending radially inwards from the chuck wall; and

a central panel supported by an inner portion of the reinforcing bead;

- 2 -

21

A66

Application No. 08/945,698
Attorney's Docket No. 031924-092

wherein the chuck wall is inclined to an axis perpendicular to the exterior of
the central panel at an angle between 40° and 60°, and a concave cross-sectional radius of
the reinforcing bead is less than 0.75mm.

## REMARKS

The Office Action of July 7, 1999, has been carefully reviewed, and in view of the
above amendments and the following remarks, reconsideration and allowance of the
pending claims are respectfully requested.

In the above Office Action, claims 18 and 19 were rejected under 35 U.S.C. § 112,
second paragraph, claims 12, 15 and 18 were rejected under 35 U.S.C. § 103(a) as being
unpatentable over *Kraska* (U.S. Patent No. 4,217,843), and claim 16 was rejected under 35
U.S.C. § 103(a) as being unpatentable over *Kraska* ('843) in view of *Ehman* (U.S. Patent
No. 3,023,927).

As set forth above, claim 18 has been amended to eliminate the alternate expression
noted by the Examiner and claims 22 and 23 have been newly added. Accordingly, it is
respectfully submitted that the rejection under Section 112 has been obviated.

In addition, claim 13 which was objected to as being dependent on a rejected base
claim has been rewritten in independent form as newly added claim 25 and the dependency
of claim 14 has been changed to claim 25. The allowance of claims 25 and 14 in the next
official action is kindly requested.

-3-

Application No. 08/945,638
Attorney's Docket No. 031924-002

In the above Official Action, the Examiner has taken the position that *Kraska* ('843) disclosing a 25° chuck wall would render obvious the present invention and the 30° - 60° angle range recited in claim 1. In rejecting claim 1 over *Kraska*, the Examiner has failed to appreciate that the selection of wall angles of the can end is critical to the overall strength of the can end, and that relatively small changes in angle can radically affect the performance of the can end. Even *Kraska* recognizes that "all of the parameters or dimensions of the respective portions which form a countersink 20 are critical and are interrelated to each other to optimize the maximum pressures that the end is capable of withstanding without buckling or rocking," col. 4, lines 19-24, and "the length of outer flat wall 24 and the angle thereof are critical toward obtaining buckle pressures...," col. 4, lines 39-40.

Conventional can ends typically have a chuck wall angle which is in the range of 10° - 15°. This is evidenced by the can end patents cited in the Information Disclosure Statement filed concurrently herewith. *Kraska* discloses a chuck wall angle which is the extreme limit of what has previously been proposed in can end technology. There is no suggestion or teaching in the cited prior art that the use of a more extreme angle would produce an operable, or even desirable, can end. Accordingly, the chuck wall angle range of between 30° - 60° as recited in claim 1, or greater than 30° as recited in claim 24, of the present invention is a major departure from the norm, as well as from unconventional designs such as *Kraska* ('843).

-4-

A68

Application No. 08/945,698
Attorney's Docket No. 031924-002

## CONCLUSIONS

In view of the above amendments and remarks, Applicants respectfully submit that the claims of the present application are now in condition for allowance, and an early indication of the same is earnestly solicited.

Should any questions arise in connection with this application or should the Examiner believe that a telephone conference would be helpful in resolving any remaining issues pertaining to this application, the Examiner is kindly invited to call the undersigned counsel for applicant regarding the same.

Respectfully submitted,

BURNS, DOANE, SWECKER & MATHIS, L.L.P.

By: Wendi L. Weinstein
Registration No. 34,456

P.O. Box 1404
Alexandria, Virginia 22313-1404
(703) 836-6620

Date: September 16, 1999

- 5 -

A69

.Jan-03-04  05:16pm  From-WOODCOCK WASHBURN 33          +2155603430          T-425  P.06/10  F-810

DOCKET NO.: CC-3397, A4772US4                                    PATENT
Application No.: 10/024,862
Office Action Dated: May 5, 2004

---

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:                    Confirmation No.: 1866
Briscard, et al.

Application No.: 10/024,862              Group Art Unit: 3725

Filing Date: December 18, 2001           Examiner: Larson

For:    Can End and Method for Fixing Same to a Can Body

                                         CCS0016990

Commissioner for Patents
P.O. Box 1450                            Crown Packaging, et al. v. Rexam
Alexandria, VA 22313-1450                USDC District of DE CA 05-608

Sir:

REPLY PURSUANT TO 37 CFR § 1.111

In response to the Official Action dated May 5, 2004, reconsideration is respectfully requested in view of the following remarks.

As a preliminary matter, the undersigned wishes to thank Examiner Larson for the courtesies extended during the personal interview on June 3, 2004.

In the May 5, 2004, Office Action, all of the pending claims were rejected as being obvious over the prior art — i.e., the combination of applicants' admitted prior art and either U.S. Patent 4,448,322 ("Kraska") or Japanese Kokai JP 57-117323 ("JP reference"). As discussed in the interview, neither Kraska nor the JP reference render the claimed seaming method obvious when combined with applicants' admitted prior art.

Applicants admitted prior art, set out in the instant application at page 5, line 3, to page 6, line 19, describes conventional seaming of a can end onto the flange of a can body.[1]

---

[1] As discussed at the interview, conventional seaming is also described in the document "Modern Beverage Can Double Seaming" by Continental Beverage Packaging, already made of record in the IDS filed on October 11, 2002 (reference CI in the PTO 1449 form). As also discussed at the interview, although U.S. Patent 5,911,551 ("Moran") is not prior art with respect to the current invention as established by the declaration accompanying Applicants' response to the August 7, 2003 Office Action, insofar as it relates to the current invention, the seaming method disclosed in Moran amounts to no more than the conventional method (the invention of Moran

Page 1 of 5

A70

Jan-05-06  05:15pm  From-CROCOXX WASEURGH 23          +216556X3435          T-616  P.07/10  F-010

DOCKET NO.: CC-3397; A4772US4                                    PATENT
Application No.: 10/824,862
Office Action Dated: May 4, 2004

Prior to seaming, the entire wall of a conventional end is oriented vertically or at a relatively shallow angle to axis of the end, typically approximately 12° to 15°. As shown in Figure 2, a seaming chuck is inserted into the end so that the lower portion of the chuck engages the interior surface of the reinforcing bead to create a driving force for imparting relative rotational motion between the end and the seaming rolls during the seaming process. The seaming rolls press the end's peripheral cover hook against the wall of the chuck so as to form the double seam. After retraction of the seaming roll, the wall springs back slightly. While the wall is deformed as a result of the seaming operation, the *entire* wall from the top of the seam down to the start of the reinforcing bead is essentially straight, or may have a slightly concave profile, and remains oriented at a relatively shallow angle. Consequently, the seamed end may be weaker than the unseamed end.

As discussed at the interview, Applicants have discovered that both the thickness of the can end necessary to achieve adequate buckle resistance and the overall diameter of the flat metal sheet from which the end is formed (i.e., the "cut diameter") could be significantly reduced by providing a can end having a particular geometry, including a wall as recited in the pending claims, and deforming it *in a seaming operation* so as to produce a seamed end having a different geometry.

As shown in Figure 4 and described in the corresponding text of the instant application, according to the preferred embodiment, the seaming operation begins by providing a can end comprising a wall extending from the seaming panel portion of the cover hook 23 (the radius of the seaming panel is designated $r_s$ in Figure 4) to an annular reinforcing bead 25. The wall of the can end is then engaged by a chuck 31 having a substantially cylindrical wall 33 and an inclined wall 32, as shown in Figure 5. Preferably, the rotation of the can end is driven through driving contact between the juncture formed by the chuck walls 32 and 33 and the can end wall.

As shown in Figures 6 and 7, according to the preferred embodiment, during the seaming operation, seaming rolls 34 and 38 deform an upper portion of the can end wall by pressing it against a substantially cylindrical (preferably within ±4° of vertical) upper wall of the chuck so as to form, along with the peripheral curl, a double seam. Although the upper

is directed to certain details concerning the relationship between the radii of the seaming panel and can body flange so as to increase the length of the seam.

                                                    CCS0016991
                        Page 2 of 5

Crown Packaging, et al. v. Rexam
USDC District of DE CA 05-608

A71

·Jan-05-04  05:16pm-   From-WOODCOCK WASHBURN  33          +21555093438          T-420  P-03/10  F-910

DOCKET NO.: CC-3397, A4772US4                                    PATENT
Application No.: 10/024,662
Office Action Dated: May 4, 2004

wall portion will typically spring back a few degrees when the seaming rolls is retracted, it
remains oriented substantially cylindrically. However, the lower portion of the wall (and, of
most importance for present purposes, a straight line extending between its two ends) remains
inclined at an angle between about 20° and about 60° with respect to the axial centerline.
The deformation of the upper portion of the wall so as to form a seam is accomplished by
causing the juncture formed by the walls 32 and 33 of the chuck to engage the can end wall
so that the upper portion of the can end wall is bent upwardly around the juncture by the
seaming rolls. The resulting seamed end, shown in Figures 7 and 9, has greater buckle
resistance than the unseamed end since the gas pressure forces imparted to the lower portion
of the chuck wall are directed to the base of the relatively strong seam, which resists buckling
deformation. Since commercialization in about early 2001, Crown Cork & Seal Company
sold approximately 35 billion ends worldwide that were seamed onto can bodies using the
claimed seaming method by carbonated beverage companies such as Coca Cola, Pepsi Cola,
RC Cola, Labatt's, and Rolling Rock.

Accordingly, claim 68, for example, specifies a seaming method that comprises the
step of "deforming said first wall portion such that at least a portion of said first wall portion
after seaming is substantially cylindrical, . . . said line between said first and second locations
on said wall remaining inclined between about 20° and about 60° with respect to said axial
centerline after completion of said seaming operation."

Claim 77, which unlike claim 68 does not require that the can end have a reinforcing
bead, recites that the "first portion of said can end wall is bent upward through an angle of at
least about 16°" and "said line between said first and second locations remaining inclined
between about 20° and about 60° with respect to said axial centerline."

Claim 86 specifies that the seaming operation "bend[s] a portion of said can end wall
upwardly around said juncture of said chuck walls at a first location on said can end wall, a
straight line extending from said first location on said can end wall to said transition between
said can end wall and said reinforcing bead inclined between about 20° and about 60° with
respect to said axial centerline both before and after said seaming operation."

Claim 11 is directed to another aspect of the invention and specifies that "rotation of
said can end during said first seaming operation driven by said rotating chuck through driving
contact between said juncture of said first and second walls of said chuck and said inclined

Page 3 of 5

PAGE 8/10 * RCVD AT 5/9/2004 8:16:45 PM [Eastern Daylight Time] * SVR:USPTO-EFXRF-1/6 * DNIS:8729305 * CSID:+21555093438 * DURATION (mm-ss):02-48

CCS0016992

Crown Packaging, et al. v. Rexam
USDC District of DE C.A. 05-608

A72

Jan-00-04  05:16=-  Frm-REDDOCCK WASHBURN 23              421556893497        T-426  P-08/10  F-810

DOCKET NO.: CC-3307.A4772USA                                    PATENT
Application No.: 10/024,862
Office Action Dated: May 4, 2004

wall of said can end without driving contact between said chuck and said can end bead
interior surface."

The claimed method for seaming a can end onto a can body is neither taught nor
suggested by the prior art. Although Kraska discloses an end that, prior to seaming, has a
wall oriented at an angle greater than that conventionally used (*i.e.*, 25°), it does not disclose
seaming according to the claimed method. Rather, unlike the claimed method, Kraska
stresses the importance of seaming using conventional seaming tooling:

> [T]he particular dimensions, specifically the location of the countersink with
> respect to the remainder of the end is such that *conventional seaming tooling*
> can be utilized for double tooling the present end onto a container body. . . .
> Thus, the fully converted end can readily be double seamed to a container
> body utilizing commercial equipment that packagers are presently using.

(Kraska at col. 7, line 64, to col. 8, line 17).

Further, seaming Kraska's end using a conventional seaming chuck would not amount
to practicing the claimed method nor result in the end produced by the claimed method.

The JP reference shows only an end *after* seaming onto a can body and provides no
details concerning the configuration of the can end prior to seaming or, more importantly, the
method used to yield the seamed can end shown in the figures of the JP reference.

Additionally, with respect to claim 11, neither Kraska nor the JP reference teaches or
suggests that "said rotation of said can end during said first seaming operation [is] driven by
said rotating chuck through driving contact between said juncture of said first and second
walls of said chuck and said inclined wall of said can end without driving contact between
said chuck and said can end bead interior surface."

CCS0016993

Crown Packaging, et al. v. Rexam
USDC District of DE CA 05-608

Page 4 of 5

PAGE 5/10 * RCVD AT 5/3/2004 6:16:45 PM [Eastern Daylight Time] * SVR:USPTO-EFXRF-1/6 * DNIS:8729306 * CSID:421556893439 * DURATION (mm-ss):02-48

A73

Jun-09-04  05:17pm   From-WOODCOCK WASHBURN 93              +2165589430        T-426   P.10/10   F-910

DOCKET NO.: CC-3397; A4772US4
Application No.: 10/034,862                                                     PATENT
Office Action Dated: May 4, 2004

For the foregoing reasons, Applicants respectfully submit that the rejection should be withdrawn and that each of the claims is in allowable condition.

Applicants request that, in the next communication, the Examiner forward an initialed copy of the PTO-1449 form submitted in the Information Disclosure Statement filed on May 4, 2004.

Date: June 9, 2004

Harold Pillner
Registration No. 42,560

Woodcock Washburn LLP
One Liberty Place – 46th Floor
Philadelphia PA 19103
Telephone: (215) 568-3100
Facsimile: (215) 568-3439

CCS0016994

Crown Packaging, et al. v. Rexam
USDC District of DE CA 05-608

PAGE 10/10 * RCVD AT 6/9/2004 5:18:45 PM [Eastern Daylight Time] * SVR:USPTO-EFXRF-1/6 * DNIS:8729306 * CSID:+2165583439 * DURATION (mm-ss):02-48

A74



DOCKET NO.: CC-3397; A4772US4                                    PATENT
Application No.: 10/024,862
Office Action Dated: August 7, 2003

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:                    Confirmation No.: 1866
Brifcani, et al.

Application No.: 10/024,862               Group Art Unit: 3725

Filing Date: December 18, 2001            Examiner: Hong, William

For:    Can End and Method for Fixing Same to a Can Body

                              EXPRESS MAIL LABEL NO: EL 976382323 US
                              DATE OF DEPOSIT: February 9, 2004

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

### REPLY PURSUANT TO 37 CFR § 1.111

In response to the Official Action dated August 7, 2003, reconsideration is
respectfully requested in view of the amendments and/or remarks as indicated below:

☒     Amendments to the Specification begin on page 2 of this paper.

☒     Amendments to the Claims are reflected in the listing of the claims which
       begins on page 3 of this paper.

☒     Amendments to the Drawings begin on page 4 of this paper and include an
       attached replacement sheet.

☒     Remarks/Arguments begin on page 18 of this paper.

02/13/2004 DEMMAHU1 00000049 233050   10024862
01 FC:1253      950.00 DA

02/13/2004 DEMMAHU1 00000049 233050   10024862
02 FC:1801      86.00 DA
03 FC:1202     558.00 DA

CCS0016564

Crown Packaging, et al, v. Rexam
USDC District of DE CA 05-608

A75

DOCKET NO.: CC-3397; A4772US4
Application No.: 10/024,862
Office Action Dated:  August 7, 2003                                PATENT

Amendments to the Specification:

Replace the paragraph beginning at page 1, line 15 (of the substitute specification)
with the following re-written paragraph:

US Patent 4,217,843 (KRASKA) describes an alternative design of can
end in which the countersink has inner and outer flat walls, and a bottom
radius which is less than three times the metal thickness.  The can end has a
chuck wall extending at an angle of approximately 24° to the vertical.
Conversely, the specification of our ~~European Patent application
EP0340955A~~ United States Patent Number 5,046,637 describes a can end
in which the chuck wall extends at an angle of between 12° and 20° to the
vertical.

Replace the paragraph beginning at page 1, line 21 (of the substitute specification)
with the following re-written paragraph:

The detailed description of our ~~Our European Patent No. 0153115~~
United States Patent Number 4,571,978  describes a method of making a
can end suitable for closing a can body containing a beverage such as beer
or soft drinks.  This can end comprises a peripheral flange or cover hook, a
chuck wall dependant from the interior of the cover hook, an outwardly
concave reinforcing bead extending radially inwards from the chuck wall
from a thickened junction of the chuck wall with the bead, and a central
panel supported by an inner portion of the reinforcing bead.  Such can ends
are usually formed from a prelacquered aluminum alloy such as an
aluminum magnesium manganese alloy such as alloy 5182.

Replace the paragraph beginning at page 2, line 8 (of the substitute specification) with
the following re-written paragraph:

The specification of our ~~Our International Patent Application published
no. WO93/17864~~ United States Patent Number 5,582,319 describes a can
end suitable for a beverage can and formed from a laminate of
aluminum/manganese alloy coated with a film of semi crystalline
thermoplastic polyester.  This polyester/aluminum alloy laminate permitted
manufacture of a can end with a narrow, and therefore strong reinforcing
bead in the cheaper aluminum manganese alloy.

CC50016565

Crown Packaging, et al. v. Rexam
USDC District of DE CA 05-608

A76

DOCKET NO.: CC-3397; A4772US4
Application No.: 10/024,862
Office Action Dated: August 7, 2003                                          PATENT

This listing of claims will replace all prior versions, and listings, of claims in the application.

**Listing of Claims:**

1-10    canceled

11.    (previously presented) A method of forming a double seam between a can body and a can end, said method comprising the steps of:

a) providing a can end having a circumferentially extending peripheral curl and a wall extending circumferentially and radially inward from said curl and an annular reinforcing bead extending radially inward from said wall, said reinforcing bead having an interior surface, said peripheral curl comprising a seaming panel and a radiused portion extending from said seaming panel to said wall, said wall inclined between about 20° and about 60° with respect to an axial centerline of said can end;

b) placing said curl of said can end into contact with a circumferentially extending flange of a can body;

c) providing a rotatable chuck having first and second circumferentially extending walls, said first and second walls forming a juncture therebetween; bringing said chuck into engagement with said can end so that said juncture of said first and second walls of said chuck contacts said inclined wall of said can end;

d) rotating said chuck;

e) performing a first seaming operation by placing a first seaming roll into contact with said can end curl while rotating said can end so as to partially deform said curl and said can body flange into a partial seam, said rotation of said can end during said first seaming operation, driven by said rotating chuck through driving contact between said juncture of said first and second walls of said chuck and said inclined wall of said can end without driving contact between said chuck and said can end bead interior surface;

f) performing a second seaming operation by placing a second seaming roll into contact with said partially deformed can end curl so as to further deform said curl and said can body flange so as to further form said seam.

12.    (previously presented) The method according to claim 11, wherein said first and second seaming operations reform said can end inclined wall by bending a first portion of said inclined wall upward by an angle of at least about 16°.

13.    (previously presented) The method according to claim 11, wherein as a result of said first and second seaming operations said can end inclined wall is reformed so that a first portion of said wall is oriented substantially cylindrically,

CCS0016566

Crown Packaging, et al. v. Rexam
USDC District of DE CA 05-608

A77

DOCKET NO.: CC-3397; A4772US4
Application No.: 10/024,862
Office Action Dated: August 7, 2003

PATENT

14.    (previously presented) The method according to claim 11, wherein prior to performing said first seaming operation said wall of said can end is inclined between about 30° and about 50° with respect to said axial centerline of said can end.

15.    (previously presented) The method according to claim 14, wherein as a result of said first and second seaming operations said can end inclined wall is reformed so that a first portion of said wall is oriented substantially cylindrically.

16.    (previously presented) The method according to claim 14, wherein said first and second seaming operations reform said can end inclined wall by bending a first portion of said inclined wall upward by an angle of at least about 26°.

17.    (previously presented) The method according to claim 11, wherein prior to performing said first seaming operation said wall of said can end is inclined between about 40° and about 45° with respect to an axial centerline of said can end.

18.    (previously presented) The method according to claim 17, wherein as a result of said first and second seaming operations said can end inclined wall is reformed so that a first portion of said wall is oriented substantially cylindrically.

19.    (previously presented) The method according to claim 17, wherein said first and second seaming operations reform said can end inclined wall by bending a first portion of said inclined wall upward by an angle of at least about 36°.

20.    (previously presented) The method according to claim 11, wherein said first circumferentially extending wall of said chuck is oriented so as to be substantially cylindrical.

21.    (previously presented) The method according to claim 20, wherein said substantially cylindrical first wall of said chuck is oriented so as to be inclined with respect to an axial centerline of said chuck by no more than about 4°.

22.    (previously presented) The method according to claim 11, wherein the distance from the lowermost point on said annular bead to the uppermost point on said curl defines a height of said can end, and wherein as a result of said first and second seaming operations said can end inclined wall is reformed so that a first portion of said wall is bent upwardly so as to substantially increase said height of said can end.

23.    (previously presented) The method according to claim 11, wherein said chuck second wall is inclined with respect to an axial centerline of said chuck that substantially matches said inclination of said can end wall, and wherein said rotation of said can end during said first seaming operation is aided by driving contact between said second wall of said chuck and said inclined wall of said can end.

24.    canceled

CCS0016567

Crown Packaging, et al. v. Rexam
USDC District of DE CA 05-608

DOCKET NO.: CC-3397; A4772US4
Application No.: 10/024,862
Office Action Dated: August 7, 2003

PATENT

25.     (currently amended) The method according to claim 24 68, wherein during said seaming operation at least a portion of said can end inclined wall first portion is reformed by bending said first portion upward by an angle of at least about 16°.

26.     (currently amended) The method according to claim 24 68, wherein said line between said first and second locations on said wall of said can end is inclined between about 30° and about 50° with respect to an axial centerline of said can end prior to performing said seaming operation.

27.     (currently amended) The method according to claim 26, wherein during said seaming operation at least a portion of said can end inclined wall first portion is reformed by bending said first portion upward by an angle of at least about 26°.

28.     (currently amended) The method according to claim 24 68, wherein said line between said first and second locations on said second wall of said can end is inclined between about 40° and about 45° with respect to an axial centerline of said can end.

29.     (currently amended) The method according to claim 28, wherein during said seaming operation at least a portion of said can end inclined wall first portion is reformed by bending said first portion upward by an angle of at least about 36°.

30.     (currently amended) The method according to claim 24 68, wherein said substantially cylindrical first wall of said chuck is oriented so as to be inclined with respect to an axial centerline of said chuck by no more than about 4°.

31.     (currently amended) The method according to claim 24 68, wherein the distance from the lowermost point on said annular bead to the uppermost point on said curl cover hook defines a height of said can end, and wherein as a result of said seaming operation at least a portion of said can end inclined wall is reformed so that said first wall portion of said wall is bent upwardly into said substantially cylindrical orientation so as to substantially increase said height of said can end.

32.     (currently amended) The method according to claim 24 68, wherein

f) said annular bead has an interior surface thereof;

g) said chuck further comprises a second wall, said first and second walls of said chuck form a juncture therebetween;

h) said seaming operation comprises (i) performing a first seaming operation by placing a first seaming roll into contact with said can end curl cover hook while said can end is rotated so as to partially deform said curl cover hook and said first wall portion and said can body flange into a partial seam, and (ii) performing a second seaming operation by placing a second seaming roll into contact with said partially

Page 5 of 23

CCS0016568

Crown Packaging, et al. v. Rexam
USDC District of DE CA 05-608

A79

DOCKET NO.: CC-3397; A4772US4
Application No.: 10/024,862
Office Action Dated: August 7, 2003

PATENT

deformed can end ~~curl~~ cover hook so as to further deform said ~~curl~~ cover hook and said first portion and said can body flange so as to further form said seam;

    i) said rotation of said can end during said first seaming operation is accomplished by imparting ~~driving contact between said juncture of said first and second walls of said chuck and said inclined wall of said can end but without imparting driving contact between said chuck and said can end bead interior surface.~~

    33.    (currently amended) The method according to claim ~~24~~ 68, further comprising the step of filling the can body with a carbonated beverage prior to performing said seaming operation.

    34.    canceled

    35.    (currently amended) The method according to claim ~~34~~ 77, wherein said line between said first and second locations on said wall of said can end is inclined between about 30° and about 50° with respect to said axial centerline of said can end prior to performing said seaming operation.

    36.    (currently amended) The method according to claim 35, wherein during said seaming operation at least a portion of said can end inclined wall first portion is reformed by bending ~~said first portion~~ upward by an angle of at least about 26°.

    37.    (currently amended) The method according to claim ~~34~~ 77, wherein said line between said first and second locations on said wall of said can end is inclined between about 40° and about 45° with respect to said axial centerline of said can end prior to performing said seaming operation.

    38.    (currently amended) The method according to claim 37, wherein during said seaming operation at least a portion of said can end inclined wall first portion is reformed by bending ~~said first portion~~ upward by an angle of at least about 36°.

    39.    (currently amended) The method according to claim ~~34~~ 77, wherein the can end further comprises a reinforcing bead extending radially inward from said second portion of said wall at said second wall location, the distance from [[the]] a lowermost point on said annular bead to the uppermost point on said ~~curl~~ cover hook defines a height of said can end, and wherein said upward bending of said first portion of said inclined wall during said seaming operation substantially increases said height of said can end.

    40.    (currently amended) The method according to claim ~~34~~ 77, wherein

    f) said can end comprises an annular reinforcing bead extending radially inward from said inclined wall, said annular bead having an interior surface thereof;

    g) said chuck further comprises a second wall, said first and second walls of said chuck form a juncture therebetween;

Page 6 of 23

CCS0016569

Crown Packaging, et al. v. Rexam
USDC District of DE CA 05-608

ABO

DOCKET NO.: CC-3397; A4772US4
Application No.: 10/024,862
Office Action Dated: August 7, 2003

PATENT

h) said seaming operation comprises (i) performing a first seaming operation by placing a first seaming roll into contact with said can end curl peripheral cover hook while said can end is rotated so as to partially deform said curl cover hook and said first wall portion and said can body flange into a partial seam, and (ii) performing a second seaming operation by placing a second seaming roll into contact with said partially deformed can end curl cover hook so as to further deform said curl cover hook and said first wall portion and said can body flange so as to further form said seam;

i) said rotation of said can end during said first seaming operation is accomplished by imparting driving contact between said juncture of said first and second walls of said chuck and said inclined wall of said can end but without imparting driving contact between said chuck and said can end bead interior surface.

41. (currently amended) The method according to claim 3477, further comprising the step of filling the can body with a carbonated beverage prior to performing said seaming operation.

42. (withdrawn) An apparatus for seaming a peripheral curl of a can end onto a flange of a can body, said can end having a wall extending radially inward from said cover hook and inclined between about 20° and about 60° with respect to a central axis of said can end, comprising:

a) a chuck adapted to hold said can end on said can body, said chuck comprising upper and lower circumferentially extending walls forming a juncture therebetween, said lower wall inclined between about 20° and about 60° with respect to a central axis of said chuck, said upper wall being substantially cylindrical; and

b) at least one seaming roll adapted to urge an upper portion of said inclined wall of said can end against said upper wall of said chuck so as to deform said peripheral curl and said flange into a seam joining said can end to said can body.

43. (withdrawn) The apparatus according to claim 42, wherein said substantially cylindrical wall is inclined with respect to said central axis by not more than about 4°.

44. (withdrawn) The apparatus according to claim 42, wherein said lower wall of said chuck is inclined between about 30° and about 50° with respect to said central axis of said chuck.

45. (withdrawn) The apparatus according to claim 44, wherein said lower wall of said chuck is inclined between about 40° to about 45° with respect to said central axis of said chuck.

CCS0016570

Crown Packaging, et al. v. Rexam
USDC District of DE CA 05-608

A81