# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CROWN PACKAGING TECHNOLOGY, INC., Plaintiff, and CROWN CORK & SEAL USA, INC., | ) ) ) | Civil Action No. 05-608 (MPT) |
| Plaintiff and Counterclaim Defendant, | ) ) ) | **REDACTED - PUBLIC VERSION** |
| v. | ) ) | |
| REXAM BEVERAGE CAN CO., | ) ) | |
| Defendant Counterclaimant. | ) ) | |

## APPENDIX TO
## DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY
## OF U.S. PATENT NOS. 6,935,826 AND 6,848,875

Of Counsel:
George P. McAndrews
Steven J. Hampton
Gerald C. Willis
Paul W. McAndrews
McAndrews, Held & Malloy, Ltd.
500 W. Madison Street, Suite 3400
Chicago, IL 60601
312-775-8000

Dated: January 25, 2007

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
    *Attorneys for Defendant/Counterclaimant
    Rexam Beverage Can Co.*

### TABLE OF CONTENTS

1. United States Patent 6,848,875 ................................................................ (A1-15)
2. United States Patent 6,935,826 ................................................................ (A16-27)
3. Chisum on Patents, Volume 2, § 5.01 (2005) ......................................... (A28-31)
4. Japanese Unexamined Utility Model Publication, No. 57-117323 .......... (A32-41)
5. Crown's Responses to Defendant\Counterclaimant Rexam's First
   Set of Requests for Admission, No. 19 .................................................. (A42-43)
6. Deposition of Martin Higham, 1/9/07 – 1/10/07 ...................................... (A44-52)
7. Deposition of Peter Moran, 8/14/06 ................................... (A53-62, A235-237)
8. BBC Learning English, Grammar and Vocabulary
   *http://www.bbc.co.uk/worldservice/learningenglish/grammar/learnit*
   */learnitv213.shtml* ............................................................................... (A63-64)
9. BBC World Service, Learning English
   *http://www.bbc.co.uk/worldservice/learningenglish/grammar/learnit*
   */learnitv331.shtml* ............................................................................... (A65-67)
10. Deposition of Daniel Abramowicz, 8/29/06 ........................................... (A68-70)
11. Supplemental Initial Disclosures of Crown Under Fed. R.
    Civ. P. 26(a) ........................................................................................... (A71-72)
12. Deposition of Brian Fields, 12/12/06 ..................................................... (A73-74)
13. Rexam's Opening Claim Construction Brief ........................................... (A75-76)
14. Crown's Opening Claim Construction Brief ........................................... (A77-78)
15. Crown SuperEnd – sales presentation to Mitsubishi,
    CCS0071061-71106 .............................................................................. (A79-124)
16. Deposition of John Conway, 11/21/06 ................................................... (A125-130)
17. Documents Related to Problems at Crown licensee Amcor,
    CCS0059945-53 .................................................................................... (A131-139)
18. Crown Production Document Recalling a Meeting in Which
    Coca-Cola Company Expressed Concern with SuperEnd's Safety "Issues",
    CCS0066621 ............................................................................................ (A140)
19. Crown Memorandum Recalling a Meeting with Coca-Cola Company at
    which Coke expressed concerns about the "potential injur[ies]" caused by
    SuperEnd, CCS0070576-579 ............................................................... (A141-144)
20. Crown's Response to Patent Examiner's Rejection, Reply Pursuant
    to 37 C.F.R. § 1.111 .............................................................................. (A145-161)
21. Deposition of Peter Hinton, 10/26/06 ................................................... (A162-163)
22. United States Patent 4,571,978 ............................................................. (A164-185)
23. United States Patent 6,065,634 ............................................................. (A186-195)
24. Crown's Response to the Patent Examiner's Rejection, Amendment to Claims,
    9/16/99 ................................................................................................... (A196-200)
25. Declaration of Timothy Turner, 1/25/2007, and Attachments ............... (A201-234)
26. Deposition of Pete Moran, 8/14/2006 ................................................... (A235-237)

US006848875B2

(12) **United States Patent**
Brifcani et al.

(10) Patent No.: **US 6,848,875 B2**
(45) Date of Patent: **Feb. 1, 2005**

(54) **CAN END AND METHOD FOR FIXING THE SAME TO A CAN BODY**

(75) Inventors: **Mounayed Mamdooh Brifcani,** Oxfordshire (GB); **Peter James Hinton,** Swindon Wiltshire (GB); **Mark Christopher Kysh,** Wantage (GB)

(73) Assignee: **Crown Cork & Seal Technologies Corporation,** Alsip, IL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 5 days.

(21) Appl No.: **10/024,862**

(22) Filed: **Dec. 18, 2001**

(65) **Prior Publication Data**
US 2003/0150866 A1 Aug. 14, 2003

**Related U.S. Application Data**

(63) Continuation of application No. 09/650,664, filed on Aug. 30, 2000, now abandoned, which is a continuation of application No. 09/552,668, filed on Apr. 19, 2000, now abandoned, which is a continuation of application No. 08/945, 698, filed as application No. PCT/GB96/00709 on Mar. 25, 1996, now Pat. No. 6,065,634

(30) **Foreign Application Priority Data**

May 24, 1995 (GB) ............................ 9510515

(51) Int. Cl.[7] ............................ **B21D 51/32**
(52) U.S. Cl. ............................ **413/6; 413/31**
(58) Field of Search ............ 413/31, 36, 37, 413/43. 2, 4, 6, 8

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,023,927 A | 3/1962 | Ehman | 220/619 |
| 3,526,486 A | 9/1970 | Smith et al. | 291/835 |
| 3,843,014 A | 10/1974 | Cospen et al. | 220/623 |
| 3,967,752 A | 7/1976 | Cudzik | 220/269 |
| 4,015,744 A | 4/1977 | Brown | 220/269 |
| 4,024,981 A | 5/1977 | Brown | 220/269 |
| 4,093,102 A | 6/1978 | Kraska | 220/623 |
| 4,148,410 A | 4/1979 | Brown | 220/269 |
| 4,150,765 A | 4/1979 | Mazurek | 220/269 |
| 4,210,257 A | 7/1980 | Radtke | 220/269 |
| 4,217,843 A | 8/1980 | Kraska | 413/12 |
| 4,276,993 A | 7/1981 | Hasegawa | 220/269 |
| 4,286,728 A | 9/1981 | Fraze et al | 220/270 |
| 4,365,724 A | 12/1982 | Walden | 220/611 |
| 4,402,421 A | 9/1983 | Ruemer, Jr | 220/269 |
| 4,448,322 A | * 5/1984 | Kraska | 220/623 |
| D279,265 S | 6/1985 | Turner et al. | D9/438 |
| 4,559,801 A | * 12/1985 | Smith et al. | 72/348 |
| 4,578,007 A | 3/1986 | Diekhoff | 413/6 |
| 4,606,472 A | 8/1986 | Taube et al | 220/500 |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 92 11 788 0 | 1/1993 |
| EP | 0 153 115 A3 | 8/1985 |
| EP | 0 153 115 A2 | 8/1985 |

(List continued on next page.)

OTHER PUBLICATIONS

United States Brewers Association, Inc , "Brewing Industry Recommended Can Specifications Manual," pp 1–1, 2–1, and 3–2, Washington, DC, May 1983.

Society of Soft Drink Technologists, "Beverage Can, End, & Double Seam Dimensional Specifications," pp 2, 1B–2 to 5, Hartfield, VA, Fourth Revision, Aug. 1993.

(List continued on next page.)

*Primary Examiner*—Lowell A Larson
(74) *Attorney, Agent, or Firm*—Woodcock Washburn LLP

(57) **ABSTRACT**

A can end comprising a peripheral cover hook, a chuck wall dependent from a first point on the interior of the cover hook, an outwardly concave annular reinforcing bead extending radially inwards from a second point on the interior of the chuck wall, and a central panel supported by an inner portion of the reinforcing bead, characterized in that, a line connecting the first point and the second point is inclined to an axis perpendicular to the exterior of the central panel at an angle between 30° and 60°.

62 Claims, 4 Drawing Sheets



**US 6,848,875 B2**

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D285,661 | S | 9/1986 | Brownbill . . . . . . . . . . . . . . . D9/435 |
| 4,674,649 | A | 6/1987 | Pavely . . . . . . . . . . . . . . . . 220/271 |
| 4,681,238 | A | 7/1987 | Sanchez . . . . . . . . . . . . . . 220/260 |
| 4,685,582 | A | 8/1987 | Pulciani et al. . . . . . . . . . . 220/606 |
| 4,716,755 | A | 1/1988 | Bulso, Jr. et al. . . . . . . . . . . 72/349 |
| 4,782,594 | A | 11/1988 | Porucznik et al . . . . . . . . . 30/417 |
| 4,808,052 | A | 2/1989 | Bulso, Jr. et al. . . . . . . . . . 413/8 |
| 4,809,861 | A | 3/1989 | Wilkinson et al . . . . . . . . 220/623 |
| D300,608 | S | 4/1989 | Taylor et al . . . . . . . . . . . . D9/438 |
| D304,302 | S | 10/1989 | Dalli et al. . . . . . . . . . . . . . D9/438 |
| 4,893,725 | A | 1/1990 | Ball et al. . . . . . . . . . . . . 220/269 |
| 4,930,658 | A | 6/1990 | McEldowney . . . . . . . . . 220/269 |
| 5,046,637 | A | * 9/1991 | Kysh . . . . . . . . . . . . . . . . 220/610 |
| 5,049,019 | A | * 9/1991 | Franek et al . . . . . . . . . . . 413/19 |
| 5,064,087 | A | 11/1991 | Koch . . . . . . . . . . . . . . . . 220/269 |
| 5,129,541 | A | 7/1992 | Voigt et al . . . . . . . . . . . . 220/269 |
| 5,143,504 | A | 9/1992 | Braakman . . . . . . . . . . . . 413/6 |
| D337,521 | S | 7/1993 | McNulty . . . . . . . . . . . . D9/438 |
| 5,252,019 | A | 10/1993 | Saunders et al . . . . . . . . 413/67 |
| D347,172 | S | 5/1994 | Heynen et al . . . . . . . . . . D9/520 |
| 5,356,256 | A | 10/1994 | Turner et al . . . . . . . . . . . . 413/8 |
| D352,898 | S | 11/1994 | Vacher . . . . . . . . . . . . . . D9/438 |
| 5,494,184 | A | 2/1996 | Noguchi et al . . . . . . . . . 220/269 |
| 5,582,319 | A | 12/1996 | Heyes et al . . . . . . . . . . . 220/62.22 |
| 5,839,869 | A | * 11/1998 | Moran et al . . . . . . . . . . . 413/31 |
| D406,236 | S | 3/1999 | Brifcani et al. . . . . . . . . . D9/438 |
| 5,911,551 | A | 6/1999 | Moran . . . . . . . . . . . . . . 413/31 |
| 5,957,647 | A | 9/1999 | Hinton . . . . . . . . . . . . . . 413/4 |
| 5,971,259 | A | 10/1999 | Bacon . . . . . . . . . . . . . . 229/5.6 |
| 6,024,239 | A | 2/2000 | Turner et al. . . . . . . . . . . 220/269 |
| 6,065,634 | A | 5/2000 | Brifcani et al. . . . . . . . . . 220/619 |
| 6,089,072 | A | 7/2000 | Fields . . . . . . . . . . . . . . 72/379.4 |

## FOREIGN PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| EP | 0 340 955 | A1 | 11/1989 | |
| GB | 1444470 | | 7/1976 | |
| GB | 2 143 202 | | 2/1985 | |
| GB | 2 196 891 | | 5/1988 | |
| GB | 2 218 024 | | 11/1989 | |
| JP | 57-117323 | | 7/1982 | |
| JP | 01167050 | A * | 6/1989 | B65D/8/20 |
| WO | WO 93/17864 | | 9/1993 | |

## OTHER PUBLICATIONS

Beverage Can "Mini Seams" by Pete Moran published by CMB Engineering Group plc contents page, pp. 3 through 30 and figures, published mid–1980s.

"Modern Beverage Can Double Seaming" published by Continental Beverage Packaging Cover page and 2 unnumbered pages, undated

"Aluminium canstock" The Canmaker, Jan. 1994 pp. 38 through 43

Notice of Opposition to a European Patent 96908205 6/828, 663 Opposed by American National Can Company (Facts and Arguments), Dec. 12, 1999, 21 pages

Letter From Ismay Ratliff Of Crown Cork & Seal To EPO, Apr. 19, 2001, One Page, Enclosing Patentee's Observations And Amendments In Response To The Opposition, 9 pages, and Summary of Main and Auxiliary Requests, Main Request, and Auxiliary Requests 1, 2, and 3, 14 pages.

Letter From PRB Lawrence of Gill Jennings & Every To EPO, Nov. 6, 2001, Nine Pages, Beginning, "The opponent that the patentee has not responded to the detailed argumentation . . ." with three pages of graphics and with EPO Cover Page dated Nov. 15, 2001

Letter From PRB Lawrence of Gill Jennings & Every To EPO, Nov. 27, 2001, Two Pages, beginning, "I refer to the final paragraph of page 9 of my comments of 6th Nov. and . . ." with three page attachment having graphics and with EPO Cover Page dated Dec. 5, 2001.

Letter from Ismay Ratliff of Crown Cork & Seal to EPO, Nov. 28, 2001, One Page, beginning, "I refer to the letter from the Opponent of Nov. 6, 2001"

Letter From PRB Lawrence Of Gill Jennings & Every To EPO, Dec. 11, 2001, One Page, Beginning "I not the patentee's comments of Nov. 28".

Letter from Ismay Ratliff of Crown Cork & Seal to EPO, Jan. 18, 2002, One Page, beginning, "I refer to the communications of Nov. 15, 2001, Dec. 5, 2001, Jan. 7, 2002 ".

Letter from Ismay Ratliff of Crown Cork & Seal to EPO, Mar 18, 2002, Three Pages, beginning "Further to my letter of Jan. 18, 2002, I enclose further submissions in response to the Opponent's letters of Nov 15, Nov 27, and Dec 11, 2001" with 10 pages of claims including Main Request, Auxiliary Request, and Auxiliary Request 2

Letter From PRB Lawrence of Gill Jennings & Every To EPO, May 2, 2002, 7 Pages, Beginning, "I maintain all the objections in the original opposition and in the submission of the Nov 6 and 27, 2001 " with cover page from EPO dated May 16, 2002

Letter from Ismay Ratliff of Crown Cork & Seal to EPO, Jul 4, 2002, Four Pages, Beginning, "This is in response to the Opponents' further submission dated May 2, 2002 ".

Summons to Attend Oral Proceedings Pursuant to Rule 71 (1) EPC, Oct. 21, 2001, 7 pages.

Letter from PRB Lawrence of Gill Jennings & Every, Jun. 24, 2002, with Affidavit of Thomas T Tung with Attachments A thru D, Jun. 14, 2002

Letter from PRB Lawrence of Gill Jennings & Every, Jul. 19, 2002, with Extracts of the Pechiney Annual REport 1989, 5 pages, Triangle Industries, Inc., Annual Report, 1987, 2 pages

Final Submission by the EP patentee in the EPO opposition proceeding: European Patent Application No. 96908205.6 (now European Patent No. 0 828 663), CarnaudMetalbox, Plc, Opposition by American National Can Company, (Copy), Feb. 11, 2003, with Attachments, 38 pages.

Final submissions by the EP opponent in the EPO opposition proceeding: European Patent Application No. 96908205.6–2308/0828663, CarnaudMetalbox Plc, (Copy), Feb. 18, 2003, with Attachments, Affidavit by John Davy, Statement of Facts of John Zappa, 53 pages.

Letter From PRB Lawrence Of Gill Jennings & Every To EPO, Feb. 19, 2003, One Page, beginning, "There are two points supplementary to my letter of Feb. 18 ".

Letter From PRB Lawrence Of Gill Jennings & Every To EPO, Feb. 20, 2003, Two Pages, Beginning We Have Been Considering Further The Recent Assertion By The Patentee About The Alleged Non–Enabling Nature  :

Interlocutory Decision of the Opposition Division of the European Patent Office in Respect of the EP Patent No. 0828663, (Copy), May 5, 2003, 25 pages

# US 6,848,875 B2

Page 3

Grounds of Appeal against the Interlocutory Decision by the Opposition Division, (Copy), filed by EP patentee, Sep. 2, 2003, European Patent No. 0 828 663 (Formerly European Patent Application No. 96908205.6) CarnaudMetalbox Plc and CarnaudMetalbox SA Appeal against the Interlocutory Decision of the Opposition Division, May 5, 2003, with attached copies of Main Request, and Auxiliary Request 1 thru 8, 32 pages.

Grounds of Appeal against the Interlocutory Decision by the Opposition Division, (Confirmation), filed by EP opponent, Sep. 12, 2003, with attachments including graphics and English translation of JP–U57–117323 and Technical Statement of Facts of Bill Hartman in Opposition to EP 828 663, with attachments, Technical Statement by Dean Scranton, Technical Statement of Facts of Christopher Sjostrom in Opposition to EP 828 663, Technical Statement by Gary Smith for Opposition to EP 828 663, Technical Statment by Timothy L. Turner, 57 pages.

Plaintiffs' Responses and Objections to Defendants' First Set of Interrogatories; Civil Action No. 03–C–0137–S; Interrogatory No. 2; pp. 1, 9, 10, and 11. (Pp. 1 and 11 are redacted); dated Jun. 16, 2003.

Opinion of the United States District Court for the Western District of Wisconsin in Anheuser–Busch Companies, Inc. v. Crown Cork & Seal Co., Inc.; Case No. 03–C–137–S; dated Nov. 20, 2003, 35 pages.

Submission of Enclosed Office Action dated Feb. 3, 2004, that issued in U.S. Appl. No. 10/417,980 which claims priority to the instant application.

Reply Brief in the EPO Opposition Proceeding: European Patent No. 0 828 663 (Formerly European Application No. 96908205.6) CarnaudMetalbox Plc and CarnaudMetalbox SA Appeal against the Interlocutory Decision of the Opposition, Letter dated May 13, 2004, 24 pages, Letter from James P. Tanner to Ismay Ratliff dated May 14, 2004, Beginning "This is further to our discussion on May 13, 2004 . . . ", 1 page.

* cited by examiner



**FIG. 1**
**PRIOR ART**

**FIG. 2**
**PRIOR ART**

**FIG. 3**
**PRIOR ART**



## FIG. 4



## FIG. 5



**FIG. 6**



**FIG. 7**



**FIG. 8**

**FIG. 9**

A7

US 6,848,875 B2

1

## CAN END AND METHOD FOR FIXING THE SAME TO A CAN BODY

### CROSS-REFERENCE TO RELATED APPLICATIONS

This is a continuation of U.S. patent application Ser. No. 09/650,664, filed Aug. 30, 2000 now abandoned, which is a continuation of U.S. patent application Ser No. 09/552,668, filed Apr 19, 2000, now abandoned, which is a continuation of U.S. patent application Ser. No. 08/945,698, filed Nov 21, 1997, which issued May 23. 2000 as U.S. Pat. No. 6,065,634, which is the U.S. National Phase of PCT/GB96/00709, filed Mar. 25, 1996, which claims priority to UK 9510515 1, filed May 24, 1995.

This invention relates to an end wall for a container and more particularly but not exclusively to an end wall of a can body and a method for fixing the end wall to the can body by means of a double seam

U.S. Pat No. 4,093,102 (KRASKA) describes can ends comprising a peripheral cover hook, a chuck wall dependent from the interior of the cover hook, an outwardly concave annular re-inforcing bead extending radially inwards from the chuck wall and a central panel joined to an inner wall of the reinforcing bead by an annular outwardly convex bead. This can end is said to contain an internal pressure of 90 psi by virtue of the inclination or slope of the chuck wall, bead outer wall and bead inner wall to a line perpendicular to the centre panel. The chuck wall slope D° is between 14° and 16°, the outer wall slope E is less than 4° and the inner wall slope C° is between 10 and 16° leading into the outwardly convex bead We have discovered that improvements in metal usage can be made by increasing the slope of the chuck wall and limiting the width of the anti peaking bead.

U.S. Pat No. 4,217,843 (KRASKA) describes an alternative design of can end in which the countersink has inner and outer flat walls, and a bottom radius which is less than three times the metal thickness. The can end has a chuck wall extending at an angle of approximately 24° to the vertical. Conversely, the specification of our U.S. Pat. No. 5,046,637 describes a can end in which the chuck wall extends at an angle of between 12° and 20° to the vertical

The detailed description of our U.S Pat. No. 4,571,978 describes a method of making a can end suitable for closing a can body containing a beverage such as beer or soft drinks. This can end comprises a peripheral flange or cover hook, a chuck wall dependent from the interior of the cover hook, an outwardly concave reinforcing bead extending radially inwards from the chuck wall from a thickened junction of the chuck wall with the bend, and a central panel supported by an inner portion of the reinforcing bead. Such can ends are usually formed from a prelacquered aluminum alloy such as an aluminum magnesium manganese alloy such as alloy 5182

The specification of our U.S. Pat. No. 5,582,319 describes a can end suitable for a beverage can and formed from a laminate of aluminum/manganese alloy coated with a film of semi crystalline thermoplastic polyester This polyester/aluminum alloy laminate permitted manufacture of a can end with a narrow, and therefore strong reinforcing bead in the cheaper aluminum manganese alloy.

Continuing development of a can end using less metal, whilst still permitting stacking of a filled can upon the end of another, this invention provides a can end comprising a peripheral cover hook, a chuck wall dependant from the interior of the chuck wall, an outwardly concave annular reinforcing bead extending radially inwards from the chuck

2

wall, and a central panel supported by an inner portion of the reinforcing bead, characterised in that, the chuck wall is inclined to an axis perpendicular to the exterior of the central panel at an angle between 30° and 60°, and the concave bead narrower than 1.5 mm (0 060") Preferably, the angle of the chuck wall to the perpendicular is between 40° and 45°.

In a preferred embodiment of the can end an outer wall of the reinforcing bead is inclined to a line perpendicular to the central panel at an angle between −15° to +150 and the height of the outer wall is up to 2.5 mm

In one embodiment the reinforcing bead has an inner portion parallel to an outer portion joined by said concave radius

The ratio of the diameter of the central panel to the diameter of the peripheral curl is preferably 80% or less

The can end may be made of a laminate of thermoplastic polymer film and a sheet aluminium alloy such as a laminate of a polyethylene teraphthalate film on an aluminium-manganese alloy sheet or ferrous metal typically less than 0.010 (0.25 mm) thick for beverage packaging A lining compound may be placed in the peripheral cover hook

In a second aspect this invention provides a method of forming a double seam between a can body and a can end according to any preceding claim, said method comprising the steps of:

placing the curl of the can end on a flange of a can body supported on a base plate, locating a chuck within the chuck wall of the can end to centre the can end on the can body flange, said chuck having a frustoconical drive surface of substantially equal slope to that of the chuck wall of the can end and a cylindrical surface portion extending away from the drive surface within the chuck wall, causing relative motion as between the assembly of can end and can body and a first operation seaming roll to form a first operation seam, and thereafter causing relative motion as between the first operation seam and a second operation roll to complete a double seam, during these seaming operations the chuck wall becoming bent to contact the cylindrical portion of the chuck

Various embodiments will now be described by way of example and with reference to the accompanying drawings in which:

FIG. 1 is a diagrammatic sketch of known apparatus for forming a double seam;

FIG. 2 is an enlarged sectioned side view of a known chuck and can end before seaming;

FIG. 3 is a sectioned view of a fragment of a known double seam;

FIG. 4 is a sectioned side view of a can end according to this invention before edge curling;

FIG. 5 is a sectioned side view of the can end of FIG. 4 on a can body before forming of a double seam;

FIG. 6 is a like view of the can end and body during first operation seaming;

FIG. 7 is a like view of the can end and body during final second operation seaming to create a double seam;

FIG. 8 is a fragmentary section of a chuck detail; and

FIG. 9 is a side view of the cans stacked one on the other

In FIG. 1, apparatus for forming a double seam comprises a base plate 1, an upright 2 and a top plate 3

A lifter 4 mounted in the base plate is movable towards and away from a chuck 5 mounted in the top plate. The top plate supports a first operation seaming roll 6 on an arm 7 for pivotable movement towards and away from the chuck The top plate also supports a second operation seaming roll 8 on

US 6,848,875 B2

3

an arm 9 for movement towards and away from the chuck after relative motion as between the first operation roll and can end on the chuck creates a first operation seam.

As shown in FIG. 1 the chuck 5 holds a can end 10 firmly on the flange 11 of a can body 12 against the support provided by the lifter plate 4. Each of the first operation roll 6 and second operation roll 7 are shown clear of chuck before the active seam forming profile of each roll is moved in turn to form the curl of the can end and body flange to a double seam as shown in FIG. 3.

FIG 2 shows on an enlarged scale the chuck 5 and can end 10. The can end comprises a peripheral curl 13, a chuck wall 14 dependent from the interior of the curl, an outwardly concave anti-peaking bead 15 extending inwards from the chuck wall to support a central panel 16 Typically the chuck wall flares outwardly from the vertical at an angle C about 12° to 15°

The chuck 5 comprises a body 17 having a threaded bore 18 permitting attachment to the rest of the apparatus (not shown) An annular bead 19 projects from the body 17 of the chuck to define with the end face of the body a cavity to receive the central panel 16 of the can end. The fit of panel 16 in annulus 19 may be slack between panel wall and chuck.

The exterior surface of the projecting bead 19 extends upwards towards the body at a divergent angle B of about 12° to the vertical to join the exterior of the chuck body 17 which tapers off an angle A° of about 4° to a vertical axis perpendicular to the central panel The outer wall of the chuck 5 engages with the chuck wall at a low position marked "D" within the 12° shaped portion of the chuck bead 15.

As can ends are developed with narrower anti-peaking beads the chuck bead 19 becomes narrower and more likely to fracture. There is also a risk of scuffing of the can end at the drive position D which can leave unacceptable unsightly black marks after pasteurisation

FIG. 3 shows a sectioned fragment of a typical double seam showing a desirable overlap of body hook 21 and end hook 20 between the can end 10 and can body 12

FIG. 4 shows a can end, according to the invention, comprising a peripheral cover hook, a chuck wall 24 extending axially and inwardly from the interior of the peripheral cover hook, an outwardly concave reinforcing or anti-peaking bead 25 extending radially inwards from the chuck wall, and a central panel 26 supported or an inner portion panel with 27. The panel wall is substantially upright allowing for any metal spring back after pressing. The chuck wall is inclined to an axis perpendicular to the exterior of the central panel at an angle C, between 20° and 60°; preferably between 40° and 45°. Typically the cross sectional radius of the antipeaking bead is about 0.5 mm.

Preferably the anti-peaking bead 25 is parallel sided, however the outer wall may be inclined to a line perpendicular to the central panel at an angle between −15° to +15° and the height $h_4$ of the outer wall may be up to 2.5 mm

This can end is preferably made from a laminate of sheet metal and polymeric coating. Preferably the laminate comprises an aluminium magnesium alloy sheet such as 5182, or aluminium manganese alloy such as 3004 with a layer of polyester film on one side A polypropylene film may be used on the "other side" if desired

Typical dimensions of the example of the invention are:

| | | |
|---|---|---|
| d5 | overall diameter (as stamped) | 65.83 mm |
| d4 | PC diameter of seaming panel radius | 61.54 mm |
| d3 | PC diameter of seaming panel/chuck wall radius | 59.91 mm |
| $r_1$ | seaming panel/chuck wall radius | 1.27 mm |

4

-continued

| | | |
|---|---|---|
| $r_2$ | seaming panel radius | 5.56 mm |
| $r_3$ | concave radius in antipeaking bead | <1.5 mm |
| $d_2$ | maximum diameter of antipeaking bead | 50.00 mm |
| $d_1$ | minimum diameter of antipeaking bead | 47.24 mm |
| $h_2$ | overall height of can end | 6.86 mm |
| $h_1$ | height to top of antipeaking bead | 5.02 mm |
| $h_3$ | panel depth | 2.29 mm |
| $h_4$ | outer wall height | 1.78 mm |
| c | chuck wall angle to vertical | 43° |

From these dimensions it can be calculated that the ratio of central panel diameter of 47.24 mm to overall diameter of can end 65.84 is about 0.72 to 1

For economy the aluminium alloy is in the form of sheet metal less than 0.010" (0.25 mm). A polyester film on the metal sheet is typically 0.0005" (0.0125 mm).

Although this example shows an overall height $h_2$ at 6.86 mm we have also found that useful can ends may be made with an overall height as little as 6.35 mm (0.25").

FIG. 5 shows the peripheral flange 23 of can end 22 of FIG 4 resting on the flange 11 of a can body 12 before formation of a double seam as discussed with reference to FIG. 1.

In FIG. 5 a modified chuck 30 comprises a chuck body 31 having a frustoconical drive surface 32 engaging with the chuck wall 24 of the can end 22

The frustoconical drive surface is inclined outwardly and axially at an angle substantially equal to the angle of inclination C° of between 20° and 60°; in this particular example on chuck angle C of 43° is preferred. The drive surface 32 is a little shorter than the chuck wall 24 of the chuck body. The substantially cylindrical surface portion 33, rising above the drive surface 32, may be inclined at an angle between +4° and −4° to a longitudinal axis of the chuck. As in FIG. 2, this modified chuck 30 has a threaded aperture to permit attachment to the rest of the double seam forming apparatus (not shown).

In contrast to the chuck of FIG. 2 the modified chuck 30 is designed to drive initially on the relatively large chuck wall 32 without entering deeply into the anti-peaking bead 25 Further drive is obtained at the juncture of chuck wall 32 and cylindrical wall 33 as chuck wall of end 24 is deformed during 1st and 2nd operation seaming FIGS. 6 and 7. The chuck 30 shown in FIG 5 has an annular bead of arcuate cross section but this bead is designed to enter the chuck wall without scratching or scuffing a coating on the can end; not to drive on the concave bead surface as shown in FIG. 2

It will be understood that first operation seaming is formed using apparatus as described with reference to FIG 1

FIG. 6 shows the modified can end and chuck during formation of a first operation seam shown at the left of FIG. 2 as formed by a first operation roll 34 adjacent the interfolded peripheral flange of the can end and flange 11 body 12.

During relative rotation as between the can end 22 and first operation roll 34 the edge between the chuck drive wall 32 and cylindrical wall 33 exerts a pinching force between chuck 30 and roll 34 to deform the chuck wall of the can end as shown.

After completion of the first operation seam the first operation roll is swung away from the first operation seam and a second operation roll 38 is swung inwards to bear upon the first operation seam supported by the chuck 30 Relative rotation as between the second operation roll 38 and first operation roll supported by a chuck with 30 completes a double seam as shown in FIG 7 and bring the upper portion 24 of the chuck wall 24 to lie tightly against the can body

A9

US 6,848,875 B2

5

neck in a substantially upright attitude as the double seam is tightened by pinch pressure between the second operation roll 38 and chuck 30.

Can ends according to the invention were made from aluminium alloy 5182 and an aluminium alloy 3004/polymer laminate sold by CarnaudMetalbox under the trade mark ALULITE. Each can end was fixed by a double seam to a drawn and wall ironed (DWI) can body using various chuck angles and chuck wall angle as tabulated in Table 1 which records the pressure inside a can at which the can ends failed:

6

It will be observed that the container pressures achieved for samples J, K, L, 4.89 bar (70.9 psig), 4.83 bar (70.0 psig) and 4.74 bar (68.7 psig) respectively were much enhanced by clamping the double seam.

In order to provide seam strength without use of a clamping ring, modified chucks were used in which the drive slope angle C° was about 43° and the cylindrical surface 33 was generally +4° and −4°. Results are shown in Table 3.

TABLE 1

| | CAN END DATA | | | PRESSURE IN BAR (PSIG) TO FAILURE FOR VARIOUS SEAMING CHUCK ANGLES B° | | | | |
|---|---|---|---|---|---|---|---|---|
| Sample Code | Material Thickness mm | Minimum Diameter D1 mm | CHUCK Wall Angle "C" | 23° | 10°/23° | 4°/23° | 23° with D Seam Ring | 10°/23″ with D Seam Ring |
| A | ALULITE 0.23 | 52.12 (2.052″) | 21.13° | 5.534 (80.20) | 5.734 (83.10) | 5.311 (76.97) | 6.015 (87.17) | 5.875 (85.14) |
| B | 5182 0.244 | 52.12 (2.052″) | 21.13° | 5.599 (81.15) | 5.575 (80.79) | 5.381 (77.99) | 5.935 (86.01) | 5.895 (85.43) |
| C | 5182 0.245 | 52.12 (2.052″) | 21.13′ | 6.004 (87.02) | 5.910 (85.65) | 5.800 (84.06) | 6.224 (90.21) | 6.385 (92.54) |
| D | ALULITE 0.23 | 51.92 (2.044″) | 21.13° | 5.334 (77.31) | 5.229 (75.78) | 5.238 (75.91) | 5.730 (83.04) | 5.404 (78.32) |
| E | 5182 0.224 | 51.92 (2.044″) | 21.13° | 5.555 (80.50) | 5.514 (79.92) | 5.354 (77.60) | 5.895 (85.43) | 5.930 (85.94) |
| F | 5182 0.245 | 51.92 (2.044″) | 23° | 5.839 (84.63) | 5.804 (84.12) | 5.699 (82.59) | 6.250 (90.58) | 6.435 (93.26) |
| G | ALULITE 0.23 | 51.92 (2.044″) | 23° | | | 5.123 (74.25) | | |
| H | 5182 0.224 | (51.92) (2.044″) | 23° | | | 5.474 (79.34) | | |
| I | 5182 0.245 | 51.92 (2.044″) | 23° | | | 5.698 (82.58) | | |

All pressures on unaged shells in bar (psig). 5182 is an aluminium-magnesium-manganese alloy lacquered. The "ALULITE" used is a laminate of aluminium alloy and polyester film.

The early results given in Table 1 showed that the can end shape was already useful for closing cans containing relatively low pressures. It was also observed that clamping of the double seam with the "D" seam ring resulted in improved pressure retention. Further tests were done using a chuck wall angle and chuck drive surface inclined at nearly 45°: Table 2 shows the improvement observed:

TABLE 2

| | h₂ | h₃ | | Chuck Angles B° | |
|---|---|---|---|---|---|
| Sample Code | mm (inches) | mm (inches) | h₄ mm (inches) | 43° | 43° with seam ring |
| J | 6.86 (0.270) | 2.39 (0.094) | 2.29 (0.09) | 4.89 (70.9) | 6.15 (89.1) |
| K | 7.11 (0.280) | 2.64 (0.104) | 2.54 (0.10) | 4.83 (70.0) | 5.98 (86.6) |
| L | 7.37 (0.290) | 2.90 (0.114) | 2.79 (0.11) | 4.74 (68.7) | 6.44 (93.3) |

Table 2 is based on observations made on can ends made of aluminium coated with polymer film (ALULITE) to have a chuck wall length of 5.029 mm (0.198″) up the 43° slope

TABLE 3

| | | Results | | |
|---|---|---|---|---|
| SAMPLE CODE | MATERIAL | LINING COMPOUND | CHUCK ANGLES DRIVE/ WALL | PRESSURE |
| e | 0.224 5182 | with | 43° | 4.60 (66.7) |
| g | 0.23 Alulite | with | 43°/4° | 5.45 (79.0) |
| h | 0.224 5182 | with | 43°/4° | 6.46 (93.6) |
| j | 0.23 Alulite | without | 43°/4° | 5.91 (85.6) |
| k | 0.244 5182 | without | 43°/4° | 6.18 (89.6) |
| l | 0.23 Alulite | without | 43°/−4° | 5.38 (77.9) |
| m | 0.25 Alulite | without | 43°/−4° | 6.20 (89.8) |
| n | 0.23 Alulite | without | 43°/0° | 6.11 (88.5) |
| o | 0.25 Alulite | without | 43°/0° | 6.62 (95.9) |

ALL PRESSURES IN BAR (PSIG)

ALL CODES

Reform Pad Dia. 47.24 mm (1.860″) (202 Dia). 6.86 mm (0.270″) unit Depth h₂ 2.39 mm (0.094″) Panel Depth

Table 3 shows Code "0" made from 0.25 mm Alulite to give 6.62 bar (95 psi) Pressure Test Result indicating a can end suitable for pressurised beverages. Further chucks with various land lengths (slope) were tried as shown in Table 4

A10

US 6,848,875 B2

7

TABLE 4

CHUCK WALL ANGLE

| VARIABLE CODE | 43°/0° 1.9 mm LAND SHARP TRANSITION | | | 43°/0° 1.27 MM LAND R 0.5 MM BLEND |
|---|---|---|---|---|
| | NO. D.SEAM RING | WITH D.SEAM RING | NO. D.SEAM RING | WITH D.SEAM RING |
| 7 | 6.699 (97.08) | 7.017 (101.7) | 6.779 (98.24) | 7.006 (101.54) |
| 8 | 6.315 (91.52) | 6.521 (94.5) | 6.293 (91.2) | 6.236 (90.37) |
| 9 | 6.095 (88.33) | 6.30 (91.3) | 6.238 (90.4) | 6.719 (97.38) |

ALL PRESSURES IN BAR (PSIG)
CODE

7=0.25 mm Alulite, 47.24 mm (1.860") Reform Pad, 6.86 mm (0.270") $h_2$ Depth, 2.38 mm (0.094") Panel; $h_4$ depth=2.29 mm (0.09")

8=0.23 mm Alulite, 47.24 mm (1.860") Reform Pad, 7.11 mm (0.280") $h_2$ Depth, 2.64 mm (0.104") Panel; $h_4$ depth=2.54 mm (0.10")

9=0.23 mm Alulite, 47.24 mm (1.860") Reform Pad, 7.37 mm (0.290") $h_2$ Depth, 2.90 mm (0.114") Panel; $h_4$ depth=2.79 mm (0.11")

Table 4 shows results of further development to seaming chuck configuration to bring closer the pressure resistance of ring supported and unsupported double seams

Table 4 identifies parameters for length of generally vertical cylindrical surface 33 on the seaming chuck 30, and also identifies a positional relationship between the chuck wall 24 of the end and the finished double seam It will be understood from FIG. 7 shows that the forces generated by thermal processing or carbonated products are directed towards and resisted by the strongest portions of the completed double seam

Table 5 shows results obtained from a typical seam chuck designed to give double seam in accordance with parameters and relationships identified in Table 4 Typically:—As shown in FIG 8 the chuck comprises a cylindrical land of length 'l' typically 1.9 mm (0.075") and frustoconical drive surface 32 inclined at an angle Y°, typically 43°, to the

8

cylindrical to which it is joined by a radius R typically 0.5 mm (0.020") Angle "X" is typically 90°

TABLE 5

| CODE | GAUGE | DIMENSIONS mm | | PRESSURE | |
|---|---|---|---|---|---|
| | | $h_2$ | $h_3$ | bar | (psi) |
| 20 | 23 mm | 7.37 (.290") | 2.36 (.093") | 6.383 | (92.6) |
| 21 | 23 mm | 7.37 (.290") | 2.36 (.093") with compound | 6.402 | (92.8) |
| 26 | 23 mm | 6.87 (.2705") | 2.37 (.0935") | 6.144 | (89.88) |
| 27 | 23 mm | 6.87 (.2705") | 2.37 (.0934") with compound | 6.071 | (88.0) |
| 28 | 23 mm | 7.37 (.290") | 2.36 (.093") | 6.414 | (93.0) |
| 29 | 23 mm | 7.37 (.290") | 2.84 (.112") | 6.725 | (97.5) |
| 30 | 23 mm | 6.86 (.270") | 2.37 (.0935") | 6.062 | (87.9) |
| 31 | 23 mm | 6.86 (.270") | 2.37 (.0935") | 6.013 | (87.2) |
| 34 | 25 mm | 7.37 (.290") | 2.87 (.113") | 7.787 | (112.9) |
| 36 | 25 mm | 7.32 (.288") | 2.34 (.092") | 7.293 | (105.8) |
| 37 | 25 mm | 7.32 (.288") | 2.34 (.092") | 7.402 | (107.3) |
| 38 | 25 mm | 6.87 (.2705") | 2.41 (.095") with compound | 7.077 | (102.6) |
| 516 | 25 mm | 6.35 (.250") | 2.34 (.092") with compound | 6.937 | (100.6) |

All variables made from Alulite, 10 Cans per variable

The can ends may be economically made of thinner metal if pressure retention requirements permit because these can ends have a relatively small centre panel in a stiffer annulus

FIG 9 shows a can 12a, closed according to this invention, stacked upon a like can 12b shown sectioned so that stacking of the upper can on the lower can end is achieved by a stand bead 31a of the upper can fits inside the chuck wall 24 of the lower can end with the weight of the upper can resting on the double seam 34 of the lower can end

The clearance between the bottom of the upper can body and lower can end may be used to accommodate ring pull features (not shown) in the can end or promotional matter such as an coiled straw or indicia

Using the experimental data presented above, a computer programme was set up to estimate the resistance to deformation available to our can ends when joined to containers containing pressurised beverage The last two entries on the table relate to a known 206 diameter beverage can end and an estimate of what we think the KRASKA patent teaches

TABLE 6

| END SIZE Bead OD:ID | OVERALL DIA mm | PANEL DIA $d_1$ mm | RATIO OVERALL DIA: PANEL DIA | CHUCK WALL ANGLE °C | CHUCK WALL LENGTH l mm | RE-INFORCING RAD $r_3$ mm | INNER WALL HEIGHT $h_3$ mm | OUTER WALL HEIGHT $h_4$ mm | PREDICTED CUT EDGE Ø (*DENOTES ACTUAL) | ACTUAL THICK-NESS TO CONTAIN PSI |
|---|---|---|---|---|---|---|---|---|---|---|
| 206-204 | 64.39 (2.535") | 49.49 (1.9485") | 1.3010 | 33.07° | 4.22 (0.166") | 0.52 (0.204") | 2.34 (0.092") | 1.78 (0.070") | 75.230 (2.9618") | 0.255 |
| 206-202 | 64.39 (2.535") | 47.33 (1.8634") | 1.3604 | 42.69° | 4.95 (0.195") | 0.52 (0.0204") | 2.34 (0.092") | 1.78 (0.070") | 74.272 (2.9241")* | 0.255 |
| 206-200 | 64.39 (2.535") | 45.07 (1.7744") | 1.4287 | 50.053° | 5.82 (0.229") | 0.52 (0.0204") | 2.34 (0.092") | 1.78 (0.070") | 73.13 (2.9021") | 0.255 |
| 204-202 | 62.18 (2.448") | 47.33 (1.8634") | 1.3137 | 29.78° | 3.96 (0.156") | 0.52 (0.0204") | 2.34 (0.092") | 1.78 (0.070") | 73.767 (2.9042") | 0.24 |

A11

US 6,848,875 B2

9      10

TABLE 6-continued

| END SIZE Bead OD:D | OVERALL DIA mm | PANEL DIA $d_1$ mm | RATIO OVERALL DIA: PANEL DIA | CHUCK WALL ANGLE °C. | CHUCK WALL LENGTH L mm | RE-INFORCING RAD $r_3$ mm | INNER WALL HEIGHT $h_3$ mm | OUTER WALL HEIGHT $b_4$ mm | PREDICTED CUT EDGE Ø (*DENOTES ACTUAL) | ACTUAL THICK-NESS TO CONTAIN PSI |
|---|---|---|---|---|---|---|---|---|---|---|
| 204-200 | 62.18 (2.448") | 45.07 (1.7744") | 1.3796 | 40.786° | 4.70 (0.185") | 0.52 (0.0204") | 2.34 (0.092") | 1.78 (0.070") | 72.911 (2.8705") | 0.24 |
| 202-200 | 71.98 (2.834") | 45.07 (1.7744") | 1.597 | 30.266° | 4.09 (0.161") | 0.52 (0.0204") | 2.34 (0.092") | 1.78 (0.070") | 71.984 (2.834") | 0.225 |
| 206 std | 64.69 (2.547") | 51.92 (2.044") | 1.2461 | 15.488° | 4.39 (0.173") | 0.56 (0.022") | 2.03 (0.080") | — | 76.454 (3.010")* | 0.28 |
| KRASKA ESTIMATE | 64.39 (eg 2.535") | — | — | 15° | 2.54 (0.100") | 0.81 (0.032") | 1.65 (0.065") | 2.29 (0.090") | 78.080 (3.074") | 0.292 (0.0115") |

All experiments modelled on a notional aluminium alloy of yield strength 310 mpa 0.25 mm thick. The standard was also 310 mpa BUT 0.275 mm thick.

What is claimed is:

1. A method of forming a double seam between a can body and a can end, said method comprising the steps of:

a) providing a can end having a circumferentially extending peripheral curl and a wall extending circumferentially and radially inward from said curl and an annular reinforcing bead extending radially inward from said wall, said reinforcing bead having an interior surface, said peripheral curl comprising a seaming panel and a radiused portion extending from said seaming panel to said wall, said wall inclined between about 20° and about 60° with respect to an axial centerline of said can end;

b) placing said curl of said can end into contact with a circumferentially extending flange of a can body;

c) providing a rotatable chuck having first and second circumferentially extending walls, said first and second walls forming a juncture therebetween; bringing said chuck into engagement with said can end so that said juncture of said first and second walls of said chuck contacts said inclined wall of said can end;

d) rotating said chuck;

e) performing a first seaming operation by placing a first seaming roll into contact with said can end curl while rotating said can end so as to partially deform said curl and said can body flange into a partial seam, said rotation of said can end during said first seaming operation driven by said rotating chuck through driving contact between said juncture of said first and second walls of said chuck and said inclined wall of said can end without driving contact between said chuck and said can end bead interior surface;

f) performing a second seaming operation by placing a second seaming roll into contact with said partially deformed can end curl so as to further deform said curl and said can body flange so as to further form said seam.

2. The method according to claim 1, wherein said first and second seaming operations reform said can end inclined wall by bending a first portion of said inclined wall upward by an angle of at least about 16°.

3. The method according to claim 1, wherein as a result of said first and second seaming operations said can end inclined wall is reformed so that a first portion of said wall is oriented substantially cylindrically.

4. The method according to claim 1, wherein prior to performing said first seaming operation said wall of said can end is inclined between about 30° and about 50° with respect to said axial centerline of said can end.

5. The method according to claim 4, wherein as a result of said first and second seaming operations said can end inclined wall is reformed so that a first portion of said wall is oriented substantially cylindrically.

6. The method according to claim 4, wherein said first and second seaming operations reform said can end inclined wall by bending a first portion of said inclined wall upward by an angle of at least about 26°.

7. The method according to claim 1, wherein prior to performing said first seaming operation said wall of said can end is inclined between about 40° and about 45° with respect to an axial centerline of said can end.

8. The method according to claim 7, wherein as a result of said first and second seaming operations said can end inclined wall is reformed so that a first portion of said wall is oriented substantially cylindrically.

9. The method according to claim 7, wherein said first and second seaming operations reform said can end inclined wall by bending a first portion of said inclined wall upward by an angle of at least about 36°.

10. The method according to claim 1, wherein said first circumferentially extending wall of said chuck is oriented so as to be substantially cylindrical

11. The method according to claim 10, wherein said substantially cylindrical first wall of said chuck is oriented so as to be inclined with respect to an axial centerline of said chuck by no more than about 4°.

12. The method according to claim 1, wherein the distance from the lowermost point on said annular bead to the uppermost point on said curl defines a height of said can end, and wherein as a result of said first and second seaming operations said can end inclined wall is reformed so that a first portion of said wall is bent upwardly so as to substantially increase said height of said can end.

13. The method according to claim 1, wherein said chuck second wall is inclined with respect to an axial centerline of said chuck that substantially matches said inclination of said can end wall, and wherein said rotation of said can end during said first seaming operation is aided by driving contact between said second wall of said chuck and said inclined wall of said can end.

14. A method of forming a double seam between a can body and a can end intended for use in packaging a carbonated beverage, said method comprising the steps of:

a) providing a can end having (i) a circumferentially extending peripheral cover hook, said peripheral cover hook comprising a seaming panel to be formed into a portion of said double seam during a seaming operation, (ii) an annular reinforcing bead, and (iii) a circumferentially extending wall extending from said

A12

US 6,848,875 B2

11

seaming panel to said reinforcing bead, said wall comprising first and second wall portions, said first wall portion to be formed into another portion of said double seam during said seaming operation, said first wall portion extending from said seaming panel to a first location on said wall and comprising a radiused portion extending from said seaming panel, said second wall portion extending from said first wall portion at said first wall location to a second location on said wall that forms a transition with said reinforcing bead, whereby said first and second locations form end points of said second wall portion, and wherein a straight line extending between said first and second locations on said wall is inclined between about 20° and about 60° with respect to an axial centerline of said can end;

b) placing said cover hook of said can end into contact with a circumferentially extending flange of a can body;

c) providing a rotatable chuck comprising a first circumferentially extending wall, said chuck first wall being substantially cylindrical;

d) bringing said chuck into engagement with said can end; and

e) performing said seaming operation by placing one or more seaming rolls into contact with said peripheral cover hook of said can end while said can end rotates so as to deform said seaming panel of said cover hook and said first wall portion and said can body flange into said double seam, said seaming operation deforming said first wall portion such that at least a portion of said first wall portion after seaming is substantially cylindrical, said first location on said wall after said seaming operation forming the transition from said substantially cylindrical wall portion to said second wall portion, said line between said first and second locations on said wall remaining inclined between about 20° and about 60° with respect to said axial centerline after completion of said seaming operation

15 The method according to claim 14, wherein during said seaming operation at least a portion of said can end wall first portion is reformed by bending upward by an angle of at least about 16°.

16 The method according to claim 14, wherein said line between said first and second locations on said wall of said can end is inclined between about 30° and about 50° with respect to an axial centerline of said can end prior to performing said seaming operation

17. The method according to claim 16, wherein during said seaming operation at least a portion of said can end wall first portion is reformed by bending upward by an angle of at least about 26°.

18 The method according to claim 14, wherein said line between said first and second locations on said second wall of said can end is inclined between about 40° and about 45° with respect to an axial centerline of said can end

19 The method according to claim 18, wherein during said seaming operation at least a portion of said can end wall first portion is reformed by bending upward by an angle of at least about 36°

20 The method according to claim 14, wherein said substantially cylindrical first wall of said chuck is oriented so as to be inclined with respect to an axial centerline of said chuck by no more than about 4°

21 The method according to claim 14, wherein the distance from the lowermost point on said annular bead to the uppermost point on said cover hook defines a height of said can end, and wherein as a result of said seaming

12

operation at least a portion of said can end first wall portion is bent upwardly into said substantially cylindrical orientation so as to substantially increase said height of said can end.

22 The method according to claim 14, wherein

f) said annular bead has an interior surface thereof;

g) said chuck further comprises a second wall, said first and second walls of said chuck form a juncture therebetween;

h) said seaming operation comprises (i) performing a first seaming operation by placing a first seaming roll into contact with said can end cover hook while said can end is rotated so as to partially deform said cover hook and said first wall portion and said can body flange into a partial seam, and (ii) performing a second seaming operation by placing a second seaming roll into contact with said partially deformed can end cover hook so as to further deform said cover hook and said first portion and said can body flange so as to further form said seam;

i) said rotation of said can end during said first seaming operation is accomplished by imparting driving contact between said juncture of said first and second walls of said chuck and said wall of said can end but without imparting driving contact between said chuck and said can end bead interior surface.

23 The method according to claim 14, further comprising the step of filling the can body with a carbonated beverage prior to performing said seaming operation

24 The method according to claim 14, wherein said chuck further comprises a second chuck wall depending from said substantially cylindrical first chuck wall, said second chuck wall not being substantially cylindrical whereby said first and second chuck walls form a juncture therebetween, and wherein the step of bringing said chuck into engagement with said can end comprises bringing said chuck wall juncture into engagement with said can end wall proximate said first location on said can end wall.

25 The method according to claim 24, wherein the step of performing said seaming operation further comprises bending said first wall portion of said can end upwardly around said chuck wall juncture so as to permanently deform said first wall portion

26. The method according to claim 14, wherein said wall of said can end is substantially frustoconical prior to performing said seaming operation

27 The method according to claim 14, wherein said first and second portions of said wall of said can end lie along a substantially straight line prior to performing said seaming operation.

28 The method according to claim 14, wherein said line between the first and second locations on said second wall remains inclined between about 30° and about 50° after seaming.

29 The method according to claim 14, wherein said line between the first and second locations on said second wall remains inclined between about 40° and about 45° after seaming.

30 The method according to claim 14, wherein, in said step c) of performing the seaming operation, rotation of said can end is achieved without imparting driving contact between said chuck and a bottom interior surface of said reinforcing bead

31 The method according to claim 14, wherein said chuck further comprises a second chuck wall depending from said substantially cylindrical first chuck wall, said second chuck wall being substantially frustoconical

US 6,848,875 B2

13

32. A method of forming a double seam between a can body and a can end intended for use in packaging a carbonated beverage, said method comprising the steps of:

a) providing a can end having (i) a circumferentially extending peripheral cover hook, said peripheral cover hook comprising a seaming panel to be formed into a portion of said double seam during a seaming operation and (ii) a circumferentially extending wall comprising first and second portion, said first wall portion to be formed into another portion of said double seam during said seaming operation, said first wall portion extending from said seaming panel to a first location on said wall and comprising a radiused portion extending from said seaming panel, said second wall portion extending from said first wall portion at said first wall location on said wall to a second location on said wall, whereby said first and second locations form end points of said second wall portion, said second wall location being the lowermost point of said wall, and wherein a straight line extending between said first and second locations on said wall is inclined between about 20° and about 60° with respect to an axial centerline of said can end;

b) placing said cover hook of said can end into contact with a circumferentially extending flange of a can body;

c) providing a rotatable chuck comprising a first circumferentially extending wall, said first chuck wall being substantially cylindrical;

d) bringing said chuck into engagement with said can end; and

e) performing said seaming operation by placing one or more seaming rolls into contact with said peripheral cover hook of said can end so as to deform said seaming panel of said cover hook and said first wall portion and said can body flange into said double seam, said first portion of said can end wall being pressed against said chuck first wall so that at least a portion of said first portion of said can end wall is bent upward through an angle of at least about 16°, said first location on said wall after said seaming operation forming the transition from said double seam to said second wall portion, said line between said first and second locations remaining inclined between about 20° and about 60° with respect to said axial centerline.

33. The method according to claim 32, wherein said line between said first and second locations on said wall of said can end is inclined between about 30° and about 50° with respect to said axial centerline of said can end prior to performing said seaming operation.

34. The method according to claim 33, wherein during said seaming operation at least a portion of said can end wall first portion is reformed by bending upward by an angle of at least about 26°.

35. The method according to claim 33, wherein said line between the first and second locations on said second wall portion remains inclined between about 30° and about 50° after seaming.

36. The method according to claim 32, wherein said line between said first and second locations on said wall of said can end is inclined between about 40° and about 45° with respect to said axial centerline of said can end prior to performing said seaming operation.

37. The method according to claim 36, wherein during said seaming operation at least a portion of said can end wall first portion is reformed by bending upward by an angle of at least about 36°.

14

38. The method according to claim 36, wherein said line between the first and second locations on said second wall portion remains inclined between about 40° and about 45° after seaming.

39. The method according to claim 32, wherein the can end further comprises a reinforcing bead extending radially inward from said second portion of said wall at said second wall location, the distance from a lowermost point on said annular bead to the uppermost point on said cover hook defines a height of said can end wall, and wherein said upward bending of said first portion of can end wall during said seaming operation substantially increases said height of said can end.

40 The method according to claim 32, wherein

f) said can end comprises an annular reinforcing bead extending radially inward from said wall, said annular bead having an interior surface thereof;

g) said chuck further comprises a second wall, said first and second walls of said chuck form a juncture therebetween;

h) said seaming operation comprises (i) performing a first seaming operation by placing a first seaming roll into contact with said can end peripheral cover hook while said can end is rotated so as to partially deform said cover hook and said first wall portion and said can body flange into a partial seam, and (ii) performing a second seaming operation by placing a second seaming roll into contact with said partially deformed can end cover hook so as to further deform said cover hook and said first wall portion and said can body flange so as to further form said seam;

i) said rotation of said can end during said first seaming operation is accomplished by imparting driving contact between said juncture of said first and second walls of said chuck and said wall of said can end but without imparting driving contact between said chuck and said can end bead interior surface.

41. The method according to claim 32, further comprising the step of filling the can body with a carbonated beverage prior to performing said seaming operation.

42. The method according to claim 32, wherein said chuck further comprises a second chuck wall depending from said substantially cylindrical first chuck wall, said second chuck wall not being substantially cylindrical whereby said first and second chuck walls form a juncture therebetween, and wherein the step of bringing said chuck into engagement with said can end comprises bringing said chuck wall juncture into engagement with said can end wall proximate said second location on said can end wall.

43. The method according to claim 42, wherein said bending of said first wall portion during said seaming operation comprises bending said first wall portion upwardly around said chuck wall juncture.

44. The method according to claim 42, wherein said end includes an annular reinforcing bead extending from said second wall portion and, in said step e) of performing said seaming operation, rotation of said can end is achieved without imparting driving contact between said chuck and a bottom interior surface of said reinforcing bead.

45. The method according to claim 32, wherein the can end includes a reinforcing bead extending radially inward from said lowermost point of said second portion of the wall.

46. The method according to claim 32, wherein said wall of said can end is substantially frustoconical prior to performing said seaming operation.

47. The method according to claim 32, wherein said first and second portions of said wall of said can end lie along a substantially straight line prior to performing said seaming operation.

US 6,848,875 B2

15

**48.** The method according to claim **32**, wherein after said seaming operation said first and second portions of said can end wall intersect at an obtuse angle.

**49** The method according to claim **32**, wherein said chuck further comprises a second chuck wall depending from said substantially cylindrical first chuck wall, said second chuck wall being substantially frustoconical.

**50** A method of forming a double seam between a can body and a can end intended for use in packaging a carbonated beverage, said method comprising the steps of:

a) providing a can end having (i) a circumferentially extending peripheral cover hook, said peripheral cover hook comprising a seaming panel to be formed into a portion of said double seam during a seaming operation, (ii) an annular reinforcing bead, and (iii) a circumferentially extending wall extending from said seaming panel to said reinforcing bead, said wall and said reinforcing bead forming a transition therebetween;

b) placing said cover hook of said can end into contact with a circumferentially extending flange of a can body;

c) providing a rotatable chuck comprising first and second circumferentially extending walls, said second chuck wall depending from said first chuck wall so as to form a juncture therebetween;

d) bringing said chuck into engagement with said can end; and

e) performing said seaming operation by placing one or more seaming rolls into contact with said peripheral cover hook of said can end while said can end rotates so as to deform said seaming panel of said cover hook and to bend a portion of said can end wall upwardly around said juncture of said chuck walls at a first location on said can end wall, a straight line extending from said first location on said can end wall to said transition between said can end wall and said reinforcing bead inclined between about 20° and about 60° with respect to said axial centerline both before and after said seaming operation

**51** The method according to claim **50** wherein at least a portion of said portion of said can end wall bent upwardly during said seaming operation is bent upward through an angle of at least about 16°

**52** The method according to claim **50**, wherein said line extending from said first location to said transition is inclined between about 30° and about 50° with respect to said axial centerline of said can end both before and after performing said seaming operation

**53** The method according to claim **52**, wherein at least a portion of said portion of said can end wall bent upwardly

16

during said seaming operation is bent upward through an angle of at least about 26°.

**54** The method according to claim **50**, wherein said line extending from said first location to said transition is inclined between about 40° and about 45° with respect to said axial centerline of said can end both before and after performing said seaming operation.

**55** The method according to claim **54**, wherein at least a portion of said portion of said can end wall bent upwardly during said seaming operation is bent upward through an angle of at least about 36°.

**56** The method according to claim **50**, wherein at least a portion of said portion of said can end wall bent upwardly during said seaming operation is bent upward into a substantially cylindrical configuration

**57** The method according to claim **50**, wherein said wall of said can end is substantially frustoconical prior to performing said seaming operation

**58** The method according to claim **50**, wherein said first wall of said chuck is oriented so as to be inclined with respect to an axial centerline of said chuck by no more than about 4°

**59** The method according to claim **50**, wherein said first wall of said chuck is substantially cylindrical

**60** The method according to claim **50**, wherein said second chuck wall being substantially frustoconical.

**61** The method according to claim **50**, wherein the distance from a lowermost point on said annular bead to the uppermost point on said cover hook defines a height of said can end, and said seaming operation increases said height of said can end.

**62** The method according to claim **50**, wherein

f) said annular bead has an interior surface thereof;

g) said seaming operation comprises (i) performing a first seaming operation by placing a first seaming roll into contact with said can end curl while said can end is rotated so as to partially deform said cover hook and a first portion of said can end wall and said can body flange into a partial seam, and (ii) performing a second seaming operation by placing a second seaming roll into contact with said partially deformed can end cover hook so as to further deform said cover hook and said can end wall first portion and said can body flange so as to further form said seam;

h) said rotation of said can end during said first seaming operation is accomplished without imparting driving contact between said chuck and said can end bead interior surface.

*  *  *  *  *



US006935826B2

(12) **United States Patent**　　　(10) Patent No.:　US 6,935,826 B2
　　Brifcani et al.　　　　　　　　　　(45) Date of Patent:　Aug. 30, 2005

(54) CAN END AND METHOD FOR FIXING THE SAME TO A CAN BODY

(75) Inventors: **Mounyed Mamdooh Brifcani,** Oxfordshire (GB); **Peter James Hinton,** Swindon (GB); **Mark Christopher Kysh,** Wantage (GB)

(73) Assignee: **Crown Cork & Seal Technologies Corporation,** Alsip, IL (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: 10/417,980

(22) Filed: **Apr. 17, 2003**

(65) **Prior Publication Data**

US 2003/0202862 A1　Oct. 30, 2003

**Related U.S. Application Data**

(63) Continuation of application No. 10/024,862, filed on Dec. 18, 2001, now Pat. No. 6,848,875, which is a continuation of application No. 09/650,664, filed on Aug. 30, 2000, now abandoned, which is a continuation of application No. 09/552,668, filed on Apr. 19, 2000, now abandoned, which is a continuation of application No. 08/945,698, filed as application No. PCT/GB96/00709 on Mar. 25, 1996, now Pat. No. 6,065,634.

(30) **Foreign Application Priority Data**

May 24, 1995　(GB) ........................... 9510515

(51) Int. Cl.[7] .................. B21D 51/32; B21D 51/44
(52) U.S. Cl. ............. 413/31; 220/619; 220/620; 220/623; 220/906
(58) Field of Search ................. 413/2, 4, 8, 31, 413/27, 36, 37, 43; 220/268, 269, 270, 619, 620, 623, 621, 617, 62 22, 62.12, 906

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 3,023,927 | A | * | 3/1962 | Ehman | 220/619 |
| 3,526,486 | A | * | 9/1970 | Smith et al. | 428/626 |
| 3,843,014 | A | * | 10/1974 | Cospen et al. | 220/623 |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | G 92 11 788.0 | 1/1993 |
| EP | 0 153 115 A3 | 8/1985 |
| EP | 0 153 115 A2 | 8/1985 |
| EP | 0 340 955 A1 | 11/1989 |
| GB | 1444470 | 7/1976 |
| GB | 2 143 202 | 2/1985 |
| GB | 2 196 891 | 5/1988 |
| GB | 2 218 024 | 11/1989 |
| JP | 57-117323 | 7/1982 |
| JP | 63-125152 | 5/1988 |
| JP | 01 1 167 050 | 6/1989 |
| JP | 03-032835 | 2/1991 |
| JP | 03-043349 | 2/1991 |
| WO | WO 93/17864 | 9/1993 |

OTHER PUBLICATIONS

Translation copy of Japanese Utility Model Application No. 57-117323 *

(Continued)

*Primary Examiner*—Lowell A. Larson
*Assistant Examiner*—Jimmy T Nguyen
(74) *Attorney, Agent, or Firm*—Woodcock Washburn LLP

(57) **ABSTRACT**

A can end includes a peripheral cover hook a chuck wall dependent from the interior of the cover hook, an outwardly concave annular reinforcing bead extending radially inwards from the chuck wall, and a central panel supported by an inner portion of the reinforcing bead, characterized in that, the chuck wall is inclined to an axis perpendicular to the exterior of the central panel at an angle between 20° and 60°, and the concave cross-sectional radius of the reinforcing bead is less than 0.75 mm.

**14 Claims, 4 Drawing Sheets**



**US 6,935,826 B2**

Page 2

## U S PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 3,967,752 | A | 7/1976 | Cudzik | | 220/269 |
| 4,015,744 | A | 4/1977 | Brown | | 220/269 |
| 4,024,981 | A | 5/1977 | Brown | | 220/269 |
| 4,093,102 | A | 6/1978 | Kraska | | 220/623 |
| 4,148,410 | A | 4/1979 | Brown | | 220/269 |
| 4,150,765 | A | 4/1979 | Mazurek | | 220/269 |
| 4,210,257 | A | 7/1980 | Radtke | | 220/269 |
| 4,217,843 | A | 8/1980 | Kraska | | 413/12 |
| 4,276,993 | A | 7/1981 | Hasegawa | | 220/269 |
| 4,286,728 | A | 9/1981 | Fraze et al | | 220/270 |
| 4,365,724 | A | 12/1982 | Walden | | 220/611 |
| 4,402,421 | A | 9/1983 | Ruemer, Jr | | 220/269 |
| 4,448,322 | A | 5/1984 | Kraska | | 220/623 |
| D279,265 | S | 6/1985 | Turner et al | | D9/438 |
| 4,559,801 | A | 12/1985 | Smith et al | | 72/348 |
| 4,578,007 | A | 3/1986 | Diekhoff | | 413/6 |
| 4,606,472 | A | 8/1986 | Taube et al | | 220/500 |
| D285,661 | S | 9/1986 | Brownbill | | D9/435 |
| 4,674,649 | A | 6/1987 | Pavely | | 220/271 |
| 4,681,238 | A | 7/1987 | Sanchez | | 220/260 |
| 4,685,582 | A | 8/1987 | Pulciani et al | | 220/606 |
| 4,716,755 | A | 1/1988 | Bulso, Jr. et al | | 72/349 |
| 4,782,594 | A | 11/1988 | Ponczzuk et al | | 30/417 |
| 4,808,052 | A | 2/1989 | Bulso, Jr et al | | 413/8 |
| 4,809,861 | A | 3/1989 | Wilkinson et al | | 220/623 |
| D300,608 | S | 4/1989 | Taylor et al | | D9/438 |
| D304,302 | S | 10/1989 | Dalli et al | | D9/438 |
| 4,893,725 | A | 1/1990 | Ball et al | | 220/269 |
| 4,930,658 | A | 6/1990 | McEldowney | | 220/269 |
| 5,046,637 | A | * 9/1991 | Kysh | | 220/610 |
| 5,049,019 | A | 9/1991 | Franck et al | | 413/19 |
| 5,064,087 | A | 11/1991 | Koch | | 220/269 |
| 5,129,541 | A | 7/1992 | Voigt et al | | 220/269 |
| 5,143,504 | A | 9/1992 | Brankman | | 413/6 |
| D337,521 | S | 7/1993 | McNulty | | D9/438 |
| 5,252,019 | A | 10/1993 | Saunders et al | | 413/67 |
| D347,172 | S | 5/1994 | Heynen et al | | D9/520 |
| 5,356,256 | A | 10/1994 | Turner et al | | 413/8 |
| D352,898 | S | 11/1994 | Vacher | | D9/438 |
| 5,494,184 | A | 2/1996 | Noguchi et al | | 220/269 |
| 5,582,319 | A | * 12/1996 | Heyes et al | | 220/62 22 |
| 5,839,869 | A | 11/1998 | Moran et al | | 413/31 |
| D406,236 | S | 3/1999 | Brifcani et al | | D9/438 |
| 5,911,551 | A | * 6/1999 | Moran | | 413/31 |
| 5,957,647 | A | 9/1999 | Hinton | | 413/4 |
| 5,971,259 | A | 10/1999 | Bacon | | 229/5.6 |
| 6,024,239 | A | 2/2000 | Turner et al | | 220/269 |
| 6,065,634 | A | 5/2000 | Brifcani et al | | 220/619 |
| 6,089,072 | A | 7/2000 | Fields | | 72/379 4 |

## OTHER PUBLICATIONS

Decision of United States Court of Appeals for the Federal Circuit, Anheuser–Busch Companies, Inc , Metal Container Corporation, and Anheuser v  Crown Cork & Seal Technologies Corporation and Crown Cork & Seal Co  (USA), Inc , 04–1185,1188; Dec  23, 2004, pp  1–13

United States Brewers Association, Inc , "Brewing Industry Recommended Can Specifications Manual," pp  1–1, 2–1, and 3–2, Washington, DC, May 1983

Society of Soft Drink Technologists, "Beverage Can, End, & Double Seam Dimensional Specifications," pp  2, 1B–2 to 5, Hartfield, VA, Fourth Revision, Aug  1993

Beverage Can "Mini Seams" by Pete Moran published by CMB Engineering Group plc contents page, pp  3 through 30 and figures, published mid–1980s

"Modra Beverage Can Double Seaming" published by Continental Beverage Packaging Cover page and 2 unnumbered pages , undated

"Aluminium canstock" The Canmaker, Jan  1994 pp  38 through 43

Notice of Opposition to a European Patent 96908205 6/828, 663 Opposed by American National Can Company (Facts and Arguments), Dec  12, 1999, 21 pages

Letter From Ismay Ratliff Of Crown Cork & Seal To EPO, Apr. 19, 2001, One Page, Enclosing Patentee's Observations And Amendments In Response To The Opposition, 9 pages, and Summary of Main and Auxiliary Requests, Main Request, and Auxiliary Requests 1,2, and 3, 14 pages.

Letter From PRB Lawrence Of Gill Jennings & Every To EPO, Nov. 6, 2001, Nine Pages, Beginning, "The opponent notes that the patentee has not responded to the detailed argumentation . . " with three pages of graphics and with EPO Cover Page dated Nov  15, 2001

Letter From PRB Lawrence Of Gill Jennings & Every To EPO, Nov. 27, 2001, Two Pages, beginning, "I refer to the final paragraph of p  9 of my comments of 6th November and  . . " with three page attachment having graphics and with EPO Cover Page dated Dec  5, 2001.

Letter from Ismay Ratliff of Crown Cork & Seal to EPO, Nov. 28, 2001, One Page, beginning, "I refer to the letter from the Opponent of Nov  6, 2001".

Letter From PRB Lawrence Of Gill Jennings & Every To EPO, Dec. 11, 2001, One Page, Beginning "I not the patentee's comments of 28th Nov "

Letter from Ismay Ratliff of Crown Cork & Seal to EPO, Jan  18, 2002, One Page, Beginning, "I refer to the communications of Nov  15, 2001, Dec  5, 2001, Jan  7, 2002      "

Letter from Ismay Ratliff of Crown Cork & Seal to EPO, Mar  18, 2002, Three Pages, beginning "Further to my letter of Jan  18, 2002, I enclose further submissions in response to the Opponent's letters of 15th Nov , 27th Nov , and Dec  11, 2001" with 10 pages of claims including Main Request, Auxiliary Request , and Auxiliary Request 2

Letter From PRB Lawrence Of Gill Jennings & Every To EPO, May 2, 2002, 7 Pages, Beginning, "I maintain all the objections in the original opposition and in the submission of the and Nov 6–27, 2001      " with cover page from EPO dated May 16, 2002

Letter form Ismay Ratliff of Crown Cork & Seal to EPO, Jul  4, 2002, Four Pages, Beginning, "This is in response to the Opponents' further submissions dated 2nd May 2002 "

Summons to Attend Oral Proceedings Pursuant to Rule 71(1) EPC, Oct  21, 2002, 7 pages

Letter from PRB Lawrence of Gill Jennings & Every, Jun  24, 2002, with Affidavit of Thomas T  Tung with Attachments A thru D, Jun  14, 2002.

Letter form PRB Lawrence of Gill Jennings & Every, Jul  19, 2002, with Extracts of the Pechiney Annual Report 1989, 5 pages, Triangle Industries, Inc , Annual Report, 1987, 2 pages

Final submission by the EP patentee in the EPO opposition proceeding: European Patent Application No  96908205 6 (now European Patent No  0 828 663), CarnaudMetalbox Plc, Opposition by American National Can Company, (Copy), Feb  11, 2003, with Attachments, 38 pages

# US 6,935,826 B2

Page 3

Final submissions by the EP opponent in the EPO opposition proceedings: European Patent Application No 96908205 6–2308/0828663, CarnaudMetalbox Plc, (Copy), Feb 18, 2003, with Attachments, Affidavit by John Davy, Statement of Facts of John Zappa, 53 pages

Letter From PRB Lawrence Of Gill Jennings & Every To EPO, Feb 19, 2003, One Page, beginning, "There are two points supplementary to my letter of 18 Feb . . ."

Letter From PRB Lawrence Of Gill Jennings & Every To EPO, Feb. 20, 2003, Two Pages, Beginning We Have Been Considering Further The Recent Assertion By The Patentee About The Alleged Non–Enabling Nature . . .

Interlocutory Decision of the Oppositon Division of the European Patent Office in Respect of the EP Patent No 0828663, (Copy), May 5, 2003, 25 pages

Grounds of Appeal against the Interlocutory Decision by the Opposition Division, (Copy), filed by EP patentee, Sep 2, 2003, European Patent No. 0 828 663 (Formerly European Patent Application No 96908205 6) CarnaudMetalbox Plc and CarnaudMetalbox SA Appeal against the Interlocutory Decision of the Opposition Division, May 5, 2003, with attached copies of Main Request, and Auxiliary Request 1 thru 8, 32 pages

Grounds of Appeal against the Interlocutory Decision by the Opposition Division, (Confirmation), filed by EP opponent, Sep 12, 2003, with attachments including graphics and

English translation of JP–U57–117323 and Technical Statement of Facts of Bill Hartman in Opposition to EP 828 663, with attachments, Technical Statement by Dean Scranton, Technical Statement of Facts of Christopher Sjostrom in Opposition to EP 828 663, Technical Statement by Gary Smith for Opposition to EP 828 663, Technical Statement by Timothy L Turner, 57 pages

Plaintiffs' Responses and Objections to Defendants' First Set of Interrogatories; Civil Action No. 03–C–0137–S; Interrogatory No. 2; pp. 1, 9, 10, and 11. (pp 1 and 11 are redacted); dated Jun. 16, 2003

Opinion of the United States District Court for the Western District of Wisconsin in Anheuser–Busch Companies, Inc v. Crown Cork & Seal Co , Inc ; Case No 03–C–137–S; dated Nov. 20, 2003, 35 pages

Reply Brief in the EPO Opposition Proceeding: European Patent No. 0 828 663 (Formerly European Patent Application No 96908205 6) CarnaudMetalbox Plc and Carnaud-Metalbox SA Appeal against the Interlocutory Decision of the Opposition, Letter dated May 13, 2004, 24 pages, Letter from James P. Tanner to Ismay Ratliff dated May 14, 2004, Beginning "This is further to our discussion on May 13, 2004 . . .", 1 page

* cited by examiner

A18



*FIG. 1*
*PRIOR ART*

*FIG. 2*
*PRIOR ART*

*FIG. 3*
*PRIOR ART*

**U.S. Patent**    Aug. 30, 2005    Sheet 2 of 4    US 6,935,826 B2

Fig.4.



Fig.5.



**U.S. Patent**      Aug. 30, 2005      Sheet 3 of 4      US 6,935,826 B2

Fig.6.



Fig.7.





Fig.8.

Fig.9.

US 6,935,826 B2

**1**

### CAN END AND METHOD FOR FIXING THE SAME TO A CAN BODY

This is a continuation of U.S. patent application Ser. No 10/024,862, now issued Feb. 1, 2005 as U.S. Pat. No. 6,848,875, filed Dec. 18, 2001, which is a continuation of U.S. patent application Ser. No 09/650,664, filed Aug. 30, 2000, now abandoned which is a continuation of U.S. patent application Ser. No 09/552,668, filed Apr 19, 2000, now abandoned, which is a continuation of U.S. patent application Ser No 08/945,698, filed Nov. 21, 1997, which issued May 23, 2000 as U.S. Pat. No. 6,065,634, which is the U.S National Phase of PCT/GB96/00709, filed Mar 25, 1996, which claims priority to UK 9510515 1, filed May 24, 1995

#### BACKGROUND OF THE INVENTION

This invention relates to an end wall for a container and more particularly but not exclusively to an end wall of a can body and a method for fixing the end wall to the can body by means of a double seam

U S. Pat. No 4,093,102 (KRASKA) describes can ends comprising a peripheral cover hook, a chuck wall dependant from the interior of the cover hook, an outwardly concave annular reinforcing bead extending radially inwards from the chuck wall and a central panel joined to an inner wall of the reinforcing bead by an annular outwardly convex bead. This can end is said to contain an internal pressure of 90 psi by virtue of the inclination or slope of the chuck wall, bead outer wall and bead inner wall to a line perpendicular to the centre panel The chuck wall slope D° is between 14° and 16°, the outer wall slope E is less than 4° and the inner wall slope C° is between 10 and 16° leading into the outwardly convex bead We have discovered that improvements in metal usage can be made by increasing the slope of the chuck wall and limiting the width of the anti peaking bead

U S. Pat. No. 4,217,843 (KRASKA) describes an alternative design of can end in which the countersink has inner and outer flat walls, and a bottom radius which is less than three times the metal thickness. The can end has a chuck wall extending at an angle of approximately 24° to the vertical. Conversely, the specification of our U S. Pat No. 5,046,637 describes a can end in which the chuck wall extends at an angle of between 12° and 20° to the vertical.

The detailed description of our U S. Pat No 4,571,978 describes a method of making a can end suitable for closing a can body containing a beverage such as beer or soft drinks This can end comprises a peripheral flange or cover hook, a chuck wall dependant from the interior of the cover hook, an outwardly concave reinforcing bead extending radially inwards from the chuck wall from a thickened junction of the chuck wall with the bead, and a central panel supported by an inner portion of the reinforcing bead Such can ends are usually formed from a prelacquered aluminum alloy such as an aluminum magnesium manganese alloy such as alloy 5182

The specification of our U S Pat No 5,582,319 describes a can end suitable for a beverage can and formed from a laminate of aluminum/manganese alloy coated with a film of semi crystalline thermoplastic polyester This polyester/aluminum alloy laminate permitted manufacture of a can end with a narrow, and therefore strong reinforcing bead in the cheaper aluminum manganese alloy

These known can ends are held during double seaming by an annular flange of chuck, the flange being of a width and height to enter the anti-peaking bead There is a risk of scuffing if this narrow annulus slips Furthermore a narrow annular flange of the chuck is susceptible to damage

**2**

Continuing development of a can end using less metal, whilst still permitting stacking of a filled can upon the end of another, this invention provides a can end comprising a peripheral cover hook, a chuck wall dependant from the interior of the chuck wall, an outwardly concave reinforcing bead extending radially inwards from the chuck wall, and a central panel supported by an inner portion of the reinforcing bead, characterized in that, the chuck wall is inclined to an axis perpendicular to the exterior of the central panel at an angle between 30° and 60°, and the concave bead narrower than 1 5 mm (0 060") Preferably, the angle of the chuck wall to the perpendicular is between 40° and 45°

In a preferred embodiment of the can end an outer wall of the reinforcing bead is inclined to a line perpendicular to the central panel at an angle between −15° to +15° and the height of the outer wall is up to 2 5 mm

In one embodiment the reinforcing bead has an inner portion parallel to an outer portion joined by said concave radius

The ratio of the diameter of the central panel to the diameter of the peripheral curl is preferably 80% or less

The can end may be made of a laminate of thermoplastic polymer film and a sheet aluminum alloy such as a laminate of a polyethylene terephthalate film on an aluminum-manganese alloy sheet or ferrous metal typically less than 0.010 (0 25 mm) thick for beverage packaging. A lining compound may be placed in the peripheral cover hook

In a second aspect this invention provides a method of forming a double seam between a can body and a can end according to any preceding claim, said method comprising the steps of:

placing the curl of the can end on a flange of a can body supported on a base plate, locating a chuck within the chuck wall of the can end to centre the can end on the can body flange, said chuck having a frustoconical drive surface of substantially equal slope to that of the chuck wall of the can end and a cylindrical surface portion extending away from the drive surface within the chuck wall, causing relative motion as between the assembly of can end and can body and a first operation seaming roll to form a first operation seam, and thereafter causing relative motion as between the first operation seam and a second operation roll to complete a double seam, during these seaming operations the chuck wall becoming bent to contact the cylindrical portion of the chuck

#### BRIEF DESCRIPTION OF THE FIGURES

Various embodiments will now be described by way of example and with reference to the accompanying drawings in which:

FIG 1 is a diagrammatic sketch of known apparatus for forming a double seam;

FIG 2 is an enlarged sectioned side view of a known chuck and can end before seaming;

FIG 3 is a sectioned view of a fragment of a known double seam;

FIG 4 is a sectioned side view of a can end according to this invention before edge curling;

FIG 5 is a sectioned side view of the can end of FIG 4 on a can body before forming of a double seam;

FIG 6 is a like view of the can end and body during first operation seaming;

FIG 7 is a like view of the can end and body during final second operation seaming to create a double seam;

US 6,935,826 B2

3

FIG. 8 is a fragmentary section of a chuck detail; and

FIG. 9 is a side view of the cans stacked one on the other

DETAILED DESCRIPTION

In FIG. 1, apparatus for forming a double seam comprises a base plate 1, an upright 2 and a top plate 3

A lifter 4 mounted in the base plate is movable towards and away from a chuck 5 mounted in the top plate. The top plate supports a first operation seaming roll 6 on an arm 7 for pivotable movement towards and away from the chuck. The top plate also supports a second operation seaming roll 8 on an arm 9 for movement towards and away from the chuck after relative motion as between the first operation roll and can end on the chuck creates a first operation seam

As shown in FIG. 1 the chuck 5 holds a can end 10 firmly on the flange 11 of a can body 12 against the support provided by the lifter plate 4. Each of the first operation roll 6 and second operation roll 8 are shown clear of chuck before the active seam forming profile of each roll is moved in turn to form the curl of the can end and body flange to a double seam as shown in FIG. 3

FIG. 2 shows on an enlarged scale the chuck 5 and can end 10. The can end comprises a peripheral curl 13, a chuck wall 14 dependent from the interior of the curl, an outwardly concave anti-peaking bead 15 extending inwards from the chuck wall to support a central panel 16. Typically the chuck wall flares outwardly from the vertical at an angle C about 12° to 15°

The chuck 5 comprises a body 17 having a threaded bore 18 permitting attachment to the rest of the apparatus (not shown). An annular bead 19 projects from the top 17 of the chuck to define with the end face of the body a cavity to receive the central panel 16 of the can end. The fit of panel 16 in annulus 19 may be slack between panel wall and chuck.

The exterior surface of the projecting bead 19 extends upwards towards the body at a divergent angle B of about 12° to the vertical to join the exterior of the chuck body 17 which tapers off an angle A° of about 4° to a vertical axis perpendicular to the central panel. The outer wall of the chuck 5 engages with the chuck wall at a low position marked "D" within the 12° shaped portion of the chuck bead 15

As can ends are developed with narrower anti-peaking beads the chuck bead 19 becomes narrower and more likely to fracture. There is also a risk of scuffing of the can end at the drive position D which can leave unacceptable unsightly black marks after pasteurization.

FIG. 3 shows a sectioned fragment of a typical double seam showing a desirable overlap of body hook 21 and end hook 20 between the can end 10 and can body 12

FIG. 4 shows a can end, according to the invention, comprising a peripheral cover hook 23, a chuck wall 24 extending axially and inwardly from the interior of the peripheral cover hook, an outwardly concave reinforcing or anti-peaking bead 25 extending radially inwards from the chuck wall, and a central panel 26 supported or an inner portion panel with 27. The panel wall is substantially upright allowing for any metal spring back after pressing. The chuck wall is inclined to an axis perpendicular to the exterior of the central panel at an angle $C_1$ between 20° and 60°; preferably between 40° and 45°. Typically the cross sectional radius of the antipeaking bead is about 0.5 mm

Preferably the anti-peaking bead 25 is parallel sided, however the outer wall may be inclined to a line perpen-

4

dicular to the central panel at an angle between −15° to +15° and the height $h_4$ of the outer wall may be up to 2.5 mm

This can end is preferably made from a laminate of sheet metal and polymeric coating. Preferably the laminate comprises an aluminium magnesium alloy sheet such as 5182, or aluminum manganese alloy such as 3004 with a layer of polyester film on one side. A polypropylene film may be used on the "other side" if desired

Typical dimensions of the example of the invention are:

| | | |
|---|---|---|
| d5 | overall diameter (as stamped) | 65.83 mm |
| d4 | PC diameter of seaming panel radius | 61.54 mm |
| d3 | PC diameter of seaming panel/chuck wall radius | 59.91 mm |
| $r_1$ | seaming panel/chuck wall radius | 1.27 mm |
| $r_2$ | seaming panel radius | 5.56 mm |
| $r_3$ | concave radius in antipeaking bead | <1.5 mm |
| $d_2$ | maximum diameter of antipeaking bead | 50.00 mm |
| $d_1$ | minimum diameter of antipeaking bead | 47.24 mm |
| $h_2$ | overall height of can end | 6.86 mm |
| $h_1$ | height to top of antipeaking bead | 5.02 mm |
| $h_3$ | panel depth | 2.29 mm |
| $h_4$ | outer wall height | 1.78 mm |
| c | chuck wall angle to vertical | 43° |

From these dimensions it can be calculated that the ratio of central panel diameter of 47.24 mm to overall diameter of can end 65.84 is about 0.72 to 1

For economy the aluminum alloy is in the form of sheet metal less than 0.010" (0.25 mm). A polyester film on the metal sheet is typically 0.0005" (0.0125 mm)

Although this example shows an overall height $h_2$ at 6.86 mm we have also found that useful can ends may be made with an overall height as little as 6.35 mm (0.25").

FIG. 5 shows the peripheral flange 23 of can end 22 of FIG. 4 resting on the flange 11 of a can body 12 before formation of a double seam as discussed with reference to FIG. 1

In FIG. 5 a modified chuck 30 comprises a chuck body 31 having a frustoconical drive surface 32 engaging with the chuck wall 24 of the can end 22

The frustoconical drive surface is inclined outwardly and axially at an angle substantially equal to the angle of inclination C° of between 20° and 60°; in this particular example on chuck angle C of 43° is preferred. The drive surface 32 is a little shorter than the chuck wall 24 of the chuck body. The substantially cylindrical surface portion 33, rising above the drive surface 32, may be inclined at an angle between +4° and −4° to a longitudinal axis of the chuck. As in FIG. 2, this modified chuck 30 has a threaded aperture to permit attachment to the rest of the double seam forming apparatus (not shown).

In contrast to the chuck of FIG. 2 the modified chuck 30 is designed to drive initially on the relatively large chuck wall 32 without entering deeply into the anti-peaking bead 25. Further drive is obtained at the juncture of chuck wall 32 and cylindrical wall 33 as chuck wall of end 24 is deformed during 1st and 2nd operation seaming FIGS. 6 and 7. The chuck 30 shown in FIG. 5 has an annular bead of arcuate cross section but this bead is designed to enter the chuck

A24

US 6,935,826 B2

5

wall without scratching or scuffing a coating on the can end; not to drive on the concave bead surface as shown in FIG. 2

It will be understood that first operation seaming is formed using apparatus as described with reference to FIG. 1

FIG. 6 shows the modified can end and chuck during formation of a first operation seam shown at the left of FIG. 2 as formed by a first operation roll 34 adjacent the interfolded peripheral flange of the can end and flange 11 body 12

During relative rotation as between the can end 22 and first operation roll 34 the edge between the chuck drive wall 32 and cylindrical wall 33 exerts a pinching force between chuck 30 and roll 34 to deform the chuck wall of the can end as shown

After completion of the first operation roll the first operation roll is swung away from the first operation seam and a second operation roll 38 is swung inwards to bear upon the first operation seam supported by the chuck 30 Relative rotation as between the second operation roll 38 and first operation seam supported by a chuck wall 30 completes a double seam as shown in FIG 7 and bring the upper portion 24 of the chuck wall 24 to lie tightly against the can body neck in a substantially upright attitude as the double seam is tightened by pinch pressure between the second operation roll 38 and chuck 30

Can ends according to the invention were made from aluminum alloy 5182 and an aluminum alloy 3004/polymer laminate sold by CarnaudMetalbox under the trade mark ALULITE. Each can end was fixed by a double seam to a drawn and wall ironed (DWI) can body using various chuck angles and chuck wall angle as tabulated in Table 1 which records the pressure inside a can at which the can ends failed:—

6

The early results given in Table 1 showed that the can end shape was already useful for closing cans containing relatively low pressures. It was also observed that clamping of the double seam with the "D" seam ring resulted in improved pressure retention. Further tests were done using a chuck wall angle and chuck drive surface inclined at nearly 45°: Table 2 shows the improvement observed:—

TABLE 2

| Sample Code | $h_2$ mm (inches) | $h_3$ mm (inches) | $h_4$ mm (inches) | Chuck Angles B° 43° | 43° with seam ring |
|---|---|---|---|---|---|
| J | 6.86 (0.270) | 2.39 (0.094) | 2.29 (0.09) | 4.89 (70.9) | 6.15 (89.1) |
| K | 7.11 (0.280) | 2.64 (0.104) | 2.54 (0.10) | 4.83 (70.0) | 5.98 (86.6) |
| L | 7.37 (0.290) | 2.90 (0.114) | 2.79 (0.11) | 4.74 (68.7) | 6.44 (93.3) |

Table 2 is based on observations made on can ends made of aluminum coated with polymer film (ALULITE) to have a chuck wall length of 5.029 mm (0.198") up the 43° slope

It will be observed that the container pressures achieved for samples J, K, L, 4.89 bar (70.9 psig), 4.83 bar (70.0 psig) and 4.74 bar (68.7 psig) respectively were much enhanced by clamping the double seam.

In order to provide seam strength without use of a clamping ring, modified chucks were used in which the drive slope angle C° was about 43° and the cylindrical surface 33 was generally +4° and −4°. Results are shown in Table 3

TABLE 1

| | CAN END DATA | | | PRESSURE IN BAR (PSIG) TO FAILURE FOR | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Minimum | CHUCK | VARIOUS SEAMING CHUCK ANGLES B° | | | | |
| Sample Code | Material Thickness mm | Diameter D1 mm | Wall Angle 'C' | 23° | 10°/23° | 4°/23° | 23° with D. Seam Ring | 10°/23° with D. Seam Ring |
| A | ALULITE 0.23 | 52.12 (2.052") | 21 13° | 5.534 (80.20) | 5.734 (83.10) | 5.311 (76.97) | 6.015 (87.17) | 5.875 (85.14) |
| B | 5182 0.244 | 52.12 (2.052") | 21 13° | 5.599 (81.15) | 5.575 (80.79) | 5.381 (77.99) | 5.935 (86.01) | 5.895 (85.43) |
| C | 5182 0.245 | 52.12 (2.052") | 21 13° | 6.004 (87.02) | 5.910 (85.65) | 5.800 (84.06) | 6.224 (90.21) | 6.385 (92.54) |
| D | ALULITE 0.23 | 51.92 (2.044") | 21 13° | 5.334 (77.31) | 5.229 (75.78) | 5.238 (75.91) | 5.730 (83.04) | 5.404 (78.32) |
| E | 5182 0.224 | 51.92 (2.044") | 21 13° | 5.555 (80.50) | 5.514 (79.92) | 5.354 (77.60) | 5.895 (85.43) | 5.930 (85.94) |
| F | 5182 0.245 | 51.92 (2.044") | 23° | 5.839 (84.63) | 5.804 (84.12) | 5.699 (82.59) | 6.250 (90.58) | 6.435 (93.26) |
| G | ALULITE 0.23 | 51.92 (2.044") | 23° | | | 5.123 (74.25) | | |
| H | 5182 0.224 | 51.92 (2.044") | 23° | | | 5.474 (79.34) | | |
| I | 5182 0.245 | 51.92 (2.044") | 23° | | | 5.698 (82.58) | | |

All pressures on unaged shells in bar (psig). 5182 is an aluminum-magnesium-manganese alloy lacquered. The 'ALULITE' used is a laminate of aluminum alloy and polyester film.

A25

US 6,935,826 B2

7

### TABLE 3

Results

| SAMPLE CODE | MATERIAL | LINING COMPOUND | CHUCK ANGLES DRIVE/ WALL | PRESSURE |
|---|---|---|---|---|
| c | 0.224 5182 | with | 43° | 4 60 (66.7) |
| g | 0.23 Alulite | with | 43°/4° | 5.45 (79 0) |
| h | 0.224 5182 | with | 43°/4° | 6.46 (93 6) |
| j | 0.23 Alulite | without | 43°/4° | 5 91 (85 6) |
| k | 0.244 5182 | without | 43°/4° | 6.18 (89.6) |
| l | 0.23 Alulite | without | 43°/–4° | 5.38 (77.9) |
| m | 0.25 Alulite | without | 43°/–4° | 6 20 (89 8) |
| n | 0.23 Alulite | without | 43°/0° | 6 11 (88 5) |
| o | 0.25 Alulite | without | 43°/0° | 6 62 (95 9) |

ALL PRESSURES IN BAR (PSIG)
ALL CODES
Reform Pad Dia  47 24 mm (1 860°) (202 Dia).
6 86 mm (0 270°) unit Depth h₂ 2 39 mm (0.094°) Panel Depth

Table 3 shows Code "O" made from 0 25 mm Alulite to give 6 62 bar (95 psi) Pressure Test Result indicating a can end suitable for pressurized beverages Further chucks with various land lengths (slope) were tried as shown in Table 4

### TABLE 4

CHUCK WALL ANGLE

| VARIABLE CODE | 43°/0° 1.9 mm LAND SHARP TRANSITION | | 43°/0° 1 27 MM LAND R 0.5 MM BLEND | |
| | NO. D. SEAM RING | WITH D. SEAM RING | NO. D. SEAM RING | WITH D. SEAM RING |
|---|---|---|---|---|
| 7 | 6.699 (97.08) | 7.017 (101 7) | 6 779 (98 24) | 7 006 (101 54) |
| 8 | 6 315 (91 52) | 6 521 (94 5) | 6 293 (91 2) | 6.236 (90.37) |
| 9 | 6.095 (88.33) | 6 30 (91 3) | 6 238 (90.4) | 6.719 (97.38) |

ALL PRESSURES IN BAR (PSIG) CODE
7 = 0.25 mm Alulite, 47.24 mm (1 860°) Reform Pad. 6.86 mm
(0 270°) h₂ Depth, 2 38 mm (0.094°) Panel; h₄ depth = 2.29 mm (0.09°)
8 = 0.23 mm Alulite. 47 24 mm (1 860°) Reform Pad. 7.11 mm
(0.280°) h₂ Depth, 2 64 mm (0.104°) Panel; h₄ depth = 2.54 mm (0.10°)
9 = 0.23 mm Alulite. 47.24 mm (1 860°) Reform Pad, 7.37 mm
(0.290°) h₂ Depth, 2 90 mm (0.114°) Panel; h₄ depth = 2 79 mm (0.11°)

Table 4 shows results of further development to seaming chuck configuration to bring closer the pressure resistance of ring supported and unsupported double seams

Table 4 identifies parameters for length of generally vertical cylindrical surface 33 on the seaming chuck 30, and also identifies a positional relationship between the chuck wall 24 of the end and the finished double seam. It will be understood from FIG 7 shows that the forces generated by

8

thermal processing or carbonated products are directed towards and resisted by the strongest portions of the completed double seam.

Table 5 shows results obtained from a typical seam chuck designed to give double seam in accordance with parameters and relationships identified in Table 4 Typically:—As shown in FIG 8 the chuck comprises a cylindrical land of length '1' typically 1 9 mm (0 075") and frustoconical drive surface 32 inclined at an angle Y°, typically 43°, to the cylindrical to which it is joined by a radius R typically 0 5 mm (0.020") Angle "X" is typically 90°.

### TABLE 5

| CODE | GAUGE | DIMENSIONS mm | | PRESSURE | |
| | | h₂ | h₃ | bar | (psi) |
|---|---|---|---|---|---|
| 20 | 23 mm | 7 37 (290°) | 2.36 (093°) | 6 383 | (92 6) |
| 21 | 23 mm | 7 37 (290°) | 2.36 (093°) with compound | 6 402 | (92 8) |
| 26 | 23 mm | 6 87 (270.5°) | 2.37 (0935°) | 6 144 | (89.88) |
| 27 | 23 mm | 6 87 (270.5°) | 2.37 (0934°) with compound | 6 071 | (88 0) |
| 28 | 23 mm | 7 37 (290°) | 2.36 (093°) | 6.414 | (93 0) |
| 29 | 23 mm | 7 37 (290°) | 2 84 (112°) | 6.725 | (97.5) |
| 30 | 23 mm | 6.86 (270°) | 2.37 (0935°) | 6.062 | (87 9) |
| 31 | 23 mm | 6 86 (270°) | 2.37 (0935°) | 6.013 | (87 2) |
| 34 | 25 mm | 7 37 (290°) | 2.87 (113°) | 7 787 | (112 9) |
| 36 | 25 mm | 7 32 (288°) | 2.34 (092°) | 7 293 | (105 8) |
| 37 | 25 mm | 7 32 (288°) | 2.34 (092°) with compound | 7 402 | (107 3) |
| 38 | 25 mm | 6 87 (270.5°) | 2.41 (095°) | 7.077 | (102 6) |
| 516 | 25 mm | 6.35 (250°) | 2.34 (092°) with compound | 6 937 | (100 6) |

All variables made from Alulite, 10 Cans per variable

The can ends may be economically made of thinner metal if pressure retention requirements permit because these can ends have a relatively small centre panel in a stiffer annulus.

FIG 9 shows a can 12a, closed according to this invention, stacked upon a like can 12b shown sectioned so that stacking of the upper can on the lower can end is achieved by a stand bead 31a of the upper can fits inside the chuck wall 24 of the lower can end with the weight of the upper can resting on the double seam 34 of the lower can end.

The clearance between the bottom of the upper can body and lower can end may be used to accommodate ring pull features (not shown) in the can end or promotional matter such as an coiled straw or indicia

Using the experimental data presented above, a computer program was set up to estimate the resistance to deformation available to our can ends when joined to containers containing pressurized beverage. The last two entries on the table relate to a known 206 diameter beverage can end and an estimate of what we think the KRASKA patent teaches

US 6,935,826 B2

9                                                                    10

TABLE 6

| END SIZE Bead OD:ID | OVERALL DIA mm | PANEL DIA $d_1$ mm | RATIO OVERALL DIA: PANEL DIA | CHUCK WALL ANGLE C° | CHUCK WALL LENGTH L mm | RE-INFORC-ING RAD $t_2$ mm | INNER WALL HEIGHT $h_3$ mm | OUTER WALL HEIGHT $h_4$ mm | PREDICTED CUT EDGE Ø (*DENOTES ACTUAL) | ACTUAL THICK-NESS TO CONTAIN PSI |
|---|---|---|---|---|---|---|---|---|---|---|
| 206–204 | 64.39 (2.535") | 49.49 (1.9485") | 1.3010 | 33.07° | 4.22 (0.166") | 0.52 (0.0204") | 2.34 (0.092") | 1.78 (0.070") | 75.230 (2.9618") | 0.255 |
| 206–202 | 64.39 (2.535") | 47.33 (1.8634") | 1.3604 | 42.69° | 4.95 (0.195") | 0.52 (0.0204") | 2.34 (0.092") | 1.78 (0.070") | 74.272 (2.9241")* | 0.255 |
| 206–200 | 64.39 (2.535") | 45.07 (1.7744") | 1.4287 | 50.053° | 5.82 (0.229") | 0.52 (0.0204") | 2.34 (0.092") | 1.78 (0.070") | 73.713 (2.9021") | 0.255 |
| 204–202 | 62.18 (2.448") | 47.33 (1.8634") | 1.3137 | 29.78° | 3.96 (0.156") | 0.52 (0.0204") | 2.34 (0.092") | 1.78 (0.070") | 73.767 (2.9042") | 0.24 |
| 204–200 | 62.18 (2.448") | 45.07 (1.7744") | 1.3796 | 40.786° | 4.70 (0.185") | 0.52 (0.0204") | 2.34 (0.092") | 1.78 (0.070") | 72.911 (2.8705") | 0.24 |
| 202–200 | 71.98 (2.834") | 45.07 (1.7744") | 1.597 | 30.266° | 4.09 (0.161") | 0.52 (0.0204") | 2.34 (0.092") | 1.78 (0.070") | 71.984 (2.834") | 0.225 |
| 206 std | 64.69 (2.547") | 51.92 (2.044") | 1.2463 | 15.488° | 4.39 (0.173") | 0.56 (0.022") | 2.03 (0.080") | — | 76.454 (3.010")* | 0.28 |
| KRASKA estimate | 64.39 (eg 2.535") | — | — | 15° | 2.54 (0.100") | 0.81 (0.032") | 1.65 (0.065") | 2.29 (0.090") | 78.080 (3.074") | 0.292 (0.0115") |

All experiments modeled on a notional aluminium alloy of yield strength 310 mpa 0.25 mm thick. The standard was also 310 mpa BUT 0.275 mm thick.

25

What is claimed is:

1 A metal can end adapted to be joined to a can body for packaging beverages under pressure, said can end comprising;

a peripheral cover hook adapted to be seamed onto a can body so as to form a joint therewith;

a wall extending inwardly and downwardly from the cover hook;

an outwardly concave annular reinforcing bead extending inwardly and downwardly from the wall; and

a central panel supported by and extending inwardly from the reinforcing bead;

wherein, prior to being joined to said can body: (i) the location at which said wall extends from said peripheral cover hook defines a first point, (ii) the location at which said reinforcing bead extends from said wall defines a second point, and (iii) a line extending between the first point and the second point is inclined to an axis perpendicular to the exterior of the central panel at an angle of between 30° and 60°.

2. The can end of claim 1, wherein a base of the concave reinforcing bead is arcuate in cross-section and has a cross-sectional radius of less than 0.75 mm.

3. The can end of claim 1, wherein the base of the concave reinforcing bead is approximately semi-circular in cross section

4 The can end of claim 1, wherein the reinforcing bead comprises an outer wall that is inclined to said axis at an angle between −15° and +15°.

5. The can end of claim 1, wherein the reinforcing bead has inner and outer walls, a lower portion of the outer wall spaced apart from a lower portion of the inner wall by less than 1.5 mm.

6 The can end of claim 1, wherein the reinforcing bead has an outer wall and an inner wall that is parallel to the outer wall, said inner wall and said outer wall being joined by a concave radius.

7 The can end of claim 1, wherein the wall extends between said first and second points along an essentially straight line.

8 The can end of claim 7, wherein the line extending between the first point and the second point is inclined to said axis at an angle between 40° and 45°

9 The can end of claim 1, wherein the ratio of the diameter of the central panel to the diameter of the peripheral cover hook is 80% or less

10 The can end of claim 1, wherein the can end is made of a laminate of thermoplastic polymer film and a sheet aluminium alloy

11 The can end of claim 1, wherein the can end is made of tinplate

12 The can end of claim 1, wherein the can end is made of electrochrome coated steel.

13 A metal can end for use in packaging beverages under pressure and adapted to be joined to a can body by a seaming process so as to form a double seam therewith using a rotatable chuck comprising first and second circumferentially extending walls, said first and second chuck walls forming a juncture therebetween, said can end comprising;

a peripheral cover hook, said peripheral cover hook comprising a seaming panel adapted to be formed into a portion of said double seam during said seaming operation;

a central panel;

a wall extending inwardly and downwardly from said cover hook, a first portion of said wall extending from said cover hook to a first point on said wall, said first wall portion adapted to be deformed during said seaming operation so as to be bent upwardly around said juncture of said chuck walls at said first point on said wall, a second portion of said wall extending from said first point to a second point forming a lowermost end of said wall, a line extending between said first and second points being inclined to an axis perpendicular to said central panel at an angle of between 30° and 60°

14. The end according to claim 13, further comprising an annular reinforcing bead connected to said wall at said second point, said annular reinforcing bead connecting said wall to said central panel

* * * * *

A27

# CHISUM ON PATENTS

A Treatise on the Law of Patentability, Validity and Infringement

## VOLUME 2

**Donald S. Chisum**
Professor of Law
Santa Clara University
Santa Clara, California



LexisNexis™
Matthew Bender®

## QUESTIONS ABOUT THIS PUBLICATION?

For questions about the **Editorial Content** appearing in these volumes or reprint permission, please call:

Deneil C. Targowski at .................................................... (800) 252-9257 (ext. 2223)
Nellie B. Howard, J.D. at .................................................. (800) 252-9257 (ext. 2513)
Lisa Latchaw, J.D. at ....................................................... (800) 252-9257 (ext. 2234)
Ken Litt, J.D. at ............................................................. (800) 252-9257 (ext. 2046)
Outside the United States and Canada please call ................... (973) 820-2000

For assistance with replacement pages, shipments, billing or other customer service matters, please call:

Customer Services Department at ........................................ (800) 833-9844
Outside the United States and Canada, please call ................... (518) 487-3000
Fax number ..................................................................... (518) 487-3584
Customer Service Website ...................... http://www.lexisnexis.com/custserv/

For information on other Matthew Bender Publications, please call
Your account manager or .................................................. (800) 223-1940
Outside the United States and Canada, please call ................... (518) 487-3000

Library of Congress Card Number: 78-70641

ISBN 0-8205-1525-6

This publication is designed to provide accurate and authoritative information in regard to the subject matter covered. It is sold with the understanding that the publisher is not engaged in rendering legal, accounting, or other professional services. If legal advice or other expert assistance is required, the services of a competent professional should be sought.

LexisNexis, the knowledge burst logo, and Michie are trademarks of Reed Elsevier Properties Inc, used under license. Matthew Bender is a registered trademark of Matthew Bender Properties Inc.

Copyright © 2005 Matthew Bender & Company, Inc., a member of the LexisNexis Group.
Originally published in 1978.

All Rights Reserved.
No copyright is claimed in the text of statutes, regulations, and excerpts from court opinions quoted within this work. Permission to copy material exceeding fair use, 17 U.S.C. §107, may be licensed for a fee of $1 per page per copy from the Copyright Clearance Center, 222 Rosewood Drive, Danvers, MA. 01923, telephone (978) 750-8400.

Editorial Offices
744 Broad Street, Newark, NJ 07102 (973) 820-2000
201 Mission St., San Francisco, CA 94105-1831 (415) 908-3200
www.lexis.com

MATTHEW⬥BENDER

## § 5.01  Introduction

Nonobviousness, long a condition for obtaining a patent in American law,[1] means that an invention must not have been obvious to one with ordinary skill in the art to which the subject matter of the invention pertains at the time of the invention and in the light of the teachings of the prior art.[2] Nonobviousness is distinct from novelty in the sense that an invention may be obvious even though it is not identically disclosed anywhere in the prior art.[3]

The general purpose behind the requirement of nonobviousness is the same as that behind the requirement of novelty.[4] It serves to limit patent monopolies

---

§ 5.01

[1] For a discussion of the requirement of nonobviousness under the European Patent Convention, see Ullrich, Standards of Patentability for European Inventions (1977) (comparing German and United States law); Huizenga, "Protein Variants: a Study on the Differing Standards for Biotechnology Patents in the United States and Europe," 13 Emory Int'l L. Rev. 629 (1999); Schmidt-Szalewski, "Nonobviousness as a Requirement of Patentability in French Law," 23 IIC Int'l Rev. Indus. Prop. & Copyright L. 725 (1992); Beier, "The Inventive Step in its Historical Development," 17 Int'l Rev. Ind. Prop. & Copyright L. 301 (1986); Pagenberg, "The Concept of the 'Inventive Step' in the European Patent Convention," 5 Int'l Rev. Indus. Prop. & Copyright L. 157 (1974); Van Bentem & Wallace, "The Problem of Assessing Inventive Step in the European Patent Procedure," 9 Int'l Rev. Indus. Prop. & Copyright L. 297 (1978); Casalong, "The Concept of Inventive Step in the European Patent Convention," 10 Int' Rev. Indus. Prop. & Copyright L. 412 (1979).

See also Pagenberg, "Examination for Nonobviousness—A Critical Comment on German Patent Practice," 12 Int'l Rev. Indus. Prop. & Copyright L. 1 (1981).

For an Australian decision on the nonobviousness requirement, see Minnesota Mining & Mfg. Co. v. Beiersdorf (Australia) Ltd. (High Court 1980), noted in 12 Int'l Rev. Indus. Prop. & Copyright L. 705 (1981).

See also Abraham, "Sinpo-Sei: Japanese Inventive Step Meets U.S. Non-Obviousness," 77 J. Pat. & Trademark Off. Soc'y 528 (1995).

[2] See generally Barton, "Non-Obviousness," 43 IDEA: J. L. & Tech. 475 (2003); Janice M. Mueller, An Introduction to Patent Law 131 (2003). See also Gruner, "Everything Old Is New Again: Obviousness Limitations on Patenting Computer Updates of Old Designs," 9 Boston U. J. Science & Tech. L. 209 (2003); McGuire, "Nonobviousness: Limitations on Evidentiary Support," 18 Berkeley Tech. L.J. 175 (2003); Baker, "Pioneers in Technology: a Proposed System for Classifying and Rewarding Extraordinary Inventions," 45 Ariz. L. Rev. 445 (2003); Schumann, "Obviousness with Business Methods," 56 U. Miami L. Rev. 727 (2002); Vermont, "A New Way to Determine Obviousness: Applying the Pioneer Doctrine to 35 U.S.C. § 103(a)," 29 AIPLA Q.J. 375 (2001); Bagley, "Internet Business Model Patents: Obvious By Analogy," 7 Mich. Telecomm. Tech. L. Rev. 253 (2001); Kasdan, "Obviousness and New Technologies," 10 Fordham Intell. Prop. Media & Ent. L.J. 159 (1999).

[3] See B & G. Plastics, Inc. v. Eastern Creative Industries, Inc., 2003 WL 21537826 (S.D. N.Y. 2003) (quoting Treatise); Abbott Laboratories v. Diamedix Corp., 969 F. Supp. 1064, 43 USPQ2d 1448, 1454 (N.D. Ill. 1997) (quoting Treatise).

[4] See Bonito Boats Inc. v. Thunder Craft Boats Inc., 489 U.S. 141, 150, 9 USPQ2d 1847, 1852 (1989):

(Rel.90–11/03  Pub.525)

A30

to those innovations that in fact serve to advance the state of the useful arts. New problems arise and call for new solutions. A patent monopoly may issue only for those literally new solutions that are beyond the grasp of the ordinary artisan who had a full understanding of the pertinent prior art.

---

"The nonobviousness requirement extends the field of unpatentable material beyond that which is known to the public under § 102, to include that which could readily be deduced from publicly available material by a person of ordinary skill in the pertinent field of endeavor. . . . Taken together, the novelty and nonobviousness requirements express a congressional determination that the purposes behind the Patent Clause are best served by free competition and exploitation of that which is either already available to the public, or that which may be readily discerned from publicly available material."

See also Newell Window Furnishing Inc. v. Springs Window Fashions Division Inc., 53 USPQ2d 1302, 1320 (N.D. Ill. 1999), *aff'd in part, rev'd in part*, 15 Fed. Appx. 836 (Fed. Cir. 2001) (nonprecedential) ("The doctrines of anticipation and obviousness are quite distinct; in fact, anticipation is a question of fact and obviousness is a question of law. Their respective analyses nonetheless fit together quite naturally, for the very differences between an invention and the prior art that negate anticipation will serve as the basis for an inquiry into obviousness.").

Cf. Quantachrome Corp. v. Micromeritics Instrument Corp., 230 F. Supp.2d 1309, 1312 (S.D. Fla. 2002) (a patent claim was "both anticipated and, necessarily, obvious.")

Compare Torpharm, Inc. v. Ranbaxy Pharmaceuticals, Inc., 336 F.3d 1322, 1326 n.3 (Fed. Cir. 2003) (SEPARATE CONCEPTS: "novelty and nonobviousness are separate concepts that are best kept analytically distinct."); Duro-Last, Inc. v. Custom Seal, Inc., 321 F.3d 1098, 1107, 66 USPQ2d 1025 (Fed. Cir. 2003) (LEGALLY DISTINCT: "obviousness and anticipation are related, but are legally distinct and separate challenges to a patent's validity. *See Union Carbide Chems. & Plastics Tech Corp. v. Shell Oil Co*, 308 F.3d 1167, 1188, 64 USPQ2d 1545, 1559-60 (Fed. Cir. 2002) (holding that pre-verdict JMOL regarding anticipation by prior public knowledge did not support post-verdict JMOL motion on obviousness) ").

(Rel.90–11/03   Pub.525)

00001828

U. M. Kokai (Jpn. Unexamined Utility Model Publication) No. 57-117323

Title of the Invention: CAN TOP

Publication Date: July 21, 1982

Utility Model Application No. 56-1772

Filing Date: January 12, 1981

Applicant: TOYO SEIKAN KAISHA, LTD.

CLAIMS:

1) A can top comprising a plate-like chuck panel positioned between a chuck wall that is to be rolled and connected to a can body and a center panel constituting a central portion of said can top in such a manner that said plate-like chuck panel is inclined at 20 to 70 degrees relative to a horizontal plane.

2) A can top as set forth in Claim 1, wherein said inclined angle of said chuck wall relative to said horizontal plane is about 45 degrees.

3) A can top as set forth in Claim 1 or 2, wherein said center panel takes a form which is curved and expanded axially outwardly of said can.

DETAILED DESCRIPTION OF THE INVENTION

The present invention relates to a can top for use for an internally pressurized can such as an aerosol can, a carbonated beverage can or the like.

A conventional can top for use for a can such as an aerosol can and a carbonated beverage can to which an internal pressure is applied comprises a center panel and a chuck wall which are concentrically continuous. Namely, as shown in Figs. 1 and 2, can tops 2a, 2b for use for a conventional aerosol can 1a and a carbonated beverage can 1b comprise concentric center panels 3a, 3b constituting central portions thereof and chuck walls 5a, 5b having at outer circumferential edge portions thereof

1

CCS0000184

Crown Packaging, et al. v. Rexam
USDC District of DE CA 05-608

DEFENDANT'S DEPOSITION
EXHIBIT
130
8-4-06

A32

00001829

rolled flanges 4a, 4b that are rolled and secured to can bodies 7a, 7b, and the center panels and the chuck walls 5a, 5b are connected by chuck wall radii 6a, 6b which are each formed into R.

However, in the cans 1a, 1b comprising those can tops 2a, 2b, in a case where an excessive internal pressure is applied thereto, the center panels 3a, 3b are forcibly raised by virtue of the internal pressure, and the chuck wall radii 6a, 6b and the chuck walls 5a, 5b are deformed in such a manner as to be turned over and, finally, they sometimes buckle. In order to reduce this buckling, the size of the center panels 3a, 3b may be reduced to thereby reduce, in turn, the internal pressure applied thereto, but if the center panels 3a, 3b are made smaller, in other words, a reduction in the diameters Da, Db of the chuck wall radii 6a, 6b means an increase in the width of the chuck wall radii 6a, 6b. As a result of such an increase, the moment acting on the chuck wall radii 6a, 6b increases, and this facilitates the deformation, and therefore, the pressure resistance is rather reduced. Thus, in view of this situation, it has long been desired that a can top having high pressure resistance is developed.

*Provision*

This invention was made in view of the aforesaid situation, and an object thereof is to provide a can top for internally pressurized cans which can realize high pressure resistance with a simple construction and which can reduce the volume of raw material used.

*Motivation*

With a view to attaining the aforesaid object, according to the present invention, there is provided a can top comprising a plate-like chuck panel positioned between a chuck wall that is to be rolled and connected to the can body and a center panel constituting a central portion of the top can in such a manner that the center panel inclines at 20 to 70 degrees relative to the horizontal plane.

2

CCS0000185

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

A33

00001830

Referring to the drawing showing one embodiment of the present invention, the details of the invention will be described below.

In Fig. 3, reference numeral 11a denotes an aerosol can, and this aerosol can 11a comprises a can top 12a which is to be rolled and secured to a can body 17a. The can top 12a comprises concentrically a center panel 13a normally called a spectacle top which constitutes a central portion of the can top 12a, a chuck wall 15a having at an outer circumferential edge portion thereof a rolled flange 14a which is to be rolled and secured to the can body 17a and a chuck wall radius 16a. In a case where the can top 12a is rolled to the can body 17a, the chuck wall 15a is put in a state in which the chuck wall is joined to and pressed against the inside of the can body 17a. In addition, the chuck wall radius 16a exhibits an arc-like cross section which opens upwardly and becomes continuous with the outer circumferential edge portion. What is particularly important here is that the can top 12a comprises a chuck panel 18 between the center panel 13 and the chuck wall 15a. The chuck panel 18a is formed into an annular plate-like shape and communicates with an inner lower end portion of the chuck wall 15a at the outer circumferential edge portion thereof. Additionally, the chuck panel 18a connects to the center panel 13a via the chuck wall radius 16a at an inner circumferential edge portion. The chuck panel 18a inclines at a predetermined inclined angle θ relative to the horizontal plane. Preferably, this inclined angle θ ranges from 20 degrees to 70 degrees.

An embodiment shown in Fig. 4 is an example in which the present invention is applied to a carbonated beverage can. Namely, reference numeral 11b denotes a carbonated beverage can, and similarly to the aerosol can 11a shown in Fig. 3, the carbonate beverage can 11b comprises a can top 12b that is rolled to a can body 17b. The can top 12b comprises concentrically

3

CCS0000186

Crown Packaging, et al. v. Rexam
USDC District of DE CA 05-608

00001831

a center panel 13b constituting a central portion of the can top 12b, a chuck wall 15b having at an outer circumferential edge portion thereof a rolled flange 14b which is rolled and secured to the can body 17b and a chuck wall radius 16b: In a case where the can top 12b is rolled to the can body 17b, the chuck wall 15b is put in a state in which it is joined to and pressed against the inside of the can body 17b. Additionally, the chuck wall radius 16b exhibits an arc-like cross-section which opens upward and becomes continuous with an outer circumferential edge portion of the center panel 13b. Here, what is particularly important is that the can top 12b comprises a chuck panel 18b between the center panel 13b and the chuck wall 15b. The chuck panel 18b is formed into an annular plate-like shape and communicates with an inner lower end portion of the chuck wall 15b at an outer circumferential edge portion thereof. Additionally, the chuck panel 18b connects to the center panel 13b via the chuck wall radius 16b at an inner circumferential edge portion thereof. The chuck panel 18b inclines at a predetermined inclined angle θ relative to the horizontal plane. Preferably, this inclined angle θ ranges from 20 degrees to 70 degrees. Note that the shape of the center panel 13b may be a flat plate-like shape as shown in Fig. 4, but as shown in Fig. 5, if the center panel 13b is formed in advance through plastic processing into a curved and expanded shape so as to exhibit a semi-circular arc-like or semi-oval arc-like cross sectional shape, it is possible to enhance the pressure resistance of a can top 12b' relative to the internal pressure thereof.

In a case where the can tops 12a, 12b, 12b' constructed as described above are rolled to the can bodies 17a, 17b for use as can tops of the cans 11a, 11b to which the internal pressure is applied, the areas of the center panels 13a, 13b, 13b' become smaller by, respectively, areas corresponding to

4

CCS0000187

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

A35

00001832

projected areas of the chuck panels 18a, 18b, and this reduces their pressure receiving areas, respectively, whereby axial loads acting thereon become smaller, thereby making it possible to reduce the thickness required to secure the predetermined pressure resistance. Moreover, as a result of the inclined chuck panels 18a, 18b, not all the axial loads acting on the center panels 13a, 13b, 13b' act on the chuck panels 18a, 18b as lateral loads causing a flexure deformation, but part of the lateral loads is dispersed as axial loads of the chuck panels 18a, 18b, and therefore, the flexure of the chuck panels 18a, 18b is also reduced. After all, as a whole, the can tops 12a, 12b, 12b' each have a large mechanical strength against buckling. It is made clear from the results of experiments that the inclined angle θ of the chuck panels 18a, 18b preferably ranges from 20 to 70 degrees.

[Embodiment]

(1) Results of experiments on aerosol cans (can body diameter 52.3mm)

| | Plate thickness (mm) | Pressure resistance (Kg/cm²) | Diameter of chuck wall radius (mm) | Inclined angle of chuck panel | Shape of center dome |
|---|---|---|---|---|---|
| Prior art top | 0.32 | 14.8 | 49.90 | — | Fig. 1 |
| Improved top No. 1 | 0.32 | 20.8 | 42.00 | 45° | Fig. 3 |
| Improved top No. 2 | 0.27 | 14.8 | * | * | Fig. 3 |

5

CCS0000188

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

A36

00001833

| [2] Results of experiments on carbonated beverage cans (can body diameter 65.35mm) | | | | |
|---|---|---|---|---|
| | Plate thickness (mm) | Pressure resistance (kg/cm²) | Diameter of chuck wall radius (mm) | Inclined angle of chuck panel | Shape of center panel |
| Prior art top | 0.32 | 7.0 | 61.00 | — | Fig. 2 |
| Improved top No. 1 | 0.32 | 8.5 | 52.50 | 45' | Fig. 4 |
| Improved top No. 2 | 0.28 | 7.2 | " | " | Fig. 4 |
| Improved top No. 3 | 0.32 | 9.1 | " | " | Fig. 5 |
| Improved top No. 4 | 0.26 | 6.7 | " | " | Fig. 5 |

It was found from the results of the experiments shown above that the thickness of the sheet metal can be reduced by 0.05mm for the top can for the aerosol can and 0.06mm for the top can for the carbonated beverage can by adopting the present invention.

As is clear from the aforesaid description, according to the present invention, there is provided the can top for the internally pressurized can which can realize the high pressure resistance with the simple construction and can aim at reducing the volume of material used.

BRIEF DESCRIPTION OF THE DRAWINGS

Fig. 1 is a vertical sectional view showing a can top for a conventional aerosol can, Fig. 2 is a vertical sectional view showing a can top for a conventional carbonated beverage can, Fig. 3 is a vertical sectional view showing a can top for an aerosol can according to one embodiment of the present invention, Fig. 4 is a vertical sectional view showing a can top for a carbonated beverage can according to another embodiment of the

6

CCS0000189

Crown Packaging, et al. v. Rexam
USDC District of DE CA 05-608

A37

00001834

present invention, and Fig. 5 is a vertical sectional view
showing a can top for a carbonated beverage can according to
another embodiment of the present invention.

12a, 12b, 12b': can top; 13a, 13b, 13b': center panel; 14a, 14b:
rolled flange; 15a, 15b: chuck wall; 16a, 16b: chuck wall
radius; 17a, 17b: can body; 18a, 18b: chuck panel.

CCS0000190

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

A38

00001835



CCS0000191

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

A39

00001836



第 3 図

第 4 図

代理人 川 井 治 男    272

CCS000019Z

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

117323 2/3

A40

00001837



第 5 図

CCS0000193

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

A41

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
(WILMINGTON)

| CROWN PACKAGING TECHNOLOGY, INC. AND CROWN CORK & SEAL USA, INC., <br><br> PLAINTIFFS, <br><br> V. <br><br> REXAM BEVERAGE CAN CO., <br><br> DEFENDANT. | CIVIL ACTION NO. 05-608 (KAJ) |
|---|---|

**CROWN PACKAGING TECHNOLOGY, INC.'S AND CROWN CORK & SEAL USA, INC.'S RESPONSES TO DEFENDANT/COUNTERCLAIMANT REXAM BEVERAGE CAN COMPANY'S FIRST SET OF REQUESTS FOR ADMISSION**

Pursuant to Federal Rules of Civil Procedure 26 and 36, Plaintiffs Crown Packaging Technology, Inc. and Crown Cork & Seal USA, Inc. (together "Crown") hereby responds to Defendant's First Set of Requests for Admission.

Crown objects to the definition of "Crown" to the extent that, by incorporating such definition, the requests for admission demand discovery of persons or entities other than Crown Packaging Technology, Inc. and Crown Cork & Seal USA, Inc. and those within its direct control.

Crown objects to each request for admission to the extent that it seeks, or may be construed to seek, information immune from discovery by reason of the attorney-client privilege, the work product immunity, and/or the protections afforded by Fed. R. Civ. P. 26(b)(4)(B). Nothing in these responses is intended to be, nor should be, considered a waiver of any attorney-

**REQUEST TO ADMIT NO. 18:**

Admit that the '843 Patent discloses the geometry of an unseamed can end.

**RESPONSE TO REQUEST TO ADMIT NO. 18:**

Crown objects to this request as premature because it calls for expert testimony concerning the scope of third-party patents. *Lakewood Eng'g and Mnf. Co. v. Lasko Prod., Inc.*, 2003 U.S. Dist. LEXIS 3867, at *17 (N.D. Ill. March 13, 2003). Crown will supplement this response after the expert discovery period commences.

**REQUEST TO ADMIT NO. 19:**

Admit that Unexamined Japanese Utility Model Application No. 57-117323 (the "JP Reference") is prior art to the '826 and '875 Patents.

**RESPONSE TO REQUEST TO ADMIT NO. 19:**

Admitted.

**REQUEST TO ADMIT NO. 20:**

Admit that the JP Reference discloses a can end after seaming that has a chuck wall extending at an angle of 20 degrees to 70 degrees to the vertical.

**RESPONSE TO REQUEST TO ADMIT NO. 20:**

Crown objects to this request as premature because it calls for expert testimony concerning the scope of third-party patents. *Lakewood Eng'g and Mnf. Co. v. Lasko Prod., Inc.*, 2003 U.S. Dist. LEXIS 3867, at *17 (N.D. Ill. March 13, 2003). Crown will supplement this response after the expert discovery period commences.

**REQUEST TO ADMIT NO. 21:**

Admit that the JP Reference discloses a table showing test results for can ends having varying panel thicknesses where the modified can ends had inclination angles of 45 degrees.

- 9 -

A43

1

```
 1        IN THE UNITED STATES DISTRICT COURT
 2           FOR THE DISTRICT OF DELAWARE
 3                    -  -  -
 4   CROWN PACKAGING      :   C.A. NO.
     TECHNOLOGY, INC.,    :   05-608(KAJ)
 5   Plaintiff, and CROWN :
     CORK & SEAL USA, INC., :
 6   Plaintiff and        :
     Counterclaim Defendant :
 7
         vs.             :
 8
     REXAM BEVERAGE CAN CO.,: JURY TRIAL
 9   Defendant Counterclaim : DEMANDED
10
                     -  -  -
11
            Tuesday, January 9, 2007
12
                     -  -  -
13
                    Videotape Deposition
14   of MARTIN HIGHAM, VOLUME I, taken
     pursuant to notice, was held at the
15   offices of WOODCOCK WASHBURN, LLP, Cira
     Centre, 2929 Arch Street, 12th Floor,
16   Philadelphia, Pennsylvania 19104,
     beginning at 9:13 a.m., on the above
17   date, before MARIA NOELLE DAMIANI,
     Registered Merit Reporter, Certified
18   Realtime Reporter, Certified Shorthand
     Reporter (NJ License No. 30XI00224100; DE
19   License No. RPR-117) and a Notary Public.
20
                     -  -  -
21
            ESQUIRE DEPOSITION SERVICES
22          Four Penn Center, Suite 1210
            1600 John F. Kennedy Boulevard
23          Philadelphia, Pennsylvania 19103
                   (215) 988-9191
24
```

ESQUIRE DEPOSITION SERVICES

210

MARTIN HIGHAM - VOLUME



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
1
1
1
1
20
21
22
23
24

ESQUIRE DEPOSITION SERVICES

A45

211

MARTIN HIGHAM - VOLUME

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

2

23

24



ESQUIRE DEPOSITION SERVICES

A46

282

```
 1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF DELAWARE
 2                         *   *   *
 3      CROWN PACKAGING        :  CIVIL ACTION
        TECHNOLOGY, INC., and  :
 4      CROWN CORK & SEAL USA,  :
        INC.,                   :
 5                  Plaintiffs,:  ORIGINAL
                -vs-            :
 6      REXAM BEVERAGE CAN CO.  :
        and REXAM BEVERAGE CAN  :
 7      AMERICAS, INC.,         :  NO.
                  Defendants.:   05-608(MPT)
 8
                           *   *   *
 9            Wednesday, January 10, 2007
                           *   *   *
10                  Continued confidential
11      realtime videotaped expert deposition of
12      MARTIN J. HIGHAM, held in the law offices
13      of WOODCOCK WASHBURN LLP, Cira Centre,
14      12th Floor, 2929 Arch Street,
15      Philadelphia, Pennsylvania  19104-2891,
16      on Wednesday, January 10, 2007, beginning
17      at 8:19 a.m., before Kimberly A. Cahill,
18      a Registered Professional Reporter and
19      Approved Reporter of the United States
20      District Court.
21                         *   *   *
22              ESQUIRE DEPOSITION SERVICES
                    Four Penn Center
23      1600 John F. Kennedy Boulevard, 12th Floor
                  Philadelphia, PA  19103
24                  (215) 988-9191
```

ESQUIRE DEPOSITION SERVICES

470

HIGHAM - CONFIDENTIAL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24



ESQUIRE DEPOSITION SERVICES

A48