

CONFIDENTIAL

CCS0071097

A115

CONFIDENTIAL

CCS0071098

CONFIDENTIAL

CCS0071099

A117

CONFIDENTIAL



CONFIDENTIAL

REDACTED

CONFIDENTIAL



CONFIDENTIAL

CCS0071103

A121



CONFIDENTIAL



CONFIDENTIAL

CCS0071105

A123



CONFIDENTIAL

CCS0071106

A124

1

JOHN W. CONWAY, NOVEMBER 21, 2006

```
 1        UNITED STATES DISTRICT COURT
 2      FOR THE DISTRICT OF DELAWARE
 3   --------------------x
     CROWN PACKAGING, et  : CIVIL ACTION
 4   al.,                 :
             Plaintiff(s), : NO. 05-608
 5                        :
             v.           :          ORIGINAL
 6                        :
     REXAM,               :
 7        Defendant(s).   :
     --------------------x
 8
 9        Tuesday, November 21, 2006
10
11             Videotaped deposition of
     JOHN W. CONWAY, held at the law offices
12   of WOLF BLOCK, LLP, 1650 Arch Street,
     24th Floor, Philadelphia, Pennsylvania
13   19103, beginning at 9:37 a.m., on the
     above date, before Debra J. Weaver, a
14   Federally Approved RPR, CRR, CSR of NJ
     (No. XI 01614) and Delaware (No. 138-RPR,
15   Expiration 1/31/08), and a Notary Public
     of New Jersey, Pennsylvania and Delaware.
16
17
18
19
20
21
              ESQUIRE DEPOSITION SERVICES
22                 Four Penn Center
           1600 John F. Kennedy Boulevard
23                    Suite 1210
           Philadelphia, Pennsylvania 19103
24                  (215) 988-9191
```

A125

38

JOHN W. CONWAY, NOVEMBER 21, 2006

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24



ESQUIRE DEPOSITION SERVICES - CHICAGO
312.782.8087   800.708.8087   FAX: 312.704.4950

A126

174

JOHN W. CONWAY, NOVEMBER 21, 2006



REDACTED

ESQUIRE DEPOSITION SERVICES - CHICAGO
312.782.8087   800.708.8087   FAX: 312.704.4950

A127

175

JOHN W. CONWAY, NOVEMBER 21, 2006



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

A128

REDACTED

194

JOHN W. CONWAY, NOVEMBER 21, 2006

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

A130

REDACTED

CONFIDENTIAL



CONFIDENTIAL

CCS0059946

A132



CONFIDENTIAL

CCS0059947

A133



CONFIDENTIAL

CCS0059948

A134



CONFIDENTIAL

CCS0059949

A135



CONFIDENTIAL

CCS0059950

A136

CONFIDENTIAL

CCS0059951



CONFIDENTIAL

CCS0059952

A138



CONFIDENTIAL

CCS0059953

A139



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

CCS0070577

A142



CONFIDENTIAL



CONFIDENTIAL

CCS0070579

A144

08/04/04    41 3725

PATENT

DOCKET NO.: CC-3545/4772USB
Application No.: 10/417,980
Office Action Dated: February 3, 2004

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:                    Confirmation No.: 8930
Brifcani, et al

Application No.: 10/417,980             Group Art Unit: 3725

Filing Date: April 17, 2003             Examiner: Nguyen, Jimmy T.

For:   Can End and Method for Fixing Same to a Can Body

EXPRESS MAIL LABEL NO:
DATE OF DEPOSIT: August 3, 2004

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

RECEIVED
AUG 09 2004
TECHNOLOGY CENTER 8700

## REPLY PURSUANT TO 37 CFR § 1.111

In response to the Official Action dated February 3, 2004, reconsideration is respectfully requested in view of the amendments and/or remarks as indicated below:

☒    Amendments to the Specification begin on page 2 of this paper.

☒    Amendments to the Claims are reflected in the listing of the claims which begins on page 3 of this paper.

☒    Amendments to the Drawings begin on page 6 of this paper and include an attached replacement sheet.

☒    Remarks/Arguments begin on page 7 of this paper.

Page 1 of 16

CCS0000104

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

DOCKET NO.: CC-3545/4772USB
Application No.: 10/417,980
Office Action Dated: February 3, 2004

PATENT

In The Specification

Replace the paragraph [0003] with the following re-written paragraph:

US Patent 4,217,843 (KRASKA) describes an alternative design of can end in which the countersink has inner and outer flat walls, and a bottom radius which is less than three times the metal thickness. The can end has a chuck wall extending at an angle of approximately 24° to the vertical. Conversely, the specification of our European Patent application EP0340955A United States Patent Number 5,046,637 describes a can end in which the chuck wall extends at an angle of between 12° and 20° to the vertical.

Replace the paragraph [0004] with the following re-written paragraph:

The detailed description of our Our European Patent No. 0153115 United States Patent Number 4,571,978 describes a method of making a can end suitable for closing a can body containing a beverage such as beer or soft drinks. This can end comprises a peripheral flange or cover hook, a chuck wall dependant from the interior of the cover hook, an outwardly concave reinforcing bead extending radially inwards from the chuck wall from a thickened junction of the chuck wall with the bead, and a central panel supported by an inner portion of the reinforcing bead. Such can ends are usually formed from a prelacquered aluminum alloy such as an aluminum magnesium manganese alloy such as alloy 5182.

Replace the paragraph [0005] with the following re-written paragraph:

The specification of our Our International Patent Application published no. WO93/17864 United States Patent Number 5,582,319 describes a can end suitable for a beverage can end formed from a laminate of aluminum/manganese alloy coated with a film of semi crystalline thermoplastic polyester. This polyester/aluminum alloy laminate permitted manufacture of a can end with a narrow, and therefore strong reinforcing bead in the cheaper aluminum manganese alloy.

Replace the paragraph [0026] with the following re-written paragraph:

As shown in Figure 1 the chuck 5 holds a can end 10 firmly on the flange 11 of a can body 12 against the support provided by the lifter plate 4. Each of the first operation roll 6 and second operation roll 7 operation roll 8 are shown clear of chuck before the active seam forming profile of each roll is moved in turn to form the curl of the can end and body flange to a double seam as shown in Figure 3.

Page 2 of 16

CCS0000105

Crown Packaging, et al. v. Rexam
USDC District of DE CA. 05-608

A128

A146

DOCKET NO.: CC-3545/4772US8                                        PATENT
Application No.: 10/417,980
Office Action Dated: February 3, 2004

This listing of claims will replace all prior versions, and listings, of claims in the application.

Listing of Claims:

1. (currently amended) A metal can end adapted to be joined to a can body for packaging beverages under pressure, said can end comprising:

   a peripheral cover hook adapted to be seamed onto a can body so as to form a joint therewith;

   a chuck wall extending inwardly and downwardly from the cover hook;

   an outwardly concave annular reinforcing bead extending inwardly and downwardly from the chuck wall; and

   a central panel supported by and extending inwardly from the reinforcing bead;

   wherein, prior to being joined to said can body: (i) the location at which said chuck wall extends from said peripheral cover hook defines a first point, (ii) the location at which said reinforcing bead extends from said chuck wall defines a second point, and (iii) a line extending between the first point and the second point is inclined to an axis perpendicular to the exterior of the central panel at an angle of between 30° and 60°.

2. (original) The can end of claim 1, wherein a base of the concave reinforcing bead is arcuate in cross-section and has a cross-sectional radius of less than 0.75 mm.

3. (original) The can end of claim 1, wherein the base of the concave reinforcing bead is approximately semi-circular in cross section.

4. (original) The can end of claim 1, wherein the reinforcing bead comprises an outer wall that is inclined to said axis at an angle between −15° and +15°.

5. (original) The can end of claim 1, wherein the reinforcing bead has inner and outer walls, a lower portion of the outer wall spaced apart from a lower portion of the inner wall by less than 1.5 mm.

Page 3 of 16

CCSD000106

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

DOCKET NO.: CC-3545/4772USB
Application No.: 10/417,980
Office Action Dated: February 3, 2004

6.    (currently amended) The can end of claim 4, wherein the reinforcing bead has an outer wall and an inner wall that is parallel to the outer wall, said inner wall and said outer wall being joined by a concave radius.

7.    (currently amended) The can end of claim 1, wherein the chuck wall extends between said first and second points along an essentially straight line.

8.    (original) The can end of claim 7, wherein the line extending between the first point and the second point is inclined to said axis at an angle between 40° and 45°.

9.    (original) The can end of claim 1, wherein the ratio of the diameter of the central panel to the diameter of the peripheral cover hook is 80% or less.

10.    (original) The can end of claim 1, wherein the can end is made of a laminate of thermoplastic polymer film and a sheet aluminium alloy.

11.    (previously presented) The can end of claim 1, wherein the can end is made of tinplate.

12.    (original) The can end of claim 1, wherein the can end is made of electrochrome coated steel.

13.    (new)    A metal can end for use in packaging beverages under pressure and adapted to be joined to a can body by a seaming process so as to form a double seam therewith using a rotatable chuck comprising first and second circumferentially extending walls, said first and second chuck walls forming a juncture therebetween, said can end comprising;

    a peripheral cover hook, said peripheral cover hook comprising a seaming panel adapted to be formed into a portion of said double seam during said seaming operation;

    a central panel;

    a wall extending inwardly and downwardly from said cover hook, a first portion of said wall extending from said cover hook to a first point on said wall, said first wall portion adapted to be deformed during said seaming operation so as to bent upwardly around said juncture of said chuck walls at said first point on said wall,

Page 4 of 16

CCS0000107

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

I

A130

A148

DOCKET NO.: CC-3545/4772USB
Application No.: 10/417,980
Office Action Dated: February 3, 2004

PATENT

a second portion of said wall extending from said first point to a second point forming a lowermost end of said wall, a line extending between said first and second points being inclined to an axis perpendicular to said central panel at an angle of between 30° and 60°.

14.    (new)  The end according to claim 13, further comprising an annular reinforcing bead connected to said wall at said second point, said annular reinforcing bead connecting said wall to said central panel.

Page 5 of 16

CCS0000108

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

A131

A149

DOCKET NO.: CC-35451 4772USB                                    PATENT
Application No.: 10/417,980
Office Action Dated: February 3, 2004

Amendments to the Drawings

The attached sheet of drawings includes changes to Fig(s) 1, 2, 3. The sheet, which includes
Fig(s) 1, 2, 3, replaces the original sheet including Fig(s) 1, 2, 3.

Attachment: Replacement Sheet .

Page 6 of 16

CCS0000109

Crown Packaging, et al. v. Rexam
USDC District of DE  CA. 05-608

A132



FIG. 1
PRIOR ART

FIG. 2
PRIOR ART

FIG. 3
PRIOR ART

CCB0000110

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

A133

A151

DOCKET NO.: CC-3545/4772USE                                              PATENT
Application No.: 10/417,080
Office Action Dated: February 3, 2004

## REMARKS/ARGUMENTS

### OBJECTIONS TO THE DRAWINGS AND SPECIFICATION

The pending office action states that Figures 1, 2, and 3 should be designated by a
legend indicating that the Figures illustrate only "that which is old." On the attached
replacement sheet 1, Figures 1, 2, and 3 each bear the designation "Prior Art" to overcome
the objection to the drawings.

Regarding the objection to the drawings as not showing the subject matter or features
of claim 4, the outer wall of the reinforcing bead is clearly shown inclined at an angle within
the range of claim 4 (for example, in Figure 4). Accordingly, Applicants submit that the
drawings satisfy all of the requirements of Rule 1.83(a). If the examiner determines,
however, that Applicants' explanation is not persuasive and requires a drawing actually
showing the outer wall of the reinforcing bead at +15° and another at -15°, Applicants will
submit drawings showing the angles.

The office action states that the specification improperly incorporates essential matter
by reference to foreign applications or patents. Without taking a position regarding whether
the matter contained in the referenced documents constitutes essential matter, this amendment
replaces the references to the EP application, EP patent, and International application in the
specification with a reference to the specification (or a portion thereof) of the patent number
of the corresponding U.S. patent. Accordingly, the specification after entry of this
amendment refers only to material in a United States patent, thereby overcoming the
objection without the need for a declaration or affidavit.

### REJECTION OF THE CLAIMS

Claims 1-9 have been rejected under Section 103 based on United States Patent
Number 5,046,637 ("Kysh") in view of Unexamined Japanese Utility Model Application No.
57-117323 ("JP Reference") Claims 9-12 have been rejected based on Kysh and the JP
Reference in further combination with other references. Claim 6 has been rejected under
Section 112, and is herein amended to depend from claim 1 and to provide proper antecedent

Page 7 of 16

CCSP00031

Crown Packaging, et al. v. Rexam
USDC District of DE  CA. 05-608

DOCKET NO.: CC-3545/4772USB                                    PATENT
Application No.: 10/417,980
Office Action Dated: February 3 2004

basis to overcome the Section 112 rejection  Claims 1 and 7 are also amended to delete the word "chuck" for clarity.

Applicants request reconsideration of the pending rejection in light of the following remarks and the declaration of Messrs. Martin Higham (Exhibit A), Brian Fields (Exhibit B), and Leonard Jenkins (Exhibit C) submitted herewith. As explained below, the Examiner has not established a *prima facie* case of obviousness. Moreover, obviousness is rebutted by evidence of secondary considerations.

### I.   The Examiner Has Not Established a *Prima Facie* Case of Obviousness

Claim 1 is directed to an end, adapted to be joined to a can body, having a peripheral curl, a wall extending from the curl, a reinforcing bead extending from the wall, and a central panel. Claim 1 requires that a line extending between a first point defined by the location at which the wall extends from the peripheral cover hook and a second point defined by the location at which the reinforcing bead extends from the wall is inclined to an axis perpendicular to the central panel at an angle of between 30° and 60°.

Claim 1 has been rejected as obvious over Kysh in view of the JP Reference. According to the Examiner:

> [I]t would have been obvious to one having ordinary skill in the art the time the invention was made to incline the wall of Kysh between about 20° to about 70° in view of JP to provide a can end for internally pressurized cans which can realize high pressure resistance and which can reduce the volume of raw material used. Additionally, the angle of inclination is not given patentable weight because the type of can end as claimed is well known as described above, and changing the inclination angle of the wall required only a change in the chuck wall to accommodate any angle of inclination

(Office Action at 4)

Although the Kysh patent suggests that angles "in the range from 12° to 20°" might be used, it teaches that the preferred range is *less* than 20° — specifically, the angle is "*more preferably* in the range from 12° to 15°" (Kysh at col. 6, line 42). The Examiner argues that one skilled in the art would ignore this teaching and seek to improve the Kysh end by doing just the opposite of Kysh's teaching and increase the angle beyond the most preferred range of 12° to 15°, beyond the less preferred range of 12° to 20°, and farther, until the angle was

Page 8 of 16

CCS0000112

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

A135

A153

DOCKET NO.: CC-3545/4772US6                                          PATENT
Application No.: 10/417,580
Office Action Dated: February 3, 2004

30° or more. According to the Examiner, one skilled in the art would do so based solely on the JP Reference.

As explained below, Applicants respectfully submit that the Examiner's *prima facie* case of obviousness is flawed because (1) the JP Reference does not disclose any can end prior to seaming, (2) the claimed end is radically different from Kysh, and (3) the JP Reference does not provide a motivation to modify the Kysh end as the Examiner suggests.

A.  The JP Reference Does Not Disclose Any End Geometry Prior To Seaming

The pending claims are directed to the geometry of an unseamed beverage can end – that is, a can end *before* it has been seamed onto a can body. Kysh also discloses an unseamed end, although the geometry of the claimed end is radically different from that of Kysh, as discussed below.  However, the JP Reference discloses only a can end *after* it has been seamed onto a can body and provides no information on the geometry of the end prior to seaming. In fact, claim 1 of the JP Reference suggests that the disclosed 20° to 70° wall angle is obtained as a result of the *manner* in which the can end is joined to the can body, rather than as a result of the geometry of the can end before it is deformed in the seaming operation:

> A can top comprising a plate-like chuck panel . . . that is to be *rolled and connected to a can body* and a center panel . . . *in such a manner* that said plate-like chuck panel is inclined at 20 to 70 degrees . . . ."

(JP Reference at page 1) (italics added)

The JP Reference contains no disclosure whatsoever of the geometry of the end, much less the angle of the wall, before the end is deformed by the seaming operation into the portions 15b and 18b. Thus, there is no teaching in the JP Reference concerning the geometry of an unseamed end that would suggest to one skilled in the art a modification to the geometry of the unseamed end disclosed in Kysh.

B.  The Claimed End Is of Radically Different Geometry From Kysh

The claimed end is of radically different geometry from Kysh because the wall angle of the claimed end is significantly greater than that of Kysh and all other conventional seamed ends at the time.  As discussed in the enclosed Declaration of Mr. Martin Higham,

Page 9 of 16

CCS0000113

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

A136

A154

DOCKET NO.: CC-3545/ 4772US8                                    PATENT
Application No.: 10/417,980
Office Action Dated: February 3, 2004

although the diameter of beverage can ends have been progressively reduced over the past
twenty years, the inclination of the wall of the end has varied little (Higham dec. at ¶ 6). In
fact the geometry of the ends are so tightly controlled that ends manufactured by different can
end makers are often used interchangeably by fillers (id. at ¶ 9 & 11 ).[1]  The uniformity of
beverage can end configuration is further illustrated by the Society of Soft Drink
Technologists "Beverage Can, End, & Double Seam Dimensional Specifications," and the
United States Brewers Association "Brewing Industry Recommended Specifications
Manual," already made of record (items 64 & 63 of July 28, 2004 IDS).





1983 U.S. Brewers Association          1993 Society of Soft Drink Technologists
Brewing Industry Recommended           Beverage Can, End, & Double Seam
Can Specifications Manual              Dimensional Specifications

The geometry of the Kysh end is clearly of the conventional configuration except for
a modification to the bead (which is inconsistent with the JP Reference, as discussed below).
Other than the JP Reference, which does not appear to have ever been commercialized
(Higham dec. at ¶ 25) the Examiner has pointed to no prior art suggesting an end having a
wall inclined at an angle of 30° or more.

Applicants submit, therefore, that the differences between the can end specified in the
pending claims and that of Kysh would be considered truly radical by those skilled in the art

_____
[1] The can end is seamed onto the can body in a filling plant after the can body has been filled with beverage.

Page 10 of 16

CCS0000114

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

DOCKET NO.: CC-3545/4772USB                                    PATENT
Application No.: 10/417,980
Office Action Dated: February 3  2004

(*id.* at ¶ 51 ) and only the strongest and clearest teaching would be sufficient to motivate one to make such a radically different end. As discussed below, one skilled in the art would not be motivated to modify the geometry of the Kysh end as suggested by the Examiner based merely on the JP Reference.

C. The JP Reference Does Not Provide A Motivation To Modify The Kysh End

The Examiner argues that one skilled in the art would act contrary to the express teaching of Kysh – *i.e.*, an angle of 12° to 15° is more preferred than a larger angle of up to 20° – so as to increase the angle to more than 30° based on a motivation to combine the teachings of Kysh with those of the JP Reference. However, as discussed below, at the time of the invention, no such motivation existed for at least two reasons.

1. Kysh and the JP Reference Contain Inconsistent Teachings

Kysh and the JP Reference are fundamentally at odds with each other and an attempt to combine the two would push one in opposite directions

The JP Reference teaches that a can end is strengthened by reducing the diameter of the central panel 3b. In particular, the JP Reference states:

> In order to reduce this buckling, the *size of the center panels* . . . may be *reduced* to thereby reduce, in turn, the internal pressure applied thereto . . . .
>
> . . .
>
> [F]or use as can tops of the cans 11a, 11b to which internal pressure is applied, the *areas of the center panels* . . . *become smaller* by, respectively areas corresponding to projected areas of the cheek panels 18a, 18b, and *this reduces their pressure receiving areas*, respectively, whereby axial loads acting thereon become smaller, thereby making it possible to reduce the thickness required to secure the predetermined pressure resistance.

(JP Reference at pages 2 and 4-5) (italics added)

Kysh teaches that the reinforcing bead should have an outer wall that is almost vertical – *i.e.*, inclined at an angle D that is "in the range of 2° to 10° and more preferably is in the range of 2° to 4°" (Kysh at col. 6, lines 42-45). As indicated by Mr. Higham's sketch, reproduced below (Higham dec. at ¶ 47), displacing the lower portion of the outer wall in the

Page 11 of 16

CCS0000115

Crown Packaging, et al. v. Rexam, et al.
USDC District of DE  CA 05-608

A138

A156

DOCKET NO.: CC-3545/ 4772US8                          PATENT
Application No.: 10/417,980
Office Action Dated: February 3, 2004

JP Reference outward so as to render its angle almost vertical according to the teachings of
Kysh would have the effect of *increasing* the center panel, contrary to the teachings of the JP
Reference.



Thus, one skilled in the art would not be motivated to combine the teachings of Kysh
and the JP Reference because they drive one in opposite directions—increase center panel
diameter according to Kysh, reduce center panel diameter according to the JP Reference.
Only impermissible hindsight would cause one to seek to combine these two disparate
teachings in the manner suggested by the Examiner.

### 2. Modifying the Kysh End According to the JP Reference Would Not Result In Any Improvement, Absent Impermissible Hindsight

The Examiner argued that one would be motivated to increase Kysh's wall angle
beyond the preferred range because one would expect to "reduce the volume of raw material
used" as a result of increased pressure resistance (Office Action at 4). However, as explained
in the Higham declaration (Higham dec at ¶ 36-42), although the JP Reference contains test
data showing that the increase in pressure resistance can be used to reduce metal thickness,
one skilled in the art would not necessarily believe that this resulted in overall metal savings,
or a reduction in metal cost. In fact, depending on the dimensions assumed for the "prior art"

Page 12 of 16

CCS0000116

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

A139

A157

DOCKET NO.: CC-3545/4772US8                                    PATENT
Application No.: 10/417,980
Office Action Dated: February 3, 2004

end disclosed in the JP Reference, following the teachings of the JP Reference could result in
an overall *increase* in metal usage (*id.* at ¶ 38, 39).

Perhaps more importantly, one skilled in the art would not be motivated to modify
Kysh as suggested by the Examiner because neither Kysh nor the JP Reference teach how to
seam such a radically different end onto a can body. As indicated in Mr. Higham's
declaration, one skilled in the art would have expected that the use of a conventional chuck
(12° lower wall and 4° upper wall) in a Kysh end modified as the Examiner suggests would
have resulted in unacceptable wrinkling during seaming (*id.* at ¶ 49).[2] One skilled in the art
would have been reluctant to modify the basic geometry of the conventional chuck. As
indicated in the Higham and Fields declarations, even the minor modification to the chuck
necessary to accommodate the modified bead of Kysh was a factor in preventing its
successful commercialization, despite the fact that it offered a modest improvement in
pressure resistance (Higham dec at ¶ 21-23; Fields dec at ¶ 5-6). The questionable benefits
disclosed by the JP Reference would surely not provide sufficient motivation to engage in a
much more radical chuck re-design.

Finally, even if one undertook to redesign the chuck to accommodate the increased
wall angle of the "modified" Kysh end, using the conventional approach to chuck design, one
skilled in the art would not expect that the resulting seamed end would have improved
pressure resistance (Higham dec at ¶ 51). In fact, Mr. Fields' calculations indicate that the
pressure resistance of a Kysh end, modified as the Examiner suggests so as to have a wall
inclined at 43° (near the middle of the angle range taught by the JP Reference), when seamed
onto a can body using a chuck re-designed according to conventional thinking (*i.e.*, keeping
the amount of metal deformation during seaming low) is about 20% less (73.8 psi versus 91.7
psi) than that of the unmodified Kysh end disclosed in the Kysh patent (Fields dec at ¶ 7).

In fact, as explained by Mr. Fields, a Kysh end modified as the Examiner suggests is
very *unobvious* because such an end would be expected to be weaker than the unmodified
Kysh end (*id.* at ¶ 12-13). The inventors achieved the benefits of the invention because they
seamed their end using the tooling described in the instant application, including a radially

---

2 Conventional seaming chucks are described in a number of reference already of record – U.S. Patent No.
5,911,551 (Moren) (et col. 4, lines 16-18), IDS Doc. No. 36; P. Moren, "Beverage Can Min Seams, IDS Doc.
No. 65," Continental Beverage Packaging, "Modern Beverage Can Double Seaming," IDS Doc. No. 66.

Page 13 of 16

CCS0000117

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

A140

A158

DOCKET NO.: CC-3545/4772USS
Application No.: 10/417,980
Office Action Dated: February 3, 2004                                          PATENT

different chuck design — e.g., a lower wall of the chuck is inclined at 43° and an upper at ±4° (page 8, lines 14-28). However, such a seaming method is nowhere disclosed in Kysh or the JP Reference. Nor is it disclosed in any other prior art. Applicants point out that in an interview held on June 3, 2004, in connection with co-pending application Serial No. 10/024,862, which is the parent of the instant application and is directed to the method of seaming the end, Examiner Larson indicated that the prior art does not show the seaming method of the current invention.[3]

Absent impermissible hindsight based on knowledge of Applicants' improved seaming method (disclosed in the instant application), one skilled in the art would not have expected that the Kysh end modified as the Examiner suggests would yield an improved end.

New claim 13 is specifically directed to a can having a first wall portion, extending from the cover hook to a first point, that is adapted to be bent upwardly at the first point around the juncture of the chuck walls during seaming, and in which a line extending between the first point and a second point forming the lowermost end of the wall is inclined to an axis perpendicular to the central panel at an angle of between 30° and 60°, as described in the instant application at page 8, line 10, to page 9, line 32, and shown in Figures 5-7.


II.  Secondary Considerations Warrant Withdrawal of the Examiner's
     Obviousness Rejection

The declarations of Messrs. Higham, Fields and Jenkins submitted herewith provide ample evidence of secondary considerations to warrant withdrawal of the Examiner's obviousness rejection even if a *prima facie* case of obviousness had been made out (and as explained above, it has not).

The nonobviousness of the claimed end is supported by the skepticism of persons skilled in the art upon first observing an unseamed end according to the current invention, as evidenced by the declarations of Mr. Higham (Higham dec. at ¶ 17-18) and Mr. Fields (Fields dec. at ¶ 16-19).

_____
[3] A copy of the Interview Summary is attached as Exhibit D.
                                    Page 14 of 16

CCS0000118

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

DOCKET NO.: CC-3545/4712USB                                          PATENT
Application No.: 10/417,980
Office Action Dated: February 3, 2004

The nonobviousness of the claimed invention is also supported by the commercial success enjoyed by 202 and 206 size "SuperEnds" falling with the scope of claims 1 and 13 sold by Crown and its licensees (Jenkins dec. at ¶ 3-6).

The nonobviousness of the claimed invention is also supported by the evidence of a long felt need in the beverage can industry for a can end that reduced metal usage, which need is satisfied by the claimed invention (Higham dec. at ¶ 4-18). Crown's 202 and 206 size SuperEnds yield considerable metal savings compared to conventional 202 and 206 ends. (id.)

The nonobviousness of the claimed invention is also supported by the recognition of the importance of the current invention by others in the beverage can industry. For example, in 2001, SuperEnd won the gold award (that is, first place) in the CanMaker Summit's Can-of-the-Year Awards in the category of "Ends, Caps & Closures." (Jenkins dec. at ¶ 7 & Press Release attached to Jenkins dec.).

Further, in patent applications filed after the publication of the parent of the instant application (that matured into United States Patent Number 6,065,634 and was published as WO96/37414 on November 28, 1996), competitors in the beverage can industry have tacitly acknowledged the inventiveness and importance of the claimed end by describing preferred embodiments in which the wall is inclined between 30° and 60°, as follows:

Page 15 of 16

CCS0000119

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

DOCKET NO.: CC-3545/4772US8
Application No.: 10/417,980
Office Action Dated: February 3, 2004

PATENT

### COMPETITORS' PATENTS DISCLOSING A PERFERRED WALL RANGE WITHIN THE CLAIMED RANGE OF 30° AND 60°

| Assignee/ Pat No./ Filing Date | Disclosure in Specification |
|---|---|
| Metal Container Corp.'s U.S. Pat. No. 6,499,622 Dec. 8, 1999 & U.S. Pat. No. 6,702,142 (Cont. of the 622 patent) | The arcuate chuckwall 132 is such that a line passing through the innermost end of arcuate chuckwall 132, near the terminus of curved juncture 30, and the outermost end of the arcuate chuckwall 132, near the beginning of step portion 34, forms an acute angle with respect to central axis 14 of the center panel 12. This acute angle is from about 20° to about 80°, and more preferably from about 30° to about 60°, and still more preferably from about 40° to about 50° (Col. 2, lines 28 – 36) |
| Metal Container Corp.'s U.S. Pat. No. 6,561,004 (CIP of the 622 patent) Nov. 28, 2000 | The arcuate portion 132 is configured such that a line passing through the innermost end of arcuate portion 132, near the terminus of curved juncture 130, and the outermost end of the arcuate portion 132, near the beginning of step portion 134, forms an acute angle with respect to central axis 114 of the center panel 112. This acute angle is from about 20° to about 80°, and more preferably from about 35.degree. to about 65°, and still more preferably from about 45° to about 55°. The current lid design uses an angle of about 50°. (col. 6, lines 8 – 37) |
| Ball Corp.'s U.S. Pat. No. 6,460,723, filed May 18, 2001 (claiming priority to January 1991 documents) | Several examples, for example, embodiments of: Figure 5: 35° to 45°; Figure 6: 35° to 45°; Figure 7: 35° to 45°; Figure 8: 30° to 40°. |

### CONCLUSION

For at least the reasons set forth above, Applicants submit that the claims are in condition for allowance and request withdrawal of the Section 103 and 112 rejections.

Date: August 3, 2004

Harold Pillner
Registration No. 42,560

Woodcock Washburn LLP
One Liberty Place – 46th Floor
Philadelphia PA 19103
Telephone: (215) 568-3100
Facsimile: (215) 568-3439

Page 16 of 16

CCS0000120

Crown Packaging, et al. v. Rexam
USDC District of DE CA 05-608

A143

CROWN v REXAM                26 OCTOBER 2006                DEPOSITION OF P. HINTON

**Page 1**

```
 1
 2   IN THE UNITED STATES DISTRICT COURT  )
     FOR THE DISTRICT OF DELAWARE         )
 3
     CROWN PACKAGING TECHNOLOGY INC.      )
 4   and CROWN CORK & SEAL USA, INC.      )
         Plaintiffs/Counterclaim Defendants )Civil
 5      v.                                 )Action
     REXAM BEVERAGE CAN COMPANY          )No.05-605
 6      Defendant/Counterclaimant      )(KAJ)
 7
 8   IN THE UNITED STATES DISTRICT COURT
     FOR THE SOUTHERN DISTRICT OF OHIO
 9   WESTERN DIVISION AT DAYTON
10   CROWN PACKAGING TECHNOLOGY INC.      )
     and CROWN CORK & SEAL USA INC        )
11        Plaintiffs                      )
         v.                               )Civil
12   BALL METAL BEVERAGE            )Action
     CONTAINER CORPORATION          )No.05-0281
13        Defendant.                )(WHR)
14
15       VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION
16                          of
                   MR. PETER JAMES HINTON
17                          on
                    Thursday, 26th October 2006
18
19
20   Taken at: The Express Holiday Inn
             Swindon City Centre
             Bridge Street
21           Swindon SN1 1BT
             England
22
     Reported by: Phyllis Hilder MBIVR
23
24
25
```

**Page 2**

```
 1
 2       A P P E A R A N C E S
 3
     On behalf of the Plaintiffs:
 4
         WOODCOCK WASHBURN LLP
 5       One Liberty Place 46th Floor
         Philadelphia PA 19103
 6           BY: MR CHAD E ZIEGLER
 7
 8
     On behalf of the Defendants
 9   Rexam Beverage Can Company:
10       McANDREWS, HELD & MALLOY, LTD
         500 West Madison Street, 34th Floor
11       Chicago, Illinois 60661
12           BY: MR. GERALD C. WILLIS, Jr
             MR. PATRICK BRADLEY
13
14
     On behalf of the Defendants
15   Ball Metal Beverage Container Corporation:
16       DINSMORE & SHOHL LLP
         255 East Fifth Street, Suite 1900
17       Cincinnati, OH 45202
18           BY: MR. JOSHUA A. LORENTZ
             MR. CLAYTON L. KUHNELL
19
20
21
22
23
24
25
```

**Page 3**

```
 1
 2   ALSO PRESENT:
 3   THE EXAMINER: Mr Robert Onslow
 4                8 New Square
                  Lincoln's Inn
                  London WC2A 3QP
 5
     UK SOLICITOR ON BEHALF OF THE DEPONENT:
 6
                  Mr. Duncan Black
 7                Dechert LLP
                  160 Queen Victoria Street
 8                London EC4V 4QQ
 9   UK SOLICITORS FOR REXAM BEVERAGE CAN COMPANY:
10       Messrs Bristows
         3 Lincoln's Inn Fields
11       London WC2A 3AA
12       By: Ms. Laura Reynolds
13   VIDEOGRAPHER: Mr. Paul Wright
                  Value Control (London) Limited
14                43/44 Hoxton Square
                  London N1 6PB
15
     REPORTER:   Phyllis Hilder (MBIVR)
16               Marten Walsh Cherer Ltd
                 Midway House
17               27-29 Cursitor Street
                 London EC4A 1LT
18
19
20
21
22
23
24
25
```

**Page 4**

```
 1
 2       I N D E X
 3   DEPONENT                    PAGE
 4   MR. PETER JAMES HINTON
 5   Direct Examination by MR WILLIS      12
 6   Cross-Examination by MR ZIEGLER     139
 7   Direct Examination by MR LORENTZ    143
 8   Cross-Examination by MR. ZIEGLER    282
 9   Re-Direct Examination by MR WILLIS  298
10   Re-Direct Examination by MR LORENTZ   303
11   Cross-Examination by MR ZIEGLER       303
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1 (Pages 1 to 4)

MARTEN WALSH CHERER LTD            27-29 CURSITOR STREET            LONDON EC4A 1LT
TELE: 020 7405 5010            E-MAIL: info@martenwalshcherer.com            FAX: 020 7405 5026

A162

CROWN v REXAM                26 OCTOBER 2006                DEPOSITION OF P. HINTON

1
2  produced to Ball in this matter. I think that is
3  fair.
4        THE EXAMINER: Let us just deal
5  with the issues one by one. There is no question
6  of any improper conduct. I therefore cannot see
7  for the moment how you can bring it within one of
8  the categories because you cannot show that
9  anything he has said in answer to your questions
10  on the categories have been influenced by anything
11  that may have happened yesterday. Furthermore, it
12  was in the nature of instructions being given to
13  his solicitor albeit Mr. Ziegler was there as
14  well, so I am inclined not to allow those
15  questions.
16        English rules apply. US law is
17  very very different; I have no idea, but I am
18  bound to apply English law on these questions. I
19  am going to disallow your questions in relation to
20  the meeting yesterday. If there are any other
21  meetings which Mr. Ball(sic) attended and
22  Mr. Black was not there, then obviously that will
23  be different but he was at least in part giving
24  instructions to his solicitor.
25        MR. LORENTZ: At any time yesterday

Page 281

1
2  you say you were there for all time?
3        MR. BLACK: Yes, I was.
4        MR. LORENTZ: If that is the
5  instruction we will go back. If you can just give
6  me a couple of minutes, I will finish up in one
7  minute and give you time to talk. So, we will go
8  off the record for two minutes.
9        (Short break from 4.37 to 4.40 p.m.)
10  BY MR. LORENTZ:
11        Q.    Mr. Hinton, I have just one more
12  question. Did you ever contemplate in your
13  invention and the invention being what you have
14  added and also the SuperEnd invention, do you know
15  if it was ever contemplated having a can end that
16  did not include a countersink or a reinforcing
17  bead?
18        MR. ZIEGLER: Objection to the
19  extent it calls for a legal conclusion, and also
20  foundation.
21        A    A can end that - sorry - that had
22  no countersink?
23  BY MR. LORENTZ:
24        Q.    That is correct.
25        A.    No.

Page 282

1
2        MR. LORENTZ: Okay. Mr. Ziegler?
3  CROSS-EXAMINATION BY MR. ZIEGLER:
4        Q.    Mr. Hinton, do you have an
5  understanding of what a reinforcing bead is in the
6  context of a can end?
7        A.    We do not - I have never referred
8  to it as a reinforcing bead. It has just been
9  called a countersink radius or countersink radius
10  diameter, or....
11        Q.    So if I was ----
12        A.    It has never been - I have never
13  called it a reinforcing bead.
14        Q.    So if I were to ask you what an
15  annular reinforcing bead was in the context of the
16  claim, what would your answer be?
17        A.    From the knowledge I have gained at
18  this deposition, I would say it was, it included
19  the countersink radius and the two vertical or
20  near vertical walls either side of it.
21        Q.    So, a reinforcing bead would have a
22  base, a radius, and would have two walls on either
23  side of it, is that correct?
24        A.    Yes, yes.
25        Q.    If you look at Figure 4 of Hinton

Page 283

1
2  Exhibit 2, the '875 patent, you will see an r3
3  there.
4        A.    R3, yes.
5        Q.    And if you turn to column 4 of the
6  same patent it is listed as the "concave radius in
7  antipeaking bead". Do you see that in that list
8  at the top of column 4, second item down?
9        A.    Concave radius in antipeaking bead,
10  yes.
11        Q.    It says, "concave radius in
12  antipeaking bead," correct?
13        A.    "Concave radius in antipeaking
14  bead".
15        Q.    So the patent teaches, does it not,
16  that there is a countersink radius that is
17  included within the reinforcing bead but that the
18  reinforcing bead also has wall structures
19  associated with it?
20        MR. LORENTZ: Objection.
21        A.    Sorry, can you repeat that again?
22  BY MR. ZIEGLER:
23        Q.    The patent therefore teaches that
24  the antipeaking bead includes the countersink
25  radius or a concave radius at its base and two

Page 284

71 (Pages 281 to 284)

A163

# United States Patent [19]

## Taube et al.

[11] **Patent Number:** 4,571,978

[45] **Date of Patent:** Feb. 25, 1986

[54] **METHOD OF AND APPARATUS FOR FORMING A REINFORCED CAN END**

[75] Inventors: **William L. Taube**, Murrietta, Calif.; **David A. Roberts**, Wokingham, England

[73] Assignee: **Metal Box p.l.c.**, Wantage, England

[21] Appl. No.: **579,977**

[22] Filed: **Feb. 14, 1984**

[51] Int. Cl.⁴ ............... B21D 22/00; B21D 51/44
[52] U.S. Cl. ..................... 72/349; 72/354; 413/8; 413/56
[58] Field of Search ........ 72/347, 348, 349, 350, 72/351, 356, 361, 354; 413/8, 56

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2.763.228 | 9/1956 | Lawson | 72/348 X |
| 3.307.388 | 3/1967 | Brooks et al | 72/348 |
| 3.537.291 | 11/1970 | Hawkins | 72/336 |
| 3.957.005 | 5/1976 | Heffner | 72/348 X |
| 4.031.837 | 6/1977 | Jordan | 413/8 |
| 4.109.599 | 8/1978 | Schulz | 413/8 |
| 4.121.448 | 10/1978 | Censuales | 72/348 |

*Primary Examiner*—E. Michael Combs
*Attorney, Agent, or Firm*—Diller, Ramik & Wight

[57] **ABSTRACT**

The invention herein relates to a method of and apparatus forming a reinforced pressure resistant can end by gripping a central panel of a metallic blank between an axially aligned reform pad and an indent ring, the reform pad being in internal concentric relationship to a draw punch and the indent ring being in internal concentric relationship to a lift ring, the draw punch being movable in a first direction to exert first forces against a peripheral edge portion of the blank in a first direction to form the peripheral edge portion out of the plane of the central panel and shape the blank into a generally flanged cup-shaped configuration defined by the central panel, a radius, a frusto-conical wall and an annular flange, and while the central panel is still gripped, second forces are exerted beyond the first forces and in a second direction opposite the first direction to form at least a part of the metal of the radius, in the absence of restraint or constraint, out of the plane of the central panel and to a side thereof opposite the flange to form an annular reinforcing countersink radius

**37 Claims, 19 Drawing Figures**





FIG.1



A166



A167

U.S. Patent    Feb. 25, 1986    Sheet 4 of 8    4,571,978

**FIG.10**



**FIG.11**



**FIG.12**





FIG.15





4,571,978

1

## METHOD OF AND APPARATUS FOR FORMING A REINFORCED CAN END

The present invention is directed to a method of and apparatus for forming a can end which is highly resistant to internal pressure when seamed to a product-containing can.

Typical of one conventional method of manufacturing so-called pressure resistant can ends is that disclosed in U.S. Pat. No. 4,109,599 in the name of Freddy R. Schultz issued Aug. 29, 1978 and assigned to Aluminum Company of America. In accordance with one method disclosed in this patent, a sheet metal blank is positioned between a pair of dies which are moved to first shear an edge of the blank after which a punch descends to form the now circular blank about an annular ring into an end shell having a peripheral flange, a frusto-conical wall, a radius and an end panel. The end shell is then removed from the first set of dies and inserted into a second set of dies in which the peripheral flange is curled into a downward peripheral flange suitable for double seaming operations.

The end shell is then placed between another pair of dies which when moved toward each other form the radius into a reinforcing channel or annular groove adjoining the simultaneously formed domed central panel. The so-called reinforcing channel or annular groove increases the pressure resistance of the can end because of the reinforcement created by the increased depth of the annular groove with respect to the central panel and the tight radius of curvature of the latter. This type of reinforcement is said to make it possible to reduce the gauge thickness of a can end about 10 to 20 percent while maintaining pressure resistance capabilities of a conventional can end. However, the patent also acknowledges two dichotomous principles which are at work in the manufacture of a pressure resistant can end of this type, namely, the deepening of the annular groove and the tightening of its radius acts to increase pressure resistance, but the drawing operation has the effect of thinning the metal which acts to decrease pressure resistance.

While the objectives of conventional methods and apparatus are acknowledged herein, it is also important to recognize that such known methods also include other disadvantages, particularly when a blank or end shell must be transferred between a first set of dies to a second set of dies which virtually necessarily create alignment and/or tolerance problems, not to mention the simple fact that the transfer itself adds time to an overall forming operation simply because of the time involved in the transfer per se. Furthermore, it is not uncommon to lacquer the blanks prior to any forming operation, and forming in different dies and/or transferring between dies increases the tendency of the lacquer or enamel to crack or otherwise expose the metal to the eventual product packaged within a can to which the end has been seamed. The latter can result in undesired product deterioration.

Another disadvantage of forming a pressure resistant can end in a series of different dies between which the blank must be transferred is simply the inability to maintain acceptable tolerances, particularly relative to overall concentricity, flange height and hook length. These three factors collectively establish to a large measure the eventual uniformity of successful double seaming

2

which, once again, can be critical to product shelf life and/or longevity.

In keeping with the foregoing, it is a primary object of this invention to provide a novel method of and apparatus for forming a reinforced pressure resistant can end within a single set of dies and in the absence of any type of transfer or movement of the metallic blank once a forming operation has begun by utilizing the single set of dies to selectively localize an increased thickness of metal at a juncture at an outer frusto-conical peripheral wall and a reinforcing countersink radius of the can end, while at the same time localizing a thinner flexible wall portion between a panel radius and a circular central panel of the can end to thereby provide increased reinforcement in the absence of metal exposure, flexibility to transfer or absorb forces, and optimum tolerance including flange height, hook length and concentricity.

A further object of this invention is to provide a novel apparatus and method as set forth above defined including a draw punch and a reform pad carried by a first support movable relative to an indent ring and a lift ring carried by a second support, means for fluidically, pneumatically and/or spring clamping a central panel of a metallic blank between the reform pad and the indent ring, the draw punch being part of first force exerting means for exerting first forces against a peripheral edge portion of the blank in a first direction to deform the peripheral edge portion out of the plane of the central panel and shape the blank into a generally flanged cup-shaped configuration defined by the central panel, a radius, a frusto-conical wall and an annular flange, and the lift ring defining part of second force exerting means for exerting second forces greater than the first forces against the flange in a second direction opposite the first direction while the center panel is still gripped between the reform pad and the indent ring to deform a part of the metal of the radius in the absence of constraint out of the plane of the central panel and to a side thereof opposite the annular flange to thereby form the reinforcing countersink radius of localized increased thickness as set forth in the previous object.

Still another object of this invention is to provide a novel apparatus as set forth immediately above wherein at least one of the reform pad and the draw punch form an annular chamber into which is formed the radius part during the operation of the second force exerting means to form the reinforcing countersink radius.

A further object of this invention is to provide a novel apparatus as aforesaid wherein the draw punch includes an inner frusto-conical surface in generally opposed relationship to an annular angled surface of the reform pad between the peripheral surface and a terminal end face of the latter which individually or collectively form an annular chamber into which is formed the radius part during the operation of the second force exerting means to form the reinforcing countersink radius.

A further object of this invention is to provide a novel apparatus as heretofore described wherein the indent ring includes a peripheral surface and an axial end face, and means in the form of an annular outwardly opening groove between the peripheral surface and the terminal end face of the indent ring for effecting unrestrained stretching of the material forming the first-mentioned radius during the movement of the draw punch in the first direction.

A173

4,571,978

3

Another object of this invention is to provide a novel apparatus as aforesaid including respective convex and concave terminal end faces of the draw punch and lift ring for guiding metal therethrough during the movement of the draw punch in the first direction.

Still another object of this invention is to provide a novel apparatus as heretofore described wherein the force exerting means for moving the reform pad and the draw punch is a source of fluidic pressure, and the force of the latter is utilized during movement of the draw punch in the first direction to load a mechanical spring which in turn applies the force in the second direction through the lift punch upon return movement of the draw punch opposite its first direction of travel.

With the above and other objects in view that will hereinafter appear, the nature of the invention will be more clearly understood by reference to the following detailed description, the appended claims and the several views illustrated in the accompanying drawings.

IN THE DRAWINGS:

FIG. 1 is a generally axial sectional view with some parts shown in elevation of a press including a punch and die, and illustrates as part of the punch a fluidically (preferably pneumatically) operated reform pad, and as part of the die an indent ring and a mechanically operated lift ring with the tooling shown at the completion of the first or forming operation in which a blank is formed to a generally cup-like configuration defined by a circular center panel, a radius, a frusto-conical wall and an annular flange.

FIG. 2 is an enlarged fragmentary schematic cross-sectional view of the draw punch, reform pad, indent ring and lift ring of FIG. 1, and illustrates the latter in association with the planar metallic blank just prior to the blank being cut between a cutting punch and a cut edge of the die.

FIG. 3 is an enlarged fragmentary schematic cross-sectional view of the tooling of FIG. 2, and illustrates a further sequence in the operation of the punch during which the blank is cut between the cutting punch and the die cut edge.

FIG. 4 is an enlarged fragmentary cross-sectional view of the tooling of FIG. 3, and illustrates a generally convex axial end face of the draw punch applying downwardly directed forces to a peripheral edge portion of the blank.

FIG. 5 is an enlarged fragmentary schematic cross-sectional view of the tooling of FIG. 4, and illustrates the position at which a central portion of the metallic blank is clamped between axial end faces of the reform pad and the indent ring.

FIG. 6 is an enlarged fragmentary schematic cross-sectional view of the tooling of FIG. 5, and illustrates the simultaneous downward movement of the draw punch and the lift ring at which time a peripheral edge of the metallic blank is guided between respective convex and concave opposing surfaces of the draw punch and lift ring.

FIG. 7 is an enlarged fragmentary schematic cross-sectional view of the tooling of FIG. 6, and illustrates the draw punch at the bottom of its stroke and a portion of the metallic blank bridging an annular outwardly opening groove of the indent ring.

FIG. 8 is an enlarged fragmentary schematic cross-sectional view of the tooling of FIG. 7, and illustrates two phantom outlines and a single solid outline position of the can end during upward movement of the draw punch and lift ring at which time the flange is gripped

4

between the lift ring and the draw punch and the previously formed radius of the can end is progressively formed into a reinforcing countersink radius.

FIG. 9 is an enlarged fragmentary schematic cross-sectional view of the tooling of FIG. 8, and illustrates the position of the tooling at which the reinforcing countersink radius has been fully formed.

FIG. 10 is an enlarged fragmentary schematic cross-sectional view of the tooling of FIG. 9, and illustrates in solid outline the release of the gripping forces by the retraction of the reform pad and in phantom outline the position of the lift ring prior to final ejection of the fully formed can end.

FIG. 11 is an enlarged fragmentary schematic cross-sectional view of the tooling of FIG. 10, and illustrates the punch and die fully opened and the lift ring at a position permitting ejection of the completed can end.

FIG. 12 is a fragmentary cross-sectional view of a reinforced pressure resistant can end constructed in accordance with this invention, and illustrates in conjunction with a graph a variety of different wall thicknesses thereof pertinent to the present invention.

FIG. 13 is an enlarged fragmentary schematic cross-sectional view of a modified form of tooling of the invention at the same position as that illustrated in FIG. 7, and illustrates a modification of the reform pad in which a peripheral surface and a terminal end face are bridged through a radius, a cylindrical surface and an angled surface.

FIG. 14 is an enlarged fragmentary schematic cross-sectional view of the tooling of FIG. 13, and illustrates the manner in which the radius formed by the tooling of FIG. 13 is reformed by the upward movement of the lift ring and draw punch into an annular area set off in part by the reform pad and angled and cylindrical surfaces.

FIG. 15 is a generally fragmentary axial sectional view of another press including another punch and die, and illustrates the tooling thereof in a position forming the configuration of the can end or shell of FIG. 18.

FIG. 16 is an enlarged fragmentary schematic cross-sectional view of a draw punch, reform pad, indent ring and lift ring of FIG. 15, and illustrates the latter in association with a metallic blank which has been cut between a cutting punch and a cut edge of the die.

FIG. 17 is an enlarged fragmentary cross-sectional view of the tooling of FIG. 16, and illustrates a further sequence in the operation of the punch during which the blank is formed into a shallow cup.

FIG. 18 is an enlarged fragmentary schematic cross-sectional view of the tooling of FIG. 17, and illustrates the tooling at the bottom of its stroke after the shallow cup of FIG. 7 has been reformed to an oppositely opening flanged cup.

FIG. 19 is an enlarged fragmentary schematic cross-sectional view of the tooling of FIG. 18, and illustrates the position of the tooling at which a reinforcing countersink radius has been fully formed.

The invention will be best understood by first referring to FIG. 1 of the drawings which illustrates a portion of a conventional multi-die double action press which is generally designated by the reference numeral 10. The press 10 includes a punch 11 and a die or bolster block assembly 12. The bolster block assembly 12 is a stationary portion of the frame (not shown) of the press 10 while the punch 11 is reciprocated in a conventional manner, as by eccentrics or cams between a fully closed or bottom dead center position (FIG. 1) and a fully opened position (FIG. 11).

4,571,978

5

The die or bolster block assembly 12 includes a generally cylindrical upwardly opening recess 13 housing a draw die base 14 which is secured to the assembly 12 by a plurality of hex screws 15 received in a plurality of counter-bored bores 16 and threaded in threaded bores 17 of the assembly 12. There are six such bores 16 and hex screws 15 equally spaced about the draw die base 14 and six similarly spaced threaded bores 17 formed in the assembly 12 for securely attaching the draw die base 14 to the assembly 12 within the recess 13. A bottom wall (unnumbered) of the draw die base includes an axial bore 18 in which is reciprocally moved an upper portion 20 of a knock-out lift ring rod 21.

The bottom wall (unnumbered) of the draw die base 14 also includes four counterbores 22 of which only one is illustrated in FIG. 1, and a hex screw 23 is received in each counterbore 22 and is threaded in a threaded bore 24 of an indent ring 25 seated within a shallow upwardly opening circular recess 29 of the draw die base 14. The indent ring 25 and a reform pad or draw punch gripper pad 35 of the punch 11, which will be described more fully hereinafter, cooperate to collectively define therebetween means for gripping a central panel CP (FIG. 2) of a metallic uniplanar blank B having at outer peripheral edge or peripheral edge portion PE. Essentially, the central portion or center panel CP of the blank B is gripped between a relatively flat terminal circular end face 26 of the indent ring 25 and a similar flat circular terminal end face 36 of the reform pad 35 (FIG. 2).

The indent ring 25 additionally includes a generally cylindrical or peripheral outer surface 27 and the surfaces 26, 27 are bridged by means 40 (FIG. 2) for creating unrestrained tensioning of the blank B during the formation of a somewhat angulated radius R (FIG. 7) defined by a pair of shoulders or radius portions Rb and Rc spanned by an annular generally flat angled wall portion Rt (FIG. 7). The tensioning means 40 includes a pair of annular shoulders 41, 42 between which is an outwardly opening annular groove 43. The radii of the shoulders 41, 42 are respectively 0.030″ and 0.065″, while the radius of the annular groove 43 is 0.010″. The distance of the axis for the radius of the shoulder 42 from the axial terminal end face 26 of the indent ring 25 is 0.015″ and the distance of the axis of the radius 41 from the axis of the indent ring 25 is approximately 0.976″–0.977″.

A lower portion (unnumbered) of the indent ring 25 is traversed by a diametric slot 28 which transforms a lower end portion of the indent ring 25 into a pair of legs 30, 31. The diametric slot 28 accommodates reciprocal movement of a hub of forming part of a diametric spider (not shown) of a lift ring 60 which will be described more fully hereinafter. However, each of the legs 30, 31 of the indent ring 25 includes a vertical slot 32, 33, respectively, functioning as a vertical limit for reciprocal motion of the lift ring 60.

The draw die base 14 also includes six equally circumferentially spaced bores 34 and six equally circumferentially spaced blind bores 45. Each of the bores 34 receives a reduced end portion 46 of a lift pin 47 while each of the blind bores 45 houses a compression spring 48.

The compression springs 48 bear against the undersurface (unnumbered) of a conventional draw die 70 which cooperates in a conventional manner with a cutting punch 75 of the punch 11 and a cut edge or annular blanking die 76 carried by a die holder or die assembly

6

78 secured in a conventional manner to the bolster block assembly 12 by a plurality of hex socket screws and nuts 81. Upon the descent of the cutting punch 75, which will be described more fully hereinafter, upon conventional downward motion imparted to the punch 11, the cooperative interaction of the draw die 70, the cutting punch 75 and the cut edge 76 results in the peripheral edge PE of the blank B being blanked or trimmed to a circular configuration as defined by a cut edge CE with, of course, waste material W being eventually discarded during normal operations of the press 10.

The lift ring 60 includes an outer peripheral cylindrical surface 61 and an inner peripheral cylindrical surface 62 which has a groove (unnumbered). The lift ring or annular forming member 60 includes a terminal peripheral end face 64 (FIG. 2) bridging the peripheral surfaces 61 and 62. The terminal peripheral end face 64 includes a shallow upwardly opening convex recess 65, and inboard annular axial face or surface 66 and an outboard annular axial face or surface 67. The surface 66 is radially longer than and slightly above (0.030″) the surface 67. The collective surfaces 65 through 67 provide guidance for inward metal flow of the peripheral edge portion PE of the blank B during the downward or forming stroke of the operation and a clamping or gripping action during the upward or reforming stroke, as will be described more fully hereinafter. Downward movement is imparted to the lift ring 60 by the descent of the draw punch 75. During such downward movement, the lift pins 47 are also moved downwardly moving a lift pin disc 91 out of contact with a bumper retainer plate 92 and further compressing a previously preloaded spring 93 to load the spring 93 to approximately 2,000 lbs. force. The same downward movement of the lift pins 47 and the lift pin disc 91 is transferred to a lift pin spacer 94 which compresses a compression spring 95. The springs 93, 95 operate in a conventional manner, but the same will be described more completely hereinafter.

The bumper retaining plate 92 is secured to the bolster block assembly 12 by a plurality of hex socket screws 96 received in counterbores 97 of the bumper retainer plate 92 and threaded in threaded bores 98 of the bolster block assembly 12. The bolster block assembly 12 also includes a threaded bore 101 into which is threaded an enlarged threaded portion 102 of a lift ring knock-out bumper pad 103 having an axial bore 104 within which reciprocates the knock-out lift ring rod 21.

The punch 11 includes a conventional blank punch slide assembly 110 which has mounted thereto a conventional cutting punch holder 111 by means of a blank ram attachment 112 (only one illustrated) and an associated set screw 113. The cutting punch 75 is secured in a conventional manner, including a cutting punch holder clamping nut 114, to a lower end portion of the cutting punch holder 111.

An inner piston or draw punch rod 120 is mounted for reciprocal movement within the cutting punch holder 111 and includes a bore 121, a counterbore 122 and an internally threaded end portion 123. The internally threaded end portion 123 is threaded to a threaded portion 82 of a stem 83 of a draw punch 80. The draw punch 80 includes an axial bore 84 and a counterbore 85 defined by a peripheral skirt or annular forming member 86 of the draw punch 80. The counter bore 85 is defined in part by an inner cylindrical peripheral surface

4,571,978

7

87 which is in intimate sliding contact with a like outer peripheral cylindrical surface 37 of the reform pad 35. The cylindrical surface 37 and the axial end face 36 of the reform pad 35 are bridged by means 38 in the form of an angled annular surface setting-off an obtuse angle of approximately 120° with the terminal end face 36. A like obtuse angle is set-off between the peripheral surface 37 and the angled annular surface 38. The means 38 functions to prevent a coating C, such as lacquer or enamel, from cracking or being wiped off and, thus, prevents metal exposure of the eventually formed inner surface of the blank B during the forming and reforming operation. The same means 38 or angled annular surface 38 cooperatively functions with a frusto-conical surface 88 of the draw punch 80 to define therewith and therebetween means for forming an annular downwardly opening and diverging chamber 130 into which the formed radius R (FIG. 7) can be freely reformed without guidance or restraint (see FIGS. 8 and 9) during the upward stroke or movement of the lift ring or annular forming member 60 to eventually form an annular reinforcing countersink radius Rr, again as will be described more fully hereinafter.

The frusto-conical surface 88 merges with a pair of convex radii 136, 137 bridged by a generally flat annular surface 138. The curvature of the radii/surfaces 136 through 138 corresponds to the curvature of the surface 65 of the groove 64 which together therewith provides added guidance to the inward metal flow during the downward or forming stroke when the blank B is formed to its final formed (though not reformed) configuration (FIG. 7).

A hex screw 140 is threaded into a threaded bore (unnumbered) of a draw punch shaft or piston 141 having a blind bore 142, a plurality of seals 143 and a peripheral flange 144 which can bottom against an annular axial end face 145 of the draw punch stem 83. The counterbore or chamber 122 is connected through the port 121 to a supply of fluidic pressure, such as a nitrogen cylinder and an associated regulator assembly or an air amplifier with appropriate valving and controls, which is simply designated by the headed arrow P1. The inner piston or draw punch rod 120 is likewise urged downwardly by fluidic pressure suitably regulated from the same or a different source as the pressure source P1, and the pressure applied to the draw punch rod is generally designated by the reference character P2 associated with the arrow in FIG. 1, although pressures P1, P2 can be equal. The pressure P1 can be, for example, as low as 600 psi and at 1000 psi, the pressure on the piston 141 is approximately 1060 psi. The pressure is preferably higher, particularly the pressure P2 exerted in a downward direction upon the draw punch rod 120 because the latter pressure is transferred during the downward or forming stroke from the rod 120 through the draw punch 80, the lift ring 60 and the lift pins 47 to unseat the lift pin disc 91 and the lift pin saver 94 and, therefore, load the springs 93, 95 which upon the reform, return or upward stroke of the rod 120 provide the mechanical force to lift the rods 47 and the lift ring 60 upwardly to reform the blank B from the position shown in FIG. 7 to that shown in FIG. 9 under a second force greater than the first pressure or force P2.

OPERATION

The operation of the press 10 will now be described with particular reference to FIGS. 2 through 11 of the drawings and, of course, it will be assumed that the

8

blank punch slide assembly 110 of the punch 11 has been retracted upwardly to its open position (FIG. 11) with the blank B positioned as shown in FIG. 2, but, of course, being supported upon the flat annular face 66 of the lift ring 60. The means for providing the pressures P1 and/or P2 have been activated and, therefore, the flange 144 of the draw punch piston 141 is bottomed against the annular face 145 (FIG. 1) of the stem 83 of the draw punch 80. This positions the axial terminal face 36 of the reform pad 35 slightly above the flat annular surface 138 of the draw punch 80 (FIG. 2). Upper end faces (unnumbered) of the lift pin disc 91 and the lift pin spacer 94 are in abutment with an undersurface (unnumbered) of the bumper retainer plate 92 (FIG. 1).

Conventional eccentric or cam means lower the cutting punch holder 111 which causes the cutting punch 75 to contact (FIG. 2) the peripheral edge portion PE of the blank B and then sever the same (FIG. 3) forming the cut edge CE. At this position (FIG. 3), the peripheral edge portion PE of the blank B is lightly gripped between the cutting punch 75 and the opposing draw die 70 which slightly compresses the springs 48.

The pressure P2 acting downwardly upon the rod 120 continues to move the draw punch 80 in a downward direction causing initial deformation of the peripheral edge PE of the blank B (FIG. 4) without, at this time, the center panel CP being clamped between the faces 26, 36 of the respective indent ring and reform pad 25, 35. The peripheral edge PE is, however, progressively withdrawn inwardly from between the cutting punch 75 and the draw die 70 (compare FIG. 3 and FIG. 4).

The continued downward fluidic pressure P2 upon the rod 120 progressively moves the draw punch 80 downwardly (FIG. 5) until a point is reached at which the surface 36 of the reform pad 35 contacts the center panel CP of the blank B and clamps the same in conjunction with the opposing surface 26 of the indent ring 25. Thus, from this point (FIG. 5) forward during the continuation of the first or forming operation, the central panel CP remains clamped between the reform pad 35 and the indent ring 25.

Eventually, the downward descent of the draw punch 80 reaches a position at which the force P2 is not only transferred to form the peripheral edge PE of the blank B, but also to act indirectly therethrough to force the lift ring 60 downwardly (FIG. 6). During this action, the groove 64 and the surfaces 136 through 138 function to guide the inward metal flow as the blank B is progressively formed toward the eventual angulated radius R (FIG. 7). From the position of the lift ring 60 shown in FIG. 6 to that shown in FIG. 7, the downward movement of the draw punch 80 not only forces the lift ring 60 downwardly but this force or pressure P2 is transferred from the lift ring 60 through the lift pins 47 (FIG. 1) to the lift pin disc 91 and from the latter to the lift pin disc 94, thus loading both springs 93 and 95 to obtain upon the return or reform stroke of the press 10 a mechanical force approximating 2000 lbs. Thus, in addition to loading the springs 93, 95, the draw punch 80 also forms the final configuration of the flange 160 (see FIG. 12) but also forms the angulated radius R (FIG. 7) by stretching or tensioning the central portion Rt between the radius Rb and Rc. As will appear more fully hereinafter, the tensioning in the area Rt is believed to provide the marked increase in flexibility of an annular wall portion 152 of a completely formed can

4,571,978

end 150 (FIG. 12) while the work hardening of the radius portion Rb coupled with its eventual reforming into the reinforced countersink radius Rr (FIG. 9) results in a "kink" or an increased thickness portion beyond "nominal", thickness at a portion of a countersink radius 155 between the lines of demarcation L6 and L7 of FIG. 12. Thus, from the position generally shown in FIG. 2 to that shown in FIG. 7, the draw punch 80 moved forcefully downwardly by the pressure P2 is effective for exerting forces sufficient to transform the peripheral edge portion PE of the blank B to the configuration of the formed, though not reformed, blank B of FIG. 7.

The reform or return stroke is initiated without any change in position of the blank punch slide assembly 110 and the cutting punch holder 111 and without in anyway reducing the clamping action against the center panel CP of the blank B between the gripping means 25, 35, i.e., the indent ring 25 and the reform pad 35. As the spring or springs 93, 95 urge the lift pins 47 upwardly against regulated decrease in the pressures P1 and/or P2 (FIG. 8), a flange 160 of the can end 150 is clamped or gripped between the surfaces 65 of the lift ring 60 in the draw punch 80 and the surface 65 of the lift ring 60 with a progressive upward movement causing the angulated radius R (FIG. 7) to be deformed progressively out of the plane of the center panel CP of the blank B, as is shown in an initial stage in solid lines in FIG. 8. By comparing FIGS. 7 and 8 it can be seen that the radius portion Rc of FIG. 7 is generally reversed progressively from the position shown in FIG. 7 to that which it eventually reaches in FIG. 9 while at the same time the radius portion Rt is deformed progressively and without restraint, guidance or confinement into the annular channel or chamber 130 until the reinforcing countersink radius (Rr of FIG. 7 or 155 of FIG. 12) is fully formed. However, during the movement of the lift ring 60 and the draw punch 80 as aforesaid between the position shown in FIGS. 8 and 9, the earlier tension portion Rt of the radius R tends to deform or bend more readily as opposed to the work hardened portion Rb which characteristically creates a relatively tight radius Rr and the reinforced thickened "kink" between the lines of demarcation L6, L7 (FIG. 12).

Upon completion of the return or reforming stroke (FIG. 9), the pressure P1 on the draw punch shaft 141 (FIG. 1) is released or lessened and unclamping of the blank B occurs as the lift ring 60 continues its upward spring biased return under the mechanical force of the springs 93 and/or 95 until the phantom outline position of FIG. 10 is reached by the lift ring 60. Thereafter, the cutting punch holder 111 is mechanically retracted to the final position shown in FIG. 11 at which point the can end can be conventionally ejected.

Reference is now made to FIG. 12 of the drawings which best illustrates the resultant reinforced pressure resistant can end generally designated by the reference numeral 150.

The can end 150 includes a generally circular center panel or panel portion 151; a flexible annular wall portion 152, a panel radius 153, a frusto-conical peripherally inner wall 154, an annular exteriorly upwardly opening reinforcing countersink radius or channel 155, a frusto-conical peripherally outer wall 156, a radius 157, an annular end wall 158 and a peripheral edge 159 with the latter three portions collectively defining a flange 160 which is utilized in a conventional manner to double seam the can end 150 to the can body.

A graph G has been associated with the can end 150 of FIG. 12 to graphically illustrate the variation in cross-sectional wall thickness of the can end 150 from the central panel 151 to the frusto-conical peripherally outer wall 156. The graph G depicts the percentage of change in gauge or thickness along the ordinate and the abscissa depicts the change in gauge using the countersink radius 155 as the "0" point. The end is a 206 diameter "Carson" shell.

The gauge or cross-sectional wall thickness of the circular central panel 151 of the can end 150 is generally designated by the reference character Tn and on the graph G, this "nominal" thickness is represented by the horizontal dash line at "100". A line L1 represents the point of demarcation between the circular central panel 151 and the flexible annular wall portion 152, although it must be recognized that the position of the line L1 is not exact but is amply adequate to understand the present invention and the variations in the gauge or wall thicknesses throughout the can end 150, as will be come clear hereinafter. A line l1 has been used to reference the line of demarcation L1 with a point P1 on the graph G to indicate that to the right of the point P1, the "nominal" or unformed thickness of the center panel 151 corresponds to the "nominal" thickness of the blank B prior to initiating the forming operation. A line of demarcation L2 indicates the outboard extent of the flexible annular wall portion 152 and the line l2 therefrom to the point P2 indicates on the graph G a progressive thinning of the cross-sectional thickness of the flexible annular wall portion 152 from point P1 to point P2.

Another line of demarcation L3 sets off with the line L2 the extent of the panel radius 153 with a center line of the panel radius 153 being designated by the line C3. A line l3 connects the line L3 with a point P3 on the graph G, while another line l4 connects the line C3 with a point P4 of the graph G. The configuration of the curve passing between the points P2 and P3 indicates the wall thickness or gauge of the panel radius 153 essentially decreases from the line L2 and then increases at the area of the line C3 (Point P4) after which the cross-sectional thickness again abruptly decreases and increases toward the point P3 and the line L3. The increased thickness generally in the area of the point P4 as compared to the progressive thinning of the annular wall portion 152 between the points P1 and P2 renders the annular wall portion 152 somewhat more flexible than both the center panel 151 and the panel radius 153 thereby permitting the annular wall portion 152 to flex under abuse, excess internal pressure, or the like, without failure.

Another line of demarcation L5 sets-off the frusto-conical peripherally inner wall 154 with the line L3. A line l5 from the line of demarcation L5 to a point P5 establishes the progressive decrease in wall thickness or gauge of the frusto-conical peripherally inner wall 154 from a point just beyond point P3 toward, but not quite to, to point P5.

The reinforcing countersink radius 155 is set-off between the line of demarcation L5 and another line of demarcation L6 between the two of which is a line C4 representing the radius of the countersink 155 and a line C5 indicating the bottom of the countersink 155. Another line of demarcation L7 is illustrated radially inward of the line of demarcation L6. Lines l6 and l7 connect the respective lines L6, L7 with points P6 and P7, respectively, of the graph G. Similarly, lines l8 and l9 connect the lines C4, C5, respectively, with points P8

4,571,978

**11**

and P9, respectively, of the graph G The significance of the latter described structure is the significant increase from the "nominal" thickness between the points P6 and P7 which results in a thickening, compression, or bulging of the material between the lines of demarcation L6 and L7 and slightly radially outwardly beyond the line L6. The material in this area is visibly "kinked" exteriorly, and the exteriorly surface (unnumbered) of the portion of the countersink radius 155 and the frusto-conical wall 156 generally between the lines of demarcation L6 and L7 bulges outwardly beyond an outer surface 161 of the frustoconical wall 156 which, of course, from the graph G is seen to progressively thin beyond point P6. The portion of the countersink radius between the lines of demarcation L6 and L7 corresponds generally to the radius Rf (FIG. 7) which is believed to be slightly work hardened during the initial forming operation, and this attendant loss of flexibility permits not only the unrestrained reforming (FIGS. 8 and 9) of the radius R to the configuration of the radius Rr in FIG. 9, but also the accumulation of metal in this same area (between the lines L6 and L7). The increased thickness in the countersink radius 155 at generally the radially outboard portion Rf (FIG. 12) of the can end 150 results in desired and reinforcement whereas the progressively thinner annular wall portion 152 results in desired end flexibility.

The can end 150 of FIG. 12 is, of course, constructed in the absence of metal exposure, as was heretofore noted, and the coating C remains essentially homogeneous and uninterrupted on the inner surface (unnumbered) of the can end. This is, of course, achieved with flange height (F), flange length (Lf) and concentricity (D) (FIG. 12) well within design tolerances.

Variations in the present method and apparatus will become apparent to those skilled in the art and such are considered to be within the scope of this disclosure including various modifications in or reversal of the various elements heretofore described As an example, reference is made to FIGS. 13 and 14 which have been provided with like though primed reference numerals to identify structure identical to that illustrated respectively in FIGS. 7 and 9. In this case, the reform pad 35' has been modified by altering the overall configuration of adjoining surfaces 170 through 172 bridging the surfaces 36' and 37'. The surface 170 is of an angular configuration, similar to the surface 38 of the reform pad 35. However, the surface 172 is radially outboard of the indent ring 25' and as a result the annular downwardly opening chamber 130' abruptly narrows at the cylindrical surface 171'. Thus, upon the return stroke or reform stroke upwardly of the lift ring 60', the radius R'r is "tighter", as is most readily apparent by simply comparing the radius Rr of FIGS. 9 through 10 with the radius R'r of FIG. 14. This results in a more rigid reinforcement of the countersink radius 155' than that provided by the reinforcing radius 155.

It is also readily apparent and within the scope of the present invention to essentially reverse or flip-flop the position of the reform pad 35 and draw punch 80 relative to the indent ring 25 and lift ring 60. In other words, it is clearly within the scope of this invention to have the indent ring 25 and lift ring 60 carried by the draw punch rod 120 and the reform pad 35 and draw punch 80 carried by the die or bolster block assembly 65 12

A modification as aforesaid is illustrated in FIG. 15 of the drawing in which a press or tool assembly 210 is

**12**

illustrated and comprises a punch or upper tool 211 and a die or lower tool 212 The upper tool 211 includes a cutting punch or sleeve 275, a holding ring or lift ring 260 within the cutting punch or sleeve 275 and a first draw punch 225. The components 225, 260 and 275 of the tool assembly 210 will be seen to correspond to the like components 25, 60 and 75 of the press 10. The lower tool 212 includes a blanking die or cutting ring 276, a first draw die 280 surrounded by an annular ring 220 in alignment with the cutting sleeve 275 and a second or "redraw" punch or reform pad 235 within the first draw die 280. The elements 235 and 280 correspond to the elements 35 and 80 of the press 10.

The upper tool 211 is mounted in a top plate 262 of a pillar die set comprising at the top plate 262 a plurality of conventional guide pillars (not shown) and a bottom plate 252 which can reciprocate relative to the top plate 252 and during such movement is guided by the latter-noted pillars The tool or die assembly 210 of FIG. 15 is mounted in a "C" framed power press on a press plate 265 so that the top plate 262 is urged to reciprocate by the press ram (not shown) and the bottom plate 252 remains stationary on the press plate 265.

In use, a sheet of metal is placed between the upper tool 211 and the lower tool 212 and the tools are closed by movement of the press ram acting on the top plate 262 so that the cutting sleeve 275 cooperates with the cutting ring 276 to cut out a circular blank B'' (FIG. 16) with the waste material being designated by the reference character W''. As in the case of the blank B of FIGS. 2 through 11 the blank B'' includes a center panel CP'' and a peripheral edge PE''.

After the cut out of the circular blank B'', continual downward travel of the press ram urges the top plate 262 of the die downwardly to push the sleeve 275 downwardly and through the peripheral edge PE'' of the blank B'' also pushes the annular ring 220 downwardly toward the position shown in FIG. 17. During the motion of the sleeve 275 and the annular ring 220 from the position shown in FIG. 16 to the position shown in FIG 17, the peripheral edge PE' is formed over a convex surface 238 of the first draw die 280 with the sleeve 275 and the annular ring 220 functioning as a sprung blank holder from between which the peripheral edge PE'' is eventually withdrawn into the sandwiched relationship between the sleeve 275 and the die 280 to shape the peripheral edge PE'' into a shallow downwardly opening shallow shell SS (FIG. 17) defined by a substantial cylindrical wall CW and the central panel CP''. The downward motion of the first drawing operation compresses a spring (not shown but corresponding to the spring 93 of FIG. 1) through push rods 240 (FIG. 15) so that the blank holding or clamping pressure between the sleeve 275 and the annular ring 220 is controlled as metal is drawn over the face 238 of the draw die 280 to form the inverted shallow shell or cup SS of FIG. 17. The continued drawing moves the punch 225 and the second punch 235 downwardly toward the position shown in FIG. 18 in which the blank B'' corresponds generally to the blank B of FIG. 7, except of course, the now cup-shaped blanks B, B'' open in opposite directions (downwardly in FIG. 7 and upwardly in FIG. 18). The central panel CP'' is, of course, clamped between the punch 225 and the punch 235 during the movement thereof from the position shown in FIG. 17 to the position shown in FIG 18, and during this downward movement the peripheral edge PE'' is drawn over the convex edge 238 of the die 280, as earlier noted It

4,571,978

13

is after this formation of the peripheral edge PE"
toward the end of the stroke shown in FIG. 18 that the
holding ring 260 moves downwardly and now clamps
the now formed cover hook or flange 260' (FIG. 18)
between the surfaces 238,265 of the respective tooling 5
elements 280, 260. The holding ring 260 is residentially
urged to act against the flange 260' on the surface 238 of
the die 280 by springs 239 (FIG. 15) and rods 241 in the
upper tool 211 as the punch or indent ring 225 begins to
retract upon the return motion of the press ram 10

The return motion of the press ram permits the punch
280 to cooperate with the redraw punch 235 of the
lower tool 212 which is urged by a compression spring
(not shown but acting through a cross head and a plural-
ity of rods 250) to progressively reform or deflect the 15
center panel CP' from the position shown in FIG. 18 to
that of FIG. 19. The latter movement progressively
generates the reinforced countersink radius or anti
peaking radius 255 by a folding action essentially identi-
cal to that heretofore described relative to FIGS. 8 and 20
9 of the drawings. Thus, the eventually formed end or
shell 250 corresponds in structure and function identi-
cally to that heretofore described relative to the end or
shell 150 (FIGS. 11 and 12).

A detailed construction of the various push rods and 25
springs under the press plate 265 are readily understood
by those skilled in the art who will also appreciate that
springs such as those operating the rods 240, 250 could
be replaced by other resilient devices, such as a gas
cushion or hydraulic cylinders as forming operations 30
may dictate. If preferred, a power press having a second
powered action may be used.

Variations are also well within the scope of the inven-
tion as heretofore described relative to FIGS. 15
through 19 of the drawings, and one such variation is 35
apparent from in FIG. 18 to which attention is now
directed. If during the first downward movement of the
draw punch 225, the motion were continued beyond the
position shown in FIG. 18 the frustoconical surface 256
would merge with a cylindrical wall portion (not 40
shown) before merging with the unnumbered radius of
the blank B'. When such a can end is reformed, the
cylindrical portion is pulled radially inward but any
spring back of the fold of the radius or anti peaking bead
255 can be used to compensate for relaxing the curve of 45
the anti peak bead.

In both the modification just described and that spe-
cifically described relative to the press 10, while it is
highly desirable to use fluidic pressure (P1 and/or P2),
it is also considered within the scope of this invention to 50
selectively operate the draw punch rod 120 and the
draw punch piston 141 through separate cams or eccen-
trics such that the springs 93 and/or 95 can be loaded
during the forming stroke under mechanical as opposed
to fluidic pressure. The reform pad 35 may also be bi- 55
ased downwardly by a mechanical spring rather than
the fluidic/pneumatic pressure P1.

Although in a preferred embodiment of the invention
as has been specifically illustrated and described herein,
it is to be understood that minor variations may be made 60
in the apparatus and the method without departing from
the spirit and scope of the invention, as defined in the
appended claims.

What is claimed is:

1. A method of forming a reinforced pressure-resist- 65
ant can end comprising the steps of providing a gener-
ally planar metallic blank having a central portion and
an outboard peripheral edge portion, exerting first

14

forces against the peripheral edge portion of the blank
in a first direction to deform the peripheral edge portion
out of the plane of the central portion and shape the
blank into a generally flanged cup-shaped configuration
defined by the central portion, a radius, a frusto-conical
wall and a shallow annular channel-like flange opening
in a direction toward the central portion, and exerting
second forces greater than the first forces against the
flange in a second direction opposite the first direction
while gripping the central portion to deform at least a
part of the metal of the radius in the absence of restraint
out of the plane of the central portion plane, to a side
thereof opposite the flange, and in the same direction as
the opening direction of the flange; and the first and
second directions defining a single reciprocal opposing
path of force exertion by the first and second forces.

2. The method as defined in claim 1 wherein the
lastmentioned exerting step transforms the radius into a
narrow bead having a wall thickness at least in part
greater than the wall thickness of the radius prior to the
transformation thereof.

3. The method as defined in claim 1 including the step
of releasing the gripping of the central portion only
after the completion of the second force exerting step.

4. The method as defined in claim 1 including the step
of gripping the flange during the performance of the
second force exerting step.

5. The method as defined in claim 1 wherein the
central portion gripping is effected at least in part
through fluidic pressure.

6. The method as defined in claim 1 wherein the
central portion gripping is effected at least in part
through mechanical pressure.

7. The method as defined in claim 1 wherein the
central portion gripping is effected by opposing fluidic
and mechanical pressure.

8. The method as defined in claim 1 including the step
of gripping the flange during the performance of the
second force exerting step, and the flange gripping step
is effected at least in part through fluidic pressure.

9. The method as defined in claim 1 including the step
of gripping the flange during at least part of the perfor-
mance of the first force exerting step, and releasing the
gripping of the central portion only after the comple-
tion of the second force exerting step.

10. Apparatus for forming a reinforced pressureresist-
ant can end comprising means for creating a generally
circular planar metallic blank having a central portion
and an outboard peripheral edge portion, first force
exerting means for exerting first forces against the pe-
ripheral edge portion of the blank in a first direction to
deform the peripheral edge portion out of the plane of
the central portion and shape the blank into a generally
flanged cup-shaped configuration defined by the central
portion, a radius, a frusto-conical wall and a shallow
annular channel-like flange opening in a direction
toward the central portion, gripping means for gripping
the central portion, and second force exerting means for
exerting second forces greater than the first forces
against the flange in a second direction opposite the first
direction while said gripping means are gripping the
central portion to deform at least a part of the metal of
the radius in the absence of restraint out of the plane of
the central portion plane, to a side thereof opposite the
annular flange to thereby form an annular reinforcing
countersink radius, and in the same direction as the
opening direction of the flange; and said first and sec-
ond force exerting means further establish said first and

4,571,978

15

second directions as a single reciprocal opposing path of force exertion.

11. The apparatus as defined in claim 10 wherein said gripping means include a pair of pads in contact with opposite side surfaces of the blank central portion.

12. The apparatus as defined in claim 10 wherein said gripping means include a pair of pads in contact with opposite side surfaces of the blank central portion, and fluidic pressure means for applying fluidic forces to urge one of said pads toward the other of said pads thereby gripping the blank central portion therebetween.

13. The apparatus as defined in claim 10 wherein said first force exerting means includes an annular forming member positioned in generally concentric relationship to said gripping means, said annular forming member having a terminal end face, said terminal end face being normally positioned to one side of the central portion plane, and said first force exerting means being effective to move said terminal end face progressively through and beyond the central portion plane during which movement of the peripheral end face deforms the peripheral edge portion into said generally flanged cup-shaped configuration.

14. The apparatus as defined in claim 10 wherein said second force exerting means includes an annular forming member positioned in generally concentric relationship to said gripping means, said annular forming member having a terminal peripheral end face, and said terminal peripheral end face being positioned in opposing contact with a convex surface of said flange to form the shallow annular channel-like configuration thereof.

15. The apparatus as defined in claim 10 wherein said gripping means include a pair of pads in contact with opposite side surfaces of the blank central portion, a first of said pair of pads and said first force exerting means being carried by a first common support, a second of said pair of pads and said second force exerting means being carried by a second common support, and means defined by at least one of said first pad and first force exerting means for forming an annular chamber into which is deformed the radius part during the operation of said second force exerting means to form said annular reinforcing countersink radius.

16. The apparatus as defined in claim 10 wherein said gripping means include a pair of pads in contact with opposite side surfaces of the blank central portion, a first of said pair of pads and said first force exerting means being carried by a first common support, a second of said pair of pads and said second force exerting means being carried by a second common support, and means defined by both said first pad and said first force exerting means for forming an annular chamber into which is deformed the radius part during the operation of said second force exerting means to form said annular reinforcing countersink radius.

17. The apparatus as defined in claim 10 wherein said gripping means include a pair of pads in contact with opposite side surfaces of the blank central portion, and one of said pads include an annular groove set-off between a pair of annular shoulders which are spanned by the radius during the formation thereof.

18. The apparatus as defined in claim 10 wherein said gripping means include a pair of pads in contact with opposite side surfaces of the blank central portion, said first force exerting means include a first annular forming member positioned in generally concentric relationship to and outboard of a first of said pair of pads, said first

16

annular forming member having inner and outer peripheral surfaces spanned by a terminal end face, the terminal end face being normally positioned to one side of the central portion plane, said first face exerting means being effective to move said terminal end face progressively through and beyond the central portion plane during which movement of the peripheral end face during the peripheral edge portion into said generally cup-shaped configuration, said second force exerting means includes a second annular forming member positioned in generally concentric relationship to and outboard of a second of said pair of pads, said second annular forming member having inner and outer peripheral surfaces spanned by a terminal end face, said first annular forming member and second annular forming member being disposed in generally axially aligned relationship, and means between said first annular forming member inner peripheral surface and said first pad for forming an annular chamber into which is deformed the radius part during the operation of said second force exerting means upon movement of said second annular forming member in said second direction to form said annular reinforcing countersink radius.

19. The apparatus as defined in claim 10 wherein said gripping means include a pair of pads in contact with opposite side surfaces of the blank central portion, said first force exerting means include a first annular forming member positioned in generally concentric relationship to and outboard of a first of said pair of pads, said first annular forming member having inner and outer peripheral surfaces spanned by a terminal end face, the terminal end face being normally positioned to one side of the central portion plane, said first face exerting means being effective to move said terminal end face progressively through and beyond the central portion plane during which movement of the peripheral end face deforms the peripheral edge portion into said generally cup-shaped configuration, said second force exerting means includes a second annular forming member positioned in generally concentric relationship to and outboard of a second of said pair of pads, said second annular forming member having inner and outer peripheral surfaces spanned by a terminal end face, said first annular forming member and second annular forming member being disposed in generally axially aligned relationship, and said first pad having an axial terminal end face and an outer peripheral surface bridged by means for preventing metal exposure of a coated blank during the movement of said second annular forming member in said second direction during the formation of said annular reinforcing countersink radius.

20. The apparatus as defined in claim 10 wherein said gripping means include a pair of pads in contact with opposite side surfaces of the blank central portion, said first force exerting means include a first annular forming member positioned in generally concentric relationship to and outboard of a first of said pair of pads, said first annular forming member having inner and outer peripheral surfaces spanned by a terminal end face, the terminal end face being normally positioned to one side of the central portion plane, said first face exerting means being effective to move said terminal end face progressively through and beyond the central portion plane during which movement of the peripheral end face deforms the peripheral edge portion into said generally cup-shaped configuration, said second force exerting means includes a second annular forming member positioned in generally concentric relationship to and out-

4,571,978

17

board of a second of said pair of pads, said second annular forming member having inner and outer peripheral surfaces spanned by a terminal end face, said first annular forming member and second annular forming member being disposed in generally axially aligned relationship, said first pad having an axial terminal end face and an outer peripheral surface bridged by means for preventing metal exposure of a coated blank during the movement of said second annular forming member in said second direction during the formation of said annular reinforcing countersink radius, and said metal exposure preventing means is an angled annular surface setting-off an obtuse angle to said first pad axial terminal end face and outer peripheral surface.

21. The apparatus as defined in claim 10 wherein said gripping means include a pair of pads in contact with opposite side surfaces of the blank central portion, said first force exerting means include a first annular forming member positioned in generally concentric relationship to and outboard of a first of said pair of pads, said first annular forming member having inner and outer peripheral surfaces spanned by a terminal end face, the terminal end face being normally positioned to one side of the central portion plane, said first face exerting means being effective to move said terminal end face progressively through and beyond the central portion plane during which movement of the peripheral end face deforms the peripheral edge portion into said generally cup-shaped configuration, said second force exerting means includes a second annular forming member positioned in generally concentric relationship to and outboard of a second of said pair of pads, said second annular forming member having inner and outer peripheral surfaces spanned by a terminal end face, said first annular forming member and second annular forming member being disposed in generally axially aligned relationship, and said second pad having an axial terminal end face and an outer peripheral surface bridged by means for effecting unrestrained stretching of the material forming the first-mentioned radius during the movement of said first annular forming member in said first direction

22. The apparatus as defined in claim 10 wherein said gripping means include a pair of pads in contact with opposite side surfaces of the blank central portion, said first force exerting means include a first annular forming member positioned in generally concentric relationship to and outboard of a first of said pair of pads, said first annular forming member having inner and outer peripheral surfaces spanned by a terminal end face, the terminal end face being normally positioned to one side of the central portion plane, said first face exerting means being effective to move said terminal end face progressively through and beyond the central portion plane during which movement of the peripheral end face deforms the peripheral edge portion into said generally cup-shaped configuration, said second force exerting means includes a second annular forming member positioned in generally concentric relationship to and outboard of a second of said pair of pads, said second annular forming member having inner and outer peripheral surfaces spanned by a terminal end face, said first annular forming member and second annular forming member being disposed in generaly axially aligned relationship, said second pad having an axial terminal end face and an outer peripheral surface bridged by means for effecting unrestrained stretching of the material forming the first-mentioned radius during the movement of

18

said first annular forming member in said first direction, and said last-mentioned means is an annular outwardly opening groove disposed between said second pad axial terminal end face and outer peripheral surface.

23. The apparatus as defined in claim 10 wherein said gripping means include a pair of pads in contact with opposite side surfaces of the blank central portion, said first force exerting means include a first annular forming member positioned in generally concentric relationship to and outboard of a first of said pair of pads, said first annular forming member having inner and outer peripheral surfaces spanned by a terminal end face, the terminal end face being normally positioned to one side of the central portion plane, said first face exerting means being effective to move said terminal end face progressively through and beyond the central portion plane during which movement of the peripheral end face deforms the peripheral edge portion into said generally cup-shaped configuration, said second force exerting means includes a second annular forming member positioned in generally concentric relationship to and outboard of a second of said pair of pads, said second annular forming member having inner and outer peripheral surfaces spanned by a terminal end face, said first annular forming member and second annular forming member being disposed in generally axially aligned relationship, and said first annular forming member inner peripheral surface being of a frusto-conical configuration increasing in diameter in said first direction

24 The apparatus as defined in claim 10 wherein said gripping means include a pair of pads in contact with opposite side surfaces of the blank central portion, said first force exerting means include a first annular forming member positioned in generally concentric relationship to and outboard of a first of said pair of pads, said first annular forming member having inner and outer peripheral surfaces spanned by a terminal end face, the terminal end face being normally positioned to one side of the central portion plane, said first face exerting means being effective to move said terminal end face progressively through and beyond the central portion plane during which movement of the peripheral end face deforms the peripheral edge portion into said generally cup-shaped configuration, said second force exerting means includes a second annular forming member positioned in generally concentric relationship to and outboard of a second of said pair of pads, said second annular forming member having inner and outer peripheral surfaces spanned by a terminal end face, said first annular forming member and second annular forming member being disposed in generally axially aligned relationship, and said second annular forming member terminal end face being of a shallow concavely curved configuration.

25 The apparatus as defined by claim 10 wherein said gripping means include a pair of pads in contact with opposite side surfaces of the blank central portion, said first force exerting means include a first annular forming member positioned in generally concentric relationship to and outboard of a first of said pair of pads, said first annular forming member having inner and outer peripheral surfaces spanned by a terminal end face, the terminal end face being normally positioned to one side of the central portion plane, said first face exerting means being effective to move said terminal end face progressively through and beyond the central portion plane during which movement of the peripheral end face deforms the peripheral edge portion into said generally



**4,571,978**

**19**

cup-shaped configuration, said second force exerting means includes a second annular forming member positioned in generally concentric relationship to and outboard of a second of said pair of pads, said second annular forming member having inner and outer peripheral surfaces spanned by a terminal end face, said first annular forming member and second annular forming member being disposed in generally axially aligned relationship, said second annular forming member terminal end face being of a shallow, concavely curved configuration, and said first annular forming member terminal end face being of a convexly curved configuration and at least in part generally a mirror image of said concavely curved end face.

26. The apparatus as defined in claim 10 wherein said gripping means include a pair of pads in contact with opposite side surfaces of the blank central portion, said first force exerting means include a first annular forming member positioned in generally concentric relationship to and outboard of a first of said pair of pads, said first annular forming member having inner and outer peripheral surfaces spanned by a terminal end face, the terminal end face being normally positioned to one side of the central portion plane, said first face exerting means being effective to move said terminal end face progressively through and beyond the central portion plane during which movement of the peripheral end face deforms the peripheral edge portion into said generally cup-shaped configuration, said second force exerting means includes a second annular forming member positioned in generally concentric relationship to and outboard of a second of said pair of pads, said second annular forming member having inner and outer peripheral surfaces spanned by a terminal end face, said first annular forming member and second annular forming member being disposed in generally axially aligned relationship, means between said first annular forming member inner peripheral surface and said first pad for forming an annular chamber into which is deformed the radius part during the operation of said second force exerting means upon movement of said second annular forming member in said second direction to form said annular reinforcing countersink radius, and said annular chamber forming means is defined by a frusto-conical configuration of said first annular forming member inner peripheral surface increasing in diameter in said first direction.

27. The apparatus as defined in claim 10 wherein said gripping means include a pair of pads in contact with opposite side surfaces of the blank central portion, said first force exerting means include a first annular forming member positioned in generally concentric relationshp to and outboard of a first of said pair of pads, said first annular foring member having inner and outer peripheral surfaces spanned by a terminal end face, the terminal end face being normally positioned to one side of the central portion plane, said first face exerting means being effective to move said terminal end face progressively through and beyond the central portion plane during which movement of the peripheral end face deforms the peripheral edge portion into said generally cup-shaped configuration, said second force exerting means includes a second annular forming member positioned in generally concentric relationship to and outboard of a second of said pair of pads, said second annular forming member having inner and outer peripheral surfaces spanned by a terminal end face, said first annular forming member and second annular forming mem-

**20**

ber being disposed in generally axially aligned relationship, means between said first annular forming member inner peripheral surface and said first pad for forming an annular chamber into which is deformed the radius part during the operation of said second force exerting means upon movement of said second annular forming member in said second direction to form said annular reinforcing countersink radius, and said annular chamber forming means is defined by an annular angled surface bridging an axial terminal end face and an outer peripheral surface of said first pad.

28. The apparatus as defined in claim 10 wherein said gripping means include a pair of pads in contact with opposite side surfaces of the blank central portion, said first force exerting means include a first annular forming member positioned in generally concentric relationship to and outboard of a first of said pair of pads, said first annular forming member having inner and outer peripheral surfaces spanned by a terminal end face, the terminal end face being normally positioned to one side of the central portion plane, said first face exerting means being effective to move said terminal end face progressively through and beyond the central portion plane during which movement of the peripheral end face deforms the peripheral edge portion into said generally cup-shaped configuration, said second force exerting means includes a second annular forming member positioned in generally concentric relationship to and outboard of a second of said pair of pads, said second annular forming member having inner and outer peripheral surfaces spanned by a terminal end face, said first annular forming member and second annular forming member being disposed in generally axially aligned relationship, said first pad including an axial terminal end face and an outer peripheral surface, means between said first annular forming member inner peripheral surface and said first pad for forming an annular chamber into which is deformed the radius part during the operation of said second force exerting means upon movement of said second annular forming member in said second direction to form said annular reinforcing countersink radius, and said annular chamber forming means being defined by a frusto-conical configuration of said first annular forming member inner peripheral surface which increases in diameter in said first direction and a cooperative opposing annular angled surface bridging said first pad axial terminal end face and outer peripheral surface.

29. The apparatus as defined in claim 10 wherein said gripping means include a pair of pads in contact with opposite side surfaces of the blank central portion, said first force exerting means include a first annular forming member positioned in generally concentric relationship to and outboard of a first of said pair of pads, said first annular forming member having inner and outer peripheral surfaces spanned by a terminal end face, the terminal end face being normally positioned to one side of the central portion plane, said first face exerting means being effective to move said terminal end face progressively through and beyond the central portion plane during which movement of the peripheral end face deforms the peripheral edge portion into said generally cup-shaped configuration, said second force exerting means includes a second annular forming member positioned in generally concentric relationship to and outboard of a second of said pair of pads, said second annular forming member having inner and outer peripheral surfaces spanned by a terminal end face, said first annular forming member and second annular forming mem-

4,571,978

21

ber being disposed in generally axially aligned relationship, said first pad including an axial terminal end face and an outer peripheral surface, means between said first annular forming member inner peripheral surface and said first pad for forming an annular chamber into which is deformed the radius part during the operation of said second force exerting means upon movement of said second annular forming member in said second direction to form said annular reinforcing countersink radius, said annular chamber forming means being defined by a frusto-conical configuration of said first annular forming member inner peripheral surface which increases in diameter in said first direction and a cooperative opposing annular angled surface bridging said first pad axial terminal end face and outer peripheral surface, and said second pad having an axial terminal end face and an outer peripheral surface bridged by means for effecting unrestrained stretching of the material forming the first-mentioned radius during the movement of said first annular forming member in said first direction.

30  The apparatus as defined in claim 10 wherein said gripping means include a pair of pads in contact with opposite side surfaces of the blank central portion, said first force exerting means include a first annular forming member positioned in generally concentric relationship 25 to and outboard of a first of said pair of pads, said first annular forming member having inner and outer peripheral surfaces spanned by a terminal end face, the terminal end face being normally positioned to one side of the central portion plane, said first face exerting means 30 being effective to move said terminal end face progressively through and beyond the central portion plane during which movement of the peripheral end face deforms the peripheral edge portion into said generally cup-shaped configuration, said second force exerting 35 means includes a second annular forming member positioned in generally concentric relationship to and outboard of a second of said pair of pads, said second annular forming member having inner and outer peripheral surfaces spanned by a terminal end face, said first annu- 40 lar forming member and second annular forming member being disposed in generally axially aligned relationship, said first pad including an axial terminal end face and an outer peripheral surface, means between said first annular forming member inner peripheral surface 45 and said first pad for forming an annular chamber into which is deformed the radius part during the operation of said second force exerting means upon movement of said second annular forming member in said second direction to form said annular reinforcing countersink 50 radius, said annular chamber forming means being defined by a frusto-conical configuration of said first annular forming member inner peripheral surface which increases in diameter in said first direction and a cooperative opposing annular angled surface bridging said first 55 pad axial terminal end face and outer peripheral surface, and said first annular forming member terminal end face being of a convexly curved configuration

31  The apparatus as defined in claim 10 wherein said gripping means include a pair of pads in contact with 60 opposite side surfaces of the blank central portion, said first force exerting means include a first annular forming member positioned in generally concentric relationship to and outboard of a first of said pair of pads, said first annular forming member having inner and outer periph- 65 eral surfaces spanned by a terminal end face, the terminal end face being normally positioned to one side of the central portion plane, said first face exerting means

22

being effective to move said terminal end face progressively through and beyond the central portion plane during which movement of the peripheral end face deforms the peripheral edge portion into said generally cup-shaped configuration, said second force exerting means includes a second annular forming member positioned in generally concentric relationship to and outboard of a second of said pair of pads, said second annular forming member having inner and outer peripheral surfaces spanned by a terminal end face, said first annular forming member and second annular forming member being disposed in generally axially aligned relationship, said first pad including an axial terminal end face and an outer peripheral surface, means between said first annular forming member inner peripheral surface and said first pad for forming an annular chamber into which is deformed the radius part during the operation of said second force exerting means upon movement of said second annular forming member in said second direction to form said annular reinforcing countersink radius, said annular chamber forming means being defined by a frusto-conical configuration of said first annular forming member inner peripheral surface which increases in diameter in said first direction and a cooperative opposing annular angled surface bridging said first pad axial terminal end face and outer peripheral surface, and said second annular forming member terminal end face being of a shallow concavely curved configuration.

32  The apparatus as defined in claim 10 wherein said gripping means include a pair of pads in contact with opposite side surfaces of the blank central portion, said first force exerting means include a first annular forming member positioned in generally concentric relationship to and outboard of a first of said pair of pads, said first annular forming member having inner and outer peripheral surfaces spanned by a terminal end face, the terminal end face being normally positioned to one side of the central portion plane, said first face exerting means being effective to move said terminal end face progressively through and beyond the central portion plane during which movement of the peripheral end face deforms the peripheral edge portion into said generally cup-shaped configuration, said second force exerting means includes a second annular forming member positioned in generally concentric relationship to and outboard of a second of said pair of pads, said second annular forming member having inner and outer peripheral surfaces spanned by a terminal end face, said first annular forming member and second annular forming member being disposed in generally axially aligned relationship, said first pad including an axial terminal end face and an outer peripheral surface, means between said first annular forming member inner peripheral surface and said first pad for forming an annular chamber into which is deformed the radius part during the operation of said second force exerting means upon movement of said second annular forming member in said second direction to form said annular reinforcing countersink radius, said annular chamber forming means being defined by a frusto-conical configuration of said first annular forming member inner peripheral surface which increases in diameter in said first direction and a cooperative opposing annular angled surface bridging said first pad axial terminal end face and outer peripheral surface, and said second annular forming member terminal end face being of a shallow concavely curved configuration, and said first annular forming member terminal end face being of a convexly curved configuration and at least in

4,571,978

23

part a generally mirror image of said concavely curved end face.

33. The apparatus as defined in claim 10 wherein said gripping means include a pair of pads in contact with opposite side surfaces of the blank central portion, said first force exerting means include a first annular forming member positioned in generally concentric relationship to and outboard of a first of said pair of pads, said first annular forming member having inner and outer peripheral surfaces spanned by a terminal end face, the terminal end face being normally positioned to one side of the central portion plane, said first face exerting means being effective to move said terminal end face progressively through and beyond the central portion plane during which movement of the peripheral end face deforms the peripheral edge portion into said generally cup-shaped configuration, said second force exerting means includes a second annular forming member positioned in generally concentric relationship to and outboard of a second of said pair of pads, said second annular forming member having inner and outer peripheral surfaces spanned by a terminal end face, said first annular forming member and second annular forming member being disposed in generally axially aligned relationship, said first pad including an axial terminal end face and an outer peripheral surface, means between said first annular forming member inner peripheral surface and said first pad for forming an annular chamber into which is deformed the radius part during the operation of said second force exerting means upon movement of said second annular forming member in said second direction to form said annular reinforcing countersink radius, said annular chamber forming means being defined by a frusto-conical configuration of said first annular forming member inner peripheral surface which increases in diameter in said first direction and a cooperative opposing annular angled surface bridging said first pad axial terminal end face and outer peripheral surface, said second pad having an axial terminal end face and an outer peripheral surface bridged by means for effecting unrestrained stretching of the material forming the first-mentioned radius during the movement of said first annular forming member in said first direction, and said first annular forming member terminal end face being of a convexly curved configuration.

34. The apparatus as defined in claim 10 wherein said gripping means include a pair of pads in contact with opposite side surfaces of the blank central portion, said first force exerting means include a first annular forming member positioned in generally concentric relationship to and outboard of a first of said pair of pads, said first annular forming member having inner and outer peripheral surfaces spanned by a terminal end face, the terminal end face being normally positioned to one side of the central portion plane, said first face exerting means being effective to move said terminal end face progressively through and beyond the central portion plane during which movement of the peripheral end face deforms the peripheral edge portion into said generally cup-shaped configuration, said second force exerting means includes a second annular forming member positioned in generally concentric relationship to and outboard of a second of said pair of pads, said second annular forming member having inner and outer peripheral surfaces spanned by a terminal end face, said first annular forming member and second annular forming member being disposed in generally axially aligned relationship, said first pad including an axial terminal end face

24

and an outer peripheral surface, means between said first annular forming member inner peripheral surface and said first pad for forming an annular chamber into which is deformed the radius part during the operation of said second force exerting means upon movement of said second annular forming member in said second direction to form said annular reinforcing countersink radius, said annular chamber forming means being defined by a frusto-conical configuration of said first annular forming member inner peripheral surface which increases in diameter in said first direction and a cooperative opposing annular angled surface bridging said first pad axial terminal end face and outer peripheral surface, said second pad having an axial terminal end face and an outer peripheral surface bridged by means for effecting unrestrained stretching of the material forming the first-mentioned radius during the movement of said first annular forming member in said first direction, and said second annular forming member terminal end face being of a shallow concavely curved configuration.

35. The apparatus as defined in claim 10 wherein said gripping means include a pair of pads in contact with opposite side surfaces of the blank central portion, said first force exerting means include a first annular forming member positioned in generally concentric relationship to and outboard of a first of said pair of pads, said first annular forming member having inner and outer peripheral surfaces spanned by a terminal end face, the terminal end face being normally positioned to one side of the central portion plane, said first face exerting means being effective to move said terminal end face progressively through and beyond the central portion plane during which movement of the peripheral end face deforms the peripheral edge portion into said generally cup-shaped configuration, said second force exerting means includes a second annular forming member positioned in generally concentric relationship to and outboard of a second of said pair of pads, said second annular forming member having inner and outer peripheral surfaces spanned by a terminal end face, said first annular forming member and second annular forming member being disposed in generally axially aligned relationship, said first pad including an axial terminal end face and an outer peripheral surface, means between said first annular forming member inner peripheral surface and said first pad for forming an annular chamber into which is deformed the radius part during the operation of said second force exerting means upon movement of said second annular forming member in said second direction to form said annular reinforcing countersink radius, said annular chamber forming means being defined by a frusto-conical configuration of said first annular forming member inner peripheral surface which increased in diameter in said first direction and a cooperative opposing annular angled surface bridging said first pad axial terminal end face and outer peripheral surface, said second pad having an axial terminal end face and an outer peripheral surface bridged by means for effecting unrestrained stretching of the material forming the first-mentioned radius during the movement of said first annular forming member in said first direction, said second annular forming member terminal end face being of a shallow concavely curved configuration, and said first annular forming member terminal end face being of a convexly curved configuration and at least in part a generally mirror image of said concavely curved end face.

4,571,978

25

36. Apparatus for forming a reinforced pressure-resistant can end comprising means for creating a generally circular planar metallic blank having a central portion and an outboard peripheral edge portion, means for forming the peripheral edge portion into a generally cylindrical wall thereby defining with the central portion a generally shallow cup-shape shell, first force exerting means for exerting first forces against the cup-shaped shell in a first direction to reshape the shallow cup-shape shell into a generally flanged cup-shaped shell defined by the central portion, a radius, a frusto-conical wall and a shallow annular channel-like flange with the flanged cup-shaped shell opening in a direction opposite to that of the shallow cup-shaped shell and toward the central portion, and second force exerting means for exerting second forces greater than the first

26

forces against a central portion of the flanged cup-shaped shell in a second direction opposite the first direction to deform at least a part of the metal of the radius in the absence of restraint out of the plane of the central portion plane, to a side thereof opposite the annular flange to thereby form an annular reinforcing countersink radius, and in the same direction as the opening direction of the flange; and said first and second force exerting means further establish said first and second directions as a single reciprocal opposing path of force exertion.

37. The apparatus as defined in claim 36 including means for gripping said flange during the operation of said second force exerting means.

* * * * *

20

25

30

35

40

45

50

55

60

65

REXO

US006065634A

# United States Patent [19]

## Brifcani et al.

[11] **Patent Number:** 6,065,634

[45] **Date of Patent:** May 23, 2000

[54] CAN END AND METHOD FOR FIXING THE SAME TO A CAN BODY

[75] Inventors: **Mouayed Mamdooh Brifcani**, Oxfordshire; **Peter James Hinton**, Swindon Wiltshire; **Mark Christopher Kysh**, Wantage, all of United Kingdom

[73] Assignee: **Crown Cork & Seal Technologies Corporation**, Alsip, Ill.

[21] Appl. No.: **08/945,698**

[22] PCT Filed: **Mar. 25, 1996**

[86] PCT No.: **PCT/GB96/00709**

§ 371 Date: **Apr. 13, 1998**

§ 102(e) Date: **Apr. 13, 1998**

[87] PCT Pub. No.: **WO96/37414**

PCT Pub. Date: **Nov. 28, 1996**

[30]      Foreign Application Priority Data

May 24, 1995 [GB] United Kingdom ............. 9510515

[51] Int. Cl.⁷ ..................... **B21D 51/44**

[52] U.S. Cl. ............... 220/619; 220/620; 220/906; 220/623

[58] Field of Search ..................... 220/619, 620, 220/623, 625, 621, 617, 615, 610, 62.22, 62.12, 268, 269, 270, 906

[56]      **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| D. 279,265 | 6/1985 | Turner et al |
| D. 285,661 | 9/1986 | Brownbill . |
| D. 300,608 | 4/1989 | Taylor et al . |
| D. 304,302 | 10/1989 | Dalli et al |
| D. 337,521 | 7/1993 | McNulty . |
| D. 347,172 | 5/1994 | Heyman et al . |
| D. 352,898 | 11/1994 | Vacher . |
| D. 406,236 | 3/1999 | Brifcani et al |

| | | | |
|---|---|---|---|
| 3,023,927 | 3/1962 | Ehman ............... | 220/619 |
| 3,967,752 | 7/1976 | Cudzik . | |
| 4,015,744 | 4/1977 | Brown . | |
| 4,024,981 | 5/1977 | Brown . | |
| 4,148,410 | 4/1979 | Brown . | |
| 4,150,765 | 4/1979 | Mazurek . | |
| 4,210,257 | 7/1980 | Radtke . | |
| 4,217,843 | 8/1980 | Kraska ............... | 413/12 |
| 4,276,993 | 7/1981 | Hasegawa . | |
| 4,286,728 | 9/1981 | Fraze et al . | |
| 4,448,322 | 5/1984 | Kraska ............... | 220/623 |
| 4,606,472 | 8/1986 | Taube et al . ............... | 220/500 |
| 4,674,649 | 6/1987 | Pavely . | |
| 4,681,238 | 7/1987 | Sanchez . | |
| 4,685,582 | 8/1987 | Pulciani et al . | |
| 4,809,861 | 3/1989 | Wilkinson et al ............... | 220/623 |
| 4,893,725 | 1/1990 | Ball et al . | |
| 5,064,087 | 11/1991 | Koch . | |
| 5,129,541 | 7/1992 | Voigt et al . | |
| 5,494,184 | 2/1996 | Noguchi et al . | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0 153 115 A3 | 8/1985 | European Pat. Off . |
| 2 196 891 | 5/1988 | United Kingdom . |
| 2 218 024 | 11/1989 | United Kingdom . |
| WO 93/17864 | 9/1993 | WIPO . |

*Primary Examiner*—Stephen Castellano
*Attorney, Agent, or Firm*—Burns Doane Swecker & Mathis L.L.P.

[57]      **ABSTRACT**

A can end (22) comprising a peripheral cover hook (23), a chuck wall (24) dependent from the interior of the cover hook, an outwardly concave annular reinforcing bead (25) extending radially inwards from the chuck wall, and a central panel (26) supported by an inner portion (27) of the reinforcing bead, characterised in that, the chuck wall (24) is inclined to an axis perpendicular to the exterior of the central panel at an angle between 20° and 60°, and the concave cross-sectional radius of the reinforcing bead (25) is less than 0 75 mm

9 Claims, 4 Drawing Sheets



Redacted

REX 048171

Crown Packaging Technology v. Rexam Beverage Can
05-608

REX048172

**U.S. Patent**    May 23, 2000    Sheet 1 of 4    **6,065,634**



**FIG. 1**
*PRIOR ART*

**FIG. 2**
*PRIOR ART*

**FIG. 3**
*PRIOR ART*

REX 048172

*Crown Packaging Technology v. Rexam Beverage Can*
*03-603*

A187

REX048173

**U.S. Patent**          May 23, 2000          Sheet 2 of 4          **6,065,634**



## FIG. 4



## FIG. 5

REX 048173

*Crown Packaging Technology v. Rexam Beverage Can*
*05-608*

A188