REX048174

**U.S. Patent**      May 23, 2000      Sheet 3 of 4      **6,065,634**



*FIG. 6*



*FIG. 7*

REX 048174

Crown Packaging Technology v. Assam Beverage Can
01-603

A189

REX048175

**U.S. Patent**     May 23, 2000     Sheet 4 of 4     **6,065,634**



**FIG. 8**

**FIG. 9**

REX 048175

Crown Packaging Technology v. Rexam Beverage Can
05-603

A190

REX048176

6,065,634

| 1 | 2 |

**CAN END AND METHOD FOR FIXING THE SAME TO A CAN BODY**

This invention relates to an end wall for a container and more particularly but not exclusively to an end wall of a can body and a method for fixing the end wall to the can body by means of a double seam.

U.S. Pat. No. 4,093,102 (KRASKA) describes can ends comprising a peripheral cover hook, a chuck wall dependent from the interior of the cover hook, an outwardly concave annular re-inforcing bead extending radially inwards from the chuck wall and a central panel joined to an inner wall of the reinforcing bead by an annular outwardly convex bead. This can end is said to contain an internal pressure of 90 psi by virtue of the inclination or slope of the chuck wall, bead outer wall and bead inner wall to a line perpendicular to the centre panel. The chuck wall slope D° is between 14° and 16°, the outer wall slope B°is less than 4° and the inner wall slope C° is between 10 and 16° leading into the outwardly convex bead. We have discovered that improvements in metal usage can be made by increasing the slope of the chuck wall and limiting the width of the anti peaking bead.

U.S. Pat. No. 4,217,813 (KRASKA) describes an alternative design of can end in which the countersink has inner and outer flat walls, and a bottom radius which is less than three times the metal thickness. The can end has a chuck wall extending at an angle of approximately 24° to the vertical. Conversely, our European Patent application EPO340955A describes a can end in which the chuck wall extends at an angle of between 12° and 20° to the vertical.

Our European Patent No. 0153115 describes a method of making a can end suitable for closing a can body containing a beverage such as beer or soft drinks. This can end comprises a peripheral flange or cover hook, a chuck wall dependant from the interior of the cover hook, an outwardly concave reinforcing bead extending radially inwards from the chuck wall from a thickened junction of the chuck wall with the bead, and a central panel supported by an inner portion of the reinforcing bead. Such can ends are usually formed from a prelacquered aluminum alloy such as an aluminium magnesium manganese alloy such as alloy 5182.

Our International Patent Application published no. WO93/17864 describes a can end suitable for a beverage can and formed from a laminate of aluminum/manganese alloy coated with a film of semi crystalline thermoplastic polyester. This polyester/aluminum alloy laminate permitted manufacture of a can end with a narrow, and therefore strong reinforcing bead in the cheaper aluminum manganese alloy.

These known can ends are held during double seaming by an annular flange of chuck, the flange being of a width and height to enter the anti-peaking bead. There is a risk of scuffing if this narrow annulus slips. Furthermore a narrow annular flange of the chuck is susceptible to damage

Continuing development of a can end using less metal, whilst still permitting stacking of a filled can upon the end of another, this invention provides a can end comprising a peripheral cover hook, a chuck wall dependent from the interior of the cover hook, an outwardly concave annular reinforcing bead extending radially inwards from the chuck wall, and a central panel supported by an inner portion of the reinforcing bead, characterised in that, the chuck wall is inclined to an axis perpendicular to the exterior of the central panel at an angle between 30° and 60°, and the concave bead narrower than 1.5 mm (0.060″) Preferably, the angle of the chuck wall to the perpendicular is between 40° and 45°

In a preferred embodiment of the can end an outer wall of the reinforcing bead is inclined to a line perpendicular to

the central panel at an angle between −15° to +15° and the height of the outer wall is up to 2.5 mm.

In one embodiment the reinforcing bead has an inner portion parallel to the outer portion jointed by said concave radius.

The ratio of the diameter of the central panel to the diameter of the peripheral curl is preferably 80% or less.

The can end may be made of a laminate of thermoplastic polymer film and a sheet aluminium alloy such as a laminate of a polyethylene teraphthalate film on an aluminium—manganese alloy sheet or ferrous metal typically less than 0.010 (0.25 mm) thick for beverage packaging A lining compound may be placed in the peripheral cover hook.

In a second aspect this invention provides a method of forming a double seam between a can body and a can end according to any preceding claim, said method comprising the steps of:

placing the curl of the can end on a flange of a can body supported on a base plate, locating a chuck within the chuck wall of the can end to centre the can end on the can body flange, said chuck having a frustoconical drive surface of substantially equal slope to that of the chuck wall of the can end and a cylindrical surface portion extending away from the drive surface within the chuck wall, causing relative motion as between the assembly of can end and can body and a first operation seaming roll to form a first operation seam, and thereafter causing relative motion as between the first operation seam and a second operation roll to complete a double seam, during these seaming operations the chuck wall becoming bent to contact the cylindrical portion of the chuck.

Various embodiments will now be described by way of example and with reference to the accompanying drawings in which:

FIG. 1 is a diagrammatic sketch of known apparatus for forming a double seam;

FIG. 2 is an enlarged sectioned side view of a known chuck and can end before seaming;

FIG. 3 is a sectioned view of a fragment of a known double seam;

FIG. 4 is a sectioned side view of a can end according to this invention before edge curling;

FIG. 5 is a sectioned side view of the can end of FIG. 4 on a can body before forming of a double seam;

FIG. 6 is a like view of the can end and body during first operation seaming;

FIG. 7 is a like view of the can end and body during final second operation seaming to create a double seam;

FIG. 8 is a fragmentary section of a chuck detail; and

FIG. 9 is a side view of the cans stacked one on the other.

In FIG. 1, apparatus for forming a double seam comprises a base plate 1, an upright 2 and a top plate 3.

A lifter 4 mounted in the base plate is movable towards and away from a chuck 5 mounted in the top plate. The top plate supports a first operation seaming roll 6 on an arm 7 for pivotable movement towards and away from the chuck. The top plate also supports a second operation seaming roll 8 on an arm 9 for movement towards and away from the chuck after relative motion as between the first operation roll and can end on the chuck creates a first operation seam.

As shown in FIG. 1 the chuck 5 holds a can end 10 firmly on the flange 11 of a can body 12. against the support provided by the lifter plate 4. Each of the first operation roll 6 and second operation roll 7 are shown clear of chuck before the active seam forming profile of each roll is moved in turn to form the curl of the can end and body flange to a double seam as shown in FIG. 3.

FIG. 2 shows on an enlarged scale the chuck 5 and can end 10. The can end comprises a peripheral curl 13, a chuck

Crown Packaging Technology, Kazan Beverage Can
05-608

6,065,634

**3**

wall 14 dependent from the interior of the curl, an outwardly concave anti-peaking bead 15 extending inwards from the chuck wall to support a central panel 16. Typically the chuck wall flares outwardly from the vertical at an angle C about 12° to 15°.

The chuck 5 comprises a body 17 having a threaded bore 18 permitting attachment to the rest of the apparatus (not shown). An annular bead 19 projects from the body 17 of the chuck to define with the end face of the body a cavity to receive the central panel 16 of the can end. The fit of panel 16 in annulus 19 may be slack between panel wall and chuck.

The exterior surface of the projecting bead 19 extends upwards towards the body and the bead 19 becomes narrower and more likely to fracture. There is also a risk of scuffing of the can end at the drive position D which can leave unacceptable unsightly black marks after pasteurisation.

FIG. 3 shows a sectioned fragment of a typical double seam showing a desirable overlap of body hook 21 and end hook 20 between the can end 10 and can body 12.

FIG. 4 shows a can end, according to the invention, comprising a peripheral cover hook 23, a chuck wall 24 extending axially and inwardly from the interior of the peripheral cover hook, and outwardly concave reinforcing or anti-peaking bead 25 extending radially inwards from the chuck wall, and a central panel 26 supported or an inner portion panel with 27. The panel wall is substantially upright allowing for any metal spring back after pressing. The chuck wall is inclined to an axis perpendicular to the exterior of the central panel at an angle $C_2$ between 20° and 60°; preferably between 40° and 45°. Typically the cross sectional radius of the antipeaking bead is about 0.5 mm.

Preferably the anti-peaking bead 25 is parallel sided, however the outer wall may be inclined to a line perpendicular to the central panel at an angle between −15° and +15° and the height $b_1$ of the outer wall may be up to 2.5 mm.

This can end is preferably made from a laminate of sheet metal and polymeric coating. Preferably the laminate comprises an aluminium magnesium alloy sheet such as 5182, or aluminium manganese alloy such as 3004 with a layer of polyester film on one side. A polypropylene film may be used on the "other side" if desired.

Typical dimensions of the example of the invention are:

| d5 | overall diameter (as stamped) | 65.83 mm |
| d4 | PC diameter of seaming panel radius | 61.54 mm |
| d3 | PC diameter of seaming panel/chuck wall radius | 59.91 mm |
| $r_1$ | seaming panel/chuck wall radius | 1.27 mm |
| $r_2$ | seaming panel radius | 5.56 mm |
| $r_3$ | concave radius in antipeaking bead | <1.5 mm |
| $d_2$ | maximum diameter of antipeaking bead | 50.00 mm |
| $d_1$ | minimum diameter of antipeaking bead | 47.24 mm |
| $h_2$ | overall height of can end | 6.86 mm |
| $b_1$ | height to top of antipeaking bead | 5.02 mm |
| $b_2$ | panel depth | 2.29 mm |
| $h_1$ | outer wall height | 1.78 mm |
| c | chuck wall angle to vertical | 43° |

From these dimensions it can be calculated that the ratio of central panel diameter of 47.24 mm to overall diameter of can end 65.84 is about 0.72 to 1.

**4**

For economy the aluminium alloy is in the form of sheet metal less than 0.010" (0.25 mm). A polyester film on the metal sheet is typically 0.0005" (0.0125 mm).

Although this example shows an overall height $h_2$ at 6.86 mm we have also found that useful can ends may be made with an overall height as little as 6.35 mm (0.25").

FIG. 5 shows the peripheral flange 23 of can end 22 of FIG. 4 resting on the flange 11 of a can body 12 before formation of a double seam as discussed with reference to FIG. 1.

In FIG. 5 a modified chuck 30 comprises a chuck body 31 having a frustoconical drive surface 32 engaging with the chuck wall 24 of the can end 22.

The frustoconical drive surface 32 is inclined outwardly and axially at an angle substantially equal to the angle of inclination C° of between 20° and 60°; in this particular example on chuck angle C of 43° is preferred. The drive surface 32 is a little shorter than the chuck wall 24 of the chuck body. The substantially cylindrical surface portion 33, rising above the drive surface 32, may be inclined at an angle between +4° and −4° to a longitudinal axis of the chuck. As in FIG. 2, this modified chuck 30 has a threaded aperture to permit attachment to the rest of the double seam forming apparatus (not shown).

In contrast to the chuck of FIG. 2 the modified chuck 30 is designed to drive initially on the relatively large chuck wall 32 without entering deeply into the anti-peaking bead 25. Further drive is obtained at the juncture of chuck wall 32 and cylindrical wall 33 as chuck wall of end 24 is deformed during 1st and 2nd operation seaming FIGS. 6 and 7. The chuck 30 shown in FIG. 5 has an annular bead of arcuate cross section but this bead is designed to enter the chuck wall without scratching or scuffing a coating on the can end; not to drive on the concave bead surface as shown in FIG. 2.

It will be understood that first operation seaming is formed using apparatus as described with reference to FIG. 1.

FIG. 6 shows the modified can end and chuck during formation of a first operation seam shown at the left of FIG. 2 as formed by a first operation roll 34 adjacent the interfolded peripheral flange of the can end and flange 11 body 12.

During relative rotation as between the can end 22 and first operation roll 34 the edge between the chuck drive wall 32 and cylindrical wall 33 exerts a pinching force between chuck 30 and roll 34 to deform the chuck wall of the can end as shown.

After completion of the first operation seam the first operation roll is swung away from the first operation seam and a second operation roll 38 is swung inwards to bear upon the first operation seam supported by the chuck 30. Relative rotation as between the second operation roll 38 and first operation seam supported by a chuck wall 30 completes a double seam as shown in FIG. 7 and bring the upper portion 24 of the chuck wall 24 to lie tightly against the can body neck in a substantially upright attitude as the double seam is tightened by pinch pressure between the second operation roll 38 and chuck 30.

Can ends according to the invention were made from aluminium alloy 5182 and an aluminium alloy 3004/polymer laminate sold by CarnaudMetalbox under the trade mark ALULITE. Each can end was fixed by a double seam to a drawn and wall ironed (DWI) can body using various chuck angles and chuck wall angle as tabulated in Table 1 which records the pressure inside a can at which the can ends failed:

REX048178

6,065,634

| 5 | 6 |

### TABLE 1

| | CAN END DATA | | | PRESSURE IN BAR (PSIG) TO FAILURE FOR VARIOUS SEAMING CHUCK ANGLES B" | | | | |
|---|---|---|---|---|---|---|---|---|
| SAMPLE CODE | MATERIAL Thickness mm | MINIMUM Diameter D1 mm | CHUCK WALL ANGLE "C" | 23" | 10"/23" | 4"/23" | 23" WITH D. SEAM RING | 10/20 /23" WITH D. SEAM RING |
| A | ALULITE 0.23 | 52.12 (2.052') | 21.13" | 5.534 (80.20) | 5.734 (83.10) | 5.311 (76.97) | 6.015 (87.17) | 5.875 (85.14) |
| B | 5182 0.244 | 52.12 (2.052') | 21.13" | 5.599 (81.15) | 5.575 (80.79) | 5.281 (77.99) | 5.935 (86.01) | 5.895 (85.43) |
| C | 5182 0.245 | 52.12 (2.052') | 21.13" | 6.004 (87.02) | 5.910 (85.65) | 5.800 (84.06) | 6.224 (90.21) | 6.385 (92.54) |
| D | ALULITE 0.23 | 51.92 (2.044') | 21.13" | 5.334 (77.31) | 5.229 (75.78) | 5.238 (75.91) | 5.730 (83.04) | 5.404 (78.32) |
| E | 5182 0.224 | 51.92 (2.044') | 21.13" | 5.555 (80.50) | 5.514 (79.92) | 5.354 (77.60) | 5.895 (85.43) | 5.930 (55.94) |
| F | 5182 0.245 | 51.92 (2.044') | 23" | 5.839 (84.63) | 5.804 (84.12) | 5.699 (82.59) | 6.250 (90.58) | 6.435 (93.26) |
| G | ALULITE 0.23 | 51.92 (2.044") | 23" | | | 5.123 (74.25) | | |
| H | 5182 0.224 | (53.92) (2.044") | 23" | | | 5.474 (79.34) | | |
| I | 5182 0.245 | 51.92 (2.044') | 23" | | | 5.698 (82.58) | | |

All pressures on unaged shells in bar (psig) 5182 is an aluminium-magnesium-manganese alloy lacquered. The "ALULITE" used is a laminate of aluminium alloy and polyester film.

The early results given in Table 1 showed that the can end shape was already useful for closing cans containing relatively low pressures. It was also observed that clamping of the double seam with the "D" seam ring resulted in improved pressure retention Further tests were done using a chuck wall angle and chuck drive surface inclined at nearly 45°: Table 2 shows the improvement observed:

### TABLE 2

| Sample Code | h₂ mm (inches) | h₃ mm(inches) | h₄ mm (inches) | Chuck Angles B" | |
|---|---|---|---|---|---|
| | | | | 43" | 43" with seam ring |
| J | 6.86 (0.270) | 2.39(0.094) | 2.39 (0.09) | 4.89(70.9) | 6 15(89 1) |
| K | 7.11 (0.280) | 2 64(0.104) | 2 54 (0.10) | 4.83(70.0) | 5 98(86.6) |
| L | 7.37 (0.290) | 2.80(0.114) | 2 79 (0 11) | 4 74(68 7) | 6 44(93.3) |

Table 2 is based on observations made on can ends made of aluminium coated with polymer film (ALULITE) to have a chuck wall length of 5 029 mm (0.198") up the 43° slope.

It will be observed that the container pressures achieved for samples J, K, L, 4.89 bar (70.9 psig), 4.83 bar (70 0 psig) and 4.74 bar (68.7 psig) respectively were much enhanced by clamping the double seam.

In order to provide seam strength without use of a clamping ring, modified chucks were used in which the drive slope angle C° was about 43° and the cylindrical surface 33 was generally +4° and –4° Results are shown in Table 3.

### TABLE 3

| SAMPLE CODE | MATERIAL | LINING COMPOUND | CHUCK ANGLES DRIVE/WALL | PRESSURE |
|---|---|---|---|---|
| c | 0.224 5182 | with | 43" | 4.60 (66.7) |
| g | 0.23 Alulite | with | 43"/4" | 5.45 (79.0) |

### TABLE 3-continued

| SAMPLE CODE | MATERIAL | LINING COMPOUND | CHUCK ANGLES DRIVE/WALL | PRESSURE |
|---|---|---|---|---|
| b | 0.224 5182 | with | 43"/4" | 6.46 (93.6) |
| j | 0.23 Alulite | without | 43"/4" | 5.91 (85.6) |
| k | 0.244 5182 | without | 43"/4" | 6.18 (89.6) |
| l | 0.23 Alulite | without | 43"/–4" | 5.38 (77.9) |
| m | 0.25 Alulite | without | 43"/–4" | 6.20 (89.8) |
| n | 0.23 Alulite | without | 43"/0" | 6.11 (88.5) |
| o | 0.25 Alulite | without | 43"/0" | 6.62 (95 9) |

ALL PRESSURES IN BAR (PSIG)
ALL CODES
Reform Pad Dia. 47 24 mm (1.860"). (202 Dia).
6.86 mm (0.270") unit Depth h₂ 2.39 mm (0.094") Panel Depth

Table 3 shows Code "O" made from 0.25 mm Alulite to give 6.62 bar (95 psi) Pressure Test Result indicating a can end suitable for pressurised beverages. Further chucks with various band lengths (slope) were tried as shown in Table 4.

### TABLE 4

| | CHUCK WALL ANGLE | | | |
|---|---|---|---|---|
| | 43"/0" 1.9 mm LAND SHARP TRANSITION | | 43"/0" 1 27 MM LAND R. 0.5 MM BLEND | |
| VARIABLE CODE | NO. D.SEAM RING | WITH D.SEAM RING | NO. D.SEAM RING | WITH D.SEAM RING |
| 7 | 6 699(97 08) | 7.017(101.7) | 6.779(98.24) | 7.006(101.54) |
| 8 | 6.315(91 52) | 6.521(94.5) | 6.293(91 2) | 6.236(90.37) |
| 9 | 6.095(88.33) | 6 30(91 3) | 6.238(90.4) | 6.719(97.38) |

Crown Packaging Technology v. Rexam Beverage Can
05-608

A193

REX048179

6,065,634

## 7

ALL PRESSURES IN BAR (PSIG)
CODE

7=0.25 mm Alulite, 47.24 mm (1.860") Reform Pad, 6.86 mm (0.270") $h_2$ Depth, 2.38 mm (0.094") Panel; $b_4$ depth=2.29 mm (0.09")

8=0.23 mm Alulite, 47.24 mm (1.860") Reform Pad, 7.11 mm (0.280") $h_2$ Depth, 2.64 mm (0.104") Panel; $h_4$ depth=2.54 mm (0.10")

9=0.23 mm Alulite, 47.24 mm (1.860") Reform Pad, 7.37 mm (0.290") $h_2$ Depth, 2.90 mm (0.114") Panel; $b_4$ depth=2.79 mm (0.11")

Table 4 shows results of further development to seaming chuck configuration to bring closer the pressure resistance of ring supported and unsupported double seams.

Table 4 identifies parameters for length of generally vertical cylindrical surface 33 on the seaming chuck 30, and also identifies a positional relationship between the chuck wall 24 of the end and the completed double seam. It will be understood from FIG. 7 shows that the forces generated by thermal processing or carbonated products are directed towards the resisted by the strongest portions of the completed double seam.

Table 5 shows results obtained from a typical seam chuck designed to give double seam in accordance with parameters and relationships identified in Table 4. Typically:—As shown in FIG. 8 the chuck comprises a cylindrical land of length '1' typically 1.9 mm (0.075") and frustoconical drive surface 32 inclined at an angle Y°, typically 43°, to the cylindrical to which it is joined by a radius R typically 0.5 mm (0.020"). Angle "X" is typically 90°.

### TABLE 5

| | | DIMENSIONS mm | | PRESSURE | |
|---|---|---|---|---|---|
| CODE | GAUGE | $h_2$ | $b_5$ | bar | (psi) |
| 20 | .23 mm | 7.37 (.290") | 2.36 (.093") | 6.383 | (92.6) |
| 21 | .23 mm | 7.37 (.290") | 2.36 (.093") with compound | 6.402 | (92.8) |

## 8

### TABLE 5-continued

| | | DIMENSIONS mm | | PRESSURE | |
|---|---|---|---|---|---|
| CODE | GAUGE | $b_2$ | $b_3$ | bar | (psi) |
| 26 | .23 mm | 6.87 (.2705") | 2.37 (.0935") | 6.144 | (89.88) |
| 27 | .23 mm | 6.87 (.2705") | 2.37 (.0934") with compound | 6.071 | (88.0) |
| 28 | .23 mm | 7.37 (.290") | 2.36 (.093") | 6.414 | (93.0) |
| 29 | .23 mm | 7.37 (.290") | 2.84 (.112") | 6.725 | (97.5) |
| 30 | .23 mm | 6.86 (.270") | 2.37 (.0935") | 6.062 | (87.9) |
| 31 | .23 mm | 6.86 (.270") | 2.37 (.0935") | 6.013 | (87.2) |
| 34 | .25 mm | 7.37 (.290") | 2.87 (.113") | 7.787 | (112.9) |
| 36 | .25 mm | 7.32 (.288") | 2.34 (.092") | 7.293 | (105.8) |
| 37 | .25 mm | 7.32 (.288") | 2.34 (.092") | 7.402 | (107.3) |
| 38 | .25 mm | 6.87 (.2705") | 2.41 (.095") with compound | 7.077 | (102.6) |
| S16 | .25 mm | 6.35 (.250") | 2.34 (.092") with compound | 6.937 | (100.6) |

All variables made from Alulite, 10 Can per variable

The can ends may be economically made of thinner metal if pressure retention requirements permit because these can ends have a relatively small centre panel in a stiffer annulus

FIG. 9 shows a can 12a, closed according to this invention, stacked upon a like can 12b shown sectioned so that stacking of the upper can on the lower can end is achieved by a stand bead 34a of the upper can fits inside the chuck wall 24 of the lower can end with the weight of the upper can resting on the double seam 34 of the lower can end.

The clearance between the bottom of the upper can body and lower can end may be used to accommodate ring pull features (not shown) in the can end or promotional matter such as an coiled straw or indicia.

Using the experimental data presented above, a computer programme was set up to estimate the resistance to deformation available to our can ends when joined to containers containing pressurised beverage. The last two entries on the table relate to a known 206 diameter beverage can end and an estimate of what we think the KRASKA patent teaches.

### TABLE 6

| END SIZE Bead O:D:1:D $d_2$:$d_1$ mm | OVERALL DIA $d_2$ mm | PANEL DIA $d_1$ mm | RATIO $D_2/D_1$ | CHUCK WALL ANGLE B° | CHUCK WALL LENGTH L. mm | RE-ENFORCING RAD $r_3$ mm | INNER WALL HEIGHT $h_3$ mm | OUTER WALL HEIGHT $h_4$ mm | PRE-DICTED CUT EDGE φ (* DENOTES ACTUAL) | ACTUAL THICKNESS TO CONTAIN PSI |
|---|---|---|---|---|---|---|---|---|---|---|
| 206-204 | 64.39 (2.535") | 49.49 (1.9485") | 1.3010 | 33.07° | 4.22 (0.166") | 0.52 (0.0204") | 2.34 (.092") | 1.78 (0.070") | 75.230 (2.9618") | 0.255 |
| 206-202 | 64.39 (2.535") | 47.33 | 1.3604 | 42.69° | 4.95 (0.185") | 0.52 (0.0204") | 2.34 (.092") | 1.78 (0.070") | 74.272 | 0.255 |
| 206-200 | 64.39 (2.535") | 45.07 (1.7744") | 1.4287 | 50.053° | 5.82 (0.229") | 0.52 (0.0204") | 2.34 (.092") | 1.78 (0.070") | 73.713 (2.9021") | 0.255 |
| 204-202 | 62.18 (2.448") | 47.33 (1.8634") | 1.3137 | 29.78° | 3.96 (0.156") | 0.52 (0.0204") | 2.34 (.092") | 1.78 (0.070") | 73.767 (2.9042") | 0.24 |
| 204-200 | 62.18 (2.448") | 45.07 (1.7744") | 1.3796 | 40.786° | 4.70 (0.185") | 0.52 (0.0204") | 2.34 (.092") | 1.78 (0.070") | 72.911 (2.8705") | 0.24 |
| 202-200 | 71.98 (2.834") | 45.07 (1.7744") | 1.597 | 30.266° | 4.09 (0.161") | 0.52 (0.0204") | 2.34 (.092") | 1.78 (0.070") | 71.984 (2.834") | 0.225 |
| 206 std | 64.69 (2.547") | 51.92 (2.044") | 1.2461 | 15.483° | 4.39 (0.173") | 0.56 (0.022") | 2.03 (0.080") | — | 76.454 (3.010") | 0.28 |
| KRASKA ESTIMATE | 64.39 (eg 2.535") | — | — | 15° | 2.54 (0.100") | 0.81 (0.032") | 1.65 (0.065") | 2.29 (0.090") | 78.080 (3.074") | 0.292 (0.0115") |

All experiments modelled on a notional aluminium alloy of yield strength 310 mpa 0.25 mm thick. The standard was also 310 mpa BUT 0.275 mm thick.

REX048180

6,065,634

9

What is claimed is:

1. A can end comprising;

a peripheral cover hook;

a chuck wall dependent from an interior of the cover hook;

an outwardly concave annular reinforcing bead extending radially inwards from the chuck wall; and

a central panel supported by an inner portion of the reinforcing bead;

wherein the chuck wall is inclined to an axis perpendicular to the exterior of the central panel at an angle between 40° and 60°, and a concave cross-sectional radius of the reinforcing bead is less than 0.75 mm.

2. The can end according to claim 1, wherein the angle of the chuck wall to the perpendicular axis is between 40° and 45°.

3. The can end according to claim 1, wherein an outer wall of the reinforcing bead is inclined to a line perpendicular to the central panel of the can end at an angle between −15° and +15° and the height of the outer wall is up to 2.5 mm.

4. The can end according to claim 1, wherein the reinforcing bead has an inner portion parallel to an outer portion joined by said concave radius

5. The can end according to claim 1, wherein the ratio of the diameter of the central panel to the diameter of the peripheral cover hook is 80% or less

10

6. The can end according to claim 1, wherein the can end is made of a laminate of thermoplastic polymer film and a sheet aluminum alloy.

7. The can end according to claim 1, wherein the can end is made of tinplate.

8. The can end according to claim 1, wherein the can end is made of electrochrome coated steel

9. A can end comprising:

a peripheral cover hook;

a chuck wall dependent from an interior of the cover hook;

an outwardly concave annular reinforcing bead extending radially inwards from the chuck wall; and

a central panel supported by an inner portion of the reinforcing bead;

wherein the chuck wall is inclined to an axis perpendicular to the exterior of the central panel at an angle between 30° and 60°, and a concave cross-sectional radius of the reinforcing bead is less than 0.75 mm;

wherein the can end is made of a laminate of thermoplastic polymer film and a sheet aluminum alloy; and

wherein the laminate comprises a polyethylene teraphthalate film on an aluminum-manganese-alloy sheet less than 0.25 mm thick

* * * * *

REX 048180

Crown Packaging Technology v. Rexam Beverage Can
03-608

Patent
Attorney's Docket No. 031924-002

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of )
)
Mouayed M. BRIFCANI et al. )     Group Art Unit: 3727
)
Application No.: 08/945,698 )     Examiner: S. Castellano
)
Filed: November 21, 1997 )
)
For: CAN END AND METHOD FOR )
    FIXING THE SAME TO A CAN )
    BODY )
)

AMENDMENT

Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

    Responsive to the Office Action dated July 7, 1999, having a three-month-shortened

statutory response period in which this Amendment is being timely filed, please amend the

above-identified application as follows:

IN THE CLAIMS:

    Please cancel claim 13.

    Please amend the claims as follows:

    14. (Amended) The can end according to claim [13] 25, wherein the angle of

the chuck wall to the perpendicular axis is between 40° and 45°.

Application No. 08/945,698
Attorney's Docket No. 031924-002

18.     (Twice Amended)  The can end according to claim 12, wherein the can end

is made of a laminate of thermoplastic polymer film and a sheet aluminum alloy [or tinplate

or electrochrome coated steel].

*Please add the following new claims:*

22.     (Newly added)  The can end according to claim 12, wherein the can end is

made of tinplate.

23.     (Newly added)  The can end according to claim 12, wherein the can end is

made of electrochrome coated steel.

24.     (Newly added)  The can end according to claim 12, wherein the angle of the

chuck wall to the perpendicular axis is greater than 30°.

25.     (Newly added)  A can end comprising:

a peripheral cover hook;

a chuck wall dependent from an interior of the cover hook;

an outwardly concave annular reinforcing bead extending radially inwards

from the chuck wall; and

a central panel supported by an inner portion of the reinforcing bead;

- 2 -

A197

Application No. 08/945,698
Attorney's Docket No. 031924-002



wherein the chuck wall is inclined to an axis perpendicular to the exterior of

the central panel at an angle between 40° and 60°, and a concave cross-sectional radius of

the reinforcing bead is less than 0.75mm. —

## REMARKS

The Office Action of July 7, 1999, has been carefully reviewed, and in view of the

above amendments and the following remarks, reconsideration and allowance of the

pending claims are respectfully requested.

In the above Office Action, claims 18 and 19 were rejected under 35 U.S.C. § 112,

second paragraph, claims 12, 15 and 18 were rejected under 35 U.S.C. § 103(a) as being

unpatentable over *Kraska* (U.S. Patent No. 4,217,843), and claim 16 was rejected under 35

U.S.C. § 103(a) as being unpatentable over *Kraska* ('843) in view of *Ehman* (U.S. Patent

No. 3,023,927).

As set forth above, claim 18 has been amended to eliminate the alternate expression

noted by the Examiner and claims 22 and 23 have been newly added. Accordingly, it is

respectfully submitted that the rejection under Section 112 has been obviated.

In addition, claim 13 which was objected to as being dependent on a rejected base

claim has been rewritten in independent form as newly added claim 25 and the dependency

of claim 14 has been changed to claim 25. The allowance of claims 25 and 14 in the next

official action is kindly requested.

- 3 -



Application No. 08/945,698
Attorney's Docket No. 031924-002

In the above Official Action, the Examiner has taken the position that *Kraska* ('843) disclosing a 25° chuck wall would render obvious the present invention and the 30° - 60° angle range recited in claim 1. In rejecting claim 1 over *Kraska*, the Examiner has failed to appreciate that the selection of wall angles of the can end is critical to the overall strength of the can end, and that relatively small changes in angle can radically affect the performance of the can end. Even *Kraska* recognizes that "all of the parameters or dimensions of the respective portions which form a countersink 20 are critical and are interrelated to each other to optimize the maximum pressures that the end is capable of withstanding without buckling or rocking," col. 4, lines 19-24, and "the length of outer flat wall 24 and the angle thereof are critical toward obtaining buckle pressures...," col. 4, lines 39-40.

Conventional can ends typically have a chuck wall angle which is in the range of 10° - 15°. This is evidenced by the can end patents cited in the Information Disclosure Statement filed concurrently herewith. *Kraska* discloses a chuck wall angle which is the extreme limit of what has previously been proposed in can end technology. There is no suggestion or teaching in the cited prior art that the use of a more extreme angle would produce an operable, or even desirable, can end. Accordingly, the chuck wall angle range of between 30° - 60° as recited in claim 1, or greater than 30° as recited in claim 24, of the present invention is a major departure from the norm, as well as from unconventional designs such as *Kraska* ('843).

{ 4 }

Application No. 08/945,698
Attorney's Docket No. 031924-002

## CONCLUSIONS

In view of the above amendments and remarks, Applicants respectfully submit that the claims of the present application are now in condition for allowance, and an early indication of the same is earnestly solicited.

Should any questions arise in connection with this application or should the Examiner believe that a telephone conference would be helpful in resolving any remaining issues pertaining to this application, the Examiner is kindly invited to call the undersigned counsel for applicant regarding the same.

Respectfully submitted,

BURNS, DOANE, SWECKER & MATHIS, L.L.P.

By: _Wendi L. Weinstein_
Wendi L. Weinstein
Registration No. 34,456

P.O. Box 1404
Alexandria, Virginia 22313-1404
(703) 836-6620

Date: September 16, 1999

- 5 -

A200

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CROWN PACKAGING TECHNOLOGY, )
INC. and CROWN CORK & SEAL USA, )
INC., )
            )
            )
Plaintiffs/Counterclaim Defendants, )
            )  Civil Action No. 05-608 (MPT)
v. )
            )
            )
REXAM BEVERAGE CAN COMPANY, )

Defendant/Counterclaimant.

### DECLARATION OF TIMOTHY TURNER

I, Timothy Turner, declare as follows:

1.  My name is Timothy Turner and I have worked for Rexam Beverage Can Company for 29 years. My position with Rexam is manager of beverage end development. I have personal knowledge of the statements contained in this declaration.

2.  In May of 1977 I started to work at National Can Co. ("NCC" the name of the company prior to becoming American National Can Co. ("ANC") and then Rexam Beverage Can Company "Rexam") as a project engineer. Part my job responsibilities after joining NCC was to support manufacturing in the start up and commercialization of new products and processes.

3.  Dynamic III was one of the projects that I worked on with manufacturing to development and commercialize. I assisted with several trials of 250M – 2MM or more Dynamic III ends that were run in the late 70's at several filling locations to prove the viability of the product. Running small commercial trials such as this was the protocol for

qualifying new products at that time. These trials were successful and Dynamic III was commercialized.

4.    Billions of Dynamic III ends were made in the U.S. from the late 70's through the 80's.

5.    Dynamic III ends were reformed in one station of the conversion press die. The tooling to produce and cross sections of the product are attached.

6.    By reforming the inner and outer legs of the countersink and the chuck wall angle to approximately 25°, buckle resistance was improved which allowed significant down gauging of the metal.

7.    To validate Dynamic III commercialization, I have supplied or directed people in the beverage end development group to supply the attached drawings and cross sections. The cross sections were made by mounting the ends in epoxy so as not to distort the end when it is cross sectioned. The cross sections were photographed and then imported into AutoCad. A sizing ratio was made from a known dimension on the end, thereby allowing for accurate dimensional measurements of the cross sections.

I declare under oath and penalty of perjury, pursuant to 28 U.S.C. § 1746 under the laws of the United States of America, that based upon a review of the facts reasonably available to me, I believe the foregoing to be true and correct.

Dated: January 25, 2007

Respectfully submitted,

Timothy Turner

A202

REX 049818

CONFIDENTIAL

CONFIDENTIAL

REX 049819





ø2.837

23°26'
(END)

R.100

.061
(STRAIGHT)

$$\frac{2.208}{2.837}=77.8\%$$

ø2 208

209ø END DYNAMIC III

Crown Packaging Technology v. Rexam Beverage (05-608)

REX056552

Crown Packaging Technology v. Rexam Beverage (05-608)

REX056553



DETAIL "A"
SCALE 10:1

SEE DETAIL "A"

NOTE:
MATERIAL · A.I.S.I. S-7
HARDEN: 1725°/1750°F.
TEMPER: W/(E) 450°F.
R/C· 56-58.
CONTACT:
SCIENTIFIC COATING CENTER
ION BOND W/SCI-NC-001
COATING THICKNESS .0001 P.S.

REF. B-26441

JAN 27 1987

Crown Packaging Technology v. Rexam Beverage (05-608)
REX056554



Crown Packaging Technology v. Rexam Beverage (05-608)

REX056555



Crown Packaging Technology v. Rexam Beverage (05-608)

REX056556

A209



Crown Packaging Technology v. Rexam Beverage (05-608)

REX056557

A210



Crown Packaging Technology v. Rexam Beverage (05-608)

REX056558

A211



Crown Packaging Technology v. Rexam Beverage (05-608)

REX056559

A212



⌀2.837

23°26'
(END)

355641

R 100

352109

.061
(STRAIGHT)

352098

355643

$$\frac{2.208}{2.837} = 77.8\%$$

⌀2.208

209⌀ END DYNAMIC III

Crown Packaging Technology v. Rexam Beverage (05-608)

REX056560



DYNAMIC III - END    BEFORE SEAM

23'

CHUCK

END

CAN

Crown Packaging Technology v. Rexam Beverage (05-608)

REX056561

# Dynamic III End - Seaming Process



## View (1)
## View (2)
## View (3)

Crown Packaging Technology v. Rexam Beverage (05-608)

REX056562

NATIONAL CAN CORPORATION

DATE 7-11-69
TITLE SEAMING CHUCKS- LAYOUTS
USE

NO 239986
PAGE 1 OF
CHG 1162<
DWN. CK.

| QUAN. | DWG. NO. | ITEM | DESCRIPTION | EDR # 16 |
|---|---|---|---|---|
| | | | INDEX | PAGE |
| | | | AEROSOL CHUCKS | 2 |
| | | | BEER & BEVERAGE | 3 |
| | | | SANITARY | 4 |
| | | | GENERAL LINE | 5 |
| | | | CHUCK LAYOUTS | 6 |
| | | | SEAMING ROLLS & CHUCK (SEE P/L 239971) | |
| | | | SEAMING CHUCK-CONTINENTAL #449 MACH  P.B | |

| NO. | DATE | DESCRIPTION | BY | CK | NO. | DATE | DESCRIPTION | BY | C |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

Crown Packaging Technology v. Rexam Beverage (05-608)

REX056563

A216

DATE 7-11-69

**NATIONAL CAN CORPORATION**

NO. 239986
PAGE 2 OF ___
CHG. ___
DWN. ___ CK. ___

TITLE ___ SEAMING CHUCKS--AEROSOL ___
USE ___

| QUAN. | DWG. NO. | ITEM | DESCRIPTION | |
|---|---|---|---|---|
| | 241775-B | | 211 Dia.--2P Aerosol Bottom | |
| | | | Angelus  69P Seamer | |
| | 242000-C | | 202 Dia. Aerosol Dome | ST-3-463 |
| | | | Angelus  69P Seamer | |
| | 242047-C | | 207.5 Dia. Aerosol Dome | ST-3-548 |
| | | | Angelus  69P Seamer | |
| | 241666-B | | 207.5 Dia. Aerosol Bottom | ST-3-632 |
| | | | Angelus  69P Seamer | |
| | 242046-B | | 202 Dia. Aerosol Bottom | ST-3-705 |
| | | | Angelus  69P Seamer | ST-3-706 |
| | 242056-B | | 211 Dia. Aerosol Bottom | ST-3-715 |
| | | | Angelus  69P Seamer | ST-3-714 |
| | 242065-C | | 211 Dia. Aerosol Dome | ST-3-255 |
| | | | Anglus  69P Seamer | ST-3-461 |
| | | | | ST-3-626 |
| | 245949-C | | 202 DIA. AERO 2P BTM | ST-3-796 |
| | | | angelus 41P SEAMER | |
| | 246088-B | | 211 DIA. AERO 2-P CONCAVE BTM | ST-3-827 |
| | | | ANGELUS 41P SEAMER | |
| | D302461 | | 202 DIA AERO BOTTOM (REDUCED CTRSINK) | |
| | | | ANGELUS 41P SEAMER | |
| | D302462 | | 202 DIA AERO BOTTOM (REDUCED CTRSINK) | |
| | | | ANGELUS 60L SEAMER | |

| NO. | DATE | DESCRIPTION | BY | CK | NO. | DATE | DESCRIPTION | BY | C |
|---|---|---|---|---|---|---|---|---|---|
| 1162 | 4-14-82 | ADD'D D 302461 AND 2 | CN | HG | | | | | |
| 16D | 7-16-69 | 241666B was 242045B | DG | | | | | | |
| 16D | 7-14-69 | 241775B was 241444B | DG | | | | | | |

REX056564

A217

## NATIONAL CAN CORPORATION

DATE  7-11-69
TITLE  SEAMING CHUCKS--BEER & BEVERAGE
USE

NO. 239986
PAGE 3 OF
CHG.
DWN. CK.

| QUAN | DWG. NO. | ITEM | DESCRIPTION |
|---|---|---|---|
| | 241715-C | | 211 T & G Crown  60L Seamer Chuck |
| | 241716-C | | 211 T & G Crown  29P Seamer Chuck |
| 5 | 245353-C | | 202 ALUM. BEER END - 151 RS SEAMER CHUCK |
| | 245354-C | | 202 ALUM. BEER END - 60L SEAMER CHUCK |
| 10 | 245371-C | | 202 STEEL BEER END - 60L SEAMER CHUCK |
| | 245372-C | | 202 STEEL BEER END - 151 RS SEAMER CHUCK |
| | 246984-B | | 211 T & G SEAMING CHUCK BEER |
| 15 | 248740-B | | 209 STL. BEER END - 60L SEAMER CHUCK |
| | | | |
| 20 | CD-45075B | | 211 F.T.B. Seaming Chuck - 60L Seamer  (Steel) |
| | CD-40560A | | 60L, 29P & 69P ANGELUS - 211 TEAR TAB |
| | CD-45073B | | 60L ANGELUS - 211 T & G |
| 25 | 246984-B | | 60L ANGELUS - 211 T & G ALUM. BEER |
| | 249345-B | | 60L SEAMER  211 F.T.B.  (STEEL) |
| 30 | 249755C | | 88 SEAMER (AMERICAN - 211 FTB  STEEL) |
| | 249874-E | | 209 ALUM. SEAMING CHUCK 15° 4° SEAM. WALL |
| | 251172-B | | 300 ALUM  SEAMING CHUCK  60L  BEER & BEV. |
| 35 | 252216-B | | 209 ALUM. SEAMING CHUCK 6' WALL FOR 60L SEAME |
| | 253648-B | | 300 STL. SEAMING CHUCK 4° WALL FOR 60L SEAME |
| 40 | 253768-A | | 60L SEAMER (AMERICAN BUTTON DOWN END) ST. PAUL ONLY |
| | C-301583 | | 206 FTB - 60L SEAMING CHUCK |
| | B-301643 | | 300 ALUM. SEAMING CHUCK B/B 60L SEAMER |
| 45 | C-301644 | | 300 ALUM. SEAMING CHUCK B/B (CONTINETAL) |
| | C-257417 | | 206 DIA ALUM.  SEAMING CHUCK |
| 50 | C-257728 | | 206 DIA. ALUM.  SEAMING CHUCK - SHORT HOOK |

| NO. | DATE | DESCRIPTION | BY | CK | NO. | DATE | DESCRIPTION | BY | C |
|---|---|---|---|---|---|---|---|---|---|
| 9/33 | 4-4-73 | ADDED  C-301583 | SS | MB | 1122 | 11-19-79 | ADDED C-301643 | JJS | |
| | 10-1-76 | ADDED 253768-A | JM | MB | 1146 | 12-11-79 | ADDED C-301644 | | |
| | 7/15/76 | ADDED 253648-B | RO | MB | 11047 | 6-10-80 | ADDED C-257417 | SK | |
| C-6 | 11/17/75 | ADDED DET. 252216-B | AJ | MB | 11576 | 7-13-81 | ADDED C-257728 | RC | |
| A | 11/1 | 248741-B now on Sht. 4 | M | | | | | | |

# NATIONAL CAN CORPORATION

DATE 7-11-69

NO. 239986

PAGE 4 OF ___

TITLE SEAMING CHUCKS--SANITARY (BEER AND BEVERAGE)

CHG. ___

USE

DWN. ___ CK. ___

| QUAN. | DWG. NO. | ITEM | DESCRIPTION |
|---|---|---|---|
| | 244174-D | | SEAMING CHUCK-202 T & G    Juice |
| | 248741-B | | 211 ALUM. FULL OPEN END    60L SEAMER CHUCK |
| | 243821-C | | SEAMING CHUCK-401 (FOLGER 60L DBL SEAMER KANSAS CITY ONLY |
| | 243820-C | | SEAMING CHUCK-209 (SPECIAL) |
| | 245335-B | | SEAMING CHUCK-610 GAL. (ST-1-597) |
| | B-301876 | | SEAMING CHUCK - 202 E-Z STA. JUICE 60L ANGELUS |
| | B-301877 | | SEAMING CHUCK - 202 E-Z STA. JUICE #151 RS SEAMER |
| | D-257779 | | SEAMING CHUCK - 206 DIA. ALUM. PROFILE - SHORT HOOK |
| | B-258280 | | SEAMING CHUCK - 209 DIA. ALUM. - DYNAMIC III PROFILE |

| NO. | DATE | DESCRIPTION | BY | CK | NO. | DATE | DESCRIPTION | BY | CK |
|---|---|---|---|---|---|---|---|---|---|
| 11625 | 4-5-82 | ADDED B-258280 | RV | | | | | | |
| 11526 | 9-23-81 | ADDED D-257779 | RV | | | | | | |
| 11488 | 8/5/81 | ADDED B-301876 EB B-301877 | JS | MS | | | | | |
| 16-10 | 4-24-78 | ADD 245335-B | MT | MM | | | | | |
| A | 11/70 | Added 248741-B | McD | | | | | | |

Crown Packaging Technology v. Rexam Beverage (05-608)

REX056566

A219

# NATIONAL CAN CORPORATION

DATE 7-11-69
TITLE   SEAMING CHUCKS--GENERAL LINE
USE _____

NO. 209986
PAGE 5 OF ____
CHG. ____
DWN. ____ CK. ____

| QUAN. | DWG. NO. | ITEM | DESCRIPTION |
|---|---|---|---|
| | 245975-B | | 1 GAL. (610) D.S. CHUCK (ST-4-392-2 & ST-4-278) |
| | | | (ANGELUS # 51P, & 59P D.S.) |
| 5 | 251085-D | | SEAMING CHUCK ST-4-973-1 |
| | | | MAX ANS 255 |
| | 245854-C | | SEAMING CHUCK FOR ALL 1 GAL. "F" STYLE |
| 10 | | | (ANGELUS 94P SEAMER) |
| | B-192-D | | 1 PT. "F" D.S. CHUCK & K.O. PAD (92 ANGELUS) |
| | 251611-B | | SEAMING CHUCK - QT. "F" STYLE |
| 15 | | | (ANGELUS 92P SEAMER) |
| | C-301449 | | SEAMING CHUCK - GILTT RING & BOTTOM |
| | | | FOR MODEL 50P SEAMER |
| 20 | A-26-YI | | SEAMING CHUCK BOTTOM 12 PT. T.T.     ST-4-495 |
| | | | ANGELUS 29P   MASPETH 26 SERIES |
| | A-26-XI | | SEAMING CHUCK RING 14F. T.T.     ST-4-495 |
| 25 | C301880 | | CHUCK - SEAMING (610 TT RING - NARROW "U") |
| | | | (ANGELUS SEAMER 51F/59P) |
| 30 | | | |
| 35 | | | |
| 40 | | | |
| 45 | | | |
| 50 | | | |

| NO. | DATE | DESCRIPTION | BY | CK | NO. | DATE | DESCRIPTION | BY | CK |
|---|---|---|---|---|---|---|---|---|---|
| 92B | 5-16-77 | ADD C-301449 | MT | MT | | | | | |
| 16-F | 8-14-75 | ADD 251611-B | MT | MP | | | | | |
| 16-N | 6/3/75 | ADD B-192-D | RO | MP | | | | | |
| 16-M | 9-27-73 | ADD "ST" NOS. TO 245975-B | MT | MS | | | | | |
| 16-L | 4-27-73 | ADD 245854-C | MT | MH | 11270 | 11-12-69 | REVED | A Y 778 A-26 XI | EC RI |

REX056567

A220

DATE 7-11-69
TITLE SEAMING CHUCK LAYOUTS
USE

# NATIONAL CAN CORPORATION

NO. 239986
PAGE 6 OF
CHG.
DWN. CK.

| QUAN. | DWG. | NO. | ITEM | DESCRIPTION |
|---|---|---|---|---|
| | L-1 | "E" | | 211 Aerosol Bottom (2.549 P.C.) (ST-3-715 & ST-3-714) |
| | L-2 | "E" | | 211 Aerosol Top (2.541 P.C.) (ST-3-255  ST-3-461  ST-2-326) |
| | L-3 | "E" | | 202 Aerosol Bottom (2.040 P.C.) (ST-3-705  ST-3-708) |
| | L-4 | "E" | | 202 Aerosol Top ( 2.034 P.C.) ( ST-3-463) |
| | L-5 | "E" | | 207.5 Aerosol Bottom (2.339 P.C.) (ST-3-632) |
| | L-6 | "E" | | 207.5 Aerosol Top (2.330 P.C.) (ST-3-549) |

| NO. | DATE | DESCRIPTION | BY | CK | NO. | DATE | DESCRIPTION | BY |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

REX056568

A221

| DATE | 6-10-70 | NATIONAL CAN CORPORATION | | NO. 239986 |
|------|---------|--------------------------|--|------------|

TITLE  SEAMING ROLLS & CHUCK LAYOUTS          PAGE 7 OF
USE                                            CHG.
                                               DWN. HS CK.

| QUAN. | DWG. NO. | ITEM | DESCRIPTION |
|-------|----------|------|-------------|
| | 244241-E | | SEAMING ROLLS & CHUCK -- 202 DOME (AERO.) |

| NO. | DATE | DESCRIPTION | BY | CK | NO. | DATE | DESCRIPTION | BY | CK |
|-----|------|-------------|----|----|----|------|-------------|----|----|

Crown Packaging Technology v. Rexam Beverage (05-608)

REX056569

A222

DATE 4-11-74    NATIONAL CAN CORPORATION    NO. 235086
TITLE SEAMING CHUCKS    PAGE 8 OF ___
USE CONTINENTAL # 449 SEAMER    CHG. ___
    DWN. EA CK. ___

| QUAN. | DWG. NO. | ITEM | DESCRIPTION |
|---|---|---|---|
|  | 250423B |  | 209 DIA SEAMING CHUCK (FOR CUSTOMER'S USE) |

| NO. | DATE | DESCRIPTION | DR. | CK | NO. | DATE | DESCRIPTION | DR. | CK. |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |

Crown Packaging Technology v. Rexam Beverage (05-608)

REX056570

A223

**American-National Can**

BARRINGTON TECHNICAL CENTER
433 N. NORTHWEST HWY
BARRINGTON, IL 60010

| JOB NO: | 371-7 | ASSIGNED TO: | C. SAWGIKIS |
| PROJ NO: | CB001-601 | DATE RECEIVED: | 10/27/87 |
| SUBJECT: | BLOWN SCORES WITH 209 DIA. ENDS - SPARROW POINT | | |
| REQUESTOR: | R.L. GLOVER | LOCATION: | A672 |

REQUEST: (INCLUDE BACKGROUND, DESCRIPTION, EVALUATION REQUESTED, AND DISTRIBUTION LIST.)

Customer - Canfind's of Chicago complained of blown scores in the can warmer. Request - check buckle strength of ends and include score residuals. Ends were made on die line P/811.

DATE REQUIRED: 11/3/87

REPORT:



FIGURE 1
10X CROSS SECTION
CURL - COUNTERSINK AREA DYNAMIC III PROFILE

DISTRIBUTION:

| | | FROM: | C. Sawgikis |
| D. Lake | A672 | | |
| S. Grey | | MANAGER: | W. Hartman |
| T. Clark | | | |
| W. Hartman | | DATE REPORTED: | 11/6/87 |
| | | | 0141V |

138

REX 074194

A224

REPORT:

The submitted 209 diameter loose ends made at Sparrows Point on die lane P/B11 were made from .0124" to .0125" aluminum. These ends were made with a Dynamic III profile (See Figure 1).

The buckle testing of these ends was conducted on ends doubleseamed with both a Dynamic III and a standard seaming chuck. All the ends tested were selected to have the metal rolling direction at 45° to the tab and score. This orientation should result in the weakest ends in the lot being tested. The following buckle results were obtained.

|  | RANGE | AVERAGE |
|---|---|---|
| Bliss Seamer (Dynamic III chuck) | 89-92 PSIG | 90.3 PSIG |
| Western Seamer (Standard chuck) | 89-94 PSIG | 91.2 PSIG |

These results, while very close to the specified 90 PSIG minimum, did not always meet this specification. Three of twenty ends tested were one PSIG below minimum. However, these buckle values alone would not appear to be sufficient to cause pour panel blow outs in Canfields' can warmer.

Antifracture score residuals, measured using a Fryer gauge, ranged from .0091" to .0092". These results are within the .0088" to .0094" specified on ST-2-1263.

Main score cross sections are shown in Figures 2 and 3. These cross sections show a reduced included wall angle (37-38°) at the 3, 6, and 9 o'clock locations and a normal (50°) included wall angle at the 12 o'clock location. The reduced wall angles are probably the result of subsequent end forming operations which were performed after the end had been scored. What effect this might have on the pour panel blowouts is unknown.

Attempts to measure the main score residual with the Fryer gauge gave erratic results (.0044" to .0049"). These results appear high based on the cross section residuals and a coating thickness of .0005". The high main score residual results are attributed to the reduced included wall angle which resulted in a very tight fit and possible hanging up of the Fryer gauge needle on the score walls. Figure 4 illustrates the tight fit of the Fryer gauge needle into the score.

REX 074195

Crown Packaging Technology v. Ivone Beverage Cor
03468

A225



FIGURE 2
200X MAIN SCORE CROSS SECTIONS

.0036" RESIDUAL    3 O'CLOCK
.0015" FLAT    40° INCLUDED ANGLE

.0036" RESIDUAL    6 O'CLOCK
.0012" FLAT    37° INCLUDED ANGLE

REX 074196



REX 074248



REX 074249



REX 074250



REX 074251

A230




REX 074252

A231



REX 074253

A232





A233



1

```
 1        IN THE UNITED STATES DISTRICT COURT
 2          FOR THE DISTRICT OF DELAWARE
 3                    -  -  -
 4   CROWN PACKAGING        :  C.A. NO.
     TECHNOLOGY, INC.,      :  05-608(KAJ)
 5   Plaintiff, and CROWN   :
     CORK & SEAL USA, INC., :    ORIGINAL
 6   Plaintiff and         :
     Counterclaim Defendant :  CONFIDENTIAL
 7
           vs.             :
 8
     REXAM BEVERAGE CAN CO.,:  JURY TRIAL
 9   Defendant Counterclaim :   DEMANDED
10
                    -  -  -
11
              Monday, August 14, 2006
12
                    -  -  -
13
                      Videotape deposition
14   of PETE MORAN, taken pursuant to notice,
     was held at the offices of WOODCOCK
15   WASHBURN, LLP, One Liberty Place, 46th
     Floor, Philadelphia, Pennsylvania 19103,
16   beginning at 8:57 a.m., on the above
     date, before MARIA NOELLE DAMIANI,
17   Registered Merit Reporter, Certified
     Realtime Reporter, Certified Shorthand
18   Reporter (NJ License No. 30XI00224100; DE
     License No. RPR-117) and a Notary Public.
19
20                  -  -  -
21        ESQUIRE DEPOSITION SERVICES
          Four Penn Center, Suite 1210
22        1600 John F. Kennedy Boulevard
          Philadelphia, Pennsylvania 19103
23               (215) 988-9191
24
```

A235

22

PETE MORAN,  AUGUST 14, 2006

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24



PETE MORAN,  AUGUST 14, 2006

1

2

3

4

5

6

7

8

9



10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2007, I caused to be served by hand delivery and electronic mail the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

>Barry M. Klayman, Esq.
>Wolf, Block, Schorr
> and Solis-Cohen LLP
>Wilmington Trust Center
>1100 North Market
>Street, Suite 1001
>Wilmington, DE   19801

I hereby certify that on February 1, 2007, I caused the foregoing document to be served via electronic mail on the following non-registered participants:

>Dale M. Heist, Esq.
>heist@woodcock.com
>Chad E. Ziegler, Esq.
>ziegler@woodcock.com
>Woodcock Washburn LLP
>Cira Centre
>2929 Arch Street, 12th Floor
>Philadelphia, PA 19104-2891

Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700