IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>REXAM BEVERAGE CAN CO.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)  Civil Action No. 05-608 (MPT)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFFS' NOTICE OF FILING PAPER DOCUMENTS

Plaintiffs hereby give notice that they will file a paper version of the Appendix to Crown's Memorandum in Support of its Motion for Summary Judgment Dismissing Counterclaims I-V Based on Patent Invalidity/Non-Infringement, Volumes I and II.

Dated: February 1, 2007

　　　　　　　　　　　　　　　　　　　　　　　/s/ Barry Klayman
　　　　　　　　　　　　　　　　　　　　　　　Barry M. Klayman, Esquire (#3676)
　　　　　　　　　　　　　　　　　　　　　　　Wolf, Block, Schorr and Solis-Cohen LLP
　　　　　　　　　　　　　　　　　　　　　　　Wilmington Trust Center
　　　　　　　　　　　　　　　　　　　　　　　1100 N. Market Street, Suite 1001
　　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　　　　Tel: (302) 777-0313

　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiffs,*
　　　　　　　　　　　　　　　　　　　　　　　*Crown Packaging Technology, Inc. and*
　　　　　　　　　　　　　　　　　　　　　　　*Crown Cork & Seal USA, Inc.*

*Of Counsel:*

Dale M. Heist
Lynn A. Malinoski
Chad E. Ziegler
WOODCOCK WASHBURN, LLP
2929 Arch Street
Philadelphia, PA 19104

Michael Korniczky
Crown Packaging Technology, Inc.
11535 South Central Avenue
Alsip, IL 60803

WIL:63789.1/CRO056-230788

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, he caused a copy of the foregoing Notice of Filing Paper Documents to be filed electronically with the Clerk of Court using CM/ECF and that copies were served on the person(s) listed below in the manner stated:

<u>Via CM/ECF Notification & E-Mail</u>

Anne Shea Gaza, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 King Street
Wilmington, DE 19801
gaza@rlf.com

<u>By E-Mail</u>

Gerald C. Willis, Esquire
McAndrews, Held & Malloy, Ltd.
34th Floor
500 West Madison Street
Chicago, IL 60661
jwillis@mhmlaw.com

Dated: February 1, 2007

/s/ Barry Klayman
Barry M. Klayman, Esquire (#3676)

WIL:63789.1/CRO056-230788