## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 05-608 (MPT) |
| v. | ) ) | |
| REXAM BEVERAGE CAN CO., | ) ) | **Redacted Public Version** |
| Defendant. | ) ) ) | |

### APPENDIX TO CROWN'S MEMORANDUM IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT DISMISSING REXAM'S COUNTERCLAIM I AND LIMITING DAMAGES ON COUNTERCLAIMS II-III BASED ON LACHES AND FAILURE TO COMPLY WITH 35 U.S.C. § 287(a)

Barry Klayman (ID # 3676)
WOLF, BLOCK, SCHORR and
SOLIS-COHEN LLP
Wilmington Trust Center
1100 N. Market Street
Wilmington, DE 19801
(302) 777-0313

Dale M. Heist
Lynn Malinoski
Chad E. Ziegler
WOODCOCK WASHBURN, LLP
2929 Arch Street
Philadelphia, PA 19104
(215) 568-3100

*Attorneys for Plaintiffs*
*Crown Packaging Technology, Inc. and*
*Crown Cork & Seal USA, Inc.*

Dated: February 1, 2007

# INDEX

## Volume I

Exhibit 1                 U.S. Patent No. 6,848,875

Exhibit 2                 U.S. Patent No. 6,935,826

Exhibit 3                 U.S. Patent No. 4,774,839

Exhibit 4                 U.S. Patent No. 5,222,385

Exhibit 5                 U.S. Patent No. 5,697,242

Exhibit 6                 U.S. Patent No. 6,129,230

Exhibit 7                 U.S. Patent No. 6,260,728

Exhibit 8                 Rexam's Supplemental Responses to Crown's Second Set
                          of Interrogatories

Exhibit 9                 Declaration of Andy Halasz

Exhibit 10                Deposition Transcript of Dietrich Naggert
                          **CONFIDENTIAL – Filed Under Seal**

Exhibit 11                Deposition Transcript of Thomas William Ames
                          **CONFIDENTIAL – Filed Under Seal**

Exhibit 12                Deposition Transcript of Terry Babbitt dated June 7, 2006
                          **- CONFIDENTIAL –Filed Under Seal**

Exhibit 13                Deposition Transcript of Terry Babbitt dated
                          December 5, 2006 **- CONFIDENTIAL –Filed Under Seal**

Exhibit 14                CCS Historical Purchases Neck/Reform Equipment,
                          BEL 000106-8 **- CONFIDENTIAL – Filed Under Seal**

Exhibit 15                Deposition Transcript of Joseph F. Bauder

Exhibit 16                Deposition Transcript of Richard Golding

Exhibit 17                Crown Necker Systems US, CCS0054640
                          **CONFIDENTIAL – Filed Under Seal**

| | |
|---|---|
| Exhibit 18 | 1993 License Agreement, REX043176-222 **CONFIDENTIAL – Filed Under Seal** |
| Exhibit 19 | 1994 License Agreement, BEL000021-38 **CONFIDENTIAL – Filed Under Seal** |
| Exhibit 20 | Belvac Royalty Report Letter, BEL000002-3 **CONFIDENTIAL – Filed Under Seal** |
| Exhibit 21 | Quarterly ANC Tooling Royalty Ledgers Produced by Belvac, BEL000064- 105 **– CONFIDENTIAL – Filed Under Seal** |
| Exhibit 22 | Quarterly ANC Tooling Royalty Ledgers Produced by Rexam, REX043681-4 **– CONFIDENTIAL – Filed Under Seal** |
| Exhibit 23 | Deposition Transcript of John W. Caton **CONFIDENTIAL – Filed Under Seal** |

## <u>Volume II</u>

| | |
|---|---|
| Exhibit 24 | Rexam's Responses to Crown's Second Set of Requests For Admission |
| Exhibit 25 | 1999 Competitor Can Evaluation Report, REX074336-53 **CONFIDENTIAL – Filed Under Seal** |
| Exhibit 26 | 2004 Competitor Cans and Ends Analysis Report, REX022542-6 **– CONFIDENTIAL – Filed Under Seal** |
| Exhibit 27 | 2000 Competitor Can Evaluation Report, REX074376-94 **CONFIDENTIAL – Filed Under Seal** |
| Exhibit 28 | Rexam's Supplemental Responses to Crown's Amended Interrogatories Nos. 7 through 9 |
| Exhibit 29 | Plaintiff's Deposition Exhibit No. 88 |
| Exhibit 30 | Plaintiff's Deposition Exhibit No. 89 |
| Exhibit 31 | Plaintiff's Deposition Exhibit No. 202 |
| Exhibit 32 | Deposition Transcript of Leo F. Hayden **CONFIDENTIAL – Filed Under Seal** |

| | |
|---|---|
| Exhibit 33 | Crown Cork & Seal Domestic Sales Report, CCS0074195-207 – **CONFIDENTIAL – Filed Under Seal** |
| Exhibit 34 | Rexam's Stipulation Letter dated January 5, 2007 |
| Exhibit 35 | Belvac 595 Base Reformer Shipment Log, BEL0022962-65 **CONFIDENTIAL – Filed Under Seal** |
| Exhibit 36 | U.S. Patent No. 5,105,973 |
| Exhibit 37 | U.S. Patent No. 5,325,696 |
| Exhibit 38 | Belvac Position Paper dated February 16, 1996, REX043659-65 – **CONFIDENTIAL – Filed Under Seal** |
| Exhibit 39 | Rexam's Petition to Make Special & Declaration of Thomas K. Stine, WW001626-33 |
| Exhibit 40 | Dome Reformer Die Engineering Drawing, REX043685-86 **CONFIDENTIAL – Filed Under Seal** |
| Exhibit 41 | Deposition Transcript of Sylvan Praturlon **CONFIDENTIAL – Filed Under Seal** |
| Exhibit 42 | Deposition Transcript of Paul Azzaline **CONFIDENTIAL – Filed Under Seal** |
| Exhibit 43 | Plaintiff's Deposition Exhibit No. 83 |
| Exhibit 44 | Fort Bend Can Production Summary, CCS 74193 **CONFIDENTIAL – Filed Under Seal** |
| Exhibit 45 | Rexam Sales Log, REX049263 **CONFIDENTIAL –  Filed Under Seal** |
| Exhibit 46 | Crown Purchase Order, BEL0004846-47 **CONFIDENTIAL – Filed Under Seal** |
| Exhibit 47 | Crown Supplemental Purchase Order, BEL0004850 **CONFIDENTIAL – Filed Under Seal** |
| Exhibit 48 | Letter from Mary J. Schnurr dated December 13, 1994, REX02765-6 – **CONFIDENTIAL – Filed Under Seal** |

Exhibit 49            Letter from Mary J. Schnurr dated December 16, 1994,
                      REX042763-4 – **CONFIDENTIAL – Filed Under Seal**

Exhibit 50            Dahlgren Memorandum, BEL 000017-8, BEL000020
                      **CONFIDENTIAL – Filed Under Seal**

Exhibit 51            Belvac Customer Form Letters, BEL000013 & BEL000016
                      **CONFIDENTIAL – Filed Under Seal**

Exhibit 52            Belvac Terms and Conditions, BEL000006-12
                      **CONFIDENTIAL – Filed Under Seal**

Exhibit 53            Belvac Terms and Conditions to Crown, BEL0009106-12
                      **CONFIDENTIAL – Filed Under Seal**

**UNPUBLISHED DECISIONS INDEX**

Exhibit A          *Inline Connection Corp. v. AOL Time  Warner Inc.*, Civ. A. No. 02-272-MPT, Civ. A. No. 02-477-MPT, 2006 U.S. Dist. LEXIS 87660 (D. Del. Dec. 5, 2006)

Exhibit B          *Thomas v. Echostar Satellite L.L.C.*, 3:05cv494, 496, 2006 U.S. Dist. LEXIS 91748 (W.D.N.C. Dec. 19, 2006)

Exhibit C          *Ultimax Cement Mfg. v. CTS Cement Mfg. Corp.*, CV 02-578, 2004 U.S. Dist. LEXIS 29580 (C.D. Cal. Dec. 6, 2004)

Exhibit D          *Tristrata Tech., Inc. v. Cardinal Health, Inc.*, Civ. A. No. 02-1290-JFF, 2004 U.S. Dist. LEXIS 585 (D. Del. Jan. 16, 2004)

Exhibit E          *In re Elonex Phase II Power Mgmt. Litig.*, 2002 U.S. Dist. LEXIS 2591 (D. Del. Feb. 20, 2002)

Exhibit F          *Mass. Instit. of Tech. v. Abacus Software*, Civ. A. No. 5:01-cv-344, 2004 U.S. Dist. LEXIS 30048 (E.D. Tex. Sept. 29, 2004)

Exhibit 1

US006848875B2

## (12) United States Patent
### Brifcani et al.

(10) Patent No.: **US 6,848,875 B2**
(45) Date of Patent: **Feb. 1, 2005**

(54) **CAN END AND METHOD FOR FIXING THE SAME TO A CAN BODY**

(75) Inventors: **Mouayed Mamdooh Brifcani**, Oxfordshire (GB); **Peter James Hinton**, Swindon Wiltshire (GB); **Mark Christopher Kysh**, Wantage (GB)

(73) Assignee: **Crown Cork & Seal Technologies Corporation**, Alsip, IL (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 5 days.

(21) Appl. No.: **10/024,862**

(22) Filed: **Dec. 18, 2001**

(65) **Prior Publication Data**

US 2003/0150866 A1 Aug. 14, 2003

**Related U.S. Application Data**

(63) Continuation of application No. 09/650,664, filed on Aug. 30, 2000, now abandoned, which is a continuation of application No. 09/552,668, filed on Apr. 19, 2000, now abandoned, which is a continuation of application No. 08/945,698, filed as application No. PCT/GB96/00709 on Mar. 25, 1996, now Pat. No. 6,065,634.

(30) **Foreign Application Priority Data**

May 24, 1995 (GB) ............................................. 9510515

(51) **Int. Cl.$^7$** ............................................. **B21D 51/32**
(52) **U.S. Cl.** ............................................. **413/6**; 413/31
(58) **Field of Search** ............................. 413/31, 36, 37, 413/43, 2, 4, 6, 8

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,023,927 A | 3/1962 | Ehman | 220/619 |
| 3,526,486 A | 9/1970 | Smith et al. | 291/835 |
| 3,843,014 A | 10/1974 | Cospen et al. | 220/623 |
| 3,967,752 A | 7/1976 | Cudzik | 220/269 |
| 4,015,744 A | 4/1977 | Brown | 220/269 |
| 4,024,981 A | 5/1977 | Brown | 220/269 |
| 4,093,102 A | 6/1978 | Kraska | 220/623 |
| 4,148,410 A | 4/1979 | Brown | 220/269 |
| 4,150,765 A | 4/1979 | Mazurek | 220/269 |
| 4,210,257 A | 7/1980 | Radtke | 220/269 |
| 4,217,843 A | 8/1980 | Kraska | 413/12 |
| 4,276,993 A | 7/1981 | Hasegawa | 220/269 |
| 4,286,728 A | 9/1981 | Fraze et al. | 220/270 |
| 4,365,724 A | 12/1982 | Walden | 220/611 |
| 4,402,421 A | 9/1983 | Ruemer, Jr. | 220/269 |
| 4,448,322 A | * 5/1984 | Kraska | 220/623 |
| D279,265 S | 6/1985 | Turner et al. | D9/438 |
| 4,559,801 A | * 12/1985 | Smith et al. | 72/348 |
| 4,578,007 A | 3/1986 | Diekhoff | 413/6 |
| 4,606,472 A | 8/1986 | Taube et al. | 220/500 |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 92 11 788.0 | 1/1993 |
| EP | 0 153 115 A3 | 8/1985 |
| EP | 0 153 115 A2 | 8/1985 |

(List continued on next page.)

OTHER PUBLICATIONS

United States Brewers Association, Inc., "Brewing Industry Recommended Can Specifications Manual," pp. 1–1, 2–1, and 3–2, Washington, DC, May 1983.
Society of Soft Drink Technologists, "Beverage Can, End, & Double Seam Dimensional Specifications," pp. 2, 1B–2 to 5, Hartfield, VA, Fourth Revision, Aug. 1993.

(List continued on next page.)

*Primary Examiner*—Lowell A. Larson
(74) *Attorney, Agent, or Firm*—Woodcock Washburn LLP

(57) **ABSTRACT**

A can end comprising a peripheral cover hook, a chuck wall dependent from a first point on the interior of the cover hook, an outwardly concave annular reinforcing bead extending radially inwards from a second point on the interior of the chuck wall, and a central panel supported by an inner portion of the reinforcing bead, characterized in that, a line connecting the first point and the second point is inclined to an axis perpendicular to the exterior of the central panel at an angle between 30° and 60°.

**62 Claims, 4 Drawing Sheets**



**US 6,848,875 B2**

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D285,661 | S | 9/1986 | Brownbill ..................... D9/435 |
| 4,674,649 | A | 6/1987 | Pavely ........................ 220/271 |
| 4,681,238 | A | 7/1987 | Sanchez ...................... 220/260 |
| 4,685,582 | A | 8/1987 | Pulciani et al. ............. 220/606 |
| 4,716,755 | A | 1/1988 | Bulso, Jr. et al. ............. 72/349 |
| 4,782,594 | A | 11/1988 | Porucznik et al. ............ 30/417 |
| 4,808,052 | A | 2/1989 | Bulso, Jr. et al. ............. 413/8 |
| 4,809,861 | A | 3/1989 | Wilkinson et al. .......... 220/623 |
| D300,608 | S | 4/1989 | Taylor et al. ................ D9/438 |
| D304,302 | S | 10/1989 | Dalli et al. .................. D9/438 |
| 4,893,725 | A | 1/1990 | Ball et al. ................... 220/269 |
| 4,930,658 | A | 6/1990 | McEldowney .............. 220/269 |
| 5,046,637 | A | * 9/1991 | Kysh ........................ 220/610 |
| 5,049,019 | A | * 9/1991 | Franek et al. ................ 413/19 |
| 5,064,087 | A | 11/1991 | Koch .......................... 220/269 |
| 5,129,541 | A | 7/1992 | Voigt et al. ................. 220/269 |
| 5,143,504 | A | 9/1992 | Braakman .................... 413/6 |
| D337,521 | S | 7/1993 | McNulty ..................... D9/438 |
| 5,252,019 | A | 10/1993 | Saunders et al. ............. 413/67 |
| D347,172 | S | 5/1994 | Heynen et al. .............. D9/520 |
| 5,356,256 | A | 10/1994 | Turner et al. ................. 413/8 |
| D352,898 | S | 11/1994 | Vacher ....................... D9/438 |
| 5,494,184 | A | 2/1996 | Noguchi et al. ............. 220/269 |
| 5,582,319 | A | 12/1996 | Heyes et al. ............ 220/62.22 |
| 5,839,869 | A | * 11/1998 | Moran et al. ................. 413/31 |
| D406,236 | S | 3/1999 | Brifcani et al. .............. D9/438 |
| 5,911,551 | A | 6/1999 | Moran ........................ 413/31 |
| 5,957,647 | A | 9/1999 | Hinton ......................... 413/4 |
| 5,971,259 | A | 10/1999 | Bacon ....................... 229/5.6 |
| 6,024,239 | A | 2/2000 | Turner et al. ................ 220/269 |
| 6,065,634 | A | 5/2000 | Brifcani et al. .............. 220/619 |
| 6,089,072 | A | 7/2000 | Fields ...................... 72/379.4 |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| EP | 0 340 955 A1 | 11/1989 | |
| GB | 1444470 | 7/1976 | |
| GB | 2 143 202 | 2/1985 | |
| GB | 2 196 891 | 5/1988 | |
| GB | 2 218 024 | 11/1989 | |
| JP | 57-117323 | 7/1982 | |
| JP | 01167050 A | * 6/1989 | ........... B65D/8/20 |
| WO | WO 93/17864 | 9/1993 | |

### OTHER PUBLICATIONS

Beverage Can "Mini Seams" by Pete Moran published by CMB Engineering Group plc contents page, pp. 3 through 30 and figures, published mid–1980s.

"Modern Beverage Can Double Seaming" published by Continental Beverage Packaging Cover page and 2 unnumbered pages, undated.

"Aluminium canstock" The Canmaker, Jan. 1994 pp. 38 through 43.

Notice of Opposition to a European Patent 96908205.6/828, 663 Opposed by American National Can Company (Facts and Arguments), Dec. 12, 1999, 21 pages.

Letter From Ismay Ratliff Of Crown Cork & Seal To EPO, Apr. 19, 2001, One Page, Enclosing Patentee's Observations And Amendments In Response To The Opposition, 9 pages, and Summary of Main and Auxiliary Requests, Main Request, and Auxiliary Requests 1, 2, and 3, 14 pages.

Letter From PRB Lawrence of Gill Jennings & Every To EPO, Nov. 6, 2001, Nine Pages, Beginning, "The opponent that the patentee has not responded to the detailed argumentation . . ." with three pages of graphics and with EPO Cover Page dated Nov. 15, 2001.

Letter From PRB Lawrence of Gill Jennings & Every To EPO, Nov. 27, 2001, Two Pages, beginning, "I refer to the final paragraph of page 9 of my comments of 6th Nov. and . . ." with three page attachment having graphics and with EPO Cover Page dated Dec. 5, 2001.

Letter From Ismay Ratliff of Crown Cork & Seal to EPO, Nov. 28, 2001, One Page, beginning, "I refer to the letter from the Opponent of Nov. 6, 2001".

Letter From PRB Lawrence of Gill Jennings & Every To EPO, Dec. 11, 2001, One Page, Beginning "I not the patentee's comments of Nov. 28".

Letter from Ismay Ratliff of Crown Cork & Seal to EPO, Jan. 18, 2002, One Page, beginning, "I refer to the communications of Nov. 15, 2001, Dec. 5, 2001, Jan. 7, 2002 . . . ".

Letter from Ismay Ratliff of Crown Cork & Seal to EPO, Mar. 18, 2002, Three Pages, beginning "Further to my letter of Jan. 18, 2002, I enclose further submissions in response to the Opponent's letters of Nov.15, Nov. 27, and Dec. 11, 2001" with 10 pages of claims including Main Request, Auxiliary Request, and Auxiliary Request 2.

Letter From PRB Lawrence Of Gill Jennings & Every To EPO, May 2, 2002, 7 Pages, Beginning, "I maintain all the objections in the original opposition and in the submission of the Nov. 6 and 27, 2001 . . ." with cover page from EPO dated May 16, 2002.

Letter from Ismay Ratliff of Crown Cork & Seal to EPO, Jul. 4, 2002, Four Pages, Beginning, "This is in response to the Opponents' further submission dated May 2, 2002.".

Summons to Attend Oral Proceedings Pursuant to Rule 71 (1) EPC, Oct. 21, 2001, 7 pages.

Letter From PRB Lawrence of Gill Jennings & Every, Jun. 24, 2002, with Affidavit of Thomas T. Tung with Attachments A thru D, Jun. 14, 2002.

Letter From PRB Lawrence of Gill Jennings & Every, Jul. 19, 2002, with Extracts of the Pechiney Annual REport 1989, 5 pages, Triangle Industries, Inc., Annual Report, 1987, 2 pages.

Final Submission by the EP patentee in the EPO opposition proceeding: European Patent Application No. 96908205.6 (now European Patent No. 0 828 663), CarnaudMetalbox, Plc, Opposition by American National Can Company, (Copy), Feb. 11, 2003, with Attachments, 38 pages.

Final submissions by the EP opponent in the EPO opposition proceeding: European Patent Application No. 96908205.6–2308/0828663, CarnaudMetalbox Plc, (Copy), Feb. 18, 2003, with Attachments, Affidavit by John Davy, Statement of Facts of John Zappa, 53 pages.

Letter From PRB Lawrence Of Gill Jennings & Every To EPO, Feb. 19, 2003, One Page, beeginning, "There are two points supplementary to my letter of Feb. 18. . . ".

Letter From PRB Lawrence Of Gill Jennings & Every To EPO, Feb. 20, 2003, Two Pages, Beginning We Have Been Considering Further The Recent Assertion By The Patentee About The Alleged Non–Enabling Nature . . . :.

Interlocutory Decision of the Opposition Division of the European Patent Office in Respect of the EP Patent No. 0828663, (Copy), May 5, 2003, 25 pages.

# US 6,848,875 B2
Page 3

Grounds of Appeal against the Interlocutory Decision by the Opposition Division, (Copy), filed by EP patentee, Sep. 2, 2003, European Patent No. 0 828 663 (Formerly European Patent Application No. 96908205.6) CarnaudMetalbox Plc and CarnmaudMetalbox SA Appeal against the Interlocutory Decision of the Opposition Division, May 5, 2003, with attached copies of Main Request, and Auxiliary Request 1 thru 8, 32 pages.

Grounds of Appeal against the Interlocutory Decision by the Opposition Division, (Confirmation), filed by EP opponent, Sep. 12, 2003, with attachments including graphics and English translation of JP–U57–117323 and Technical Statement of Facts of Bill Hartman in Opposition to EP 828 663, with attachments, Technical Statement by Dean Scranton, Technical Statement of Facts of Christopher Sjostrom in Opposition to EP 828 663, Technical Statement by Gary Smith for Opposition to EP 828 663, Technical Statment by Timothy L. Turner, 57 pages.

Plaintiffs' Responses and Objections to Defendants' First Set of Interrogatories; Civil Action No. 03–C–0137–S; Interrogatory No. 2; pp. 1, 9, 10, and 11. (Pp. 1 and 11 are redacted); dated Jun. 16, 2003.

Opinion of the United States District Court for the Western District of Wisconsin in Anheuser–Busch Companies, Inc. v. Crown Cork & Seal Co., Inc.; Case No. 03–C–137–S; dated Nov. 20, 2003, 35 pages.

Submission of Enclosed Office Action dated Feb. 3, 2004, that issued in U.S. Appl. No. 10/417,980 which claims priority to the instant application.

Reply Brief in the EPO Opposition Proceeding: European Patent No. 0 828 663 (Formerly European Application No. 96908205.6) CarnaudMetalbox Plc and CarnaudMetalbox SA Appeal against the Interlocutory Decision of the Opposition, Letter dated May 13, 2004, 24 pages, Letter from James P. Tanner to Ismay Ratliff dated May 14, 2004, Beginning "This is further to our discussion on May 13, 2004 . . . ", 1 page.

* cited by examiner



**FIG. 1**
*PRIOR ART*

**FIG. 2**
*PRIOR ART*

**FIG. 3**
*PRIOR ART*



**FIG. 4**



**FIG. 5**



**FIG. 6**



**FIG. 7**



**FIG. 8**

**FIG. 9**

US 6,848,875 B2

**1**

## CAN END AND METHOD FOR FIXING THE SAME TO A CAN BODY

### CROSS-REFERENCE TO RELATED APPLICATIONS

This is a continuation of U.S. patent application Ser. No. 09/650,664, filed Aug. 30, 2000 now abandoned, which is a continuation of U.S. patent application Ser. No. 09/552,668, filed Apr. 19, 2000 now abandoned, which is a continuation of U.S. patent application Ser. No. 08/945,698, filed Nov. 21, 1997, which issued May 23, 2000 as U.S. Pat. No. 6,065,634, which is the U.S. National Phase of PCT/GB96/00709, filed Mar. 25, 1996, which claims priority to UK 9510515.1, filed May 24, 1995.

This invention relates to an end wall for a container and more particularly but not exclusively to an end wall of a can body and a method for fixing the end wall to the can body by means of a double seam.

U.S. Pat. No. 4,093,102 (KRASKA) describes can ends comprising a peripheral cover hook, a chuck wall dependent from the interior of the cover hook, an outwardly concave annular re-inforcing bead extending radially inwards from the chuck wall and a central panel joined to an inner wall of the reinforcing bead by an annular outwardly convex bead. This can end is said to contain an internal pressure of 90 psi by virtue of the inclination or slope of the chuck wall, bead outer wall and bead inner wall to a line perpendicular to the centre panel. The chuck wall slope D° is between 14° and 16°, the outer wall slope E is less than 4° and the inner wall slope C° is between 10 and 16° leading into the outwardly convex bead. We have discovered that improvements in metal usage can be made by increasing the slope of the chuck wall and limiting the width of the anti peaking bead.

U.S. Pat. No. 4,217,843 (KRASKA) describes an alternative design of can end in which the countersink has inner and outer flat walls, and a bottom radius which is less than three times the metal thickness. The can end has a chuck wall extending at an angle of approximately 24° to the vertical. Conversely, the specification of our U.S. Pat. No. 5,046,637 describes a can end in which the chuck wall extends at an angle of between 12° and 20° to the vertical.

The detailed description of our U.S. Pat. No. 4,571,978 describes a method of making a can end suitable for closing a can body containing a beverage such as beer or soft drinks. This can end comprises a peripheral flange or cover hook, a chuck wall dependant from the interior of the cover hook, an outwardly concave reinforcing bead extending radially inwards from the chuck wall from a thickened junction of the chuck wall with the bead, and a central panel supported by an inner portion of the reinforcing bead. Such can ends are usually formed from a prelacquered aluminum alloy such as an aluminum magnesium manganese alloy such as alloy 5182.

The specification of our U.S. Pat. No. 5,582,319 describes a can end suitable for a beverage can and formed from a laminate of aluminum/manganese alloy coated with a film of semi crystalline thermoplastic polyester. This polyester/aluminum alloy laminate permitted manufacture of a can end with a narrow, and therefore strong reinforcing bead in the cheaper aluminum manganese alloy.

Continuing development of a can end using less metal, whilst still permitting stacking of a filled can upon the end of another, this invention provides a can end comprising a peripheral cover hook, a chuck wall dependant from the interior of the chuck wall, an outwardly concave annular reinforcing bead extending radially inwards from the chuck

**2**

wall, and a central panel supported by an inner portion of the reinforcing bead, characterised in that, the chuck wall is inclined to an axis perpendicular to the exterior of the central panel at an angle between 30° and 60°, and the concave bead narrower than 1.5 mm (0.060"). Preferably, the angle of the chuck wall to the perpendicular is between 40° and 45°.

In a preferred embodiment of the can end an outer wall of the reinforcing bead is inclined to a line perpendicular to the central panel at an angle between −15° to +150 and the height of the outer wall is up to 2.5 mm.

In one embodiment the reinforcing bead has an inner portion parallel to an outer portion joined by said concave radius.

The ratio of the diameter of the central panel to the diameter of the peripheral curl is preferably 80% or less.

The can end may be made of a laminate of thermoplastic polymer film and a metal alloy sheet aluminium alloy such as a laminate of a polyethylene teraphthalate film on an aluminium-manganese alloy sheet or ferrous metal typically less than 0.010 (0.25 mm) thick for beverage packaging. A lining compound may be placed in the peripheral cover hook.

In a second aspect this invention provides a method of forming a double seam between a can body and a can end according to any preceding claim, said method comprising the steps of:

placing the curl of the can end on a flange of a can body supported on a base plate, locating a chuck within the chuck wall of the can end to centre the can end on the can body flange, said chuck having a frustoconical drive surface of substantially equal slope to that of the chuck wall of the can end and a cylindrical surface portion extending away from the drive surface within the chuck wall, causing relative motion as between the assembly of can end and can body and a first operation seaming roll to form a first operation seam, and thereafter causing relative motion as between the first operation seam and a second operation roll to complete a double seam, during these seaming operations the chuck wall becoming bent to contact the cylindrical portion of the chuck.

Various embodiments will now be described by way of example and with reference to the accompanying drawings in which:

FIG. 1 is a diagrammatic sketch of known apparatus for forming a double seam;

FIG. 2 is an enlarged sectioned side view of a known chuck and can end before seaming;

FIG. 3 is a sectioned view of a fragment of a known double seam;

FIG. 4 is a sectioned side view of a can end according to this invention before edge curling;

FIG. 5 is a sectioned side view of the can end of FIG. 4 on a can body before forming of a double seam;

FIG. 6 is a like view of the can end and body during first operation seaming;

FIG. 7 is a like view of the can end and body during final second operation seaming to create a double seam;

FIG. 8 is a fragmentary section of a chuck detail; and

FIG. 9 is a side view of the cans stacked one on the other.

In FIG. 1, apparatus for forming a double seam comprises a base plate 1, an upright 2 and a top plate 3.

A lifter 4 mounted in the base plate is movable towards and away from a chuck 5 mounted in the top plate. The top plate supports a first operation seaming roll 6 on an arm 7 for pivotable movement towards and away from the chuck. The top plate also supports a second operation seaming roll 8 on

US 6,848,875 B2

3

an arm 9 for movement towards and away from the chuck after relative motion as between the first operation roll and can end on the chuck creates a first operation seam.

As shown in FIG. 1 the chuck 5 holds a can end 10 firmly on the flange 11 of a can body 12 against the support provided by the lifter plate 4. Each of the first operation roll 6 and second operation roll 7 are shown clear of chuck before the active seam forming profile of each roll is moved in turn to form the curl of the can end and body flange to a double seam as shown in FIG. 3.

FIG. 2 shows on an enlarged scale the chuck 5 and can end 10. The can end comprises a peripheral curl 13, a chuck wall 14 dependent from the interior of the curl, an outwardly concave anti-peaking bead 15 extending inwards from the chuck wall to support a central panel 16. Typically the chuck wall flares outwardly from the vertical at an angle C about 12° to 15°.

The chuck 5 comprises a body 17 having a threaded bore 18 permitting attachment to the rest of the apparatus (not shown). An annular bead 19 projects from the body 17 of the chuck to define with the end face of the body a cavity to receive the central panel 16 of the can end. The fit of panel 16 in annulus 19 may be slack between panel wall and chuck.

The exterior surface of the projecting bead 19 extends upwards towards the body at a divergent angle B of about 12° to the vertical to join the exterior of the chuck body 17 which tapers off an angle A° of about 4° to a vertical axis perpendicular to the central panel. The outer wall of the chuck 5 engages with the chuck wall at a low position marked "D" within the 12° shaped portion of the chuck bead 15.

As can ends are developed with narrower anti-peaking beads the chuck bead 19 becomes narrower and more likely to fracture. There is also a risk of scuffing of the can end at the drive position D which can leave unacceptable unsightly black marks after pasteurisation.

FIG. 3 shows a sectioned fragment of a typical double seam showing a desirable overlap of body hook 21 and end hook 20 between the can end 10 and can body 12.

FIG. 4 shows a can end, according to the invention, comprising a peripheral cover hook 23, a chuck wall 24 extending axially and inwardly from the interior of the peripheral cover hook, an outwardly concave reinforcing or anti-peaking bead 25 extending radially inwards from the chuck wall, and a central panel 26 supported or an inner portion panel with 27. The panel wall is substantially upright allowing for any metal spring back after pressing. The chuck wall is inclined to an axis perpendicular to the exterior of the central panel at an angle C, between 20° and 60°; preferably between 40° and 45°. Typically the cross sectional radius of the antipeaking bead is about 0.5 mm.

Preferably the anti-peaking bead 25 is parallel sided, however the outer wall may be inclined to a line perpendicular to the central panel at an angle between −15° to +15° and the height $h_4$ of the outer wall may be up to 2.5 mm.

This can end is preferably made from a laminate of sheet metal and polymeric coating. Preferably the laminate comprises an aluminium magnesium alloy sheet such as 5182, or aluminium manganese alloy such as 3004 with a layer of polyester film on one side. A polypropylene film may be used on the "other side" if desired.

Typical dimensions of the example of the invention are:

| d5 | overall diameter (as stamped) | 65.83 mm |
| d4 | PC diameter of seaming panel radius | 61.54 mm |
| d3 | PC diameter of seaming panel/chuck wall radius | 59.91 mm |
| $r_1$ | seaming panel/chuck wall radius | 1.27 mm |

4

-continued

| $r_2$ | seaming panel radius | 5.56 mm |
| $r_3$ | concave radius in antipeaking bead | <1.5 mm |
| $d_2$ | maximum diameter of antipeaking bead | 50.00 mm |
| $d_1$ | minimum diameter of antipeaking bead | 47.24 mm |
| $h_2$ | overall height of panel | 6.86 mm |
| $h_1$ | height to top of antipeaking bead | 5.02 mm |
| $h_3$ | panel depth | 2.29 mm |
| $h_4$ | outer wall height | 1.78 mm |
| c | chuck wall angle to vertical | 43° |

From these dimensions it can be calculated that the ratio of central panel diameter of 47.24 mm to overall diameter of can end 65.84 is about 0.72 to 1.

For economy the aluminium alloy is in the form of sheet metal less than 0.010" (0.25 mm). A polyester film on the metal sheet is typically 0.0005" (0.0125 mm).

Although this example shows an overall height $h_2$ at 6.86 mm we have also found that useful can ends may be made with an overall height as little as 6.35 mm (0.25").

FIG. 5 shows the peripheral flange 23 of can end 22 of FIG. 4 resting on the flange 11 of a can body 12 before formation of a double seam as discussed with reference to FIG. 1.

In FIG. 5 a modified chuck 30 comprises a chuck body 31 having a frustoconical drive surface 32 engaging with the chuck wall 24 of the can end 22.

The frustoconical drive surface is inclined outwardly and axially at an angle substantially equal to the angle of inclination C° of between 20° and 60°; in this particular example on chuck angle C of 43° is preferred. The drive surface 32 is a little shorter than the chuck wall 24 of the chuck body. The substantially cylindrical surface portion 33, rising above the drive surface 32, may be inclined at an angle between +4° and −4° to a longitudinal axis of the chuck. As in FIG. 2, this modified chuck 30 has a threaded aperture to permit attachment to the rest of the double seam forming apparatus (not shown).

In contrast to the chuck of FIG. 2 the modified chuck 30 is designed to drive initially on the relatively large chuck wall 32 without entering deeply into the anti-peaking bead 25. Further drive is obtained at the juncture of chuck wall 32 and cylindrical wall 33 as chuck wall of end 24 is deformed during 1st and 2nd operation seaming FIGS. 6 and 7. The chuck 30 shown in FIG. 5 has an annular bead of arcuate cross section but this bead is designed to enter the chuck wall without scratching or scuffing a coating on the can end; not to drive on the concave bead surface as shown in FIG. 2.

It will be understood that first operation seaming is formed using apparatus as described with reference to FIG. 1.

FIG. 6 shows the modified can end and chuck during formation of a first operation seam shown at the left of FIG. 2 as formed by a first operation roll 34 adjacent the interfolded peripheral flange of the can end and flange 11 body 12.

During relative rotation as between the can end 22 and first operation roll 34 the edge between the chuck drive wall 32 and cylindrical wall 33 exerts a pinching force between chuck 30 and roll 34 to deform the chuck wall of the can end as shown.

After completion of the first operation seam the first operation roll is swung away from the first operation seam and a second operation roll 38 is swung inwards to bear upon the first operation seam supported by the chuck 30. Relative rotation as between the second operation roll 38 and first operation seam supported by a chuck wall 30 completes a double seam as shown in FIG. 7 and bring the upper portion 24 of the chuck wall 24 to lie tightly against the can body

US 6,848,875 B2

5

neck in a substantially upright attitude as the double seam is tightened by pinch pressure between the second operation roll **38** and chuck **30**.

Can ends according to the invention were made from aluminium alloy 5182 and an aluminium alloy 3004/ polymer laminate sold by CarnaudMetalbox under the trade mark ALULITE. Each can end was fixed by a double seam to a drawn and wall ironed (DWI) can body using various chuck angles and chuck wall angle as tabulated in Table 1 which records the pressure inside a can at which the can ends failed:

6

It will be observed that the container pressures achieved for samples J, K, L, 4.89 bar (70.9 psig), 4.83 bar (70.0 psig) and 4.74 bar (68.7 psig) respectively were much enhanced by clamping the double seam.

In order to provide seam strength without use of a clamping ring, modified chucks were used in which the drive slope angle C° was about 43° and the cylindrical surface **33** was generally +4° and −4°. Results are shown in Table 3.

TABLE 1

| | CAN END DATA | | | PRESSURE IN BAR (PSIG) TO FAILURE FOR VARIOUS SEAMING CHUCK ANGLES B° | | | | |
|---|---|---|---|---|---|---|---|---|
| Sample Code | Material Thickness mm | Minimum Diameter D1 mm | CHUCK Wall Angle "C" | 23° | 10°/23° | 4°/23° | 23° with D. Seam Ring | 10°/23° with D. Seam Ring |
| A | ALULITE 0.23 | 52.12 (2.052") | 21.13° | 5.534 (80.20) | 5.734 (83.10) | 5.311 (76.97) | 6.015 (87.17) | 5.875 (85.14) |
| B | 5182 0.244 | 52.12 (2.052") | 21.13° | 5.599 (81.15) | 5.575 (80.79) | 5.381 (77.99) | 5.935 (86.01) | 5.895 (85.43) |
| C | 5182 0.245 | 52.12 (2.052") | 21.13° | 6.004 (87.02) | 5.910 (85.65) | 5.800 (84.06) | 6.224 (90.21) | 6.385 (92.54) |
| D | ALULITE 0.23 | 51.92 (2.044") | 21.13° | 5.334 (77.31) | 5.229 (75.78) | 5.238 (75.91) | 5.730 (83.04) | 5.404 (78.32) |
| E | 5182 0.224 | 51.92 (2.044") | 21.13° | 5.555 (80.50) | 5.514 (79.92) | 5.354 (77.60) | 5.895 (85.43) | 5.930 (85.94) |
| F | 5182 0.245 | 51.92 (2.044") | 23° | 5.839 (84.63) | 5.804 (84.12) | 5.699 (82.59) | 6.250 (90.58) | 6.435 (93.26) |
| G | ALULITE 0.23 | 51.92 (2.044") | 23° | | | 5.123 (74.25) | | |
| H | 5182 0.224 | (51.92) (2.044") | 23° | | | 5.474 (79.34) | | |
| I | 5182 0.245 | 51.92 (2.044") | 23° | | | 5.698 (82.58) | | |

All pressures on unaged shells in bar (psig). 5182 is an aluminium-magnesium-manganese alloy lacquered. The "ALULITE" used is a laminate of aluminium alloy and polyester film.

The early results given in Table 1 showed that the can end shape was already useful for closing cans containing relatively low pressures. It was also observed that clamping of the double seam with the "D" seam ring resulted in improved pressure retention. Further tests were done using a chuck wall angle and chuck drive surface inclined at nearly 45°: Table 2 shows the improvement observed:

TABLE 2

| | h₂ | h₃ | | Chuck Angles B° | |
|---|---|---|---|---|---|
| Sample Code | mm (inches) | mm (inches) | h₄ mm (inches) | 43° | 43° with seam ring |
| J | 6.86 (0.270) | 2.39 (0.094) | 2.29 (0.09) | 4.89 (70.9) | 6.15 (89.1) |
| K | 7.11 (0.280) | 2.64 (0.104) | 2.54 (0.10) | 4.83 (70.0) | 5.98 (86.6) |
| L | 7.37 (0.290) | 2.90 (0.114) | 2.79 (0.11) | 4.74 (68.7) | 6.44 (93.3) |

Table 2 is based on observations made on can ends made of aluminium coated with polymer film (ALULITE) to have a chuck wall length of 5.029 mm (0.198") up the 43° slope.

TABLE 3

| | | Results | | |
|---|---|---|---|---|
| SAMPLE CODE | MATERIAL | LINING COMPOUND | CHUCK ANGLES DRIVE/ WALL | PRESSURE |
| c | 0.224 5182 | with | 43° | 4.60 (66.7) |
| g | 0.23 Alulite | with | 43°/4° | 5.45 (79.0) |
| h | 0.224 5182 | with | 43°/4° | 6.46 (93.6) |
| j | 0.23 Alulite | without | 43°/4° | 5.91 (85.6) |
| k | 0.244 5182 | without | 43°/4° | 6.18 (89.6) |
| l | 0.23 Alulite | without | 43°/−4° | 5.38 (77.9) |
| m | 0.25 Alulite | without | 43°/−4° | 6.20 (89.8) |
| n | 0.23 Alulite | without | 43°/0° | 6.11 (88.5) |
| o | 0.25 Alulite | without | 43°/0° | 6.62 (95.9) |

ALL PRESSURES IN BAR (PSIG)

ALL CODES

Reform Pad Dia. 47.24 mm (1.860") (202 Dia).
6.86 mm (0.270") unit Depth h₂ 2.39 mm (0.094") Panel Depth

Table 3 shows Code "0" made from 0.25 mm Alulite to give 6.62 bar (95 psi) Pressure Test Result indicating a can end suitable for pressurised beverages. Further chucks with various land lengths (slope) were tried as shown in Table 4.

US 6,848,875 B2

7

TABLE 4

| | CHUCK WALL ANGLE | | | |
|---|---|---|---|---|
| | 43°/0° 1.9 mm LAND SHARP TRANSITION | | 43°/0° 1.27 MM LAND R. 0.5 MM BLEND | |
| VARIABLE CODE | NO. D.SEAM RING | WITH D.SEAM RING | NO. D.SEAM RING | WITH D.SEAM RING |
| 7 | 6.699 (97.08) | 7.017 (101.7) | 6.779 (98.24) | 7.006 (101.54) |
| 8 | 6.315 (91.52) | 6.521 (94.5) | 6.293 (91.2) | 6.236 (90.37) |
| 9 | 6.095 (88.33) | 6.30 (91.3) | 6.238 (90.4) | 6.719 (97.38) |

ALL PRESSURES IN BAR (PSIG)
CODE

7=0.25 mm Alulite, 47.24 mm (1.860") Reform Pad, 6.86 mm (0.270") $h_2$ Depth, 2.38 mm (0.094") Panel; $h_4$ depth=2.29 mm (0.09")

8=0.23 mm Alulite, 47.24 mm (1.860") Reform Pad, 7.11 mm (0.280") $h_2$ Depth, 2.64 mm (0.104") Panel; $h_4$ depth=2.54 mm (0.10")

9=0.23 mm Alulite, 47.24 mm (1.860") Reform Pad, 7.37 mm (0.290") $h_2$ Depth, 2.90 mm (0.114") Panel; $h_4$ depth=2.79 mm (0.11")

Table 4 shows results of further development to seaming chuck configuration to bring closer the pressure resistance of ring supported and unsupported double seams.

Table 4 identifies parameters for length of generally vertical cylindrical surface 33 on the seaming chuck 30, and also identifies a positional relationship between the chuck wall 24 of the end and the finished double seam. It will be understood from FIG. 7 that the forces generated by thermal processing or carbonated products are directed towards and resisted by the strongest portions of the completed double seam.

Table 5 shows results obtained from a typical seam chuck designed to give double seam in accordance with parameters and relationships identified in Table 4. Typically:—As shown in FIG. 8 the chuck comprises a cylindrical land of length '1' typically 1.9 mm (0.075") and frustoconical drive surface 32 inclined at an angle Y°, typically 43°, to the

8

cylindrical to which it is joined by a radius R typically 0.5 mm (0.020"). Angle "X" is typically 90°.

TABLE 5

| | | DIMENSIONS mm | | PRESSURE | |
|---|---|---|---|---|---|
| CODE | GAUGE | $h_2$ | $h_3$ | bar | (psi) |
| 20 | .23 mm | 7.37 (.290") | 2.36 (.093") | 6.383 | (92.6) |
| 21 | .23 mm | 7.37 (.290") | 2.36 (.093") with compound | 6.402 | (92.8) |
| 26 | .23 mm | 6.87 (.2705") | 2.37 (.0935") | 6.144 | (89.88) |
| 27 | .23 mm | 6.87 (.2705") | 2.37 (.0934") with compound | 6.071 | (88.0) |
| 28 | .23 mm | 7.37 (.290") | 2.36 (.093") | 6.414 | (93.0) |
| 29 | .23 mm | 7.37 (.290") | 2.84 (.112") | 6.725 | (97.5) |
| 30 | .23 mm | 6.86 (.270") | 2.37 (.0935") | 6.062 | (87.9) |
| 31 | .23 mm | 6.86 (.270") | 2.37 (.0935") | 6.013 | (87.2) |
| 34 | .25 mm | 7.37 (.290") | 2.87 (.113") | 7.787 | (112.9) |
| 36 | .25 mm | 7.32 (.288") | 2.34 (.092") | 7.293 | (105.8) |
| 37 | .25 mm | 7.32 (.288") | 2.34 (.092") with compound | 7.402 | (107.3) |
| 38 | .25 mm | 6.87 (.2705") | 2.41 (.095") | 7.077 | (102.6) |
| 516 | .25 mm | 6.35 (.250") | 2.34 (.092") with compound | 6.937 | (100.6) |

All variables made from Alulite, 10 Cans per variable.

The can ends may be economically made of thinner metal if pressure retention requirements permit because these can ends have a relatively small centre panel in a stiffer annulus.

FIG. 9 shows a can 12a, closed according to this invention, stacked upon a like can 12b shown sectioned so that stacking of the upper can on the lower can end is achieved by a stand bead 31a of the upper can fits inside the chuck wall 24 of the lower can end with the weight of the upper can resting on the double seam 34 of the lower can end.

The clearance between the bottom of the upper can body and lower can end may be used to accommodate ring pull features (not shown) in the can end or promotional matter such as an coiled straw or indicia.

Using the experimental data presented above, a computer programme was set up to estimate the resistance to deformation available to our can ends when joined to containers containing pressurised beverage. The last two entries on the table relate to a known 206 diameter beverage can end and an estimate of what we think the KRASKA patent teaches.

TABLE 6

| END SIZE Bead OD:1D | OVERALL DIA mm | PANEL DIA $d_1$ mm | RATIO OVERALL DIA: PANEL DIA | CHUCK WALL ANGLE ° C. | CHUCK WALL LENGTH L mm | RE-INFORCING RAD $r_3$ mm | INNER WALL HEIGHT $h_3$ mm | OUTER WALL HEIGHT $h_4$ mm | PREDICTED CUT EDGE Ø (*DENOTES ACTUAL) | ACTUAL THICK-NESS TO CONTAIN PSI |
|---|---|---|---|---|---|---|---|---|---|---|
| 206-204 | 64.39 (2.535") | 49.49 (1.9485") | 1.3010 | 33.07° | 4.22 (0.166") | 0.52 (0.204") | 2.34 (0.092") | 1.78 (0.070") | 75.230 (2.9618") | 0.255 |
| 206-202 | 64.39 (2.535") | 47.33 (1.8634") | 1.3604 | 42.69° | 4.95 (0.195") | 0.52 (0.0204") | 2.34 (0.092") | 1.78 (0.070") | 74.272 (2.9241")* | 0.255 |
| 206-200 | 64.39 (2.535") | 45.07 (1.7744") | 1.4287 | 50.053° | 5.82 (0.229") | 0.52 (0.0204") | 2.34 (0.092") | 1.78 (0.070") | 73.13 (2.9021") | 0.255 |
| 204-202 | 62.18 (2.448") | 47.33 (1.8634") | 1.3137 | 29.78° | 3.96 (0.156") | 0.52 (0.0204") | 2.34 (0.092") | 1.78 (0.070") | 73.767 (2.9042") | 0.24 |

US 6,848,875 B2

**9**                                                                                                 **10**

TABLE 6-continued

| END SIZE Bead OD:1D | OVERALL DIA mm | PANEL DIA $d_1$ mm | RATIO OVERALL DIA: PANEL DIA | CHUCK WALL ANGLE ° C. | CHUCK WALL LENGTH L mm | RE-INFORCING RAD $r_3$ mm | INNER WALL HEIGHT $h_3$ mm | OUTER WALL HEIGHT $h_4$ mm | PREDICTED CUT EDGE Ø (*DENOTES ACTUAL) | ACTUAL THICK-NESS TO CONTAIN PSI |
|---|---|---|---|---|---|---|---|---|---|---|
| 204-200 | 62.18 (2.448") | 45.07 (1.7744") | 1.3796 | 40.786° | 4.70 (0.185") | 0.52 (0.0204") | 2.34 (0.092") | 1.78 (0.070") | 72.911 (2.8705") | 0.24 |
| 202-200 | 71.98 (2.834") | 45.07 (1.7744") | 1.597 | 30.266° | 4.09 (0.161") | 0.52 (0.0204") | 2.34 (0.092") | 1.78 (0.070") | 71.984 (2.834") | 0.225 |
| 206 std | 64.69 (2.547") | 51.92 (2.044") | 1.2461 | 15.488° | 4.39 (0.173") | 0.56 (0.022") | 2.03 (0.080") | — | 76.454 (3.010")* | 0.28 |
| KRASKA ESTIMATE | 64.39 (eg 2.535") | — | — | 15° | 2.54 (0.100") | 0.81 (0.032") | 1.65 (0.065") | 2.29 (0.090") | 78.080 (3.074") | 0.292 (0.0115") |

All experiments modelled on a notional aluminium alloy of yield strength 310 mpa 0.25 mm thick. The standard was also 310 mpa BUT 0.275 mm thick.

What is claimed is:

1. A method of forming a double seam between a can body and a can end, said method comprising the steps of:

a) providing a can end having a circumferentially extending peripheral curl and a wall extending circumferentially and radially inward from said curl and an annular reinforcing bead extending radially inward from said wall, said reinforcing bead having an interior surface, said peripheral curl comprising a seaming panel and a radiused portion extending from said seaming panel to said wall, said wall inclined between about 20° and about 60° with respect to an axial centerline of said can end;

b) placing said curl of said can end into contact with a circumferentially extending flange of a can body;

c) providing a rotatable chuck having first and second circumferentially extending walls, said first and second walls forming a juncture therebetween; bringing said chuck into engagement with said can end so that said juncture of said first and second walls of said chuck contacts said inclined wall of said can end;

d) rotating said chuck;

e) performing a first seaming operation by placing a first seaming roll into contact with said can end curl while rotating said can end so as to partially deform said curl and said can body flange into a partial seam, said rotation of said can end during said first seaming operation driven by said rotating chuck through driving contact between said juncture of said first and second walls of said chuck and said inclined wall of said can end without driving contact between said chuck and said can end bead interior surface;

f) performing a second seaming operation by placing a second seaming roll into contact with said partially deformed can end curl so as to further deform said curl and said can body flange so as to further form said seam.

2. The method according to claim 1, wherein said first and second seaming operations reform said can end inclined wall by bending a first portion of said inclined wall upward by an angle of at least about 16°.

3. The method according to claim 1, wherein as a result of said first and second seaming operations said can end inclined wall is reformed so that a first portion of said wall is oriented substantially cylindrically.

4. The method according to claim 1, wherein prior to performing said first seaming operation said wall of said can end is inclined between about 30° and about 50° with respect to said axial centerline of said can end.

5. The method according to claim 4, wherein as a result of said first and second seaming operations said can end inclined wall is reformed so that a first portion of said wall is oriented substantially cylindrically.

6. The method according to claim 4, wherein said first and second seaming operations reform said can end inclined wall by bending a first portion of said inclined wall upward by an angle of at least about 26°.

7. The method according to claim 1, wherein prior to performing said first seaming operation said wall of said can end is inclined between about 40° and about 45° with respect to an axial centerline of said can end.

8. The method according to claim 7, wherein as a result of said first and second seaming operations said can end inclined wall is reformed so that a first portion of said wall is oriented substantially cylindrically.

9. The method according to claim 7, wherein said first and second seaming operations reform said can end inclined wall by bending a first portion of said inclined wall upward by an angle of at least about 36°.

10. The method according to claim 1, wherein said first circumferentially extending wall of said chuck is oriented so as to be substantially cylindrical.

11. The method according to claim 10, wherein said substantially cylindrical first wall of said chuck is oriented so as to be inclined with respect to an axial centerline of said chuck by no more than about 4°.

12. The method according to claim 1, wherein the distance from the lowermost point on said annular bead to the uppermost point on said curl defines a height of said can end, and wherein as a result of said first and second seaming operations said can end inclined wall is reformed so that a first portion of said wall is bent upwardly so as to substantially increase said height of said can end.

13. The method according to claim 1, wherein said chuck second wall is inclined with respect to an axial centerline of said chuck that substantially matches said inclination of said can end wall, and wherein said rotation of said can end during said first seaming operation is aided by driving contact between said second wall of said chuck and said inclined wall of said can end.

14. A method of forming a double seam between a can body and a can end intended for use in packaging a carbonated beverage, said method comprising the steps of:

a) providing a can end having (i) a circumferentially extending peripheral cover hook, said peripheral cover hook comprising a seaming panel to be formed into a portion of said double seam during a seaming operation, (ii) an annular reinforcing bead, and (iii) a circumferentially extending wall extending from said

**11**

seaming panel to said reinforcing bead, said wall comprising first and second wall portions, said first wall portion to be formed into another portion of said double seam during said seaming operation, said first wall portion extending from said seaming panel to a first location on said wall and comprising a radiused portion extending from said seaming panel, said second wall portion extending from said first wall portion at said first wall location to a second location on said wall that forms a transition with said reinforcing bead, whereby said first and second locations form end points of said second wall portion, and wherein a straight line extending between said first and second locations on said wall is inclined between about 20° and about 60° with respect to an axial centerline of said can end;

b) placing said cover hook of said can end into contact with a circumferentially extending flange of a can body;

c) providing a rotatable chuck comprising a first circumferentially extending wall, said chuck first wall being substantially cylindrical;

d) bringing said chuck into engagement with said can end; and

e) performing said seaming operation by placing one or more seaming rolls into contact with said peripheral cover hook of said can end while said can end rotates so as to deform said seaming panel of said cover hook and said first wall portion and said can body flange into said double seam, said seaming operation deforming said first wall portion such that at least a portion of said first wall portion after seaming is substantially cylindrical, said first location on said wall after said seaming operation forming the transition from said substantially cylindrical wall portion to said second wall portion, said line between said first and second locations on said wall remaining inclined between about 20° and about 60° with respect to said axial centerline of said can end after completion of said seaming operation.

**15**. The method according to claim **14**, wherein during said seaming operation at least a portion of said can end wall first portion is reformed by bending upward by an angle of at least about 16°.

**16**. The method according to claim **14**, wherein said line between said first and second locations on said wall of said can end is inclined between about 30° and about 50° with respect to an axial centerline of said can end prior to performing said seaming operation.

**17**. The method according to claim **16**, wherein during said seaming operation at least a portion of said can end wall first portion is reformed by bending upward by an angle of at least about 26°.

**18**. The method according to claim **14**, wherein said line between said first and second locations on said second wall of said can end is inclined between about 40° and about 45° with respect to an axial centerline of said can end.

**19**. The method according to claim **18**, wherein during said seaming operation at least a portion of said can end wall first portion is reformed by bending upward by an angle of at least about 36°.

**20**. The method according to claim **14**, wherein said substantially cylindrical first wall of said chuck is oriented so as to be inclined with respect to an axial centerline of said chuck by no more than about 4°.

**21**. The method according to claim **14**, wherein the distance from the lowermost point on said annular bead to the uppermost point on said cover hook defines a height of said can end, and wherein as a result of said seaming

**12**

operation at least a portion of said can end first wall portion is bent upwardly into said substantially cylindrical orientation so as to substantially increase said height of said can end.

**22**. The method according to claim **14**, wherein

f) said annular bead has an interior surface thereof;

g) said chuck further comprises a second wall, said first and second walls of said chuck form a juncture therebetween;

h) said seaming operation comprises (i) performing a first seaming operation by placing a first seaming roll into contact with said can end cover hook while said can end is rotated so as to partially deform said cover hook and said first wall portion and said can body flange into a partial seam, and (ii) performing a second seaming operation by placing a second seaming roll into contact with said partially deformed can end cover hook so as to further deform said cover hook and said first portion and said can body flange so as to further form said seam;

i) said rotation of said can end during said first seaming operation is accomplished by imparting driving contact between said juncture of said first and second walls of said chuck and said wall of said can end but without imparting driving contact between said chuck and said can end bead interior surface.

**23**. The method according to claim **14**, further comprising the step of filling the can body with a carbonated beverage prior to performing said seaming operation.

**24**. The method according to claim **14**, wherein said chuck further comprises a second chuck wall depending from said substantially cylindrical first chuck wall, said second chuck wall not being substantially cylindrical whereby said first and second chuck walls form a juncture therebetween, and wherein the step of bringing said chuck into engagement with said can end comprises bringing said chuck wall juncture into engagement with said can end wall proximate said first location on said can end wall.

**25**. The method according to claim **24**, wherein the step of performing said seaming operation further comprises bending said first wall portion of said can end upwardly around said chuck wall juncture so as to permanently deform said first wall portion.

**26**. The method according to claim **14**, wherein said wall of said can end is substantially frustoconical prior to performing said seaming operation.

**27**. The method according to claim **14**, wherein said first and second portions of said wall of said can end lie along a substantially straight line prior to performing said seaming operation.

**28**. The method according to claim **14**, wherein said line between the first and second locations on said second wall remains inclined between about 30° and about 50° after seaming.

**29**. The method according to claim **14**, wherein said line between the first and second locations on said second wall remains inclined between about 40° and about 45° after seaming.

**30**. The method according to claim **14**, wherein, in said step c) of performing the seaming operation, rotation of said can end is achieved without imparting driving contact between said chuck and a bottom interior surface of said reinforcing bead.

**31**. The method according to claim **14**, wherein said chuck further comprises a second chuck wall depending from said substantially cylindrical first chuck wall, said second chuck wall being substantially frustoconical.

13

**32.** A method of forming a double seam between a can body and a can end intended for use in packaging a carbonated beverage, said method comprising the steps of:

a) providing a can end having (i) a circumferentially extending peripheral cover hook, said peripheral cover hook comprising a seaming panel to be formed into a portion of said double seam during a seaming operation and (ii) a circumferentially extending wall comprising first and second portion, said first wall portion to be formed into another portion of said double seam during said seaming operation, said first wall portion extending from said seaming panel to a first location on said wall and comprising a radiused portion extending from said seaming panel, said second wall portion extending from said first wall portion at said first wall location on said wall to a second location on said wall, whereby said first and second locations form end points of said second wall portion, said second wall location being the lowermost point of said wall, and wherein a straight line extending between said first and second locations on said wall is inclined between about 20° and about 60° with respect to an axial centerline of said can end;

b) placing said cover hook of said can end into contact with a circumferentially extending flange of a can body;

c) providing a rotatable chuck comprising a first circumferentially extending wall, said first chuck wall being substantially cylindrical;

d) bringing said chuck into engagement with said can end; and

e) performing said seaming operation by placing one or more seaming rolls into contact with said peripheral cover hook of said can end so as to deform said seaming panel of said cover hook and said first wall portion and said can body flange into said double seam, said first portion of said can end wall being pressed against said chuck first wall so that at least a portion of said first portion of said can end wall is bent upward through an angle of at least about 16°, said first location on said wall after said seaming operation forming the transition from said double seam to said second wall portion, said line between said first and second locations remaining inclined between about 20° and about 60° with respect to said axial centerline.

**33.** The method according to claim **32**, wherein said line between said first and second locations on said wall of said can end is inclined between about 30° and about 50° with respect to said axial centerline of said can end prior to performing said seaming operation.

**34.** The method according to claim **33**, wherein during said seaming operation at least a portion of said can end wall first portion is reformed by bending upward by an angle of at least about 26°.

**35.** The method according to claim **33**, wherein said line between the first and second locations on said second wall portion remains inclined between about 30° and about 50° after seaming.

**36.** The method according to claim **32**, wherein said line between said first and second locations on said wall of said can end is inclined between about 40° and about 45° with respect to said axial centerline of said can end prior to performing said seaming operation.

**37.** The method according to claim **36**, wherein during said seaming operation at least a portion of said can end wall first portion is reformed by bending upward by an angle of at least about 36°.

14

**38.** The method according to claim **36**, wherein said line between the first and second locations on said second wall portion remains inclined between about 40° and about 45° after seaming.

**39.** The method according to claim **32**, wherein the can end further comprises a reinforcing bead extending radially inward from said second portion of said wall at said second wall location, the distance from a lowermost point on said annular bead to the uppermost point on said cover hook defines a height of said can end, and wherein said upward bending of said first portion of can end wall during said seaming operation substantially increases said height of said can end.

**40.** The method according to claim **32**, wherein

f) said can end comprises an annular reinforcing bead extending radially inward from said wall, said annular bead having an interior surface thereof;

g) said chuck further comprises a second wall, said first and second walls of said chuck form a juncture therebetween;

h) said seaming operation comprises (i) performing a first seaming operation by placing a first seaming roll into contact with said can end peripheral cover hook while said can end is rotated so as to partially deform said cover hook and said first wall portion and said can body flange into a partial seam, and (ii) performing a second seaming operation by placing a second seaming roll into contact with said partially deformed can end cover hook so as to further deform said cover hook and said first wall portion and said can body flange so as to further form said seam;

i) said rotation of said can end during said first seaming operation is accomplished by imparting driving contact between said juncture of said first and second walls of said chuck and said wall of said can end but without imparting driving contact between said chuck and said can end bead interior surface.

**41.** The method according to claim **32**, further comprising the step of filling the can body with a carbonated beverage prior to performing said seaming operation.

**42.** The method according to claim **32**, wherein said chuck further comprises a second chuck wall depending from said substantially cylindrical first chuck wall, said second chuck wall not being substantially cylindrical whereby said first and second chuck walls form a juncture therebetween, and wherein the step of bringing said chuck into engagement with said can end comprises bringing said chuck wall juncture into engagement with said can end wall proximate said second location on said can end wall.

**43.** The method according to claim **42**, wherein said bending of said first wall portion during said seaming operation comprises bending said first wall portion upwardly around said chuck wall juncture.

**44.** The method according to claim **42**, wherein said can end includes an annular reinforcing bead extending from said second wall portion and, in said step e) of performing the seaming operation, rotation of said can end is achieved without imparting driving contact between said chuck and a bottom interior surface of said reinforcing bead.

**45.** The method according to claim **32**, wherein the can end includes a reinforcing bead extending radially inward from said lowermost point of said second portion of the wall.

**46.** The method according to claim **32**, wherein said wall of said can end is substantially frustoconical prior to performing said seaming operation.

**47.** The method according to claim **32**, wherein said first and second portions of said wall of said can end lie along a substantially straight line prior to performing said seaming operation.

US 6,848,875 B2

15

**48**. The method according to claim **32**, wherein after said seaming operation said first and second portions of said can end wall intersect at an obtuse angle.

**49**. The method according to claim **32**, wherein said chuck further comprises a second chuck wall depending from said substantially cylindrical first chuck wall, said second chuck wall being substantially frustoconical.

**50**. A method of forming a double seam between a can body and a can end intended for use in packaging a carbonated beverage, said method comprising the steps of:

a) providing a can end having (i) a circumferentially extending peripheral cover hook, said peripheral cover hook comprising a seaming panel to be formed into a portion of said double seam during a seaming operation, (ii) an annular reinforcing bead, and (iii) a circumferentially extending wall extending from said seaming panel to said reinforcing bead, said wall and said reinforcing bead forming a transition therebetween;

b) placing said cover hook of said can end into contact with a circumferentially extending flange of a can body;

c) providing a rotatable chuck comprising first and second circumferentially extending walls, said second chuck wall depending from said first chuck wall so as to form a juncture therebetween;

d) bringing said chuck into engagement with said can end; and

e) performing said seaming operation by placing one or more seaming rolls into contact with said peripheral cover hook of said can end while said can end rotates so as to deform said seaming panel of said cover hook and to bend a portion of said can end wall upwardly around said juncture of said chuck walls at a first location on said can end wall, a straight line extending from said first location on said can end wall to said transition between said can end wall and said reinforcing bead inclined between about 20° and about 60° with respect to said axial centerline both before and after said seaming operation.

**51**. The method according to claim **50** wherein at least a portion of said portion of said can end wall bent upwardly during said seaming operation is bent upward through an angle of at least about 16°.

**52**. The method according to claim **50**, wherein said line extending from said first location to said transition is inclined between about 30° and about 50° with respect to said axial centerline of said can end both before and after performing said seaming operation.

**53**. The method according to claim **52**, wherein at least a portion of said portion of said can end wall bent upwardly

16

during said seaming operation is bent upward through an angle of at least about 26°.

**54**. The method according to claim **50**, wherein said line extending from said first location to said transition is inclined between about 40° and about 45° with respect to said axial centerline of said can end both before and after performing said seaming operation.

**55**. The method according to claim **54**, wherein at least a portion of said portion of said can end wall bent upwardly during said seaming operation is bent upward through an angle of at least about 36°.

**56**. The method according to claim **50**, wherein at least a portion of said portion of said can end wall bent upwardly during said seaming operation is bent upward into a substantially cylindrical configuration.

**57**. The method according to claim **50**, wherein said wall of said can end is substantially frustoconical prior to performing said seaming operation.

**58**. The method according to claim **50**, wherein said first wall of said chuck is oriented so as to be inclined with respect to an axial centerline of said chuck by no more than about 4°.

**59**. The method according to claim **50**, wherein said first wall of said chuck is substantially cylindrical.

**60**. The method according to claim **59**, wherein said second chuck wall being substantially frustoconical.

**61**. The method according to claim **50**, wherein the distance from a lowermost point on said annular bead to the uppermost point on said cover hook defines a height of said can end, and said seaming operation increases said height of said can end.

**62**. The method according to claim **50**, wherein

f) said annular bead has an interior surface thereof;

g) said seaming operation comprises (i) performing a first seaming operation by placing a first seaming roll into contact with said can end curl while said can end is rotated so as to partially deform said cover hook and a first portion of said can end wall and said can body flange into a partial seam, and (ii) performing a second seaming operation by placing a second seaming roll into contact with said partially deformed can end cover hook so as to further deform said cover hook and said can end wall first portion and said can body flange so as to further form said seam;

h) said rotation of said can end during said first seaming operation is accomplished without imparting driving contact between said chuck and said can end bead interior surface.

*    *    *    *    *

Exhibit 2

US006935826B2

(12) **United States Patent**
Brifcani et al.

(10) Patent No.: **US 6,935,826 B2**
(45) Date of Patent: **Aug. 30, 2005**

(54) **CAN END AND METHOD FOR FIXING THE SAME TO A CAN BODY**

(75) Inventors: **Mouayed Mamdooh Brifcani**, Oxfordshire (GB); **Peter James Hinton**, Swindon (GB); **Mark Christopher Kysh**, Wantage (GB)

(73) Assignee: **Crown Cork & Seal Technologies Corporation**, Alsip, IL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/417,980**

(22) Filed: **Apr. 17, 2003**

(65) **Prior Publication Data**

US 2003/0202862 A1 Oct. 30, 2003

**Related U.S. Application Data**

(63) Continuation of application No. 10/024,862, filed on Dec. 18, 2001, now Pat. No. 6,848,875, which is a continuation of application No. 09/650,664, filed on Aug. 30, 2000, now abandoned, which is a continuation of application No. 09/552,668, filed on Apr. 19, 2000, now abandoned, which is a continuation of application No. 08/945,698, filed as application No. PCT/GB96/00709 on Mar. 25, 1996, now Pat. No. 6,065,634.

(30) **Foreign Application Priority Data**

May 24, 1995 (GB) ............................................. 9510515

(51) Int. Cl.[7] ........................ **B21D 51/32**; B21D 51/44

(52) **U.S. Cl.** ........................ **413/31**; 220/619; 220/620; 220/623; 220/906

(58) **Field of Search** ............................. 413/2, 4, 8, 31, 413/27, 36, 37, 43; 220/268, 269, 270, 619, 620, 623, 621, 617, 62.22, 62.12, 906

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,023,927 A | 3/1962 | Ehman ........................ 220/619 |
| 3,526,486 A | * 9/1970 | Smith et al. ................. 428/626 |
| 3,843,014 A | * 10/1974 | Cospen et al. ............. 220/623 |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | G 92 11 788.0 | 1/1993 |
| EP | 0 153 115 A3 | 8/1985 |
| EP | 0 153 115 A2 | 8/1985 |
| EP | 0 340 955 A1 | 11/1989 |
| GB | 1444470 | 7/1976 |
| GB | 2 143 202 | 2/1985 |
| GB | 2 196 891 | 5/1988 |
| GB | 2 218 024 | 11/1989 |
| JP | 57-117323 | 7/1982 |
| JP | 63-125152 | 5/1988 |
| JP | 01 1 167 050 | 6/1989 |
| JP | 03-032835 | 2/1991 |
| JP | 03-043349 | 2/1991 |
| WO | WO 93/17864 | 9/1993 |

OTHER PUBLICATIONS

Translation copy of Japanese Utility Model Application No. 57–117323.*

(Continued)

*Primary Examiner*—Lowell A. Larson
*Assistant Examiner*—Jimmy T Nguyen
(74) *Attorney, Agent, or Firm*—Woodcock Washburn LLP

(57) **ABSTRACT**

A can end includes a peripheral cover hook a chuck wall dependent from the interior of the cover hook, an outwardly concave annular reinforcing bead extending radially inwards from the chuck wall, and a central panel supported by an inner portion of the reinforcing bead, characterized in that, the chuck wall is inclined to an axis perpendicular to the exterior of the central panel at an angle between 20° and 60°, and the concave cross-sectional radius of the reinforcing bead is less than 0.75 mm.

**14 Claims, 4 Drawing Sheets**



**US 6,935,826 B2**

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,967,752 | A | 7/1976 | Cudzik ........................ 220/269 |
| 4,015,744 | A | 4/1977 | Brown ........................ 220/269 |
| 4,024,981 | A | 5/1977 | Brown ........................ 220/269 |
| 4,093,102 | A | 6/1978 | Kraska ........................ 220/623 |
| 4,148,410 | A | 4/1979 | Brown ........................ 220/269 |
| 4,150,765 | A | 4/1979 | Mazurek .................... 220/269 |
| 4,210,257 | A | 7/1980 | Radtke ........................ 220/269 |
| 4,217,843 | A | 8/1980 | Kraska ........................ 413/12 |
| 4,276,993 | A | 7/1981 | Hasegawa .................. 220/269 |
| 4,286,728 | A | 9/1981 | Fraze et al. ................ 220/270 |
| 4,365,724 | A | 12/1982 | Walden .................... 220/611 |
| 4,402,421 | A | 9/1983 | Ruemer, Jr. ................ 220/269 |
| 4,448,322 | A | 5/1984 | Kraska ........................ 220/623 |
| D279,265 | S | 6/1985 | Turner et al. .............. D9/438 |
| 4,559,801 | A | 12/1985 | Smith et al. .............. 72/348 |
| 4,578,007 | A | 3/1986 | Diekhoff .................... 413/6 |
| 4,606,472 | A | 8/1986 | Taube et al. .............. 220/500 |
| D285,661 | S | 9/1986 | Brownbill .................. D9/435 |
| 4,674,649 | A | 6/1987 | Pavely ...................... 220/271 |
| 4,681,238 | A | 7/1987 | Sanchez .................... 220/260 |
| 4,685,582 | A | 8/1987 | Pulciani et al. ............ 220/606 |
| 4,716,755 | A | 1/1988 | Bulso, Jr. et al. .......... 72/349 |
| 4,782,594 | A | 11/1988 | Porucznik et al. ........ 30/417 |
| 4,808,052 | A | 2/1989 | Bulso, Jr. et al. .......... 413/8 |
| 4,809,861 | A | 3/1989 | Wilkinson et al. ........ 220/623 |
| D300,608 | S | 4/1989 | Taylor et al. .............. D9/438 |
| D304,302 | S | 10/1989 | Dalli et al. ................ D9/438 |
| 4,893,725 | A | 1/1990 | Ball et al. .................. 220/269 |
| 4,930,658 | A | 6/1990 | McEldowney ............ 220/269 |
| 5,046,637 | A | * 9/1991 | Kysh ........................ 220/610 |
| 5,049,019 | A | 9/1991 | Franek et al. .............. 413/19 |
| 5,064,087 | A | 11/1991 | Koch ........................ 220/269 |
| 5,129,541 | A | 7/1992 | Voigt et al. ................ 220/269 |
| 5,143,504 | A | 9/1992 | Braakman .................. 413/6 |
| D337,521 | S | 7/1993 | McNulty .................... D9/438 |
| 5,252,019 | A | 10/1993 | Saunders et al. .......... 413/67 |
| D347,172 | S | 5/1994 | Heynen et al. ............ D9/520 |
| 5,356,256 | A | 10/1994 | Turner et al. .............. 413/8 |
| D352,898 | S | 11/1994 | Vacher .................... D9/438 |
| 5,494,184 | A | 2/1996 | Noguchi et al. ............ 220/269 |
| 5,582,319 | A | * 12/1996 | Heyes et al. ............ 220/62.22 |
| 5,839,869 | A | 11/1998 | Moran et al. .............. 413/31 |
| D406,236 | S | 3/1999 | Brifcani et al. ............ D9/438 |
| 5,911,551 | A | * 6/1999 | Moran ........................ 413/31 |
| 5,957,647 | A | 9/1999 | Hinton ...................... 413/4 |
| 5,971,259 | A | 10/1999 | Bacon ........................ 229/5.6 |
| 6,024,239 | A | 2/2000 | Turner et al. .............. 220/269 |
| 6,065,634 | A | 5/2000 | Brifcani et al. ............ 220/619 |
| 6,089,072 | A | 7/2000 | Fields ........................ 72/379.4 |

### OTHER PUBLICATIONS

Decision of United States Court of Appeals for the Federal Circuit, Anheuser–Busch Companies, Inc., Metal Container Corporation, and Anheuser v. Crown Cork & Seal Technologies Corporation and Crown Cork & Seal Co. (USA), Inc., 04–1185,1188; Dec. 23, 2004, pp. 1–13.

United States Brewers Association, Inc., "Brewing Industry Recommended Can Specifications Manual," pp. 1–1, 2–1, and 3–2, Washington, DC, May 1983.

Society of Soft Drink Technologists, "Beverage Can, End, & Double Seam Dimensional Specifications," pp. 2, 1B–2 to 5, Hartfield, VA, Fourth Revision, Aug. 1993.

Beverage Can "Mini Seams" by Pete Moran published by CMB Engineering Group plc contents page, pp. 3 through 30 and figures, published mid–1980s.

"Modrn Beverage Can Double Seaming" published by Continental Beverage Packaging Cover page and 2 unnumbered pages , undated.

"Aluminium canstock" The Canmaker, Jan. 1994 pp. 38 through 43.

Notice of Opposition to a European Patent 96908205.6/828, 663 Opposed by American National Can Company (Facts and Arguments), Dec. 12, 1999, 21 pages.

Letter From Ismay Ratliff Of Crown Cork & Seal To EPO, Apr. 19, 2001, One Page, Enclosing Patentee's Observations And Amendments In Response To The Opposition, 9 pages, and Summary of Main and Auxiliary Requests, Main Request, and Auxiliary Requests 1,2, and 3, 14 pages.

Letter From PRB Lawrence Of Gill Jennings & Every To EPO, Nov. 6, 2001, Nine Pages, Beginning, "The opponent notes that the patentee has not responded to the detailed argumentation . . . " with three pages of graphics and with EPO Cover Page dated Nov. 15, 2001.

Letter From PRB Lawrence Of Gill Jennings & Every To EPO, Nov. 27, 2001, Two Pages, beginning, "I refer to the final paragraph of p. 9 of my comments of 6th November and . . . " with three page attachment having graphics and with EPO Cover Page dated Dec. 5, 2001.

Letter from Ismay Ratliff of Crown Cork & Seal to EPO, Nov. 28, 2001, One Page, beginning, "I refer to the letter from the Opponent of Nov. 6, 2001".

Letter From PRB Lawrence Of Gill Jennings & Every To EPO, Dec. 11, 2001, One Page, Beginning "I not the patentee's comments of 28th Nov.".

Letter from Ismay Ratliff of Crown Cork & Seal to EPO, Jan. 18, 2002, One Page, Beginning, "I refer to the communications of Nov. 15, 2001, Dec. 5, 2001, Jan. 7, 2002 . . . ".

Letter from Ismay Ratliff of Crown Cork & Seal to EPO, Mar. 18, 2002, Three Pages, beginning "Further to my letter of Jan. 18, 2002, I enclose further submissions in response to the Opponent's letters of 15th Nov., 27th Nov., and Dec. 11, 2001" with 10 pages of claims including Main Request, Auxiliary Request , and Auxiliary Request 2.

Letter From PRB Lawrence Of Gill Jennings & Every To EPO, May 2, 2002, 7 Pages, Beginning, "I maintain all the objections in the original opposition and in the submission of the and Nov. 6–27, 2001 . . . " with cover page from EPO dated May 16, 2002.

Letter form Ismay Ratliff of Crown Cork & Seal to EPO, Jul. 4, 2002, Four Pages, Beginning, "This is in response to the Opponents' further submissions dated 2nd May 2002."

Summons to Attend Oral Proceedings Pursuant to Rule 71(1) EPC, Oct. 21, 2002, 7 pages.

Letter from PRB Lawrence of Gill Jennings & Every, Jun. 24, 2002, with Affidavit of Thomas T. Tung with Attachments A thru D, Jun. 14, 2002.

Letter form PRB Lawrence of Gill Jennings & Every, Jul. 19, 2002, with Extracts of the Pechiney Annual Report 1989, 5 pages, Triangle Industries, Inc., Annual Report, 1987, 2 pages.

Final submission by the EP patentee in the EPO opposition proceeding: European Patent Application No. 96908205.6 (now European Patent No. 0.828 663), CarnaudMetalbox Plc, Opposition by American National Can Company, (Copy), Feb. 11, 2003, with Attachments, 38 pages.

**US 6,935,826 B2**

Page 3

Final submissions by the EP opponent in the EPO opposition proceedings: European Patent Application No. 96908205.6–2308/0828663, CarnaudMetalbox Plc, (Copy), Feb. 18, 2003, with Attachments, Affidavit by John Davy, Statement of Facts of John Zappa, 53 pages.

Letter From PRB Lawrence Of Gill Jennings & Every To EPO, Feb. 19, 2003, One Page, beginning, "There are two points supplementary to my letter of 18 Feb. . . .".

Letter From PRB Lawrence Of Gill Jennings & Every To EPO, Feb. 20, 2003, Two Pages, Beginning We Have Been Considering Further The Recent Assertion By The Patentee About The Alleged Non–Enabling Nature . . . .

Interlocutory Decision of the Oppositon Division of the European Patent Office in Respect of the EP Patent No. 0828663, (Copy), May 5, 2003, 25 pages.

Grounds of Appeal against the Interlocutory Decision by the Opposition Division, (Copy), filed by EP patentee, Sep. 2, 2003, European Patent No. 0 828 663 (Formerly European Patent Application No. 96908205.6) CarnaudMetalbox Plc and CarnaudMetalbox SA Appeal against the Interlocutory Decision of the Opposition Division, May 5, 2003, with attached copies of Main Request, and Auxiliary Request 1 thru 8, 32 pages.

Grounds of Appeal against the Interlocutory Decision by the Opposition Division, (Confirmation), filed by EP opponent, Sep. 12, 2003, with attachments including graphics and English translation of JP–U57–117323 and Technical Statement of Facts of Bill Hartman in Opposition to EP 828 663, with attachments, Technical Statement by Dean Scranton, Technical Statement of Facts of Christopher Sjostrom in Opposition to EP 828 663, Technical Statement by Gary Smith for Opposition to EP 828 663, Technical Statement by Timothy L. Turner, 57 pages.

Plaintiffs' Responses and Objections to Defendants' First Set of Interrogatories; Civil Action No. 03–C–0137–S; Interrogatory No. 2; pp. 1, 9, 10, and 11. (pp. 1 and 11 are redacted); dated Jun. 16, 2003.

Opinion of the United States District Court for the Western District of Wisconsin in Anheuser–Busch Companies, Inc. v. Crown Cork & Seal Co., Inc.; Case No. 03–C–137–S; dated Nov. 20, 2003, 35 pages.

Reply Brief in the EPO Opposition Proceeding: European Patent No. 0 828 663 (Formerly European Patent Application No. 96908205.6) CarnaudMetalbox Plc and Carnaud-Metalbox SA Appeal against the Interlocutory Decision of the Opposition, Letter dated May 13, 2004, 24 pages, Letter from James P. Tanner to Ismay Ratliff dated May 14, 2004, Beginning "This is further to our discussion on May 13, 2004 . . . ", 1 page.

* cited by examiner



FIG. 1
PRIOR ART

FIG. 2
PRIOR ART

FIG. 3
PRIOR ART

Fig.4.



Fig.5.



Fig.6.



Fig.7.





Fig.8.

Fig.9.

US 6,935,826 B2

1

# CAN END AND METHOD FOR FIXING THE SAME TO A CAN BODY

This is a continuation of U.S. patent application Ser. No. 10/024,862, which issued Feb. 1, 2005 as U.S. Pat. No. 6,848,875, filed Dec. 18, 2001, which is a continuation of U.S. patent application Ser. No. 09/650,664, filed Aug. 30, 2000, now abandoned which is a continuation of U.S. patent application Ser. No. 09/552,668, filed Apr. 19, 2000, now abandoned, which is a continuation of U.S. patent application Ser. No. 08/945,698, filed Nov. 21, 1997, which issued May 23, 2000 as U.S. Pat. No. 6,065,634, which is the U.S. National Phase of PCT/GB96/00709, filed Mar. 25, 1996, which claims priority to UK 9510515.1, filed May 24, 1995.

## BACKGROUND OF THE INVENTION

This invention relates to an end wall for a container and more particularly but not exclusively to an end wall of a can body and a method for fixing the end wall to the can body by means of a double seam.

U.S. Pat. No. 4,093,102 (KRASKA) describes can ends comprising a peripheral cover hook, a chuck wall dependent from the interior of the cover hook, an outwardly concave annular reinforcing bead extending radially inwards from the chuck wall and a central panel joined to an inner wall of the reinforcing bead by an annular outwardly convex bead. This can end is said to contain an internal pressure of 90 psi by virtue of the inclination or slope of the chuck wall, bead outer wall and bead inner wall to a line perpendicular to the centre panel. The chuck wall slope D° is between 14° and 16°, the outer wall slope E is less than 4° and the inner wall slope C° is between 10 and 16° leading into the outwardly convex bead. We have discovered that improvements in metal usage can be made by increasing the slope of the chuck wall and limiting the width of the anti peaking bead.

U.S. Pat. No. 4,217,843 (KRASKA) describes an alternative design of can end in which the countersink has inner and outer flat walls, and a bottom radius which is less than three times the metal thickness. The can end has a chuck wall extending at an angle of approximately 24° to the vertical. Conversely, the specification of our U.S. Pat. No. 5,046,637 describes a can end in which the chuck wall extends at an angle of between 12° and 20° to the vertical.

The detailed description of our U.S. Pat. No. 4,571,978 describes a method of making a can end suitable for closing a can body containing a beverage such as beer or soft drinks. This can end comprises a peripheral flange or cover hook, a chuck wall dependant from the interior of the cover hook, an outwardly concave reinforcing bead extending radially inwards from the chuck wall from a thickened junction of the chuck wall with the bead, and a central panel supported by an inner portion of the reinforcing bead. Such can ends are usually formed from a prelacquered aluminum alloy such as an aluminum magnesium manganese alloy such as alloy 5182.

The specification of our U.S. Pat. No. 5,582,319 describes a can end suitable for a beverage can and formed from a laminate of aluminum/manganese alloy coated with a film of semi crystalline thermoplastic polyester. This polyester/aluminum alloy laminate permitted manufacture of a can end with a narrow, and therefore strong reinforcing bead in the cheaper aluminum manganese alloy.

These known can ends are held during double seaming by an annular flange of chuck, the flange being of a width and height to enter the anti-peaking bead. There is a risk of scuffing if this narrow annulus slips. Furthermore a narrow annular flange of the chuck is susceptible to damage.

2

Continuing development of a can end using less metal, whilst still permitting stacking of a filled can upon the end of another, this invention provides a can end comprising a peripheral cover hook, a chuck wall dependant from the interior of the chuck wall, an outwardly concave annular reinforcing bead extending radially inwards from the chuck wall, and a central panel supported by an inner portion of the reinforcing bead, characterized in that, the chuck wall is inclined to an axis perpendicular to the exterior of the central panel at an angle between 30° and 60°, and the concave bead narrower than 1.5 mm (0.060"). Preferably, the angle of the chuck wall to the perpendicular is between 40° and 45°.

In a preferred embodiment of the can end an outer wall of the reinforcing bead is inclined to a line perpendicular to the central panel at an angle between −15° to +15° and the height of the outer wall is up to 2.5 mm.

In one embodiment the reinforcing bead has an inner portion parallel to an outer portion joined by said concave radius.

The ratio of the diameter of the central panel to the diameter of the peripheral curl is preferably 80% or less.

The can end may be made of a laminate of thermoplastic polymer film and a sheet aluminum alloy such as a laminate of a polyethylene terephthalate film on an aluminum-manganese alloy sheet or ferrous metal typically less than 0.010 (0.25 mm) thick for beverage packaging. A lining compound may be placed in the peripheral cover hook.

In a second aspect this invention provides a method of forming a double seam between a can body and a can end according to any preceding claim, said method comprising the steps of:

placing the curl of the can end on a flange of a can body supported on a base plate, locating a chuck within the chuck wall of the can end to centre the can end on the can body flange, said chuck having a frustoconical drive surface of substantially equal slope to that of the chuck wall of the can end and a cylindrical surface portion extending away from the drive surface within the chuck wall, causing relative motion as between the assembly of can end and can body and a first operation seaming roll to form a first operation seam, and thereafter causing relative motion as between the first operation seam and a second operation roll to complete a double seam, during these seaming operations the chuck wall becoming bent to contact the cylindrical portion of the chuck.

## BRIEF DESCRIPTION OF THE FIGURES

Various embodiments will now be described by way of example and with reference to the accompanying drawings in which:

FIG. 1 is a diagrammatic sketch of known apparatus for forming a double seam;

FIG. 2 is an enlarged sectioned side view of a known chuck and can end before seaming;

FIG. 3 is a sectioned view of a fragment of a known double seam;

FIG. 4 is a sectioned side view of a can end according to this invention before edge curling;

FIG. 5 is a sectioned side view of the can end of FIG. 4 on a can body before forming of a double seam;

FIG. 6 is a like view of the can end and body during first operation seaming;

FIG. 7 is a like view of the can end and body during final second operation seaming to create a double seam;

US 6,935,826 B2

3

FIG. **8** is a fragmentary section of a chuck detail; and
FIG. **9** is a side view of the cans stacked one on the other.

## DETAILED DESCRIPTION

In FIG. **1**, apparatus for forming a double seam comprises a base plate **1**, an upright **2** and a top plate **3**.

A lifter **4** mounted in the base plate is movable towards and away from a chuck **5** mounted in the top plate. The top plate supports a first operation seaming roll **6** on an arm **7** for pivotable movement towards and away from the chuck. The top plate also supports a second operation seaming roll **8** on an arm **9** for movement towards and away from the chuck after relative motion as between the first operation roll and can end on the chuck creates a first operation seam.

As shown in FIG. **1** the chuck **5** holds a can end **10** firmly on the flange **11** of a can body **12** against the support provided by the lifter plate **4**. Each of the first operation roll **6** and second operation roll **8** are shown clear of chuck before the active seam forming profile of each roll is moved in turn to form the curl of the can end and body flange to a double seam as shown in FIG. **3**.

FIG. **2** shows on an enlarged scale the chuck **5** and can end **10**. The can end comprises a peripheral curl **13**, a chuck wall **14** dependent from the interior of the curl, an outwardly concave anti-peaking bead **15** extending inwards from the chuck wall to support a central panel **16**. Typically the chuck wall flares outwardly from the vertical at an angle C about 12° to 15°.

The chuck **5** comprises a body **17** having a threaded bore **18** permitting attachment to the rest of the apparatus (not shown). An annular bead **19** projects from the body **17** of the chuck to define with the end face of the body a cavity to receive the central panel **16** of the can end. The fit of panel **16** in annulus **19** may be slack between panel wall and chuck.

The exterior surface of the projecting bead **19** extends upwards towards the body at a divergent angle B of about 12° to the vertical to join the exterior of the chuck body **17** which tapers off an angle A° of about 4° to a vertical axis perpendicular to the central panel. The outer wall of the chuck **5** engages with the chuck wall at a low position marked "D" within the 12° shaped portion of the chuck bead **15**.

As can ends are developed with narrower anti-peaking beads the chuck bead **19** becomes narrower and more likely to fracture. There is also a risk of scuffing of the can end at the drive position D which can leave unacceptable unsightly black marks after pasteurization.

FIG. **3** shows a sectioned fragment of a typical double seam showing a desirable overlap of body hook **21** and end hook **20** between the can end **10** and can body **12**.

FIG. **4** shows a can end, according to the invention, comprising a peripheral cover hook **23**, a chuck wall **24** extending axially and inwardly from the interior of the peripheral cover hook, an outwardly concave reinforcing or anti-peaking bead **25** extending radially inwards from the chuck wall, and a central panel **26** supported or an inner portion panel with **27**. The panel wall is substantially upright allowing for any metal spring back after pressing. The chuck wall is inclined to an axis perpendicular to the exterior of the central panel at an angle $C_1$ between 20° and 60°; preferably between 40° and 45°. Typically the cross sectional radius of the antipeaking bead is about 0.5 mm.

Preferably the anti-peaking bead **25** is parallel sided, however the outer wall may be inclined to a line perpen-

4

dicular to the central panel at an angle between −15° to +15° and the height $h_4$ of the outer wall may be up to 2.5 mm.

This can end is preferably made from a laminate of sheet metal and polymeric coating. Preferably the laminate comprises an aluminum magnesium alloy sheet such as 5182, or aluminum manganese alloy such as 3004 with a layer of polyester film on one side. A polypropylene film may be used on the "other side" if desired.

Typical dimensions of the example of the invention are:

| | | |
|---|---|---|
| d5 | overall diameter (as stamped) | 65.83 mm |
| d4 | PC diameter of seaming panel radius | 61.54 mm |
| d3 | PC diameter of seaming panel radius/chuck wall radius | 59.91 mm |
| $r_1$ | seaming panel/chuck wall radius | 1.27 mm |
| $r_2$ | seaming panel radius | 5.56 mm |
| $r_3$ | concave radius in antipeaking bead | <1.5 mm |
| $d_2$ | maximum diameter of antipeaking bead | 50.00 mm |
| $d_1$ | minimum diameter of antipeaking bead | 47.24 mm |
| $h_2$ | overall height of can end | 6.86 mm |
| $h_1$ | height to top of antipeaking bead | 5.02 mm |
| $h_3$ | panel depth | 2.29 mm |
| $h_4$ | outer wall height | 1.78 mm |
| c | chuck wall angle to vertical | 43° |

From these dimensions it can be calculated that the ratio of central panel diameter of 47.24 mm to overall diameter of can end 65.84 mm is about 0.72 to 1.

For economy the aluminum alloy is in the form of sheet metal less than 0.010" (0.25 mm). A polyester film on the metal sheet is typically 0.0005" (0.0125 mm).

Although this example shows an overall height $h_2$ at 6.86 mm we have also found that useful can ends may be made with an overall height as little as 6.35 mm (0.25").

FIG. **5** shows the peripheral flange **23** of can end **22** of FIG. **4** resting on the flange **11** of a can body **12** before formation of a double seam as discussed with reference to FIG. **1**.

In FIG. **5** a modified chuck **30** comprises a chuck body **31** having a frustoconical drive surface **32** engaging with the chuck wall **24** of the can end **22**.

The frustoconical drive surface is inclined outwardly and axially at an angle substantially equal to the angle of inclination C° of between 20° and 60°; in this particular example on chuck angle C of 43° is preferred. The drive surface **32** is a little shorter than the chuck wall **24** of the chuck body. The substantially cylindrical surface portion **33**, rising above the drive surface **32**, may be inclined at an angle between +4° and −4° to a longitudinal axis of the chuck. As in FIG. **2**, this modified chuck **30** has a threaded aperture to permit attachment to the rest of the double seam forming apparatus (not shown).

In contrast to the chuck of FIG. **2** the modified chuck **30** is designed to drive initially on the relatively large chuck wall **32** without entering deeply into the anti-peaking bead **25**. Further drive is obtained at the juncture of chuck wall **32** and cylindrical wall **33** as chuck wall of end **24** is deformed during 1st and 2nd operation seaming FIGS. **6** and **7**. The chuck **30** shown in FIG. **5** has an annular bead of arcuate cross section but this bead is designed to enter the chuck

US 6,935,826 B2

**5**

wall without scratching or scuffing a coating on the can end; not to drive on the concave bead surface as shown in FIG. **2**.

It will be understood that first operation seaming is formed using apparatus as described with reference to FIG. **1**.

FIG. **6** shows the modified can end and chuck during formation of a first operation seam shown at the left of FIG. **2** as formed by a first operation roll **34** adjacent the interfolded peripheral flange of the can end and flange **11** body **12**.

During relative rotation as between the can end **22** and first operation roll **34** the edge between the chuck drive wall **32** and cylindrical wall **33** exerts a pinching force between chuck **30** and roll **34** to deform the chuck wall of the can end as shown.

After completion of the first operation seam the first operation roll is swung away from the first operation seam and a second operation roll **38** is swung inwards to bear upon the first operation seam supported by the chuck **30**. Relative rotation as between the second operation roll **38** and first operation seam supported by a chuck wall **30** completes a double seam as shown in FIG. **7** and bring the upper portion **24** of the chuck wall **24** to lie tightly against the can body neck in a substantially upright attitude as the double seam is tightened by pinch pressure between the second operation roll **38** and chuck **30**.

Can ends according to the invention were made from aluminum alloy 5182 and an aluminum alloy 3004/polymer laminate sold by CarnaudMetalbox under the trade mark ALULITE. Each can end was fixed by a double seam to a drawn and wall ironed (DWI) can body using various chuck angles and chuck wall angle as tabulated in Table 1 which records the pressure inside a can at which the can ends failed:—

**6**

The early results given in Table 1 showed that the can end shape was already useful for closing cans containing relatively low pressures. It was also observed that clamping of the double seam with the "D" seam ring resulted in improved pressure retention. Further tests were done using a chuck wall angle and chuck drive surface inclined at nearly 45°: Table 2 shows the improvement observed:—

TABLE 2

| Sample Code | $h_2$ mm (inches) | $h_3$ mm (inches) | $h_4$ mm (inches) | Chuck Angles B° | |
|---|---|---|---|---|---|
| | | | | 43° | 43° with seam ring |
| J | 6.86 (0.270) | 2.39 (0.094) | 2.29 (0.09) | 4,89 (70.9) | 6.15 (89,1) |
| K | 7.11 (0.280) | 2.64 (0.104) | 2.54 (0.10) | 4,83 (70.0) | 5.98 (86.6) |
| L | 7.37 (0.290) | 2.90 (0.114) | 2.79 (0.11) | 4.74 (68.7) | 6.44 (93.3) |

Table 2 is based on observations made on can ends made of aluminum coated with polymer film (ALULITE) to have a chuck wall length of 5.029 mm (0.198") up the 43° slope.

It will be observed that the container pressures achieved for samples J, K, L, 4.89 bar (70.9 psig), 4.83 bar (70.0 psig) and 4.74 bar (68.7 psig) respectively were much enhanced by clamping the double seam.

In order to provide seam strength without use of a clamping ring, modified chucks were used in which the drive slope angle C° was about 43° and the cylindrical surface **33** was generally +4° and −4°. Results are shown in Table 3.

TABLE 1

| | | CAN END DATA | | PRESSURE IN BAR (PSIG) TO FAILURE FOR | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Minimum | CHUCK | VARIOUS SEAMING CHUCK ANGLES B° | | | | |
| Sample Code | Material Thickness mm | Diameter D1 mm | Wall Angle "C" | 23° | 10°/23° | 4°/23° | 23° with D. Seam Ring | 10°/23° with D. Seam Ring |
| A | ALULITE 0.23 | 52.12 (2.052") | 21.13° | 5.534 (80.20) | 5.734 (83.10) | 5.311 (76.97) | 6.015 (87.17) | 5.875 (85.14) |
| B | 5182 0.244 | 52.12 (2.052") | 21.13° | 5.599 (81.15) | 5.575 (80.79) | 5.381 (77.99) | 5.935 (86.01) | 5.895 (85.43) |
| C | 5182 0.245 | 52.12 (2.052") | 21.13° | 6.004 (87.02) | 5.910 (85.65) | 5.800 (84.06) | 6.224 (90.21) | 6.385 (92.54) |
| D | ALULITE 0.23 | 51.92 (2.044") | 21.13° | 5.334 (77.31) | 5.229 (75.78) | 5.238 (75.91) | 5.730 (83.04) | 5.404 (78.32) |
| E | 5182 0.224 | 51.92 (2.044") | 21.13° | 5.555 (80.50) | 5.514 (79.92) | 5.354 (77.60) | 5.895 (85.43) | 5.930 (85.94) |
| F | 5182 0.245 | 51.92 (2.044") | 23° | 5.839 (84.63) | 5.804 (84.12) | 5.699 (82.59) | 6.250 (90.58) | 6.435 (93.26) |
| G | ALULITE 0.23 | 51.92 (2.044") | 23° | | | 5.123 (74.25) | | |
| H | 5182 0.224 | (51.92) (2.044") | 23° | | | 5.474 (79.34) | | |
| I | 5182 0.245 | 51.92 (2.044") | 23° | | | 5.698 (82.58) | | |

All pressures on unaged shells in bar (psig). 5182 is an aluminum-magnesium-manganese alloy lacquered. The "ALULITE" used is a laminate of aluminum alloy and polyester film.

US 6,935,826 B2

**7**

### TABLE 3

<u>Results</u>

| SAMPLE CODE | MATERIAL | LINING COMPOUND | CHUCK ANGLES DRIVE/ WALL | PRESSURE |
|---|---|---|---|---|
| c | 0.224 5182 | with | 43° | 4.60 (66.7) |
| g | 0.23 Alulite | with | 43°/4° | 5.45 (79.0) |
| h | 0.224 5182 | with | 43°/4° | 6.46 (93.6) |
| j | 0.23 Alulite | without | 43°/4° | 5.91 (85.6) |
| k | 0.244 5182 | without | 43°/4° | 6.18 (89.6) |
| l | 0.23 Alulite | without | 43°/−4° | 5.38 (77.9) |
| m | 0.25 Alulite | without | 43°/−4° | 6.20 (89.8) |
| n | 0.23 Alulite | without | 43°/0° | 6.11 (88.5) |
| o | 0.25 Alulite | without | 43°/0° | 6.62 (95.9) |

ALL PRESSURES IN BAR (PSIG)
ALL CODES
Reform Pad Dia. 47.24 mm (1.860"). (202 Día).
6.86 mm (0.270") unit Depth $h_2$ 2.39 mm (0.094") Panel Depth

Table 3 shows Code "O" made from 0.25 mm Alulite to give 6.62 bar (95 psi) Pressure Test Result indicating a can end suitable for pressurized beverages. Further chucks with various land lengths (slope) were tried as shown in Table 4.

### TABLE 4

| | CHUCK WALL ANGLE | | | |
|---|---|---|---|---|
| | 43°/0° 1.9 mm LAND SHARP TRANSITION | | 43°/0° 1.27 MM LAND R 0.5 MM BLEND | |
| VARIABLE CODE | NO. D. SEAM RING | WITH D. SEAM RING | NO. D. SEAM RING | WITH D. SEAM RING |
| 7 | 6.699 (97.08) | 7.017 (101.7) | 6.779 (98.24) | 7.006 (101.54) |
| 8 | 6.315 (91.52) | 6.521 (94.5) | 6.293 (91.2) | 6.719 (90.37) |
| 9 | 6.095 (88.33) | 6.30 (91.3) | 6.238 (90.4) | 6.719 (97.38) |

ALL PRESSURES IN BAR (PSIG) CODE
7 = 0.25 mm Alulite, 47.24 mm (1.860") Reform Pad, 6.86 mm
(0.270") $h_2$, 2.38 mm (0.094") Panel; $h_4$ depth = 2.29 mm (0.09")
8 = 0.23 mm Alulite, 47.24 mm (1.860") Reform Pad, 7.11 mm
(0.280") $h_2$, 2.64 mm (0.104") Panel; $h_4$ depth = 2.54 mm (0.10")
9 = 0.23 mm Alulite, 47.24 mm (1.860") Reform Pad, 7.37 mm
(0.290") $h_2$, 2.90 mm (0.114") Panel; $h_4$ depth = 2.79 mm (0.11")

Table 4 shows results of further development to seaming chuck configuration to bring closer the pressure resistance of ring supported and unsupported double seams.

Table 4 identifies parameters for length of generally vertical cylindrical surface **33** on the seaming chuck **30**, and also identifies a positional relationship between the chuck wall **24** of the end and the finished double seam. It will be understood from FIG. **7** shows that the forces generated by

**8**

thermal processing or carbonated products are directed towards and resisted by the strongest portions of the completed double seam.

Table 5 shows results obtained from a typical seam chuck designed to give double seam in accordance with parameters and relationships identified in Table 4. Typically:—As shown in FIG. **8** the chuck comprises a cylindrical land of length '1' typically 1.9 mm (0.075") and frustoconical drive surface **32** inclined at an angle Y°, typically 43°, to the cylindrical to which it is joined by a radius R typically 0.5 mm (0.020"). Angle "X" is typically 90°.

### TABLE 5

| CODE | GAUGE | DIMENSIONS mm | | PRESSURE | |
|---|---|---|---|---|---|
| | | $h_2$ | $h_3$ | bar | (psi) |
| 20 | .23 mm | 7.37 (.290") | 2.36 (.093") | 6.383 | (92.6) |
| 21 | .23 mm | 7.37 (.290") | 2.36 (.093") with compound | 6.402 | (92.8) |
| 26 | .23 mm | 6.87 (.2705") | 2.37 (.0935") | 6.144 | (89.88) |
| 27 | .23 mm | 6.87 (.2705") | 2.37 (.0934") with compound | 6.071 | (88.0) |
| 28 | .23 mm | 7.37 (.290") | 2.36 (.093") | 6.414 | (93.0) |
| 29 | .23 mm | 7.37 (.290") | 2.84 (.112") | 6.725 | (97.5) |
| 30 | .23 mm | 6.86 (.270") | 2.37 (.0935") | 6.062 | (87.9) |
| 31 | .23 mm | 6.86 (.270") | 2.37 (.0935") | 6.013 | (87.2) |
| 34 | .25 mm | 7.37 (.290") | 2.87 (.113") | 7.787 | (112.9) |
| 36 | .25 mm | 7.32 (.288") | 2.34 (.092") | 7.293 | (105.8) |
| 37 | .25 mm | 7.32 (.288") | 2.34 (.092") with compound | 7.402 | (107.3) |
| 38 | .25 mm | 6.87 (.2705") | 2.41 (.095") | 7.077 | (102.6) |
| 516 | .25 mm | 6.35 (.250") | 2.34 (.092") with compound | 6.937 | (100.6) |

All variables made from Alulite, 10 Cans per variable.

The can ends may be economically made of thinner metal if pressure retention requirements permit because these can ends have a relatively small centre panel in a stiffer annulus.

FIG. **9** shows a can **12a**, closed according to this invention, stacked upon a like can **12b** shown sectioned so that stacking of the upper can on the lower can end is achieved by a stand bead **31a** of the upper can fits inside the chuck wall **24** of the lower can end with the weight of the upper can resting on the double seam **34** of the lower can end.

The clearance between the bottom of the upper can body and lower can end may be used to accommodate ring pull features (not shown) in the can end or promotional matter such as an coiled straw or indicia.

Using the experimental data presented above, a computer program was set up to estimate the resistance to deformation available to our can ends when joined to containers containing pressurized beverage. The last two entries on the table relate to a known 206 diameter beverage can end and an estimate of what we think the KRASKA patent teaches.

US 6,935,826 B2

9 10

TABLE 6

| END SIZE Bead OD:ID | OVERALL DIA mm | PANEL DIA $d_1$ mm | RATIO OVERALL DIA: PANEL DIA | CHUCK WALL ANGLE C° | CHUCK WALL LENGTH L mm | RE-ENFORC-ING RAD $r_3$ mm | INNER WALL HEIGHT $h_3$ mm | OUTER WALL HEIGHT $h_4$ mm | PREDICTED CUT EDGE Ø (*DENOTES ACTUAL) | ACTUAL THICK-NESS TO CONTAIN PSI |
|---|---|---|---|---|---|---|---|---|---|---|
| 206–204 | 64.39 (2.535") | 49.49 (1.9485") | 1.3010 | 33.07° | 4.22 (0.166") | 0.52 (0.0204") | 2.34 (0.092") | 1.78 (0.070") | 75.230 (2.9618") | 0.255 |
| 206–202 | 64.39 (2.535") | 47.33 (1.8634") | 1.3604 | 42.69° | 4.95 (0.195") | 0.52 (0.0204") | 2.34 (0.092") | 1.78 (0.070") | 74.272 (2.9241")* | 0.255 |
| 206–200 | 64.39 (2.535") | 45.07 (1.7744") | 1.4287 | 50.053° | 5.82 (0.229") | 0.52 (0.0204") | 2.34 (0.092") | 1.78 (0.070") | 73.713 (2.9021") | 0.255 |
| 204–202 | 62.18 (2.448") | 47.33 (1.8634") | 1.3137 | 29.78° | 3.96 (0.156") | 0.52 (0.0204") | 2.34 (0.092") | 1.78 (0.070") | 73.767 (2.9042") | 0.24 |
| 204–200 | 62.18 (2.448") | 45.07 (1.7744") | 1.3796 | 40.786° | 4.70 (0.185") | 0.52 (0.0204") | 2.34 (0.092") | 1.78 (0.070") | 72.911 (2.8705") | 0.24 |
| 202–200 | 71.98 (2.834") | 45.07 (1.7744") | 1.597 | 30.266° | 4.09 (0.161") | 0.52 (0.0204") | 2.34 (0.092") | 1.78 (0.070") | 71.984 (2.834") | 0.225 |
| 206 std | 64.69 (2.547") | 51.92 (2.044") | 1.2461 | 15.488° | 4.39 (0.173") | 0.56 (0.022") | 2.03 (0.080") | — | 76.454 (3.010")* | 0.28 |
| KRASKA estimate | 64.39 (eg 2.535") | — | — | 15° | 2.54 (0.100") | 0.81 (0.032") | 1.65 (0.065") | 2.29 (0.090") | 78.080 (3.074") | 0.292 (0.0115") |

All experiments modeled on a notional aluminum alloy of yield strength 310 mpa 0.25 mm thick. The standard was also 310 mpa BUT 0.275 mm thick.

What is claimed is:

1. A metal can end adapted to be joined to a can body for packaging beverages under pressure, said can end comprising;

a peripheral cover hook adapted to be seamed onto a can body so as to form a joint therewith;

a wall extending inwardly and downwardly from the cover hook;

an outwardly concave annular reinforcing bead extending inwardly and downwardly from the wall; and

a central panel supported by and extending inwardly from the reinforcing bead;

wherein, prior to being joined to said can body: (i) the location at which said wall extends from said peripheral cover hook defines a first point, (ii) the location at which said reinforcing bead extends from said wall defines a second point, and (iii) a line extending between the first point and the second point is inclined to an axis perpendicular to the exterior of the central panel at an angle of between 30° and 60°.

2. The can end of claim 1, wherein a base of the concave reinforcing bead is arcuate in cross-section and has a cross-sectional radius of less than 0.75 mm.

3. The can end of claim 1, wherein the base of the concave reinforcing bead is approximately semi-circular in cross section.

4. The can end of claim 1, wherein the reinforcing bead comprises an outer wall that is inclined to said axis at an angle between −15° and +15°.

5. The can end of claim 1, wherein the reinforcing bead has inner and outer walls, a lower portion of the outer wall spaced apart from a lower portion of the inner wall by less than 1.5 mm.

6. The can end of claim 1, wherein the reinforcing bead has an outer wall and an inner wall that is parallel to the outer wall, said inner wall and said outer wall being joined by a concave radius.

7. The can end of claim 1, wherein the wall extends between said first and second points along an essentially straight line.

8. The can end of claim 7, wherein the line extending between the first point and the second point is inclined to said axis at an angle between 40° and 45°.

9. The can end of claim 1, wherein the ratio of the diameter of the central panel to the diameter of the peripheral cover hook is 80% or less.

10. The can end of claim 1, wherein the can end is made of a laminate of thermoplastic polymer film and a sheet aluminium alloy.

11. The can end of claim 1, wherein the can end is made of tinplate.

12. The can end of claim 1, wherein the can end is made of electrochrome coated steel.

13. A metal can end for use in packaging beverages under pressure and adapted to be joined to a can body by a seaming process so as to form a double seam therewith using a rotatable chuck comprising first and second circumferentially extending walls, said first and second chuck walls forming a juncture therebetween, said can end comprising;

a peripheral cover hook, said peripheral cover hook comprising a seaming panel adapted to be formed into a portion of said double seam during said seaming operation;

a central panel;

a wall extending inwardly and downwardly from said cover hook, a first portion of said wall extending from said cover hook to a first point on said wall, said first wall portion adapted to be deformed during said seaming operation so as to be bent upwardly around said juncture of said chuck walls at said first point on said wall, a second portion of said wall extending from said first point to a second point forming a lowermost end of said wall, a line extending between said first and second points being inclined to an axis perpendicular to said central panel at an angle of between 30° and 60°.

14. The end according to claim 13, further comprising an annular reinforcing bead connected to said wall at said second point, said annular reinforcing bead connecting said wall to said central panel.

* * * * *

Exhibit 3

# United States Patent [19]

## Caleffi et al.

[11] **Patent Number:** **4,774,839**

[45] **Date of Patent:** **Oct. 4, 1988**

[54] **METHOD AND APPARATUS FOR NECKING CONTAINERS**

[75] Inventors: **Antonio Caleffi,** Nogara, Italy; **T. William Ames,** Park Ridge, Ill.; **Edward S. Traczyk,** Lockport, Ill.; **Dietrich K. Naggert,** Oak Forest, Ill.

[73] Assignee: **American National Can Company,** Chicago, Ill.

[21] Appl. No.: **11,760**

[22] Filed: **Feb. 6, 1987**

### Related U.S. Application Data

[60] Continuation-in-part of Ser. No. 696,322, Jan. 30, 1985, abandoned, and Ser. No. 725,945, Apr. 22, 1985, Pat. No. 4,693,108, each is a division of Ser. No. 453,232, Dec. 27, 1982, Pat. No. 4,519,232.

[51] Int. Cl.$^4$ ................................................ **B21D 19/10**

[52] U.S. Cl. ........................................ **72/354;** 72/356; 72/370; 413/1

[58] Field of Search ................... 72/94, 306, 352, 354, 72/356, 370; 413/1, 69, 76

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2,755,839 | 7/1956 | Garrock et al. ........................ 72/306 |
| 3,581,542 | 6/1971 | Wahler et al. . |
| 3,600,927 | 8/1971 | Wahler ................................. 413/69 |
| 3,687,098 | 8/1972 | Maytag . |
| 3,757,558 | 9/1973 | Heinle . |
| 3,763,807 | 10/1973 | Hilgenbrink . |
| 3,812,696 | 5/1974 | Kneusel et al. . |
| 3,845,653 | 11/1974 | Hilgenbrink . |
| 3,964,412 | 6/1976 | Kitsuda . |
| 3,964,413 | 6/1976 | Saunders . |
| 3,983,729 | 10/1976 | Traczyk et al. . |
| 3,995,572 | 12/1976 | Saunders . |
| 4,173,883 | 11/1979 | Boik . |
| 4,403,493 | 9/1983 | Atkinson ............................... 72/354 |
| 4,527,412 | 7/1985 | Stoffel et al. . |
| 4,578,007 | 3/1986 | Diekhoff . |

*Primary Examiner*—Lowell A. Larson
*Attorney, Agent, or Firm*—Robert A. Stenzel; Ralph R. Rath

[57] **ABSTRACT**

A die necking method and apparatus for producing a smooth tapered wall between the container side wall and a reduced diameter neck includes a plurality of rotatable necking turrets that each have a plurality of identical necking substations each having a necking die. The necking dies in the respective turrets have an internal configuration to produce a necked-in portion on the container which has a first arcuate segment integral with the container side wall and a second arcuate segment integral with the reduced diameter neck. The necking substations also have a floating form control element that engages the inner surface of the container to control the portion of the container to be necked. The necked-in portion is reformed in each succeeding turret by dies to produce a smooth tapered wall between the arcuate segments.

**43 Claims, 8 Drawing Sheets**





_FIG_1_

**U.S. Patent**    Oct. 4, 1988    Sheet 2 of 8    **4,774,839**



FIG. 2



U.S. Patent    Oct. 4, 1988    Sheet 4 of 8    4,774,839



U.S. Patent    Oct. 4, 1988    Sheet 5 of 8    4,774,839









4,774,839

1

## METHOD AND APPARATUS FOR NECKING CONTAINERS

### REFERENCE TO RELATED APPLICATIONS

This application is a continuation-in-part of U.S. Ser. No. 696,322, filed Jan. 30, 1985, abandoned and refiled as Ser. No. 915,143, Oct. 3, 1986, now U.S. Pat. No. 4,732,027, and U.S. Ser. No. 725,945, filed Apr. 22, 1985, now U.S. Pat. No. 4,693,108, which are divisional applications of U.S. Ser. No. 453,232, filed Dec. 27, 1982, now U.S. Pat. No. 4,519,232, entitled "Method and Apparatus for Necking Containers", issued to Edward S. Traczyk and Michael M. Shulski and assigned to National Can Corporation, the same Assignee as the present invention.

### TECHNICAL FIELD

This invention relates generally to an improved two-piece container construction and the method and apparatus for necking and flanging such containers and, more particularly, concerns a versatile high-speed system for producing these containers.

### BACKGROUND PRIOR ART

Two-piece cans are the most common type of metal containers used in the beer and beverage industry and also are used for aerosol and food packaging. They are usually formed of aluminum or tin-plated steel. The two-piece can consists of a first cylindrical can body portion having an integral bottom end wall and a second, separately-formed, top end panel portion which, after the can has been filled, is double-seamed thereon to close the open upper end of the container.

An important competitive objective is to reduce the total can weight as much as possible while maintaining its strength and performance in accordance with industry requirements. For pressurized contents such as soft drinks or beer, the end panel must be made of a metal thickness gauge that is on the order of at least twice the thickness of the side wall. Accordingly, to minimize the overall container weight the second end panel should be diametrically as small as possible and yet maintain the structural integrity of the container, the functionality of the end, and also the aesthetically-pleasing appearance of the can.

In most cases, containers used for beer and carbonated beverages have an outside diameter of 2-11/16 inches (referred to as a 211-container) and are reduced to open end diameters of (a) 2-9/16 inches (referred to as a 209-neck) typically in a single-necking operation for a 209 end; or, (b) 2-(7.5)/16 (referred to as a 207½-neck) typically in a double-necking operation for a 207½ end; or, (c) 2-6/16 (referred to as a 206-neck) in a triple- or quad-necking operation for a 206 end. In the future, it is expected that even smaller diameter ends will be used, e.g., 204, 202, 200 or smaller. Further, different can fillers use cans with varying neck size. Hence, it is very important for the can manufacturer to quickly adapt its necking machines and operations from one neck size to another.

Until recently, the process used to reduce the open end diameter of two-piece containers to accommodate smaller diameter second end panels typically comprised a die necking operation wherein the open end is sequentially formed by one, two, three or four die-sets to produce respectively a single-, double-, triple- or quad-necked construction. Examples of such proposals are

2

disclosed in U.S. Pat. Nos. 3,687,098; 3,812,896; 3,983,729; 3,995,572; 4,070,888; and, 4,519,232. It will be noted in these instances that for each die necking operation, a very pronounced circumferential step or rib is formed. This stepped rib arrangement was not considered commercially satisfactory by various beer and beverage marketers because of the limitations on label space and fill capacity.

In an effort to offset the loss of volume or fill capacity resulting from the stepped rib configuration of the container, efforts have been directed towards eliminating some of the steps or ribs in a container neck Thus, U.S. Pat. No. 4,403,493 discloses a method of necking a container wherein a taper is formed in a first necking operation and this tapered portion is reshaped and enlarged while the angle of the taper is increased. A second step or rib neck is then formed between the end of the tapered portion and the reduced cylindrical neck.

U.S. Pat. No. 4,578,007 also discloses a method of necking a container in a multiple necking operation to produce a plurality of ribs. The necked-in portion is then reformed with an external forming roller to eliminate at least some of the ribs and produce a frustoconical portion having a substantially uniform inwardly curving wall section defining the necked-in portion.

In recent times beer and beverage marketers have preferred a neck construction having a relatively smooth neck shape between, for example, the 206 opening and the 211 diameter can. This smooth can neck construction is made by a spin necking process, and apparatus as shown, for example, in U.S. Pat. Nos. 4,058,998 and 4,512,172.

For various reasons, the can manufacturing industry believed that spin necking was the only method of producing a smooth neck configuration. Applicants have found, however, that presently available spin necking devices and their operation are not entirely satisfactory. It was found that commercial spin necking stretches and thins the neck metal and thereby tends to weaken the neck. From applicants' experience, at commercial production speeds, the presently known spin forming apparatus and process requires frequent maintenance and attention and yet produces considerable scratches and ridges in the neck surface that are undesirable in the marketplace. Moreover, the spin-necked containers did not meet the performance standards set by the equivalent-sized die necked container. For example, applicants experienced distortions in the symmetry of spin-necked containers, crush problems and uneven edges, which resulted in variations in flange width.

While presently-available spin necking equipment and operations have various shortcomings, no one to the knowledge of the Applicants has tried to make high-performance smooth necked cans by die necking, as taught herein. Apparently, the industry believed that the die necking process could not be effective in producing a totally smooth neck construction in a fast, economical, efficient and reliable manner.

### SUMMARY OF THE INVENTION

According to the present invention, Applicants have developed a die necking process for making a high performance smooth neck construction in metal, two-piece, thin-walled containers. Applicants also have developed a versatile and readily changeable high-speed die necking apparatus and method that can produce at least 1,500 containers per minute.

4,774,839

3

The invention may be employed to die neck containers of various sizes. For purposes of explanation, the preferred embodiment of the invention is described with reference to necking the widely-used 211-diameter two-piece container down to a 206-diameter neck. A number of die necking sequences are performed to rapidly and efficiently produce a smooth tapered neck on the end of the cylindrical side wall of the container. In the embodiment shown, six necking operations are utilized to neck the "211" container to the "206" neck in sequential operations.

In operation, as the can passes through the apparatus after the initial operation, each of the die necking operations partially overlaps and reforms only a part of a previously-formed portion to produce a necked-in portion on the end of the cylindrical side wall until the necked-in portion extends the desired length. This process produces a smooth tapered annular wall portion between the cylindrical side wall and the reduced diameter cylindrical neck portion. The tapered annular wall portion which has arcuate portions on either end may be characterized as the necked-in portion or taper between the cylindrical side wall and the reduced diameter neck.

It has further been found that in practicing this method, the metal in the neck, which includes the necked-in portion and the reduced diameter neck portion, the metal is thickened and thus provides greater crush strength for the can independent of the profile and greater fill capacity.

The method of the present invention contemplates forming a cylindrical neck portion adjacent the cylindrical open end of a container so that the cylindrical neck merges with the cylindrical side wall through a generally smoothly tapered neck portion. The tapered neck portion between the cylindrical neck portion and the cylindrical container side wall initially is defined by a lower, generally arcuate segment having a relatively large internal curvature at the upper end of the cylindrical side wall and an upper, generally arcuate segment having a relatively large external curvature at the lower end of the reduced cylindrical neck.

A further tapered portion is then formed at the open end and is forced downwardly while the cylindrical neck is further reduced. The further tapered portion freely integrates with the second arcuate segment which is reformed and the tapered portion is extended. This process is repeated sequentially until the cylindrical neck is reduced to the desired diameter and a smoothly tapered necked-in portion is formed on the end of the side wall. In each necking operation, the tapered portion is not constrained by the die and is freely formed without regard to the specific dimensions of the die transition zone.

The container that is formed by the above die necking process has an aesthetically-pleasing appearance, greater strength and crush resistance and is devoid of the scratches or wrinkles in the neck produced in the spin necking operation.

Each container necking operation is preferably performed in a necking module consisting of a turret which is rotatable about a fixed vertical axis. Each turret has a plurality of identical exposed necking substations on the periphery thereof with each necking substation having a stationary necking die, a form control member reciprocable along an axis parallel to the fixed axis for the turret, and a platform being movable by cams and cam followers, as also explained in the above-cited U.S. Pat.

4

No. 4,519,232, of which this application forms a continuation-in-part and which is incorporated herein by reference.

The form control member of the inventive system has a double or dual floating feature including a floating sleeve which engages the inner surface of the container adjacent the open end during the necking operation. Also, the entire form control member is mounted for floating radial movement on its support shaft. The dual floating form control element in the necking modules will produce a form control of the area of the container to be necked. Such form control assists in preventing any deformation along the open end from being moved into the necked portion of the container. It has been found that the floating form control member reduces spoilage significantly.

The necking modules are substantially identical in most respects and this allows maximum flexibility in installing and maintaining the system with minimum cost.

BRIEF DESCRIPTION OF SEVERAL VIEWS OF DRAWINGS

FIG. 1 of the drawings discloses in plan view a necking and flanging apparatus incorporating the modular nature of the present invention;

FIG. 2 is a cross-sectional view of one module showing two necking substations, as viewed along line 2—2 in FIG. 1;

FIG. 3 is a cross-sectional view of one of the necking substations;

FIG. 4 is an enlarged fragmentary cross-sectional view of the form control member;

FIG. 5 is an enlarged fragmentary sectional view showing the relation between a container edge and a die-forming surface;

FIGS. 6–11 respectively show in sequence the six stages of tooling used in the necking operation;

FIG. 12 shows a finished necked and flanged container;

FIG. 13 is a fragmentary cross-sectional view of the upper end of the container before being necked;

FIG. 14 is a fragmentary enlarged cross-sectional view showing the finished necked and flanged container;

FIGS. 15(a) and (b) show the configuration of a portion of the cams that move the container and the form control member;

FIGS. 16(a–e) show the progression of the container neck profile during the various necking operation;

FIG. 17 is substantially an actual size view showing the neck profile after each of the six necking operations;

FIG. 18 is an enlarged sectional view showing the neck of the container after each necking operation;

FIGS. 19(a–e) show the progression of a modified container neck profile during the various necking operations;

FIG. 20 is substantially an actual-size view showing the modified neck profile after each of the six necking operations; and,

FIG. 21 is an enlarged cross-sectional view of the finished modified neck profile.

While this invention is susceptible to embodiments in many different forms, there is shown in the drawings and will herein be described in detail preferred embodiments of the invention with the understanding that the present disclosure is to be considered as an exemplification of the principles of the invention and is not in-

5

tended to limit the broad aspect of the invention to the embodiments illustrated.

## DETAILED DESCRIPTION

FIG. 1 of the drawings discloses in plan view a necking and flanging system or apparatus, generally designated as 18, for producing containers according to the invention herein which containers have a smooth-shaped neck profile and an outwardly-directed flange.

As will be described more specifically below, the necking and flanging apparatus 18 includes a plurality of substantially identical modules comprising the necking stations that are positioned in a generally C-shaped pattern, as shown in FIG. 1. A single operator can visually observe and control the operation of all modules from a central location. The plurality of individual modules are interconnected to provide the complete necking and flanging system or apparatus, as will be explained.

FIG. 1 depicts metal container bodies 16 being fed 20 along a path 20 for necking to apparatus 18. As mentioned above, the embodiment of FIG. 1 has six container necking station modules, identified by numerals 22, 24, 26, 27, 32, 34, respectively, and a flanging station module 36. Nine transfer wheels 21, 23, 25, 28, 29, 31, 25 33, 35 and 38 move the containers serially and in a serpentine path through the various necking stations.

Each of the necking station modules 22, 24, 26, 27, 32 and 34 are substantially identical in construction so as to be interchangeable, and can be added to or subtracted 30 from the system depending upon the type of conttiner that is to be formed. Each of the necking station modules has a plurality of circumferentially-spaced individual, substantially identical necking substations (FIG. 3). The number of stations and substations can be increased 35 or decreased to provide the desired necking operation for various sizes of cans. The details of the necking substations will be described in further detail later.

An additional advantage of utilizing substantially identical modules is that many of the components of the 40 modules are identical in construction, thus enabling a reduction of inventory of parts.

The arrangement of FIG. 1 shows cylindrical metal container bodies 16 which are made of conventional materials in any conventional manner, being fed sequen- 45 tially by suitable conveyor means (not shown) into the necking and flanging apparatus 18. The conveyor means feeds the containers to a first transfer wheel 21, as is known in the art. The containers are then fed serially through the necking modules by the interconnecting 50 transfer wheels.

More specifically, the first transfer wheel 21 delivers containers 16 to the first necking module, generally designated by reference numeral 22, where a first necking operation is performed on the container, as will be 55 described later. The containers 16 are then delivered to a second transfer wheel 23 which feeds the containers to a second necking module 24 where a second necking operation is performed on the container. The container is then removed from the second module by a third 60 transfer wheel 25 and fed to a third necking module 26 where a third necking operation is performed.

As will be explained in more detail hereinbelow, each station is concurrently operating on, or forming, a number of containers with each container being in a differ- 65 ent state of necking as it is being processed from the entry point to the exit point of each necking station module.

6

The containers are then sequentially moved through he fourth, fifth and sixth necking modules 27, 32 and 34 to complete the necking operation. The necked containers 16 are next moved by transfer wheel 35 to a flanging module 36 where an outwardly-directed flange is produced on the container, as is well known in the art, and is delivered to a transfer wheel 38 for delivery to an exit conveyor (not shown).

All of the moving members in the necking and flanging aparatus are driven by a single drive means 44 which includes a variable-speed motor connected to an output transmission 46. Each of the transfer wheels, as well as the necking modules and flanging module, have gears in mesh with each other to produce a synchronized continuous drive means for all of the components.

The variable-speed drive feature of drive means 44 allows automatic increase and decrease of speed of the module to match the quantity of containers flowing through the module to the flow in the remainder of the container line. The variable-speed drive also allows the operator to accurately index the components of the system relative to each other.

The necking and flanging apparatus also has suitable container guide elements 48 associated with each of the modules and on each of the transfer wheels to assure that the containers remain in the conveyor track.

A suitable interconnecting and supporting framework, generally designated by reference numeral 50, is provided for supporting rotatable turrets 70 that are part of the modules. Referring now to FIG. 2, the fixed or stationary framework 51 is supported on a platform or base 51 and includes a lower frame member 52 and an upper frame member 54 interconnected by columns 56. Collars 58 suitably connect columns 56 to frame members 52, 54 by bolts (not shown) so that a solid structure is provided to assure the accuracy of alignment of the various movable components, which will be described later.

The frame structure 50 provides a fixed support above the base 51 for a rotary turret assembly 70 that holds a plurality of identical necking substations, generally designated as 72 in FIG. 1, around he periphery thereof and in fixed relation to each other. FIG. 2, which is a view partially in cross-section, taken along line 2—2 of FIG. 1, shows two of the substations 72a and 72b. The turret assembly 70 as shown in FIG. 2 comprises a lower turret portion 74 and an upper turret portion 76 supported on a central drive shaft 78 that extends through openings 80 and 82 in frame members 52 and 54. Turret assembly 70 is rotatably supported on the frame members by suitable bearing means 84a and 84b. Note that substations 72a and 72b, as well as all the other substations 72, rotate with shaft 78 while columns 56 remain substantially stationary. The upper turret portion 76 is of hollow cylindrical shape and is slidably positionable on shaft 78, being secured in an adjusted position by a wedge mechanism 86 and a collar 88. The lower turret portion 74 is fixed to the lower part of shaft 78. The slidably-positionable feature of the upper turret portion 76 allows the turret portion 76 to be accurately repositioned longitudinally on shaft 78 relative to turret portion 76 without changing the alignment of the necking substations; this permits the turret assemblies 70 to accommodate containers of different heights.

A radially-extending upper hub means 90 forms part of the upper turret portion 76 and provides support means for the upper portion of the necking substations 72, to be described. Likewise, lower hub means 92 ex-

4,774,839

7

tend radially outwardly to form part of the lower turret portion 74 and to support the lower portion of the necking substations 72, to be described. The hub means 90, 92 have aligned pockets 94 on the outer periphery thereof which are machined as matching pairs to receive the components of the substations 72 and insure accurate alignment of the upper and lower portions of the necking substations 72. Also, the upper hub means 90 also has pockets 96 which cooperate with guide elements 48 to control the position of the containers as they are moved through the necking station module.

As stated above and as shown in FIG. 2, the substations are substantially identical, and a description of one substation 72 exemplifies the structure of the other substations in each of the station modules.

FIG. 3 discloses in greater detail necking substation 72 comprising a lower container-lifting portion, generally indicated at 100, and an upper forming or necking portion, generally indicated at 102. Referring now to both FIGS. 2 and 3, the container-lifting portion 100 includes an outer cylindrical member or sleeve 108 that has a generally circular opening 110 with a ram or piston 112 reciprocably movable in the opening 110. The lower end of ram 112 has a cam follower 116 (see FIG. 2) which rides on an upper exposed camming surface of 25 a face cam 118 supported on lower frame member 52. The upper end of ram 112 has a container supporting platform 120 secured thereto by fastener means 122. The support platform or container support means has an inner upwardly-arcuate extension 124 for engaging the inner lower surface of the container. Ram 112 cooperates with sleeve 108 to provide both a fluid centering mechanism and to bias the cam followers 116 into engagement with the cam 118, as described in more detail in U.S. Pat. No. 4,519,232, incorporated herein by reference.

The cam 118 essentially comprises a fixedly-mounted ring circumferentially seated on lower frame member 52. The cam is of selected height and configuration and aligned with the lower end of the substations 72 to control the upward and downward movement of the piston 112 and hence of the container 16 as the turret is rotated on the fixed frame 50. Since the cam followers 116 are biased into engagement with the cam 118, the configuration of the camming surface of the face cam 45 will dictate the position of the container 16, as will be described later.

The upper necking portion 102 includes a fixed necking die element 130 that is secured to a hollow cylinder 132 by means of a threaded cap 134. The cylinder 132 has an axial opening 136 in which a hollow plunger or shaft 137 is reciprocably mounted. A cam follower 138 (see FIG. 2) is mounted on the upper end of shaft 137 and rollably abuts on an exposed camming surface of a fixed upper face cam 139 secured to upper frame member 54.

Plunger 137 and cam follower 138 are maintained in engagement with the cam 139 by fluid pressure which also centers the shaft 137 in the opening 136, all as explained in U.S. Pat. No. 4,519,232. The lower end of plunger 137 supports a form control member 140, to be explained. Also, the plunger 137 and the form control member 140 have an opening 141 for introducing pressurized air into the container during the necking operation, as will be explained later.

In operation of the module, shaft 78 is caused to rotate about a fixed axis on the stationary frame 50. Containers 16 are moved onto the platform 120 and into

8

engagement with arcuate extension 124 when the lower lifting portion is in the lower-most position, shown in substation 72a at the left-hand side of FIG. 2. The configuration of the lower cam 118 is such that the container is moved up into the die 130 as the shaft 78 is rotated and therefore the upper open end of the container is incrementally reformed. At about the time the upper edge of the container contacts the die 130, pressurized air is introduced into the container from a source (not shown) through opening 141. As the turret assembly 70 is rotated about 120° of turret rotation, the upper cam 139 is configured to allow the form control member 140 to move upwardly based on the configuration of the cam. As mentioned above, shaft 137 including the form control member 140 is biased upwardly by fluid pressure, and will move upwardly to the position shown at substation 72b as the turret assembly rotates. Thereafter, during the remainder of the 360° rotation, the cams 118 and 139 are configured to return the platform 120 and form control member 140 to their lowermost positions at substantially matched speeds while the necked container is removed from the die. During this downward movement, the pressurized air in the container will force the container from the die onto the platform 120. Containers 16 are continually being introduced onto platform 120, processed and removed as indicated in FIG. 1.

The relative vertical movement of the container 16 and the form control member 140 is important to minimize frictional forces developed between the container and the necking die during the necking operation. Thus, the vertical or upward velocity of the form control member is greater than the vertical or upward velocity of the container during the portion of the cycle of revolution where the necking takes place and preferably is about 5% greater. This relative movement is controlled by the configuration of the cams 118 and 139 and is illustrated in FIG. 15.

The cams are preferably segmented into three equal segments of about 120°, and one segment is shown in FIG. 15. The camming surface segment 118a of cam 118, FIG. 15(a), moves the container 16 upward until the upper edge of the container contacts the die 130. The upward velocity of the container is then reduced by the flattened camming surface segment 118b between the time the container 16 edge contacts the die 130 and the time the container edge contacts the form control member 140. This allows the container to be centered in the die and the form control member 140 to be centered in the container. The upward velocity of the container is then increased by the camming surface segment 118c during the remainder of the necking cycle. At the same time, the cam surface 137a of the upper cam 137 is configured to begin upward movement of the form control member at a constant velocity as the container edge engages the die 130.

The container and form control member are then lowered at about the same velocity while the pressurized air forces the container out of the die.

Refer now to FIG. 4, as well as FIGS. 2 and 3, according to one aspect of the invention, the form control member 140 has an internal forming sleeve or element 150 which is supported for radial floating movement to accommodate relative movement of the forming element with respect to a fixed necking die 130.

More specifically, the form control member 140 consists of a hollow cylindrical member 142 that has a stepped lower end portion 144 of reduced external di-

**9**

ameter **146**. A forming sleeve **150** is mounted on the end portion **144**. Sleeve **150** has a diameter **152** which is slightly larger than the external diameter **146** of end portion **144** and is held on member **142** by a cap that has an integral elongated section or rod **162** which extends through the axial opening **164** in the member **142**. The rod **162** has an opening **166** therethrough which receives a hollow bolt **168** to fixedly secure the cap to the plunger **137**, and the hollow bolt **168** defines part of an axial opening **141**. The lower edge of sleeve **150** has a tapered outer edge **170** which will act to center the forming sleeve **150** with respect to the container **16** as it is entering the open end.

Thus, the diameter of the axial opening **164** is slightly larger than the external diameter of rod **162** and the axial length of the member **142** is slightly less than the length of the rod. The foregoing provides a slight vertical spacing **165** between the upper end of member **142** and the lower edge of shaft **137** to allow for radial play or movement of the body **142** on the rod **162**.

Thus, the forming sleeve **150** is mounted for floating radial movement on the cylindrical member **142** while the cylindrical member **142** is mounted for floating radial movement on the plunger or shaft **137** to provide a double floating feature or movement for forming element or sleeve **150**.

It will be appreciated that, in the embodiment shown, the clearances have been exaggerated in FIG. 4 and that the clearance between the member **142** and the forming element **150** is about $0.003 \pm 0.001$ inch. Also, it is desirable to have no clearance between the external surface of the member **142** and the internal surface of the upper portion **130** of the die **130**. The clearance between the member **142** and the support rod **162** is about 0.005 inch.

As mentioned above, the "double float" of the forming sleeve or element **150** will accommodate alignment of the main body **142** of the form control member **140** with the fixed necking die **130** while the floating or radially-movable forming element **150** will move with respect to the fixed necking die **130** and the cylindrical member **142** to be centered in the container. The internal opening in the upper portion **130U** of the necking die **130** and the external diameter of the forming sleeve or element **150** are dimensioned such that there is minimal clearance, referably less than 0.0002 inch between the two when the edge of the container **16** is received therein. Thus, the metal of the the container **16** becomes trapped or confined between the forming sleeve or element **150** and the upper portion **130U** of die **130** and the double floating forming element will result in "form control" to maintain the concentricity of the container for all of the area that is to be necked. This is particularly true in the first necking operation where the upper portion of the container is conformed to the desired concentricity, and wherein wall variations are minimized, and any container defects, particularly nicks or dents adjacent the edge, are minimized or eliminated.

The present invention provides a method whereby a container can be necked to have a smaller opening by utilizing a plurality of necking modules. In the illustrated embodiment of FIG. 1, six different necking operations and one flanging operation are performed on the neck of the container. An upper part of the necked-in or inwardly-tapered portion is reshaped during each of the necking operations. In each necking operation, a small overlap is created between a previously necked-in portion while the overall necked-in portion is extended and axially enlarged and small segments of reduction

**10**

are taken so that the various operations blend smoothly into the finished necked-in portion. The resultant necked-in portion has a rounded shoulder on the end of the cylindrical side wall which merges with an inwardly-tapered annular straight segment through an arcuate portion. The opposite end of the annular straight segment merges with the reduced cylindrical neck through a second arcuate segment.

The necking operation will be described by reference to FIGS. 6–11. In the embodiment described, a "211" aluminum container is necked to have a "206" neck in six operations. Assume that a container **16** carried by a conveyor, as indicated in FIG. 1, has been moved into position, such as shown in substation **72a** in FIG. 2, and the necking operation is being initiated. FIGS. 6–11 depict the necking operation performed in the six necking station modules.

Referring briefly to FIG. 13, the container **16** typically has a thickened portion adjacent its upper open end before the necking operations are performed. In the embodiment shown, container **16** has a side wall that has a thickness (W) which is on the order of about 0.0040–0.0050 inch thick, while an upper neck area (N) has a thickness (t) that is on the order of about 0.0075 inch down to about 0.0050 inch while the length (L) is on the order of about 0.37 to 0.90 inch.

The left side portion of FIG. 6 shows a container **16** being moved upwardly into a necking die **130A**. As the open end of the container **16** is moved into engagement with the die, the forming angle in the die results in large radial forces on the container wall and small axial forces so that there is small axial compression of the wall of the container, as will become clear.

FIG. 6 shows a necking die **130A** having a first cylindrical wall portion **202a**, a transition zone surface **204**, and a second cylindrical wall portion **205**. The first cylindrical wall portion **202a** has a diameter approximately equal to the external diameter of the container **16** with a clearance of about 0.006 inch. The second cylindrical wall portion **205** has a reduced diameter equal to the external diameter of the reduced neck that is being formed in the first necking operation.

The transition zone or intermediate surface **204** has a first arcuate surface segment **A1** at the end of the first cylindrical wall portion **202** which has a radius of about 0.220 inch and a second arcuate surface segment **R1** at the end of the second cylindrical wall portion **205** which has a radius of about 0.120 inch.

As the container **16** is moved upwardly into the die element **130A**, as depicted on the right-hand side of FIG. 6, the diameter of the container neck is reduced and a slight curvature **211** is formed on the container body between the reduced cylindrical neck **212** and the container side wall **210**.

In the first operation, the diameter of the neck is reduced only a very small amount, e.g., about 0.030 inch, while the portion of the container to be necked is conditioned for subsequent operations. In other words, a form control operation is performed on the ultimate neck portion to prepare the container for subsequent operations.

This is accomplished by tightly controlling the dimensions and tolerances of reduced cylindrical surface **205** of die **130A** and the external surface diameter of the forming sleeve or element **150A**. The external diameter of sleeve or element **150A** is equal to the internal diameter of cylindrical surface **205** less two times the thickness of the container side wall (t) with a maximum of

4,774,839

**11**

10% clearance of the wall thickness. By thus tightly controlling these dimensions, dents or imperfections in the container are removed or minimized, and also any variations in wall thickness around the perimeter of the neck are reduced to provide concentricity of the side wall of the container with the die.

Also, as mentioned above, during the movement of container **16** from the position illustrated at the left of FIG. **6** to the position at the right of FIG. **6**, pressurized air may be introduced into the container through opening **141** (FIG. **4**) to pressurize it, if considered necessary, and thereby temporarily strengthen the container. This air is used primarily to strip the container from the necking die **130A** after the necking operation is completed. As explained above during the upward movement of the container **16**, the forming control member **140A** and forming sleeve or element **150A** are moved upwardly slightly faster than the container **16** to aid in drawing or pulling the metal of the container wall into the die.

At the first forming station, the die element **130A** forms the container **16** to have a tapered-in or necked portion **211** between a cylindrical side wall **210** and a reduced cylindrical neck **212**; the tapered portion **211** includes first and second arcuate segments CA1, CR1, respectively.

After the first necking operation is completed, the partially-necked container **16** exits therefrom and is fed to the second forming station module. In the second necking operation, the necked-in portion is axially elongated while the reduced cylindrical neck portion **212** is further reduced in diameter by compression of the metal therein. This is accomplished by a second necking die **130B** (FIG. **7**) that has a transition zone **222** between a cylindrical first surface **202b**, which has the same internal diameter as the external diameter of the container, and a reduced cylindrical surface **226** at the upper end thereof. The transition zone **222** again has a first arcuate surface segment A2 integral with the cylindrical wall surface **202b** and a second arcuate surface segment R2 integral with the reduced diameter cylindrical surface **226**.

Referring to FIG. **7**, the surface **222** of die element **130B** of the second necking station initially engages the upper edge of the container **16** with arcuate die surface R2 at a small acute forming angle.

It has been found that the curvature or radius at the point which the container **16** is contacted by the die **130B** and the forming angle produced between the contact point and a plane parallel to the axis of the container are critical to produce a necked-in container that is free of wrinkles. This angle, which is also referred to as the forming or locking angle, must be kept small so that radial forces known as radial hoop stresses rather than axial forces are developed to neck the container.

In FIG. **5**, the tangent line T to the die wall surface defines the point of contact with the upper edge of the container **16** and results in a small impingement or forming angle "F" with a plane "P" extending parallel to the side wall of the container. It has been found that if this angle "F" is maintained in the range of about 15° to 20°, most of the forces will be radial forces to compress the neck of the container rather than axial forces. Axial forces will tend to provide more of a bending action as in conventional die necking operations.

It has also been determined that having a die contact the container **16** at the small forming angle "F" allows

**12**

the container **16** necked-in portion to essentially "free form" or taper toward the point where the upper end of the container **16** engages the outer surface of the forming sleeve or element **150B**. This allows the container to freely define or assume its own profile rather than having a die inner wall surface dictate the shape of the profile, as has been accepted technology in prior necking operations. This is in contrast to prior die necking processes, such as disclosed in U.S. Pat. No. 3,995,572 wherein the metal is forced to assumed the shape of the inner surface of the necking die.

The radius of curvature of the arcuate surface segment A2 in the second necking die is on the order of about 0.280 inch, while the radius of curvature of the second arcuate surface segment R2 is about 0.180 inch. Thus, as the container is moved from the left-hand position, shown in FIG. **7**, to the right-hand position, the original tapered portion **228** is axially elongated to produce a tapered portion **228** having arcuate segments CA2, CR2 while the reduced diameter cylindrical portion **212** is reduced to a further reduced diameter, as shown at **229**.

In the second necking operation, the diameter of the reduced cylindrical neck is reduced by about 0.070 inch, while the metal is further radially compressed therein. In the second necking die **130B**, the forming angle described above is defined by the arcuate surface segment R2. FIG. **16**(*a*) shows the configuration of the neck in dotted line before the second necking operation, and in solid line after the second necking operation. It will be noted that the lower segment of the tapered portion adjacent the cylindrical side wall remains substantially unchanged while the second arcuate segment or upper part of the tapered portion is reformed and the tapered portion is axially elongated.

During the second operation, a second tapered portion is essentially freely formed in the reduced cylindrical neck being free of the die at its lower end and this second tapered portion is forced along the reduced neck portion until it integrates with the arcuate segment CR1 of the first tapered portion. During this second operation, the lower part of the first tapered portion remains essentially unchanged while the second tapered portion combines and blends with the first tapered portion to produce an extension thereof.

It will be appreciated that the necking operation performed at each of the various stations is somewhat repetitive; however, for completeness of description, each of the necking operations at the various stations and the pertinent angles and curvatures will be described hereinbelow. It should be appreciated that, in fact, each station performs a part, and not all, of the necked-in portion while the cylindrical neck is sequentially and progressively reduced in diameter. That is, each station adds to and at least partially reforms and extends the necked-in portion produced on the container by the previous operation.

The third, fourth and fifth necking operations are illustrated in FIGS. **8, 9** and **10** and are essentially identical to the second necking operation. The dies and the form control members of the third, fourth and fifth stations are substantially identical in construction except for the slight change in die dimensions.

At each subsequent station, the cylindrical neck is compressed and reduced while the existing tapered or necked-in portion is partially reformed and axially elongated or extended to produce a small annular inwardly-

4,774,839

**13**

tapered portion between the upper and lower arcuate segments described above.

In the third necking die 130C (FIG. 8), the transition surface 230 is located above cylindrical member 202c and includes an upper arcuate surface segment R3 having a radius of about 0.260 inch, with a straight tapered wall surface T3 which defines an inclined angle of about 27°. The lower arcuate surface segment includes a relief area on the end of the cylindrical wall surface and a second arcuate surface segment OR3 having an external radius of about 0.180 inch. The reforming operation between the second and third operations is illustrated in FIG. 16(b) where the necked-in portion 234 of the container has a first arcuate segment CA3, a tapered segment CT3, a second arcuate portion CR3 and a reduced neck 236. It will be noted that the arcuate segment CA2 remains essentially unchanged because there is no contact with the die while the arcuate segment CR2 is reformed and the center thereof is moved axially upwardly so that the tapered portion is extended. Also, the tapered portion CT3 does not conform to the flat tapered wall surface T3 and instead has a compound curve after the third necking operation.

In the fourth necking die 130D (FIG. 9), the transition zone 240 above the cylindrical surface 202d includes straight tapered wall segment T4 that defines an angle of about 25° and the arcuate surface R4 has a radius of about 0.298 inch while the outside radius OR4 is very small and about 0.058 inch. A reduced diameter cylindrical surface 244 extends above the arcuate surface R4. Thus, the cylindrical neck 236 is further reduced in diameter by about 0.050 inch, while the tapered-in portion is axially enlarged and the angle of the straight tapered neck portion between the two arcuate segments is reformed while the metal in the reduced cylindrical neck and the necked-in portion are further compressed. The arcuate shoulder or bump becomes set in the fourth operation in view of the small radius OR4 engaging the upper end thereof.

The resultant tapered-in portion 246 includes an upper arcuate segment CR4, a tapered portion CT4 and a lower arcuate segment CA4 having an upper arcuate portion COR4, along with reduced cylindrical neck portion 248. The fourth operation is illustrated in FIG. 16(c) and it should again be noted that the tapered portion CT4 does not conform to the configuration of the die surface T4 and is a compound curve in the axial direction.

The fifth necking die 130E (FIG. 10), has a reduced diameter surface 250 above a transition zone 252 which includes an arcuate surface R5 that has a radius of about 0.230 inch. The transition zone also includes a tapered surface T5 which defines an angle of 20° with a surface OR5 having an external radius of about 0.180 inch above cylindrical surface 202e. The fifth operation is illustrated in FIG. 16(d) where the container has a tapered portion 256 including a lower segment CA5, COR5, a tapered segment CT5 and an upper arcuate segment CR5 with a reduced diameter neck 254.

In the final and sixth necking die 130F is shown in FIG. 11, where the transition zone 260 above a lower cylindrical surface portion 202f, includes a first lower arcuate surface segment OR6 having an external radius of about 0.180 inch which merges with a flat tapered portion T6 that defines an angle of about 20° and a second arcuate surface segment R6 that has an external radius of about 0.220 inch which merges with a reduced diameter surface 264.

**14**

In the sixth necking operation, the reduced diameter portion 264 of the die reduces the cylindrical neck by about 0.050 inch while the necked-in portion is reformed to its final configuration, illustrated in FIG. 14, to be described later. The final reduction is illustrated in FIG. 16(e) wherein the tapered portion 265 has a first arcuate segment CA6, COR6, a tapered portion CT6 and a second arcuate segment CR6 below a reduced cylindrical neck 266. It will be noted that the entire tapered segment CT6 is reformed inwardly from the position shown in dotted line to that shown in solid line.

Thus, the necking operation forms a smooth tapered necked-in portion between the container side wall and the reduced diameter cylindrical neck. This necked-in portion or taper includes a first arcuate segment integral with the side wall and a second arcuate segment integral with the reduced cylindrical neck. During the necking operation, the neck, comprising the reduced diameter cylindrical neck and the necked-in portion, is formed in segments while the axial dimension is increased and the cylindrical neck is further reduced in diameter and in axial length while a rounded shoulder is formed at the end of the side wall. At the same time, a straight tapered wall section or segment is created in the necked-in or tapered portion.

In each of the six necking operations, the principal forces applied to the neck of the container, which includes the tapered or necked-in portion are radially inwardly-directed forces and therefore the metal is primarily compressed and localized bending is minimized. The tapered portion is allowed to determine its profile because it is not constrained by the die below the contact area and is thus not dependent on the configuration of the lower portion of the transition zone of the die. Of course, the forming sleeve or element 150 will direct the upper edge of the container 16 into the annular slot defined between the forming sleeve or element and the reduced cylindrical portion of the die 130. Stated another way, the forming element 150 which engages the inner surface of the container 16 provides a guiding function or form control function.

As indicated above, the necked-in portion between the reduced diameter cylindrical neck portion and the cylindrical side wall is freely formed and its configuration does not conform to the transition zone of the die. The following tables illustrate the die dimensions and the amount of forming that takes place in each of the necking operations. In a preferred embodiment of the invention, where a 211 aluminum container is reduced to a 204 neck in six operations, the following die dimensions were used:

TABLE I

| Operation | Die Dimensions | | | |
| | A | OR | R | T |
|---|---|---|---|---|
| I | .220 | | .120 | |
| II | .280 | | .180 | |
| III | .030 | .180 | .260 | 27 |
| IV | .058 | .058 | .298 | 25 |
| V | — | .180 | .230 | 20 |
| VI | — | .180 | .220 | 20 |

These dimensions are the actual dimensions in inches and degrees utilized in the transition zone of the die where A is the internal radius of the first lower arcuate segment surface, R is the radius of the second upper arcuate segment surface and T is the angle of the tapered surface therebetween, while OR is the external

4,774,839

## 15

radius of the upper portion of the first arcuate segment surface. These dies produced a neck having the following dimensions in inches and degrees:

### TABLE II

| Operation | Can Dimensions | | | |
|---|---|---|---|---|
| | CA | CR | COR | CT |
| I | .29 | .33 | | |
| II | .24 | .22 | | |
| III | .21 | .38 | | |
| IV | .20 | .49 | .64 | |
| V | .23 | .31 | .28 | 21 |
| VI | .12 | .37 | .25 | 21 |

where CA is the radius of the first lower arcuate segment, CR is the radius of the second upper arcuate segment, COR is the external radius of the upper portion of the first arcuate segment and CT is the angle of taper between the arcuate segments.

It can be seen that the second or upper arcuate segment CR, which is the upper part of the necked-in portion, is reformed in each subsequent necking operation while the tapered portion is enlarged. At the same time, the first arcuate segment CA, while not being positively reformed by the die, will have a change in its radius of curvature due to a free forming resulting from the inherent spring back characteristics of the metal. It should be noted that the dies in the third and fourth operations have flat tapered surfaces T but that the tapered wall segment CT is not formed in the container until the fifth and sixth necking operations. This is believed to result from the free forming of the necked-in portion rather than conforming the necked-in portion to the die. The necking operation causes a thickening of the metal which is greatest adjacent the upper open end where a flange is formed. This strengthens the flange and minimizes flange cracks.

The finished 206-neck on the upper end of a 211-cylindrical side wall of the container is shown in enlarged view in FIG. 14 wherein a first arcuate segment 280 is formed on the end of the cylindrical side wall 282, a straight smooth flat inwardly-tapered segment 284 is formed on the end of the arcuate segment 280 and a second arcuate segment 286 merges with the reduced cylindrical neck portion 288 of the container. In the final configuration, shown in FIG. 14, the first or lower arcuate segment 280 is essentially a compound curve that has a first arcuate segment having an internal radius R7 and a second arcuate segment having an external radius R8. The final radius R7 in the embodiment described is preferably on the order of about 0.119 inch, while the external radius R8 is on the order of about 0.253 inch. The tapered flat segment 284 defines an angle of about 20°±1 with respect to the center axis of the container or a plane extending parallel to the side wall 282 while the external radius R9 of the second arcuate segment is about 0.371 inch.

An outwardly-directed flange 290 is then formed on the reduced neck by the flanging module 36, which may be of the type disclosed in U.S. Pat. No. 3,983,729.

The container produced by the die necking method described above has improved crush resistance and strength because the metal in the neck of the container is thicker due to the radial compression of the metal therein.

The container neck made in accordance with the invention also has better symmetrical geometry when compared to spin necked containers produced by presently-known commercial spin-necking operations be-

## 16

cause the container is devoid of the ridges produced in the neck during the spin forming process. The die-necked container also has less symmetrical distortion and flanges of more consistent width. The die-necked smooth-tapered wall and its inclination gives the container greater crush resistance and column strength when compared with spin necked containers.

The die-necking method of the invention also eliminates deterioration of the coating or label which is usually applied before the necking operation is performed. The necked-in container is also devoid of any scratches as compared to a spin-necked container. The smooth-tapered necked-in portion can also be used as part of the label.

A slightly modified neck profile is illustrated in FIGS. 19–21 wherein the necked-in portion of the neck is of a different configuration than that shown in FIGS. 16–18 to produce a shorter neck on a 211-container which thereby increases the fill capacity. In this embodiment, a 211-container is necked down to a 206-diameter in six necking operations producing substantially equal reductions using necking dies and form control members similar to those described above but having different configurations.

The following table shows the die dimensions of the six dies used in forming a 206-neck, shown in FIG. 21, on a 211-aluminum container wherein FSR is the radius of the lower arcuate surface segment of the die, SSR is the radius of the upper arcuate surface segment, NSD is the diameter of the reduced diameter neck surface and T is a reference angle of the tapered surface between the two segments, while S is the spacing between the centers of the two radii.

### TABLE III

| OP | Die Dimensions | | | | |
|---|---|---|---|---|---|
| | FSR | SSR | S | T | NSD |
| I | 0.280 | 0.200 | 0.173 | | 2.529 |
| II | 0.280 | 0.260 | 0.244 | | 2.479 |
| III | 0.250 | 0.250 | 0.291 | 28 | 2.427 |
| IV | 0.250 | 0.240 | 0.345 | 28 | 2.375 |
| V | 0.250 | 0.260 | 0.396 | 28 | 2.323 |
| VI | 0.250 | 0.260 | 0.429 | 28 | 2.273 |

FIGS. 19(a) through 19(e) shows the radial compression of the neck in each of the necking operations wherein the first or lower arcuate segment is identified by the reference CFSR, the upper or second arcuate segment is identified by the reference CSSR, all expressed in inches, while the taper angle between the arcuate segments is identified by reference CT in degrees.

Thus, the configuration of the neck after the first necking operation is illustrated in dotted line in FIG. 19(a), while the solid line therein shows the neck configuration after the second necking operation. FIGS. 19(b), 19(c), 29(d) and 19(e) show the same sequence for the next four sequential necking operations while the following table shows the respective container dimensions in inches:

### TABLE IV

| OPERATION | Can Dimensions | | | |
|---|---|---|---|---|
| | CFSR | CSSR | CS | CT |
| I | 0.28 | 0.25 | 0.19 | 20° |
| II | 0.32 | 0.35 | 0.28 | 23° |
| III | 0.23 | 0.23 | 0.29 | 24° |
| IV | 0.25 | 0.31 | 0.36 | 26.5° |
| V | 0.25 | 0.35 | 0.38 | 26° |

**17**

### TABLE IV-continued

| OPERATION | Can Dimensions | | | |
| | CFSR | CSSR | CS | CT |
|---|---|---|---|---|
| VI | 0.23 | 0.30 | 0.43 | 26° |

The finished necked and flanged container is illustrated in FIG. 21 and includes a cylindrical side wall 300 having a first or lower arcuate portion 302 which has a radius CFSR of about 0.23 inch that merges with an inwardly-smooth tapered portion 304 which defines an angle of about 26°±2°. The upper or second arcuate segment 306 has a radius CSSR of about 0.30 inch which merges with the reduced cylindrical neck 307 that has the flange 308 formed on the upper free end thereof. The spacing CS, between the centers of the radii of the two arcuate segments is about 0.43 inches.

As in the previous embodiment, the lower arcuate segment is minimally freely reformed in the six necking operations while the upper part of the necked-in portion, including the second arcuate segment, is repeatedly reformed and integrates with a previously-formed portion to produce the smooth inwardly-tapered flat segment between the arcuate segments of the necked-in portion.

The neck of the container again is devoid of any marks or scratches and the tapered portion is suitable for use as part of the label that is usually applied to the container prior to the necking operation.

In the embodiment illustrated in FIGS. 19–21, the necking is done in equal increments in the six necking operations and the initial forming of the portion of the container that has the neck formed therein has been omitted. However, in certain instances, the initial forming operation described in connection with FIG. 6 can be utilized. This, to some measure, will be dependent upon the condition of the containers received by the necking system. Of course, the specific configuration of the tapered portion of the neck can be changed to any desired profile by proper selection of die dimensions and operations.

The system has great flexibility in that a "211" container can be necked to a "209" diameter, a "207.5" diameter or a "206" diameter merely by eliminating stations. For example, a "209" diameter neck can be produced on a "211" diameter container utilizing only the first and second necking operations, illustrated in FIGS. 6 and 7. A "207.5" necked container can be produced with the four necking dies illustrated in FIGS. 6–9 and a "206" necked container can be produced with the six dies illustrated in FIGS. 6–11. This can be performed in the die necking system disclosed by replacing the appropriate necking cam segments with dwell cam segments, as explained in U.S. Pat. No. 4,519,232. Alternatively, selected necking station modules could be by-passed, if desired.

The use of two additional modules can produce a "204" diameter neck utilizing two additional necking dies. Further reductions to a "202" or a "200" diameter or less can be produced utilizing additional necking dies. Also, the system can be used to produce triple or quad neck-in portions as disclosed in U.S. Pat. No. 4,519,232.

As mentioned above, the number of necking dies can be varied and the amount of reduction in each operation can be changed without departing from the spirit of the invention. For example, it is possible to reduce a "211" can down to a "206" diameter neck utilizing, for exam-

**18**

ple, five die necking operations. The containers that are necked could also be initially smaller in diameter, such as, for example, a "209" or smaller diameter. When necking a "209" or smaller diameter container, the dies in the necking modules are changed to accommodate the different size of container, and to produce the desired reductions in each of the necking modules.

Although the invention has been described in terms of a preferred embodiment, it will be apparent that various modifications may be made without departing from the true spirit and scope thereof, as set forth in the following claims.

We claim:

1. A method of necking an open end of a container side wall to form a smoothly-shaped neck profile comprising the steps of:

(a) producing relative axial movement between a container and a first necking die to engage the external surface of a portion of the open end of the container with said first die at a small acute angle to compress said side wall radially inwardly along a length of said container to produce a reduced cylindrical neck at said open end and form a first taper having a first arcuate segment on the end of said side wall and a second arcuate segment on the end of said reduced cylindrical neck;

(b) removing said container from said first necking die;

(c) producing relative axial movement between a second necking die and said container to engage the external surface of the container with the second die at an acute angle to further compress said reduced cylindrical neck inwardly along a length of the container and form a second taper; and,

(d) forcing said second taper downwardly until it is contiguous with said first taper and reforms only an upper portion of said first taper while producing an extension of said first taper to produce an enlarged smoothly-shaped necked-in profile.

2. A method of die necking as defined in claim 1, wherein said second arcuate segment is reformed as a part of said second taper on said first taper whereby the two tapers combine and blend into a smooth neck profile.

3. A method of die necking as defined in claim 2, including the further step of allowing the second taper to freely integrate with the first taper.

4. A method of die necking as defined in claim 3, wherein said tapered neck profile is a curvilinear profile extending upwardly and inwardly from said container.

5. A method of die necking as in claim 1, further comprising the steps of forming necked-in profile by a series of die elements with each die element forming only a part of the neck profile, and the part formed by each die element partially integrates and blends with the portion formed by a preceding die element, and in which the neck profile is axially enlarged by each of said die elements.

6. A method of die necking as defined in claim 1, further comprising the steps of initially reforming the open end of said container to improve imperfections (a) in the wall of the container; (b) in the concentricity of the container; and, (c) irregularities on the surface and edge of the container.

7. A method of die necking as defined in claim 6, further comprising the step of reforming said container by means of a floating form control member.

**19**

**8.** A method of die necking as defined in claim **7,** wherein a minimum of four die elements operate on the container after said reforming step to successively engage four limited sections thereof and form the neck profile.

**9.** A method of die necking as defined in claim **8,** in which the tapered portion includes said first arcuate segment on the end of said wall having an internal radius, a smooth tapered inwardly-inclined portion and said second arcuate segment having an external radius between said inclined portion and said reduced cylindrical neck.

**10.** A method of die necking as defined in claim **9,** in which said first arcuate segment has an arcuate portion having an external radius on an upper portion integral with said smooth tapered, inwardly-inclined portion.

**11.** A method of necking an open end of a cylindrical metal container to produce a reduced diameter generally cylindrical portion above a cylindrical side wall through a smooth shaped portion comprising the steps of (a) forming a necked-in portion on the end of the cylindrical side wall and a reduced diameter cylindrical portion adjacent said open end with the necked-in portion having a first segment contiguous with said cylindrical side wall and a second segment contiguous with said reduced diameter portion; and, (b) reforming only an upper part of the necked-in portion including the second segment and the reduced diameter cylindrical portion to decrease the diameter and length of the reduced diameter cylindrical portion and increase the axial length of the necked-in portion while further compressing the metal therein.

**12.** A method as defined in claim **11,** including the further step of further reforming an upper portion of the necked-in portion and reduced diameter portion in a subsequent necking operation to form a smooth frusto-conical tapered portion extending at a predetermined angle inwardly from the cylindrical side wall.

**13.** A method as defined in claim **12,** in which said first segment includes a rounded annular shoulder between said cylindrical side wall and said smooth frusto-conical tapered portion.

**14.** A method as defined in claim **12,** in which said upper portion of the necked-in portion and said reduced diameter portion are further reformed to increase the axial length of the necked-in portion while reducing the diameter and length of said reduced diameter portion.

**15.** A method as defined in claim **12,** in which said predetermined angle is less than 30°.

**16.** A method as defined in claim **15,** in which said predetermined angle is about 21°.

**17.** A method as defined in claim **15,** in which said predetermined angle is about 26°.

**18.** A method as defined in claims **14, 15, 16** or **17,** in which said upper portion of the necked-in portion and said reduced diameter neck are reformed in three further reforming steps to produce a necked-in portion having a first arcuate segment on the end of said cylindrical side wall, a smooth frusto-conical tapered portion defining said predetermined angle and a second arcuate segment on said reduced diameter neck.

**19.** A method as defined in claim **18,** in which said reduced diameter neck is reduced in substantially equal increments in each of said three further reforming steps.

**20.** A method of necking an open end of a thin-walled cylindrical container to produce a reduced cylindrical neck merging with a cylindrical side wall through a necked-in portion comprising the steps of engaging an

**20**

outside surface of the container with a first necking die having a first cylindrical wall surface substantially equal in diameter to said cylindrical side wall and a second cylindrical wall surface of a lesser diameter than said first cylindrical wall surface with an intermediate wall surface between said first and second cylindrical wall surfaces to produce said necked-in portion, said intermediate wall surface having a first arcuate annular surface segment at the end of said first cylindrical wall surface and a second arcuate annular surface segment at the end of said second cylindrical wall surface and engaging an inside surface of said container with a floating form control member including a forming element mounted for radial flowing movement on a body which is mounted for radial floating movement on a support to produce a reduced cylindrical neck that is confined between said first necking die and said form control element to minimize any irregularities in wall thickness and concentricity in said reduced cylindrical neck while a necked-in portion is formed between the side wall and reduced cylindrical neck and has first and second segments between said side wall and said reduced cylindrical neck.

**21.** A method of necking as defined in claim **20,** including the further step of engaging said outside surface with a second necking die to reform at least an upper portion of said necked-in portion and increase the axial length thereof and reduce the diameter and length of said reduced cylindrical neck.

**22.** A method of necking as defined in claim **21,** including the further step of engaging said inner surface with a second floating form control member to confine said reduced cylindrical neck between said form control member and said second necking die.

**23.** A method of necking as defined in claim **22,** including the further step of engaging said outer surface with a third necking die having a smooth frusto-conical tapered annular surface segment having a predetermined included angle with respect to a plane extending through said side wall between said first and second arcuate surface segments and a reduced diameter cylindrical neck surface to produce a tapered necked-in portion having a first arcuate segment on the end of said side wall and a second arcuate segment on the end of said reduced cylindrical neck and an inclined portion therebetween.

**24.** A method of necking as defined in claim **23,** in which said first segment of said necked-in portion is freely reformed without any contact by said third necking die to produce a rounded shoulder on the end of said side wall.

**25.** A method as defined in claim **23,** including the further step of engaging said outer surface with a fourth necking die to reform an upper portion of said inclined portion and said second arcuate segment while increasing the axial length thereof and reducing the axial length and diameter of said cylindrical neck.

**26.** A method as defined in claim **25,** including the further step of engaging said outer surface with a fifth necking die to reform at least said second arcuate segment while increasing the axial length of said inclined portion and reducing the axial length and diameter of said cylindrical neck.

**27.** A method as defined in claim **26,** including the further step of engaging said outer surface with a sixth necking die to reform and enlarge said second arcuate segment and said inclined portion while increasing the

4,774,839

**21**

axial length thereof and reducing the axial length and diameter of said cylindrical neck.

**28.** A method as defined in claim **27**, in which the container formed by said method has a first arcuate segment which includes a first arcuate portion and a second arcuate portion on the end of said side wall.

**29.** A method as defined in claim **28**, in which said inclined portion defines frusto-conical tapered annular flat segment having an inward taper of about 21°.

**30.** A method as defined in claim **27**, in which said inclined portion defines a frustoconical tapered annular flat segment having an inward taper of about 26°.

**31.** A method of necking as defined in any of claims **20–30**, in which said necking die is fixed and said floating form control member is mounted for radial floating movement in said die and has a forming element mounted for floating radial movement thereon to accommodate centering in said container.

**32.** Necking apparatus for producing a reduced cylindrical neck portion and a smooth inwardly-taped necked-in portion adjacent an open end of a metal container side wall comprising a plurality of substantially identical necking turrets respectively rotatable about fixed axes with each turret having a plurality of substantially identical necking substations on the periphery thereof, each necking substation including an annular necking die, a form control member, a container support means spaced from and aligned with said necking die for supporting a container and means on respective turrets for producing relative movement between said necking dies, said form control members in at least a first one of said turrets including a main body mounted for radial movement on a support and forming element mounted for radial floating movement on said main body and engaging an inner surface of said container and the necking dies in said first turret having a first cylindrical surface portion having a diameter substantially equal to the diameter of the container and a second cylindrical surface portion of reduced diameter and a transition surface therebetween to radially compress said metal adjacent said open end and produce a reduced cylindrical neck and a necked-in portion having a first arcuate segment on the end of said reduced cylindrical neck, and in which the necking dies in each of the succeeding turrets have transition surfaces configured to reshape the necked-in portion and increase the axial dimension thereof and have progressively reduced diameter second cylindrical surfaces to progressively decrease the diameter and length of the reduced diameter neck while further compressing the metal therein.

**33.** Necking apparatus as defined in claim **32**, in which said dies in a third and succeeding turrets have a straight tapered annular surface between a first cylindrical surface portion and a second reduced cylindrical surface to produce an inclined portion in said necked-in portion between said arcuate segments.

**22**

**34.** Necking apparatus as defined in claim **33**, in which there are six turrets with transfer wheels between each pair of turrets and synchronized drive means for all of said turrets and transfer wheels to said second arcuate segment and said inclined portion are reformed to produce a smooth frusto-conical inclined portion between said arcuate segments.

**35.** Necking apparatus as defined in claim **33**, in which the necking dies of succeeding turrets have transition surfaces that prevent engagement with at least said first arcuate segment to allow independent free forming of said first arcuate segment without being constrained by the die surface.

**36.** Necking apparatus as defined in claim **32**, in which the form control members in a second of said turrets have floating forming elements.

**37.** Necking apparatus as defined in claim **32**, in which the form control members in all of said turrets have floating forming elements engaging the inner surface of said container.

**38.** Necking apparatus as defined in claim **32**, in which said necking dies are fixed on said turrets and in which said form control members and said container support means are moved relative to said necking dies to freely form the metal of the containers in the necking dies.

**39.** Necking apparatus as defined in claim **38**, in which said form control members are moved at a velocity greater than the velocity of said container support means.

**40.** Necking apparatus as defined in claim **39**, in which said means for producing relative movement includes face cam means and in which said face cam means are segmented for ease in removal and replacement.

**41.** Necking apparatus as defined in claim **40**, in which said face cam means include a first cam for moving said container support means and a second cam for moving said form control members and in which said first and second cams are segmented.

**42.** Necking apparatus as defined in claim **39**, in which the velocity of said container support means is reduced as the container edges engage the necking dies to allow the container to be centered in the necking die and the form control member centered in the container.

**43.** A form control member for use in necking a container comprising a plunger having a main body supported for radial floating movement thereon, said main body having a circular reduced diameter portion at one end with an external diameter thereon, a forming element received on said reduced diameter portion and having an internal diameter greater than the external diameter of reduced diameter portion to accommodate radial floating movement of said forming element on said main body and said main body and forming element can move radially on said plunger to produce a double floating action for said forming element on said plunger.

\* \* \* \* \*

60

65

# UNITED STATES PATENT OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO. : 4,774,839

DATED : October 4, 1988

INVENTOR(S) : Antonio Caleffi, T. William Ames, Edward S. Traczyk, Dietrich K. Naggert

It is certified that error appears in the above–identified patent and that said Letters Patent are hereby corrected as shown below:

Column 4, line 41, delete "ofthe" and insert
--of the--.

Column 21, line 34, after "and" insert --a--.

Column 22, Claim 34, should be amended as follows:

-- 34.  Necking apparatus as defined in Claim 33,
    in which there are six turrets with transfer
    wheels between each pair of turrets and
    synchronized drive means for all of said
    turrets and transfer wheels[ to said second
    arcuate segment and said inclined portion
    are reformed to produce a smooth frusto-
    conical inclined portion between said arcuate
    segments]. --

Signed and Sealed this

Twenty-eighth Day of February, 1989

*Attest:*

DONALD J. QUIGG

*Attesting Officer*         *Commissioner of Patents and Trademarks*