IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC., <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> REXAM BEVERAGE CAN COMPANY, <br><br> Defendant/Counterclaimant. | ) ) ) ) ) ) ) ) C. A. No. 05-608 (MPT) ) ) ) ) ) |

### DECLARATION OF ANNE SHEA GAZA

I, Anne Shea Gaza, declare as follows:

1. I am a member of the Delaware Bar, an associate of the firm of Richards, Layton & Finger, P.A. and counsel for defendant Rexam Beverage Can Co. I make this declaration in support of Rexam's Opposition to Crown's Motion to Bifurcate Rexam's Counterclaims and to Submit Evidence Relating to Laches to the Jury. True and correct copies of the following are attached:

| | |
|---|---|
| Exhibit 1 | *Synopsis, Inc. v. Magma Design Automation*, No. 05-701, 2006 U.S. Dist. LEXIS 33751, (D. Del. May 25, 2006) |
| Exhibit 2 | *Enzo Life Sciences, Inc. v. Digene Corp.*, No. 02-212, 2003 U.S. Dist. LEXIS 10202, (D. Del. June 10, 2003) |
| Exhibit 3 | Rebuttal Report of Anton A. Aschberger |
| Exhibit 4 | *McKesson Info. Solutions LLC v. Trizetto Group, Inc*, No. 04-1258, 2006 U.S. Dist. LEXIS 18655, (D. Del. Apr. 11, 2006) |

I declare under the penalty of perjury that the above is true and correct

Date: February 8, 2007

_____
Anne Shea Gaza

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2007, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Barry M. Klayman
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 North Market Street, Suite 1001
Wilmington, Delaware 19801

I hereby certify that on February 8, 2007, I sent by facsimile the foregoing document to the following non-registered participants:

Dale M. Heist
Woodcock Washburn LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103

Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

RLF1-2949563-1