IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Crown Packaging Technology Inc. and Crown Cork & Seal USA Inc., | ) ) ) |
| Plaintiffs, | ) Civil Action No. 05-00608-MPT ) |
| v. | ) ) ) |
| Rexam Beverage Can Co. and Rexam Beverage Can Americas Inc., | ) ) ) |
| Defendants. | ) ) |

## MOTION FOR PRO HAC VICE APPEARANCE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Patrick V. Bradley, Sarah Kofflin and Heather Bjella of McAndrews, Held & Malloy to represent Defendants Rexam Beverage Can Co. and Rexam Beverage Can Americas Inc. in the above-captioned matter.

Of Counsel:
George P. McAndrews
Steven J. Hampton
Gerald C. Willis
Paul W. McAndrews
McAndrews, Held & Malloy, Ltd.
500 W. Madison Street, Suite 3400
Chicago, IL 60601
312-775-8000

/s/ Frederick L. Cottrell, III
Frederick L. Cottrell, III (#2555)
Anne Shea Gaza (#4093)
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
Attorneys for Defendants

Dated: February 9, 2007

SO ORDERED this _____ day of _____, 2007.

_____

## CERTIFICATION BY PATRICK V. BRADLEY

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for the District Court Fund, effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon filing of this motion.

_____
Patrick V. Bradley

Dated: February 5, 2007

## CERTIFICATION BY SARAH KOFFLIN

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for the District Court Fund, effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon filing of this motion.

*[signature]*
Sarah Kofflin

Dated: February 5, 2007

## CERTIFICATION BY HEATHER BJELLA

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for the District Court Fund, effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon filing of this motion.

/s/ Heather Bjella
Heather Bjella

Dated: February 5, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2007, I caused to be served by hand delivery the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Barry M. Klayman
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 North Market Street, Suite 1001
Wilmington, Delaware 19801

I hereby certify that on February 9, 2007, I sent the foregoing document to the following non-registered participants in the manner indicated below:

| **VIA FACSIMILE** | **VIA ELECTRONIC MAIL** |
|---|---|
| Dale M. Heist | Chad E. Ziegler |
| Woodcock Washburn LLP | ziegler@woodcock.com |
| Cira Centre | Woodcock Washburn LLP |
| 2929 Arch Street, 12th Floor | Cira Centre |
| Philadelphia, PA 19104-2891 | 2929 Arch Street, 12th Floor |
| | Philadelphia, PA 19104-2891 |

Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700