# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC., | )<br>)<br>)<br>) |
| Plaintiffs, | ) Civil Action No. 05-608 (MPT)<br>)<br>) |
| v. | )<br>) |
| REXAM BEVERAGE CAN CO., | )<br>) |
| Defendant. | ) |

## PLAINTIFFS' NOTICE OF FILING PAPER DOCUMENTS

Plaintiffs hereby give notice that they will file a paper version of the Redacted Public Versions of Appendix Volumes 1 through 7 to the Redacted Public Version of Crown's Opening Claim Construction Brief Relating to Crown's and Rexam's Patents.

Dated: February 12, 2007

　　　　　　　　　　　　　　　　　　　　　　　/s/ Barry Klayman
　　　　　　　　　　　　　　　　　　　　　　　Barry M. Klayman, Esquire (#3676)
　　　　　　　　　　　　　　　　　　　　　　　Wolf, Block, Schorr and Solis-Cohen LLP
　　　　　　　　　　　　　　　　　　　　　　　Wilmington Trust Center
　　　　　　　　　　　　　　　　　　　　　　　1100 N. Market Street, Suite 1001
　　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　　　　Tel: (302) 777-0313

　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiffs,*
　　　　　　　　　　　　　　　　　　　　　　　*Crown Packaging Technology, Inc. and*
　　　　　　　　　　　　　　　　　　　　　　　*Crown Cork & Seal USA, Inc.*

*Of Counsel:*

Dale M. Heist
Lynn A. Malinoski
Chad E. Ziegler
WOODCOCK WASHBURN, LLP
2929 Arch Street
Philadelphia, PA 19104

Michael Korniczky
Crown Packaging Technology, Inc.
11535 South Central Avenue
Alsip, IL  60803

WIL:64375.1/CRO056-230788

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, he caused a copy of the foregoing Notice of Filing Paper Documents to be filed electronically with the Clerk of Court using CM/ECF and that copies were served on the person(s) listed below in the manner stated:

<u>Via CM/ECF Notification & E-Mail</u>

Anne Shea Gaza, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 King Street
Wilmington, DE 19801
gaza@rlf.com

<u>By E-Mail</u>

Gerald C. Willis, Esquire
McAndrews, Held & Malloy, Ltd.
34th Floor
500 West Madison Street
Chicago, IL 60661
jwillis@mhmlaw.com

Dated: February 12, 2007                    ____/s/ Barry Klayman_____
                                            Barry M. Klayman, Esquire (#3676)