IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC., AND CROWN CORK & SEAL USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> REXAM BEVERAGE CAN CO., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 05-608 (MPT) |

### STIPULATION AND ORDER TO EXTEND DEADLINE FOR FILING ANSWERING SUMMARY JUDGMENT BRIEFS

WHEREAS, the Court entered a Joint Scheduling Order on December 20, 2005 (D.I. 32), which was subsequently amended by Stipulations and Orders dated August 17, 2006 (D.I. 100) and August 24, 2006 (D.I. 105), an Amended Scheduling Order dated November 7, 2006 (D.I. 135) and another Stipulation and Order dated December 22, 2006 (D.I. 162); and

WHEREAS, the parties have conferred and agreed that they require a short extension of time within which to file answering summary judgment briefs than is currently afforded by the extant scheduling orders, without the need to modify the existing deadlines for the filing of reply summary judgment briefs; and

WHEREAS, the parties have agreed jointly to seek a five day extension for filing answering summary judgment briefs, without altering the deadlines for the filing of reply summary judgment briefs.

NOW, THEREFORE, it is hereby STIPULATED AND AGREED by and among plaintiffs and defendant, through their undersigned attorneys, subject to the approval of the Court hereof, that the extant scheduling orders are hereby amended to the extent necessary to provide

WIL:64379.1/CRO056-230788

- 2 -

that answering summary judgment briefs shall be filed by February 20, 2007 (instead of February 15, 2007). The dates for the filing of reply summary judgment briefs (March 2, 2007) and all other dates in the extant scheduling orders shall remain unchanged.

Dated: February 13, 2007

/s/ Barry Klayman
Barry M. Klayman (#3676)
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 N. Market Street, Suite 1001
Wilmington, DE 19801
Tel: (302) 777-0313
Fax: (302) 778-7813
E-mail: bklayman@wolfblock.com

*Attorneys for Plaintiffs,*
*Crown Packaging Technology, Inc. and*
*Crown Cork & Seal USA, Inc.*

/s/ Anne Gaza
Frederick L. Cottrell, III (#2555)
Anne Shea Gaza (#4093)
Richards, Layton & Finger, P.A.
One Rodney Square
920 King Street
Wilmington, DE 19801
Tel: (302) 651-7700
Fax: (302) 651-7701
E-mail: gaza@RLF.com

*Attorneys for Defendant,*
*Rexam Beverage Can Co.*

SO ORDERED:

_____
                J.