IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. AND CROWN CORK & SEAL USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> REXAM BEVERAGE CAN CO., <br><br> Defendant. | ) ) ) ) ) ) ) CIVIL ACTION NO. 05-608 (MPT) ) ) ) ) ) ) ) |

**STIPULATION AND ORDER TO EXTEND DEADLINE
FOR FILING REPLY IN SUPPORT OF CROWN'S MOTION
TO BIFURCATE TRIAL OF REXAM'S COUNTERCLAIMS
AND TO SUBMIT EVIDENCE RELATING TO LACHES TO THE JURY**

WHEREAS, the Court entered a Joint Scheduling Order on December 20, 2005 (D.I. 32), which was subsequently amended by Stipulations and Orders dated August 17, 2006 (D.I. 100) and August 24, 2006 (D.I. 105), an Amended Scheduling Order dated November 7, 2006 (D.I. 135), and another Stipulation and Order dated December 22, 2006 (D.I. 162);

WHEREAS, under the terms of the Court's scheduling order, as amended, the due date for the filing of opening summary judgment briefs was January 25, 2007, and the due date for the filing of reply summary judgment briefs is March 2, 2007;

WHEREAS, on January 25, 2007, plaintiffs Crown Packaging Technology, Inc. and Crown Cork & Seal USA, Inc. (collectively, "Crown"), filed with the Court, together with their motions for summary judgment and opening briefs in support thereof, a motion to bifurcate trial of Rexam's counterclaims I-IV and to submit evidence relating to laches to the jury and opening

brief in support thereof (D.I. 201-203) (hereinafter "motion to bifurcate trial and to submit evidence relating to laches to the jury");

WHEREAS, on February 8, 2007, according to Local Rule 7.1.2, defendant Rexam Beverage Can Co. ("Rexam") filed with the Court its answering brief in opposition to Crown's motion to bifurcate trial and to submit evidence relating to laches to the jury (D.I. 249-250); and

WHEREAS, the parties have conferred and Rexam has graciously agreed to extend the due date for the filing of Crown's reply brief in support of its motion to bifurcate trial and to submit evidence relating to laches to the jury until the March 2, 2007 due date for the filing of reply summary judgment briefs.

NOW THEREFORE, it is hereby STIPULATED AND AGREED by and among plaintiffs and defendant, through their undersigned attorneys, subject to the approval of the Court hereof, that the extant scheduling orders are hereby amended to the extent necessary to provide that Crown's reply brief in support of its motion to bifurcate trial and to submit evidence relating to laches to the jury shall be filed by March 2, 2007. The dates for filing of reply summary judgment briefs (March 2, 2007) and all other dates in the extant scheduling orders shall remain unchanged.

[Signatures appear on the following page]

Dated: February 13, 2007

/s/ Barry Klayman
Barry M. Klayman (# 3676)
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 N. Market Street, Suite 1001
Wilmington, DE 19801
Tel: (302) 777-0313
Fax: (302) 778-7813
E-mail: bklayman@wolfblock.com

*Attorneys for Plaintiffs, Crown Packaging Technology, Inc. and Crown Cork & Seal USA, Inc.*

/s/ Anne Gaza
Frederick L. Cottrell, III (# 2555)
Anne Shea Gaza (# 4093)
Richards Layton & Finger, P.A.
One Rodney Square
920 King Street
Wilmington, DE 19801
Tel: (302) 651-7700
Fax: (302) 651-7701
E-mail: gaza@RLF.com

*Attorneys for Defendant, Rexam Beverage Can Co.*

SO ORDERED:

_____
                              J.