IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC., AND CROWN CORK & SEAL USA, INC., )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>REXAM BEVERAGE CAN CO., )<br>)<br>Defendant. ) | Civil Action No. 05-608 (MPT) |

## STIPULATION AND ORDER TO EXTEND DEADLINE FOR FILING RESPONSIVE CLAIM CONSTRUCTION BRIEFS

WHEREAS, the parties' responsive claim construction briefs are currently due to be filed on February 22, 2007; and

WHEREAS, the parties have conferred and agreed that they require a short extension of time of one (1) day to file their responsive claim construction briefs; and

WHEREAS, the parties have agreed jointly to seek a one (1) day extension for the filing of their responsive claim construction briefs from February 22, 2007 to February 23, 2007.

NOW, THEREFORE, it is hereby STIPULATED AND AGREED by and among plaintiffs and defendant, through their undersigned attorneys, subject to the approval of the Court hereof, that the extant scheduling orders are hereby amended to the extent necessary to provide that the parties' responsive claim construction briefs shall be filed by February 23, 2007 instead of February 22, 2007. All other dates in the extant scheduling orders shall remain unchanged.

WIL:64992.1/CRO056-230788

Dated: February 21, 2007

/s/ Barry Klayman
Barry M. Klayman (#3676)
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 N. Market Street, Suite 1001
Wilmington, DE 19801
Tel: (302) 777-0313
Fax: (302) 778-7813
E-mail: bklayman@wolfblock.com

*Attorneys for Plaintiffs,*
*Crown Packaging Technology, Inc. and*
*Crown Cork & Seal USA, Inc.*

/s/ Anne Gaza
Frederick L. Cottrell, III (#2555)
Anne Shea Gaza (#4093)
Richards, Layton & Finger, P.A.
One Rodney Square
920 King Street
Wilmington, DE 19801
Tel: (302) 651-7700
Fax: (302) 651-7701
E-mail: gaza@RLF.com

*Attorneys for Defendant,*
*Rexam Beverage Can Co.*

SO ORDERED:

_____
                              J.