5,355,709

5

110, resulting in a reliable, repeatable and accurate positioning system that is tolerant of the variations between containers. Those of ordinary skill will appreciate that repeatability of the reforming methods and apparatus disclosed herein is critical to container performance, and is accomplished in the present invention by locating on the annular supporting surface 56 (base diameter) of the container 50. This achieves accurate placement of the reformed profile 54′ while maintaining alignment and self-centering of the container to the reforming tool 100, thus alleviating the requirement for nesting on the bevel (outside profile) portion of the container 50, as was done in the prior art.

Further details of the operation of the present invention are illustrated in the sequence of views shown in FIGS. 5A–5C. Initially, referring to FIG. 5A, the bottom of a container 50 is brought into contact with and into alignment with the radially expandable arcuate segments 110 of the reforming tool 100 described above such that a deforming portions 112 of the tool 100 are in contact or at least close proximity with at least some portions of the inner leg 54. As mentioned above, the reforming tool 100 of the present invention provides a substantially flat contacting surface 111 upon which the container rests. Since the support surface 56 of the container 50 is a known reference datum, the distance upward along the inner leg from this datum is a repeatable dimension. Therefore, if the container 50 is properly and fully seated on the contacting surface 111, since the distance between the surface 111 and the deforming portions 112 is known, the inner leg will be deformed in an accurate, repeatable manner.

As explained above, the beverage containers referred to herein are highly engineered articles of manufacture that are constructed within tolerances on the order of one thousandth of an inch or less. Those of ordinary skill will readily appreciate the tremendous advantage of the container seating system disclosed herein, since it has been found that if the deformed portion of the inner leg is not precisely placed and controlled, the static dome reversal pressure and drop resistance of the container will be adversely affected.

Referring now to FIG. 5B, after the container is properly seated on the flat contacting surface 111 of the reforming tool 100, a mandrel 120 is inserted into the tool 100 to cause the expansion of the deforming portions 112 of the tool 100. The radial expansion of the deforming portions 112 causes the reforming of the inner wall 54, which is unsupported and therefore is easily deformed in the direction shown. The simplicity of the present invention permits precise controlled expansion and thus, results in precise deformation of the container. During this step of the reforming operation, in certain embodiments of the present invention, it may also be preferable to reform the diameter of the base 52 if necessary. However, such reforming may also take place in a separate reforming operation using a doming die, or may not need to be undertaken at all if the container dome dimension is initially adjusted to result in the correct dimension after reforming.

Finally, as shown in FIG. 5C, after the container 50 has been reformed, the radially expandable elements of the reforming tool 100 are retracted so that the container may be removed.

As will be readily appreciated by those of ordinary skill, numerous other means other than the mandrel 120 shown may be implemented to effect the radial expansion of the radially expandable arcuate segments 110 of

6

the reforming tool 100. For example, hydraulic actuators, screw-driven elements or gear driven members could all replace the tapered collet/mandrel combination illustrated in FIGS. 5A–5C. The preferred embodiment illustrated, however, takes advantage of the axial motion found on conventional container forming machinery, such as neck forming machines. As explained in further detail below, the present invention may be retrofit into existing machinery. Additionally, it will also be appreciated that the tooling described above presents a simple, reliable and robust system that is inexpensively constructed and has very few moving parts. Moreover, the tooling disclosed herein, in addition to minimizing moving parts, also minimized contact with the container. These attributes minimize the wear of the tooling and increase the reliability of the apparatus, an important consideration for a body maker producing tens of millions of containers. The minimized contact with the container also reduced the potential for damage due to inadvertent or misaligned contact between the tooling and the container. These advantages of the present invention, i.e., the simplicity of the design, are ideally suited for high speed equipment.

The preferred embodiments of the apparatus described above may also be modified with regard to the profile of the reformed portion of the inner wall 52 by varying the profile of the deforming portion 112 of the reforming tool 100. Examples of such modifications are illustrated in the fragmentary views of FIGS. 6A–6D. As shown, the deforming portion 112 may be of nearly any shape. The embodiment shown and described above is illustrated in FIG. 6A. This round shape 112 may be replaced by a square profile 113 shown in FIG. 6B or by the single or double chamfered profiles illustrated in FIGS. 6C–6D, respectively.

The present invention also discloses methods of reforming a container, comprising the steps of placing the container in a reforming tool comprising one or more radially expandable segments, and expanding the segments to deform at least a portion of the container. The segments are then retracted and the container is removed. In a most preferred embodiment the expansion of the segments comprises the step of inserting a tapered mandrel into the reforming tool.

Using the methods and apparatus of the present invention, improved drawn and ironed beverage containers having substantially cylindrical sidewalls and a bottom profile comprising an arcuate bottom rim, an upwardly domed center panel and an inner leg connecting the bottom rim and the center panel are disclosed. In accordance with the methods and apparatus disclosed herein the inner leg is reformed by expanding one or more radially expandable die portions against the it to cause its outward deflection.

Most preferably, the apparatus of the present invention is incorporated or retrofitted into a container necking mechanism such as that shown and described in U.S. Pat. No. 3,687,098—Maytag, which is incorporated by reference as if fully set forth herein. The mechanism shown is generally known as a "die necker." As shown in FIG. 1 of the Maytag patent, a container necking mechanism includes a necking push plate 30. In a preferred embodiment of the present invention, the necking push plate 30 is replaced by the reforming tool 100 described above. The flat contacting surface 112 of the present invention is well suited for performing the function of the necking push plate within the necking operation, while at the same time, the radially expand-

5,355,709

7

able arcuate segments 110 and mandrel 120 are incorporated into the structure of the container necking mechanism. Those of ordinary skill will, realize, however, that the reforming tool 100 described herein may be readily incorporated into any of the various types of necking mechanisms known in the art, such as the apparatus known as a "spin necker," described in EPO Publication No. 482 581 A1 or into other pieces of container production equipment.

Referring now to FIGS. 7A–7D partial elevation views of container processing equipment such as the die necker discussed above are shown. FIGS. 7A–7D illustrate four "stations" or stages through which the container 50 being processed passes. In a first stage, illustrated in FIG. 7A, a container 50 is fed into the apparatus in the direction shown by the arrow. The reforming tool 100 is connected to the mandrel 120 which is part of the upper half of the necker. The lower half 130 includes a flat surface 132 that is urged against the neck of the container 50. As well know to those of ordinary skill, the upper and lower portions of the necker 120,130 ride on rollers 122,132, which, in turn ride along a surface (not illustrated) in the manner of a cam and follower to displace these portions relative to one another and the container 50. Thus, as shown by FIG. 7B designated "Position #2," as the container 50 and its associated upper and lower necking portions 120,130 move through the necking machinery, the upper and lower portions close and initially seat the container 50 in the necker. The next step is the bottom reform, discussed above with reference to FIGS. 5A–5C. Finally, after reforming, the can is discharged, as seen in FIG. 7D, when the upper and lower portions of the necker 120, 130 move apart.

Although certain embodiments of the present invention have been set forth herein with particularity, they are not meant to limit the invention but to illustrate it. Those of ordinary skill will realize that a number of modifications may be readily made that do not depart from the spirit of this invention. Accordingly, reference should be made to the appended claims in order to ascertain the true scope of the present invention.

What is claimed:

1. Apparatus for high speed reforming a container having a domed bottom defining a bottom opening comprising:

a tool holder having a substantially flat base portion for receiving a support surface of the container, said base portion comprising a location in contact with the domed bottom of the container and a section extending in a horizontal plane outwardly therefrom, whereby the container bottom opening encounters no obstruction upon insertion into and removal from the tool holder;

8

a forming tool mounted in the tool holder and comprising a plurality of integral, radially expandable elements arrayed about a central axis; and

a means inserted within the forming tool for displacing one or more of the elements outwardly and away from the central axis to deform a portion of the domed bottom of a container seated on the base portion.

2. The apparatus of claim 1 wherein the radially expandable elements comprise deforming portions having a arcuate deforming surface corresponding to a predetermined portion of the container to be deformed.

3. The apparatus of claim 2, wherein the arcuate deforming surfaces of the plurality of radially expandable elements form a substantially continuous circumferential surface prior to being expanded.

4. The apparatus of claim 1, wherein the radially expandable element has a round profile.

5. The apparatus of claim 1, wherein the radially expandable element has a square profile.

6. The apparatus of claim 1, wherein the radially expandable element has a substantially square profile having one chamfered edge.

7. The apparatus of claim 1, wherein the radially expandable element has a substantially square profile having two chamfered edges.

8. The apparatus of claim 1, wherein the means for displacing the radially expandable elements comprises a tapered mandrel.

9. A container necking mechanism comprising:

a necking push plate adjacent the bottom of a container; and

apparatus for reforming a container having a domed bottom defining a bottom opening connected to the necking push plate comprising:

a tool holder having a substantially flat base portion for receiving a support surface of the container, said base portion comprising a location in contact with the domed bottom of the container and a section extending in a horizontal plane outwardly therefrom, whereby the container bottom opening encounters no obstruction upon insertion into and removal from the tool holder;

a forming tool mounted in the tool holder and comprising a plurality of radially expandable elements arrayed about a central axis; and

a means inserted within the forming tool for displacing one or more of the elements outwardly and away from the central axis to deform a portion of the domed bottom of a container seated on the base portion.

10. The mechanism of claim 9, wherein the container necking mechanism is a die necker.

11. The mechanism of claim 9, wherein the container necking mechanism is a spin necker.

* * * * *

A54

US005697242A

# United States Patent [19]

## Halasz et al.

| [11] | Patent Number: | 5,697,242 |
|---|---|---|
| [45] | Date of Patent: | *Dec. 16, 1997 |

[54] **METHOD AND APPARATUS FOR REFORMING CAN BOTTOM TO PROVIDE IMPROVED STRENGTH**

[75] Inventors: Andrew Halasz, Crystal Lake; Sylvan Praturlon, Oak Park; Paul Azzaline, Crystal Lake; Christopher Caliendo, Wood Dale, all of Ill.

[73] Assignee: American National Can Company, Chicago, Ill.

[*] Notice: The term of this patent shall not extend beyond the expiration date of Pat. No. 5,222,385.

[21] Appl. No.: 670,324

[22] Filed: Jun. 25, 1996

### Related U.S. Application Data

[62] Division of Ser. No. 563,900, Nov. 22, 1995, abandoned, which is a continuation of Ser. No. 343,837, Nov. 23, 1994, abandoned, which is a continuation of Ser. No. 212,647, Mar. 3, 1994, abandoned, which is a continuation of Ser. No. 50,526, Apr. 20, 1993, abandoned, which is a continuation of Ser. No. 735,994, Jul. 25, 1991, Pat. No. 5,222,385, which is a continuation-in-part of Ser. No. 730,794, filed as PCT/US90/00451, Jan. 26, 1990, Pat. No. 5,349,837.

[51] Int. Cl.$^6$ ............................................. B21D 51/26
[52] U.S. Cl. ........................................ 72/117; 72/379.4
[58] Field of Search .............................. 72/111, 110, 94, 72/117, 122, 123, 124, 125, 379.4; 413/69

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| 994,468 | 6/1911 | Kane . |
|---|---|---|
| 1,031,264 | 7/1912 | Hinde et al . |
| 1,441,674 | 1/1923 | Foster et al . |
| 1,461,729 | 7/1923 | Foster et al . |
| 2,158,312 | 5/1939 | Terrell . |
| 3,417,898 | 12/1968 | Bozek et al . |
| 3,693,828 | 9/1972 | Kneusel et al . |
| 3,904,069 | 9/1975 | Toukmanian . |
| 3,905,507 | 9/1975 | Lyu . |
| 3,942,673 | 3/1976 | Lyu et al . |

| 4,108,324 | 8/1978 | Krishnakumar et al . |
|---|---|---|
| 4,120,419 | 10/1978 | Saunders . |
| 4,134,354 | 1/1979 | Cvacho et al . |
| 4,147,271 | 4/1979 | Yamaguchi . |
| 4,151,927 | 5/1979 | Cvacho et al . |
| 4,199,073 | 4/1980 | Gombas . |
| 4,280,353 | 7/1981 | Murphy . |
| 4,289,014 | 9/1981 | Maeder et al . |
| 4,294,097 | 10/1981 | Gombas . |
| 4,294,373 | 10/1981 | Miller et al . |
| 4,341,321 | 7/1982 | Gombas . |
| 4,372,143 | 2/1983 | Elert et al . |
| 4,381,061 | 4/1983 | Cerny et al . |
| 4,402,419 | 9/1983 | MacPherson . |
| 4,412,627 | 11/1983 | Houghton et al . |
| 4,419,319 | 12/1983 | Reynolds, Jr. et al . |
| 4,454,742 | 6/1984 | Gombas . |
| 4,470,281 | 9/1984 | Kaporovich et al . |
| 4,515,284 | 5/1985 | Lee, Jr. et al . |

(List continued on next page.)

*Primary Examiner*—Lowell A. Larson
*Attorney, Agent, or Firm*—Wallenstein & Wagner, Ltd.

[57] **ABSTRACT**

A method and apparatus for reforming a bottom of a drawn and ironed beverage container is disclosed. The container has a longitudinal axis and a side wall parallel with the longitudinal axis. The bottom has an outer annular wall, a convex U-shaped portion and a preformed bottom wall. The preformed bottom wall includes a center domed portion. The bottom further has an annular, substantially longitudinal wall joining the domed portion and the convex U-shaped portion. The apparatus comprises a roller movable from an inward position where the roller does not contact the annular, substantially longitudinal wall to an outward position where the roller contacts the annular, substantially longitudinal wall, and a movable actuator to move the roller into engagement with and circumferentially about the annular, substantially longitudinal wall to reform the substantially longitudinal wall. The movable actuator moves the roller into engagement with the annular, substantially longitudinal wall to reform the substantially longitudinal wall to achieve a negative angle (A) relative to the longitudinal axis of the container.

**22 Claims, 10 Drawing Sheets**



5,697,242
Page 2

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,598,831 | 7/1986 | Nakamura et al . |
| 4,620,434 | 11/1986 | Pulciano et al . |
| 4,650,628 | 3/1987 | Evely . |
| 4,685,582 | 8/1987 | Pulciani et al. |
| 4,717,523 | 1/1988 | Evely . |
| 4,722,215 | 2/1988 | Tanbe et al. |
| 4,732,292 | 3/1988 | Suplk . |
| 4,768,672 | 9/1988 | Pulciani et al . |
| 4,834,256 | 5/1989 | McMillin . |
| 4,885,924 | 12/1989 | Claydon et al. . |
| 4,919,294 | 4/1990 | Kawamoto et al . |

| | | | |
|---|---|---|---|
| 4,953,738 | 9/1990 | Stirbis . | |
| 5,016,463 | 5/1991 | Johansson et al. . | |
| 5,024,077 | 6/1991 | Bulso, Jr. et al. . | |
| 5,069,052 | 12/1991 | Porucznik et al . | |
| 5,105,973 | 4/1992 | Jentzsch et al. . | |
| 5,111,679 | 5/1992 | Kobayashi et al . | |
| 5,222,385 | 6/1993 | Halasz et al . | 72/117 |
| 5,253,500 | 10/1993 | Willoughby . | |
| 5,341,667 | 8/1994 | Lee, Jr. . | |
| 5,372,028 | 12/1994 | Brilman et al . | |
| 5,433,098 | 7/1995 | Bowlin et al. . | |
| 5,467,628 | 11/1995 | Bowlin et al : | |

Crown Packaging Technology v. Rexam Beverage Can 05-608



FIG. 1



FIG. 2

FIG. 3

# FIG. IA



Crown Packaging Technology v. Rexam Beverage Can 05-608

U.S. Patent          Dec. 16, 1997       Sheet 3 of 10        5,697,242

# FIG. 4



# FIG. 5



Crown Packaging Technology v. Rexam Beverage Can 05-608

# FIG. 6



# FIG. 7



Crown Packaging Technology v. Rexam Beverage Can 05-608



FIG. 8

FIG. 9

FIG. IO

Crown Packaging Technology v. Rexam Beverage Can 05-608

A61
REX001233

REX001234

# FIG. II



# FIG. 12



A62

REX001234

Crown Packaging Technology v. Rexam Beverage Can 05-608

## FIG. 13



## FIG. 14



## FIG. 15



Crown Packaging Technology v. Rexam Beverage Can 05-608



FIG. 16

FIG. 18

FIG. 17

A-64

REX001236

# FIG. 19



Crown Packaging Technology v. Rexam Beverage Can 05-608

A65
REX001237

**U.S. Patent**      Dec. 16, 1997      Sheet 10 of 10      5,697,242



FIG.20



FIG.21



FIG.22



Crown Packaging Technology v. Rexam Beverage Can 05-608

A66

REX001238

5,697,242

# 1
## METHOD AND APPARATUS FOR REFORMING CAN BOTTOM TO PROVIDE IMPROVED STRENGTH

### RELATED APPLICATIONS

This is a divisional application of U.S. application Ser. No. 08/563,900, filed Nov. 22, 1995, now abandoned, which is a continuation of U.S. application Ser. No. 08/343,837, filed Nov. 23, 1994, now abandoned, which is a continuation of U.S. application Ser. No. 08/212,647, filed Mar. 3, 1994, now abandoned, which is a continuation of U.S. application Ser. No. 08/050,526, filed Apr. 20, 1993, now abandoned, which is a continuation of U.S. application Ser. No. 07/735, 994, filed Jul. 25, 1991 (now U.S. Pat. No. 5,222,385) which is a continuation-in-part of U.S. application Ser. No. 07/730, 794, filed Jul. 24, 1991 (now U.S. Patent No. 5,349,837), which is in turn based upon International Application No. PCT/US 90/00451, having an International filing date of Jan. 26, 1990.

### TECHNICAL FIELD

The invention relates generally to a method and apparatus for reforming the bottoms of drawn and ironed beverage containers (or cans). The reformed can bottom is an integral part of beer and beverage cans, and increases the strength of those cans above that of prior art cans.

### BACKGROUND OF THE INVENTION

Drawn and ironed cans are among the most widely used cans for carbonated beverages, including such beverages as beer and soft drinks. Such drawn and ironed cans are made from a disc of stock material which is converted into a shallow "cup" with short side walls. The base of this cup ultimately forms the bottom of the can, and the short side walls of the cup become the elongated side walls of the can.

The shallow cup is passed through a succession of ironing rings. As the spacing between successive rings becomes increasingly narrow, passage of the cup through these successive rings decreases the thickness and increases the height of the side walls.

The configuration of the bottom of such drawn and ironed cans has, over the last several years, been a topic of interest to both can manufacturers, packagers, shippers, retailers and the ultimate consumer who purchases products in such cans. This is because the configuration of the bottom is a factor in the ability of the can to resist its internal pressures and achieve adequate columnar strength. These internal pressures result from the weight, pressurization and carbonation of the liquids in the can. Columnar strength is the ability of a can to resist axial loads imposed by cans that are stacked upon other cans, as during transport and storage.

Can manufacturers are constantly striving to obtain high strength with relatively low weight. Generally, however, these goals are incompatible. Low weight, and a lowering of material cost, is generally achieved by reducing the thickness of the stock material. A reduction in stock material thickness, without more, lowers the strength of the can. Retailers and consumers desire a container which is stackable and which is of the lowest possible weight for ease in handling.

The bottom shape of the container has been found to be of importance in determining its strength. Issued U.S. patents disclosing this importance include U.S. Pat. No. 4,685, 582, issued to Pulciani et al. on Aug. 11, 1987, and entitled "Container Profile With Stacking Feature." This patent,

# 2
which is assigned to the assignee of the present invention, discloses a so-called ANC-1A container having an inverted dome-shaped bottom. Other U.S. patents are also generally relevant. For example, U.S. Pat. Nos. 3,904,069, 3,979,009 and 4,412,627 disclose containers having bottom wall constructions designed to permit selected and controlled outward flexing or bulging of the bottom wall when the container is sealed and subjected to internal pressures developed by the contents.

Reforming of the bottom wall of a container of the general type described in this application has also been described in an International Publication to Metal Box plc. This publication is International Publication Number WO 83/02577, published on Aug. 4, 1983. This reforming takes place by applying a roller along the exterior transition wall 7 of the bottom of the container, rather than along its interior. See International Publication Number WO 83/02577, FIG. 7.

### SUMMARY OF THE INVENTION

It is an object of the invention to provide an apparatus for reforming a bottom of a drawn and ironed beverage container. The container has a longitudinal axis and a side wall parallel with the longitudinal axis. The bottom has an outer annular wall, a convex U-shaped portion, a preformed bottom wall, including a center domed portion, and an annular, substantially longitudinal wall joining the domed portion and the convex U-shaped portion.

In accordance with the present invention, the apparatus comprises a roller movable from a radially inward position where the roller does not contact the annular, substantially longitudinal wall to a radially outward position where the roller contacts the annular, substantially longitudinal wall, and a movable actuator to move the roller into engagement with and circumferentially about the annular, substantially longitudinal wall to reform the substantially longitudinal wall.

It is comprehended that the movable actuator moves the roller into engagement with the annular, substantially longitudinal wall to reform the substantially longitudinal wall to achieve a negative angle (A) relative to the longitudinal axis of the container.

It is further comprehended that the apparatus includes a plurality of rollers. Each of the rollers is movable from a radially inward position where the rollers do not contact the annular, substantially longitudinal wall to a radially outward position where the rollers contact the annular, substantially longitudinal wall.

It is still further comprehended that the apparatus includes a radially inward support for the container. The radially inward support may comprises a jig supporting the container in opposition to the rollers along a lower end of the container. For example, the jig may have a bottom peripheral profile portion substantially corresponding in shape to the outer annular wall of the container, such that the bottom peripheral profile portion of the jig is mated with the outer annular wall of the container.

It is a further object of the invention to provide a method of reforming a bottom of a drawn and ironed container. The container has a longitudinal axis and a generally cylindrical side wall parallel with the longitudinal axis. The bottom has an outer annular wall, a convex U-shaped portion, a preformed bottom wall including a center domed portion, and an annular, substantially longitudinal wall joining the domed portion and the convex U-shaped portion.

In accordance with the invention, the method comprises providing the drawn and ironed container, providing a

5,697,242

### 3

reforming roller, and moving the reforming roller radially into engagement with the substantially longitudinal wall. The reforming roller rotates along the longitudinal wall and circumferentially about an arcuate path, wherein the reforming roller affects the angle of the substantially longitudinal wall.

It is comprehended that the reforming roller affects the angle of the substantially longitudinal wall by achieving a negative angle (A) from the longitudinal axis of the container.

It is further comprehended that a radial inward support for the container is provided. The radial inward support may include supporting the container in a jig which supports the container along a lower end of the container. For example, the jig may include a bottom peripheral profile portion substantially corresponding in shape to the outer annular wall of the container, and the bottom peripheral profile portion of the jig mates with the outer annular wall.

Other features and advantages of the invention will be apparent from the following specification taken in conjunction with the following drawings.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a top view of a pivoting apparatus in accordance with the invention, and in a radially inward, non-engaging position.

FIG. 1A is a view of the apparatus of FIG. 1, but with the rollers in a radially outward position and engaging the wall of a container.

FIG. 2 is a side-sectional view of the apparatus of FIG. 1, and with a container shown in solid lines above the apparatus and in phantom lines in place for processing by the apparatus.

FIG. 3 is a detail of a portion of the apparatus of FIG. 2, showing the pivot pin about which the roller pivots.

FIG. 4 is a top view of a second pivoting embodiment of the apparatus in accordance with the invention.

FIG. 5 is a side-sectional view of the apparatus of FIG. 4, and with a container shown in solid lines above the apparatus and in phantom lines in place for processing by the apparatus.

FIG. 6 is a top view of a third pivoting embodiment of the apparatus in accordance with the invention.

FIG. 7 is a side-sectional view of the apparatus of FIG. 6, and with a container shown in solid lines above the apparatus and in phantom lines in place for processing by the apparatus.

FIG. 8 is a side perspective view of a container which is suitable for treatment by the process and apparatus of the invention.

FIG. 9 is an enlarged view of the lower left hand corner of the container of FIG. 8, prior to reforming.

FIG. 10 is an enlarged view of the lower left hand corner of the container of FIG. 8, after reforming.

FIG. 11 is a top view of a non-pivoting embodiment of the apparatus in accordance with the invention.

FIG. 12 is a side-sectional view of the apparatus of FIG. 11, and with a container shown in solid lines above the apparatus and in phantom lines in place for processing by the apparatus.

FIG. 13 is a top view of a second non-pivoting embodiment of the apparatus in accordance with the invention.

FIG. 14 is a side-sectional view of the apparatus of FIG. 13, and with a container shown in solid lines above the apparatus and in phantom lines in place for processing by the apparatus.

### 4

FIG. 15 is a detail of the roller and bearing of FIG. 14, taken along lines 15—15 of FIG. 13.

FIG. 16 is a top view of a third non-pivoting embodiment of the apparatus in accordance with the invention.

FIG. 17 is a side-sectional view of the apparatus of FIG. 16, and with a container shown in solid lines above the apparatus and in phantom lines in place for processing by the apparatus.

FIG. 18 is a detail of the actuator and dovetail slide portion of a portion of the apparatus of FIG. 16, taken along lines 18—18 of FIG. 16.

FIG. 19 is a side-sectional view of a fourth non-pivoting apparatus in accordance with the invention, including a single roller, and with a container shown in solid lines above the apparatus and in phantom lines in place for processing by the apparatus.

FIG. 20 is a photographic profile of a cross-section of a lower portion of a can reformed by a prior art process.

FIG. 21 is a photographic profile of a cross-section of a lower portion of a can reformed by the process of the present invention.

FIG. 22 is a photographic profile of a cross-section of a lower portion of a "control" can prior to reforming.

### DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

This invention is susceptible of embodiment in many different forms. The drawings and this specification show a preferred embodiment of the invention. It will be understood, however, that this disclosure is to be considered an exemplification of the principles of the invention. The inventors do not intend to limit the broadest aspect of the invention to the illustrated embodiments.

According to one aspect of the invention, the performance characteristics of a container formed by normal drawing and ironing procedures are improved by reforming the bottom end wall of the container from the initial configuration. This initial configuration is disclosed in the above-mentioned '582 patent and is shown in FIG. 8.

As described and shown in FIGS. 9 and 10 of copending International Application No. PCT/US 90/00451, after the fluted container has been necked, flanged, internally spray coated and externally printed, the bottom profile or countersink area of the bottom wall is reshaped. This is done by reforming the inner wall of the countersink to further improve buckle resistance and decrease can growth.

In the prior co-pending application, the finished drawn and ironed container of FIG. 11 is supported in a suitable jig that has an internal opening which corresponds to the outer peripheral diameter of the container. The jig has a lower profile portion that conforms to the countersink wall portion the bottom wall of the container, as originally formed in accordance with the process disclosed in the '582 patent.

A plug is inserted into the upper end of the opening and securely held in the top of the container. During processing, this container is rotated about its axis. The bottom peripheral profile of the jig is in extended contact with the container bottom. A reforming roller is brought into engagement with the substantially vertical wall of the domed end of the container and is supported on a shaft. That shaft is designed to be rotated along an arcuate path around the center axis for the container. The roller has a peripheral configuration which defines a substantially vertical upwardly and outwardly tapered wall having a generally arcuate upper portion. The inner wall of the countersink is reformed to a more

Crown Packaging Technology v. Rexam Beverage Can 05-608

5,697,242

5

vertical profile while the dome is stretched to a small degree. The outer wall is held to its original configuration. Alternatively, the outer wall could also be reformed with the inner wall.

It was found in the co-pending application that this reforming operation significantly improves buckle resistance and decreases the amount of can growth, i.e., the amount that the bottom end wall is elongated when pressure is applied internally of the container.

The container produced according to the method and apparatus described in the co-pending application exhibited significantly greater column strength, i.e., resistance to crushing by vertical loads applied to the container side wall. That container also exhibited significantly less container growth during internal pressurization and improved buckle resistance. The container constructed in accordance with that invention was thus capable of being produced from stock flat disc material having a significantly reduced thickness.

The present invention is a further elaboration and refinement upon the invention described in the copending application. The invention is directed to the type of drawn or drawn and ironed container shown in FIG. 8. Such containers are well known in the art and are generally described and shown in U.S. Pat. No. 4,685,582, issued to the assignee of the present application on Aug. 11, 1987. This container 20 is symmetrical about a vertical axis 22. A generally cylindrical side wall 24 parallel with this vertical axis forms the panel on which graphics, such as a bottler's trademark, may be printed. An outer annular wall 26 forms a transitional portion between this side wall 24 and a convex, U-shaped portion 28 that defines a flange-like ridge. The outer annular wall 26 and U-shaped portion 28 enable cans to be stacked. In particular, the bottom of a first can may be securely nested into the top of a second can.

The container 20 also includes a preformed bottom wall 30 including a center domed portion 32. An annular, substantially vertical wall 34 joins the domed portion 32 to the convex U-shaped portion 28. This "substantially vertical wall," for the purposes of this application, has an angle from the vertical of 0 to +5 degrees, and may be as high as +10 degrees. A positive angle is shown by angle C in FIG. 8.

Various kinds of apparatus may be used to effect the method of reforming container 20, as that method is described and claimed in the present application. As may be seen in FIGS. 1–3, one such apparatus includes a plurality of rollers 36. In a preferred embodiment, three rollers 36 may be used. The use of three rollers 36 has advantages over the use of fewer rollers, for example, a single roller. These rollers 36 are used to contact the annular, substantially vertical wall 34. The use of one roller would concentrate the forces transferred from the roller 36 to the wall 34 at one point. In contrast, three rollers 36 will spread the force on this wall 34 over three points.

As may be seen in FIG. 2, each of these rollers 36 is indirectly secured to a pivot plate 38. Securing the rollers 36 are a bearing clamp 40 and a bearing 42.

Each of the pivot plates 38 are designed to pivot around their respective pivot pin 44 (FIG. 1). In this embodiment, this pivot pin 44 is vertically disposed. As will be seen in other embodiments, however, other pivot pins may instead be horizontally disposed.

A tooling head collar 46 provides a support surface for a jig 48, or lower can support. This jig 48 is removable from the tooling head collar 46 and may be interchanged with another jig having a different shape to accommodate containers having various different lower end configurations.

6

Each jig 48 is manufactured so as to accommodate and support a given size container 20. Accordingly, a bottom peripheral profile portion 50 of the jig 48 substantially corresponds in shape to the outer annular wall 26 of the container 20. As will be explained below, this bottom peripheral profile portion 50 of the jig 48 is mated with the outer annular wall 26 of the container 20. In the embodiment shown in FIG. 2, it may be seen that the lowermost part 52 of this jig 48 also corresponds in shape to the radially outermost region of the convex U-shaped portion 28. In this way, the jig 48 provides greater support around the circumference of the container 20.

Supporting the bearings 42 and enclosing portions of the reforming rollers 36 are bearing housings 54. These bearing housings 54 are fixedly secured to their respective pivot plates 38. Thus, the motion of the pivot plates 38 and the bearing housings 54 is synchronous.

Movement of the pivot plates 38 and bearing housings 54 is facilitated by a vertically movable actuator ball 56. As shown in FIG. 2, this actuator ball 56 is positioned in a first, non-engaging position. In this position, the actuator ball 56 merely abuts against camming surfaces 58 on the bearing housing 54.

Upward, vertical movement urges the actuator ball 56 to a second position in which it contacts and pushes upwardly on camming surfaces 58. As a result of the shape of these camming surfaces 58, this upward movement causes the bearing housing 54 and pivot plate 38 to pivot together about the pivot pin 44 in a radially outward direction. This pivoting movement continues until rollers 36 contact the annular, substantially vertical wall 34.

The rollers 36, upon contact with this wall 34, rotate rapidly to force the wall from its configuration as shown in FIG. 9 to that shown in FIG. 10. Particularly, FIGS. 9 and 10 depict a vertical line V—V. Vertical line V—V is coincident with the vertical axis of container 20. FIG. 9 shows a container 20 before reforming. In this FIG. 9, the wall is substantially vertical and may have a so-called "positive" angle. With reference to FIG. 9, a positive angle is one in which wall 34 angles upwardly and to the right of line V—V. An example of a positive angle appears as angle C in FIG. 9.

After contact by rollers 36, as described above, this wall 34 is reformed to achieve a negative angle A. The results of reforming are shown, for example, in FIG. 10. As a result of this negative angle, as will be described below, container 20 has enhanced physical characteristics.

In the apparatus of FIGS. 1–3, the pivot pin is substantially vertically disposed. As a result, the pivoting of the bearing housing 54 and the pivot plate 38 occur in a horizontal plane. Other embodiments, as described below, will include horizontal pivot pins, causing pivoting of the bearing housing and pivot plate in a vertical plane.

As may be seen in greatest detail in FIGS. 2 and 3, the reforming rollers 36 have a perimeter portion 60 that is downwardly tapered. It is this downwardly tapered configuration 60 which, when rollers 36 are placed against the substantially vertical wall 34, results in the reformation of that substantially vertical wall 34 to a wall having a negative angle.

After the completion of the reforming, the rollers 36 are retracted from the wall 34 and return from the position shown in FIG. 1A to the original position shown in FIG. 2. Each pivot plate 38 and bearing housing 54 assembly returns to this original position as a result of pressure from a compression spring 62.

Crown Packaging Technology v. Rexam Beverage Can 05-608

5,697,242

7

A slight modification of the reforming apparatus described above is shown in FIGS. 4 and 5. Each of the components of the embodiments of FIGS. 1–3 are correspondingly numbered in FIGS. 4 and 5, except that the reference numerals for the corresponding components in the latter figures include the suffix "a". The only component which differs significantly is the spring. Spring 62 of FIGS. 1–3 is an extension spring, whereas spring 62a of FIGS. 4–5 is a compression spring. As a result, the apparatus of FIGS. 4–5 works in a slightly different manner than the apparatus of FIGS. 1–3. Particularly, in FIGS. 1–3, upon completion of reforming, the rollers 36 are retracted from the wall 34 and returned to their original position as a result of both applied pressure from an extension spring 62 and retraction of the actuator ball 56. In FIGS. 4–5, upon completion of the reforming, the rollers 36a are retracted from the wall 34 and returned to their original position as a result of both applied pressure from a compression spring 62a and retraction of actuator ball 56a.

Still another embodiment is shown in FIGS. 6 and 7. This embodiment also includes three rollers 64. As may be seen in FIG. 7, each of these rollers 64 is indirectly secured to a pivot plate 66. Securing the rollers 64 are a bearing clamp 68 and at least one bearing 70.

Each of the pivot plates 66 are designed to pivot around their respective pivot pin 72. As may be seen in FIG. 7, this pivot pin 72 is horizontally disposed. As a result, the pivoting of the bearing housing 74 and the pivot plate 66 occur in a vertical plane.

As in the embodiment of FIGS. 1–3, the embodiment includes a tooling head collar 76 to provide a support surface for a jig 78, or lower can support. This jig 78 is also removable from the tooling head collar 76 and may be interchanged with another jig having a different shape to accommodate containers having various different lower end configurations.

Movement of the pivot plates 66 and bearing housings 74 is facilitated by a vertically movable actuator 80. As shown in FIG. 7, this actuator 80 is positioned in a first, non-engaging position. In this position, the actuator 80 merely abuts against camming surfaces 82 on the bearing housing 74.

Upward, vertical movement urges the actuator 80 to a second position in which it contacts and pushes upwardly on camming surfaces 82. As a result, this upward movement causes the bearing housing 74 and pivot plate 66 to pivot together about the pivot pin 72 in a vertical plane and a radially outward direction. This pivoting movement continues until rollers 64 contact the annular, substantially vertical wall 34 of container 20.

After the completion of the reforming, the rollers 64 are retracted from the wall 34 and return from the position shown in the dotted lines of FIG. 7 to the original position shown the solid lines of FIG. 7. Each pivot plate 66 and bearing housing 74 assembly returns to this original position as a result of pressure from a coil spring 84. This coil spring 84 encircles and is held upon a retaining post 86. The coil spring 84 is tensioned by compressing it between the top, abutting surfaces of bearing housings 74 and hex nut 88 secured to retaining post 86.

Still other embodiments of the present apparatus are depicted at FIGS. 11–19. As will be seen, the apparatus of these embodiments does not include a pivot pin for moving the rollers into engagement with the vertical wall 34 of the container 20. In many other respects, however, these apparatus are similar to those shown in FIGS. 1–7.

8

For example, the apparatus of FIG. 11 includes three rollers 90 secured to a bearing housing 92 with a bearing 94 and a bearing clamp 96. The solid lines of FIG. 12 show these rollers in a radially inward position, where the rollers 90 do not contact the annular, substantially vertical wall 34. These rollers 90 are movable from this position to a radially outward position where the roller contacts the annular, substantially vertical wall 34.

Bearing housings 92 are spring-biased. In particular, a tensioned garter spring 98 (FIG. 12) encircles the lower periphery of bearing housings 92. In their first, non-engaging position, as shown in the dotted lines of FIG. 11, the housings 92 and their related rollers 90 are retained by the garter spring 98 in a radially inward position.

The second position of the bearing housings 92 is shown in the solid lines of FIG. 11. The housings 92 attain this position when actuator 100 is moved upwardly against camming surfaces 102 of housing 92. This upward movement of actuator 100 pushes housings 92 radially outwardly until rollers 90 contact the annular, substantially vertical wall 34. Upon completion of treatment of the wall 34 with rollers 90, the actuator 100 is withdrawn and garter spring 98 urges the bearing housings 92 back into their first position.

As in the prior embodiments, the embodiment of FIGS. 11 and 12 includes a jig 104 to support the container along a bottom peripheral profile portion 106 that substantially corresponds in shape to the outer annular wall 26 of the container 20. As in the prior embodiments, the perimeter 108 of the rollers 90 also include a downwardly tapered configuration which, when placed against the substantially vertical wall 34, reforms that wall 34 to achieve a negative angle relative to the vertical axis of the container 20.

Another three-roller, non-pivoting embodiment of the apparatus of the invention is shown in FIGS. 13–15. In this embodiment, the spring 110 is horizontally disposed and acts along a horizontal plane. In particular, spring 110 is in contact with the bearing housing 112 to bias that housing 112 in a radially inward direction.

The apparatus of FIG. 13 also includes three rollers 114 secured to bearing housing 112 with a bearing 116 and a bearing clamp 118. These rollers 114 are movable from their first position, as shown in FIGS. 13–15, to a radially outward position where the rollers 114 contact the annular, substantially vertical wall 34 of container 120.

Upward movement of actuator 120 pushes housings 112 radially outwardly until rollers 122 contact the annular, substantially vertical wall 34. Upon completion of treatment of the wall 34 with rollers 122, the actuator 120 is withdrawn and spring 110 urges the bearing housings 112 back into their first position.

Still another non-pivoting embodiment of the apparatus of the invention is shown in FIGS. 16–18. In this embodiment, however, conventional rollers are not used. Rather, four roller segments 124 are mounted to the apparatus for radial movement towards and away from the container 20. In the dashed lines of FIG. 16, these segments 124 are shown in their normal, radially inward position. They are held in this position by a plurality of horizontally tensioned springs 126.

Each of these roller segments 124 may be secured to a housing 128. When an actuator 130 is moved vertically upwardly against camming surfaces 132, housings 128 are pushed radially outwardly, as shown in the solid lines of FIG. 16, until roller segments 124 contact the annular, substantially vertical wall 34. Upon completion of treatment of the wall 34 with roller segments 124, the actuator 130 is withdrawn and springs 126 urge the housings 128 back into their first position.

Crown Packaging Technology v. Rexam Beverage Can 05-608

A70

REX001242

5,697,242

**9**

A final version of a non-pivoting embodiment of the apparatus is shown in FIG. 19. In this embodiment, only one roller is used. This roller 134 has a substantially larger diameter than the rollers of the other embodiments. In fact, the diameter of this roller 134 is in excess of 80 percent of the distance between opposite, facing walls 34. This distance is referred to as "D" in FIG. 19.

Again, this embodiment includes a compression spring 136 which acts along a horizontal plane. Spring 136 is in contact with the housing 138 to bias that housing 138 in a rightward direction. Roller 134 is movable from its first position, as shown in FIG. 19, to a radially outward position where the roller 134 contacts the annular, substantially vertical wall 34.

In the embodiment of FIG. 19, actuator 140 is vertically movable, as in the apparatus of the previously described embodiments. The actuator 140 encircles a dovetailed collar 142, and this collar 142 is fixed. Housing 138, however, is horizontally movable when it is contacted by the upwardly-moving actuator 140. The horizontal movement of the housing 138 is guided by a dovetail groove in collar 142.

Housing 138 abuts against camming surface 146. In addition, with reference to the directions depicted in FIG. 19, spring 136 biases the housing 183 to the right. Thus, housing 138 is moved to the right along the camming surface 146. This rightward movement of the housing 138 continues until the periphery of roller 134 contacts the wall 34 of container 20. Reforming takes place in the same manner as with a three-roller apparatus, but at only one point along the wall 34.

Upon completion of treatment of the wall 34 with roller 134, the actuator 140 is lowered and the weight of the housing/roller combination moves that assembly back onto the collar 142, i.e., to the first position of the device. This collar 142 acts as a limit on the downward movement of the housing 138. In this embodiment and in the others, it is preferred that the actuator 140 rotate at the same speed as housing 138.

A comparison of FIGS. 9 and 10 will disclose the differences in containers before and after bottom reforming in accordance with the method of the present invention. Particularly, FIG. 9 shows a container before bottom reforming. The wall 34 in this Figure is substantially vertical and may, in fact, have a slight positive angle. For the left portion of the container shown in FIG. 9, a wall 34 having a slight positive angle would angle upwardly and to the right from vertical line V—V. Referring to FIG. 8, and stated differently, when wall 34 has a positive angle, diameter D1 is greater than diameter D2.

As stated above, the container of FIG. 8 that may be reformed in accordance with this invention is generally symmetrical about a vertical axis 22. The container includes a generally cylindrical side wall 24 parallel with the vertical axis 22. The container 20 also includes an outer annular wall 26, a convex U-shaped portion 28, a preformed bottom wall 30, including a center domed portion 32 and an annular, substantially vertical wall 34 joining the domed portion 32 and the convex U-shaped portion 28.

The method of the present invention may be described with reference to the apparatus of FIGS. 1–3, and comprises several steps. The container 20 is supported on a jig 48. This jig 48 has a bottom peripheral profile portion 50 substantially corresponding in shape to the outer annular wall 26 of the container 20.

The bottom peripheral profile portion 50 of jig 48 is mated with the outer annular wall 26. Reforming rollers 36 are

**10**

brought into engagement with the substantially vertical wall 34. The reforming rollers 36 rotate along the vertical wall 34 and about an arcuate path. Through this action, the reforming rollers 36 affect the angle of the substantially vertical wall 34. In particular, the angle of the substantially vertical wall 34 is changed to a negative angle from the vertical axis of the container 20.

As may be seen in FIG. 1A, the reforming rollers 36 of this apparatus are rotated about an arcuate path equidistant from an axis that is coaxial with the axis 22 of the container. Alternatively, as may be appreciated from a review of FIG. 19 and the above description of that figure, the reforming roller 134 of that apparatus may be rotated about an arcuate path that is equidistant from an axis that is not coaxial with the axis 22 of the container 20. This occurs because in order to contact wall 34, the roller 134 is shifted to the right of its position as shown in FIG. 19.

In one aspect of the preferred method, the roller has a peripheral configuration which, upon engagement with the substantially vertical wall, reforms the substantially vertical wall to achieve a negative angle from the vertical axis of the container. Rollers having such peripheral configurations are shown in FIGS. 2, 5, 7, 12, 14, 17 and 19.

In another aspect of the preferred method, an actuator is moved upwardly and towards the can to move a camming surface and its housing in a radially outward direction. In this way, a roller movable with the camming surface engages the substantially vertical wall.

In still another aspect of the preferred method, the roller pivots about a horizontal pivot point. In particular, the apparatus may include a horizontal pivot point about which the roller pivots from an inward non-engaging position to a radially outward position wherein the roller engages the substantially vertical wall.

After this method of bottom reforming, as may be seen in FIG. 10, the wall 34 exhibits a slight negative angle A. The preferred angle A for an ANC-2A can should be no more than approximately –4 degrees from the vertical line V—V. It is believed that enhanced container characteristics could be attained by providing wall 34 with an angle of as much as –8 to –10 degrees. For the left portion of the container shown in FIG. 10, a wall 34 having a slight negative angle would angle upwardly and to the left from vertical line V—V. Referring to FIG. 8, and stated differently, when wall 34 has a negative angle, diameter D2 would be less than diameter D2. The value of the preferred negative angle will vary with each different type of container.

Containers treated by the apparatus of the present invention exhibit distinctly superior characteristics when compared with prior art, untreated containers. Actual tests were conducted with so-called "ANC-2A" cans, manufactured by American National Can Company. These cans have the general configurations shown in FIGS. 8 and 9, and were made with aluminum having a gauge of 0.120. Prior to treatment of these cans by the method and apparatus of the invention, they exhibited the following characteristics:

TABLE 1

| | ANC-2A Dome Profile | | | |
| | Dome Depth | Dome Growth After 90 PSIG | Buckle Strength | Plate Thickness |
|---|---|---|---|---|
| Minimum | .394 | .052 | 98 | .0120 |
| Maximum | .396 | .060 | 99 | .0120 |

Crown Packaging Technology v. Rexam Beverage Can 05-608

REX001243

5,697,242

| 11 | 12 |

## TABLE 1-continued

| ANC-2A Dome Profile | | | |
|---|---|---|---|
| | Dome Depth | Dome Growth After 90 PSIG | Buckle Strength | Plate Thickness |
| Average | .396 | .054 | 98 | .0120 |
| Spec/Aim | .394 ± .004 | .064 Max | 90 Min. | Ref. |

After treatment of these cans by the method and one roller apparatus of the invention, they exhibited the following characteristics:

## TABLE 2

| ANC Reformed Dome Profile | | | |
|---|---|---|---|
| | Dome Depth | Dome Growth After 90 PSIG | Buckle Strength | Plate Thickness |
| Minimum | .398 | .005 | 100 | .0120 |
| Maximum | .401 | .006 | 113 | .0120 |
| Average | .400 | .006 | 112 | .0120 |
| Spec/Aim | N/A | .064 Max. | 90 Min. | Ref. |

As can be seen from a comparison of these Tables, Buckle Strength of treated cans increased from an average of about 99 to an average of 112. The growth in the dome, which results in a downward extension of the U-shaped portion 28 of the container of FIG. 9, decreased markedly from an average of 0.055 to 0.006 inches.

When these same tests were conducted with cans produced from 0.110 gauge aluminum, Buckle Strength increased from an average of 90 to an average of 98. Dome growth tests after 90 PSIG were not meaningful, as the non-reformed cans failed and buckled at 90 PSIG or less.

A number of standard ANC-2A cans were reformed. In the first set, the outside of the countersink was reformed in accordance with a CMB method, and its results are shown in Table 3. A photographic profile of a lower portion of one of these cans is shown in FIG. 20.

## TABLE 3

| Body Strength 206/211 × 413 CMB Reformed Dome Cans | | | |
|---|---|---|---|
| | Dome Depth | Dome Growth After 90 PSIG | Buckle Strength | Plate Thickness |
| Minimum | .385 | .008 | 104 | .0120 |
| Maximum | .395 | .012 | 109 | .0120 |
| Average | .392 | .010 | 106 | .0120 |
| Spec/Aim | N/A | .064 Max. | 90 Min. | Ref. |
| | Vertical Crush | | Sidewall Thickness | |
| Minimum | 226 | | .0045 | |
| Maximum | 292 | | .0046 | |
| Average | 279* | | .0046 | |
| Spec/Aim | 250 Min | | | |

The second set of cans was reformed on the inside of the countersink in accordance with the present invention, and its results are shown in Table 4. A photographic profile of a lower portion of one of these cans is shown in FIG. 21.

## TABLE 4

| Body Strength 206/211 × 413 ANC Reformed Dome Cans | | | |
|---|---|---|---|
| | Dome Depth | Dome Growth After 90 PSIG | Buckle Strength | Plate Thickness |
| Minimum | .397 | .003 | 104 | .0120 |
| Maximum | .410 | .007 | 114 | .0120 |
| Average | .404 | .004 | 110 | .0120 |
| Spec/Aim | N/A | .064 Max. | 90 Min. | Ref. |
| | Vertical Crush | | Sidewall Thickness | |
| Minimum | 305 | | .0045 | |
| Maximum | 321 | | .0047 | |
| Average | 313* | | .0046 | |
| Spec/Aim | 250 Min | | | |

Table 5 shows results from "control" cans, i.e., standard ANC-2A cans prior to reforming of any kind. A photographic profile of a lower portion of one of these cans is shown in FIG. 22.

## TABLE 5

| Body Strength 206/211 × 413 ANC-2A Control Cans | | | |
|---|---|---|---|
| | Dome Depth | Dome Growth After 90 PSIG | Buckle Strength | Plate Thickness |
| Minimum | .396 | .042 | 98 | .0120 |
| Maximum | .398 | .059 | 99 | .0120 |
| Average | .397 | .048 | 99 | .0120 |
| Spec/Aim | .394 ± .004 | .064 Max. | 90 Min. | Ref. |
| | Vertical Crush | | Sidewall Thickness | |
| Minimum | 310 | | .0045 | |
| Maximum | 322 | | .0046 | |
| Average | 317* | | .0046 | |
| Spec/Aim | 250 Min | | | |

As may be seen by a comparison of these Tables, dome growth in the untreated can of Table 5 averages 0.050 inches. Both reformed cans show improvement, but the average dome growth of the can reformed in accordance with the present invention is significantly superior (0.005 vs. 0.010 inches). Buckle strength is also somewhat improved (109 vs. 106). Finally, while average vertical crush of the present reformed cans (313) remains virtually the same as the control can (317), average vertical crush drops significantly (279) after reforming by the CMB method.

As may be seen by a comparison of FIGS. 20 and 21, the can that has been reformed in accordance with the present invention is less sharply peaked along its bottom. As a result, this can will exhibit more stability when moving along fill lines.

While the specific embodiments have been demonstrated and described, numerous modifications come to mind without markedly departing from the spirit of the invention. The scope of protection is, thus, only intended to be limited by the scope of the accompanying claims.

We claim:

1. An apparatus for reforming a bottom of a drawn and ironed beverage container, said container having a longitudinal axis; a side wall parallel with said longitudinal axis; the bottom having an outer annular wall, a convex U-shaped portion, a preformed bottom wall, including a center domed portion; and an annular, substantially longitudinal wall joining said domed portion and said convex U-shaped portion; said apparatus comprising:

5,697,242

**13**

a roller movable from an inward position where said roller does not contact said annular, substantially longitudinal wall to an outward position where said roller contacts said annular, substantially longitudinal wall; and

a movable actuator to move said roller into engagement with and circumferentially about said annular, substantially longitudinal wall to reform said substantially longitudinal wall.

2. The apparatus of claim 1 wherein said movable actuator moves said roller into engagement with said annular, substantially longitudinal wall to reform said substantially longitudinal wall to achieve a negative angle (A) relative to said longitudinal axis of said container.

3. The apparatus of claim 1, wherein said apparatus includes a plurality of rollers, each of said rollers movable from a radially inward position where said rollers do not contact said annular, substantially longitudinal wall to a radially outward position where said rollers contact said annular, substantially longitudinal wall.

4. The apparatus of claim 1 including a container support for inwardly supporting said container.

5. The apparatus of claim 4 wherein said container support supports said container along a lower end of said container.

6. The apparatus of claim 4 wherein said container support comprises a jig, said jig supporting said container along a lower end of said container.

7. The apparatus of claim 4, wherein said container support comprises a jig, said jig supporting said container along a bottom peripheral profile portion substantially corresponding in shape to said outer annular wall of said container, said bottom peripheral profile portion of said jig being mated with said outer annular wall of said container.

8. The apparatus of claim 4 wherein said movable actuator moves said roller into engagement with said annular, substantially longitudinal wall in opposition to said container support.

9. The apparatus of claim 1, wherein the perimeter of said roller has a downwardly tapered portion which, when placed against said substantially longitudinal wall, reforms said substantially longitudinal wall to achieve a negative angle (A) relative to the longitudinal axis of said container.

10. The apparatus of claim 1 wherein said apparatus includes three rollers.

11. A method of reforming a bottom of a drawn and ironed beverage container, said container having a longitudinal axis; a generally cylindrical side wall parallel with said longitudinal axis; the bottom having an outer annular wall, a convex U-shaped portion, a preformed bottom wall including a center domed portion, and an annular, substantially longitudinal wall joining said domed portion and said convex U-shaped portion, said method comprising:

providing said drawn and ironed beverage container;

providing a reforming roller; and

moving said reforming roller radially into engagement with said substantially longitudinal wall of said beverage container, said reforming roller rotating along said longitudinal wall and circumferentially about an arcuate path, wherein said reforming roller affects the angle of said substantially longitudinal wall.

12. The method of claim 11 including the step of providing radial inward support for said container.

13. The method of claim 12, wherein said reforming roller is rotated about an arcuate path equidistant from an axis that is coaxial with the longitudinal axis of the container.

14. The method of claim 12 wherein said providing radial inward support includes supporting said container along a lower end of said container.

15. The method of claim 12 wherein said providing radial inward support includes supporting said container in a jig, said jig supporting said container along a lower end of said container.

**14**

16. The method of claim 12 wherein said providing radial inward support includes supporting said container in a jig, said jig supporting a bottom peripheral profile portion substantially corresponding in shape to said outer annular wall of said container, and mating the bottom peripheral profile portion of said jig with said outer annular profile portion of said container.

17. The method of claim 11, wherein said reforming roller affects the angle of said substantially longitudinal wall by achieving a negative angle (A) from the longitudinal axis of said container.

18. The method of claim 11, wherein said roller has a tapered peripheral portion which, upon engagement with said substantially longitudinal wall, reforms said substantially longitudinal wall to achieve a negative angle from the longitudinal axis of said container.

19. An apparatus for reforming a bottom of a drawn and ironed beverage container, said container having a longitudinal axis; a side wall parallel with said longitudinal axis; the bottom having an outer annular wall, a convex U-shaped portion, a preformed bottom wall, including a center domed portion; and an annular, substantially longitudinal wall joining said domed portion and said convex U-shaped portion; said apparatus comprising:

means for radially inwardly supporting a lower end of said container;

a roller movable from a radially inward position where said roller does not contact said annular, substantially longitudinal wall to a radially outward position where said roller contacts said annular, substantially longitudinal wall; and

a movable actuator to move said roller in opposition to said radial inward supporting means and into engagement with and circumferentially about said annular, substantially longitudinal wall to reform said substantially longitudinal wall.

20. The apparatus of claim 19 wherein said movable actuator moves said roller into engagement with said annular, substantially longitudinal wall to reform said substantially longitudinal wall to achieve a negative angle (A) relative to said longitudinal axis of said container.

21. A method for reforming a bottom of a drawn and ironed beverage container, said container having a longitudinal axis; a side wall parallel with said longitudinal axis; the bottom having an outer annular wall, a convex U-shaped portion, a preformed bottom wall, including a center domed portion; and an annular, substantially longitudinal wall joining said domed portion and said convex U-shaped portion; said method comprising:

providing said drawn and ironed beverage container;

radially inwardly supporting a lower end of said container;

providing a roller;

moving said roller from a radially inward position where said roller does not contact said annular, substantially longitudinal wall to a radially outward position where said roller contacts said annular, substantially longitudinal wall; and

circumferentially moving said roller in opposition to said radial inward supporting means and in engagement with said annular, substantially longitudinal wall to reform said substantially longitudinal wall.

22. The method of claim 21 wherein said movable actuator moves said roller into engagement with said annular, substantially longitudinal wall to reform said substantially longitudinal wall to achieve a negative angle (A) relative to said longitudinal axis of said container.

* * * * *

US005724848A

# United States Patent [19]

### Aschberger

[11] Patent Number: 5,724,848

[45] Date of Patent: Mar. 10, 1998

[54] SYSTEM AND PROCESS FOR NECKING CONTAINERS

[75] Inventor: Anton A. Aschberger, Downers Grove, Ill.

[73] Assignee: Crown Cork & Seal Company, Inc., Philadelphia, Pa

[21] Appl. No.: 759,189

[22] Filed: Dec. 4, 1996

### Related U.S. Application Data

[63] Continuation of Ser. No 636,040, Apr 22, 1996, abandoned.

[51] Int. Cl.$^6$ .................... B21D 22/00; B21D 22/21
[52] U.S. Cl. .................... 72/356; 72/348; 413/69
[58] Field of Search .................... 72/348, 349, 354.2, 72/354.6, 356, 370, 379.4; 413/69, 76

[56] References Cited

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,786,957 | 1/1974 | Hilgenbrink | 220/83 |
| 3,983,729 | 10/1976 | Traczyk et al. | 72/43 |
| 4,173,883 | 11/1979 | Boik | 72/354 |
| 4,392,764 | 7/1983 | Kubis et al | 413/69 |
| 4,403,493 | 9/1983 | Atkinson | 72/356 |
| 4,774,839 | 10/1988 | Caleffi et al | 72/354 |
| 5,199,596 | 4/1993 | Saunders | 220/604 |
| 5,297,414 | 3/1994 | Sainz | 72/354.6 |
| 5,355,710 | 10/1994 | Diekhoff | 72/379.4 |
| 5,497,900 | 3/1996 | Caleffi et al. | 220/656 |

#### FOREIGN PATENT DOCUMENTS

0118 926 A1 9/1984 European Pat. Off .

Primary Examiner—Daniel Moon
Assistant Examiner—Rodney Butler
Attorney, Agent, or Firm—Woodcock Washburn Kurtz Mackiewicz & Norris LLP

[57] ABSTRACT

An improved system and process of necking an upper end of a metallic container that will reduce the incidence of defects such as wrinkles and puckers during the necking process includes steps of performing a first stage operation to reduce a radius of said upper end by a first distance, and incrementally further reducing the radius of the upper end by performing a plurality of subsequent reduction operations on the upper end. Advantageously, step (b) is performed so that the amount of radius reduction that is applied by earlier of the subsequent reduction operations is less than the amount of radius reduction that is applied by later of the subsequent reduction operations. As a result, increases of wall thickness that occur during the subsequent reduction operations will be utilized to permit greater radial reduction in the later steps, and will ease the amount of radial reduction in the earlier steps, reducing the potential for defects such as puckering and wrinkling.

7 Claims, 3 Drawing Sheets



U.S. Patent          Mar. 10, 1998          Sheet 1 of 3          5,724,848





FIG. 3

FIG. 4



14

16

# FIG. 5

5,724,848

1

# SYSTEM AND PROCESS FOR NECKING CONTAINERS

This is a continuation of application Ser. No. 08/636,040, filed Apr. 22, 1996, now abandoned.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

This invention relates broadly to the field of metallic containers, such as the two-piece cans that are used for packaging beverages such as soft drinks and juices. More specifically, this invention relates to an improved process and system for necking metallic containers that will result in fewer defects and in more efficient manufacturing than was heretofore thought possible.

### 2. Description of the Prior Art

Two piece metal containers such as those manufactured by the assignee of this invention, Crown Cork & Seal Company, are in common use throughout the world for packing beverages and other goods. In forming a two-piece container, a metal blank is impact extruded or deep drawn to produce a cylindrical body and an integral bottom end wall. The second piece of the two-piece container consists of an end panel that is separately formed and attached to the upper end of the cylindrical body by a double seaming process.

Initially, containers manufactured according to this process had a larger outside diameter along the upper edge where the double seaming operation has been performed than the diameter of the remainder of the container. When cans such as these were placed in a multi-pack carrier, such as a so-called six-pack carton which grips the upper double seam, the package, when viewed from the end, would be slightly trapezoidal in shape. To overcome this problem, as well as to reduce the diameter of the can ends being applied in order to save material, most two-piece beverage containers are now being manufactured with a reduced diameter neck portion that is produced on the upper free edge of the integral body and bottom wall so that when a double seam is formed, the outer edges of the seam are approximately parallel or flush with the outer peripheral surface of the remainder of the can body. This provides a more compact packing of cans which in turn lowers the total shipping and storage costs. Because of the reduced cost and the pleasing esthetics of these types of containers, the demand for containers of this type is substantial and is continually increasing.

Typically, the reduction or necking process is performed incrementally by passing the open end of the can body through a number of reduction dies, each successive reduction die reforming the necked area to a slightly smaller diameter. As discussed in U.S. Pat. No. 5,355,710 to Diekhoff, the reduction increment from one die to the next was preferably kept constant throughout the entire process.

During the reduction or necking process, defects called "puckers" and other local failures can occur in the neck area. Misblends can also cause wrinkles in the neck. In the past, efforts to minimize such defects involved lessening the reduction increment from die to die (which required more operations to achieve the desired reduction), changing the clearance between the die and the support tool, and increasing the accuracy by which the can body is positioned for each step. Although such efforts have proved successful to some extent, better results are being sought. In particular, there is an need for any improvements that will decrease the number of operations that are necessary to achieve the desired reduction and not increase defects, or that will

2

reduce the number of defects when compared to systems and processes heretofore known.

## SUMMARY OF THE INVENTION

Accordingly, it is an object of the invention to provide an improved process and system for decreasing the number of operations that are necessary to achieve the desired reduction in a necking system and not increase defects, or that will reduce the number of defects when compared to systems and processes heretofore known.

In order to achieve the above and other objects of the invention, a process of incrementally necking an upper end of a metallic container that has a first radius includes, according to a first aspect of the invention, steps of die pressing the upper end of the metallic container so the upper end is reformed to a second radius, the second radius being less than the first radius by a first distance; and then die pressing the upper end of the metallic container so the upper end is reformed to a third radius that is less than the second radius by a second distance, and wherein the second distance is greater than the first distance, whereby the process is performed in steps that increase in the amount of radial reduction that is applied, rather than in equal amounts of reduction as has heretofore been conventional.

According to a second aspect of the invention, a process of incrementally necking an upper end of a metallic container includes steps of performing a first stage operation to reduce a radius of the upper end by a first distance; performing a first subsequent operation that is subsequent to the first operation to reduce the radius of the upper end by a second distance; performing a second subsequent operation that is subsequent to the first subsequent operation to reduce the radius of the upper end by a third distance; and performing a third subsequent operation that is subsequent to the second subsequent operation to reduce the radius of the upper end by a fourth distance, and wherein the third distance is larger than the second distance and the fourth distance is larger than the third distance, whereby the increments of reduction become larger as the radius of the can end becomes smaller and wall thickness increases

An improved process of necking an upper end of a metallic container that will reduce the incidence of defects such as wrinkles and puckers during the necking process, according to a third aspect of the invention steps of performing a first stage operation to reduce a radius of the upper end by a first distance; and incrementally further reducing the radius of the upper end by performing a plurality of subsequent reduction operations on the upper end, this second step being performed so that the amount of radius reduction that is applied by earlier of the subsequent reduction operations is less than the amount of radius reduction that is applied by later of the subsequent reduction operations, whereby increases of wall thickness that occur during the subsequent reduction operations will be utilized to permit greater radial reduction in the later steps, and will ease the amount of radial reduction in the earlier steps when compared to processes heretofore known or practiced.

These and various other advantages and features of novelty which characterize the invention are pointed out with particularity in the claims annexed hereto and forming a part hereof. However, for a better understanding of the invention, its advantages, and the objects obtained by its use, reference should be made to the drawings which form a further part hereof, and to the accompanying descriptive matter, in which there is illustrated and described a preferred embodiment of the invention.

5,724,848

3

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a diagrammatical depiction of a necking process that is performed according to a first embodiment of the invention;

FIG. 2 is a diagrammatical depiction of the necking process shown in FIG. 1;

FIG. 3 is a diagrammatical depiction of a necking process that is performed according to a second embodiment of the invention;

FIG. 4 is a diagrammatical depiction of the necking process shown in FIG. 3; and

FIG. 5 is a diagrammatical view of a system for performing the processes which are depicted in FIGS. 1-4.

### DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT(S)

Referring now to the drawings, wherein like reference numerals designate corresponding structure throughout the views. and referring in particular to FIGS. 1 and 2, a preferred first embodiment of a process of incrementally necking an upper end 10 of a metallic container that has a first radius $R_c$ will be performed by an otherwise conventional necking die assembly 14 on a can body 16, as is diagrammatically depicted in FIG. 5.

A process according to the invention which is performed in accordance with the embodiments of FIGS. 1 and 2 will be a nine stage process. meaning that there are nine separate stages of radial reduction that are applied to the upper end 10 of the metallic container in order to reach the desired final configuration. In the embodiment that is depicted in FIGS. 3 and 4, an eleven stage process is shown. meaning that there are eleven separate stages of reduction to achieve the desired final configuration. Common to both embodiments is the step of performing a first stage operation to reduce a radius $R_c$ of the upper end 10 of the metallic container by a first distance. in order to begin the necking process. In the embodiment of FIGS. 1 and 2, this first stage operation reduces the radius $R_c$ by a distance that is approximately 0.0410 inches. which is about 18.39% of the entire diametrical reduction that is to be visited upon the can body during the entire process. In the process that is depicted diagrammatical in FIGS. 3 and 4. the first stage will effect a radial reduction of approximately 0.0335 inches. which is about 14.89% of the total reduction that will be applied to the upper end 12 of the metallic container. As is known in the industry, the first stage operation is larger because it must form both an outer and an inner bend radius

After the first stage operation is performed, a number of incremental subsequent operations must be performed to reform the upper end 10 of the metallic container to its desired final configuration. In the embodiment that is performed as shown in FIGS. 1 and 2, this is achieved by incrementally reducing the radius of the upper end 10 by eight different operations that are given the appellations "STAGE TWO" to "STAGE NINE". In the embodiment shown in FIGS. 3 and 4, the subsequent operations, of which there ten. are labeled "STAGE TWO" through "STAGE ELEVEN".

According to one very important aspect of the invention. these subsequent reduction operations that are performed on the upper end 10 of the metallic container are categorized such that the amount of radius reduction that is applied by earlier of the subsequent reduction operations is less than the amount of radius reduction that is applied by later of the reduction operations. As a result. increases in wall thickness

4

that occur during the initial reduction operations will be utilized to permit greater radial reduction in the later steps. which will ease the amount of radial reduction that is necessary in the earlier steps to achieve a desired final configuration. This easing of the magnitude of reduction in the earlier operations reduces the likelihood of wrinkling and pucking that might otherwise occur in earlier reduction steps.

In the embodiment shown in FIGS. 1 and 2. the STAGE TWO and STAGE THREE reductions are approximately 0.0210 inches, which constitute approximately 9.42% of the total desired radial reduction. STAGE FOUR and STAGE FIVE operations in this embodiment result in a radial reduction that is, for each operation, approximately 0.0225 inches, or about 10.09% of the final desired radial reduction. The STAGE SIX and STAGE SEVEN are greater, approximately 0.0235 inches or about 10.54% of the total desired reduction. The final two stages, which are STAGES EIGHT and NINE, are given in this embodiment radial reduction values of approximately 0.0240 inches. or about 10.76% of the total radial reduction.

In the embodiment of the invention that is shown in FIGS. 3 and 4. STAGES TWO and THREE constitute a radial reduction of approximately 0.0175 inches, or about 7.78% of the total desired reduction. The THIRD and FOURTH STAGES give a radial reduction of approximately 0.0185 inches. or about 8.22% of the final desired reduction. The SIXTH and SEVENTH reduction are approximately 0.0190 inches, which is approximately 8.44% of the desired overall reduction. while the STAGE SEVEN reduction is approximately 0.0195 inches, or about 8.76% of the total desired reduction. The EIGHTH STAGE reduction is approximately 0.0200 inches, or about 8.89% of the final desired reduction, while the TENTH and ELEVENTH STAGES are each of about approximately 0.0210 inches, or about 9.33% of the total desired reduction.

Conceptually, than, it may be said that one way to express one aspect of the invention is that. after the FIRST STAGE operation is performed, a first subsequent operation is performed to reduce the radius of the upper end by a second distance, and then a second subsequent operation is performed to reduce the radius of the upper end by a third distance. A third subsequent operation is than performed subsequent to the second subsequent operation to reduce the radius of the upper end by a fourth distance, and the third distance is larger than the second distance, and the fourth distance is larger than the third distance, so that the increments of reduction become larger as the radius of the can end become smaller and wall thickness increases.

An aspect of the invention that occurs within the subsequent operation steps may be expressed as pressing the upper end of the metallic container 10 so that the upper end is preformed to a second radius that is less than an initial radius $R_c$ of the can body. This characterization of the invention would further include a step of, after the first step, by pressing the upper end of the metallic container so that the upper end is reformed to a third radius that is less than the second radius by a second distance, wherein the second distance is greater than the first distance so that the process is performed in steps that increase in the amount of radial reduction that is applied. rather than in equal amounts of reduction as as heretofore been conventional.

It is to be understood, however, that even though numerous characteristics and advantages of the present invention have been set forth in the foregoing description. together with details of the structure and function of the invention.

5,724,848

5

the disclosure is illustrative only, and changes may be made in detail, especially in matters of shape, size and arrangement of parts within the principles of the invention to the full extent indicated by the broad general meaning of the terms in which the appended claims are expressed.

What is claimed is:

1. A process of incrementally necking an upper end of a metallic container that has a first radius, comprising steps of:

(a) die pressing the upper end of the metallic container so the upper end is reformed to a second radius, the second radius being less than the first radius by a first distance; and

(b) after step (a), die pressing the upper end of the metallic container so the upper end is reformed to a third radius that is less than the second radius by a second distance, and wherein said second distance is greater than said first distance, whereby the process is performed in steps that increase in the amount of radial reduction that is applied, rather than in equal amounts of reduction as has heretofore been conventional.

2. A process according to claim 1, wherein step (a) takes place after a first stage reduction of said upper end.

3. A process according to claim 1, further comprising:

(c) after step (b), die pressing the upper end of the metallic container so that the upper end is radially reduced by a third distance that is greater than said second distance, whereby the increments of reduction become larger as the radius of the can end becomes smaller and wall thickness increases.

4. A process of incrementally necking an upper end of a metallic container, comprising steps of:

(a) performing a first stage operation to reduce a radius of said upper end by a first distance;

(b) performing a first subsequent operation that is subsequent to said first operation to reduce the radius of said upper end by a second distance;

(c) performing a second subsequent operation that is subsequent to said first subsequent operation to reduce the radius of said upper end by a third distance; and

6

(d) performing a third subsequent operation that is subsequent to said second subsequent operation to reduce the radius of said upper end by a fourth distance, and wherein said third distance is larger than said second distance and said fourth distance is larger than said third distance, whereby the increments of reduction become larger as the radius of the can end becomes smaller and wall thickness increases.

5. A process according to claim 4, wherein said process includes nine stages of radial reduction, and said second distance in step (b) represents less than about 10% of the total radial reduction that is imparted to the can end during the entire process.

6. A process according to claim 5, wherein said second distance in step (b) represents about 9.0 to about 9.8% of the total radial reduction that is imparted to the can end during the entire process.

7. An improved process of necking an upper end of a metallic container that will reduce the incidence of defects such as wrinkles and puckers during the necking process, comprising steps of:

(a) performing a first stage operation to reduce a radius of said upper end by a first distance; and

(b) incrementally further reducing the radius of the upper end by performing a plurality of subsequent reduction operations on the upper end, wherein step (b) is performed so that the amount of radius reduction that is applied by earlier of said subsequent reduction operations is less than the amount of radius reduction that is applied by later of said subsequent reduction operations, whereby increases of wall thickness that occur during the subsequent reduction operations will be utilized to permit greater radial reduction in the later steps, and will ease the amount of radial reduction in the earlier steps when compared to processes heretofore known or practiced.

*    *    *    *    *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.  : 5,724,848
DATED       : March 10, 1998
INVENTOR(S) : Aschberger

It is certified that error appears in the above-indentified patent and that said Letters Patent is hereby corrected as shown below:

Column 1, Line 65, delete "there is an need for" and insert --there is a need for-- therefor.

Column 4, Line 38, delete "Conceptually, than, it may be said" and insert --Conceptually, then, it may be said--.

Column 4, Line 44, delete "operation is than performed" and insert --operation is then performed--.

Column 4, Line 63, delete "reduction as as heretofore" and insert --reduction as has heretofore-- therefor.

Signed and Sealed this

Sixteenth Day of June, 1998

*Attest:*

Bruce Lehman

**BRUCE LEHMAN**

*Attesting Officer*          *Commissioner of Patents and Trademarks*



US005813267A

# United States Patent [19]

## Aschberger et al.

[11] Patent Number: 5,813,267

[45] Date of Patent: Sep. 29, 1998

[54] **METHODS AND APPARATUS FOR REDUCING FLANGE WIDTH VARIATIONS IN DIE NECKED CONTAINER BODIES**

[75] Inventors: Anton A. Aschberger, Downers Grove; James M. Abrahamson, Waukegan; Isaac R. Dandan, all of Ill

[73] Assignee: **Crown Cork & Seal Company, Inc.**, Philadelphia, Pa

[21] Appl. No.: 608,125

[22] Filed: Feb. 28, 1996

[51] Int. Cl.[6] .................................. B21D 51/26
[52] U.S. Cl. ................... 72/125; 72/356; 413/69
[58] Field of Search .............. 72/94, 105, 106, 72/110, 111, 125, 356; 413/69

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,797,431 | 3/1974 | Yoshimura | 113/120 AA |
| 3,812,696 | 5/1974 | Kneusel et al | 413/69 |
| 3,964,413 | 6/1976 | Saunders | 113/120 AA |
| 3,983,729 | 10/1976 | Traczyk et al | 72/43 |
| 3,995,572 | 12/1976 | Saunders | 113/120 H |
| 4,003,324 | 1/1977 | Tate et al | 413/69 |
| 4,018,176 | 4/1977 | Gnyp et al | 113/1 G |
| 4,272,977 | 6/1981 | Gombas | 72/121 |
| 4,341,103 | 7/1982 | Escallon et al | 72/70 |
| 4,392,764 | 7/1983 | Kubis et al | 413/69 |
| 4,403,493 | 9/1983 | Atkinson | 72/356 |
| 4,435,969 | 3/1984 | Nichols et al | 72/126 |
| 4,450,700 | 5/1984 | Robertson, Jr et al | 72/115 |
| 4,512,172 | 4/1985 | Abbott et al | 72/68 |
| 4,519,232 | 5/1985 | Traczyk et al | 72/133 |
| 4,557,167 | 12/1985 | Cvacho | 82/47 |
| 4,563,887 | 1/1986 | Bressan et al | 72/84 |
| 4,693,108 | 9/1987 | Traczyk et al | 72/370 |
| 4,732,027 | 3/1988 | Traczyk et al | 72/133 |
| 4,747,287 | 5/1988 | Azzaline et al | 72/125 |
| 4,760,725 | 8/1988 | Halasz | 72/84 |
| 4,774,839 | 10/1988 | Caleffi et al | 72/354 |
| 4,781,047 | 11/1988 | Bressan et al | 72/84 |
| 4,815,348 | 3/1989 | Ashbolt et al | 83/383 |
| 4,854,149 | 8/1989 | Porucznik et al | 72/352 |
| 5,138,858 | 8/1992 | Johnson et al | 72/68 |
| 5,235,839 | 8/1993 | Lee, Jr et al | 72/117 |
| 5,245,848 | 9/1993 | Lee, Jr et al | 72/84 |
| 5,249,449 | 10/1993 | Lee et al | 72/352 |
| 5,282,375 | 2/1994 | Lee, Jr et al | 72/4 |
| 5,297,414 | 3/1994 | Sainz | 72/354.6 |
| 5,349,836 | 9/1994 | Lee, Jr | 72/84 |
| 5,349,837 | 9/1994 | Halasz et al | 72/94 |
| 5,355,710 | 10/1994 | Diekhoff | 72/379.4 |
| 5,465,599 | 11/1995 | Lee, Jr | 72/94 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0 507 380 A1 | 10/1992 | European Pat. Off | |
| 0 570 005 A2 | 11/1993 | European Pat. Off | |
| 0 582 984 A1 | 2/1994 | European Pat. Off | |
| 623405 | 9/1994 | European Pat. Off | |
| 58-35028 | 3/1983 | Japan | 413/69 |
| 1212773 | 11/1970 | United Kingdom | |
| 83/02577 | 8/1983 | WIPO | 413/69 |

*Primary Examiner*—Lowell A. Larson
*Attorney, Agent, or Firm*—Woodcock Washburn Kurtz Mackiewicz & Norris LLP

[57] **ABSTRACT**

Methods and apparatus for improving the concentricity and reducing the flange width variation of a die-necked container body are disclosed. A piloted pad is inserted into the dome at the bottom of the can, either as part of the flanging operation or as part of a die necking operation, or both. The insertion of the pilot and pad orients the can body relative to the necker or flanger so that the open end of the can remains concentric with the main body diameter as forming operations progress. Preferably, when used as part of a die necker, the pusher pad connected to the pilot is spring loaded. By spring-loading the pusher pad, accidental engagement between the raised section that extends into the dome is prohibited, and each can is more readily ejected and transferred.

**20 Claims, 6 Drawing Sheets**



A82



FIG. 1

A83

U.S. Patent          Sep. 29, 1998          Sheet 2 of 6          5,813,267



FIG. 2

Case 1:05-cv-00608-MPT    Document 279-2    Filed 02/23/2007    Page 33 of 60



FIG. 3



FIG. 4



FIG. 5

A85



## FIG. 6



## FIG. 7





FIG. 10

5,813,267

1

## METHODS AND APPARATUS FOR REDUCING FLANGE WIDTH VARIATIONS IN DIE NECKED CONTAINER BODIES

The present invention relates to methods and apparatus for manufacturing containers, particularly for manufacturing aluminum drawn and ironed beverage containers. More specifically, the present invention relates to apparatus used in the flanging of the container body and in the process of reducing the diameter of the open end of a body using a technique known as die necking.

### BACKGROUND OF THE INVENTION

For many years, the beverage container industry has sought to reduce the weight and amount of metal used in drawn and ironed beverage cans (i.e., two piece cans) by reducing the diameter of the open end of the body so that a smaller diameter closure can be utilized. The closure represents a significant amount of the metal in this type of container, thus it is desirable to reduce the diameter of the closure and thereby reduce the amount of metal in the container.

There are two basic techniques used to transform the roughly cylindrical drawn and ironed can body into a semi-finished container with a tapered neck. These are generally characterized as either "spin necking" or "die necking." As their names imply, spin necking involves rotating the cylindrical container about its center line axis and applying pressure to the open end so that the diameter of the open end is reduced, while die necking involves moving the open end of the can over a series of progressive dies that gradually reduce the diameter of the open end of the can while providing a tapered smooth surface.

Examples of patents describing spin necking are U.S. Pat. No. 5,349,836—Lee, Jr. and U.S. Pat. No. 4,781,047—Bressan et al. Although spin necking can produce usable can bodies, it has been found that for a variety of reasons it is desirable to employ die necking in order to mass produce can bodies. U.S. Pat. No. 3,983,729—Traczyk et al. discloses a die necking apparatus that also creates the flange on the end of the container that is used to attach the closure to the body. U.S. Pat. No. 4,774,839—Caleffi et al generally describes a die necking operation wherein a series of turrets are used to transfer the container to each of the stages in the operation. The equipment associated with each turret has a die having a slightly different diameter and degree of taper, so that the end diameter and the shape of the neck of the can body is gradually reduced as the article is progressively advanced through the apparatus. The considerations that go into the determination of the die shapes for each stage is well known, such as that illustrated by U.S. Pat. No 5,355,710—Diekhoff. All these patents are incorporated herein by reference

Thus, the basic operation of die necking is well known. However, as there is always an effort to further reduce the end diameter of a container body, coupled with a desire to be able to produce such can bodies using high speed production equipment, certain shortcomings of the die necking process become apparent. In particular, it has been found that when container bodies are necked to a small enough diameter, conventional techniques produce a body which is not perfectly concentric with the starting can diameter, and which exhibits a great deal of dimensional variation in the area of the flange. This lack of concentricity is critical since a non-concentric opening will result in eccentric loads being created when the can is eventually filled, closed and pres-

2

surized. The moments produced by the eccentric loads will result in buckling or other failures of the container which are completely unacceptable.

As known in the art and illustrated by the above-referenced patents, flanging requires the use of small rollers to incrementally form the flange without producing split flanges. As these rollers form the flange, the can must be prevented from rotating. On the most commonly used commercial flanging machines, the can rests on a rubber pad which provides friction, however, the friction also prevents the can from aligning itself centrally with the center of the flanging roller assembly. When the can is not centered, an uneven flange is produced

Thus, it would be desirable to provide methods and apparatus wherein the concentricity of the necked portion of a container body can be controlled to within a very tight tolerance relative to the starting diameter of the can. Moreover, it would be further desirable to insure that the flange created from such a container body would similarly remain within tight dimensional tolerances It is therefore an object of the present invention to provide an apparatus for use in conjunction with a die necking apparatus that will provide a container having a reduced diameter open end, but which will remain within the required tolerances and produce a more reliable and stable neck that is able to withstand the pressures required of a container filled with carbonated beverages

### SUMMARY OF THE INVENTION

Accordingly, it has been found that objects set forth above can be achieved by a push pad and center pilot disposed within the domed bottom of the can prior to the beginning of the necking operation, and which remains against the can body during the necking operation, and thus will maintain the final diameter of the container body within specifications as to the concentricity of the container body and as to its overall dimensions To center the can, a pusher pad that has a pilot that conforms to the periphery of the domed bottom is provided by the present invention One preferred embodiment is 0.110 inches deep, but poses stripping problems A more preferred embodiment has a pilot that is 0.030 deep and three spring loaded buttons to lift the can off the pilot for smooth transfer after flanging

The cause of the problem discussed above—flange variation—is essentially caused by three controllable variables: neck concentricity, can position, and pusher wear The present invention, when applied to flanging, reduces or eliminates problems caused by can positioning The same methods and apparatus can also be applied to necking, and solve the concentricity problem described above The choice of material can eliminate the wear problem

The pusher pad of the present invention is also useful during necking operations, and operates the same way to provide the same benefits

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG 1 is an end view of apparatus used to create a flange on a can body;

FIG 2 is a crops-sectional side view, taken long line II—II of FIG 1, illustrating the engagement of the flanging apparatus and the can;

FIG 3 is an end view of a piloted flanger pusher pad made in accordance with the present invention;

FIG 4 is a cross-sectional side view, taken along line IV—IV of FIG 3, illustrating the profile of the pusher pad;

5,813,267

3

FIG. 5 is an enlarged, broken away view of the portion of FIG. 4 designated V;

FIG. 6 is an end view of a spring-loaded piloted usher pad made in accordance with the present invention;

FIG. 7 is a cross-sectional side view, taken along line VII—VII of FIG. 6, illustrating the details of the assembly;

FIG. 8 is a cross-sectioned, broken away enlarged side view of part of the second stage necking die engaging a can that has a first stage neck;

FIG. 9 is a cross-sectioned broken away enlarged side view of part of the seventh stage necking die engaging a can that has a sixth stage neck; and

FIG. 10 is a broken away and enlarged side view of the spring-loaded pusher pad illustrated in FIGS. 6–7 in operation.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

Referring now to FIG. 1 an end view of a flanging apparatus 50 is shown. The apparatus has three flanging rollers 52 that engage the open end 12 of a can body 10. Further details of the flanging apparatus 50 can be seen in the cross-section shown in FIG. 2. Although the equipment illustrated is currently used to produce flanges on cans, as explained above, flange width variation does occur and presents an on-going but as yet unsolved problem. There are a number of causes for flange width variation. These include cases where the neck is not concentric to the can body, those where the can is positioned off center, cases where the support pad is grooved, and those where there is uneven elongation due to the roller shape. Flange width variation may also be caused by the flange being distorted by the bottom reformer and by can height variation or by variations in the "thick wall" of the unreformed blank can.

Nonetheless, whatever the cause of the flange width variation, it has now been found that a significant reduction in this variation can be achieved using the methods and apparatus of the present invention. Referring simultaneously to FIGS. 3–5, a flanger push pad 100 made in accordance with the present invention is illustrated. As shown, the flanger pusher pad 100 is circular and has a recessed surface 102 and raised surface 103. FIG. 5 illustrates a preferred relationship between these two surfaces, and the connection between them. The shape of the pusher pad is chosen so that it fits closely into the dome of the can bottom 14, seen in FIG. 5. Those of skill in the art will readily adapt the concept disclosed herein to the variety of bottom profiles that are created. Although the distance between the surfaces 102,103 can be as much as 0.110 inches, this dimension poses stripping problems and a distance of 0.030 inches represents a more preferred embodiment of the present invention.

As mentioned above, the flanger pusher pad 100 of the present invention can be used cooperatively with the apparatus illustrated in FIGS. 1–2 to reduce flange width variation. As seen in FIG. 5, the surface 103 enters the domed end of the can prior to the flange rollers 52 engaging the open end of the can. The pilot hole 105 receives a clamping screw. This screw locks pusher 100 into the machine ram (not shown) and the screw is preferably hollow to allow a vacuum to pass through and pull the dome bottom 14 against surface 102. Thus, tight tolerances can be held and a vastly improved product obtained. Importantly, the insertion and withdrawal of the pusher pad 100 does not add significantly to the stroke of the press operations, while conferring the benefits noted above.

The present invention is also useful in die necking apparatus. A most preferred embodiment of the present invention

4

is illustrated in FIGS. 6–7 and 10 being used in such an application. As shown, the necker pusher pad assembly 200 is in many ways similar to that shown in FIGS. 3–5. However, the improvement in this embodiment is that the stripping problems mentioned above have now been eliminated. It should be understood, however, that either embodiment may be used with either flanging or necking apparatus. Nonetheless, the embodiment illustrated in FIGS. 6–7 and 10 represents the most preferred embodiment of the present invention and is presently the best mode known for carrying out the invention.

The necker push pad assembly 200 is comprised of a pilot section 210, seen in FIG. 7, and a spring retaining plate 220. The pilot section 210 and the spring retaining plate 220 are joined by fasteners 202. The relationship between the pilot section 210 and the spring retaining plate 220 is maintained by a series of spring-loaded pins 230 disposed around its circumference.

The spring-loaded buttons provide smooth can transfer during loading and unloading. In typical operations, the can is inserted and removed from the necking or flanging machinery in a horizontal motion, thus the protrusion of the pilot of the present invention will possibly impede this process. Although the possibility of the can becoming accidentally retained in the machinery can be reduced by the degree of chamfer between the raised and recessed surfaces of the pilot and the dimensional distance between these surfaces, further improvements can be made. The spring-loaded pusher pad seen in FIGS. 6–7 and 10 all but eliminates these problems by positively ejecting the can from the pilot. As seen in FIG. 10, the buttons are retracted by the process loads while the can is necked or flanged. However, when the process load is removed, the load provided by the spring that urges the button upwardly creates a force that also lifts the can from the pusher. Therefore, as the can slides across the pusher pad without being damaged by or becoming engaged with the transition between the two surfaces on the pusher pad.

An illustration of the necker push pad assembly 200 shown in FIGS. 7–8 in operation is shown in FIGS. 8–9. FIG. 8 illustrates one of the initial necking stages, in which a second stage necking die is engaging a can with a first stage neck. FIG. 9 illustrates one of the latter stages of the necking, showing a seventh stage die and a can with a sixth stage neck. The necking operation shown in FIGS. 8–9 is part of an eleven stage necking process where the ultimate neck produced is designated '204," i.e., the diameter is 2 inches and "04" sixteenths or 2.24. In a "204" size the neck diameter is actually 2.161 inches. This sizing system is well known in the art.

The 0.1932 inch dimension illustrates a die configuration that permits the can to enter into the second operation die by 0.193 inches before the die reaches the outside can diameter and begins to perform a centering operation. FIG. 9 illustrates that only after the seventh operation is the neck shallow enough to permit any centering. It will be understood by those of skill in the art that the die profile chosen will alter the dimensions and thus the relative positions of both the dies and related equipment and the can.

As was the case with the embodiment of the present invention directed to the flanging operation, the necking pusher pad 200 improves the accuracy and repeatability of the process of centering the can body on the necking dies.

Although certain embodiments of the present invention have been set forth above with specificity, it is to be understood that these embodiments are provided for pur-

5,813,267

5                                                          6

poses of illustrating the invention, and are not meant to limit its scope. Upon review of the foregoing specification, those of skill in the art will immediately realize that there are numerous variations, modifications and adaptations to the concepts disclosed herein that are applicable to a variety of container manufacturing equipment, as well as to a variety of container bottom profiles. Moreover, although the present invention is particularly directed to the manufacture of drawn and ironed aluminum cans, it will be understood that the present invention is not limited solely to use with these containers. Therefore, in order to fully apprehend the scope of the present invention, reference should be made to the appended claims.

What is claimed is:

1. Apparatus for deforming an open end of a container having an open end and a closed end forming an annular base, the annular base having a bottom portion and an interior portion, comprising:

   one or more deforming means adapted to be inserted into the container; and

   a pusher pad having means for centering the container with respect to the deforming means, the centering means including:

   (i) means for supporting the bottom portion of the container annular base, the supporting means including a flat surface against which the container bottom portion can rest;

   (ii) means for engaging the interior portion of the container base, the engaging means including a pilot projecting outwardly from and being surrounded by the flat surface, the pilot having inclined sides adapted to mate with the interior portion of the annular base;

   (iii) means for urging the container base into contact with the flat surface and the pilot, the urging means including means for creating a vacuum between the container base and the pusher pad.

2. The apparatus of claim 1, wherein the pusher pad comprises a substantially cylindrical structure.

3. The apparatus of claim 1, wherein the pusher pad has an outside diameter, the pilot having a diameter less than the outside diameter of the pusher pad.

4. The apparatus of claim 1, wherein the pusher pad is a substantially cylindrical structure comprising a section turned to a plurality of diameters, wherein the pusher pad cooperates with the deforming means to be withdrawn from and inserted into the bottom dome.

5. The apparatus of claim 1, wherein a height of the pilot above the flat surface is at least about 0.3 inches.

6. The apparatus of claim 1, wherein the means for creating a vacuum includes a passage extending through the pusher pad.

7. The apparatus of claim 1, wherein the deforming means comprises forming rollers.

8. Apparatus for necking an open end of a container having a bottom dome and an annular base comprising:

   one or more neck dies inserted into the container; and

   a pusher pad having a flat surface upon which the annular base of the container can rest extending from a pilot to a periphery of the pad, the pilot having a cross-sectional width at a top that is smaller than a cross-sectional width at a bottom and an inclined side upon which an interior of the annular base of the container can rest and a height that is great enough to center the container on the pad and small enough to prevent stripping during necking operations and a channel disposed within the pad through which a vacuum can be created when the container rests on the pad to hold the container on the pad when the neck dies are inserted into the container.

9. The apparatus of claim 8, wherein the pusher pad comprises a substantially cylindrical structure.

10. The apparatus of claim 8, wherein the pusher pad has an outside diameter, the pilot having a diameter less than the outside diameter of the pusher pad.

11. The apparatus of claim 8, wherein the pusher pad is a substantially cylindrical structure comprising a section turned to a plurality of diameters, wherein the pusher pad cooperates with the necking dies to be withdrawn from and inserted into the bottom dome.

12. The apparatus of claim 8, wherein the pusher pad is spring-loaded to create resistive force between the pad and the container.

13. The apparatus of claim 12, wherein the pusher pad further comprises a substantially cylindrical body and one or more spring loaded buttons.

14. The apparatus of claim 8, wherein the height of the pilot above the flat surface is at least about 0.3 inches.

15. A method of flanging a container comprising:

   providing a pusher pad having a flat surface upon which an annular base of the container can rest extending from a pilot to a periphery of the pad, the pilot having a cross-sectional width that is smaller than a cross sectional width at a bottom and an inclined side upon which an interior of the annular base can rest and a height that is great enough to center the container on the surface and small enough to prevent stripping during operation of flanging rollers;

   inserting the pilot of the pusher pad into a dome of the container;

   resting the annular base of the container on the surface;

   pressing the base of the container against the surface by drawing a vacuum through a channel disposed in the pad;

   inserting forming rollers into an open end of the container; and

   flanging the container with the rollers.

16. The method of claim 15, further comprising the step of creating a force between the container and the surface to push the container off of the surface with a spring disposed in the pad after the step of flanging.

17. The apparatus of claim 15, wherein the height of the pilot above the flat surface is at least about 0.3 inches.

18. A method of necking a container comprising:

   providing a pusher pad having a flat surface upon which an annular base of the container can rest extending from a pilot to a periphery of the pad, the pilot having a cross-sectional width that is smaller than a cross sectional width at a bottom and an inclined side upon which an interior of the annular base can rest and a height that is great enough to center the container on the surface and small enough to prevent stripping during necking;

   inserting the pilot of the pusher pad into a dome of the container;

   resting the annular base of the container on the surface;

   pressing the base of the container against the surface by drawing a vacuum through a channel disposed in the pad; and

   die necking an open end of the container.

19. The method of claim 18, further comprising the step of creating a force between the container and the surface to push the container off of the surface with a spring disposed in the pad after the step of necking.

20. The apparatus of claim 18, wherein the height of the pilot above the flat surface is at least about 0.3 inches.

*    *    *    *    *

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO. : 5,813,267

DATED : September 29, 1998

INVENTOR(S) : Cook et al.

It is certified that error appears in the above-indentified patent and that said Letters Patent is hereby corrected as shown below:

Column 2, Line 62, delete "ll-ll" and insert --II-II-- therefor.
Column 3, Line 3, delete "piloted usher pad" and insert --piloted pusher pad-- therefor.
Column 3, Line 11, delete "crass-sectioned" and insert --cross-sectioned-- therefor.

Signed and Sealed this

Sixth Day of July, 1999

Attest

Q. TODD DICKINSON

Attesting Officer

Acting Commissioner of Patents and Trademarks



US006085563A

# United States Patent [19]

## Heiberger et al.

[11] Patent Number: 6,085,563

[45] Date of Patent: Jul. 11, 2000

[54] METHOD AND APPARATUS FOR CLOSELY COUPLING MACHINES USED FOR CAN MAKING

[75] Inventors: Joseph M. Heiberger; Anton A. Aschberger, both of Downers Grove; Floyd Arnold Jones, Wheaton, all of Ill.

[73] Assignee: Crown Cork & Seal Technologies Corporation, Alsip, Ill

[21] Appl. No.: 09/177,036

[22] Filed: Oct. 22, 1998

[51] Int. Cl.[7] ............................................ B21D 43/02

[52] U.S. Cl. ....................... 72/94; 413/69; 72/405 03

[58] Field of Search .......................... 72/94, 405 03; 413/69; 198/608

[56] References Cited

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,586,175 | 6/1971 | Gauld | 214/1 |
| 3,983,729 | 10/1976 | Traczyk et al | 72/43 |
| 4,003,324 | 1/1977 | Tate et al | 113/7 R |
| 4,272,977 | 6/1981 | Gombas | 72/121 |
| 4,513,595 | 4/1985 | Cvacho | 413/69 |
| 4,519,232 | 5/1985 | Traczyk et al | 72/133 |
| 4,557,167 | 12/1985 | Cvacho | 82/47 |
| 4,760,725 | 8/1988 | Halasz | 72/84 |
| 4,774,839 | 10/1988 | Caleffi et al | 72/354 |
| 5,148,742 | 9/1992 | Stirbis et al | 101/40 |
| 5,231,926 | 8/1993 | Williams et al | 101/40 |
| 5,349,837 | 9/1994 | Halasz et al | 72/94 |
| 5,433,098 | 7/1995 | Bowlin et al | 72/117 |
| 5,467,628 | 11/1995 | Bowlin et al | 72/126 |
| 5,611,231 | 3/1997 | Marritt et al | 72/94 |
| 5,755,130 | 5/1998 | Tung et al | 72/60 |

FOREIGN PATENT DOCUMENTS

0 570 005 A2  11/1993  European Pat. Off.

Primary Examiner—Lowell A. Larson
Attorney, Agent, or Firm—Woodcock Washburn Kurtz Mackiewicz & Norris LLP

[57] ABSTRACT

A system for performing sequential operations on a can body, such as necking the open end of the can body, in which two or more machines, such as die necking machines are, are coupled by a transfer module The transfer module comprises a multi-pocket wheel that receives can bodies from a multi-pocket discharge wheel of the first necking machine and discharges them to a multi-pocket input wheel of the second die necking machine. The drive motor of one of the necking machines is eliminated, while the drive motor on the other machine is enlarged A gear on the transfer module couples the gear trains on the first and second necking machines into a common gear train. Thus, the transfer module gear train transfers power from the necking machine having the enlarged drive motor to the necking machine for which the drive motor was eliminated. This enables a single drive motor to entire drive train for both machines

2 Claims, 8 Drawing Sheets





FIG. 1
PRIOR ART



FIG. 14

U.S. Patent        Jul. 11, 2000        Sheet 2 of 8        6,085,563



FIG. 2
PRIOR ART

U.S. Patent    Jul. 11, 2000    Sheet 3 of 8    6,085,563



FIG. 3
PRIOR ART





FIG. 7



FIG. 8



FIG. 9

Case 1:05-cv-00608-MPT     Document 279-2     Filed 02/23/2007     Page 47 of 60



FIG. 10



FIG. 11

A99



FIG. 12



FIG. 13

A101

6,085,563

1

## METHOD AND APPARATUS FOR CLOSELY COUPLING MACHINES USED FOR CAN MAKING

### FIELD OF THE INVENTION

The current invention is directed to a method and apparatus for closely coupling machines, such as multi-stage necking machines, used to perform successive operations on cans

### BACKGROUND OF THE INVENTION

Two piece cans are conventionally used to package beverages, such as beer and carbonated soft drinks Such cans are often made from aluminum and are formed by attaching a circular lid to a generally cylindrical can body formed by a drawing and ironing process. Typically, the diameter of the open end of the can body is reduced prior to attaching the lid in order to enable reducing the diameter of the lid The reduction in the diameter of the can end is accomplished in a series of operations referred to as "necking."

In order to avoid wrinkling or otherwise undesirably distorting the can end, necking is performed in a number of incremental steps, with the diameter of the open end being reduced only slightly in each step FIG. 1 shows the open end 3 of a can body 2 as it undergoes successive necking operations Although, for simplicity, only three discrete necking operations are shown in FIG 1, it should be appreciated that a larger number necking operations will frequently be utilized. A variety of methods have been employed to perform the necking operation In one approach, referred to as die necking and disclosed in U.S Pat No. 5,755,130 (Tung et al.); U.S Pat. No. 4,519,232 (Traczyk et al.) and U.S Pat No. 4,774,839 (Caleffi et al.), each of which is hereby incorporated by reference in its entirety, the open end of the can body is forced into a die having an inwardly tapered surface that permanently deforms the metal inward Another approach, referred to as "spin necking," involves reducing the can end diameter by pressing the can end against a rotating tool

A variety of machines have been developed for necking can ends. One such machine 6, which employs a die necking process, is shown in FIGS. 2–5 Such machines are available from Belvac Production Machinery of Lynchburg, Va , as model 595 6N/8. As shown best in FIGS 1 and 2, such machines typically comprise a plurality of modules, designated 11, 17, 19, and 21, attached to a unitary base 5 An input chute 8 directs the can bodies 2 to an input module 11—specifically, to one of the pockets of a multi-pocket input feed wheel 10 that forms a portion of the input module The input feed wheel 10 is constructed similar to the intermediate wheels 18, discussed below, except that its pockets have a saw tooth geometry that aids in picking cans from the input chute 8 The input feed wheel 10 carries the can body counterclockwise, when viewed from the front, approximately and deposits it into a first necking module 17—specifically, into one of the pockets of a multi-pocket rotary necking station 16 that forms a portion of the necking module

Using techniques well known in the art, in the necking station 16, the open end of the can body 2 is brought into contact with a die so as to reduce its diameter slightly, as previously discussed The rotary necking station 16 carries the partially necked can body clockwise and deposits it into a first intermediate module 19—specifically to one of the pockets of a multi-pocket intermediate wheel 18 that forms

2

a portion of the intermediate module As discussed further below, the intermediate wheel 18 carries the can body counterclockwise and deposits it into one of the pockets of the next multi-pocket rotary necking station 16, which further reduces the diameter of the can end Thus, a intermediate wheel 18 is disposed between each pair of necking stations 16 and carries the can body from the each necking station to the next down stream necking station. The necking process is repeated in each necking station 16 of the machine 2 so as to gradually reduce the diameter of the can end 3. As many as nine necking stations 16 may be incorporated into a single machine 2

As shown in FIG. 3, each intermediate module 19 comprises a base plate 64 that supports a bearing housing 60 and rear support plate 62 that, in turn, support the drive shaft 32 for the intermediate module The drive shaft 32 is driven by a gear 24, affixed to its rear end, as discussed further below The shaft 32 has a hub 90 at its front end that supports the intermediate wheel 18 As previously discussed, the intermediate wheel 18 has a plurality of pockets 56 formed on its rim 94. Circumferentially extending front and rear stationary plates 92 and 93, respectively, project outward from the hub 90 and extend to just below the rotating rim 94 so as to form an annular passage 95 A pair of baffles (not shown) divide the annular passage into upper and lower halves 95' and 95", respectively.

Piping 88 conveys suction 99 from a vacuum source 84 to a valve 86

A manifold 87 directs the suction from the valve 86 to the lower portion 95" of the annular passage via openings 97 in the lower half of plate 93. From the lower portion 95" of the annular passage, the suction 99 is directed to each of the pockets 56 in the lower half of the wheel 18 via the vacuum ports 58 The upper portion 95' of the annular passage is vented to atmosphere via an opening 96 in the upper half of plate 93 Thus, suction 99 is applied to the pockets 56 as they rotate counterclockwise past the lower portion 95" of the annular passage and is released as they rotate past the upper portion 95' of the annular passage—that is, suction is applied to each of the pockets 56 from about the 3 o'clock location, at which time the they receive a can body 2 from the upstream necking module 17, to about the 9 o'clock location, at which time they discharge the can body to the downstream necking module

A set of upper and lower guide plates 66 and 70, respectively, are located in front of the intermediate wheel 18 In addition, another set of upper and lower guide plates 68 and 72 are located behind the transfer wheel. The guide plates are supported from a bracket 78 by spacers 74, 76, 80 and 82 The guide plates ensure that the can bodies maintain their position along the flow path formed by the intermediate wheel 18

Returning to FIG. 2, the last necking module 16 deposits the can body 2 to a discharge module 21—specifically to one of the pockets in a discharge wheel 20 that forms a portion of the discharge module The discharge wheel 20, which is constructed similar to the intermediate wheels 18, carries the can body counterclockwise and deposits it into a discharge chute 22 Although the can body 2 is carried circumferentially by the wheels 10, 18 and 20 and necking stations 16, the general flow path of the can body through the machine is along a linear, horizontally oriented path from left to right as viewed in FIG 2

The input feed module 10 and the discharge module 21 each employ a suction system for retaining and releasing can bodies of the type describe above with reference to the intermediate module 19

6,085,563

3

As shown in FIGS 4 and 5, the input feed wheel 10, intermediate wheels 18, and discharge wheel 20 are each driven by a shaft 31 that is, in turn, driven by a gear 24 The necking stations 16 are also driven by a shaft 34 driven by a gear 24. The gears 24 are indexed and meshed so that the pockets of one component are in registration with the pockets of the adjacent components One of the gears 24' is driven through a gear box 26 by a motor 28 using a belt drive 30. The gear 24' then drives the two immediately adjacent gears 24, which, in turn, drive the next gears, and so on Thus, the gear train for the necking machine comprises a row of gears each of which engages the adjacent gear As shown in FIGS 4 and 5, the gear 24' that is driven directly the gear box is part of the intermediate module 19' is located in the center of the machine

In order to fully neck the can body 2, it is generally necessary to perform more than the eight or nine necking operations available in conventional necking machines of the type shown in FIGS 2–5 In the past, additional necking operations were performed by connecting two necking machines via a conveyor 40, as shown in FIG. 6, so that the second machine was downstream of the first machine and received partially necked can bodies from the first machine The second machine then performed further necking operations on the can end

Unfortunately, use of the conveyor 40 to couple the necking machines 6 has several drawbacks, including damage to the cans during conveyance and jamming of the cans in the conveyor, which requires a stoppage of the machines.

Also, since the conveyor mixes the can from each necker, all of the components must be checked when a problem is detected in a can from one of the neckers.

Consequently, it would be desirable to provide a method and apparatus for reliably transferring can bodies between two machines that perform operations sequentially on can bodies

SUMMARY OF THE INVENTION

It is an object of the current invention to provide a method and apparatus for reliably transferring can bodies between two machines that perform operations sequentially on can bodies This and other objects is accomplished in a system for successively performing operations on a can in a plurality of discrete steps, comprising a first machine for performing a first portion of the operations on the can and a second machine for performing a second portion of the operations

The first machine comprises first rotating means for performing at least one of the operations on the can, such as necking operations, so as to produce a partially operated upon can, and a first gear train driving the first rotating operation performing means The first machine may also comprise an input feed wheel and a discharge wheel. The first gear train preferably includes a first gear that drives the discharge wheel of the first machine

The second machine comprises second rotating means for performing at least a second of the operations on the can, such as an additional necking operation, so as to produce a further operated upon can, and a second gear train driving the second rotating operation performing means The second machine may also comprise an input feed wheel and a discharge wheel. The second gear train preferably includes a second gear that drives the input wheel of the second machine

The system also includes a transfer means for (i) transferring the partially operated upon can from the first

4

machine to the second machine, (ii) transferring power between the first and second gear trains, and (iii) synchronizing the operation of the first and second rotating operating performing means The transfer means preferably includes a transfer wheel and a third gear. The transfer wheel is located to receive the partially operated upon can from the discharge wheel of the first machine and to deliver the can to the input feed wheel of the second machine The transfer wheel is driven by the third gear, while the third gear drives one of the first and second gears and is driven by the other one of the first and second gears

BRIEF DESCRIPTION OF THE DRAWINGS

FIG 1 is a schematic view of the open end of a can after each successive necking operation according to the prior art

FIG 2 is a front view of a machine for necking can ends according to the prior art, with some of the guide plates removed for clarity

FIG 3 is a longitudinal cross-section through the intermediate module shown in FIG 2 taken along line III—III shown in FIG. 2

FIG 4 is a top view, partially schematic, of the necking machine shown in FIG 2 according to the prior art

FIG 5 is a rear view, partially schematic, of the necking machine shown in FIG 2 according to the prior art

FIG 6 is a front view, partially schematic, of a system for necking can ends, as shown in FIG 1, employing two necking machines of the type shown in FIGS 2–5 that are connected by a conveyor according to the prior art

FIG 7 is a front view, partially schematic, of a system for necking can ends employing two necking machines closely coupled by a transition module according to the current invention.

FIG 8 is a top view, partially schematic, of the necking system shown in FIG 7 according to the current invention

FIG 9 is a rear view, partially schematic, of the necking system shown in FIGS 7 and 8 according to the current invention

FIG 10 is a detailed front view of the necking system shown in FIG 7 in the vicinity of the transition module according to the current invention, with some of the guide plates removed for clarity

FIG 11 is a detailed rear view of the necking system shown in FIG 7 in the vicinity of the transition module according to the current invention

FIG 12 is a detailed top view of the necking system shown in FIG 7 in the vicinity of the transition module according to the current invention.

FIG 13 is a longitudinal cross-section through the transition module shown in FIGS 7–12 taken along line XIII—XIII shown in FIG 12

FIG 14 is a transverse cross-section through the transition module shown in FIGS 7–13 taken along line XIV—XIV shown in FIG 13

DESCRIPTION OF THE PREFERRED EMBODIMENT

A system 50 for necking can ends according to the current invention is shown in FIGS 7–9 The system 50 comprises upstream and downstream necking machines 6' and 6" that are substantially the same as the necking machine 6 described above except for certain modifications discussed below. According to the current invention, the necking machines 6' and 6" are directly and closely coupled by a

6,085,563

| 5 | 6 |

transfer module 52 As discussed in detail below, the transfer module 52 (i) transfers partially necked can bodies 2 from the first machine 6' to the second machine 6" for completion of the necking operation, (ii) transfers power from the gear train of one machine to the gear train of the other machine, and (iii) synchronizes the rotation of the two machines

For simplicity, each of the necking machines 6' and 6" shown in FIGS 7–9 has been depicted as having four necking stations 16 However, the necking machines 6' and 6" will often have more than four necking stations 16 and, in fact, as previously discussed, according to current practice, as many as nine necking stations may be incorporated into each necking machine

As shown in FIGS 7–10, the first necking machine 6' has been modified by (i) removing the discharge chute 22, and (ii) replacing the motor 28 with a larger motor 28' The second necking machine 6" has been modified by (i) replacing the input feed wheel 10 with an input feed wheel 10', which is substantially identical to the intermediate wheel 18, and (ii) eliminating the motor 28, gear box 26 and associated components In addition, any piping or electrical conduits in the area to be occupied by the transfer module 52 must be relocated

The structure of transfer module 52 is similar to that of the intermediate modules 18, discussed above, except for certain important differences, discussed immediately below As shown best in FIGS 13 and 14, three circumferentially extending stationary plates—a rear plate 100, a front plate 104, and an intermediate plate 102—extend from the hub 90 to just below the periphery 94 of a rotary transfer wheel 54 The rear and intermediate plates 100 and 102, respectively, form a rear annular chamber 106 that is in flow communication with the vacuum ports 58 formed in the pockets 56

Baffles 112 and 114 extending between the rear and intermediate plates 100 and 102 divide the rear annular chamber 106 into upper and lower halves 106' and 106", respectively The intermediate and front plates 102 and 104, respectively, form a front annular chamber 108 Openings 111 in the upper portion of intermediate plate 102 place the upper portion 106' of the rear annular chamber into flow communication with the front annular chamber 108 An opening 110 in the lower portion of the intermediate plate 102 places the front annular chamber 108 into flow communication with the vacuum manifold 87', which extends through the lower portion 106" of the rear annular passage Thus, the front annular chamber 108 serves as a passage between the upper portion 106' of the rear annular chamber and the vacuum manifold 87 An opening 118 in the rear plate 100 vents the lower portion 106" of the rear annular chamber to atmosphere

As shown best in FIG 14, in operation, the transfer wheel 54 -which rotates in an opposite direction from the intermediate wheels 18, the input feed wheels 10, 10' and discharge wheel 20—receives partially necked can bodies 2 from the pockets of the discharge wheel 20 of the upstream necking machine 6' and delivers them into the pockets of the input feed wheel 10' of the downstream necking machine 6" Specifically, as the transfer wheel 54 rotates clockwise, the pockets 56 are successively conveyed past the baffle 112 from the lower portion 106" of the rear annular chamber to the upper portion 106' When this happens, a suction 99' is applied to the pockets 56 via a flow path formed between the holes 58 in the rim 94 and the vacuum manifold 87' This flow path is formed by the upper portion 106' of the rear annular chamber, the holes 110 and 111 in the intermediate plate 102, and the front annular chamber 108

When the pockets 56 rotate sufficiently far to pass the baffle 114 and reach the lower portion 106" of the rear annular chamber, which is vented to atmosphere, the suction 99' is released Thus, suction 99' is applied to the pockets 56 as they rotate past the upper portion of the transfer module 52 and is released as they rotate past the lower portion—that is, suction is applied to each of the pockets 56 from about the 9 o'clock location, at which time they receive a can body 2 from the upstream discharge module 20, to about the 2:30 o'clock location, at which time they discharge the can body to the input wheel 10' of the downstream necking module

As shown in FIG 12, a gear 25 is formed on the shaft 32 of the transfer module 52 and drives the rotation of the transfer wheel 54 As shown in FIGS 9, 11 and 12, the transfer module drive gear 25 meshes with and is indexed with the gear 24 for the discharge module 21 of the upstream necking machine 6' as well as the gear 24 for the feed module 11' of the down stream necking machine 6' Thus, the gear 25 serves to synchronize the two machines—causing the two machines to operate at the same speed and the pockets 56 of the transfer wheel 54 to be in registration with the pockets of both the discharge wheel 20 of the upstream machine 6' and the input feed wheel 10' of downstream machine 6", for example, by aligning timing marks when the module 54 is coupled to the two necking machines

As previously discussed, according to the current invention, the motor and gear box for one of the necking machines is eliminated when the machines are coupled Although as shown in the drawings, the motor and gear box for second necking machine 6" has been eliminated, the invention could be practiced by eliminating the motor and gear box for the first necking machine 6' instead In any event, according to the current invention, both necking machines 6' and 6" are driven by a single motor 28' that is, preferably, of larger capacity that the motor 28 conventionally used As shown best in FIGS 8 and 11, the drive gear 25 for the transfer module 52 essentially integrates the gear trains of the two machines into a common gear train driven by a single motor 28' and gear box 26' Although as shown in FIG 8, the motor 28' drives the gear 24' for the central intermediate module 17 of the first necking machine 6', it could be connected so as to drive any of the other gears 24, 25 within the common gear train

The incorporation of the drive gear 25 for the transfer module 52 into the gear train for the machines 6' and 6" according to the current invention allows the transfer module to not only transfer can bodies between the two necking machines, but also to both transfer power from one machine to the other and synchronize one machine to the other This arrangement allows precise timing of the two machines to ensure proper registration of the pockets and a smooth and continuous flow of can bodies through the system

Thus, a succession of necking operations greater than that permitted on a single necking machine can be performed, without the drawbacks associated with the use of conventional conveyor systems, by closely and directly coupling two necking machines according to the current invention Coupling two necking machines of type discussed above permits a total of as many as eighteen or more successive necking operations to be preformed on the can bodies In the event that a somewhat lesser number of necking operations are required—for example, twelve operations—some of the necking stations 16 in one or both of the machines 6' and 6" could be replaced by conventional intermediate modules 17, as is well known in the prior art

Many variations in the invention described above will be apparent to one skilled in the art armed with the teachings of

6,085,563

7

the current invention For example, although the invention has been described with reference to coupling necking machines, each of which comprises a number of modules attached to a unitary base 5, the invention could also be practiced by coupling two or more necking machines one or both of which was comprised of a number of discrete modules, each having its own base and joined together into a single machine

Moreover, although the invention has been described with reference to coupling two complete, existing necking machines, the invention could also be practiced by coupling one or more discrete necking modules to an existing necking machine Further, although the invention has been described in detail with reference to coupling multi-stage die necking machines, the invention could also be practiced by coupling multi-stage spin necking machines or other machines that sequentially operate on a can body, such as flanging machines The invention could also be practiced by coupling two machines that perform different types of operations on the can, such as a necking machine and a flanging machine Moreover, although the invention has been described by reference to coupling two machines together, the invention could also be practiced by coupling three or more machines together in sequential fashion Consequently, the present invention may be embodied in other specific forms without departing from the spirit or essential attributes thereof and, accordingly, reference should be made to the appended claims, rather than to the foregoing specification, as indicating the scope of the invention

What is claimed:

1 A method for directly coupling first and second necking machines for successively reducing the diameter of the end of a can in a plurality of discrete operations, said first necking machine comprising (i) a plurality of first necking modules for partially reducing said diameter of said can end, (ii) a discharge wheel for discharging said partially necked can, (iii) a first motor and (iv) a first gear train driven by said first motor, said first gear train comprising a first gear driving said discharge wheel, said second necking machine comprising (i) an input feed wheel for receiving said partially necked can, (ii) a plurality of second necking modules for further reducing said diameter of said can end, (iii) a second motor, and (iv) a second gear train driven by said second motor, said second gear train comprising a second gear driving said input feed wheel, said coupling method comprising the steps of:

a) installing a transfer wheel between said discharge wheel of said first necking machine and said input feed

8

wheel of said second necking machine so that said transfer wheel receives said partially necked cans from said discharge wheel and delivers said cans to said input feed wheel;

b) installing a third gear so as to mesh with said first and second gears, said third gear driving said transfer wheel, whereby one of said first and second gear trains drives the other of said gear trains; and

c) eliminating at least one of said motors so that only one motor drives said first and second gear trains, whereby said one motor drives one of said first and second gear trains which drives said third gear which drives the other of said gear trains

2 A method for directly coupling first and second machines for successively performing operations on a can in a plurality of discrete operations, said first machine comprising (i) a plurality of first modules for performing at least a first operation on said can so as to produce a partially operated upon can, (ii) a discharge wheel for discharging said partially operated upon can, (iii) a first motor, and (iv) a first gear train driven by said first motor, said first gear train comprising a first gear driving said discharge wheel, said second machine comprising (i) an input feed wheel for receiving said partially operated upon can, (ii) a plurality of second modules for performing at least a second operation on said can, (iii) a second motor, and (iv) a second gear train driven by said second motor, said second gear train comprising a second gear driving said input feed wheel, said coupling method comprising the steps of:

a) installing a transfer wheel between said discharge wheel of said first machine and said input feed wheel of said second machine so that said transfer wheel receives said partially operated upon cans from said discharge wheel and delivers said cans to said input feed wheel;

b) installing a third gear so as to mesh with said first and second gears, said third gear driving said transfer wheel, whereby one of said first and second gear trains drives the other of said gear trains; and

c) eliminating at least one of said motors so that only one motor drives said first and second gear trains whereby said one motor drives one of said first and second gear trains which drives said third gear which drives the other of said gear trains

*   *   *   *   *



US006094961A

# United States Patent [19]

Aschberger

[11] Patent Number: 6,094,961

[45] Date of Patent: Aug. 1, 2000

[54] **APPARATUS AND METHOD FOR NECKING CONTAINER ENDS**

[75] Inventor: Anton A. Aschberger, Downers Grove, Ill

[73] Assignee: Crown Cork & Seal Technologies Corporation, Alsip, Ill

[21] Appl. No.: 09/241,481

[22] Filed: Feb. 1, 1999

[51] Int. Cl.[7] ............................................ B21D 41/04
[52] U.S. Cl. ...................... 72/352; 72/370 02; 413/69
[58] Field of Search .......................... 72/39, 352, 354 6, 72/354 8, 356, 370 02, 463; 413/69

[56] **References Cited**

U S PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,468,153 | 9/1969 | Patarini et al. | 72/370 02 |
| 3,581,542 | 6/1971 | Wahler et al | 72/354 6 |
| 3,586,175 | 6/1971 | Gauld | 214/1 |
| 3,812,696 | 5/1974 | Kneusel et al | 72/352 |
| 3,869,893 | 3/1975 | Plaister et al. | 72/39 |
| 3,983,729 | 10/1976 | Traczyk et al | 72/43 |
| 4,003,324 | 1/1977 | Tate et al | 113/7 R |
| 4,272,977 | 6/1981 | Gombas | 72/121 |
| 4,362,254 | 12/1982 | Roth et al | 220/307 |
| 4,442,693 | 4/1984 | Walter et al | 72/354 |
| 4,513,595 | 4/1985 | Cvacho | 413/69 |
| 4,519,232 | 5/1985 | Traczyk et al | 72/133 |
| 4,557,167 | 12/1985 | Cvacho | 82/47 |
| 4,760,725 | 8/1988 | Halasz | 72/84 |
| 4,774,839 | 10/1988 | Caleffi et al | 72/354 |

| | | | |
|---|---|---|---|
| 5,148,742 | 9/1992 | Stirbis et al | 101/40 |
| 5,231,926 | 8/1993 | Williams et al | 101/40 |
| 5,282,375 | 2/1994 | Lee, Jr et al | 72/4 |
| 5,349,837 | 9/1994 | Halasz et al | 72/94 |
| 5,355,710 | 10/1994 | Diekhoff | 72/379 4 |
| 5,433,098 | 7/1995 | Bowlin et al | 72/117 |
| 5,467,628 | 11/1995 | Bowlin et al | 72/126 |
| 5,497,900 | 3/1996 | Caleffi et al | 220/656 |
| 5,724,848 | 3/1998 | Aschberger | 72/356 |
| 5,813,267 | 9/1998 | Aschberger et al | 72/125 |

FOREIGN PATENT DOCUMENTS

0 570 005 A2  11/1993   European Pat. Off

*Primary Examiner*—Lowell A. Larson
*Attorney, Agent, or Firm*—Woodcock Washburn Kurtz Mackiewicz & Norris LLP

[57] **ABSTRACT**

A container necking tool, and corresponding method, for necking an aluminum beverage can is disclosed that includes a punch sleeve that is longitudinally fixed in relation to a necking die The sleeve and die form a gap therebetween, into which a pusher assembly pushes the container to produce the neck on a necking contour surface The necking tool also includes a punch body that has a longitudinal air passage therethrough A plenum is formed between the punch body and sleeve to angularly distribute compressed air around the sleeve Compressed air pressurizes the container during necking stage, and is diverted to the gap while the can is disengaged from the necking tool to keep the gap clean of debris

17 Claims, 8 Drawing Sheets



U.S. Patent          Aug. 1, 2000      Sheet 1 of 8          6,094,961



FIG. 1

U.S. Patent          Aug. 1, 2000     Sheet 2 of 8          6,094,961



FIG. 2

A108



FIG. 3



FIG. 4



FIG. 5A



FIG. 5B

A111

U.S. Patent     Aug. 1, 2000     Sheet 6 of 8     6,094,961



FIG. 6A



FIG. 6B