Case 1:05-cv-00608-MPT    Document 279-3    Filed 02/23/2007    Page 1 of 61



FIG. 7

A113



FIG. 8

FIG. 9

6,094,961

1

## APPARATUS AND METHOD FOR NECKING CONTAINER ENDS

### FIELD OF THE INVENTION

The present invention relates to machinery and methods for metal manufacturing, and more particularly to machinery and methods for manufacturing aluminum beverage containers, and even more particularly to necking an open end of aluminum beverage containers.

### BACKGROUND OF THE INVENTION

The beverage container manufacturing industry has, for many years, sought to reduce the weight and amount of metal used in two piece beverage cans. A manifestation of this trend is cans having tapered necks There are two basic techniques used to transform a roughly cylindrical drawn and ironed can body into a semi-finished container with a tapered neck: spin necking and die necking. Spin necking involves rotating the cylindrical container about its center-line axis and applying pressure to the open end to reduce its diameter. Die necking involves moving the open end of the can over a series of progressive dies that gradually reduce its diameter while providing a tapered smooth surface.

A conventional die necking operation utilizes a stationary, circular die that surrounds a longitudinally translatable center ring (also referred to as a punch or a support ring) At the beginning of each necking stage, an exposed, accessible lower end of the center ring is stationary in an initially extended position relative to the stationary die until a pusher mechanism pushes a can (open end first) toward the die and over the center ring. After the can engages the center ring, the center ring and can retract within the die, which remains stationary, to form a neck shape of the can. The can and center ring reverse direction, and the can is disengaged from the die and center ring to constitute one stage of the necking operation. Conventional necking operations employ several necking stages

For examples of die necking, U.S. Pat. No. 3,983,729 (Traczyk) discloses a die necking apparatus that also creates a flange on the end of the container that is used to attach the closure to the body. U S Pat No. 4,774,839 (Caleffi et al.) generally describes a die necking operation wherein a series of turrets are used to transfer the container to each stage. Each turret has a a die having a slightly different diameter and degree of taper so that the end diameter and shape of the neck are progressively reduced. Many considerations that go into the determination of the die shapes for each stage are well known, such as those illustrated in U S Pat No 5,355,710 (Diekhoff) Each of the three patents listed above are incorporated herein by reference in their entireties.

The necking tooling, specifically the center ring, may be driven upward either by a constant motion cam or a differential motion cam A constant motion cam retracts (that is, moves upward within the die), the center ring at a rate that matches the rate at which the container moves (both relative to the stationary die) such that, after the container engages the center ring, there is no differential longitudinal movement between the center ring and the can A differential motion cam retracts the center ring at a greater rate than that of the container such that the friction force between the center ring and the container helps to draw the can into the die. Therefore, a differential motion cam requires less force to be transmitted by the pusher. However, for both the constant motion and differential motion cams, the wear associated with the moving parts in the ram requires maintenance and equipment down-time at regular intervals.

2

The center ring floats with respect to the stationary die (in conventional motion tooling) because of clearance between the upper ram and its supports A small amount of float in some circumstances may be beneficial to enable the tooling to accept cans that are slightly misaligned with respect to the center ring and to accommodate container ovality or variations in container wall thickness, which can be a result of the wall ironing process or prior necking stage However, in either constant motion or differential motion cams, the float between the center ring and the die typically may be up to 0.012 (twelve thousandths) inch (0.305 mm) maximum amplitude in part because the clearances between the ram and its supports Such a large degree of float, which increases with the wear of the ram and its sliding support, may allow the center ring to pinch the container against the die and may cause disuniform thickness of the neck Further, the motion of the center ring may cause it to contact the die and may transfer lubricant to the inside of the can, which has obvious detrimental consequences

### SUMMARY OF THE PRESENT INVENTION

It is a goal of the present invention to provide an apparatus and method for necking an open end of a beverage container that enhances the reliability and reduces the maintenance associated with the necking operation by minimizing wear, while diminishing the negative effects of center ring float It is a further goal to improve the effectiveness of the necking operation.

A container necking tool is provided that includes a necking die having a necking contour surface formed on an inside surface thereof for radially necking an open end of a container; a punch sleeve disposed inside of the necking die and longitudinally fixed relative to the necking die; and a container pusher spaced apart from the necking contour surface. The pusher has a container support platform that pushes an open end of a container into the necking die to radially inwardly neck the container

The necking die (especially the first stage) may also have a slope surface disposed on a lower portion of the necking die for aligning the container as the container is pushed into the necking die. The punch sleeve and necking die form a substantially annular gap therebetween for receiving a sidewall on the container therein. Preferably, a punch body is removably coupled to the punch sleeve The punch body has an outer diameter that is referenced to an inside surface of the necking die Because the punch sleeve may be concentrically coupled to the punch body, the punch sleeve may be accurately and repeatably aligned with the die

The punch body forms a longitudinal bore therethrough that forms a compressed air passage to channel compressed air from a main compressed air passage to a plenum disposed in the necking tool The compressed air pressurizes the container during the necking operation to stiffen the sidewall during necking and to disengage the container from the center ring after necking The punch sleeve extends past a narrow portion of the gap formed between the sleeve and necking die such that the container disengages from the die before it disengages from the sleeve. During this period, as well as during the actual necking, the compressed air is diverted through the gap formed between the sleeve and the die to keep the gap clean of debris, which may prevent defects in subsequent cans

A method is also provided that includes the steps of positioning a container relative to a first necking die and a first punch sleeve; producing relative longitudinal movement of the container toward the first necking die to engage

A115

6,094,961

3

the external surface of a portion of the open end of the container with the first necking die at an angle to deform the sidewall radially inward; maintaining a fixed position of the first necking die relative to the first punch sleeve during the relative movement of the container toward the first necking die; and producing relative longitudinal movement of the container away from the first necking die to disengage the container from the first necking die. The method may include the step of pressurizing an interior chamber of the container. Further, the container may disengage from the die before disengaging from the sleeve, which encourages compressed air to flow through the gap formed between the sleeve and the die to keep the gap clean of debris.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a cross sectional view of an embodiment of the present invention;

FIG. 2 is an enlarged view of a portion of the embodiment shown in FIG. 1;

FIG. 3 is an enlarged cross sectional view of a portion of the necking die shown in FIG. 1;

FIG. 4 is an enlarged cross sectional view of a portion of a punch sleeve that is shown in FIG. 1;

FIG. 5A is an enlarged end view of a punch body that is shown in FIG. 1;

FIG. 5B is a cross sectional view taken along line 5B—5B in FIG. 5A;

FIG. 6A is an enlarged end view of a retaining bolt that is shown in FIG. 1;

FIG. 6B is a cross sectional view taken along line 6B—6B in FIG. 6A

FIG. 7 is an enlarged schematic view of a portion of the tooling according to the present invention;

FIG. 8 is a schematic view of a die and a portion of a punch sleeve according to the present invention showing the container in a necking stage; and

FIG. 9 is a schematic view of another die and another portion of a punch sleeve according to the present invention showing the container in a necking stage subsequent to the stage shown in FIG. 8

DETAILED DESCRIPTION OF A PREFERRED EMBODIMENT

Referring to FIGS. 1 and 2, which show the assembled components to illustrate an embodiment of the present invention, a necking tool 10 includes a pusher subassembly 76 and an opposing upper forming or necking assembly 12 Necking assembly 12 includes a die 14, a punch sleeve 32, a punch body 44, an upper frame 54, and a retaining bolt 60 The components define a longitudinal centerline C A can or container 5, which is the work piece for necking tool 10, is disposed between pusher assembly 76 and necking assembly 12 Container 5 includes a base 6, a sidewall 7, and a lip 9 formed at the end of an open end 8, which is opposite the base 6 Container 5 is in the stage of manufacturing before a lid is fixed thereto

The discussion will provide dimensional information of the components, especially the dimensions and tolerances relating to the components that enable accurate positioning of punch sleeve 32 relative to die 14, to illustrate a particular embodiment of the present invention These dimensions are for illustrative purposes, and the present invention is not limited to the particular embodiments having the dimensions disclosed herein Further, the dimensions provided herein

4

are for a die that is employed as the first stage of a multi-stage necking process, as will be clear to persons familiar with such necking processes

FIG. 3 shows a cross sectional profile of the necking die 14. Referring to FIGS. 1, 2, and 3, necking die 14 includes a die nose 16 disposed on its lower tip that yields to a slope portion 18 on its inside surface. Slope surface 18 preferably forms an angle A1 with the longitudinal axis (which is parallel to centerline C shown in FIG. 1) of approximately 15°. As best shown in FIG. 3, slope portion 18 smoothly yields to a necking contour surface 20 that has two opposite arcuate segments that define radii of curvature R1 and R2, the values of which are determined to provide a desired necking configuration as will be understood by persons familiar with necking operations

Referring particularly to FIG. 3, an inside diameter D1 of die 14 at the lower end of the contour surface 20 near radius R2 preferably is approximately 2 6075" (6 623 cm) This value of diameter D1 is exemplary, and may be based on the outer diameter of the container to be necked. Contour surface 20 preferably smoothly yields to interior surface 22, which defines an inner diameter D2 at the upper end of radius R2. Interior surface 22 preferably has two concentric bores: a diameter D2 in the necking region that is 2.530" +/−0.001" (6 426 cm +/−0.0254 mm) and a diameter D3 at the non-working (upper) end that is 2.534" +0.001/−0.000" (6.436 cm +/−0.0254 mm) The portion surface 22 that has bore D2 is approximately 0.1" (2.54 mm) long An undercut portion 24 is at the back or upper end of die 14 An outer flange 26 rises from undercut 24 Outer flange 26 has chamfers on each side. Die 14 is preferably formed of a single piece of abrasion-resistant steel, such as hardened steel

Slope portion 18 of die 14 may help guide container 5 during the necking process (that is, during the up-stroke of the pusher), which is especially beneficial for a can top that is out-of-round or that has a varying wall thickness about its circumference Therefore, the configuration described with respect slope portion 18 to FIG. 3 is best suited to the first necking stage of a multi-stage necking operation Subsequent necking stages may not require such a slope portion

FIG. 4 shows a cross sectional profile of the punch sleeve 32 Referring to FIGS. 1, 2, and 4, punch sleeve 32 forms an annulus having a punch nose 34 and an undercut groove 36 formed on the lower, inside surface of punch sleeve 32 A flat front face 35 is formed between punch nose 34 and groove 36. A flat rear surface 37 is opposite front face 35

Sleeve 32 forms a substantially cylindrical outer surface 38 and an inner surface 40, which define diameters D4 and D5, respectively. Values for diameters D4 and D5 are discussed below Surfaces 38 and 40 form a 45 degree chamfer with the top surface 37 Also, a 45 degree chamfer is formed where groove 36 meets front face 35 and inner surface 40. Nose 34 forms a straight, preferably 30 degree slope (from the center axis C) on its outer portion that yields to an arcuate portion to smoothly transition into the flat front or bottom face of die 14. Sleeve 32 is preferably formed of an abrasion resistant material, such as carbide

Referring to FIGS. 1, 2, 5A, and 5B, punch body 44 has an annular base 52 from which an annular member 46 projects. A retaining bolt bore 50 longitudinally extends through punch body 44 Bore 50 changes its diameter to form a shoulder 51 in the interior of body 44. The forward or lower tip of member 46 forms a punch body nose 48. Annular member 46 has an outer surface 49 that defines an annular member outer diameter D6 Illustrative values for diameter D6 are provided below

A116

6,094,961

5

Member outer surface 49, together with base 52, forms a cut-out portion 47a in which sleeve 32 is disposed, as best shown in FIGS. 1 and 2 and described below A second cut-out portion 47b is formed in base 52 along the outer periphery of cutout 47a. Cut-out portion 47b preferably is a circular groove that forms a shape (described below) with rear surface 37 of sleeve 32 Two longitudinal passages 53a and 53b are formed through the base portion 52 with an end opening at the cut-out portion 47b.

An outer surface 45 of base 52 is preferably cylindrical and defines an outer-most diameter D7 of punch body 44 Illustrative values for diameter D7 are provided below, although outer diameter D7 preferably is slightly larger than the outer diameter D4 of sleeve 32.

Referring to FIGS. 1, 2, 6A, and 6B, retaining bolt 60 includes a substantially cylindrical body 66 having an outer flange 63 at its lower end An upper side of flange 63 forms a contact surface 64 Bolt 60 has a bore 68 centrally formed therein that has a cylindrical upper portion with threads 70 disposed therein. Bore 68 forms an internal hexagonal head 65 at the front or lower end of retaining bolt 60. A flat base surface 72 is formed opposite hexagonal head 65

Referring to FIGS. 1 and 2, upper frame 54 includes a main longitudinal sidewall 55 and a main compressed air passage 56, which is preferably formed by a pipe. A pair of bleed air passages 57a and 57b are formed in a frame end member 59 substantially perpendicular to main compressed air passage 56. Passages 57a and 57b each have one end in communication with main compressed air passage 56 and another end proximate bores 53a and 53b, respectively, in punch body 44.

Referring particularly to FIGS. 1 and 2 to illustrate the assembled configuration of the components of necking assembly 12, sleeve 32 is disposed in cut-out 47a (shown in FIG. 5B) in punch body 44 such that sleeve 32 is referenced from die 14 according to an aspect of the present invention. The terms "reference from," and other forms of the terms, refer in the specification and claims the accurate and precise relative positioning of a first member relative to other members. Specifically, the terms refer to an accurately and precisely formed surface on a first member that contacts or corresponds to an accurately and precisely formed surface on a second member for the purpose of accurately and precisely positioning the members. Further, the terms may broadly encompass a third member that has two accurately and precisely formed surfaces: one contacting or corresponding to the first surface and the other contacting or corresponding to the second surface. Therefore, sleeve 32 is referenced from die 14 because inner diameter D5 of sleeve 32 is matched (that is, has a similar value considering clearance and manufacturing tolerance) to outer diameter D6 of surface 49 of body 44, and outer diameter D7 of surface 45 of body 44 is matched to diameter D3 of surface 22 of die 14. Thus, by the broad use of the term, sleeve 32 is referenced from die 14

Using the components shown in the FIGS. 3, 4, 5a, and 5b to illustrate a set of dimensions, and referring also to FIG. 2, the diameter D5 of the inner surface 40 of sleeve 32 is 1.744" +0.000/–0.001" (4.430 cm +0/–0.0254 mm) and the diameter D6 of an outer surface 49 of annular portion 46 is preferably 1.741" +0.001/–0.000 (4.422 cm +0.0254/–0 mm) Thus, a nominal diametral clearance of 0.003"(0.0762 mm) is formed therebetween.

Regarding the positioning of body 44 with respect to die 14, the outermost diameter of body 44 is matched to the inside surface of die 14. Again using the components of the

6

figures to illustrate a set of dimensions, the diameter D7 of the outer surface 45 of punch body 44 is 2.533" +0.0000/–0.0005" (five ten-thousandths) (6.434 cm +0/–0.0127 mm) Interior surface diameter D3 of die 14 is 2.534" +0.001/–0.000" (6.436 cm +/–0.0254 mm) Thus, a slight nominal diametral clearance of approximately 0.001" (one thousandth) (0.0254 mm) is formed between the outermost surface of base 52 and surface 22 of die 14. The clearances discussed herein do not take differential thermal expansion into account

The close relationship between die inner surface 22, body 44, and sleeve 32 ensures accurate positioning of sleeve 32 relative to the die inner surface. Specifically, the slight clearance between diameters D5 and D6 ensures that sleeve 32 is accurately positioned with respect to body 44. The slight clearance between diameters D3 and D7 ensures that body 44, and therefore sleeve 32, is accurately positioned with respect to die 14. Further, the tight tolerances of the diameters enhance the precise and uniform positioning of sleeve 32 with respect to die 14, and enhance interchangeability among parts (for example, replacing worn sleeves or changing sleeves among necking stages).

Because sleeve 32 is referenced from die 14 (and therefore concentrically disposed), a gap 30a, formed between sleeve 32 and die 14, has a uniform width throughout its circumference, as shown in FIG. 2. Specifically, the diameter D4 of die 14 is 2.516' +/–0.0001 (one ten-thousandth) (6.391 cm +/–0.0025 mm) Thus, outer surface 38 of sleeve 32 and surface 22 of die 14 form a diametral clearance of approximately 0.0140" +/–0.0002" (0.356 mm +/–0.0051 mm) by comparing D4 with D2 (2.530") Therefore, the width of gap 30a is 0.007' (0.178 mm) at interior surface 22 proximate contour surface 20 Further, a gap 30b, which is formed between sleeve outer surface 38 and necking contour surface 20 (that is, below gap 30a), is much wider than gap 30a because of the relief bore of surface 20. Referring to FIGS. 2 and 8, sleeve 32 preferably extends below the upper end of contour surface 20 to form a gap 30b that is approximately 0.25" (6.35 mm), as shown by length L1.

Plenum 58, as best shown in FIG. 2, according to another aspect of the present invention, is formed by sleeve rear surface 37 (FIG. 4) and cut-out 47b (FIG. 5B). Body bores 53a and 53b communicate with plenum 58, which is continuous around the circumference of cut out 47b to enable distribution of compressed air circumferentially around plenum 58

Again referring to FIG. 2, cylindrical body 66 of retaining bolt 60 (FIG. 6B) is disposed within punch body 44 such that the outer surface of body 66 and bore 50 form a diametral clearance of approximately 0.020" (0.51 mm) An upper outer edge of base surface 72 of bolt 60 may contact shoulder 51 in the inside of punch body 44. Contact surface 64 on the upper side of bolt flange 63 may contact sleeve 32 in groove 36 of punch sleeve 32 (FIG. 4), and may contact nose 48 of punch member 44 (FIG. 5B), such that upper surface 37 contacts the wall portion of cutout 47a. Threads 70 on the inside of bolt 60 are threaded into matching threads disposed on frame end member 59. A hexagonal tool, such as an Allen key, may be employed for use in hexagonal head 65 to fasten bolt 60 to frame end member 59. Because retaining bolt 60 may be screwed into frame end member 59, bolt 60, and particularly flange 63, retains punch sleeve 32 and punch body 44 by securing them against frame 54. Die 14 may be fixed to frame 54 by a screw cap 73a having screw threads 73b, or by any other suitable means. Screw cap 73 preferably clamps against flange 26 to affix die 14.

6,094,961

7

Again referring to FIGS 1 and 2, main compressed air passage 56 is in fluid communication with the interior of container 5 via interior bore 66 of retaining bolt 60 Bleed air passages 57a and 57b, which are formed in frame end member 59, are in fluid communication with passage 56, and enable communication between passage 56 and longitudinal bores 53a and 53b in punch body 44 Bores 53a and 53b communicate with plenum 58, which communicates with gaps 30a and 30b.

Referring to FIG. 1 the main passageway 76 includes an outer cylindrical member or sleeve 78 that has a generally circular opening 80 with a ram or piston 82 reciprocally movable in the opening 80 The lower end of ram 82 has a cam follower (not shown) that is actuated by a cam (not shown) to move ram 82 up and down. The upper end of ram 82 has a container support platform 90 secured thereto by a recessed fastener 92. Support platform 90 preferably has an arcuate extension 94 that engages the lower portion of the container 5

Operation

FIGS. 1, 2, and 7–9 illustrate the operation of the necking tool 10, and also illustrate the method according to the present invention FIG 7 shows container 5 before the necking stage, and shows the necked product in phantom FIGS. 8 and 9 show sidewall 7 engaged with sleeve 32 after the necking at the particular stage The reference numerals of FIG 9 (specifically 14', 18', 20', 22', and 38') are shown with a' (prime) designation to illustrate that they represent a subsequent necking stage from that shown in FIG. 8 Thus, the present invention encompasses multiple necking stages For clarity, the subsequent discussion refers only to reference numerals without the prime designation, although it applies equally to the components of FIG 8 and FIG 9

Container 5 is positioned on container support platform 90, and therefore is roughly concentrically aligned with centerline C Container 5 is moved upward toward necking assembly 12 by pusher assembly 76, as will be understood by persons familiar with conventional container necking processes. The upper lip 9 of sidewall 5 may contact slope 18 to move container 5 into radial alignment with die 14 if container 5 is not properly aligned with centerline C Pusher assembly 76 further moves container 5 toward die 14 until the outer portion of sidewall 7 comes into contact with necking contour surface 20 and engages sleeve 32 After container 5 engages sleeve 32, a compressed air source (not shown) may be turned on Compressed air flowing through main compressed air passage 56 pressurizes the interior of container 5. Compressed air also flows through bleed air passages 57a and 57b and bores 53 and 53b to pressurize plenum 58

The pressurization of plenum 58 prevents back-flow leakage from container 5 past sleeve 32 Further, the pressurization of container 5 reinforces and stiffens sidewall 7 while the necking process occurs to enhance the strength of the sidewall. Therefore, the pressurization of the interior of container 5 helps prevent puckering or sculpting of the neck during the necking stage

Pusher assembly 76 continues to move container 5 upward such that lip 9 moves past contour surface 20, which imparts a first bend onto sidewall 7, and surface 38 of sleeve 32, which imparts a second, opposite bend onto sidewall 7, as shown in phantom in FIG 7. At a predetermined longitudinal location, pusher assembly 76 retracts downward or away from necking assembly 12 The air pressure inside container 5 pushes container base 6 against container support platform 90 such that container 5 moves downward with platform 90.

8

As best shown in FIGS 2, 8, and 9, as pusher assembly 76 retracts away from necking assembly 12, sidewall 7 disengages from die 14 before it disengages from sleeve 32 Specifically, as container 5 moves away from necking assembly 12, lip 9 of container 5 moves longitudinally past the lower end of interior surface 22 to disengage sidewall 7 from die 14. At this point, which is the approximate position shown in FIGS. 8 and 9, sidewall 7 is still disposed around (that is, engaged with) sleeve 32. As described above, sleeve 32 may extend below the lower end of surface 22 such that container 5 may be engaged with only sleeve 32 (and not die 14) for approximately 0.25" (0 64 cm) (that is, L1)

According to another aspect of the present invention, during the period in the retraction phase in which container 5 is engaged with sleeve 32 and disengaged from die 14, the close relationship between container 5 and surface 38 of sleeve 32 (FIGS. 8 and 9) inhibits compressed air from flowing out of container 5 However, during this period, the passage from plenum 58 through gap 30a is no longer impeded by sidewall 7 Therefore, compressed air flows from main compressed air passage 56, through bleed air passages 57a and 57b, and through longitudinal passages 53a and 53b. The compressed air is distributed angularly through plenum 58, and flows through gaps 30a and 30b Such air flow keeps gaps 30a and 30b clean of debris

A temporary sharp increase in air pressure may be employed to augment the disengaging of container 5 from necking assembly 12. Further, a movable knockout member (not shown) may be used to extend through bolt bore 68 and push against the inside surface of base 6 to disengage or augment disengagement of container 5 from die 14 and sleeve 32, as will be understood by persons familiar with necking processes and machinery After container 5 disengages from sleeve 32, the compressed air flow may be shut off or reduced.

The dimensions and tolerances for subsequent stages of the necking process may vary from the exemplary dimensions and tolerances provided about with respect to a first necking stage. Particularly, the dimensions and tolerances relating to the gap 30a may vary as the can wall becomes thicker with each progressive necking stage

Advantages

Positioning the sleeve in a longitudinally fixed relation to the necking die provides several advantages Because the sleeve is longitudinally fixed relative to the necking die, the manufacturing and assembly tolerances of the components may be reduced to provide greater uniformity and accuracy in the necking stages Particularly, referencing the punch sleeve off the die (via the punch body) enables tight tolerance of the components and the assembly, which enables the gap between the punch sleeve and the necking die to be uniform and accurately controlled

The necking load transmitted from a pusher in conventional, moveable necking tooling through a container 5 is typically 100 to 150 pounds, depending on the container type, wall thickness, necking stage, and like parameters Eliminating sliding parts may increase the required necking load by 35 to 40 pounds for an aluminum can of approximately 0.006" (0 15 mm) wall thickness at the first necking stage, compared with a differential motion cam load. Experimental results show that such a container can withstand such an increase in necking load

Eliminating the sliding parts (that is, the parts associated with moving the center ring, as explained in Caleffi, for example) diminishes wear and reduces maintenance and equipment downtime. Eliminating the large amount of float inherent in the translating center ring enhances uniformity of

A118

6,094,961

9

the necked containers, and reduces defects caused by the friction force (in the differential motion circumstances). which may exacerbate minor imperfections in the container sidewall

What is claimed is:

1 A method of necking an open end of a container sidewall to form a neck profile comprising the steps of:

a) positioning a container relative to a first necking die and a first punch sleeve;

b) producing relative longitudinal movement of the container toward the first necking die to engage the open end of the container sidewall with the first necking die to deform the sidewall radially inward;

c) maintaining a fixed position of the first necking die relative to the first punch sleeve during step b);

d) pressurizing an interior of the container after the container engages the first necking die;

e) producing relative longitudinal movement of the container away from the first necking die to disengage the container from the first necking die such that the container disengages from the first necking die before the container disengages from the punch sleeve; and

f) passing compressed air through a substantially annular gap formed between the first punch sleeve and the first necking die while the container is disengaged from the first necking die and engaged with the punch sleeve.

2 The method of necking of claim 1 further comprising the steps of:

e) positioning the container relative to a second necking die and a second punch sleeve;

f) producing relative longitudinal movement of the container toward the second necking die to engage the open end of the container sidewall with the second necking die to further compress the sidewall radially inward;

g) maintaining a fixed longitudinal position of the second necking die relative to the second punch sleeve during the relative movement of the container toward the second necking die; and

e) producing relative longitudinal movement of the container away from the second necking die to disengage the container from the second necking die

3 The method of necking of claim 1 wherein the annular gap between the first necking die and the first punch sleeve has a uniform radial thickness

4 The method of claim 1 further comprising the step of pressurizing an interior chamber of the container

5 The method of claim 1 wherein the pressurizing step includes stiffening of the container sidewall while the open end of the container is radially deformed

6 The method of claim 1 wherein the pressurizing step includes pushing the container longitudinally away from the first necking die during the step of producing relative longitudinal movement of the container away from the first necking die

7 The method of claim 1 wherein the step of b) producing relative longitudinal movement includes imparting a first bend onto the container sidewall and imparting a second bend onto the container sidewall.

10

8 The method of claim 7 wherein the first bend and the second bend have opposing directions.

9 A container necking tool comprising:

a necking die having a necking contour surface formed on an inside surface thereof for radially necking an open end of a container;

a punch sleeve disposed inside of the necking die and longitudinally fixed relative to the necking die, the punch sleeve having a reference surface that is referenced from a die reference surface, the punch sleeve having a punch sleeve cylindrical surface, the necking die having a necking die cylindrical surface, the punch sleeve cylindrical surface opposing the necking die cylindrical surface to form a substantially annular gap therebetween for receiving a sidewall of the container therein, the punch sleeve cylindrical surface extending outwardly beyond the necking die cylindrical surface such that the container disengages from the necking die before the container disengages from the punch sleeve;

a compressed air passage being in fluid communication with the annular gap to enable a compressed air to flow therein, and;

a container pusher spaced apart from the necking contour surface, having a container support platform, the pusher imparting relative longitudinal movement between the necking die and the container support platform;

whereby an open end of a container is pushed into the necking die to radially inwardly neck the container and the compressed air flows outwardly through the annular gap while the container is pushed into the necking die

10 The container necking tool of claim 9 wherein the necking die has a slope surface disposed on a lower portion thereof for aligning the container with the necking die as the container is pushed into the necking die

11 The container necking tool of claim 9 further comprising a punch body removably coupled to the punch sleeve for supporting the punch sleeve

12 The container necking tool of claim 11 wherein the punch body has a first reference surface that is referenced from the die reference surface and a second reference surface that is referenced from the punch sleeve reference surface, whereby the punch sleeve is referenced from the die reference surface

13 The container necking tool of claim 9 further comprising a frame and a fastener coupling the punch sleeve to the frame

14 The container necking tool of claim 9 further comprising a cap contacting a ring on the necking die for securing the necking die to a frame

15 The container necking tool of claim 9 whereby the interior of the container is pressurized by the compressed air to push the container against the container support platform

16 The container necking tool of claim 9 further comprising a punch body removably coupled to the punch sleeve for supporting the punch sleeve

17 The container necking tool of claim 9 wherein the necking die is formed of a material comprising carbide

*    *    *    *    *

## UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.   : 6,094,961                                    Page 1 of 1
DATED          : August 1, 2000
INVENTOR(S) : Aschberger

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Column 9, claim 2,
Line 3, delete "e)" and insert -- g) -- therefor.
Line 5, delete "f)" and insert -- h) -- therefor.
Line 10, delete "g)" and insert -- i) -- therefor.
Line 14, delete "e)" and insert -- j) -- therefor.

Column 10, claim 9,
Line 13, delete "of the" and insert -- on the -- therefor.

Signed and Sealed this

Twenty-third Day of October, 2001

Attest:

*Nicholas P. Godici*

NICHOLAS P. GODICI
*Acting Director of the United States Patent and Trademark Office*

Attesting Officer



US006240760B1

(12) **United States Patent**
Heiberger et al.

(10) Patent No.: **US 6,240,760 B1**
(45) Date of Patent: **Jun. 5, 2001**

(54) **METHOD AND APPARATUS FOR CLOSELY COUPLING MACHINES USED FOR CAN MAKING**

(75) Inventors: Joseph M. Heiberger; Anton A. Aschberger, both of Downers Grove; Floyd Arnold Jones, Wheaton, all of IL (US)

(73) Assignee: Crown Cork & Seal Technologies Corporation, Alsip, IL (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: 09/558,128

(22) Filed: **Apr. 25, 2000**

**Related U.S. Application Data**

(63) Continuation of application No. 09/177,036, filed on Oct. 22, 1998, now Pat. No. 6,085,563.

(51) Int. Cl.[7] .................................. B21D 43/01
(52) U.S. Cl. .......................... 72/94; 72/379.4
(58) Field of Search .............. 72/94, 405.3, 379.4; 413/69; 198/575, 576, 583, 608, 612

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,586,175 | 6/1971 | Gauld ..................... | 214/1 |
| 3,983,729 | 10/1976 | Traczyk et al ............ | 72/43 |
| 4,003,324 | 1/1977 | Tate et al ............... | 113/7 R |
| 4,272,977 | 6/1981 | Gombas ................... | 72/121 |
| 4,513,595 | 4/1985 | Cvacho ................... | 72/43 |
| 4,519,232 | 5/1985 | Traczyk et al ............ | 72/133 |
| 4,557,167 | 12/1985 | Cvacho ................... | 82/47 |
| 4,760,725 | 8/1988 | Halasz ................... | 72/84 |
| 4,774,839 | 10/1988 | Caleffi et al ............ | 72/354 |
| 5,148,742 | 9/1992 | Stirbis et al ........... | 101/40 |
| 5,231,926 | 8/1993 | Williams et al .......... | 101/40 |
| 5,349,837 | 9/1994 | Halasz et al ............ | 72/94 |
| 5,433,098 | 7/1995 | Bowlin et al ............ | 72/117 |
| 5,467,628 | 11/1995 | Bowlin et al ............ | 72/126 |
| 5,611,231 | 3/1997 | Marritt et al ........... | 72/94 |
| 5,755,130 | 5/1998 | Tung et al ............... | 72/60 |
| 6,085,563 | 7/2000 | Heiberger et al ......... | 72/94 |

FOREIGN PATENT DOCUMENTS

0 570 005 A2    11/1993    (EP)

*Primary Examiner*—Lowell A. Larson
(74) *Attorney, Agent, or Firm*—Woodcock Washburn Kurtz Mackiewicz & Norris LLP

(57) **ABSTRACT**

A system for performing sequential operations on a can body, such as necking the open end of the can body, in which two or more machines, such as die necking machines are, are coupled by a transfer module. The transfer module comprises a multi-pocket wheel that receives can bodies from a multi-pocket discharge wheel of the first necking machine and discharges them to a multi-pocket input wheel of the second die necking machine. The drive motor of one of the necking machines is eliminated, while the drive motor on the other machine is enlarged. A gear on the transfer module couples the gear trains on the first and second necking machines into a common gear train. Thus, the transfer module gear train transfers power from the necking machine having the enlarged drive motor to the necking machine for which the drive motor was eliminated. This enables a single drive motor to entire drive train for both machines.

**13 Claims, 8 Drawing Sheets**



Case 1:05-cv-00608-MPT    Document 279-3    Filed 02/23/2007    Page 10 of 61



FIG. 1
PRIOR ART



FIG. 14

A122



FIG. 2

PRIOR ART

A123

U.S. Patent    Jun. 5, 2001    Sheet 3 of 8    US 6,240,760 B1



FIG. 3
PRIOR ART





FIG. 7



FIG. 8



FIG. 9

A126

U.S. Patent        Jun. 5, 2001        Sheet 6 of 8        US 6,240,760 B1



FIG. 10



FIG. 11



FIG. 12

A128



FIG. 13

US 6,240,760 B1

1

## METHOD AND APPARATUS FOR CLOSELY COUPLING MACHINES USED FOR CAN MAKING

This application: is a continuation of U S patent application Ser No 09,177,036 filed Oct 22, 1998, now U S Pat No. 6,085,563

### FIELD OF THE INVENTION

The current invention is directed to a method and apparatus for closely coupling machines, such as multi-stage necking machines, used to perform successive operations on cans

### BACKGROUND OF THE INVENTION

Two piece cans are conventionally used to package beverages, such as beer and carbonated soft drinks Such cans are often made from aluminum and are formed by attaching a circular lid to a generally cylindrical can body formed by a drawing and ironing process Typically, the diameter of the open end of the can body is reduced prior to attaching the lid in order to enable reducing the diameter of the lid The reduction in the diameter of the can end is accomplished in a series of operations referred to as "necking".

In order to avoid wrinkling or otherwise undesirably distorting the can end, necking is performed in a number of incremental steps, with the diameter of the open end being reduced only slightly in each step FIG 1 shows the open end 3 of a can body 2 as it undergoes successive necking operations Although, for simplicity, only three discrete necking operations are shown in FIG 1, it should be appreciated that a larger number necking operations will frequently be utilized A variety of methods have been employed to perform the necking operation In one approach, referred to as die necking and disclosed in U.S. Pat No. 5,755,130 (Tung et al); U.S. Pat. No 4,519,232 (Traczyk et al) and U.S. Pat. NO 4,774,839 (Caleffi et al), each of which is hereby incorporated by reference in its entirety, the open end of the can body is forced into a die having an inwardly tapered surface that permanently deforms the metal inward Another approach, referred to as "spin necking," involves reducing the can end diameter by pressing the can end against a rotating tool

A variety of machines have been developed for necking can ends. One such machine 6, which employs a die necking process, is shown in FIGS. 2–5 Such machines are available from Belvac Production Machinery of Lynchburg, Va , as model 595 6N/8. As shown best in FIGS 1 and 2, such machines typically comprise a plurality of modules, designated 11, 17, 19, and 21, attached to a unitary base 5 An input chute 8 directs the can bodies 2 to an input module 11—specifically, to one of the pockets of a multi-pocket input feed wheel 10 that forms a portion of the input module. The input feed wheel 10 is constructed similar to the intermediate wheels 18, discussed below, except that its pockets have a saw tooth geometry that aids in picking cans from the input chute 8 The input feed wheel 10 carries the can body counterclockwise, when viewed from the front, approximately 210° and deposits it into a first necking module 17—specifically, into one of the pockets of a multi-pocket rotary necking station 16 that forms a portion of the necking module

Using techniques well known in the art, in the necking station 16, the open end of the can body 2 is brought into contact with a die so as to reduce its diameter slightly, as

2

previously discussed The rotary necking station 16 carries the partially necked can body clockwise and deposits it into a first intermediate module 19—specifically to one of the pockets of a multi-pocket intermediate wheel 18 that forms a portion of the intermediate module As discussed further below, the intermediate wheel 18 carries the can body counterclockwise and deposits it into one of the pockets of the next multi-pocket rotary necking station 16, which further reduces the diameter of the can end Thus, an intermediate wheel 18 is disposed between each pair of necking stations 16 and carries the can body from the each necking station to the next down stream necking station The necking process is repeated in each necking station 16 of the machine 2 so as to gradually reduce the diameter of the can end 3. As many as nine necking stations 16 may be incorporated into a single machine 2

As shown in FIG. 3, each intermediate module 19 comprises a base plate 64 that supports a bearing housing 60 and rear support plate 62 that, in turn, support the drive shaft 32 for the intermediate module The drive shaft 32 is driven by a gear 24, affixed to its rear end, as discussed further below The shaft 32 has a hub 90 at its front end that supports the intermediate wheel 18 As previously discussed, the intermediate wheel 18 has a plurality of pockets 56 formed on its rim 94. Circumferentially extending front and rear stationary plates 92 and 93, respectively, project outward from the hub 90 and extend to just below the rotating rim 94 so as to form an annular passage 95 A pair of baffles (not shown) divide the annular passage into upper and lower halves 95' and 95", respectively

Piping 88 conveys suction 99 from a vacuum source 84 to a valve 86. A manifold 87 directs the suction from the valve 86 to the lower portion 95" of the annular passage via openings 97 in the lower half of plate 93 From the lower portion 95" of the annular passage, the suction 99 is directed to each of the pockets 56 in the lower half of the wheel 18 via the vacuum ports 58. The upper portion 95' of the annular passage is vented to atmosphere via an opening 96 in the upper half of plate 93 Thus, suction 99 is applied to the pockets 56 as they rotate counterclockwise past the lower portion 95" of the annular passage and is released as they rotate past the upper portion 95' of the annular passage—that is, suction is applied to each of the pockets 56 from about the 3 o'clock location, at which time the they receive a can body 2 from the upstream necking module 17, to about the 9 o'clock location, at which time they discharge the can body to the downstream necking module

A set of upper and lower guide plates 66 and 70, respectively, are located in front of the intermediate wheel 18 In addition, another set of upper and lower guide plates 68 and 72 are located behind the transfer wheel The guide plates are supported from a bracket 78 by spacers 74, 76, 80 and 82 The guide plates ensure that the can bodies maintain their position along the flow path formed by the intermediate module 18

Returning to FIG 2, the last necking module 16 deposits the can body 2 to a discharge module 21—specifically to one of the pockets in a discharge wheel 20 that forms a portion of the discharge module The discharge wheel 20, which is constructed similar to the intermediate wheels 18, carries the can body counterclockwise and deposits it into a discharge chute 22. Although the can body 2 is carried circumferentially by the wheels 10, 18 and 20 and necking stations 16, the general flow path of the can body through the machine is along a linear, horizontally oriented path from left to right as viewed in FIG 2.

The input feed module 10 and the discharge module 21 each employ a suction system for retaining and releasing can

A130

US 6,240,760 B1

3

4

bodies of the type describe above with reference to the intermediate module 19

As shown in FIGS 4 and 5, the input feed wheel 10, intermediate wheels 18, and discharge wheel 20 are each driven by a shaft 31 that is, in turn, driven by a gear 24 The necking stations 16 are also driven by a shaft 34 driven by a gear 24 The gears 24 are indexed and meshed so that the pockets of one component are in registration with the pockets of the adjacent components. One of the gears 24' is driven through a gear box 26 by a motor 28 using a belt drive 30 The gear 24' then drives the two immediately adjacent gears 24, which, in turn, drive the next gears, and so on Thus, the gear train for the necking machine comprises a row of gears each of which engages the adjacent gear. As shown in FIGS 4 and 5, the gear 24' that is driven directly the gear box is part of the intermediate module 19' is located in the center of the machine

In order to fully neck the can body 2, it is generally necessary to perform more than the eight or nine necking operations available in conventional necking machines of the type shown in FIGS 2–5 In the past, additional necking operations were performed by connecting two necking machines via a conveyor 40, as shown in FIG 6, so that the second machine was downstream of the first machine and received partially necked can bodies from the first machine The second machine then performed further necking operations on the can end

Unfortunately, use of the conveyor 40 has several drawbacks, including damage to the cans during conveyance and jamming of the cans in the conveyor, which requires a stoppage of the machines. Also, since the conveyor mixes the can from each necker, all of the components must be checked when a problem is detected in a can from one of the neckers.

Consequently, it would be desirable to provide a method and apparatus for reliably transferring can bodies between two machines that perform operations sequentially on can bodies

### SUMMARY OF THE INVENTION

It is an object of the current invention to provide a method and apparatus for reliably transferring can bodies between two machines that perform operations sequentially on can bodies This and other objects is accomplished in a system for successively performing operations on a can in a plurality of discrete steps, comprising a first machine for performing a first portion of the operations on the can and a second machine for performing a second portion of the operations

The first machine comprises first rotating means for performing at least one of the operations on the can, such as necking operations, so as to produce a partially operated upon can, and a first gear train driving the first rotating operation performing means The first machine may also comprise an input feed wheel and a discharge wheel The first gear train preferably includes a first gear that drives the discharge wheel of the first machine

The second machine comprises second rotating means for performing at least a second of the operations on the can, such as an additional necking operation, so as to produce a further operated upon can, and a second gear train driving the second rotating operation performing means The second machine may also comprise an input feed wheel and a discharge wheel. The second gear train preferably includes a second gear that drives the input wheel of the second machine

The system also includes a transfer means for (i) transferring the partially operated upon can from the first machine to the second machine, (ii) transferring power between the first and second gear trains, and (iii) synchronizing the operation of the first and second rotating operating performing means. The transfer means preferably includes a transfer wheel and a third gear The transfer wheel is located to receive the partially operated upon can from the discharge wheel of the first machine and to deliver the can to the input feed wheel of the second machine. The transfer wheel is driven by the third gear, while the third gear drives one of the first and second gears and is driven by the other one of the first and second gears

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG 1 is a schematic view of the open end of a can after each successive necking operation according to the prior art

FIG 2 is a front view of a machine for necking can ends according to the prior art, with some of the guide plates removed for clarity

FIG 3 is a longitudinal cross-section through the intermediate module shown in FIG 2 taken along line III—III shown in FIG 2

FIG 4 is a top view, partially schematic, of the necking machine shown in FIG 2 according to the prior art

FIG 5 is a rear view, partially schematic, of the necking machine shown in FIG 2 according to the prior art

FIG 6 is a front view, partially schematic, of a system for necking can ends, as shown in FIG 1, employing two necking machines of the type shown in FIGS 2–5 that are connected by a conveyor according to the prior art

FIG 7 is a front view, partially schematic, of a system for necking can ends employing two necking machines closely coupled by a transition module according to the current invention

FIG 8 is a top view, partially schematic, of the necking system shown in FIG 7 according to the current invention

FIG 9 is a rear view, partially schematic, of the necking system shown in FIGS 7 and 8 according to the current invention.

FIG 10 is a detailed front view of the necking system shown in FIG 7 in the vicinity of the transition module according to the current invention, with some of the guide plates removed for clarity

FIG 11 is a detailed rear view of the necking system shown in FIG 7 in the vicinity of the transition module according to the current invention

FIG 12 is a detailed top view of the necking system shown in FIG 7 in the vicinity of the transition module according to the current invention

FIG 13 is a longitudinal cross-section through the transition module shown in FIGS 7–12 taken along line XIII—XIII shown in FIG 12.

FIG 14 is a transverse cross-section through the transition module shown in FIGS 7–13 taken along line XIV—XIV shown in FIG 13

### DESCRIPTION OF THE PREFERRED EMBODIMENT

A system 50 for necking can ends according to the current invention is shown in FIGS 7–9 The system 50 comprises upstream and downstream necking machines 6' and 6'' that are substantially the same as the necking machine 6 described above except for certain modifications discussed

US 6,240,760 B1

**5**

below According to the current invention, the necking machines 6' and 6" are directly and solidly coupled by a transfer module 52 As discussed in detail below, the transfer module 52 (i) transfers partially necked can bodies 2 from the first machine 6' to the second machine 6" for completion of the necking operation, (ii) transfers power from the gear train of one machine to the gear train of the other machine, and (iii) synchronizes the rotation of the two machines

For simplicity, each of the necking machines 6' and 6" shown in FIGS 7–9 has been depicted as having four necking stations 16 However, the necking machines 6' and 6" will often have more than four necking stations 16 and, in fact, as previously discussed, according to current practice, as many as nine necking stations may be incorporated into each necking machine

As shown in FIGS 7–10, the first necking machine 6' has been modified by (i) removing the discharge chute 22, and (ii) replacing the motor 28 with a larger motor 28' The second necking machine 6" has been modified by (i) replacing the input feed wheel 10 with an input feed wheel 10', which is substantially identical to the intermediate wheel 18, and (ii) eliminating the motor 28, gear box 26 and associated components In addition, any piping or electrical conduits in the area to be occupied by the transfer module 52 must be relocated

The structure of transfer module 52 is similar to that of the intermediate modules 18, discussed above, except for certain important differences, discussed immediately below As shown best in FIGS 13 and 14, three circumferentially extending stationary plates—a rear plate 100, a front plate 104, and an intermediate plate 102—extend from the hub 90 to just below the periphery 94 of a rotary transfer wheel 54 The rear and intermediate plates 100 and 102, respectively, form a rear annular chamber 106 that is in flow communication with the vacuum ports 58 formed in the pockets 56

Baffles 112 and 114 extending between the rear and intermediate plates 100 and 102 divide the rear annular chamber 106 into upper and lower halves 106' and 106", respectively The intermediate and front plates 102 and 104, respectively, form a front annular chamber 108 Openings 111 in the upper portion of intermediate plate 102 place the upper portion 106' of the rear annular chamber into flow communication with the front annular chamber 108 An opening 110 in the lower portion of the intermediate plate 102 places the front annular chamber 108 into flow communication with the vacuum manifold 87', which extends through the lower portion 106" of the rear annular passage Thus, the front annular chamber 108 serves as a passage between the upper portion 106' of the rear annular chamber and the vacuum manifold 87 An opening 118 in the rear plate 100 vents the lower portion 106" of the rear annular chamber to atmosphere

As shown best in FIG 14, in operation, the transfer wheel 54 —which rotates in an opposite direction from the intermediate wheels 18, the input feed wheels 10, 10' and discharge wheel 20—receives partially necked can bodies 2 from the pockets of the discharge wheel 20 of the upstream necking machine 6' and delivers them into the pockets of the input feed wheel 10' of the downstream necking machine 6" Specifically, as the transfer wheel 54 rotates clockwise, the pockets 56 are successively conveyed past the baffle 112 from the lower portion 106" of the rear annular chamber to the upper portion 106'. When this happens, a suction 99' is applied to the pockets 56 via a flow path formed between the holes 58 in the rim 94 and the vacuum manifold 87' This flow path is formed by the upper portion 106' of the rear

**6**

annular chamber, the holes 110 and 111 in the intermediate plate 102, and the front annular chamber 108

When the pockets 56 rotate sufficiently far to pass the baffle 114 and reach the lower portion 106" of the rear annular chamber, which is vented to atmosphere, the suction 99' is released Thus, suction 99' is applied to the pockets 56 as they rotate past the upper portion of the transfer module 52 and is released as they rotate past the lower portion—that is, suction is applied to each of the pockets 56 from about the 9 o'clock location, at which time the they receive a can body 2 from the upstream discharge module 20, to about the 2:30 o'clock location, at which time they discharge the can body to the input wheel 10' of the downstream necking module

As shown in FIG 12, a gear 25 is formed on the shaft 32 of the transfer module 52 and drives the rotation of the transfer wheel 54 As shown in FIGS 9, 11 and 12, the transfer module drive gear 25 meshes with and is indexed with the gear 21 for the discharge module 21 of the upstream necking machine 6' as well as the gear 24 for the feed module 11' of the down stream necking machine 6" Thus, the gear 25 serves to synchronize the two machines—causing the two machines to operate at the same speed and the pockets 56 of the transfer wheel 54 to be in registration with the pockets of both the discharge wheel 20 of the upstream machine 6' and the input feed wheel 10' of downstream machine 6", for example, by aligning timing marks when the module 54 is coupled to the two necking machines

As previously discussed, according to the current invention, the motor and gear box for one of the necking machines is eliminated when the machines are coupled Although as shown in the drawings, the motor and gear box for second necking machine 6" has been eliminated, the invention could be practiced by eliminating the motor and gear box for the first necking machine 6' instead In any event, according to the current invention, both necking machines 6' and 6" are driven by a single motor 28' that is, preferably, of larger capacity that the motor 28 conventionally used As shown best in FIGS 8 and 11, the drive gear 25 for the transfer module 52 essentially integrates the gear trains of the two machines into a common gear train driven by a single motor 28' and gear box 26' Although as shown in FIG 8, the motor 28' drives the gear 24' for the intermediate module 17 of the first necking machine 6', it could be connected so as to drive any of the other gears 24, 25 within the common gear train

The incorporation of the drive gear 25 for the transfer module 52 into the gear train for the machines 6' and 6" according to the current invention allows the transfer module to not only transfer can bodies between the two necking machines, but also to both transfer power from one machine to the other and synchronize one machine to the other This arrangement allows precise timing of the two machines to ensure proper registration of the pockets and a smooth and continuous flow of can bodies through the system

Thus, a succession of necking operations greater than that permitted on a single necking machine can be performed, without the drawbacks associated with the use of conventional conveyor systems, by closely and directly coupling two necking machines according to the current invention Coupling two necking machines of type discussed above permits a total of as many as eighteen or more successive necking operations to be preformed on the can bodies In the event that a somewhat lesser number of necking operations are required—for example, twelve operations—some of the necking stations 16 in one or both of the machines 6' or 6" could be replaced by conventional intermediate modules 17, as is well known in the prior art

US 6,240,760 B1

7

Many variations in the invention described above will be apparent to one skilled in the art armed with the teachings of the current invention. For example, although the invention has been described with reference to coupling necking machines, each of which comprises a number of modules attached to a unitary base 5, the invention could also be practiced by coupling two or more necking machines one or both of which was comprised of a number of discrete modules, each having its own base and joined together into a single machine. Moreover, although the invention has been described with reference to coupling two complete, existing necking machines, the invention could also be practiced by coupling one or more discrete necking modules to an existing necking machine. Further, although the invention has been described in detail with reference to coupling multi-stage die necking machines, the invention could also be practiced by coupling multi-stage spin necking machines or other machines that sequentially operate on a can body, such as flanging machines. The invention could also be practiced by coupling two machines that perform different types of operations on the can, such as a necking machine and a flanging machine. Moreover, although the invention has been described by reference to coupling two machines together, the invention could also be practiced by coupling three or more machines together in sequential fashion. Consequently, the present invention may be embodied in other specific forms without departing from the spirit or essential attributes thereof and, accordingly, reference should be made to the appended claims, rather than to the foregoing specification, as indicating the scope of the invention.

What is claimed:

1. A necking system for successively reducing the diameter of the end of a can in a plurality of discrete steps, comprising:

a) a first necking machine, said first necking machine comprising (i) a first input feed wheel for receiving a can having an end having a diameter, (ii) first necking means for reducing said diameter of said can end so as to produce a partially necked can, (iii) a first discharge wheel for discharging said partially necked can, and (iv) a first gear train, said first gear train comprising a first gear, said first discharge wheel driven by said first gear;

b) a second necking machine, said second necking machine comprising (i) a second input feed wheel for receiving said partially necked can, (ii) second necking means for further reducing said diameter of said partially necked can end so as to produce a further necked can, (iii) a second discharge wheel for discharging said further necked can, and (iv) a second gear train, said second gear train comprising a second gear, said second input feed wheel driven by said second gear; and

c) a transfer module coupling said first and second necking machines, said transfer module comprising (i) a transfer wheel located to receive said partially necked can from said first discharge wheel of said first necking machine and to deliver said partially necked can to said second input feed wheel of said second necking machine, and (ii) a third gear, said transfer wheel driven by said third gear, said third gear driving one of said first and second gears and driven by the other one of said first and second gears.

2. The necking system according to claim 1, wherein said third gear drives said second gear and is driven by said first gear, and further comprising a motor driving said first gear train of said first necking machine.

8

3. The necking system according to claim 1, wherein said third gear drives said first gear and is driven by said second gear, and further comprising a motor driving said second gear train of said second necking machine.

4. The necking system according to claim 1, wherein said first and second input feed wheels and said first and second discharge wheels turn in a first direction, and wherein said transfer wheel turns in an opposite direction.

5. The necking system according to claim 1, wherein said first and second necking means each comprises a sequential array of necking modules, an intermediate module disposed between each of said necking modules for carrying said can body from one of said modules in said array to the next module in said array.

6. The necking system according to claim 5, wherein said first and second gear trains each comprise a plurality of fourth gears driving said necking modules and said intermediate modules, and wherein said first and second gear trains and said third gear of said transfer module and said plurality of fourth gears form a common gear train for said necking system.

7. The necking system according to claim 1, wherein said first discharge wheel and said second input feed wheel are driven in a first direction by said first and second gears, respectively, and wherein said third gear drives said transfer wheel in a second direction opposite to said first direction.

8. The necking system according to claim 7, further comprising:

d) means for applying a suction to first portions of the circumference of said first discharge wheel and said second input feed wheel, and for releasing said suction from second portions of the circumference of said first discharge wheel and said second input feed wheel;

e) means for applying a suction to a first portion of the circumference of said transfer wheel that is disposed opposite to first portions of said circumference of said discharge wheel and said second input feed wheel and for releasing said suction from a second portion of said circumference of said transfer wheel that is disposed opposite to said second portions of said circumference of said first discharge wheel and said second input feed wheel.

9. The necking system according to claim 8, wherein said first portions of said circumference of said first discharge wheel and said second input feed wheel comprise lower portions thereof, and wherein said first portion of said circumference of said transfer wheel comprises an upper portion thereof.

10. The necking system according to claim 1, wherein said transfer wheel forms a plurality of can body retaining pockets thereon, and further comprising means for applying and then releasing suction over a portion of said pockets, said suction applying and releasing means comprising: (i) first and second annular passages disposed under said pockets, (ii) a port in each of said pockets, each of said ports placing its respective pocket into flow communication with said first annular passage, (iii) an opening placing said first and second annular passage in flow communication with each other, and (iv) a second opening placing said second annular passage in flow communication with a vacuum source.

11. A method for directly coupling first and second necking machines for successively reducing the diameter of the end of a can in a plurality of discrete operations, said first necking machine comprising (i) at least a first necking module for partially reducing said diameter of said can end, (ii) a discharge wheel for discharging said partially necked

US 6,240,760 B1

9

can. and (iii) a first Rear train, said first gear train comprising a first gear driving said discharge wheel, said second necking machine comprising (i) an input feed wheel for receiving said partially necked can, (ii) at least a second necking module for further reducing said diameter of said can end, and (iii) a second gear train, said second gear train comprising a second gear driving said input feed wheel, wherein said first and second necking machines each have a motor, said motor of said first necking machine driving said first gear train, said motor of said second necking machine driving said second gear train, said coupling method comprising the steps of:

    a) installing a transfer wheel between said discharge wheel of said first necking machine and said input feed wheel of said second necking machine so that said transfer wheel receives said partially necked cans from said discharge wheel and delivers said cans to said input feed wheel;

    b) installing a third gear so as to mesh with said first and second gears, said third gear driving said transfer wheel, and

    c) eliminating one of said motors so that the other of said motors drives both said first and second gear trains as well as said third gear

12. A method for directly coupling first and second machines for successively performing operations on a can in a plurality of discrete operations, said first machine comprising (i) at least a first module for performing at least a first operation on said can so as to produce a partially operated upon can, (ii) a discharge wheel for discharging said partially operated upon can, and (iii) a first gear train, said first gear train comprising a first gear driving said discharge wheel, said second machine comprising (i) an input feed wheel for receiving said partially operated upon can, (ii) at least a second module for performing at least a second operation on said can, and (iii) a second gear train, said second gear train comprising a second gear driving said input feed wheel, wherein said first and second machines each have a motor, said motor of said first machine driving

10

said first gear train, said motor of said second machine driving said second gear train, said coupling method comprising the steps of:

    a) installing a transfer wheel between said discharge wheel of said first machine and said input feed wheel of said second machine so that said transfer wheel receives said partially operated upon cans from said discharge wheel and delivers said cans to said input feed wheel;

    b) installing a third gear so as to mesh with said first and second gears, said third gear driving said transfer wheel, and

    c) eliminating one of said motors so that the other of said motors drives both said first and second gear trains as well as said third gear

13. A method for directly coupling a first necking module to a necking machine, said necking machine comprising (i) at least a second necking module, said necking module having means for partially reducing the diameter of a can end, (ii) a discharge wheel for discharging said partially necked can, (iii) a first gear train said first gear train comprising a first gear driving said discharge wheel, and (iv) a motor, said motor driving said first gear train, said first necking module comprising (i) an input feed wheel for receiving said partially necked can, (ii) means for further reducing said diameter of said can end, and (iii) a second gear driving said input feed wheel, said coupling method comprising the steps of:

    a) installing a transfer wheel between said discharge wheel of said necking machine and said input feed wheel of said first necking module so that said transfer wheel receives said partially necked cans from said discharge wheel and delivers said cans to said input feed wheel; and

    b) installing a third gear so as to mesh with said first and second gears, said third gear driving said transfer wheel, said first gear train driving said third gear

\* \* \* \* \*

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.     : 6,240,760 B1                                    Page 1 of 1
DATED          : June 5, 2001
INVENTOR(S)    : Heiberger et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Title page,
**ABSTRACT,**
Line 3, please delete the first "are";

Column 2,
Line 11, please delete the word "the";

Column 6,
Line 10, please delete the word "the";

Column 9,
Line 1, please delete "Rear" and insert therefor -- Gear --;
Line 27, please delete the "." after the ",";

Signed and Sealed this

Twenty-ninth Day of January, 2002

Attest:

JAMES E. ROGAN
*Director of the United States Patent and Trademark Office*

*Attesting Officer*

A135



US006698265B1

(12) **United States Patent**
Thomas

(10) Patent No.: **US 6,698,265 B1**
(45) Date of Patent: **Mar. 2, 2004**

(54) **METHOD FOR CLOSELY COUPLING MACHINES USED FOR CAN MAKING**

(75) Inventor: **Keith A. Thomas**, Hammond, IN (US)

(73) Assignee: **Crown Cork & Seal Technologies Corporation**, Alsip, IL (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: 10/236,521

(22) Filed: **Sep. 6, 2002**

(51) Int. Cl.$^7$ .............. B21B 45/02; B21J 11/00
(52) U.S. Cl. .................. 72/94; 72/405.03
(58) Field of Search ............ 72/94, 379.4, 405.03; 198/575, 576, 583, 584, 594

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,519,232 A | 5/1985 | Traczyk et al. | 72/133 |
| 4,774,839 A | 10/1988 | Caleffi et al. | 72/354 |
| 5,611,231 A * | 3/1997 | Marritt et al. | 72/94 |
| 5,724,848 A | 3/1998 | Aschberger | 42/356 |
| 5,755,130 A | 5/1998 | Tung et al. | 72/60 |
| 5,768,931 A * | 6/1998 | Gombas | 72/184 |
| 5,813,267 A | 9/1998 | Aschberger et al. | 72/125 |
| 6,085,563 A | 7/2000 | Heiberger et al. | 72/94 |
| 6,094,961 A | 8/2000 | Aschberger | 72/352 |
| 6,178,797 B1 * | 1/2001 | Marshall et al. | 72/94 |
| 6,240,760 B1 * | 6/2001 | Heiberger et al. | 72/94 |
| 6,257,544 B1 * | 7/2001 | Schultz | 248/678 |

* cited by examiner

*Primary Examiner*—Ed Tolan
(74) *Attorney, Agent, or Firm*—Woodcock Washburn LLP

(57) **ABSTRACT**

A preferred method for closely coupling a first and a second necking machine comprises removing an input module from the second necking machine, removing end portions of a bearing support plate and a base of the second necking machine, and fixing a cover plate to the base of the second necking machine. The presently-preferred method also comprises positioning the first and second necking machines end to end so that a drive gear of the discharge module of the first necking machine meshes with a drive gear of the necking module of the second necking machine, and the necking module of the second necking machine is adapted to receive the can body from the discharge module of the first necking machine.

**34 Claims, 5 Drawing Sheets**



U.S. Patent    Mar. 2, 2004    Sheet 1 of 5    US 6,698,265 B1



FIG. 1



FIG. 2



FIG. 3

FIG. 4C





US 6,698,265 B1

1

## METHOD FOR CLOSELY COUPLING MACHINES USED FOR CAN MAKING

### FIELD OF THE INVENTION

The present invention relates to machinery for manufacturing containers More specifically, the invention relates to a method for closely coupling machines used to neck metallic can bodies

### BACKGROUND OF THE INVENTION

Beverages such as beer and carbonated soft drinks are commonly packaged in two-piece cans formed from aluminum material Two-piece cans are typically manufactured by attaching a circular lid to an open end of a generally cylindrical can body formed by a drawing and ironing process

The diameter of the open end of the can body may be reduced prior to attaching the lid thereto. Reducing the diameter of the open end facilitates the use of a smaller-diameter lid than would otherwise be possible The process by which the diameter of the can end is reduced is known as "necking "

Necking is typically performed in a number of incremental steps, with the diameter of the can end being reduced only slightly in each step. Necking the can end in this manner reduces the potential for the can end to become wrinkled or otherwise distorted as its diameter is reduced

Necking can be performed in several different manners. For example, a process known as "die necking" is disclosed in U.S Pat. No. 5,755,130 (Tung et al.), U.S Pat. No. 4,519,232 (Traczyk et al) and U.S Pat. No. 4,774,839 (Caleffi et al), each of which is incorporated by reference herein in its entirety. Die necking involves forcing an open end of a can body into a die so that an inwardly tapered surface of the die permanently deforms the open end inward Another type of necking operation is known as "spin necking." Spin necking involves reducing the diameter of a can end by pressing the can end against a rotating tool

A variety of machines have been developed for necking can ends For example, FIGS 1–3 depict a five-stage necking machine 12 adapted to perform a die necking process on a can body 2 (The can body 2 is depicted as entering the necking machine 12 in FIG 1, with the direction of travel of the can body 2 denoted by the arrow 4)

Necking machines such as the necking machine 12 are available from Belvac Production Machinery of Lynchburg, Va., as model 595 6N/8 A necking machine substantially similar to the necking machine 12 is described in detail in U.S Pat. No. 6,085,563 (Heiberger et al.), which is incorporated by reference herein in its entirety.

The necking machine 12 comprises a unitary base 5, and a bearing plate 9 fixedly coupled to a top surface of the base 5. The base 5 forms an enclosure adapted to contain a vacuum generated by an external source (not pictured) In other words, the base 5 has a sealed internal volume 35 adapted to contain an externally-generated vacuum (see FIG. 2) (In other words, the internal volume 35 of the necking machine 12 functions as a vacuum chamber.)

Three pipes 58 extend into and out of the base 5 by way of through holes formed in end plates 5a of the base 5 (see FIG. 3) The uppermost pipe 58 conveys vacuum, and the remaining pipes 58 convey positive or pressurized air to the necking machine 12

The necking machine 12 further comprises an input chute 7 and an input module 11 The input module 11 comprises

2

a feed wheel 6 having a plurality of pockets 25 formed therein (see FIG 1) The pockets 25 are each adapted to receive the can body 2 from the input chute 7 The feed wheel 6 rotates in a counterclockwise direction (from the perspective of FIG. 1).

The can body 2 is retained in one of the pockets 25 by a vacuum force. More particularly, a port is defined in the surface that defines each of the respective pockets 25 The port communicates fluidly with the internal volume 35, of the base 5 by way of a hose 48 coupled to the internal volume 35 and a rotary manifold (not shown) within the feeder wheel 6 The vacuum is transmitted to the port by the hose 48 and the rotary manifold, and generates a suction force that retains the can body 2 in the pocket 25

The necking machine 12 further comprises a first, second, third, fourth, and fifth necking module, respectively designated 17a, 17b, 17c, 17d, 17e. The necking modules 17a, 17b, 17c, 17d, 17e each comprise a necking station, respectively designated 16a, 16b, 16c, 16d, 16e (see FIG 1) The necking stations 16a, 16b, 16c, 16d, 16e are adapted to incrementally reduce the diameter of an end of the can body 2, as explained below. Each of the necking stations 16a, 16b, 16c, 16d, 16e rotates in a clockwise direction (from the perspective of FIG 1).

The necking stations 16a, 16b, 16c, 16d, 16e each have a plurality of pockets 27 formed therein. The can body 2 is adapted to receive the can body 2 The can body 2 is retained in the pockets 27 by mechanical guides (not shown), and by the necking process that is performed by the necking stations 16a, 16b, 16c, 16d, 16e

The feed wheel 6 carries the can body 2 through an arc of approximately 210 degrees, and deposits the can body 2 into one of the pockets 27 of the necking station 16a Using techniques well known in the art of can making, an open end of the can body 2 is brought into contact with a die (not shown) in the necking station 16a The necking station 16a carries the can body 2 through an arc of approximately 180 degrees, along the top portion of the necking station 16a The noted contact between the can body 2 and the die slightly reduces the diameter of the open end of the can body 2 (The diameter -reduction process, as noted above, is commonly referred to as "necking.")

The necking machine 12 also comprises first, second, third, and fourth intermediate, or transfer, modules, respectively designated 19a, 19b, 19c, 19d. The transfer modules 19a, 19b, 19c, 19d each comprise an intermediate, or transfer, wheel, respectively designated 18a, 18b, 18c, 18d (see FIG 1) The transfer wheels 18a, 18b, 18c, 18d each rotate in a counterclockwise direction

Each of the transfer wheels 18a, 18b, 18c, 18d has a plurality of pockets 29 formed therein. The pockets 29 are adapted to receive the can body 2 The can body 2 is retained in the pockets 29 in a manner substantially identical to that described above with respect to the input module 11 and the pockets 25

The transfer modules 19a, 19b, 19c, 19d are each located between a respective pair of the necking modules 17a, 17b, 17c, 17d, 17e, as depicted in FIGS 1 and 2. The necking station 16a deposits the can body 2 into one of the pockets 29 of the transfer wheel 18a after the necking station 16a has reduced the diameter of the end of the can body 2 as described above

The transfer wheel 18a carries the can body 2 through an arc of approximately 180 degrees, and deposits the can body 2 into one of the pockets 27 of the necking module 16b The necking module 16b further reduces the diameter of the end

US 6,698,265 B1

3

of the can body 2 in a manner substantially identical to that noted above with respect to the necking station 16a

The can body 2 is subsequently transferred between the necking stations 16c, 16d, 16e by the transfer wheels 18b, 18c, 18d, in a manner substantially identical to that described above with respect to the transfer wheel 18a The diameter of the end of the can body 2 is further reduced by the necking stations 16c, 16d, 16e, in a manner substantially identical to that noted above with respect to the necking station 16a

The necking machine 12 further comprises a discharge module 21 located immediately downstream of the necking module 16a, and a discharge chute 22 The discharge module 21 comprises a discharge wheel 20 having a plurality of pockets 31 formed therein The pockets 31 are adapted to receive the can body 2 from the necking module 16e The can body 2 is retained in the pockets 31 in a manner substantially identical to that described above with respect to the input module 11 and the pockets 25

The discharge wheel 20 rotates in a counterclockwise direction The discharge wheel 20 carries the can body 2 through an arc of approximately 180 degrees, and deposits the can body 2 in the discharge chute 22. The discharge chute 22 subsequently guides the can body 2 out of the necking machine 12.

The input feed wheel 6, the transfer wheels 18a, 18b, 18c, 18d, and the discharge wheel 20 are each driven by a respective shaft 32 that, in turn, is driven by a corresponding gear 24 (see FIGS 2 and 3) The necking stations 16a, 16b, 16c, 16d, 16e are each driven by a respective shaft 8 that, in turn, is driven by a corresponding gear 24 (see FIGS 3 and 4C)

The gear 24 associated with the transfer module 19c is coupled to and driven by a motor 28 by way of a gear box 26 and a drive belt 30 (see FIG 3, the motor 28, gear box 26, and drive belt 30 are not shown in FIG 2, for clarity) The motor-driven gear 24 drives the two immediately adjacent gears 24, which, in turn, drive the next gears 24, and so on

The drive shafts 32, 8 are each rotatably coupled to bearings 33 mounted on the bearing plate 9 (see FIG 3) The necking stations 16a, 16b, 16c, 16d, 16e each support an end of their associated drive shaft 8 by way of a respective bearing housing 15 (see FIG 4C) The transfer modules 19a, 19b, 19c, 19d each support an end of their associated drive shaft 32 by way of a respective bearing housing 13 (see FIG 3)

Conventional fixed-base necking machines, in general, comprise no more than nine stages Contemporary can necking operations, however, are often performed in more than nine stages Ten or more necking stages are often needed to achieve the substantial reductions in diameter sought by many can manufacturers Hence, two or more necking machines are often coupled in some manner to achieve the required number of necking stages for a particular application

Multiple necking machines may be coupled using a conveyor that transports a partially necked can body from the first, or upstream, necking machine to the second, or downstream, necking machine The second necking machine, upon receiving the can end, performs further necking operations thereon

The use of a conveyor to couple upstream and downstream necking machines has several drawbacks For example, conveyors may damage a can body during conveyance thereof, and can become jammed by the can bodies

4

being conveyed thereon Conveyors also require that the upstream and downstream necking machines be spaced apart to absorb can build-up caused by variations in speed between the upstream and downstream necking machines, thereby increasing the amount of floor space required by the necking machines

Alternatively, multiple necking machines may be coupled using a transfer wheel, or bridge, similar to the transfer wheels 18a, 18b, 18c, 18d, positioned between the upstream and downstream necking machines The transfer wheel receives a partially necked can body from the discharge module of the upstream necking machine, and transfers the can body to the input module of the downstream necking machine The use of a transfer wheel in this manner is disclosed in U S Pat No 6,085,563

The use of a transfer wheel to couple two or more necking machines has proven successful The cost of procuring, installing, and operating this additional component, however, can be substantial Moreover, the transfer wheel requires floor space in the manufacturing plant This characteristic represents a disadvantage, as floor space in such plants is often limited

Moreover, the can bodies can shift along their respective longitudinal axes within the pockets of the transfer wheel Such shifting can cause the can body to be improperly positioned in the downstream necking module, thus leading to jamming of the necking module

Consequently, a need exists for a method for coupling two or more necking machines without the use of a conveyor or a transfer wheel

SUMMARY OF THE INVENTION

A preferred method is provided for closely coupling a first and a second necking machine each comprising a base, a bearing support plate fixedly coupled to the base, an input module comprising an input feed wheel adapted to receive a can body and a drive gear rotatably coupled to the bearing support plate, a necking module comprising a necking station adapted to reduce a diameter of an end of the can body and a drive gear rotatably coupled to the bearing support plate, and a discharge module comprising a discharge wheel adapted to discharge the can body from the necking machine and a drive gear rotatably coupled to the bearing support plate

A preferred comprises removing the input module from the second necking machine, removing an end portion of the bearing support plate and an end portion of the base of the second necking machine, and fixing a cover plate to the base of the second necking machine

A preferred method further comprises positioning the first and second necking machines end to end so that the drive gear of the discharge module of the first necking machine meshes with the drive gear of the necking module of the second necking machine and the necking module of the second necking machine is adapted to receive the can body from the discharge module of the first necking machine

Another preferred method for closely coupling the first and second necking machines comprises removing the discharge module from the first necking machine, removing an end portion of the bearing support plate and an end portion of the base of the first necking machine, and fixing a cover plate to the base of the first necking machine

A preferred method also comprises positioning the first and second necking machines end to end so that the drive gear of the necking module of the first necking machine

US 6,698,265 B1

5

meshes with the drive gear of the input module of the second
necking machine and the input module of the second neck-
ing machine is adapted to receive the can body from the
necking module of the first necking machine.

Another preferred method is provided for closely coup-
ling a first and a second necking machine each comprising
a base, a bearing support plate fixedly coupled to the base,
an input module adapted to carry a can body in a down-
stream direction and comprising a drive gear rotatably
coupled to the bearing support plate, a necking module
located downstream of the input module, adapted to reduce
a diameter of an end of the can body, and comprising a drive
gear rotatably coupled to the bearing support plate, and a
discharge module located downstream of the necking
module, adapted to discharge the can body in the down-
stream direction, and comprising a drive gear rotatably
coupled to the bearing support plate.

A preferred method comprises removing the input module
from the second necking machine, removing a portion of the
bearing support plate and a portion of the base of the second
necking machine located upstream of the of the necking
module of the second necking machine, and fixing a cover
plate to the base of the second necking machine.

A preferred method also comprises positioning an
upstream end of the second necking machine adjacent a
downstream end of the first necking machine so that the
drive gear of the discharge module of the first necking
machine meshes with the drive gear of the necking module
of the second necking machine and the necking module of
the second necking machine is adapted to receive the can
body from the discharge module of the first necking
machine.

Another preferred method for closely coupling the first
and second necking machine comprises removing the dis-
charge module from the first necking machine, removing a
portion of the bearing support plate and a portion of the base
of the first necking machine located downstream of the of
the necking module of the first necking machine, and fixing
a cover plate to the base of the first necking machine.

A preferred method also comprises positioning an
upstream end of the second necking machine adjacent a
downstream end of the first necking machine so that the
drive gear of the necking module of the first necking
machine meshes with the drive gear of the input module of
the second necking machine and the input module of the
second necking machine is adapted to receive the can body
from the necking module of the first necking machine.

BRIEF DESCRIPTION OF THE DRAWINGS

The foregoing summary, as well as the following detailed
description of a presently-preferred method, is better under-
stood when read in conjunction with the appended drawings
For the purpose of illustrating the invention, the drawings
show an embodiment that is presently preferred The inven-
tion is not limited, however, to the specific instrumentalities
disclosed in the drawings In the drawings:

FIG 1 is a front view of a five-stage necking machine
capable of being closely coupled to another necking module
in accordance with the presently-preferred embodiment;

FIG 2 is a rear view of the necking machine shown in
FIG. 1, with a motor, gear box, and drive belt of the necking
machine not depicted, for clarity;

FIG 3 is a side view of the necking machine shown in
FIGS. 1 and 2;

FIG 4A is a front view of a first necking machine
substantially identical to the necking machine shown in

6

FIGS 1–3, configured to be closely coupled to another
necking machine, with a motor, gear box, and drive belt of
the second necking machine not depicted, for clarity;

FIG 4B is a front view of a second necking machine
substantially identical to the necking machine shown in
FIGS. 1–3, configured to be closely coupled to the first
necking machine shown in FIG 4A;

FIG 4C is an end view of the second necking machine
shown in FIG 4B after and end portion thereof has been
removed and before a replacement end plate has been affixed
thereto;

FIG 5 is a front view of the first necking machine shown
in FIG. 4A closely coupled to the second necking machine
shown in FIGS 4B, 4C;

FIG 6A is a rear view of the second necking machine
configured as shown in FIGS 4B and 5;

FIG 6B is a rear view of the first necking machine
configured as shown in FIGS 4A and 5, and

FIG 7 is a rear view of the first necking machine coupled
to the second necking machine as shown in FIG 5

DESCRIPTION OF PREFERRED METHODS

A presently-preferred method for closely coupling two or
more necking machines is described herein in connection
with a first five-stage necking machine 12' and a second
five-stage necking machine 12". The necking machines 12',
12" are described for exemplary purposes only, as the
presently-preferred method can be used in connection with
other types of necking machines, including necking machine
having more or less than five stages

The first and second necking machines 12', 12", before
being modified as set forth below, are substantially identical
to the previously described necking machine 12. The above
description of the necking machine 12 therefore applies
equally to the first and second necking machines 12', 12"
Corresponding components of the necking machines 12, 12',
12" are denoted herein by identical reference numerals;
reference numerals denoting components of the first and
second necking machines 12', 12" are followed by a prime
(') and a double prime (") marking, respectively

The first and second necking machines 12', 12" are closely
coupled in accordance with the presently-preferred method,
as follows A preferred method comprises modifying the
second necking machine 12" by removing the input chute 7'
and the input feed module 11" The second necking machine
12" is also modified by removing the motor 28", gear box
26", and drive belt 30".

The second necking machine 12" is further modified by
removing an end portion 5b" of the base 5" and an end
portion 9a" of the bearing plate 9" from the necking machine
12", as follows (the end portions 9a", 5b" are depicted in
phantom in FIGS 4B and 6A).

The end portion 5a" of the base 5" is initially cut in a
substantially rectangular pattern around the pipes 58"
Moreover, two small welds are made at the mating surfaces
of the base 5" and the bearing plate 9" The welds are
preferably located downstream of, and proximate to the
input feed module 11" (The "downstream" and "upstream"
directions correspond respectively to the "+x" and "−x"
directions denoted on the coordinate system 3 included in
the figures) The purpose of the noted welds is explained
below.

The base 5" and the bearing plate 9" are subsequently cut
along their respective perimeters, at a longitudinal ("x" axis)
position denoted by the line 53 in FIG 4B The line 53

US 6,698,265 B1

7

coincides with the forward most. i e , upstream, edge of the necking station 16a" A cutting torch may be used to cut the base 5" and the bearing plate 9" Alternative cutting means such as milling can also be used.

The end portions 5b", 9a" of the base 5" and the bearing plate 9", i e , the portions of the base 5" and the bearing plate 9" upstream of the line 53, are physically separated and removed from the second necking machine 12" once the above-noted cuts have been made. This action exposes the internal volume 35 of the second necking machine 12" (see FIG. 4C, which depicts the second necking machine 12" immediately after the end portions 5b", 9a" have been removed).

The end portions 5b", 9a" of the base 5" and the bearing plate 9" are each adapted to receive a dowel pin that precisely locates the base 5" and the bearing plate 9" in relation to each other. The above-noted welds made at the mating surfaces of the base 5" and the bearing plate 9" keep the base 5" and the bearing plate 9" in the proper relative positions once the end portions 5b", 9a" have been removed.

The rectangular cut made on the end plate 5a" proximate the pipes 58 permits the end portion 5b" of the base 5" to be removed without damaging or otherwise disturbing the pipes 58"

The pipes 58" are subsequently cut so that the ends thereof lie substantially flush with the newly-formed forward (upstream) end of the second necking machine 12". This operation removes the rectangular portion of the end plate 5a" that remained with the pipes 58" as the end portion 5b" of the base 5" was separated from the necking machine 12"

An end plate 52 is subsequently fixed to the newly-formed forward end of the base 5" (see FIG 4B, the end plate 52 is depicted in both its installed position on the base 5", and in an uninstalled position with arrows 51 indicating the direction in which the end plate 52 is installed)

The end plate 52 has a shape that is substantially similar to that of the plate 5a", and has through holes formed therein for accommodating the pipes 58" The end plate 52 covers and seals the inner volume 35 the base 5", which was exposed by the removal of the end portion 5b" (and the plate 5a"). (The end plate 52 thus functions as a "new" or "replacement" end plate for the base 5".) The end plate 52 is recessed into the end of base 5", in a manner substantially similar to the plate 5a" prior to its removal (see FIG. 4B). The second necking machine 12" at this point is configured as shown in FIGS. 4B and 6A, and is ready to be coupled to the first necking machine 12'

The presently-preferred method further comprises removing the discharge chute 22' from the first necking machine 12', thereby exposing the discharge wheel 20' of the first necking machine 12' The first necking machine 12' at this point is configured as shown in FIGS 4A and 6B, and is ready to be coupled to the second necking machine 12"

The necking machines 12', 12" are subsequently coupled as follows The necking machines 12', 12" are placed end to end as depicted in FIGS 5 and 7. In other words, the downstream end of the first necking machine 12' is substantially butted against the upstream end of the second necking machine 12" so that the drive gear 24' of the discharge module 21' on the first necking machine 12' meshes with the drive gear 24" of the first necking module 17a" on the second necking machine 12" (see FIG 7)

A jackscrew (not shown) can be used to pull the first and second necking machines 12', 12" together in a precise manner. The jackscrew can also be used to hold the first and

8

second necking machines 12', 12" in position thereafter It should be noted, however, that an attachment means such as a jackscrew is not necessary, especially in situations where relatively large necking machines are being coupled

The uppermost of the pipes 58, 58" of the respective first and second necking machines 12', 12" is preferably capped at the end that faces the other necking machine 12', 12" Each of the first and second necking machines 12', 12" is thus provided with vacuum on an individual basis, i e , vacuum is not transferred from one of the necking machines 12', 12" to the other.

The two lowermost pipes 59', 58" are preferably coupled by way of a flexible hose (not shown) so that positive or pressurized air can be transferred between the first and second necking machines 12', 12". Hence, positive or pressurized air can be provided to the necking machines 12', 12" using a single supply line. Alternatively, the two lowermost pipes 58', 58" can be capped so that each necking machine 12', 12" is provided with positive or pressurized air on an individual basis

Other services such as electricity can be supplied to each necking machine 12', 12" on an individual basis, using the lines, ports, etc originally provided for those services Alternatively, the services can be supplied to the necking machines 12', 12" as a single unit

Positioning the necking machines 12', 12' in the above-noted manner causes the drive gear 24' of the discharge module 21 ' on the first necking machine 12' to mesh with the drive gear 24" of the first necking module 17a" of the second necking machine 12", as noted above. The drive gear 24' of the discharge module 21', which is actuated by the motor 28', gear box 26', and drive belt 30' of the first necking machine 12', directly drives the drive gear 24" of the first necking module 17a" (The drive gear 24' of the discharge module 21' thus indirectly drives the remaining drive gears 24" of the second necking module 12")

Positioning the necking machines 12', 12'' in the above-noted manner places the necking station 16a" of the second necking machine 12" directly downstream of the discharge wheel 20' of the first necking machine 12' (see FIG. 5)

The drive gear 24' of the discharge module 21' and the drive gear 24" of the necking station 16a" are indexed before being meshed so that the discharge wheel 20" is in time with necking station 16a" Hence, the necking station 16a" of the second necking machine 12" is adapted to receive partially-necked can bodies 2 from the discharge wheel 20' of the first necking machine 12' once the necking machines 12', 12" have been placed end to end as noted

The closely-coupled necking machines 12', 12" function as a single, ten-stage necking machine More particularly, the can body 2 undergoes five incremental necking operations while passing through the necking modules 16a', 16b', 16c', 16d', 16e' of the first necking machine 12'

The discharge wheel 20' of the first necking machine 12' transfers the partially necked can body 2 from the necking station 16e' of the first necking machine 12', to the necking station 16a" of the second necking machine 12" Hence, the discharge wheel 20' functions as a transfer wheel when the first and second necking machines 12', 12" are coupled as noted.

The can body 2 subsequently undergoes five additional incremental necking operations while passing through the necking modules 16a", 16b", 16c", 16d", 16e" of the second necking machine 12". The fully necked can body subsequently passes out of the necking machine 12" by way of the discharge module 21 " and the discharge chute 22"

US 6,698,265 B1

9

The presently-preferred method permits the first and second necking machines 12', 12" to be closely coupled in a simple and cost-effective manner For example, the necking machines 12', 12" can be coupled without the need for additional equipment, e g , a transfer wheel or conveyor, to carry the can bodies 2 between the first and second necking machines 12', 12" This function, as explained above, is performed by the discharge wheel 20' of the first necking machine 12' In other words, the interface between the first and second necking machines 12', 12" is provided by one of the original components of the first necking machine 12'. Hence, the substantial expense, space, and time associated with procuring, installing, and operating an additional major component are not incurred when the first and second necking machines 12', 12" are coupled in accordance with the presently-preferred method.

Moreover, the modifications needed to couple the necking machines 12', 12" can be performed with minimal time and effort, and without expensive or scarce machinery

The presently-preferred method thus facilitates coupling two or more necking machines in a relatively inexpensive, quick, and space-efficient manner Hence, two or more necking machines each having a low number of stages can readily be converted into a single integrated unit comprising a relatively large number of stages

It is to be understood that even though numerous characteristics and advantages of the present invention have been set forth in the foregoing description, the disclosure is illustrative only and changes may be made in detail within the principles of the invention to the full extent indicated by the broad general meaning of the terms in which the appended claims are expressed.

For example, the necking machines 12', 12" may be closely coupled in accordance with the following method The discharge chute 22' and the discharge module 21' are removed from the first necking machine 12', and the input chute 7" is removed from the second necking machine 12"

The base 5' and the bearing support plate 9' of the first necking machine are cut along a line corresponding substantially to the rearward most edge of the necking station 16e' A rearward portion of the base 5' and the bearing support plate 9', i e , the portions of the base 5' and the bearing support plate 9' downstream of the cut, are then removed The pipes 58' are cut so as to lie substantially flush with the newly-formed rearward edge of the base 5' A plate is fixed to the rearward edge of the base 5' to seal the exposed interior volume 35' of the first necking machine 12'

The necking machines 12', 12" are subsequently placed end to end so that the drive gear 24' of the necking module 17e' on the first necking machine 12' meshes with the drive gear 24' of the input module 11" on the second necking machine 12" This arrangement permits the feed wheel 6" of the second necking machine 12' to function as a transfer wheel that transfers the partially-necked can body 2 from the necking station 16e' of the first necking machine 12', to the necking station 16a" of the second necking machine 12"

Furthermore, the motor 28', gear box 26', and drive belt 30' of the first necking machine 12' can be removed in lieu of removing the motor 28", gear box 26", and drive belt 30" of the second necking machine 12" in either of the above-described methods (The drive gears 24' of the first necking machine 12' are thus driven by the motor 28", gear box 26", and drive belt 30" of the second necking machine 12" in this particular variant.)

In addition, regardless of whether the noted drive components are removed from the first or the second necking

10

machine 12', 12", the remaining drive components, i e , the motor 28', gear box 26'. and drive belt 30', or the motor 28", gear box 26", and drive belt 30", can be modified to withstand the increased loading placed thereon as a result of the removal of the other set of drive components

Moreover, the presently-preferred method is not limited to use with two necking machines In other words, three or more necking machines can be closely coupled using the presently-preferred method For example, a downstream end of a first necking machine can be closely coupled to an upstream end of a second necking machine in accordance with any of the above-described methods A downstream end of the second necking machine can likewise be closely coupled to an upstream end of a third necking machine in accordance with any the above-described method, and so on

What is claimed is:

1. A method for closely coupling a first and a second necking machine each comprising (i) a base, (ii) a bearing support plate fixedly coupled to the base, (iii) an input module comprising an input feed wheel adapted to receive a can body and a drive gear rotatably coupled to the bearing support plate, (iv) a necking module comprising a necking station adapted to reduce a diameter of an end of the can body and a drive gear rotatably coupled to the bearing support plate, and (v) a discharge module comprising a discharge wheel adapted to discharge the can body from the necking machine and a drive gear rotatably coupled to the bearing support plate, the method comprising:

removing the input module from the second necking machine;

removing an end portion of the bearing support plate and an end portion of the base of the second necking machine;

fixing a cover plate to the base of the second necking machine; and

positioning the first and second necking machines end to end so that the drive gear of the discharge module of the first necking machine meshes with the drive gear of the necking module of the second necking machine and the necking module of the second necking machine is adapted to receive the can body from the discharge module of the first necking machine.

2. The method of claim 1, wherein removing an end portion of the bearing support plate and an end portion of the base of the second necking machine comprises cutting the bearing support plate and the base of the second necking machine at a longitudinal position coinciding substantially with a forward edge of the necking station of the second necking machine.

3. The method of claim 1, wherein removing an end portion of the bearing support plate and an end portion of the base of the second necking machine comprises removing a portion of the bearing support structure and a portion of the base of the second necking machine located forward of the necking station of the second necking machine

4. The method of claim 1, wherein removing an end portion of the bearing support plate and an end portion of the base of the second necking machine comprises cutting the bearing support plate and the base of the second necking machine with a cutting torch

5. The method of claim 1, wherein fixing a cover plate to the base of the second necking machine comprises fixing a cover plate to an end of the base of the second necking machine formed by removing the end portion of the base of the second necking machine.

6 The method of claim 1, wherein removing an end portion of the bearing support plate and an end portion of the

US 6,698,265 B1

11

base of the second necking machine comprises cutting an end plate of the base of the second necking machine around a pipe extending through the end plate.

7. The method of claim 6, further comprising cutting the pipe so that an end of the pipe lies substantially flush with the end of the base of the second necking machine.

8. The method of claim 1, further comprising indexing the drive gears of the discharge module of the first necking machine and the necking station of the second necking machine before positioning the first and second necking machines end to end so that the discharge wheel of the first necking machine is in registration with the necking station of the second necking machine.

9. The method of claim 1, further comprising removing an input chute of the second necking machine and removing a discharge chute of the first necking machine.

10. The method of claim 1, wherein removing an end portion of the bearing support plate and an end portion of the base of the second necking machine comprises cutting the base of the second necking machine along a perimeter of the base of the second necking machine.

11. The method of claim 1, wherein removing the input module from the second necking machine comprises physically separating the input module of the second necking machine from a remainder of the second necking machine.

12. The method of claim 1, wherein removing an end portion of the bearing support plate and an end portion of the base of the second necking machine comprises physically separating the end portion of the bearing support plate and the end portion of the base of the second necking machine from a remainder of the second necking machine.

13. The method of claim 1, wherein fixing a cover plate to the base of the second necking machine comprises covering an internal volume of the base of the second necking machine exposed by removing the end portion of the base of the second necking machine.

14. The method of claim 1, further comprising removing a motor, a drive belt, and a gearbox from at least one of the first and second necking machines.

15. The method of claim 1, further comprising welding the bearing support plate of the second necking machine to the base of the second necking machine prior to removing the end portion of the bearing support plate and the end portion of the base of the second necking machine.

16. A method for closely coupling a first and a second necking machine each comprising (i) a base, (ii) a bearing support plate fixedly coupled to the base, (iii) an input module comprising an input feed wheel adapted to receive a can body and a drive gear rotatably coupled to the bearing support plate, (iv) a necking module comprising a necking station adapted to reduce a diameter of an end of the can body and a drive gear rotatably coupled to the bearing support plate, and (v) a discharge module comprising a discharge wheel adapted to discharge the can body from the necking machine and a drive gear rotatably coupled to the bearing support plate, the method comprising:

   removing the discharge module from the first necking machine;

   removing an end portion of the bearing support plate and an end portion of the base of the first necking machine;

   fixing a cover plate to the base of the first necking machine; and

   positioning the first and second necking machines end to end so that the drive gear of the necking module of the first necking machine meshes with the drive gear of the input module of the second necking machine and the input module of the second necking machine is adapted

12

to receive the can body from the necking module of the first necking machine.

17. The method of claim 16, wherein removing an end portion of the bearing support plate and an end portion of the base of the first necking machine comprises cutting the bearing support plate and the base of the first necking machine at a longitudinal position coinciding substantially with a rearward edge of the necking station of the first necking machine.

18. The method of claim 16, wherein removing an end portion of the bearing support plate and an end portion of the base of the first necking machine comprises removing a portion of the bearing support structure and a portion of the base of the first necking machine located rearward of the necking station of the first necking machine.

19. The method of claim 16, wherein removing an end portion of the bearing support plate and an end portion of the base of the first necking machine comprises cutting the bearing support plate and the base of the first necking machine with a cutting torch.

20. The method of claim 16, wherein fixing a cover plate to the base of the first necking machine comprises fixing a cover plate to an end of the base of the first necking machine formed by removing the end portion of the base of the first necking machine.

21. The method of claim 16, wherein removing an end portion of the bearing support plate and an end portion of the base of the first necking machine comprises cutting an end plate of the base of the first necking machine around a pipe extending through the end plate.

22. The method of claim 21, further comprising cutting the pipe so that an end of the pipe lies substantially flush with the end of the base of the first necking machine.

23. The method of claim 16, further comprising indexing the drive gears of the input module of the second necking machine and the necking station of the first necking machine before positioning the first and second necking machines end to end so that the input wheel of the second necking machine is in registration with the necking station of the first necking machine.

24. The method of claim 16, further comprising removing an input chute of the second necking machine and removing a discharge chute of the first necking machine.

25. The method of claim 16, wherein removing an end portion of the bearing support plate and an end portion of the base of the first necking machine comprises cutting the base of the first necking machine along a perimeter of the base of the first necking machine.

26. The method of claim 16, wherein removing the discharge module from the first necking machine comprises physically separating the discharge module of the first necking machine from a remainder of the first necking machine.

27. The method of claim 16, wherein removing an end portion of the bearing support plate and an end portion of the base of the first necking machine comprises physically separating the end portion of the bearing support plate and the end portion of the base of the first necking machine from a remainder of the first necking machine.

28. The method of claim 16, wherein fixing a cover plate to the base of the first necking machine comprises covering an internal volume of the base of the first necking machine exposed by removing the end portion of the base of the first necking machine.

29. The method of claim 16, further comprising removing a motor, a drive belt, and a gearbox from at least one of the first and second necking machines.

US 6,698,265 B1

13

**30.** The method of claim 1, further comprising welding the bearing support plate of the first necking machine to the base of the first necking machine prior to removing the end portion of the bearing support plate and the end portion of the base of the first necking machine.

**31.** A method for closely coupling a first and a second necking machine each comprising (i) a base, (ii) a bearing support plate fixedly coupled to the base, (iii) an input module adapted to carry a can body in a downstream direction and comprising a drive gear rotatably coupled to the bearing support plate, (iv) a necking module located downstream of the input module and adapted to reduce a diameter of an end of the can body, the necking module comprising a drive gear rotatably coupled to the bearing support plate, and (v) a discharge module located downstream of the necking module and adapted to discharge the can body in the downstream direction, the discharge module comprising a drive gear rotatably coupled to the bearing support plate, the method comprising:

removing the input module from the second necking machine;

removing a portion of the bearing support plate and a portion of the base of the second necking machine located upstream of the of the necking module of the second necking machine;

fixing a cover plate to the base of the second necking machine; and

positioning an upstream end of the second necking machine adjacent a downstream end of the first necking machine so that the drive gear of the discharge module of the first necking machine meshes with the drive gear of the necking module of the second necking machine and the necking module of the second necking machine is adapted to receive the can body from the discharge module of the first necking machine.

**32.** The method of claim 31, wherein fixing a cover plate to the base of the second necking machine comprises fixing

14

the cover plate to an upstream end of the base of the second necking machine.

**33.** A method for closely coupling a first and a second necking machine each comprising (i) a base, (ii) a bearing support plate fixedly coupled to the base, (iii) an input module adapted to carry a can body in a downstream direction and comprising a drive gear rotatably coupled to the bearing support plate, (iv) a necking module located downstream of the input module and adapted to reduce a diameter of an end of the can body, the necking module comprising a drive gear rotatably coupled to the bearing support plate, and (v) a discharge module located downstream of the necking module and adapted to discharge the can body in the downstream direction, the discharge module comprising a drive gear rotatably coupled to the bearing support plate, the method comprising:

removing the discharge module from the first necking machine;

removing a portion of the bearing support plate and a portion of the base of the first necking machine located downstream of the of the necking module of the first necking machine;

fixing a cover plate to the base of the first necking machine; and

positioning an upstream end of the second necking machine adjacent a downstream end of the first necking machine so that the drive gear of the necking module of the first necking machine meshes with the drive gear of the input module of the second necking machine and the input module of the second necking machine is adapted to receive the can body from the necking module of the first necking machine.

**34.** The method of claim 33, wherein fixing a cover plate to the base of the first necking machine comprises fixing the cover plate to a downstream end of the base of the first necking machine.

*    *    *    *    *

PAGES A149-A304
REDACTED

# United States Patent [19]

## Bressan et al.

[11] Patent Number: **4,781,047**

[45] Date of Patent: * Nov. 1, 1988

[54] CONTROLLED SPIN FLOW FORMING

[75] Inventors: Renato J. Bressan, Forked River, N.J.; Andrew Halasz, Crystal Lake, Ill.; Lawrence S. Maccherone, Severna Park, Md.; Eugen F. Ihly, Denver, Colo.

[73] Assignee: Ball Corporation, Muncie, Ind.

[ * ] Notice: The portion of the term of this patent subsequent to Jan. 14, 2003 has been disclaimed.

[21] Appl. No.: 858,774

[22] Filed: May 2, 1986

### Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 758,304, Jul. 24, 1985, abandoned, which is a continuation-in-part of Ser. No. 542,309, Oct. 14, 1983, Pat. No. 4,563,887.

[51] Int. Cl.4 ............................................. B21D 17/04
[52] U.S. Cl. ............................................. 72/84; 72/105
[58] Field of Search ............... 72/84, 94, 105, 106; 220/67, 74, DIG. 22

[56]                 References Cited

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| B 223,678 | 3/1976 | Nixon et al. |
| 1,939,577 | 12/1933 | Speed |
| 2,312,225 | 2/1943 | Wilkinson |
| 2,353,349 | 7/1944 | Merolle |
| 3,469,428 | 9/1969 | Aschberger |
| 3,688,538 | 9/1972 | Hoyne |
| 3,763,807 | 10/1973 | Hilgenbrink |
| 3,782,314 | 1/1974 | Franek et al. |
| 3,874,209 | 4/1975 | Maiorino |
| 3,913,336 | 10/1975 | Nelsen et al. |
| 3,913,366 | 10/1975 | Nelsen et al. |

| | | |
|---|---|---|
| 3,962,896 | 6/1976 | Bichel |
| 3,994,251 | 11/1976 | Hake et al. |
| 4,018,176 | 4/1977 | Gynp et al. |
| 4,030,432 | 6/1977 | Miller et al. |
| 4,070,888 | 1/1978 | Gombas |
| 4,144,732 | 3/1979 | Franks et al. |
| 4,341,103 | 7/1982 | Escallon et al. ............... 72/105 |
| 4,487,048 | 12/1984 | Frei |
| 4,512,172 | 4/1985 | Abbott et al. ............... 72/84 |
| 4,563,887 | 1/1986 | Bressan et al. ............... 72/84 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 477348 | 10/1974 | Australia |
| 0075068 | 3/1983 | European Pat. Off. |
| 0140469 | 5/1985 | European Pat. Off. |
| 2345871 | 1/1973 | Fed. Rep. of Germany |
| 2703141 | 7/1977 | Fed. Rep. of Germany |
| 2805321 | 8/1978 | Fed. Rep. of Germany |
| 1512772 | 6/1978 | United Kingdom |

Primary Examiner—Lowell A. Larson
Attorney, Agent, or Firm—Sheridan, Ross & McIntosh

[57]                 ABSTRACT

A system and apparatus for roll forming to neck-in D&I can ends and replace double necks and triple necks is disclosed. An externally disposed free roll having independently rotatable sections is moved inward and axially against the outside wall of the open end of a rotating trimmed can to form a conical neck at the open end of the can, the two sections of the roller having different speeds depending upon neck diameters respectively engaged thereby. A spring loaded interior support roller moves under the forming force of the free roll. This is a single operation where the can rotates and the free roll rotates such that a smooth conical necked end and flange are produced.

14 Claims, 3 Drawing Sheets



REX 032079

U.S. Patent     Nov. 1, 1988     Sheet 1 of 3     4,781,047



FIG. 1

FIG. 2



REX 032081

A307

REX032082

U.S. Patent    Nov. 1, 1988    Sheet 3 of 3    4,781,047



FIG. 4.

REX 032082

A308

4,781,047

1

# CONTROLLED SPIN FLOW FORMING

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation-in-part of Ser. No. 758,394, filed July 24, 1985, now abandoned, which in turn is a continuation-in-part of Ser. No. 542,309, filed Oct. 14, 1983, now U.S. Pat. No. 4,563,887, issued Jan. 14, 1986.

## BACKGROUND OF THE INVENTION

This invention relates to containers; the body for such containers being in the form of cylindrical one-piece metal can having an open end terminating in an outwardly directed peripheral flange merging with a circumferentially-extending neck portion (the can body being hereinafter referred to as a D&I can). Methods of forming said neck and flange in a D&I can body and to apparatus for forming the said peripheral flange and neck portion.

The background for this disclosure relates to the way in which D&I can bodies are manufactured in drawing and then multiple ironing operations. For 20 years beverage containers have been made by a drawing and then multiple ironing processes in which the metal material is first drawn into a cup to establish the shape and a basic inside diameter and the cup is then pushed through a series of ironing rings which merely thin the side wall and do not appreciably affect the diameter.

The cross-sectional configuration of the ironing ring includes a chamfer, a land and finally a relief angle. The ironing process begins on the chamfer and is completed by the land during which time no drawing takes place. The process is done at high speed under a coolant/lubricant flood in order to accommodate the severity of the operation especially the heat. These containers have to be washed and in some cases chemically treated to remove residual lubricant and improve corrosion performance of organic coatings and decoration subsequently applied to the container. Coatings are normally applied after the shell has been trimmed and washed free of lubricants and metal fines.

The ironing steps result from the difference between the clearance between a punch and ironing ring land and the thickness of the metal sidewall. That clearance represents the amount to which the side wall of the container will be thinned. Usually, metal with no organic coating passes through three different ironing rings in a D&I operation during which ETP electrolytic of T-1 to T-5 temper tinplate or H19 aluminum container sidewall is reduced about 25% in the first pass, about 25% of its new thickness in the second pass, and about 40% of its new thickness in the last pass, while the metal and tooling are flooded with lubricant coolant.

This operation increases the side wall length to several times that of the cup which was formed in an ordinary and separate one or two-draw operation. The cleaned and trimmed D&I can may then be necked and flanged in a separate apparatus and an independent operation. The grain orientation of the ironed sidewall is highly directional and the D&I can is subject to longitudinal cracking particularly at the radially extending flange. The purpose of the peripheral flange is usually to provide an element to which a can end is secured after the can has been filled, this securing being done by deforming the end flange of the can body together with a peripheral cover hook of the can end so as to form a

2

double seam. Consequently, flange cracks are a problem to achieving a hermetic double seam. The neck enables the flange, and therefore the can end, to be of smaller diameter than if there were no neck; usually the radial depth of the neck is such that the double seam has an external diameter less than that of the cylindrical side wall. Necking also minimizes the radial extent of the flange thus helping to resist flange cracking.

In some types of metal lids, such as those having easily opened ends of the so-called "ring pull" or "tab" type, the end to be seamed on to the flange of the can body is preformed with the scored opening feature. These opening features often determine the diameter of the end and only recently has the tab-type been reduced in size to permit ends as small as 202 being 2 and 2/16" across the double seam (can makers conventional terminology).

The end neck may serve another purpose, which is to provide a convenient means whereby a carrier can engage the container; such carriers are designed to hold a plurality of containers and may be of, for example, paperboard or a flexible plastic material. The type of carrier which engages the neck of a container of the kind with which this disclosure is concerned may include a horizontal web in which there are a plurality of holes, the periphery of each hole engaging below the above-mentioned container double end seam so as to support the container wholly or partly thereby. Where the container body is necked, the neck can be so shaped as to provide some measure of support and/or restraint for the carrier web around the hole in the latter, and to assist in locking the container to the web until the user wishes to pull it away from the carrier. Similarly, a reduced neck allows the cans to be held in close parallel relation thus, minimizing the total space needed to hold the containers. In addition, the necked end can be designed to stack against the bottom of a similar container for ease of shipping.

Various method have been used and proposed for forming an end neck and flange on a one-piece can body. Some methods involve molding the neck and/or the flange by means of circumferentially extending molds. Die necking has also been used to longitudinally move a die against the end of a supported D&I can to force same to a smaller diameter by means of the application of the die. Other methods involve rolling or spinning the neck and/or flange, using an external spinning roll of a given shape co-operating with an internal member of a companion shape within the can body. In these latter methods, the can body is supported rigidly by an internal mandrel or the like; the internal member may be a spinning roll, pilot or it may be the mandrel which supports the can body. In one such method the neck and flange are formed simultaneously in a can body supported internally and rigidly by a mandrel or chuck of an expanding/collapsing type, the neck and flange profile being formed by external spinning rolls co-operating with this mandrel.

In another method, the can body is supported internally by an anvil and endwise by a spinning pilot, the neck and flange being formed by a profiled, external spinning roll which deforms the can body into a groove formed on the pilot and anvil, the roll being moved axially of the can body.

In all these previously-proposed methods the final profile of the neck and flange is determined by the set profiles of the tool elements used for forming them, in

REX 032083

A309

4,781,047

3

that the tool elements (i.e., spinning rolls, mandrels, anvil etc.) are provided rigidly with fix working surfaces shaped to conform with the ultimate shape of the neck and/or the flange, and the metal of the can body is deformed into conformity with these profiles. It is thus necessary, if a different shape is required to change the tools so as to provide differently profiled tool elements.

A method such as that mentioned above, in which an expanding mandrel is used enables end flanges and neck portions to be produced reliably and economically even on can bodies made in the thinner and harder metals currently in favor, in particular double-reduced plate which is usually tinplate, but which may, for example, be aluminum, mild steel or blackplate suitably treated but not necessarily plated with another metal. The present invention is also especially suitable for use with these thinner and harder double reduced or work hardened materials.

The problems with the rolling or spin forming of tooling used in the prior art concerns the weak and relatively unsupported upper sidewall metal of the open end of a D&I can body. Such metal is usually very thin around 0.004″ to 0.006″, highly worked during ironing and highly grain oriented. Merely placing a tool with the desired profile inside the container and applying a similarly shaped roller to the outside of the container while same is spun does not give the metal during the forming operation adequate or complete support to prevent wrinkling, cracking, buckling, crushing or tearing. This uncontrolled or unsupported application of radial side force on the thin metal sidewall of the open end is unacceptable particularly in connection with the higher temper (H19, T5 or double reduced) materials in connection with operations performed at high speeds wherein the rate of production of the containers during necking and flanging is more than several hundred per minute. No known method for providing adequate support or complete control of the metal during forming was known whereby the problems stated in connection with the forming of necked and flanged containers were overcome.

### OBJECTS OF THE DISCLOSURE

It is an object of the disclosure to provide a holding mandrel and roller combination which cooperate to overcome the problems of metal damage during a necking and flanging operation by means of spin flow forming.

It is another object of the invention to disclose a holding mandrel which co-acts with the forming roller to provide continuous support for the metal being spin flow formed into the neck and flange for a thin wall D&I can.

It is still a further object of the invention to disclose a combination of forming roller and holding mandrel which produce a container having a unique, smooth, conical necked in portion extending from the full diameter of the sidewall into the root of the neck and outwardly therefrom to a terminating flange suitable for hermetic double seaming with a small diameter lid.

### SUMMARY OF THE DISCLOSURE

Disclosed is a unique tool for flow spin forming the opened end of thin wall D&I cans, a method for using that tool and a unique container configuration easily obtainable at commercial speeds by application of that tool with that method.

4

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a side cross sectional view of a can necking and flanging tool made in accordance with the spirit of the present invention;

FIG. 2 is an enlarged sectional view of a modified roller assembly;

FIG. 3A is a fragmentary sectional view of a can body wall;

FIG. 3B is a diagrammatic side view of a necked container produced by the invention;

FIG. 3C is a diagrammatic side view of a prior art necked container;

FIG. 3D is an enlarged fragmentary sectional view of a prior art necked sidewall;

FIG. 3E is an enlarged fragmentary sectional view of the necked sideall of the invention; and,

FIGS. 4A, 4B, 4C, 4D, and 4E are enlarged fragmentary sectional views of progressive steps in the spin flow forming operation.

### DETAILED DESCRIPTION OF THE DISCLOSURE

An apparatus 10 including a externally positioned roller 11 mounted on a mandrel 12, supported for full rotation by bearing 13 captured between the roller 11 and mandrel 12 to allow roller 11 to freely rotate with respect to its mounting yoke 14. The contour of the nose or periphery of roller 11, as shown in FIG. 1 includes flat 11a, a leading portion 11b and a trailing portion 11c. As can be seen in the Figure, the mandrel 12 has a greater axial length than the mounting hub 11d for the peripheral roller 11 whereby the roller 11 is free to slide, along the mandrel 12 against the urgings of a coil compression spring 12a which sets about mandrel 12 in reaction to axial thrust applied to the roller 11 during spin flow forming. The yoke 14 is mounted for controlled movement toward and away from the axis A of the apparatus 10 such as, for example, by a timed cam means.

The spinning device to drive the D&I can to be necked and flanged by spin flow forming is composed of a can support 15 which includes a gear drive 16 and its extended hub 16a, mounting bearings 17 within its extended ends of the hub 16a, which ride upon a fixed support shaft 18 and a D&I can end holder 19. The bearings 17 are disposed between shaft 18 and the hub 16a of gear 16. Shaft 18 is merely a fixed support and as such is not drivingly rotatable along its axis A. Holder 19 is shaped with a chamfered leading edge portion 19a designed to first engage the open end of a trimmed D&I can and then to support same for rotation about axis A in connection with the drive of gear 16 through the hub 16a therefore. Holder 19 is also free to slide axially relative to fixed shaft 18 but is resiliently biased into the open D&I can end by springs 20 (only one of which is shown in FIG. 1). The springs 20 are of the compression coil type and are captured in counter bored holes for controlled alignment and positioning. A driving collar 21 is mounted on hub 16a and arranged to rotate about shaft 18 in accordance with the drive from gear 16. More particularly, collar 21 has a set screw 21a to attach collar 21 to hub 16a and hold same adjacent gear 16 so that collar 21 is disposed with its counter bored holes 21b set to receive the springs 20 and locate same as to extend to holder 19. For that purpose, there is a cooperating counter bored hole 19b therein set to receive the other end of spring 20, shown in FIG. 1, whereby holes —

REX 032084

Crown Packaging Technologies, Rexam Beverage Can

4,781,047

5

21$b$ and 19$b$ opposite iced portion 19$a$ are opposite each other and aligned to carry spring 20.

Shaft 18 also carries a fixed inner roller assembly 22 which is mounted on an enlarged diameter (relative to the diameter of shaft 18) eccentrically disposed end 18$a$ of shaft 18. More particularly, end 18$a$ is cylindrical and offset to one side of the axis A such that it has a center line B. The offset is such that it is positioned at the center of the larger diameter of end 18$a$ whereby the end 18$a$ has one side which is in line with the side of shaft 18 and the other side which is offset relative thereto. Between the sides of end 18$a$ and the roller assembly 22 there are bearings 23 which are a part of roller assembly 22 and support same for free rotation about axis B. The roller assembly 22 also includes a roller sleeve 24 having an inner diametrical surface 24$a$ supported on bearings 23, an outer contoured surface 24$b$ which is adapted to engage a part of the inside wall of the D&I can, a front face 24$c$ and a rear face 24$d$. The latter is adapted to abut the portion 19$a$ and more specifically, the face thereof when same is urged outwardly of collar 21.

Roller assembly 22 is restrained from axial movement relative to shaft end 18$a$ by an inner axial bearing 25 disposed between the roller sleeve 24, rear face 24$d$ and the holder 19. More particularly, holder 19 includes a recessed inner bore 19$c$ which provides space for receiving the axial thrust bearing 25 and thereby limits the motion of holder 19 axially outwardly in response to the urgings of springs 20 whereby in its outwardmost position (holder 19 to the right in FIG. 1) abuts at 19$a$ near face 24$d$ of the sleeve but really against thrust bearing 25.

The outer end of sleeve 24 is maintained by means of a thrust bushing 26 in a form of a washer which during assembly is slid over end 18$a$ and is held axially thereon by a retaining ring 27 disposed within a groove 18$b$ circumscribed about the distal periphery of end 18$d$. Consequently, sleeve 24 is held in position between the bushing 26 and the bearing 25 so its axial location, relative to end 18$a$ is fixed. Bearing 25 acts as a stop for the outward axial motion of holder 19 but the location of bearing 25 is defined by the hub 16$a$ upon which gear 16 is carried. More specifically, the hub has bearings 17, as already mentioned, which ride on fixed shaft 18 and hub 16$a$ extends to the right through attached collar 21 to its end 16$b$ which abuts bearing 25 and carries bearing 27 inside that end. In a manner well known, hub 16$a$ is free to rotate relative to shaft 18 but because of a keyed relationship between hub 16$a$ and in particular a keyway 16$c$ on hub 16$a$ and 19$d$ on holder 19 axial movement between holder 19 and hub 16$a$ is permitted even though holder 19 rotates with hub 16$a$. In the keyway, defined by 16$c$ and 19$d$, is a key 23 which acts like a spline to permit the axial motion of the holder 19 outwardly in response to the urgings of springs 20.

The D&I can is supported by its bottom which includes vacuum. This, of course, is not the only way in which the container may be held during its rotation along the axis A but FIG. 1 illustrates a convenient means by which the bottom of a container may be supported along a specific axis as it is rotated. More particularly, there is a chuck assembly 29 which includes a gear 30 driven at the same speed and in a manner similar to that used to drive gear 16. For example, by a jack shaft with pinions (not shown). Gear 30 has a center hub 31 which is provided with an axially positioned vacuum passage to permit vacuum to pass therethrough for

6

purposes of holding the bottom of the D&I can. Hub 31 is supported cantilever on a bearing 32 whereby gear 30 can rotate when driven about axis A. A cup 33 is mounted to the face 30A of gear 30 and extends outwardly therefrom along axis A toward the bottom of the D&I can. Cup 33 is designed to carry an O-ring 34 within the inwardly (radial) rolled end thereof 33$a$ in order to define a place against which the D&I can bottom can be sealed in order to maintain the vacuum established through the hub 31. More particularly, hub 31 has an extending flange 31$a$ against which the bottom of the D&I can rests whereby the lower side wall is sealingly engaged with the O-ring 34.

In operation the yoke 14 carries peripheral roller 11 to engage the side wall of the open trimmed end of the D&I can betweenwhere same is supported by holder 19 and sleeve 24 while the D&I can is rotated between the hub 31 and the holder 19. The peripheral roller 11 is moved radially inward in response to controlled motion of yoke 14 and begins to define a conical necked-in end on the D&I can. More specifically, trailing portion 11$c$ of roller 11 bears against the sidewall of the open end of the D&I can camming the roller 11 axially to the left in accordance with arrow C. For this purpose the end on sleeve 24 is chamfered at corner 24$e$ and same cooperates with the trailing part 11$c$ to define the angle of the conical neck for the D&I can. Any reasonable obtuse (with respect to the inside wall) angle is obtainable. The spin flow forming of the D&I can due to inward motion (radially) of roller 11 would be uncontrolled except for the fact that holder 19 is spring loaded axially outward (to the right) to engage the radially inwardly moving end of axially slidable roller 11. More specifically, the lead portion 11$b$ of roller 11 comes into contact with portion 19$a$ on holder 19 so that same will be urged under the spring force of coil springs 20 against the chamfer 24$e$.

It can now be appreciated that the force required to neck the end of the D&I can, can be maintained against the conically forming end by means of the cooperation between trailing part 11$c$ and chamfer 24$e$ both of which define the angle of the cone to be formed. The resistance to movement in the direction of arrow C of roller 11 by the contact between leading portion 11$b$ and the portion 19$a$ of bolder 19 is essential. Throughout the forming of the conical end the motion radially inward of the yoke 14 which carries the roller 11 is similarly controlled. The axial motion in the direction of arrow C of the roller and the forming of the conical end between the roller 11 and the sleeve 24 are entirely controlled without any release of force against the container end during the spin flow forming.

The offset between axis A and axis B is provided in order to permit removal of the necked container notwithstanding the larger diameter of assembly 22. More particularly, the diameter to which the container is necked is still greater than the diameter of the assembly 22 whereby release of the conically necked D&I can from the chuck assembly 29 permits the container to tip relative to its axis A and slide over the outset of eccentric assembly 22.

In FIG. 1 the roller 11 is a unitary or one-piece roller, applicable primarily for the deformation of steel containers or shells. FIG. 2 shows a modified version, a roller assembly 40, including a peripheral (split) nose portion 41 with a peripheral flat 41$a$ intended to be opposed to aluminum container bodies for reasons to be explained.

REX 032085

China Packaging Technology · Reese Brewery, Co.
9345X

A311

4,781,047

7

The roller assembly 40 comprises two complemental roller sections 40a and 40b. In the form shown, roller section 40a includes a shank or sleeve 42 mounted for free rotation concentrically about the supporting mandrel 12 (described above), an antifriction bushing 44 of Teflon plastic or the like being interposed between the two.

Roller section 40a also includes a radial flange 45 having a leading portion 45b, the outer periphery of which presents a portion of the flat 41a as will be evident in FIG. 2.

The back of the flange 45 of roller section 40a is flat. Opposed thereto is the radial face of roller section 40b, undercut or recessed in part to receive an antifriction washer 47 such as Teflon plastic or the like.

The outermost periphery of roller section 40b, at 48, is flush with the outer periphery of roller 40a to complete the flat 41a. Rearwardly therefrom, the roller section 40b is tapered or sloped radially inwardly to define a trailing portion 40c, as in the instance of the unitary roller 11 of FIG. 1.

An antifriction bushing 50 is interposed between the outer diameter of the sleeve 42 and the inner diameter of roller section 40b so that the two roller sections may freely rotate relative to one another at different speeds.

The roller assembly is completed by disc 51 fitting flush against the radially aligned rear faces of the two roller sections. Disc 51 is bolted (at the dashed lines 51a, FIG. 2) to the sleeve portion of roller section 40a.

The leading portion 45b of roller section 40a performs the same function as the leading portion 11b of roller 11 described above. Trailing portion 40c of roller section 40b performs the same function as trailing portion 11c of roller 11 described above.

The roller assembly 40 is split compared to roller 11 and because of this the two roller sections can rotate independently at different speeds as an incident to engagement with the container being spun. This independent action of the two roller sections precludes wrinkles from occurring in the necked-in conical surface being formed at the open end of the container. Thus the wider roller section 40b, compared to roller section 40a, will rotate at a faster speed because its trailing portion 40c is being driven by the greater can diameter at the open end of the can clamped between the taper 40c of roller section 40b and the opposed surface 24e of axially fixed sleeve 24 inside the can, while at the same time the nose portion of roller section 40a which helps to form the nose or flat 41a is engaging a smaller diameter of the can being spun as shown in FIG. 2.

Because of the independent and differing speeds of rotation imparted to the two roller sections, wrinkling of the more narrow can end abutting the angular surface of movable member 19 is avoided, particularly in the instance of aluminum containers.

Other anti-friction means may be substituted, and different support means as well.

While a particular arrangement has been shown and described, skilled artisans will appreciate that the design of the drive mechanism, the bearings or bushings (FIG. 2 in particular), the chuck or even the offset eccentric roller assembly can be modified and still be within the scope of the claims which follow. More particularly, the invention herein is the control of the metal forming tools not their particular configuration or structural arrangement.

The material of which these one-piece container bodies are made (one-piece steel or aluminum before the lid

8

is applied) is quite thin as the result of drawing (lengthening the initial thick walled cup-shaped blank) and repeatedly ironing (progressively thinning and lengthening) the drawn body 100, FIG. 3B. The final wall thickness "m" along the major portion of the longitudinal axis (side wall section 101, FIG. 3A) may be 0.003 + inches in the case of steel and 0.004 + inches in the case of aluminum, for example. The bottom wall 102 is not ironed.

The open end or rim portion 103 at "p" has a greater wall thickness, say 0.006 + inches in the case of steel and 0.007 + inches in the case of aluminum. This is due to the ironing process because the excess metal from ironing the side wall accumulates at and thickens the rim portion. The flange for receiving the closure lid is formed from the rim thickness "o" which is typically ⅛ to ¼ inch in axial length as shown in FIG. 3A. Structuring the flange will be described in more detail below.

Between the rim and the thinner side wall, there is usually a transition zone 104, FIG. 3A, of variable, tapered thickness "n", thinnest where it meets the side wall diameter and thickest where it meets the rim portion diameter. Typically this transition zone has a length of 7/16 to ½ inch, FIG. 3A.

In any event, by necking the can in the section axially beyond the side wall, commencing with what may be termed the transition diameter 105, FIG. 3A, the diameter of the open end may be considerably reduced thereby saving on the amount of metal for the lid, and there are other attendant advantages as noted above.

The conventional approach (FIG. 3C) to shaping the neck has been to render it arcuate, that is, the neck has a relatively long center of curvature LC from its transition with the side wall to the diameter (D) where the flange is bent outwardly to include the ultimate end edge of the container as will be apparent in FIG. 3C. Thus the conventional necking and flanging operation results in a serpentine cross section, FIG. 3C, and it is this cross section by which further virtues of the present invention may be readily explained.

Sometimes, FIG. 3D, reduction in diameter at the neck is done by a multiple number of dies employed to reduce the diameter in stages, each producing an arcuate bend and imparting a sinusoidal shape. In still another instance an effort is afterwards made to straighten these bends but the result is imperfect due to springback. Indeed, some concavity results and it is not possible to straighten the first bend B1 adjacent the side wall which is critical.

FIG. 4 shows on an enlarged scale progressive formation of the container at its open end in accordance with the present invention. It is to be understood the container body presenting side wall 101 is spinning, along with sleeve 24 and holder 19, FIG. 4.

The side wall of the spinning container body is a straight cylindrical section of generally uniform diameter and thickness, as already noted, extending from the closed bottom wall 102 to a diameter termed herein the transition diameter 105 which is designated in FIG. 4B.

As the external forming roller (11,45) engages the D&I can, FIG. 4A, and commences to penetrate the ⟨ ⟩ between the fixed internal support sleeve 24 and the axially movable support or holder 19, FIG. 4B, a truncated cone commences to be formed with the transition zone diameter 105 constituting the base of the cone. That is, the base of the container cone and the transition diameter 105 are coincident as is evident in FIGS. 3A and 3B.

REX 032086

A312

4,781,047

9

The side wall 108 of the cone increases in length (as does the "height" of the cone) as the external die roller chamfer (e.g. the truncated cone chamfer 11c, FIG. 1) continues to squeeze or press the container metal along the complemental slope or truncated cone 24e of sleeve 24. The cones as 11c and 24e in the geometric sense are similar and regular so that the truncated cone, which becomes the necked-in portion of the container body, is generated as a true or regular cone 110, FIG. 3B, with an included angle 112 between the base 105 of the cone and the cone side wall 108. The included angle shall not be greater than 60°-62°.

The cone continues to be generated as the external roller (11,45) advances radially inwardly (holder 19 continues to retract axially) until a reduced diameter 115 is achieved, FIG. 3B, constituting the throat diameter D of the container; diameter 115 is also the diameter of the top of the truncated cone. It is here that the throat of the container commences to be formed as will soon be described.

As the throat is being formed, the rim portion 103 of the container body, FIG. 4B, conforms to the lead chamfer of the roller (e.g. 11b) and is retracted along the complemental chamfer 19cf at the end of holder 19, FIG. 4D, eventually becoming an outwardly bent flange 123 of the container as shown in FIG. 3B.

The container is formed with a short throat 124. The throat 124 is a straight or regular cylinder of uniform diameter D, extending from the throat diameter 115 to the short or inside diameter of the flange 123. Thus, the side wall of the throat 124 is straight, formed by the flat rim 11a of the external (die) roller as 11. (It makes no difference whether roller 11 is being used or roller 40, FIG. 2). The throat may have an axial length of about 3/16 inch corresponding to the rim or "flat" (11a, 41a) of the external forming roller. This flat rim on the roller has small radii at its edges to avoid scratches and sharp bends in the container body. It can be seen in FIG. 4 that the throat 124 is formed concurrently with the cone, while the flange 123 is the last to be formed.

The geometry thus generated results in beam compression forces when a load is applied to the can, not possible with the conventional necked-in structure shown in FIGS. 3C and 3D. Thus when a load F, FIG. 3B, is applied uniformly to the flange of the present container across the throat diameter D, the throat section is entirely in compression. One of the component or resultant forces of this load also places the side wall of the cone section in compression, although the other resultant force does apply a bending moment to the top 50 of the cone 110. However, in the conventional container, FIG. 3C, with the same load F applied uniformly across the throat diameter D (D=D) complex bending moments result without any compressive beam action. Explained another way, the necked-in portion, FIG. 3C, is a weak curved spring, easily flexed and crumpled by an axial load F. It will be readily recognized the same weak features are present when the geometry shown in FIG. 3D is employed, although to a lesser extent when there is an attempt to smooth out the bends shown in FIG. 3D.

The included angle 112 of 60°-62° is critical in several respects. These containers are to be filled with beverages, involving a valved filling nozzle assembly pressed downward against the open end of the container A 65 container with crush strength up to 300 pounds of axial loading therefore becomes important in this regard, and it is also important from the standpoint of subsequent

10

handling and stacking. Coupled to this is the need to achieve maximum filling capacity and enough room at the throat section for the roller (not shown) which curls or wraps the edge of the lid (not shown) around the perimeter of the flange 123 when the top is hermetically sealed. During sealing, the can is under compression along its longitudinal axis so that crush strength is again important.

Since the metal, whether steel or aluminum, is necessarily work-hardened during ironing, there is a loss in ductility. This hardening can cause brittle failure (cracking or splitting) at the transition diameter 115 if the included angle 112 of the cone is too small.

An included angle 112 of 60°-62° translates an axial load on the container into an appreciable compression load component on the cone side wall designated $F_T$ in FIG. 3E which in turn has a component $F_B$ tending to buckle the container side wall 101 inward and the magnitude of $F_B$ depends on angle 112 by sine-cosine values. Thus, any bending moment on the cone 110 is minimized, and at the same time brittle failure is avoided at the transition diameter during generation of the cone side wall 108.

We claim:

1. A method of spin rolling the open end of a cylindrical container body comprising the steps of
   positioning inside the container body in axial inwardly spaced relation from the open end thereof an axially fixed sleeve engageable with the inside surface of the container body, said sleeve having a sloped end surface which faces the open end of the container body;
   positioning inside the container body a holder which fits the inside diameter of the container body to support the same, said holder having an end facing the sloped end surface of said sleeve, and said holder being supported for axial displacement away from said sleeve, said holder end and said sloped end surface of said sleeve defining a gap therebetween;
   positioning opposite said gap on the outside surface of the container body a roller supported for axial displacement away from said sleeve, said roller having a trailing end portion and a peripheral portion;
   spinning the container body thus supported by said holder and advancing said roller radially inwardly relative to said gap so that said trailing end portion presented by the roller and said sloped end surface of said sleeve engage the container body between them while said trailing end portion of said roller moves inwardly along said sloped end surface of said sleeve to roll a neck into the container body; and
   continuing to spin the container body while the roller moves inwardly and the holder retracts axially until the roller has spun an outwardly bent flange on to the end portion of the container body engaged between said holder end and said roller.

2. A method according to claim 1 in which said peripheral portion of said roller comprises a flat rim portion, and including the step of employing said rim portion to roll into the container body a short cylindrical throat between said flange and said container neck.

3. The method of claim 1 wherein said roller further comprises a sloped leading end portion and wherein said holder comprises a sloped end portion facing said sleeve, and including the step of employing said sloped

REX 032087

4,781,047

9

The side wall 108 of the cone increases in length (as does the "height" of the cone) as the external die roller chamfer (e.g. the truncated cone chamfer 11c, FIG. 1) continues to squeeze or press the container metal along the complemental slope or truncated cone 24e of sleeve 24. The cones as 11c and 24e in the geometric sense are similar and regular so that the truncated cone, which becomes the necked-in portion of the container body, is generated as a true or regular cone 110, FIG. 3B, with an included angle 112 between the base 105 of the cone and the cone side wall 108. The included angle shall not be greater than 60°–62°.

The cone continues to be generated as the external roller (11,45) advances radially inwardly (holder 19 continues to retract axially) until a reduced diameter 115 is achieved. FIG. 3B, constituting the throat diameter D of the container; diameter 115 is also the diameter of the top of the truncated cone. It is here that the throat of the container commences to be formed as will soon be described.

As the cone is being formed, the rim portion 103 of the container body, FIG. 4B, conforms to the lead chamfer of the roller (e.g. 11b) and is retracted along the complemental chamfer 19ef at the end of holder 19, FIG. 4D, eventually becoming an outwardly bent flange 123 of the container as shown in FIG. 3B.

The container is formed with a short throat 124. The throat 124 is a straight or regular cylinder of uniform diameter D, extending from the throat diameter 115 to the short or inside diameter of the flange 123. Thus, the side wall of the throat 124 is straight, formed by the flat rim 11a of the external (die) roller as 11. (It makes no difference whether roller 11 is being used or roller 40, FIG. 2). The throat may have an axial length of about 3/16 inch corresponding to the rim or "flat" (11a, 41a) of the external forming roller. This flat rim on the roller has small radii at its edges to avoid scratches and sharp bends in the container body. It can be seen in FIG. 4 that the throat 124 is formed concurrently with the cone, while the flange 123 is the last to be formed.

The geometry thus generated results in beam compression forces when a load is applied to the can, not possible with the conventional necked-in structure shown at FIGS. 3C and 3D. Thus when a load F, FIG. 3B, is applied uniformly to the flange of the present container across the throat diameter D, the throat section is entirely in compression. One of the component or resultant forces of this load also places the side wall of the cone section in compression, although the other resultant force does apply a bending moment to the top 50 of the cone 110. However, in the conventional container, FIG. 3C, with the same load F applied uniformly across the throat diameter D (D=D) complex bending moments result without any compressive beam action. Explained another way, the necked-in portion, FIG. 3C, is a weak curved spring, easily flexed and crumpled by an axial load F. It will be readily recognized the same weak features are present when the geometry shown in FIG. 3D is employed, although to a lesser extent when there is an attempt to smooth out the bends shown in FIG. 3D.

The included angle 112 of 60°–62° is critical in several respects. These containers are to be filled with beverages, involving a valved filling nozzle assembly pressed downward against the open end of the container. A container with crush strength up to 300 pounds of axial loading therefore becomes important in this regard, and it is also important from the standpoint of subsequent

10

handling and stacking. Coupled to this is the need to achieve maximum filling capacity and enough room at the throat section for the roller (not shown) which curls or wraps the edge of the lid (not shown) around the perimeter of the flange 123 when the top is hermetically sealed. During sealing, the can is under compression along its longitudinal axis so that crush strength is again important.

Since the metal, whether steel or aluminum, is necessarily work-hardened during ironing, there is a loss in ductility. This hardening can cause brittle failure (cracking or splitting) at the transition diameter 115 if the included angle 112 of the cone is too small.

An included angle 112 of 60°–62° translates an axial load on the container into an appreciable compression load component on the cone side wall designated $F_T$ in FIG. 3E which in turn has a component $F_B$ tending to buckle the container side wall 101 inward and the magnitude of $F_B$ depends on angle 112 by sine-cosine values. Thus, any bending moment on the cone 110 is minimized, and at the same time brittle failure is avoided at the transition diameter during generation of the cone side wall 108.

We claim:

1. A method of spin rolling the open end of a cylindrical container body comprising the steps of

positioning inside the container body in axial inwardly spaced relation from the open end thereof an axially fixed sleeve engageable with the inside surface of the container body, said sleeve having a sloped end surface which faces the open end of the container body;

positioning inside the container body a holder which fits the inside diameter of the container body to support the same, said holder having an end facing the sloped end surface of said sleeve, and said holder being supported for axial displacement away from said sleeve, said holder end and said sloped end surface of said sleeve defining a gap therebetween;

positioning opposite said gap on the outside surface of the container body a roller supported for axial displacement away from said sleeve, said roller having a trailing end portion and a peripheral portion;

spinning the container body thus supported by said holder and advancing said roller radially inwardly relative to said gap so that said trailing end portion presented by the roller and said sloped end surface of said sleeve engage the container body between them while said trailing end portion of said roller moves inwardly along said sloped end surface of said sleeve to roll a neck into the container body; and

continuing to spin the container body while the roller moves inwardly and the holder retracts axially until the roller has spun an outwardly bent flange on to the end portion of the container body engaged between said holder end and said roller.

2. A method according to claim 1 in which said peripheral portion of said roller comprises a flat rim portion, and including the step of employing said rim portion to roll into the container body a short cylindrical throat between said flange and said container neck.

3. The method of claim 1 wherein said roller further comprises a sloped leading end portion and wherein said holder comprises a sloped end portion facing said sleeve, and including the step of employing said sloped

REX 032088

4,781,047

11

leading end portion of said roller and said sloped end portion of said holder to engage the side wall of the container therebetween during the spin rolling operation.

4. The method of claim 1 wherein said roller comprises a pair of complemental roller sections supported on a mandrel for independent rotation and of which one roller section includes said trailing end portion.

5. A method of spin rolling the open end of a cylindrical container comprising the steps of:

positioning inside the container body in axial inwardly spaced relation from the open end thereof an axially fixed sleeve engageable with the inside surface of the container body, said sleeve having a sloped end surface which faces the open end of the container body;

positioning inside the container body a holder which fits the inside diameter of the container body to support the same, said holder having an end facing said sloped end surface of said sleeve, and said holder being supported for axial displacement away from said sleeve, said holder end and said sloped end surface of said sleeve defining a gap therebetween;

positioning opposite said gap on the outside surface of the container body a roller supported for axial displacement away from said sleeve, said roller having a trailing end portion and a peripheral portion;

spinning the container body thus supported by said holder and advancing said roller radially inward relative to said gap so that said peripheral portion of said roller initially engages the outer side wall of said container substantially at an axial position in line with the end of said gap most distant from the open end of said can so that as said roller moves in a radially inward direction, said sloped end surface of said sleeve cams said roller towards the open end of said container.

6. The method of claim 5 wherein said trailing end portion presented by said roller and said sloped end surface of said sleeve engage the container body between them while said trailing end portion of said roller moves inwardly along said chamfered end surface of said sleeve and axially toward the open end of said container to roll a neck into the container body.

7. The method of claim 5 further comprising the step of continuing to spin the container body while the roller moves radially inwardly and axially toward the open end of said container and the holder retracts axially in a direction away from the bottom of said container until an outwardly bent flange has been rolled on the end portion of the container body engaged between said holder end and said roller.

12

8. In a method for configuring a sidewall section of a spinning container body having at least one open end, said sidewall section having an innermost extreme relative to said open end of said container body, an improvement comprising the following steps:

squeezing substantially said innermost extreme of said sidewall section of said spinning container body;

configuring said sidewall section of said spinning container body; and

squeezing substantially throughout said configuring step at least some portion of said sidewall section that is located at least as inward relative to said open end of said spinning container body as any portion of said sidewall section that is being configured.

9. The method of claim 8 further comprising the following step:

supporting said open end of said container body for driven rotation about the longitudinal axis of said container body.

10. The method of claim 9 further comprising the following step:

providing a means for supporting said open end of said container body for driven rotation about the longitudinal axis of said container body, wherein said means moves in a direction toward the open end of the container body during said configuring step.

11. The method of claim 8 further comprising the following step:

supporting said container body sidewall substantially at said innermost extreme, wherein at the outset of and during said configuring step a portion of said sidewall section that extends from said innermost extreme towards said open end of the container body is forced to primarily move in substantially a pivotal manner relative to and about said innermost extreme.

12. The method of claim 11 further comprising the following step:

providing a means for supporting said container body sidewall substantially at said innermost extreme, wherein said means is fixed axially and radially during said configuring step.

13. The method of claim 12 further comprising the following step:

allowing said means for supporting said container body sidewall substantially at said innermost extreme to rotate freely about its axis.

14. The method of claim 8 further comprising the following step:

supporting an end of said container body opposite to said open end for driven rotation about the longitudinal axis of the container body.

⁕ ⁕ ⁕ ⁕ ⁕

REX 032089

Crown Packaging Technology v. Rexam Beverage Can
(05-608)

# United States Patent [19]

## Halasz

[11]  Patent Number:  4,760,725

[45]  Date of Patent:  Aug. 2, 1988

[54]  SPIN FLOW FORMING

[75]  Inventor:  Andrew Halasz, Crystal Lake, Ill.

[73]  Assignee:  Ball Corporation, Muncie, Ind.

[21]  Appl. No.: 859,026

[22]  Filed:  May 2, 1986

[51]  Int. Cl.⁴ .................................... B21D 19/06
[52]  U.S. Cl. ...................... 72/84; 72/94;
                                                          72/105
[58]  Field of Search ............. 72/84, 94, 105, 110

[56]      References Cited

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| B 223,678 | 3/1976 | Nixon et al. | |
| 1,939,577 | 12/1933 | Sneed | |
| 2,312,225 | 2/1943 | Wilkinson | |
| 2,353,349 | 7/1944 | Merolle | 72/94 |
| 3,469,428 | 9/1969 | Aschberger | 72/94 |
| 3,688,538 | 9/1972 | Hoyne | 72/94 |
| 3,763,807 | 10/1973 | Hilgenbrink | |
| 3,782,314 | 1/1974 | Franek et al. | |
| 3,874,209 | 4/1975 | Maiorino | |
| 3,913,336 | 10/1975 | Nelsen et al. | |
| 3,913,366 | 10/1975 | Nelsen et al. | 72/94 |
| 3,962,896 | 6/1976 | Bichel | |
| 3,994,251 | 11/1976 | Hake et al. | |
| 4,018,176 | 4/1977 | Gynp et al. | |
| 4,030,432 | 6/1977 | Miller et al. | |
| 4,070,888 | 1/1978 | Gombus | 72/110 |
| 4,144,732 | 3/1979 | Franks et al. | |
| 4,341,103 | 7/1982 | Escallon et al. | |
| 4,487,048 | 12/1984 | Frei | 72/105 |
| 4,512,172 | 4/1985 | Abbott et al. | |
| 4,563,887 | 1/1986 | Bressan et al. | |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 477348 | 10/1974 | Australia . |
| 0075068 | 3/1983 | European Pat. Off. |
| 0140469 | 5/1985 | European Pat. Off. . |
| 2345871 | 1/1973 | Fed. Rep. of Germany . |
| 2703141 | 7/1977 | Fed. Rep. of Germany . |
| 2805321 | 8/1978 | Fed. Rep. of Germany . |
| 1512772 | 6/1978 | United Kingdom . |

Primary Examiner—Lowell A. Larson
Attorney, Agent, or Firm—Sheridan, Ross & McIntosh

[57]      ABSTRACT

Open-ended cylindrical shells, such as might become beverage cans or containers, are necked (and/or may be flanged) at the open end by tooling including a cooperating internal mandrel and external forming roller; at the opposite end of the shell there is a chuck to clamp and spin the shell. The chuck spins the shell while the forming roller forces the rim portion at the open end of the shell progressively into contact with the opposed mandrel to form the neck and/or the flange. The tooling is repeated in sets at regular spaced intervals between and about a pair of rotating wheels, there being a shell supported between the tools at each tool position so that continuous production is achieved within a production loop or orbit which occupies limited space. Variations in shell thickness or metallurgy can be complied with by employing a variable speed drive both for the chuck and a rotatable collar which fits the open end of the shell. Gears are part of the variable speed drive. These gears are employed in the variable speed drive and by arranging the gears to be driven counter to the wheels. a gear ratio results by which the shells may be rotated rapidly so the forming operation may be performed quickly.

28 Claims, 5 Drawing Sheets



REX 032090

U.S. Patent    Aug. 2, 1988    Sheet 1 of 5    4,760,725



Fig. 1.

REX 032091

A317



Fig. 2.

REX 032092

A318



REX 032093

A319



Fig. 5.



Fig. 6.

REX 032094

A320



REX 032095

A321

4,760,725

1

# SPIN FLOW FORMING

## BACKGROUND OF THE INVENTION

This invention relates to a machine for configuring, by rolling, an open end of a thin metal cylinder or shell and in particular a shell from which a can, such as a beverage can, is to be completed. The term "shell" or "cylindrical shell" is used herein generically to designate either a regular one-piece cylinder (geometrically "regular") open at both ends (used to make a so-called three-piece can) or a one-piece elongated cup-shaped member open at one end and having a closed bottom wall at the opposite end from which a two-piece can may be completed by adding a lid. The configuration may be one of necking-in, flanging, or both, for example.

According to U.S. Pat. No. 4,563,887 the open end of a thin-walled cylindrical metal shell is spin-rolled to form a reduced neck and flange. This is done by rotating the shell about its longitudinal axis while engaging the outer side of the shell, at the open end, with a forming roller or die opposed to a mandrel at the inside of the open end of the shell. The forming roller and mandrel have opposed surfaces, and are mounted for relative axial movement, by which the necking and flanging operations are completed as an incident to feeding or advancing the die-forming roller toward the mandrel with the open end of the shell squeezed between them. The operative or effective position of the mandrel is achieved by mounting it eccentrically on a shaft and oscillating the shaft until the mandrel is orbited into engagement with the inside wall of the shell.

The shell is spun or rotated rapidly about its longitudinal axis by means including a rotating chuck which clamps the shell at the end opposite the open end which is to be configured. The chuck thus constitutes a tool which spins the shell, while the mandrel and opposed forming roller are the tools by which the open end of the can or shell is deformed. Collectively they represent tooling with which the present invention is for the most part concerned.

## THE NATURE OF THE PRESENT INVENTION AND ITS OBJECTIVES

One of the principal objects of the present invention is to embody the invention of U.S. Pat. No. 4,563,887 in a rotary production machine and in particular to position such tooling at spaced intervals about and between a pair of large wheels while utilizing cams to position and control the tooling identified above.

The shells to be configured are fed one by one from a supply station to a receiving station adjacent the perimeter of the wheels. At the receiving station, the shells are collected one by one and presented in axial alignment to successive tool sets as the wheels rotate. Preferably the tool sets are spaced at thirty degree intervals about the wheels, but this is selective and variable.

Cam tracks are provided by related drums coaxial with the rotating wheels. The cam tracks are stationary. Cam followers are attached to the tools to advance and retract them; in the course of a cycle of operation the chuck clamps the shell and advances it laterally toward the mandrel until the mandrel has been operatively positioned inside the shell, the forming roller (variously referred to herein as the die roller, external die roller or forming tool) is then advanced radially into engagement with the outer surface of the shell, the shell is necked or

2

otherwise formed, the tooling is retracted and the shell is discharged at a discharge station. Hence, another object of the present invention is to assure positive and precise control over the tools by synchronized cam structure by which close and precise movements may be assured within the limits or tolerances of sophisticated machine tools for cutting and grinding the various cam tracks employed in the machine.

Related objects of the invention are to support the chuck on a cam-operated slide which also carries a cradle to locate the shell between the tooling; to utilize independently driven gears for spinning the chuck and for also spinning an internal forming roller or collar telescoped into the opposite end of the shell; and to so arrange the wheels, the cam tracks and their followers that many functions and precise controls may be accomplished in a relatively compact structure capable of orbiting the shells within a selected, preferably limited arc, at high speed.

The thin metal shells may vary in terms of thickness and metallurgy. The optimum spinning rate and "feed" of the forming die for a thin aluminum shell may by no means, and indeed will not be, the optimum for a thicker shell of steel. Therefore, in accordance with the present invention and constituting one of the more important objects, a variable speed drive is employed for driving a pair of gears which respectively are responsible for spinning synchronously the chuck which clamps the shell and the support collar or internal roller which is telescoped into the opposite, open end of the shell. Therefore by employing a variable speed drive, the shell can be spun at a selective speed when being shaped depending upon its metallurgy or thickness or both. The cam track for radially advancing and retracting the external forming roller can, like the others, be machined or milled to a close tolerance; consequently its geometric form can be profiled to vary the "feed," of the forming roller to meet the requirements of the metallurgy, dimension (wall thickness) of the shell and the shape of the neck and/or flange to be configured. These two factors in combination, the variable speed drive and the ability to select a cam configuration for determining the rate of in-feed for the forming tool, enable the present machine to be custom fitted, so to speak, to the dimension and metallurgy of the shell.

## BRIEF DESCRIPTION OF THE DRAWING

FIG. 1 is a front elevation of the machine;

FIG. 2 is a side elevation of the machine, partly in section;

FIG. 3 is a detail elevation on an enlarged scale showing means by which the mandrel is eccentrically positioned;

FIG. 4 is a section of FIG. 3;

FIGS. 5 and 5A are schematic views showing typical successive stages of the way in which the external forming roller, internal collar and mandrel cooperate to configure the shell; and

FIG. 6 is a schematic detail of the chuck.

## DETAILED DESCRIPTION OF THE INVENTION

The present machine, 10 FIG. 1, is a cyclically operable machine in that its production is repetitious at regular intervals and time spans based on the rotation of two large wheels 12 and 14 mounted on a common drive shaft 16 for synchronous rotation. A motor 18 consti-

REX032097

4,760,725

3

tutes the main drive for shaft 16. The output shaft of motor 18 rotates a pulley 20 coupled by a V-belt set 22 to a driven pulley 24. Pulley 24 is secured to the driven shaft 26 of a gear reduction box 28 of known kind. The internal gearing (not shown) in the gear housing 28 terminates in an output shaft 30 which is keyed or otherwise coupled to the drive shaft 16 for the rotating wheels.

There are twelve tool positions TP, thirty degrees apart, FIG. 2. The number of tool positions or those actually occupied will depend on production requirements. The tooling is identical at each tool position and will be described in detail below. It will also be noted in FIG. 2 that the wheels are rotating in the clockwise direction

The cylindrical metal shells S, FIG. 2, are fed from a supply magazine (itself fed from a gravity chute, not shown) to the perimeter of a feed screw 34. A pocket or star wheel 36 (four pockets as shown) is in a receiving position adjacent the lower end of screw 34 and represents what may be termed the receiving station. This wheel 36, together with the feed screw 34, are effectively synchronized to the large wheels 12 and 14 so that the shells to be shaped or configured are advanced one by one by the feed wheel successively to each tooling position TP rotating therepast. Synchronization of the feed screw 34 and feed wheel 36 is achieved by sprocket wheels, idlers and chains (not all shown) driven from sprockets on the drive shaft 16 for the large wheels 12 and 14, including belts 37 and 38, FIG. 1, and related driven shafts 37S and 38S.

The completed shells are released to the pockets of a second pocket wheel 39 and delivered into a delivery chute 39C, constituting discharge station. Pocket wheel 39 is rotated synchronously with pocket wheel 36.

In connection with the following description, it is to be understood that in FIG. 1 the thin metallic shell S to be configured (e.g. necked and flanged) is shown in the ready position to be rolled, and the tooling is also shown in ready position. The tooling now to be described is identical at each tool position.

The tooling, FIG. 1, comprises a chuck structure 40 to be clamped to one end of the shell for spinning the shell S, a spinning collar or internal roller 41 which fits into the end of the shell to be shaped, a free wheeling mandrel 42 which is inside the open end of the can or shell after it has been positioned for configuration, an external forming roller or die 44 supported for radial movement toward and away from the end of the shell to be configured, and finally a slide 46 which supports the spindle for the chuck as well as a shell support 48 having a pair of spaced arms as 48A which position the shell between the tools. As already mentioned, this tooling structure is repeated in sets at regularly spaced intervals TP about and between the two wheels 12 and 14.

Movement of the tool slide 46 and its associated parts is controlled by a cam track 50 which is continuous, but irregular, external track extending about the entire perimeter of a cam drum 52 located between the two wheels 12 and 14. This drum is stationary but coaxial with the wheels 12 and 14. A second cam drum 54, coaxial with cam drum 52 is positioned between the latter and the left-hand one of the wheels 12. This second cam drum presents a laterally protruding continuous cam track 56, FIG. 1, which controls the radial in and out movement of the external forming die 44.

A third cam drum 58, coaxial with wheels 12 and 14, is located outside wheel 12 as shown in FIG. 2, and a

4

continuous internal cam track 60 associated with this cam drum is responsible for orbiting the mandrel 42 into and out of contact with the inside of the shell.

At the outside of wheel 14, FIG. 1, there is a fourth stationary cam 66. This cam 66 is related to a follower 68 which is used to open the chuck to release the shell after the configuration has been imparted.

Finally, from the standpoint of overall description, there are two large sun gears 72 and 74, FIG. 1, coaxial with the main drive shaft 16 but independently rotated in a direction counter to the wheels 12 and 14. Gear 72 (through an interposed wide idler 73) rotates pinion gear 76, FIG. 1, which spins the chuck spindle to spin the shell. Gear 76 is supported for rotation on the outside of wheel 14. Gear 74 through an interposed idler 77, FIG. 2, rotates a second pinion 78, FIG. 2, which spins the internal support roller or collar 41 inside the open end of the can, synchronously with the spinning chuck. Gear 77 is supported for rotation on wheel 12.

A variable speed drive is afforded for the gears 72 and 74 so that their speed may be varied in accordance with the objective stated above. To this end, a V-belt set 80, FIGS. 1 and 2, is driven from pulley 20, FIG. 1, which is the main drive pulley of the main drive motor 18 The V-belts 80 drive a larger pulley 82, FIG. 2, and this pulley in turn rotates a variable speed pulley set 84 having a 1:1 driving relationship with a related variable pulley set 86 by means of transmitting belts 87 —The variable speed pulley drive 86 in turn is employed to transmit rotation to a pulley 88 (through transmitting gears not shown) and pulley 88 drives a timing belt 90 which drives a larger pulley 92 on the shaft of gear 74 which is supported for rotation independent of and counter to shaft 16 for the wheels.

Instead of variable speed pulleys, an independent variable speed motor could be substituted, but in any event pulley 92 is driven in an accurately timed manner independently of and counter to the drive shaft 30 for the large wheels 12 and 14.

Timing pulleys and timing belts of identical ratio (not shown) are provided for gear 72, FIG. 1, so that it is driven synchronously with gear 74. This may be accomplished by (and in the actual construction is accomplished by) extending a shaft (not shown) from pulley 88, FIG. 1, across the back of the machine to a like pulley to which a timing belt as 90 is coupled for rotating gear 72 in the fashion of gear 74. The two gears 72 and 74 are employed to synchronously rotate the chuck 40 and the collar 41 at the same speed as will now be explained in connection with further details of the machine.

As mentioned above, the shell S and the tooling, FIG. 1, are shown in the ready position, ready to commence necking and flanging of the shell S. The chuck structure 40 has been advanced from a retracted position, forcing the open end (left hand end) of the shell S onto the end of collar 41, of very slightly reduced diameter neatly to engage the inside of the shell at its open end. Thus, the chuck structure 40 is in its advanced position and was moved to this position by the slide 46. The slide 46 is in the form of a cylinder guidably mounted in a larger bushing 100 rigidly and tightly supported in an opening FIG. 1, formed in the periphery of wheel 14. Such opening may be considered the same as the tool position TP. Similar bushings as 100 and slides as 46 are located at selected ones or all the other tool positions TP about the circumference of wheel 14.

4,760,725

5

The slide 46 carries a bracket 104, FIG. 1, and this bracket has a horizontal leg 104A as will be evident in FIG. 1 from which depend a pair of cam followers 106. These cam followers, in the position shown, embrace the projecting cam track 50 at the commencement of its "high" portion 50A. The cam track 50 has a "low" portion 50B and it will be seen that with the wheels rotating toward the observer as viewed in FIG. 1 the followers 106 will eventually achieve the "low" or retracted part of the cam track 50, characterizing re-traction of the slide 46 which occurs after the can has been configured.

The support for the forming die 44, FIG. 2, is identi-fied by reference character 110. This supporting struc-ture 110 reciprocates as shown by the double-ended arrow, FIG. 2, and accurate linear motion is assured by a guide 112, FIG. 1, secured to the inside of wheel 12.

The die roller support 110 includes a pair of cam followers 116 embracing the track 56 which may be viewed (FIG. 2) as an eccentric ring on drum 54, the eccentricity of which defines the in-feed (tool advance) and retracting movement of the die roller 44. In FIG. 1, the eccentricity of cam track 56 in cooperation with the followers 116 has positioned tool support 110 so that the die 44 has just achieved contact with the open end of 25 the thin-walled shell to be configured. At the same time, the opposing mandrel 42, inside the shell, has been or-bited into contact with the inside surface of the shell in a manner soon to be explained.

It will be recognized from the spacing of parts shown 30 in FIG. 1 that the first and second cam drums, drums 52 and 54, coaxial with the wheels 12 and 14, are neatly nested therebetween within the space necessary to ac-commodate the tooling. Thus a compact unit is assured in the first instance. 35

The third cam drum 58 is located outside wheel 12 immediately adjacent gear 74 and presents the internal cam track 60. FIG. 2. Disposed in the internal cam track 60 is a follower 122 employed to oscillate a mandrel shaft 124. FIG. 2, which supports an eccentric stub 126. 40 FIG. 4, on which the mandrel 42 is mounted for free-wheeling rotation.

To achieve oscillation. cam follower 122 is carried pivotally at the end of one arm of a rock shaft 130 which in turn is pivotally carried by a pin support 131. FIG. 2, 45 projecting outwardly from the outer side of wheel 12. As can be readily visualized from FIG. 2, the high part of the cam track 60A and the low part 60B an opposite sides thereof will be responsible for cam follower 122 oscillating the rock shaft. The arm of rock shaft 130 50 opposite that which carries the follower 122 is provided with a segment gear 134 meshed with a small pinion 136. The pinion 136 is fast, by keying or otherwise. on the mandrel shaft 124. Hence when the segment gear is oscillated in one direction, the eccentric stub 126 is 55 orbited to place mandrel 42 against the inside surface of the shell to present an anvil for the action of the ap-proaching forming roller 44, and when the segment gear is oscillated in the opposite direction the mandrel is displaced, which takes place after the shell is configured 60 as a result of spinning the open end of the shell between the free-wheeling mandrel on the inside and the forming roller advancing radially inwardly against the outside of the shell.

In FIG. 4 the eccentric roller has achieved contact 65 with the inside of the shell, and the forming roller 44 is just about ready to make contact with the outside of the shell. Earlier, the shell S had been forced onto the end

6

of collar 41 which is being rotated synchronously with the chuck. The support collar 41 is carried by a sleeve 150 keyed to a hollow drive shaft 152 which, as shown in FIG. 4, is concentric to the mandrel shaft 124. Both shafts are mounted on roller bearings for independent rotation relative to one another. Shaft 152 is mounted inside a large cylindrical bushing 154 mounted in an opening in wheel 12 which defines a tool position TP shown in FIG. 3. Shaft 152 is rotated by gear 78.

While support collar 41 and its associated sleeve 150 are keyed. as by splining or otherwise, to hollow shaft 152, axial yieldability is afforded to enable the open end of the can to be configured as will be described in more detail below. Yieldability is afforded by a Belleville spring assembly 156 or any other means. The sleeve 150 is provided with an internal collar 158 having a slot 158S formed therein. A stop pin 160 carried by shaft 152 has the head thereof disposed in slot 158S to limit the outer or extended position of collar 41. It will be appre-ciated that when the shell S is positioned on collar 41, the latter is capable of cooperating with the chuck to help spin the shell.

The mandrel 42. FIG. 4, has a chamfer 42c extending about its inner rim. This constitutes the anvil part of the mandrel 42, that is, the portion which cooperates with the external forming roller 44. The outer rim of collar 41 includes a chamfer 41c. Collar 41 is constantly rotat-ing compared to the mandrel 42 which is free-wheeling (or driven if preferred) and rotates only when the shell is being squeezed thereagainst during spin forming.

Both chamfers 41c and 42c are truncated cones which slope radially inwardly toward one another to terminate in smaller diameters and define between themselves a generally V-shaped recess into which the narrow rim 44a of the forming tool 44 forces the neck of the can as it is formed. In this connection it will be noted the form-ing roller has a leading chamfer 44b and a trailing cham-fer 44c on respective sides of the rim 44a. As shown in FIG. 5 both these chamfers are truncated cones, similar in the geometric sense to their opposed chamfers 41c and 42c Chamfers 44c–42c neck the shells at NK. cham-fers 44b–41c flange the shell, forming an annular flange SL, and the rim 44a. which is flat, forms a short regular cylindrical throat TT on the shell, located between the flange SL and neck NK. The neck NK is a straight, regular cone.

In FIG. 5, selected of the progressive steps in the forming process are shown in terms of a center line CL-5 extended through the sectioned side wall of the shell. From this can be seen the extent to which the external forming tool advances radially into the gap between the two internal tools as it forms the neck, throat and flange of the container.

In FIG. 5A the same progressive steps are shown in terms of a center line CL-5A colinear with the plane of the free end of the internal mandrel and from this can be seen the way in which both the external forming tool and internal support collar move axially away from the fixed mandrel as the cone is generated at the neck of the container body.

When the rim 44a of the forming roller engages the portion of the shell which spans the V-shaped recess or space between the chamfers 41c and 42c. the shell is now pressed forcefully against the mandrel which be-gins to rotate (FIG. 5a) and since the forming roller 44 is engaged with the rotating shell, the forming roller also spins. As the spinning roll tool 44 advances radially inwardly (FIG. 5b, 5c) the complemental chamfers 42c

REX 032098

A324_

4,760,725

7

(mandrel) and 44c (external forming roller) begin to form the neck NK on the shell; finally, the free end edge of the shell is flanged at SL between chamfers 41c and 44b in the fashion shown in FIGS. 5c and 5d. Concurrently the throat TT is formed.

The forming roller 44 is supported for rotation on a stub shaft 166 by the tool support 110. A coil spring 168 is located on shaft 166 between the hub of tool 44 and a socket at one end of the supporting shaft 166. Spring 168 allows the forming roller 44 to shift axially to the left as viewed in FIG. 4 in the course of the in-feeding movement of the tool support 110. As this axial movement occurs, and when the rim or forming nose 44a of the forming tool penetrates the V-shaped recess (mentioned above) to maximum extent, chamfer 44b on the tool 44 engages the chamfer 41c on the support collar 41. The support collar 41 shifts axially to the left as viewed in FIG. 4, as allowed by the Belleville spring assembly 156, and as this occurs a radially outwardly extending flange is formed at the outermost end of the shell by and between chamfers 41c and 44b, FIG. 5.

After the open end of the shell has been configured, suitable for the next production process, the chuck is retracted, while still clamping the shell, and retraction continues until the open end of the shell is free of the support collar or roller 41. The shell is now in condition to be released from the machine, and this takes place when the released shell reaches one of the pockets on the discharge wheel 39.

Release of the shell of course requires collapse of the chuck segments. In this connection, the chuck is a standard expansible chuck with the expansible segments thereof fitting into the open end of the shell in the instance of a shell open at both ends.

While the chuck structure is not new, it is schematically illustrated in FIG. 6. The chuck elements or segments 40S are normally wedged into the expanded mode, forced to this position by a coil spring 175 which draws the chucking wedge inward against the chuck segments. The wide union 76 is constantly rotating the chuck shaft, and as noted above, a cam follower 68 is harnessed to the free end of the chuck shaft, the latter denoted by reference character 176 in FIG. 6.

A summary of operation is as follows. A cycle of operation commences with the in-feed of a shell to a pocket on the star wheel 36, feeding the shell to be configured onto the support fingers 48A, FIG. 1. The chuck 40 is collapsed at this time (by cam 66 as will be explained) and the slide 46 is fully retracted. After the shell is seated in the cradle 48, the chuck is expanded to clamp the shell. The cam followers 106 achieve the "high" part of cam 50 and the chuck slide 46 is translated to the left as viewed in FIG. 1 until the roller 41 is inside the shell. The mandrel 42 has been shifted to its eccentric position.

The forming roller 44 on tool support 110 starts its advance shortly after the shell is in its support and eventually achieved contact with the shell to commence the forming operation characterized by its advance or feed to the required depth while roll-spinning the neck of the can. After necking the mandrel 42 is orbited to a concentric position free of the inside of the shell while at the same time the tool support 110 is being retracted.

The tool support 110 is in its fully retracted position has achieved its dwell position. The mandrel is once more orbited to its eccentric position ready for the next shell.

8

The chuck remains in its expanded or clamping position until late in a cycle of rotation of the wheels 12 and 14 and eventually engages the "high" part of cam track 66 which so shifts the chuck shaft as to extend the wedge which frees the chuck elements from their expanded clamping position. It may be mentioned in this connection that if the machine is to be used for production of a shell having an inwardly domed bottom, then chucking may be accomplished by vacuum.

After the forming tool is fully retracted, the mandrel is moving into its concentric position, and the chuck has been retracted to the right (as viewed in FIG. 1) so that the configured or open end of the can is free of the support collar 41. At this moment a pocket on the discharge wheel 39 grabs the completed shell and discharges it.

The same cycle is repeated for the second shell loaded onto its cradle, for the third shell loaded onto its cradle, and so on, repeatedly as the wheels rotate. Clamping the shell in the chuck and moving it laterally on to the internal forming roller 41 is done quickly since the wheels are turning rapidly and hence the shell must be secured against centrifugal force.

Based on present experience the feed rate of the external forming tool, for ordinary aluminum containers having a wall thickness at the neck of approximately 0.005", may be 0.010" per turn of the container body, while for ordinary steel container bodies the feed rate should be reduced to about 0.004" per turn of the container body. With slightly increased wall thickness, the feed rate may be maintained but the spin rate will be reduced. In the instance of double reduced steel (hard steel) and/or heavier gauge steel the feed rate should be reduced, say to 0.003" and the spin rate should also be reduced. It should be mentioned in this connection that a high spin rate is about 1800 RPM while a considerably lower spin rate would be about 1200 RPM. Also, it should be mentioned that the total tool in-feed will depend upon the extent to which the neck diameter is to be reduced and this may vary from say 0.060" to 0.250" tool feed.

It will be seen from the foregoing that among other things the bushing supports 100 and 154 assure precise alignment of the tooling, concentricity of the shafts 124 and 152, FIG. 4, precision in rotation of the two pinions 76 and 78, and precision between rock shaft 130 and the paired oscillating gears 134 and 136. The combined slide 46, cradle 48 and related cam follower support 104 enable the wheels 12 and 14 to be separated by little more than the length of two shells as can be readily perceived in FIG. 1, allowing two of the cam drums to be located therebetween. Consequently, a high rate production machine is possible within limited space, and this is achieved while making provision for rotating gears 72 and 74 at a selected speed so that the related pinions 76 and 78 may be rotated at a speed independent of wheels 12 and 14.

Concerning counterrotation of the gears 72 and 74 synchronously at the same speed, the shell is rotated at high speed as can be seen by comparing the relative diameters of the sun gears and the pinions rotated thereby. This is to be compared to the circumstance where the sun gears are stationary with the pinions 73 and 77 simply orbiting or walking around the gears 72 and 74. Thus, by rotating the sun gears a full gear ratio between the large sun gear and the smaller pinion is realized, nor would this full gear ratio be realized if the sun gears 72 and 74 rotated in the same direction as

REX 032099

A325

4,760,725

9

wheels 12 and 14. The faster the can is spun, the slower the feed rate needed for tool 44, which is preferable for many materials. This emphasizes the advantage of the variable speed drive because it, coupled with the counterrevolution, allows very fine tuning of the forming process. For example, the feed or advance of the external forming roller may be held constant at "x" inches for one full turn of a can having a particular metallurgy and thickness. But a can of different metallurgy and/or thickness may require two turns of the can, or maybe one and one-half turns, while feeding the external tool through "x" inches of feed.

In summary, the machine may be employed in successive runs to spin roll different shells, which may differ as to the kind of metal (ductile or soft, versus less ductile and harder) or which may differ as to the wall thickness in the area to be rolled. The diameter is altered and the tools for accomplishing this alteration, whether necking or flanging or both, include a forming roller and an opposed mandrel between which is clamped or captured the portion of the shell to be configured by the opposed surfaces of the two tools moving relative to one another.

Depending upon the character of the selected shell employed for the first run, the parameters of tool feed and spin rate will be selected as optimum for that metal, so that with the portion of the shell to be rolled disposed between the complemental chamfers of the opposed tools, the diameter of the shell will be altered during concurrency of the applied parameters for the spin rolling process, that is, the shell is completely necked and/or flanged within "a" number of shell turns or degrees of spin while the relative tool advance occurs concurrently through tool feed distance "b".

For a shell of considerably different wall thickness and/or ductility, to be spin rolled in the next run of the machine, one or both of the parameters will be changed.

I claim:

1. A cyclically operable machine for imparting a predetermined necked-in configuration to the open ends of thin cylindrical metal shells while spinning the shells about their axes and rolling the configuration, said machine having: spaced coaxial tools for spinning a shell and configuring its open end respectively including a rotatable spindle-mounted chuck for clamping the end of the shell opposite said open end to spin the shell and, for said open end, a rotatable mandrel eccentrically carried on a radially oscillatable mandrel shaft and positionable inside the shell in opposition to an external die forming roller provided to cooperate with the mandrel to impart said configuration, said die forming roller being capable of radial movement mechanically independent from movement of the corresponding mandrel; a shell support to locate a shell thereon between the tools, with the tooling repeated in identical sets at regular intervals about and supported between a pair of rotatable wheels synchronized for rotation about a common axis; a first substantially annular cam track presented by a first stationary cam drum, said first cam track being substantially centered on the axis of the wheels, said chuck and its spindle of each set of tooling being carried by a corresponding slide for lateral movement toward and away from the mandrel of the corresponding set of tooling, and said slide having a cam follower engaged with said first cam track to induce such lateral movement to present said open end of it in encompassing relation to the mandrel and afterwards to withdraw the shell from the mandrel; a second substantially

10

annular cam track presented by a second stationary cam drum, said second cam track being substantially centered on the axis of the wheels, each set of tooling further including support means supporting the corresponding external die forming roller for said radial movement toward and away from the open end of a shell, said die roller support means of each set of tooling including a second cam follower coupled with said second cam track to induce such movement of said support means for the corresponding die roller; said first and second cam tracks being oriented wherein, as the wheels revolve a set of tooling about said common axis of the wheels and first and second cam tracks to cause the corresponding first and second cam followers to follow the associated cam tracks, the first cam track causes the corresponding slide and supported shell to laterally advance toward the corresponding mandrel until the mandrel is inside the open end of the shell, the second cam track then causes the corresponding die forming roller to advance toward and engage the outside of the shell and thereby cooperate with the mandrel to impart the predetermined necked-in configuration to said open end of the shell while it is spinning, and the first cam track finally causes the slide and shell to retract laterally away from the mandrel, sequentially; means to oscillate the shaft on which the internal mandrel is eccentrically mounted thereby to orbit the internal mandrel into contact with the inside of the shell at said open end thereof at least as of the time the forming roller is to become engaged with the shell, and to radially orbit said internal mandrel out of contact after said predetermined necked-in configuration has been imparted and prior to the retraction of the slide and laterally away from the mandrel; and means to spin the chuck to spin the shell.

2. Machine according to claim 1 including a support collar to be telescoped into the open end of the shell to be configured, a pair of drive gears which are centered on the axis of the wheels which support the tooling, one drive gear being used to rotate a pinion gear which travels with the tooling and which rotates the chuck to spin the shell, the second drive gear being used to rotate another pinion gear for rotating said support collar, and a variable speed drive for rotating all said gears synchronously, whereby the speed at which the shell is spun may be selectively varied independently of the speed of the wheels.

3. Machine according to claim 1 in which the shell support is connected to the chuck slide for movement therewith.

4. Machine according to claim 2 in which the pinion for the collar which supports the open end of the shell is concentric to said mandrel shaft, means to oscillate said mandrel shaft, including a pinion on that shaft engaged by a segment gear carried by a rock shaft, a third stationary cam drum presenting a third cam track, and a follower on said rock shaft engaged with the third cam track whereby the rock shaft is oscillated to oscillate the mandrel shaft.

5. Machine according to claim 2 in which the drive gears are mounted and arranged to rotate synchronously counter to the wheels.

6. Machine according to claim 5 including a third stationary cam drum, coaxial with the wheels, and a third cam track associated therewith, and a third cam follower and means actuated thereby to oscillate the mandrel shaft.

REX 032100

A326

PAGES A327-A343
REDACTED

## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2007, I caused to be served by hand delivery and electronic mail the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Barry M. Klayman, Esq.
> Wolf, Block, Schorr
>  and Solis-Cohen LLP
> Wilmington Trust Center
> 1100 North Market
> Street, Suite 1001
> Wilmington, DE   19801

I hereby certify that on February 23, 2007, I caused the foregoing document to be served via Federal Express on the following non-registered participants:

> Dale M. Heist, Esq.
> heist@woodcock.com
> Chad E. Ziegler, Esq.
> ziegler@woodcock.com
> Woodcock Washburn LLP
> Cira Centre
> 2929 Arch Street, 12[th] Floor
> Philadelphia, PA 19104-2891

> Anne Shea Gaza (#4093)
> Gaza@rlf.com
> Richards, Layton & Finger, P.A.
> One Rodney Square
> P.O. Box 551
> Wilmington, Delaware 19899
> (302) 651-7700