## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

CROWN PACKAGING TECHNOLOGY, INC., Plaintiff, and CROWN CORK & SEAL USA, INC.,

    Plaintiff and Counterclaim Defendant,

v.

REXAM BEVERAGE CAN CO.,

    Defendant Counterclaimant.

)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 05-608 (MPT)

**REDACTED - PUBLIC VERSION**

---

**APPENDIX TO DEFENDANT'S MEMORANDUM IN SUPPORT OF ITS OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT DISMISSING COUNTERCLAIMS I-V BASED ON PATENT INVALIDITY/NON-INFRINGEMENT**

Of Counsel:
George P. McAndrews
Steven J. Hampton
Gerald C. Willis
Paul W. McAndrews
McAndrews, Held & Malloy, Ltd.
500 W. Madison Street, Suite 3400
Chicago, IL 60601
312-775-8000

Dated: February 20, 2007

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
   *Attorneys for Defendant/Counterclaimant*
   *Rexam Beverage Can Co.*

## TABLE OF CONTENTS

1. U.S. Patent No. 4,774,839 ....................................................................................A1

2. U.S. Patent No. 5,222,3859 ..................................................................................A22

3. U.S. Patent No. 5,697,242 ....................................................................................A41

4. U.S. Patent No. 3,029,507 ....................................................................................A60

5. Edmund Gillest's Rebuttal Report .......................................................................A71

6. PCT Application (PCT/US90/00451) ...................................................................A88

7. U.S. Patent No. 5,325,696 ..................................................................................A149

8. Ball Assembly Drawing .......................................................................................A188

9. Laboratory Notebook ..........................................................................................A189

10. Ball/Belvac Agreement ......................................................................................A193

11. Timeline of Pertinent Dates ..............................................................................A219

12. U.S. Patent No. 6,260,728 ................................................................................A220

13. U.S. Patent No. 6,129,230 ................................................................................A229

14. Edmund Gillest's Infringement Report ............................................................A238

15. U.S. Patent No. 5,105,973 ................................................................................A287

16. Declaration of Edmund Gillest .........................................................................A310

17. Martin Higham Deposition ................................................................................A318

18. Anton Aschberger Deposition ...........................................................................A327

19. Edmund Gillest Deposition ...............................................................................A335

20. Mark Jacober Deposition ..................................................................................A340

21. Kevin Jentzsch Deposition ................................................................................A342

22. U.S. Patent Application Serial No. 07/799,241 ...............................................A346

i

23. U.S. Patent No. 4,685,582 ........................................................................A348

24. Kevin Jentzsch Deposition continued ..........................................................A355

# United States Patent [19]

## Caleffi et al.

[11] Patent Number: **4,774,839**

[45] Date of Patent: **Oct. 4, 1988**

[54] **METHOD AND APPARATUS FOR NECKING CONTAINERS**

[75] Inventors: Antonio Caleffi, Nogara, Italy; T. William Ames, Park Ridge, Ill.; Edward S. Traczyk, Lockport, Ill.; Dietrich K. Noggert, Oak Forest, Ill.

[73] Assignee: American National Can Company, Chicago, Ill.

[21] Appl. No.: 11,760

[22] Filed: Feb. 6, 1987

**Related U.S. Application Data**

[60] Continuation-in-part of Ser. No. 696,322, Jan. 30, 1985, abandoned, and Ser. No. 725,945, Apr. 22, 1985, Pat. No. 4,693,108, each is a division of Ser. No. 453,232, Dec. 27, 1982, Pat. No. 4,519,232.

[51] Int. Cl.⁴ .................................................. B21D 19/10
[52] U.S. Cl. ....................................... 72/354; 72/356; 72/370; 413/1
[58] Field of Search ................. 72/94, 306, 352, 354, 72/356, 370; 413/1, 69, 76

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 2,755,839 | 7/1956 | Garrock et al. | 72/306 |
| 3,581,542 | 6/1971 | Wahler et al. | |
| 3,600,927 | 8/1971 | Wahler | 413/69 |
| 3,687,098 | 8/1972 | Maytag | |
| 3,757,558 | 9/1973 | Heinle | |
| 3,763,807 | 10/1973 | Hilgenbrink | |
| 3,812,696 | 5/1974 | Kneusel et al. | |
| 3,845,653 | 11/1974 | Hilgenbrink | |
| 3,964,412 | 6/1976 | Kitsuda | |
| 3,964,413 | 6/1976 | Saunders | |
| 3,983,729 | 10/1976 | Traczyk et al. | |
| 3,995,572 | 12/1976 | Saunders | |
| 4,173,883 | 11/1979 | Bolk | |
| 4,403,493 | 9/1983 | Atkinson | 72/354 |
| 4,527,412 | 7/1985 | Stoffel et al. | |
| 4,578,007 | 3/1986 | Diekhoff | |

Primary Examiner—Lowell A. Larson
Attorney, Agent, or Firm—Robert A. Stenzel; Ralph R. Rath

[57] **ABSTRACT**

A die necking method and apparatus for producing a smooth tapered wall between the container side wall and a reduced diameter neck includes a plurality of rotatable necking turrets that each have a plurality of identical necking substations each having a necking die. The necking dies in the respective turrets have an internal configuration to produce a necked-in portion on the container which has a first arcuate segment integral with the container side wall and a second arcuate segment integral with the reduced diameter neck. The necking substations also have a floating form control element that engages the inner surface of the container to control the portion of the container to be necked. The necked-in portion is reformed in each succeeding turret by dies to produce a smooth tapered wall between the arcuate segments.

**43 Claims, 8 Drawing Sheets**



CCS0003085

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

A1



FIG-1

CCS0003086

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

A.2



_FIG_2_

CCS0003087

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

A3

**U.S. Patent**     Oct. 4, 1988     Sheet 3 of 8     **4,774,839**



CCS0003088

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

A4



CCS0003089

Crown Packaging, et al. v. Rexam
USDC District of DE CA 05-608

**U.S. Patent**     Oct. 4, 1988     Sheet 5 of 8     4,774,839



CCS0003090

Crown Packaging. et al. v. Rexam
USDC District of DE  CA 05-608

A6

U.S. Patent    Oct. 4, 1988    Sheet 6 of 8    4,774,839





CCS0003091

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

A7



CCS0003092

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

A8



CCS0003093

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

A.9

4,774,839

1

## METHOD AND APPARATUS FOR NECKING CONTAINERS

### REFERENCE TO RELATED APPLICATIONS

This application is a continuation-in-part of U.S. Ser. No. 696,322, filed Jan. 30, 1985, abandoned and refiled as Ser. No. 915,143, Oct. 3, 1986, now U.S. Pat. No. 4,732,027, which is a continuation of U.S. Ser. No. 725,945, filed Apr. 22, 1985, now U.S. Pat. No. 4,693,108, which are divisional applications of U.S. Ser. No. 453,232, filed Dec. 27, 1982, now U.S. Pat. No. 4,519,232, entitled "Method and Apparatus for Necking Containers", issued to Edward S. Traczyk and Michael M. Shulski and assigned to National Can Corporation, the same Assignee as the present invention.

### TECHNICAL FIELD

This invention relates generally to an improved two-piece container construction and the method and apparatus for necking and flanging such containers and, more particularly, concerns a versatile high-speed system for producing these containers.

### BACKGROUND PRIOR ART

Two-piece cans are the most common type of metal containers used in the beer and beverage industry and also are used for aerosol and food packaging. They are usually formed of aluminum or tin-plated steel. The two-piece can consists of a first cylindrical can body portion having an integral bottom end wall and a second, separately-formed, top end panel portion which, after the can has been filled, is double-seamed thereon to close the open upper end of the container.

An important competitive objective is to reduce the total can weight as much as possible while maintaining its strength and performance in accordance with industry requirements. For pressurized contents such as soft drinks or beer, the end panel must be made of a metal thickness gauge that is on the order of at least twice the thickness of the side wall. Accordingly, to minimize the overall container weight the second end panel should be diametrically as small as possible and yet maintain the structural integrity of the container, the functionality of the end, and also the aesthetically-pleasing appearance of the can.

In most cases, containers used for beer and carbonated beverages have an outside diameter of 2-11/16 inches (referred to as a 211-container) and are reduced to open end diameters of (a) 2-9/16 inches (referred to as a 209-neck) typically in a single-necking operation for a 209 end; or, (b) 2-(7.5)/16 (referred to as a 207½-neck) typically in a double-necking operation for a 207½ end; or, (c) 2-6/16 (referred to as a 206-neck) in a triple- or quad-necking operation for a 206 end. In the future, it is expected that even smaller diameter ends will be used, e.g., 204, 202, 200 or smaller. Further, different can fillers use cans with varying neck size. Hence, it is very important for the can manufacturer to quickly adapt its necking machines and operations from one neck size to another.

Until recently, the process used to reduce the open end diameter of two-piece containers to accommodate smaller diameter second end panels typically comprised a die necking operation wherein the open end is sequentially formed by one, two, three or four die-sets to produce respectively a single-, double-, triple- or quad-necked construction. Examples of such proposals are

2

disclosed in U.S. Pat. Nos. 3,687,098; 3,812,896; 3,983,729; 3,995,572; 4,070,888; and, 4,519,232. It will be noted in these instances that for each die necking operation, a very pronounced circumferential step or rib is formed. This stepped rib arrangement was not considered commercially satisfactory by various beer and beverage marketers because of the limitations on label space and fill capacity.

In an effort to offset the loss of volume or fill capacity resulting from the stepped rib configuration of the container, efforts have been directed towards eliminating some of the steps or ribs in a container neck Thus, U.S. Pat. No. 4,403,493 discloses a method of necking a container wherein a taper is formed in a first necking operation and this tapered portion is reshaped and enlarged while the angle of the taper is increased. A second step or rib neck is then formed between the end of the tapered portion and the reduced cylindrical neck.

U.S. Pat. No. 4,578,007 also discloses a method of necking a container in a multiple necking operation to produce a plurality of ribs. The necked-in portion is then reformed with an external forming roller to eliminate at least some of the ribs and produce a frustoconical portion having a substantially uniform inwardly curving wall section defining the necked-in portion.

In recent times beer and beverage marketers have preferred a neck construction having a relatively smooth neck shape between, for example, the 206 opening and the 211 diameter can. This smooth can neck construction is made by a spin necking process, and apparatus as shown, for example, in U.S. Pat. Nos. 4,058,998 and 4,512,172.

For various reasons, the can manufacturing industry believed that spin necking was the only method of producing a smooth neck configuration. Applicants have found, however, that presently available spin necking devices and their operation are not entirely satisfactory. It was found that commercial spin necking stretches and thins the neck metal and thereby tends to weaken the neck. From applicants' experience, at commercial production speeds, the presently known spin forming apparatus and process requires frequent maintenance and attention and yet produces considerable scratches and ridges in the neck surface that are undesirable in the marketplace. Moreover, the spin-necked containers did not meet the performance standards set by the equivalent-sized die necked container. For example, applicants experienced distortions in the symmetry of spin-necked containers, crush problems and uneven edges, which resulted in variations in flange width.

While presently-available spin necking equipment and operations have various shortcomings, no one to the knowledge of the Applicants has tried to make high-performance smooth necked cans by die necking, as taught herein. Apparently, the industry believed that the die necking process could not be effective in producing a totally smooth neck construction in a fast, economical, efficient and reliable manner.

### SUMMARY OF THE INVENTION

According to the present invention, Applicants have developed a die necking process for making a high performance smooth neck construction in metal, two-piece, thin-walled containers. Applicants also have developed a versatile and readily changeable high-speed die necking apparatus and method that can produce at least 1,500 containers per minute.

CCS0003094

Crown Packaging. et al. v. Rexam
USDC District of DE  CA 05-608

A10

4,774,839

3

The invention may be employed to die neck containers of various sizes. For purposes of explanation, the preferred embodiment of the invention is described with reference to necking the widely-used 211-diameter two-piece container down to a 206-diameter neck. A number of die necking sequences are performed to rapidly and efficiently produce a smooth tapered neck on the end of the cylindrical side wall of the container. In the embodiment shown, six necking operations are utilized to neck the "211" container to the "206" neck in sequential operations.

In operation, as the can passes through the apparatus after the initial operation, each of the die necking operations partially overlaps and reforms only a part of a previously-formed portion to produce a necked-in portion on the end of the cylindrical side wall until the necked-in portion extends the desired length. This process produces a smooth tapered annular wall portion between the cylindrical side wall and the reduced diameter cylindrical neck portion. The tapered annular wall portion which has arcuate portions on either end may be characterized as the necked-in portion or taper between the cylindrical side wall and the reduced diameter neck.

It has further been found that in practicing this method, the metal in the neck, which includes the necked-in portion and the reduced diameter neck portion, the metal is thickened and thus provides greater crush strength for the can independent of the profile and greater fill capacity.

The method of the present invention contemplates forming a cylindrical neck portion adjacent the cylindrical open end of a container so that the cylindrical neck merges with the cylindrical side wall through a generally smoothly tapered neck portion. The tapered neck portion between the cylindrical neck portion and the cylindrical container body wall initially is defined by a lower, generally arcuate segment having a relatively large internal curvature at the upper end of the cylindrical side wall and an upper, generally arcuate segment having a relatively large external curvature at the lower end of the reduced cylindrical neck.

A further tapered portion is then formed at the open end and is forced downwardly while the cylindrical neck is further reduced. The further tapered portion freely integrates with the second arcuate segment which is reformed and the tapered portion is extended. This process is repeated sequentially until the cylindrical neck is reduced to the desired diameter and a smoothly tapered necked-in portion is formed on the end of the side wall. In each necking operation, the tapered portion is not constrained by the die and is freely formed without regard to the specific dimensions of the die transition zone.

The container that is formed by the above die necking process has an aesthetically-pleasing appearance, greater strength and crush resistance and is devoid of the scratches or wrinkles in the neck produced in the spin necking operation.

Each container necking operation is preferably performed in a necking module consisting of a turret which is rotatable about a fixed vertical axis. Each turret has a plurality of identical spaced necking substations on the periphery thereof with each necking substation having a stationary necking die, a form control member reciprocable along an axis parallel to the fixed axis for the turret, and a platform being movable by cams and cam followers, as also explained in the above-cited U.S. Pat.

4

No. 4,519,232, of which this application forms a continuation-in-part and which is incorporated herein by reference.

The form control member of the inventive system has a double or dual floating feature including a floating sleeve which engages the inner surface of the container adjacent the open end during the necking operation. Also, the entire form control member is mounted for floating radial movement on its support shaft. The dual floating form control element in the necking modules will produce a form control of the area of the container to be necked. Such form control assists in preventing any deformation along the open end from being moved into the necked portion of the container. It has been found that the floating form control member reduces spoilage significantly.

The necking modules are substantially identical in most respects and this allows maximum flexibility in installing and maintaining the system with minimum cost.

BRIEF DESCRIPTION OF SEVERAL VIEWS OF DRAWINGS

FIG. 1 of the drawings discloses in plan view a necking and flanging apparatus incorporating the modular nature of the present invention;

FIG. 2 is a cross-sectional view of one module showing two necking substations, as viewed along line 2—2 in FIG. 1;

FIG. 3 is a cross-sectional view of one of the necking substations;

FIG. 4 is an enlarged fragmentary cross-sectional view of the form control member;

FIG. 5 is an enlarged fragmentary sectional view showing the relation between a container edge and a die-forming surface;

FIGS. 6–11 respectively show in sequence the six stages of tooling used in the necking operation;

FIG. 12 shows a finished necked and flanged container;

FIG. 13 is a fragmentary cross-sectional view of the upper end of the container before being necked;

FIG. 14 is a fragmentary enlarged cross-sectional view showing the finished necked and flanged container;

FIGS. 15($a$) and ($b$) show the configuration of a portion of the cams that move the container and the form control member;

FIGS. 16($a$-$e$) show the progression of the container neck profile during the various necking operations;

FIG. 17 is substantially an actual size view showing the neck profile after each of the six necking operations;

FIG. 18 is an enlarged sectional view showing the neck of the container after each necking operation;

FIGS. 19($a$-$e$) show the progression of a modified container neck profile during the various necking operations;

FIG. 20 is substantially an actual-size view showing the modified neck profile after each of the six necking operations; and,

FIG. 21 is an enlarged cross-sectional view of the finished modified neck profile.

While this invention is susceptible of embodiments in many different forms, there is shown in the drawings and will herein be described in detail preferred embodiments of the invention with the understanding that the present disclosure is to be considered as an exemplification of the principles of the invention and is not in-

CCS00003095

Crown Packaging, et al. v. Rexam
USDC District of DE CA 05-608

A11

4,774,839

5

tended to limit the broad aspect of the invention to the embodiments illustrated.

## DETAILED DESCRIPTION

FIG. 1 of the drawings discloses in plan view a necking and flanging system or apparatus, generally designated as 18, for producing containers according to the invention herein which containers have a smooth-shaped neck profile and an outwardly-directed flange.

As will be described more specifically below, the necking and flanging apparatus 18 includes a plurality of substantially identical modules comprising the necking stations that are positioned in a generally C-shaped pattern, as shown in FIG. 1. A single operator can visually observe and control the operation of all modules from a central location. The plurality of individual modules are interconnected to provide the complete necking and flanging system or apparatus, as will be explained.

FIG. 1 depicts metal container bodies 16 being fed along a path 20 for necking to apparatus 18. As mentioned above, the embodiment of FIG. 1 has six container necking station modules, identified by numerals 22, 24, 26, 27, 32, 34, respectively, and a flanging station module 36. Nine transfer wheels 21, 23, 25, 28, 29, 31, 33, 35 and 38 move the containers serially and in a serpentine path through the various necking stations.

Each of the necking station modules 22, 24, 26, 27, 32 and 34 are substantially identical in construction so as to be interchangeable, and can be added to or subtracted from the system depending upon the type of container that is to be formed. Each of the necking station modules has a plurality of circumferentially-spaced individual, substantially identical necking substations (FIG. 3). The number of stations and substations can be increased or decreased to provide the desired necking operation for various sizes of cans. The details of the necking substations will be described in further detail later.

An additional advantage of utilizing substantially identical modules is that many of the components of the modules are identical in construction, thus enabling a reduction of inventory of parts.

The arrangement of FIG. 1 shows cylindrical metal container bodies 16 which are made of conventional materials in any conventional manner, being fed sequentially by suitable conveyor means (not shown) into the necking and flanging apparatus 18. The conveyor means feeds the containers to a first transfer wheel 21, as is known in the art. The containers are then fed serially through the necking modules by the interconnecting transfer wheels.

More specifically, the first transfer wheel 21 delivers containers 16 to the first necking module, generally designated by reference numeral 22, where a first necking operation is performed on the container, as will be described later. The containers 16 are then delivered to a second transfer wheel 23 which feeds the containers to a second necking module 24 where a second necking operation is performed on the container. The container is then removed from the second module by a third transfer wheel 25 and fed to a third necking module 26 where a third necking operation is performed.

As will be explained in more detail hereinbelow, each station is concurrently operating on, or forming, a number of containers with each container being in a different state of necking as it is being processed from the entry point to the exit point of each necking station module.

6

The containers are then sequentially moved through the fourth, fifth and sixth necking modules 27, 32 and 34 to complete the necking operation. The necked containers 16 are next moved by transfer wheel 35 to a flanging module 36 where an outwardly-directed flange is produced on the container, as is well known in the art, and is delivered to a transfer wheel 38 for delivery to an exit conveyor (not shown).

All of the moving members in the necking and flanging apparatus are driven by a single drive means 44 which includes a variable-speed motor connected to an output transmission 46. Each of the transfer wheels, as well as the necking modules and flanging module, have gears in mesh with each other for produce a synchronized continuous drive means for all of the components.

The variable-speed drive feature of drive means 44 allows automatic increase and decrease of speed of the module to match the quantity of containers flowing through the module to the flow in the remainder of the container line. The variable-speed drive also allows the operator to accurately index the components of the system relative to each other.

The necking and flanging apparatus also has suitable container guide elements 48 associated with each of the modules and on each of the transfer wheels to assure that the containers remain in the conveyor track.

A suitable interconnecting and supporting framework, generally designated by reference numeral 50, is provided for supporting rotatable turrets 70 that are part of the modules. Referring now to FIG. 2, the fixed or stationary framework 50 is supported on a platform or base 51 and includes a lower frame member 52 and an upper frame member 54 interconnected by columns 56. Collars 58 suitably connect columns 56 to frame members 52, 54 by bolts (not shown) so that a solid structure is provided to assure the accuracy of alignment of the various movable components, which will be described later.

The frame structure 50 provides a fixed support above the base 51 for a rotary turret assembly 70 that holds a plurality of identical necking substations, generally designated as 72 in FIG. 1, around the periphery thereof and in fixed relation to each other. FIG. 2, which is a view partially in cross-section, taken along line 2—2 of FIG. 1, shows two of the substations 72a and 72b. The turret assembly 70 as shown in FIG. 2 comprises a lower turret portion 74 and an upper turret portion 76 supported on a central drive shaft 78 that extends through openings 80 and 82 in frame members 52 and 54. Turret assembly 70 is rotatably supported on the frame members by suitable bearing means 84a and 84b. Note that substations 72a and 72b, as well as all the other substations 72, rotate with shaft 78 while columns 56 remain substantially stationary. The upper turret portion 76 is of hollow cylindrical shape and is slidably positionable on shaft 78, being secured in an adjusted position by a wedge mechanism 86 and a collar 88. The lower turret portion 74 is fixed to the lower part of shaft 78. The slidably-positionable feature of the upper turret portion 76 allows the turret portion 76 to be accurately repositioned longitudinally on shaft 78 relative to turret portion 76 without changing the alignment of the necking substations; this permits the turret assemblies 70 to accommodate containers of different heights.

A radially-extending upper hub means 90 forms part of the upper turret portion 76 and provides support means for the upper portion of the necking substations 72, to be described. Likewise, lower hub means 92 ex-

CCS0003096

Crown Packaging, et al. v. Rexam
USDC District of DE CA 05-608

4,774,839

7

tend radially outwardly to form part of the lower turret portion 74 and to support the lower portion of the necking substations 72, to be described. The hub means 90, 92 have aligned pockets 94 on the outer periphery thereof which are machined as matching pairs to receive the components of the substations 72 and insure accurate alignment of the upper and lower portions of the necking substations 72. Also, the upper hub means 90 also has pockets 96 which cooperate with guide elements 48 to control the position of the containers as they are moved through the necking station module.

As stated above and as shown in FIG. 2, the substations are substantially identical, and a description of one substation 72 exemplifies the structure of the other substations in each of the station modules.

FIG. 3 discloses in greater detail necking substation 72 comprising a lower container-lifting portion, generally indicated at 100, and an upper forming or necking portion, generally indicated at 102. Referring now to both FIGS. 2 and 3, the container-lifting portion 100 includes an outer cylindrical member or sleeve 108 that has a generally circular opening 110 with a ram or piston 112 reciprocably movable in the opening 110. The lower end of ram 112 has a cam follower 116 (see FIG. 2) which rides on an upper exposed camming surface of a face cam 118 supported on lower frame member 52. The upper end of ram 112 has a container supporting platform 120 secured thereto by fastener means 122. The support platform or container support means has an inner upwardly-arcuate extension 124 for engaging the inner lower surface of the container. Ram 112 cooperates with sleeve 108 to provide both a fluid centering mechanism and to bias the cam followers 116 into engagement with the cam 118, as described in more detail in U.S. Pat. No. 4,519,232, incorporated herein by reference.

The cam 118 essentially comprises a fixedly-mounted ring circumferentially seated on lower frame member 52. The cam is of selected height and configuration and aligned with the lower end of the substations 72 to control the upward and downward movement of the piston 112 and hence of the container 16 as the turret is rotated on the fixed frame 50. Since the cam followers 116 are biased into engagement with the cam 118, the configuration of the camming surface of the face cam 118 will dictate the position of the container 16, as will be described later.

The upper necking portion 102 includes a fixed necking die element 130 that is secured to a hollow cylinder 132 by means of a threaded cap 134. The cylinder 132 has an axial opening 136 in which a hollow plunger or shaft 137 is reciprocally mounted. A cam follower 138 (see FIG. 2) is mounted on the upper end of shaft 137 and rollably abuts on an exposed camming surface of a fixed upper face cam 139 secured to upper frame member 54.

Plunger 137 and cam follower 138 are maintained in engagement with the cam 139 by fluid pressure which also centers the shaft 137 in the opening 136, all as explained in U.S. Pat. No. 4,519,232. The lower end of plunger 137 supports a form control member 140, to be explained. Also, the plunger 137 and the form control member 140 have an opening 141 for introducing pressurized air into the container during the necking operation, as will be explained later.

In operation of the module, shaft 78 is caused to rotate about its fixed axis on the stationary frame 50. Containers 16 are moved onto the platform 120 and into

8

engagement with arcuate extension 124 when the lower lifting portion is in the lower-most position, shown in substation 72a at the left-hand side of FIG. 2. The configuration of the lower cam 118 is such that the container is moved up into the die 130 as the shaft 78 is rotated and therefore the upper open end of the container is incrementally reformed. At about the time the upper edge of the container contacts the die 130, pressurized air is introduced into the container from a source (not shown) through opening 141. As the turret assembly 70 is rotated about 120° of turret rotation, the upper cam 139 is configured to allow the form control member 140 to move upwardly based on the configuration of the cam. As mentioned above, shaft 137 including the form control member 140 is biased upwardly by fluid pressure, and will move upwardly to the position shown at substation 72b as the turret assembly rotates. Thereafter, during the remainder of the 360° rotation, the cams 118 and 139 are configured to return the platform 120 and form control member 140 to their lower-most positions at substantially matched speeds while the necked container is removed from the die. During this downward movement, the pressurized air in the container will force the container from the die onto the platform 120. Containers 16 are continually being introduced onto platform 120, processed and removed as indicated in FIG. 1.

The relative vertical movement of the container 16 and the form control member 140 is important to minimize frictional forces developed between the container and the necking die during the necking operation. Thus, the vertical or upward velocity of the form control member is greater than the vertical or upward velocity of the container during the portion of the cycle of revolution where the necking takes place and preferably is about 5% greater. This relative movement is controlled by the configuration of the cams 118 and 139 and is illustrated in FIG. 15.

The cams are preferably segmented into three equal segments of about 120°, and one segment is shown in FIG. 15. The camming surface segment 118a of cam 118, FIG. 15(a), moves the container 16 upward until the upper edge of container contacts the die 130. The upward velocity of the container is then reduced by the flattened camming surface segment 118b between the time the container 16 edge contacts the die 130 and the time the container edge contacts the form control member 140. This allows the container to be centered in the die and the form control member 140 to be centered in the container. The upward velocity of the container is then increased by the camming surface segment 118c during the remainder of the necking cycle. At the same time, the cam surface 137a of the upper cam 137 is configured to begin upward movement of the form control member at a constant velocity as the container edge engages the die 130.

The container and form control member are then lowered at about the same velocity while the pressurized air forces the container out of the die.

Refer now to FIG. 4, as well as FIGS. 2 and 3, according to one aspect of the invention, the form control member 140 has an internal forming sleeve or element 150 which is supported for radial floating movement to accommodate relative movement of the forming element with respect to a fixed necking die 130.

More specifically, the form control member 140 consists of a hollow cylindrical member 142 that has a stepped lower end portion 144 of reduced external di-

CCS0003097

Crown Packaging, et al. v. Rexam
USDC District of DE CA 05-608

4,774,839

9
10

ameter 146. A forming sleeve 150 is mounted on the end portion 144. Sleeve 150 has a diameter 152 which is slightly larger than the external diameter 146 of end portion 144 and is held on member 142 by a cap that has an integral elongated section on rod 162 which extends through the axial opening 164 in the member 142. The rod 162 has an opening 166 therethrough which receives a hollow bolt 168 to fixedly secure the cap to the plunger 137, and the hollow bolt 168 defines part of an axial opening 141. The lower edge of sleeve 150 has a tapered outer edge 170 which will act to center the forming sleeve 150 with respect to the container 16 as it is entering the open end.

Thus, the diameter of the axial opening 164 is slightly larger than the external diameter of rod 162 and the axial length of the member 142 is slightly less than the length of the rod. The foregoing provides a slight vertical spacing 165 between the upper end of member 142 and the lower edge of shaft 137 to allow for radial play or movement of the body 142 on the rod 162.

Thus, the forming sleeve 150 is mounted for floating radial movement on the cylindrical member 142 while the cylindrical member 142 is mounted for floating radial movement on the plunger or shaft 137 to provide a double floating feature or movement for forming element or sleeve 150.

It will be appreciated that, in the embodiment shown, the clearances have been exagerated in FIG. 4 and that the clearance between the member 142 and the forming element 150 is about 0.003±0.001 inch. Also, it is desirable to have no clearance between the external surface of the member 142 and the internal surface of the upper portion 130 of the die 130. The clearance between the member 142 and the support rod 162 is about 0.005 inch.

As mentioned above, the "double float" of the forming sleeve or element 150 will accommodate alignment of the main body 142 of the form control member 140 with the fixed necking die 130 while the floating or radially-movable forming element 150 will move with respect to the fixed necking die 130 and the cylindrical member 142 to be centered in the container. The internal opening in the upper portion 130U of the necking die 130 and the external diameter of the forming sleeve or element 150 are dimensioned such that there is minimal clearance, referably less than 0.0002 inch between the two when the edge of the container 16 is received therein. Thus, the metal of the the container 16 becomes trapped or confined between the forming sleeve or element 150 and the upper portion 130U of die 130 and the double floating forming element will result in "form control" to maintain the concentricity of the container for all of the area that is to be necked. This is particularly true in the first necking operation where the upper portion of the container is conformed to the desired concentricity, and wherein wall variations are minimized, and any container defects, particularly nicks or dents adjacent the edge, are minimized or eliminated.

The present invention provides a method whereby a container can be necked to have a smaller opening by utilizing a plurality of necking modules. In the illustrated embodiment of FIG. 1, six different necking operations and one flanging operation are performed on the neck of the container. An upper part of the necked-in or inwardly-tapered portion is reshaped during each of the necking operations. In each necking operation, a small overlap is created between a previously necked-in portion while the overall necked-in portion is extended and axially enlarged and small segments of reduction

are taken so that the various operations blend smoothly into the finished necked-in portion. The resultant necked-in portion has a rounded shoulder on the end of the cylindrical side wall which merges with an inwardly-tapered annular straight segment through an arcuate portion. The opposite end of the annular straight segment merges with the reduced cylindrical neck through a second arcuate segment.

The necking operation will be described by reference to FIGS. 6–11. In the embodiment described, a "211" aluminum container is necked to have a "206" neck in six operations. Assume that a container 16 carried by a conveyor, as indicated in FIG. 1, has been moved into position, such as shown in substation 72a in FIG. 2, and the necking operation is being initiated. FIGS. 6–11 depict the necking operation performed in the six necking station modules.

Referring briefly to FIG. 13, the container 16 typically has a thickened portion adjacent its upper open end before the necking operations are performed. In the embodiment shown, container 16 has a side wall that has a thickness (W) which is on the order of about 0.0040–0.0050 inch thick, while an upper neck area (N) has a thickness (t) that is on the order of about 0.0075 inch down to about 0.0050 inch while the length (L) is on the order of about 0.37 to 0.90 inch.

The left side portion of FIG. 6 shows a container 16 being moved upwardly into a necking die 130A. As the open end of the container 16 is moved into engagement with the die, the forming angle in the die results in large radial forces on the container wall and small axial forces so that there is radial compression of the wall of the container, as will become clear.

FIG. 6 shows a necking die 130A having a first cylindrical wall portion 202a, a transition zone surface 204, and a second cylindrical wall portion 205. The first cylindrical wall portion 202a has a diameter approximately equal to the external diameter of the container 16 with a clearance of about 0.006 inch. The second cylindrical wall portion 205 has a reduced diameter equal to the external diameter of the reduced neck that is being formed in the first necking operation.

The transition zone or intermediate surface 204 has a first arcuate surface segment A1 at the end of the first cylindrical wall portion 202 which has a radius of about 0.220 inch and a second arcuate surface segment R1 at the end of the second cylindrical wall portion 205 which has a radius of about 0.120 inch.

As the container 16 is moved upwardly into the die element 130A, as depicted on the right-hand side of FIG. 6, the diameter of the container neck is reduced and a slight curvature 211 is formed on the container body between the reduced cylindrical neck 212 and the container side wall 210.

In the first operation, the diameter of the neck is reduced only a very small amount, e.g., about 0.030 inch, while the portion of the container to be necked is conditioned for subsequent operations. In other words, a form control operation is performed on the ultimate neck portion to prepare the container for subsequent operations.

This is accomplished by tightly controlling the dimensions and tolerances of reduced cylindrical surface 205 of die 130A and the external surface diameter of the forming sleeve or element 150A. The external diameter of sleeve or element 150A is equal to the internal diameter of cylindrical surface 205 less two times the thickness of the container side wall (t) with a maximum of

CCS0003098

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

4,774,839

<div style="columns">

11

10% clearance of the wall thickness. By thus tightly controlling these dimensions, dents or imperfections in the container are removed or minimized, and also any variations in wall thickness around the perimeter of the neck are reduced to provide concentricity of the side wall of the container with the die.

Also, as mentioned above, during the movement of container 16 from the position illustrated at the left of FIG. 6 to the position at the right of FIG. 6, pressurized air may be introduced into the container through opening 141 (FIG. 4) to pressurize it, if considered necessary, and thereby temporarily strengthen the container. This air is used primarily to strip the container from the necking die 130A after the necking operation is completed. As explained above during the upward movement of the container 16, the forming control member 140A and forming sleeve or element 150A are moved upwardly slightly faster than the container 16 to aid in drawing or pulling the metal of the container wall into the die.

At the first forming station, the die element 130A forms the container 16 to have a tapered-in or necked portion 211 between a cylindrical side wall 210 and a reduced cylindrical neck 212; the tapered portion 211 includes first and second arcuate segments CA1, CR1, respectively.

After the first necking operation is completed, the partially-necked container 16 exits therefrom and is fed to the second forming station module. In the second necking operation, the necked-in portion is axially elongated while the reduced cylindrical neck portion 212 is further reduced in diameter by compression of the metal therein. This is accomplished by a second necking die 130B (FIG. 7) that has a transition zone 222 between a cylindrical first surface 202b, which has the same internal diameter as the external diameter of the container, and a reduced cylindrical surface 226 at the upper end thereof. The transition zone 222 again has a first arcuate surface segment A2 integral with the cylindrical wall surface 202b and a second arcuate surface segment R2 integral with the reduced diameter cylindrical surface 226.

Referring to FIG. 7, the surface 222 of die element 130B of the second necking station initially engages the upper edge of the container 16 with arcuate die surface R2 at a small acute forming angle.

It has been found that the curvature or radius at the point which the container 16 is contacted by the die 130B and the forming angle produced between the contact point and a plane parallel to the axis of the container are critical to produce a necked-in container that is free of wrinkles. This angle, which is also referred to as the forming or locking angle, must be kept small so that radial forces known as radial hoop stresses rather than axial forces are developed to neck the container.

In FIG. 5, the tangent line T to the die wall surface defines the point of contact with the upper edge of the container 16 and results in a small impingement or forming angle "F" with a plane "P" extending parallel to the side wall of the container. It has been found that if this angle "F" is maintained in the range of about 15° to 20°, most of the forces will be radial forces to compress the neck of the container rather than axial forces. Axial forces will tend to provide more of a bending action as 15 in conventional die necking operations.

It has also been determined that having a die contact the container 16 at the small forming angle "F" allows

12

the container 16 necked-in portion to essentially "free form" or taper toward the point where the upper end of the container 16 engages the outer surface of the forming sleeve or element 150B. This allows the container to freely define or assume its own profile rather than having a die inner wall surface dictate the shape of the profile, as has been accepted technology in prior necking operations. This is in contrast to prior die necking processes, such as disclosed in U.S. Pat. No. 3,995,572 wherein the metal is forced to assumed the shape of the inner surface of the necking die.

The radius of curvature of the arcuate surface segment A2 in the second necking die is on the order of about 0.280 inch, while the radius of curvature of the second arcuate surface segment R2 is about 0.180 inch. Thus, as the container is moved from the left-hand position, shown in FIG. 7, to the right-hand position, the original tapered portion is axially elongated to produce a tapered portion 228 having arcuate segments CA2, CR2 while the reduced diameter cylindrical portion 212 is reduced to a further reduced diameter, as shown at 229.

In the second necking operation, the diameter of the reduced cylindrical neck is reduced by about 0.070 inch, while the metal is further radially compressed therein. In the second necking die 130B, the forming angle described above is defined by the arcuate surface segment R2. FIG. 16(a) shows the configuration of the neck in dotted line before the second necking operation, and in solid line after the second necking operation. It will be noted that the lower segment of the tapered portion adjacent the cylindrical side wall remains substantially unchanged while the second arcuate segment or upper part of the tapered portion is reformed and the tapered portion is axially elongated.

During the second operation, a second tapered portion is essentially freely formed in the reduced cylindrical neck being free of the die at its lower end and this second tapered portion is forced along the reduced neck portion until it integrates with the arcuate segment CR1 of the first tapered portion. During this second operation, the lower part of the first tapered portion remains essentially unchanged while the second tapered portion combines and blends with the first tapered portion to produce an extension thereof.

It will be appreciated that the necking operation performed at each of the various stations is somewhat repetitive; however, for completeness of description, each of the necking operations at the various stations and the pertinent angles and curvatures will be described hereinbelow. It should be appreciated that, in fact, each station performs a part, and not all, of the necked-in portion while the cylindrical neck is sequentially and progressively reduced in diameter. That is, each station adds to and at least partially reforms and extends the necked-in portion produced on the container by the previous operation.

The third, fourth and fifth necking operations are illustrated in FIGS. 8, 9 and 10 and are essentially identical to the second necking operation. The dies and the form control members of the third, fourth and fifth stations are substantially identical in construction except for the slight change in die dimensions.

At each subsequent station, the cylindrical neck is compressed and reduced while the existing tapered or necked-in portion is partially reformed and axially elongated or extended to produce a small annular inwardly-

</div>

CCS0003099

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

4,774,839

13

tapered portion between the upper and lower arcuate segments described above.

In the third necking die 130C (FIG. 8), the transition surface 230 is located above cylindrical member 202c and includes an upper arcuate surface segment R3 having a radius of about 0.260 inch, with a straight tapered wall surface T3 which defines an inclined angle of about 27°. The lower arcuate surface segment includes a relief area on the end of the cylindrical wall surface and a second arcuate surface segment OR3 having an external radius of about 0.180 inch. The reforming operation between the second and third operations is illustrated in FIG. 16(b) where the necked-in portion 234 of the container has a first arcuate segment CA3, a tapered segment CT3, a second arcuate portion CR3 and a reduced neck 236. It will be noted that the arcuate segment CA2 remains essentially unchanged because there is no contact with the die while the arcuate segment CR2 is reformed and the center thereof is moved axially upwardly so that the tapered portion is extended. Also, the tapered portion CT3 does not conform to the flat tapered wall surface T3 and instead has a compound curve after the third necking operation.

In the fourth necking die 130D (FIG. 9), the transition zone 240 above the cylindrical surface 202d includes straight tapered wall segment T4 that defines an angle of about 25° and the arcuate surface R4 has a radius of about 0.298 inch while the outside radius OR4 is very small and about 0.058 inch. A reduced diameter cylindrical surface 244 extends above the arcuate surface R4. Thus, the cylindrical neck 236 is further reduced in diameter by about 0.050 inch, while the tapered-in portion is axially enlarged and the angle of the straight tapered neck portion between the two arcuate segments is reformed while the metal in the reduced cylindrical neck and the necked-in portion are further compressed. The arcuate shoulder or bump becomes set in the fourth operation in view of the small radius OR4 engaging the upper end thereof.

The resultant tapered-in portion 246 includes an upper arcuate segment CR4, a tapered portion CT4 and a lower arcuate segment CA4 having an upper arcuate portion COR4, along with reduced cylindrical neck portion 248. The fourth operation is illustrated in FIG. 16(c) and it should again be noted that the tapered portion CT4 does not conform to the configuration of the die surface T4 and is a compound curve in the axial direction.

The fifth necking die 130E (FIG. 10), has a reduced diameter surface 250 above a transition zone 252 which includes an arcuate surface R5 that has a radius of about 0.230 inch. The transition zone also includes a tapered surface T5 which defines an angle of 20° with a surface OR5 having an external radius of about 0.180 inch above cylindrical surface 202e. The fifth operation is illustrated in FIG. 16(d) where the container has a tapered portion 256 including a lower segment CA5, COR5, a tapered segment CT5 and an upper arcuate segment CR5 with a reduced diameter neck 254.

In the final and sixth necking die 130F is shown in FIG. 11, where the transition zone 260 above a lower cylindrical surface portion 202f, includes a first lower arcuate surface segment OR6 having an external radius of about 0.180 inch which merges with a flat tapered portion T6 that defines an angle of about 20° and a second arcuate surface segment R6 that has an external radius of about 0.220 inch which merges with a reduced diameter surface 264.

14

In the sixth necking operation, the reduced diameter portion 264 of the die reduces the cylindrical neck by about 0.050 inch while the necked-in portion is to be formed to its final configuration, illustrated in FIG. 14, to be described later. The final reduction is illustrated in FIG. 16(e) wherein the tapered portion 265 has a first arcuate segment CA6, COR6, a tapered portion CT6 and a second arcuate segment CR6 below a reduced cylindrical neck 266. It will be noted that the entire tapered segment CT6 is reformed inwardly from the position shown in dotted line to that shown in solid line.

Thus, the necking operation forms a smooth tapered necked-in portion between the container side wall and the reduced diameter cylindrical neck. This necked-in portion or taper includes a first arcuate segment integral with the side wall and a second arcuate segment integral with the reduced cylindrical neck. During the necking operation, the neck, comprising the reduced diameter cylindrical neck and the necked-in portion, is formed in segments while the axial dimension is increased and the cylindrical neck is further reduced in diameter and in axial length while a rounded shoulder is formed at the end of the side wall. At the same time, a straight tapered wall section or segment is created in the necked-in or tapered portion.

In each of the six necking operations, the principal forces applied to the neck of the container, which includes the tapered or necked-in portion are radially inwardly-directed forces and therefore the metal is primarily compressed and localized bending is minimized. The tapered portion is allowed to determine its profile because it is not constrained by the die below the contact area and is thus not dependent on the configuration of the lower portion of the transition zone of the die. Of course, the forming sleeve or element 150 will direct the upper edge of the container 16 into the annular slot defined between the forming sleeve or element and the reduced cylindrical portion of the die 130. Stated another way, the forming element 150 which engages the inner surface of the container 16 provides a guiding function or form control function.

As indicated above, the necked-in portion between the reduced diameter cylindrical neck portion and the cylindrical side wall is freely formed and its configuration does not conform to the transition zone of the die. The following tables illustrate the die dimensions and the amount of forming that takes place in each of the necking operations. In a preferred embodiment of the invention, where a 206 aluminum container is reduced to a 206 neck in six operations, the following die dimensions were used:

TABLE I

| Operation | Die Dimensions | | | |
|---|---|---|---|---|
| | A | OR | R | T |
| I | .770 | | .120 | |
| II | .780 | | .180 | |
| III | .030 | .180 | .260 | 27 |
| IV | .058 | .056 | .298 | 25 |
| V | — | .180 | .230 | 20 |
| VI | — | .180 | .220 | 20 |

These dimensions are the actual dimensions in inches and degrees utilized in the transition zone of the die where A is the internal radius of the first lower arcuate segment surface, R is the radius of the second upper arcuate segment surface and T is the angle of the tapered surface therebetween, while OR is the external

CCS0003100

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

4,774,839

**15**

radius of the upper portion of the first arcuate segment surface. These dies produced a neck having the following dimensions in inches and degrees:

TABLE II

| | Can Dimensions | | | |
|---|---|---|---|---|
| Operation | CA | CR | COR | CT |
| I | .29 | .33 | | |
| II | .24 | .22 | | |
| III | .21 | .38 | | |
| IV | .20 | .49 | .64 | |
| V | .25 | .31 | .28 | 21 |
| VI | .11 | .37 | .25 | 21 |

where CA is the radius of the first lower arcuate segment, CR is the radius of the second upper arcuate segment, COR is the external radius of the upper portion of the first arcuate segment and CT is the angle of taper between the arcuate segments.

It can be seen that the second or upper arcuate segment CR, which is the upper part of the necked-in portion, is reformed in each subsequent necking operation while the tapered portion is enlarged. At the same time, the first arcuate segment CA, while not being positively reformed by the die, will have a change in its radius of curvature due to a free forming resulting from the inherent spring back characteristics of the metal. It should be noted that the dies in the third and fourth operations have flat tapered surfaces T but that the tapered wall segment CT is not formed in the container until the fifth and sixth necking operations. This is believed to result from the free forming of the necked-in portion rather than conforming the necked-in portion to the die. The necking operation causes a thickening of the metal which is greatest adjacent the upper open end where a flange is formed. This strengthens the flange and minimizes flange cracks.

The finished 206-neck on the upper end of a 211-cylindrical side wall of the container is shown in enlarged view in FIG. 14 wherein a first arcuate segment 280 is formed on the end of the cylindrical side wall 282, a straight smooth flat inwardly-tapered segment 284 is formed on the end of the arcuate segment 280 and a second arcuate segment 286 merges with the reduced cylindrical neck portion 288 of the container. In the final configuration, shown in FIG. 14, the first or lower arcuate segment 280 is essentially a compound curve that has a first arcuate segment having an internal radius R7 and a second arcuate segment having an external radius R8. The final radius R7 in the embodiment described is preferably on the order of about 0.119 inch, while the external radius R8 is on the order of about 0.253 inch. The tapered flat segment 284 defines an angle of about 20°±1 with respect to the center axis of the container or a plane extending parallel to the side wall 282 while the external radius R9 of the second arcuate segment is about 0.371 inch.

An outwardly-directed flange 290 is then formed on the reduced neck by the flanging module 36, which may be of the type disclosed in U.S. Pat. No. 3,983,729.

The container produced by the die necking method described above has improved crush resistance and strength because the metal in the neck of the container is thicker due to the radial compression of the metal therein.

The container neck made in accordance with the invention also has better symmetrical geometry when compared to spin necked containers produced by presently-known commercial spin-necking operations be-

**16**

cause the container is devoid of the ridges produced in the neck during the spin forming process. The die-necked container also has less symmetrical distortion and flanges of more consistent width. The die-necked smooth-tapered wall and its inclination gives the container greater crush resistance and column strength when compared with spin necked containers.

The die-necking method of the invention also eliminates deterioration of the coating or label which is usually applied before the necking operation is performed. The necked-in container also is devoid of any scratches as compared to a spin-necked container. The smooth-tapered necked-in portion can also be used as part of the label.

A slightly modified neck profile is illustrated in FIGS. 19–21 wherein the necked-in portion of the neck is of a different configuration than that shown in FIGS. 16–18 to produce a shorter neck on a 211-container which thereby increases the fill capacity. In this embodiment, a 211-container is necked down to a 206-diameter in six necking operations producing substantially equal reductions using necking dies and form control members similar to those described above but having different configurations.

The following table shows the die dimensions of the six dies used in forming a 206-neck, shown in FIG. 21, on a 211-aluminum container wherein FSR is the radius of the lower arcuate surface segment of the die, SSR is the radius of the upper arcuate surface segment, NSD is the diameter of the reduced diameter neck surface and T is a reference angle of the tapered surface between the two segments, while S is the spacing between the centers of the two radii.

TABLE III

| | Die Dimensions | | | | |
|---|---|---|---|---|---|
| OP | FSR | SSR | S | T | NSD |
| I | 0.280 | 0.200 | 0.173 | | 2.529 |
| II | 0.280 | 0.260 | 0.244 | | 2.479 |
| III | 0.250 | 0.250 | 0.291 | 28 | 2.427 |
| IV | 0.250 | 0.240 | 0.345 | 28 | 2.375 |
| V | 0.250 | 0.260 | 0.395 | 28 | 2.323 |
| VI. | 0.250 | 0.260 | 0.429 | 28 | 2.273 |

FIGS. 19(a) through 19(e) shows the radial compression of the neck in each of the necking operations wherein the first or lower arcuate segment is identified by the reference CFSR, the upper or second arcuate segment is identified by the reference CSSR, all expressed in inches, while the taper angle between the arcuate segments is identified by reference CT in degrees.

Thus, the configuration of the neck after the first necking operation is illustrated in dotted line in FIG. 19(a), while the solid line therein shows the neck configuration after the second necking operation. FIGS. 19(b), 19(c), 29(d) and 19(e) show the same sequence for the next four sequential necking operations while the following table shows the respective container dimensions in inches:

TABLE IV

| | Can Dimensions | | | |
|---|---|---|---|---|
| OPERATION | CFSR | CSSR | CS | CT |
| I | 0.18 | 0.25 | 0.19 | 20° |
| II | 0.32 | 0.35 | 0.28 | 23° |
| III | 0.23 | 0.23 | 0.29 | 24° |
| IV | 0.25 | 0.31 | 0.36 | 26.5° |
| V | 0.25 | 0.35 | 0.38 | 26° |

CCS0003101

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

A17

4,774,839

17

TABLE IV-continued

| | Cam Dimensions | | | |
|---|---|---|---|---|
| OPERATION | CFSR | CSSR | CS | CT |
| VI | 0.23 | 0.30 | 0.43 | 26° |

The finished necked and flanged container is illustrated in FIG. 21 and includes a cylindrical side wall 300 having a first or lower arcuate portion 302 which has a radius CFSR of about 0.23 inch that merges with an inwardly-smooth tapered portion 304 which defines an angle of about 26°±2°. The upper or second arcuate segment 306 has a radius CSSR of about 0.30 inch which merges with the reduced cylindrical neck 307 that has the flange 308 formed on the upper free end thereof. The spacing CS, between the centers of the radii of the two arcuate segments is about 0.43 inches.

As in the previous embodiment, the lower arcuate segment is minimally freely reformed in the six necking operations while the upper part of the necked-in portion, including the second arcuate segment, is repeatedly reformed and integrates with a previously-formed portion to produce the smooth inwardly-tapered flat segment from the arcuate segments of the necked-in portion.

The neck of the container again is devoid of any marks or scratches and the tapered portion is suitable for use as part of the label that is usually applied to the container prior to the necking operation.

In the embodiment illustrated in FIGS. 19–21, the necking is done in equal increments in the six necking operations and the initial forming of the portion of the container that has the neck formed therein has been omitted. However, in certain instances, the initial forming operation described in connection with FIG. 6 can be utilized. This, to some measure, will be dependent upon the condition of the containers received by the necking system. Of course, the specific configuration of the tapered portion of the neck can be changed to any desired profile by proper selection of die dimensions and operations.

The system great flexibility in that a "211" container can be necked to a "209" diameter, a "207.5" diameter or a "206" diameter merely by eliminating stations. For example, a "209" diameter neck can be produced on a "211" diameter container utilizing only the first and second necking operations, illustrated in FIGS. 6 and 7. A "207.5" necked container can be produced with the four necking dies illustrated in FIGS. 6–9 and a "206" necked container can be produced with the six dies illustrated in FIGS. 6–11. This can be performed in the die necking system disclosed by replacing the appropriate necking cam segments with dwell cam segments, as explained in U.S. Pat. No. 4,519,232. Alternatively, selected necking station modules could be by-passed, if desired.

The use of two additional modules can produce a "204" diameter neck utilizing two additional necking dies. Further reductions to a "202" or a "200" diameter or less can be produced utilizing additional necking dies. Also, the system can be used to produce triple or quad neck-in portions as disclosed in U.S. Pat. No. 4,519,232.

As mentioned above, the number of necking dies can be varied and the amount of reduction in each operation can be changed without departing from the spirit of the invention. For example, it is possible to reduce a "211" can down to a "206" diameter neck utilizing, for exam-

18

ple, five die necking operations. The containers that are necked could also be initially smaller in diameter, such as, for example, a "209" or smaller diameter. When necking a "209" or smaller diameter container, the dies in the necking modules are changed to accommodate the different size of container, and to produce the desired reductions in each of the necking modules.

Although the invention has been described in terms of a preferred embodiment, it will be apparent that various modifications may be made without departing from the true spirit and scope thereof, as set forth in the following claims.

We claim:

1. A method of necking an open end of a container side wall to form a smoothly-shaped neck profile comprising the steps of:

(a) producing relative axial movement between a container and a first necking die to engage the external surface of a portion of the open end of the container with said first die at a small acute angle to compress said side wall radially inwardly along a length of said container to produce a reduced cylindrical neck at said open end and form a first taper having a first arcuate segment on the end of said side wall and a second arcuate segment on the end of said reduced cylindrical neck;

(b) removing said container from said first necking die;

(c) producing relative axial movement between a second necking die and said container to engage the external surface of the container with the second die at an acute angle to further compress said reduced cylindrical neck inwardly along a length of the container and form a second taper; and,

(d) forcing said second taper downwardly until it is contiguous with said first taper and reforms only an upper portion of said first taper while producing an extension of said first taper to produce an enlarged smoothly-shaped necked-in profile.

2. A method of die necking as defined in claim 1, wherein said second arcuate segment is reformed as a part of said second taper on said first taper whereby the two tapers combine and blend into a smooth neck profile.

3. A method of die necking as defined in claim 2, including the further step of allowing the second taper to freely integrate with the first taper.

4. A method of die necking as defined in claim 3, wherein said tapered neck profile is a curvilinear profile extending upwardly and inwardly from said container.

5. A method of die necking as in claim 1, further comprising the steps of forming necked-in profile by a series of die elements with each die element forming only a part of the neck profile, and the part formed by each die element partially integrates and blends with the portion formed by a preceding die element, and in which the neck profile is axially enlarged by each of said die elements.

6. A method of die necking as defined in claim 1, further comprising the steps of initially reforming the open end of said container to improve imperfections (a) in the wall of the container; (b) in the concentricity of the container; and, (c) irregularities on the surface and edge of the container.

7. A method of die necking as defined in claim 6, further comprising the step of reforming said container by means of a floating form control member.

CCS0003102

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

A18

4,774,839

**19**

8. A method of die necking as defined in claim 7, wherein a minimum of four die elements operate on the container after said reforming step to successively engage four limited sections thereof and form the neck profile.

9. A method of die necking as defined in claim 8, in which the tapered portion includes said first arcuate segment on the end of said wall having an internal radius, a smooth tapered inwardly-inclined portion and said second arcuate segment having an external radius between said inclined portion and said reduced cylindrical neck.

10. A method of die necking as defined in claim 9, in which said first arcuate segment has an arcuate portion having an external radius on an upper portion integral with said smooth tapered, inwardly-inclined portion.

11. A method of necking an open end of a cylindrical metal container to produce a reduced diameter generally cylindrical portion above a cylindrical side wall through a smooth shaped portion comprising the steps of (a) forming a necked-in portion on the end of the cylindrical side wall and a reduced diameter cylindrical portion adjacent said open end with the necked-in portion having a first segment contiguous with said cylindrical side wall and a second segment contiguous with said reduced diameter portion; and, (b) reforming only an upper part of the necked-in portion including the second segment and the reduced diameter cylindrical portion to decrease the diameter and length of the reduced diameter cylindrical portion and increase the axial length of the necked-in portion while further compressing the metal therein.

12. A method as defined in claim 11, including the further step of further reforming an upper portion of the necked-in portion and reduced diameter portion in a subsequent necking operation to form a smooth frusto-conical tapered portion extending at a predetermined angle inwardly from the cylindrical side wall.

13. A method as defined in claim 12, in which said first segment includes a rounded annular shoulder between said cylindrical side wall and said smooth frusto-conical tapered portion.

14. A method as defined in claim 12, in which said upper portion of the necked-in portion and said reduced diameter portion are further reformed to increase the axial length of the necked-in portion while reducing the diameter and length of said reduced diameter portion.

15. A method as defined in claim 12, in which said predetermined angle is less than 30°.

16. A method as defined in claim 15, in which said predetermined angle is about 21°.

17. A method as defined in claim 15, in which said predetermined angle is about 26°.

18. A method as defined in claims 14, 15, 16 or 17, in which said upper portion of the necked-in portion and said reduced diameter neck are reformed in three further reforming steps to produce a necked-in portion having a first arcuate segment on the end of said cylindrical side wall, a smooth frusto-conical tapered portion defining said predetermined angle and a second arcuate segment on said reduced diameter neck.

19. A method as defined in claim 18, in which said reduced diameter neck is reduced in substantially equal increments in each of said three further reforming steps.

20. A method of necking an open end of a thin-walled cylindrical container to produce a reduced cylindrical neck merging with a cylindrical side wall through a necked-in portion comprising the steps of engaging an

**20**

outside surface of the container with a first necking die having a first cylindrical wall surface substantially equal in diameter to said cylindrical side wall and a second cylindrical wall surface of a lesser diameter than said first cylindrical wall surface with an intermediate wall surface between said first and second cylindrical wall surfaces to produce said necked-in portion, said intermediate wall surface having a first arcuate annular surface segment at the end of said first cylindrical wall surface and a second arcuate annular surface segment at the end of said second cylindrical wall surface and engaging an inside surface of said container with a floating form control member including a forming element mounted for radial flowing movement on a body which is mounted for radial floating movement on a support to produce a reduced cylindrical neck that is confined between said first necking die and said form control element to minimize any irregularities in wall thickness and concentricity in said reduced cylindrical neck while a necked-in portion is formed between the side wall and reduced cylindrical neck and has first and second segments between said side wall and said reduced cylindrical neck.

21. A method of necking as defined in claim 20, including the further step of engaging said outside surface with a second necking die to reform at least an upper portion of said necked-in portion and increase the axial length thereof and reduce the diameter and length of said reduced cylindrical neck.

22. A method of necking as defined in claim 21, including the further step of engaging said inner surface with a second floating form control member to confine said reduced cylindrical neck between said form control member and said second necking die.

23. A method of necking as defined in claim 22, including the further step of engaging said outer surface with a third necking die having a second frusto-conical tapered annular surface segment having a predetermined included angle with respect to a plane extending through said side wall between said first and second arcuate surface segments and a reduced diameter cylindrical neck surface to produce a tapered necked-in portion having a first arcuate segment on the end of said side wall and a second arcuate segment on the end of said reduced cylindrical neck and an inclined portion therebetween.

24. A method of necking as defined in claim 23, in which said first segment of said necked-in portion is freely reformed without any contact by said third necking die to produce a rounded shoulder on the end of said side wall.

25. A method as defined in claim 23, including the further step of engaging said outer surface with a fourth necking die to reform an upper portion of said inclined portion and said second arcuate segment while increasing the axial length thereof and reducing the axial length and diameter of said cylindrical neck.

26. A method as defined in claim 25, including the further step of engaging said outer surface with a fifth necking die to reform at least said second arcuate segment while increasing the axial length of said inclined portion and reducing the axial length and diameter of said cylindrical neck.

27. A method as defined in claim 26, including the further step of engaging said outer surface with a sixth necking die to reform and enlarge said second arcuate segment and said inclined portion while increasing the

CCS0003103

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

A19

21

4,774,839

22

axial length thereof and reducing the axial length and diameter of said cylindrical neck.

28. A method as defined in claim 27, in which the container formed by said method has a first arcuate segment which includes a first arcuate portion and a second arcuate portion on the end of said side wall.

29. A method as defined in claim 28, in which said inclined portion defines frusto-conical tapered annular flat segment having an inward taper of about 21°.

30. A method as defined in claim 27, in which said inclined portion defines a frustoconical tapered annular flat segment having an inward taper of about 26°.

31. A method of necking as defined in any of claims 28–30, in which said necking die is fixed and said floating form control member is mounted for radial floating movement in said die and has a forming element mounted for floating radial movement thereon to accommodate centering in said container.

32. Necking apparatus for producing a reduced cylindrical neck portion and a smooth inwardly-taped necked-in portion adjacent an open end of a metal container side wall comprising a plurality of substantially identical necking turrets respectively rotatable about fixed axes with each turret having a plurality of substantially identical necking substations on the periphery thereof, each necking substation including an annular necking die, a form control member, a container support means spaced from and aligned with said necking die for supporting a container and means on respective turrets for producing relative movement between said necking dies, said form control members in at least a first one of said turrets including a main body mounted for radial movement on a support and forming element mounted for floating radial movement on said main body and engaging an inner surface of said container and the necking dies in said first turret having a first cylindrical surface portion having a diameter substantially equal to the diameter of the container and a second cylindrical surface portion of reduced diameter and a transition surface therebetween to radially compress said metal adjacent said open end and produce a reduced cylindrical neck and a necked-in portion having a first arcuate segment on the end of said reduced cylindrical neck, and in which the necking dies in each of the succeeding turrets have transition surfaces configured to reshape the necked-in portion and increase the axial dimension thereof and have progressively reduced diameter second cylindrical surfaces to progressively decrease the diameter and length of the reduced diameter neck while further compressing the metal therein.

33. Necking apparatus as defined in claim 32, in which said dies in a third and succeeding turrets have a straight tapered annular surface between a first cylindrical surface portion and a second reduced cylindrical surface to produce an inclined portion in said necked-in portion between said arcuate segments.

34. Necking apparatus as defined in claim 33, in which there are six turrets with transfer wheels between each pair of turrets and synchronized drive means for all of said turrets and transfer wheels to said second arcuate segment and said inclined portion are reformed to produce a smooth frusto-conical inclined portion between said arcuate segments.

35. Necking apparatus as defined in claim 33, in which the necking dies of succeeding turrets have transition surfaces that prevent engagement with at least said first arcuate segment to allow independent free forming of said first arcuate segment without being constrained by the die surface.

36. Necking apparatus as defined in claim 32, in which the form control members in a second of said turrets have floating forming elements.

37. Necking apparatus as defined in claim 32, in which the form control members in all of said turrets have floating forming elements engaging the inner surface of said container.

38. Necking apparatus as defined in claim 32, in which said necking dies are fixed on said turrets and in which said form control members and said container support means are moved relative to said necking dies to freely form the metal of the containers in the necking dies.

39. Necking apparatus as defined in claim 38, in which said form control members are moved at a velocity greater than the velocity of said container support means.

40. Necking apparatus as defined in claim 39, in which said means for producing relative movement includes face cam means and in which said face cam means are segmented for ease in removal and replacement.

41. Necking apparatus as defined in claim 40, in which said face cam means include a first cam for moving said container support means and a second cam for moving said form control members and in which said first and second cams are segmented.

42. Necking apparatus as defined in claim 39, in which the velocity of said container support means is reduced as the container edges engage the necking dies to allow the container to be centered in the necking die and the form control member centered in the container.

43. A form control member for use in necking in a container comprising a plunger having a main body supported for radial floating movement thereon, said main body having a circular reduced diameter portion at one end with an external diameter thereon, a forming element received on said reduced diameter portion and having an internal diameter greater than the external diameter of reduced diameter portion to accommodate radial floating movement of said forming element on said main body and said main body and forming element can move radially on said plunger to produce a double floating action for said forming element on said plunger.

* * * * *

60

65

CCS0003104

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

A20

# UNITED STATES PATENT OFFICE

## CERTIFICATE OF CORRECTION

PATENT NO. : 4,774,839

DATED    : October 4, 1988

INVENTOR(S) : Antonio Caleffi, T. William Ames, Edward S. Traczyk,
              Dietrich K. Naggert

It is certified that error appears in the above—identified patent and that said Letters Patent
are hereby corrected as shown below:

Column 4, line 41, delete "ofthe" and insert
--of the--.

Column 21, line 34, after "and" insert --a--.

Column 22, Claim 34, should be amended as follows:

-- 34. Necking apparatus as defined in Claim 33,
     in which there are six turrets with transfer
     wheels between each pair of turrets and
     synchronized drive means for all of said
     turrets and transfer wheels[ to said second
     arcuate segment and said inclined portion
     are reformed to produce a smooth frusto-
     conical inclined portion between said arcuate
     segments]. --

Signed and Sealed this

Twenty-eighth Day of February, 1989

Attest:

DONALD J. QUIGG

Attesting Officer                Commissioner of Patents and Trademarks

CCS0003105

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608



US005222385A

# United States Patent [19]

## Halasz et al.

[11] Patent Number: 5,222,385

[45] Date of Patent: Jun. 29, 1993

[54] METHOD AND APPARATUS FOR REFORMING CAN BOTTOM TO PROVIDE IMPROVED STRENGTH

[75] Inventors: Andrew Halasz, Crystal Lake; Sylvan Praturlon, Chicago; Paul Azzaline, Crystal Lake; Christopher Callendo, Bridgeview, all of Ill.

[73] Assignee: American National Can Company, Chicago, Ill.

[21] Appl. No.: 735,994

[22] Filed: Jul. 25, 1991

### Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 730,794, Jul. 24, 1991.

[51] Int. Cl.$^5$ ............................................ B21D 51/26

[52] U.S. Cl. ............................ 72/117; 72/123; 72/393

[58] Field of Search ................ 72/92, 117, 122, 123, 72/124, 125, 393; 413/69

[56] References Cited

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 744,672 | 11/1903 | Baeumle | 72/122 |
| 994,468 | 6/1911 | Kann | |
| 1,031,264 | 7/1912 | Hinde et al. | |
| 1,441,674 | 1/1923 | Foster et al. | |
| 1,461,729 | 7/1923 | Foster et al. | |
| 1,524,946 | 2/1925 | Nystrom | 72/123 |
| 2,158,312 | 5/1939 | Terrell | 72/353.4 |
| 2,618,182 | 11/1952 | Textor | 72/122 |
| 3,417,898 | 12/1968 | Bozek et al. | |
| 3,693,828 | 9/1972 | Kneusel | 220/66 |
| 3,904,069 | 9/1975 | Toukmanian | 220/66 |
| 3,905,507 | 9/1975 | Lyu | 220/66 |
| 3,942,673 | 3/1976 | Lyu et al. | 220/66 |
| 4,108,324 | 8/1978 | Krishnakumar et al. | 215/1 C |
| 4,120,419 | 10/1978 | Saunders | 220/66 |
| 4,134,354 | 1/1979 | Cvacho et al. | 113/120 |
| 4,147,271 | 4/1979 | Yamaguchi | 220/70 |
| 4,151,927 | 5/1979 | Cvacho et al. | 220/70 |
| 4,199,073 | 4/1980 | Gombas | 220/66 |
| 4,280,353 | 7/1981 | Murphy | 72/345 |
| 4,289,014 | 9/1981 | Maeder et al. | 72/348 |
| 4,294,097 | 10/1981 | Gombas | 72/94 |
| 4,294,373 | 10/1981 | Miller et al. | 220/70 |
| 4,341,321 | 7/1982 | Gombas | 220/66 |
| 4,372,143 | 2/1983 | Elert et al. | 72/343 |

| | | | |
|---|---|---|---|
| 4,381,061 | 4/1983 | Cerny et al. | 215/1 C |
| 4,402,419 | 9/1983 | MacPherson | 220/70 |
| 4,412,627 | 11/1983 | Houghton et al. | 220/66 |
| 4,419,319 | 12/1983 | Reynolds, Jr. et al. | 264/292 |
| 4,454,742 | 6/1964 | Gombas | 72/115 |
| 4,470,281 | 9/1984 | Kaporovich et al. | 72/28 |
| 4,515,284 | 5/1985 | Lee, Jr. et al. | 220/70 |
| 4,598,831 | 7/1986 | Nakamura et al. | 215/1 C |
| 4,620,434 | 11/1986 | Pulciani et al. | 72/347 |
| 4,650,628 | 3/1987 | Evely | 264/331 |
| 4,685,582 | 8/1987 | Pulciani et al. | 220/66 |
| 4,717,523 | 1/1988 | Evely | 264/527 |
| 4,732,292 | 3/1988 | Supik | 220/70 |
| 4,768,672 | 9/1988 | Pulciani et al. | 220/66 |
| 4,834,256 | 5/1989 | McMillin | 220/66 |
| 4,885,924 | 12/1989 | Claydon et al. | 72/109 |
| 4,919,294 | 4/1990 | Kawamoto et al. | 220/70 |
| 4,953,738 | 9/1990 | Stirbis | 220/606 |
| 5,105,973 | 4/1991 | Jentzsch et al. | 220/606 |
| 5,111,679 | 5/1992 | Kobayashi et al. | 72/348 |

#### FOREIGN PATENT DOCUMENTS

02577 8/1983 World Int. Prop. O. ............ 413/69

Primary Examiner—Lowell A. Larson
Attorney, Agent, or Firm—Wallenstein, Wagner & Hattis, Ltd.

[57] ABSTRACT

A method and apparatus for reforming the bottom of a drawn and ironed or a drawn beverage container, and a container made by that method. The container for which this method and apparatus are suitable has a vertical axis; a generally cylindrical side wall parallel with the vertical axis; an outer annular wall, a convex U-shaped portion; a preformed bottom wall including a center domed portion; and an annular, substantially vertical wall joining the domed portion and the convex U-shaped portion. The method comprises supporting the container in a jig, the jig having a bottom peripheral profile portion substantially corresponding in shape to the outer annular wall of the container. The bottom peripheral profile portion of the jig is then mated with the outer annular wall. A reforming roller is brought into engagement with the substantially vertical wall. The reforming roller rotates along the vertical wall and about an arcuate path, affecting the angle of the substantially vertical wall.

27 Claims, 10 Drawing Sheets



CCS0001237

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

A22

**U.S. Patent**    June 29, 1993    Sheet 1 of 10    **5,222,385**



FIG. I

FIG. 3

FIG. 2

CCS0001238

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

A23

U.S. Patent    June 29, 1993    Sheet 2 of 10    5,222,385

# FIG. IA



CCS0001239

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

A24

**U.S. Patent**    June 29, 1993    Sheet 3 of 10    **5,222,385**

# FIG. 4



# FIG. 5



CCS0001240

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

A25

U.S. Patent    June 29, 1993    Sheet 4 of 10    5,222,385

# FIG. 6



# FIG. 7



CCS0001241

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

A26

U.S. Patent    June 29, 1993    Sheet 5 of 10    5,222,385



FIG. 8

FIG. 9    FIG. IO

CCS0001242

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

A27

# FIG. II



# FIG. 12



CCS0001243

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

A28

# FIG. 13



# FIG. 14



# FIG. 15



CCS0001244

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

A29



FIG. 16

FIG. 18

FIG. 17

CCS0001245

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

A30

# FIG. 19



CCS0001246

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

A31

U.S. Patent       June 29, 1993       Sheet 10 of 10       5,222,385



FIG.20



FIG.21



FIG.22



CCS0001247

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

A32

5,222,385

| 1 | 2 |

## METHOD AND APPARATUS FOR REFORMING CAN BOTTOM TO PROVIDE IMPROVED STRENGTH

### RELATED APPLICATIONS

This is a continuation-in-part of U.S. application Ser. No. 07/730,794, filed by Express Mail on Jul. 24, 1991, which is in turn based upon International Application No. PCT/US 90/00451, having an International filing date of Jan. 26, 1990.

### DESCRIPTION

1. Technical Field

The invention relates generally to a method and apparatus for forming an improved, reformed can bottom, with a result that the entire can is strengthened. Typically, this method and apparatus are used for reforming the bottoms of drawn and ironed beverage containers. The reformed can bottom is an integral part of beer and beverage cans, and increases the strength of those cans above that of prior art cans.

2. Background of the Invention

Drawn and ironed containers are among the most widely used containers for carbonated beverages, including such beverages as beer and soft drinks. Such drawn and ironed containers are made from a disc of stock material which is converted into a shallow "cup" with short side walls. The base of this cup ultimately forms the bottom of the container, and the short side walls of the cup become the elongated side walls of the container.

The shallow cup is passed through a succession of ironing rings. As the spacing between successive rings becomes increasingly narrow, passage of the cup through these successive rings decreases the thickness and increases the height of the side walls.

The configuration of the bottom of such drawn and ironed containers has, over the last several years, been a topic of interest to both can manufacturers, packagers, shippers, retailers and the ultimate consumer who purchases products in such containers. This is because the configuration of the bottom is a factor in the ability of the container to resist its internal pressures and achieve adequate columnar strength. These internal pressures result from the weight, pressurization and carbonation of the liquids in the container. Columnar strength is the ability of a container to resist axial loads imposed by cans that are stacked upon other cans, as during transport and storage.

Can manufacturers are constantly striving to obtain high strength with relatively low weight. Generally, however, these goals are incompatible. Low weight, and a lowering of material cost, is generally achieved by reducing the thickness of the stock material. A reduction in stock material thickness, without more, lowers the strength of the container. Retailers and consumers desire a container which is stackable and which is of the lowest possible weight for ease in handling.

The bottom shape of the container has been found to be of importance in determining its strength. Issued U.S. patents disclosing this importance include U.S. Pat. No. 4,685,582, issued to Pulciani et al. on Aug. 11, 1987, and entitled "Container Profile With Stacking Feature." This patent, which is assigned to the assignee of the present invention, discloses a so-called ANC-IA container having an inverted dome-shaped bottom. Other U.S. patents are also generally relevant. For example,

U.S. Pat. Nos. 3,904,069, 3,979,009 and 4,412,627 disclose containers having bottom wall constructions designed to permit selected and controlled outward flexing or bulging of the bottom wall when the container is sealed and subjected to internal pressures developed by the contents.

Reforming of the bottom wall of a container of the general type described in this application has also been described in an International Publication to Metal Box plc. This publication is International Publication Number WO 83/02577, published on Aug. 4, 1983. This reforming takes place by applying a roller along the exterior transition wall 7 of the bottom of the container, rather than along its interior. See International Publication Number WO 83/02577, FIG. 7.

### SUMMARY OF THE INVENTION

The invention is a method of reforming the bottom of a drawn and ironed or a drawn beverage container. The container for which this method is suitable has a vertical axis, a generally cylindrical side wall parallel with the vertical axis, an outer annular wall, a convex U-shaped portion, a preformed bottom wall including a center domed portion, and an annular, substantially vertical wall joining the domed portion and the convex U-shaped portion. The method comprises supporting the container in a jig, the jig having a bottom peripheral profile portion substantially corresponding in shape to the outer annular wall of the container. The bottom peripheral profile portion of the jig is then mated with the outer annular wall. A reforming roller is brought into engagement with the substantially vertical wall. The reforming roller rotates along the vertical wall and about an arcuate path, affecting the angle of the substantially vertical wall.

According to one aspect of the method, the reforming roller effects the angle of the substantially vertical wall, achieving a negative angle from the vertical axis of the container.

According to another aspect of the method, the reforming roller is rotated about an arcuate path equidistant from an axis that is coaxial with the axis of the container.

According to yet another aspect of the method, the roller has a peripheral configuration which, upon engagement with the substantially vertical wall, reforms the substantially vertical wall to achieve the desired negative angle from the vertical axis of the container.

In another aspect of the invention, an actuator moves upwardly and towards the can to cause radial outward movement of a camming surface. In this way, a roller that moves as a result of the movement of this camming surface is caused to engage a substantially vertical wall. This roller may pivot, about a horizontal pivot point, from an inward non-engaging position to a radially outward position where the roller engages the substantially vertical wall.

As will be seen below, this application is also directed to an apparatus which can be used to practice the method of the invention.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a top view of a pivoting apparatus in accordance with the invention, and in a radially inward, non-engaging position.

CCS0001248

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

A33

5,222,385

3

FIG. 1A is a view of the apparatus of FIG. 1, but with the rollers in a radially outward position and engaging the wall of a container.

FIG. 2 is a side-sectional view of the apparatus of FIG. 1, and with a container shown in solid lines above the apparatus and in phantom lines in place for processing by the apparatus.

FIG. 3 is a detail of a portion of the apparatus of FIG. 2, showing the pivot pin about which the roller pivots.

FIG. 4 is a top view of a second pivoting embodiment of the apparatus in accordance with the invention.

FIG. 5 is a side-sectional view of the apparatus of FIG. 4, and with a container shown in solid lines above the apparatus and in phantom lines in place for processing by the apparatus.

FIG. 6 is a top view of a third pivoting embodiment of the apparatus in accordance with the invention.

FIG. 7 is a side-sectional view of the apparatus of FIG. 6, and with a container shown in solid lines above the apparatus and in phantom lines in place for processing by the apparatus.

FIG. 8 is a side perspective view of a container which is suitable for treatment by the process and apparatus of the invention.

FIG. 9 is an enlarged view of the lower left hand corner of the container of FIG. 8, prior to reforming.

FIG. 10 is an enlarged view of the lower left hand corner of the container of FIG. 8, after reforming.

FIG. 11 is a top view of a non-pivoting embodiment of the apparatus in accordance with the invention.

FIG. 12 is a side-sectional view of the apparatus of FIG. 11, and with a container shown in solid lines above the apparatus and in phantom lines in place for processing by the apparatus.

FIG. 13 is a top view of a second non-pivoting embodiment of the apparatus in accordance with the invention.

FIG. 14 is a side-sectional view of the apparatus of FIG. 13, and with a container shown in solid lines above the apparatus and in phantom lines in place for processing by the apparatus.

FIG. 15 is a detail of the roller and bearing of FIG. 14, taken along lines 15—15 of FIG. 13.

FIG. 16 is a top view of a third non-pivoting embodiment of the apparatus in accordance with the invention.

FIG. 17 is a side-sectional view of the apparatus of FIG. 16, and with a container shown in solid lines above the apparatus and in phantom lines in place for processing by the apparatus.

FIG. 18 is a detail of the actuator and dovetail slide portion of a portion of the apparatus of FIG. 16, taken along lines 18—18 of FIG. 16.

FIG. 19 is a side-sectional view of a fourth non-pivoting apparatus in accordance with the invention, including a single roller, and with a container shown in solid lines above the apparatus and in phantom lines in place for processing by the apparatus.

FIG. 20 is a photographic profile of a cross-section of a lower portion of a can reformed by a prior art process.

FIG. 21 is a photographic profile of a cross-section of a lower portion of a can reformed by the process of the present invention.

FIG. 22 is a photographic profile of a cross-section of a lower portion of a "control" can prior to reforming.

4

DETAILED DESCRIPTION OF THE
PREFERRED EMBODIMENT

This invention is susceptible of embodiment in many different forms. The drawings and this specification show a preferred embodiment of the invention. It will be understood, however, that this disclosure is to be considered as an exemplification of the principles of the invention. The inventor does not intend to limit the broadest aspect of the invention to the illustrated embodiments.

According to one aspect of the invention, the performance characteristics of a container formed by normal drawing and ironing procedures are improved by reforming the bottom end wall of the container from the initial configuration. This initial configuration is disclosed in the above-mentioned '582 patent and is shown in FIG. 8.

As described and shown in FIGS. 9 and 10 of co-pending International Application No. PCT/US 90/00451, after the fluted container has been necked, flanged, internally spray coated and externally printed, the bottom profile or countersink area of the bottom wall is reshaped. This is done by reforming the inner wall of the countersink to further improve buckle resistance and decrease can growth.

In the prior co-pending application, the finished drawn and ironed container of FIG. 9, is supported in a suitable jig that has an internal opening which corresponds to the outer peripheral diameter of the container. The jig has a lower profile portion that conforms to the countersink wall portion the bottom wall of the container, as originally formed in accordance with the process disclosed in the '582 patent.

A plug is inserted into the upper end of the opening and securely held in the top of the container. During processing, this container is rotated about its axis. The bottom peripheral profile of the jig is in extended contact with the container bottom. A reforming roller is brought into engagement with the substantially vertical wall of the domed end of the container and is supported on a shaft. That shaft is designed to be rotated along an arcuate path around the center axis for the container. The roller has a peripheral configuration which defines a substantially vertical upwardly and outwardly tapered wall having a generally arcuate upper portion. The inner wall of the countersink is reformed to a more vertical profile while the dome is stretched to a small degree. The outer wall is held to its original configuration. Alternatively, the outer wall could also be reformed with the inner wall.

It was found in the co-pending application that this reforming operation significantly improves buckle resistance and decreases the amount of can growth, i.e., the amount that the bottom end wall is elongated when pressure is applied internally of the container.

The container produced according to the method and apparatus described in the co-pending application exhibited significantly greater column strength, i.e., resistance to crushing by vertical loads applied to the container side wall. That container also exhibited significantly less container growth during internal pressurization and improved buckle resistance. The container constructed in accordance with that invention was thus capable of being produced from stock flat disc material having a significantly reduced thickness.

The present invention is a further elaboration and refinement upon the invention described in the co-pend-

CCS0001249

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

5,222,385

| 5 | 6 |

ing application. The invention is directed to the type of drawn or drawn and ironed container shown in FIG. 8. Such containers are well known in the art and are generally described and shown in U.S. Pat. No. 4,685,582, issued to the assignee of the present application on Aug. 11, 1987. This container 20 is symmetrical about a vertical axis 22. A generally cylindrical side wall 24 parallel with this vertical axis forms the panel on which graphics, such as a bottler's trademark, may be printed. An outer annular wall 26 forms a transitional portion between this side wall 24 and a convex, U-shaped portion 28 that defines a flange-like ridge. The outer annular wall 26 and U-shaped portion 28 enable these cans to be stacked. In particular, the bottom of a first can may be securely nested into the top of a second can.

The container 20 also includes a preformed bottom wall 30 including a center domed portion 32. An annular, substantially vertical wall 34 joins the domed portion 32 to the convex U-shaped portion 28. This "substantially vertical wall," for the purposes of this application, has an angle from the vertical of 0 to +5 degrees, and may be as high as +10 degrees. A positive angle is shown by angle C in FIG. 8.

Various kinds of apparatus may be used to effect the method of reforming container 20, as that method is described and claimed in the present application. As may be seen in FIGS. 1-3, one such apparatus includes a plurality of rollers 36. In a preferred embodiment, three rollers 36 may be used. The use of three rollers 36 has advantages over the use of fewer rollers, for example, a single roller. These rollers 36 are used to contact the annular, substantially vertical wall 34. The use of one roller would concentrate the forces transferred from the roller 36 to the wall 34 at one point. In contrast, three rollers 36 will spread the force on this wall 34 over three points.

As may be seen in FIG. 2, each of these rollers 36 is indirectly secured to a pivot plate 38. Securing the rollers 36 are a bearing clamp 40 and a bearing 42.

Each of the pivot plates 38 are designed to pivot around their respective pivot pin 44 (FIG. 1). In this embodiment, this pivot pin 44 is vertically disposed. As will be seen in other embodiments, however, other pivot pins may instead be horizontally disposed.

A tooling head collar 46 provides a support surface 45 for a jig 48, or lower can support. This jig 48 is removable from the tooling head collar 46 and may be interchanged with another jig having a different shape to accommodate containers having various different lower end configurations.

Each jig 48 is manufactured so as to accommodate and support a given size container 20. Accordingly, a bottom peripheral profile portion 50 of the jig 48 substantially corresponds in shape to the outer annular wall 26 of the container 20. As will be explained below, this bottom peripheral profile portion 50 of the jig 48 is mated with the outer annular wall 26 of the container 20. In the embodiment shown in FIG. 2, it may be seen that the lowermost part 52 of this jig 48 also corresponds in shape to the radially outermost region of the convex U-shaped portion 28. In this way, the jig 48 provides greater support around the circumference of the container 20.

Supporting the bearings 42 and enclosing portions of the reforming rollers 36 are bearing housings 54. These bearing housings 54 are fixedly secured to their respective pivot plates 38. Thus, the motion of the pivot plates 38 and the bearing housings 54 is synchronous.

Movement of the pivot plates 38 and bearing housings 54 is facilitated by a vertically movable actuator ball 56. As shown in FIG. 2, this actuator ball 56 is positioned in a first, non-engaging position. In this position, the actuator ball 56 merely abuts against camming surfaces 58 on the bearing housing 54.

Upward, vertical movement urges the actuator ball 56 to a second position in which it contacts and pushes upwardly on camming surfaces 58. As a result of the shape of these camming surfaces 58, this upward movement causes the bearing housing 54 and pivot plate 38 to pivot together about the pivot pin 44 in a radially outward direction. This pivoting movement continues until rollers 36 contact the annular, substantially vertical wall 34.

The rollers 36, upon contact with this wall 34, rotate rapidly to force the wall from its configuration as shown in FIG. 9 to that shown in FIG. 10. Particularly, FIGS. 9 and 10 depict a vertical line V—V. Vertical line V—V is coincident with the vertical axis of container 20. FIG. 9 shows a container 20 before reforming. In this FIG. 9, the wall is substantially vertical and may even have a so-called "positive" angle. With reference to FIG. 9, a positive angle is one in which wall 34 angles upwardly and to the right of line V—V. An example of a positive angle appears as angle C in FIG. 9.

After contact by rollers 36, as described above, this wall 34 is reformed to achieve a negative angle A. The results of reforming are shown, for example, in FIG. 10. As a result of this negative angle, as will be described below, container 20 has enhanced physical characteristics.

In the apparatus of FIGS. 1-3, the pivot pin is substantially vertically disposed. As a result, the pivoting of the bearing housing 54 and the pivot plate 38 occur in a horizontal plane. Other embodiments, as described below, will include horizontal pivot pins, causing pivoting of the bearing housing and pivot plate in a vertical plane.

As may be seen in greatest detail in FIGS. 2 and 3, the reforming rollers 36 have a perimeter portion 60 that is downwardly tapered. It is this downwardly tapered configuration 60 which, when rollers 36 are placed against the substantially vertical wall 34, results in the reformation of that substantially vertical wall 34 to a wall having a negative angle.

After the completion of the reforming, the rollers 36 are retracted from the wall 34 and return from the position shown in FIG. 1A to the original position shown in FIG. 2. Each pivot plate 38 and bearing housing 54 assembly returns to this original position as a result of pressure from a compression spring 62.

A slight modification of the reforming apparatus described above is shown in FIGS. 4 and 5. Each of the components of the embodiments of FIGS. 1-3 are correspondingly numbered in FIGS. 4 and 5, except that the reference numerals for the corresponding components in the latter figures include the suffix "a." The only component which differs significantly is the spring. Spring 62 of FIGS. 1-3 is an extension spring, whereas spring 62a of FIGS. 4-5 is a compression spring. As a result, the apparatus of FIGS. 4-5 works in a slightly different manner than the apparatus of FIGS. 1-3. Particularly, in FIGS. 1-3, upon completion of reforming, the rollers 36 are retracted from the wall 34 and returned to their original position as a result of both applied pressure from an extension spring 62 and retraction of the actuator ball 56. In FIGS. 4-5, upon comple-

CCS0001250

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

A35

5,222,385

7

tion of the reforming, the rollers 36a are retracted from the wall 34 and returned to their original position as a result of both applied pressure from a compression spring 62a and retraction of actuator ball 56a.

Still another embodiment is shown in FIGS. 6 and 7. This embodiment also includes three rollers 64. As may be seen in FIG. 7, each of these rollers 64 is indirectly secured to a pivot plate 66. Securing the rollers 64 are a bearing clamp 68 and at least one bearing 70.

Each of the pivot plates 66 are designed to pivot around their respective pivot pin 72. As may be seen in FIG. 7, this pivot pin 72 is horizontally disposed. As a result, the pivoting of the bearing housing 74 and the pivot plate 66 occur in a vertical plane.

As in the embodiment of FIGS. 1–3, the embodiment includes a tooling head collar 76 to provide a support surface for a jig 78, or lower can support. This jig 78 is also removable from the tooling head collar 76 and may be interchanged with another jig having a different shape to accommodate containers having various different lower end configurations.

Movement of the pivot plates 66 and bearing housings 74 is facilitated by a vertically movable actuator 80. As shown in FIG. 7, this actuator 80 is positioned in a first, non-engaging position. In this position, the actuator 80 merely abuts against camming surfaces 82 on the bearing housing 74.

Upward, vertical movement of the actuator 80 urges the bearing housing 74 into engagement with the vertical wall 34 of container 20.

Bearing housings 92 are spring-biased. In particular, a tensioned garter spring 98 (FIG. 12) encircles the lower periphery of the bearing housings 92. In their first, non-engaging position, as shown in the dotted lines of FIG. 11, the housings 92 and their related rollers 90 are re-

8

tained by the garter spring 98 in a radially inward position.

The second position of the bearing housings 92 is shown in the solid lines of FIG. 11. The housings 92 attain this position when actuator 100 is moved upwardly against camming surfaces 102 of housing 92. This upward movement of actuator 100 pushes housings 92 radially outwardly until rollers 90 contact the annular, substantially vertical wall 34. Upon completion of treatment of the wall 34 with rollers 90, the actuator 100 is withdrawn and garter spring 98 urges the bearing housings 92 back into their first position.

As in the prior embodiments, the embodiment of FIGS. 11 and 12 includes a jig 104 to support the container along a bottom peripheral profile portion 106 that substantially corresponds in shape to the outer annular wall 26 of the container 20. As in the prior embodiments, the perimeter 108 of the rollers 90 also include a downwardly tapered configuration which, when placed against the substantially vertical wall 34, reforms that wall 34 to achieve a negative angle relative to the vertical axis of the container 20.

Another three-roller, non-pivoting embodiment of the apparatus of the invention is shown in FIGS. 13–15. In this embodiment, the spring 110 is horizontally disposed and acts along a horizontal plane. In particular, spring 110 is in contact with the bearing housing 112 to bias that housing 112 in a radially inward direction.

The apparatus of FIG. 13 also includes three rollers 114 secured to bearing housing 112 with a bearing 116 and a bearing clamp 118. These rollers 114 are movable from their first position, as shown in FIGS. 13–15, to a radially outward position where the rollers 114 contact the annular, substantially vertical wall 34 of container 20.

Upward movement of actuator 120 pushes housings 112 radially outwardly until rollers 122 contact the annular, substantially vertical wall 34. Upon completion of treatment of the wall 34 with rollers 122, the actuator 120 is withdrawn and spring 110 urges the bearing housings 112 back into their first position.

Still another non-pivoting embodiment of the apparatus of the invention is shown in FIGS. 16–18. In this embodiment, however, conventional rollers are not used. Rather, four roller segments 124 are mounted to the apparatus for radial movement towards and away from the container 20. In the dashed lines of FIG. 16, these segments 124 are shown in their normal, radially inward position. They are held in this position by a plurality of horizontally tensioned springs 126.

Each of these roller segments 124 may be secured to a housing 128. When an actuator 130 is moved vertically upwardly against camming surfaces 132, housings 128 are pushed radially outwardly, as shown in the solid lines of FIG. 16, until roller segments 124 contact the annular, substantially vertical wall 34. Upon completion of treatment of the wall 34 with roller segments 124, the actuator 130 is withdrawn and springs 126 urge the housings 128 back into their first position.

A final version of a non-pivoting embodiment of the apparatus is shown in FIG. 19. In this embodiment, only one roller is used. This roller 134 has a substantially larger diameter than the rollers of the other embodiments. In fact, the diameter of this roller 134 is in excess of 80 percent of the distance between opposite, facing walls 34. This distance is referred to as "D" in FIG. 19.

Again, this embodiment includes a compression spring 136 which acts along a horizontal plane. Spring

CCP0001251

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

5,222,385

| 9 | 10 |

136 is in contact with the housing 138 to bias that housing 138 in a rightward manner. Roller 134 is movable from its first position, as shown in FIG. 19, to a radially outward position where the roller 134 contacts the annular, substantially vertical wall 34.

In the embodiment of FIG. 19, actuator 140 is vertically movable, as in the apparatus of the previously described embodiments. The actuator 140 encircles a dovetailed collar 142, and this collar 142 is fixed. Housing 138, however, is horizontally movable when it is contacted by the upwardly-moving actuator 140. The horizontal movement of the housing 138 is guided by a dovetail groove in collar 142.

Housing 138 abuts against camming surface 146. In addition, with reference to the directions depicted in FIG. 19, spring 136 biases the housing 183 to the right. Thus, housing 138 is moved to the right along the camming surface 146. This rightward movement of the housing 138 continues until the periphery of roller 134 contacts the wall 34 of container 20. Reforming takes place in the same manner as with a three-roller apparatus, but at only one point along the wall 34.

Upon completion of treatment of the wall 34 with roller 134, the actuator 140 is lowered and the weight of the housing/roller combination moves that assembly back onto the collar 142, i.e., to the first position of the device. This collar 142 acts as a limit on the downward movement of the housing 138. In this embodiment and in the others, it is preferred that the actuator 140 rotate at the same speed as housing 138.

A comparison of FIGS. 9 and 10 will disclose the differences in containers before and after bottom reforming in accordance with the method of the present invention. Particularly, FIG. 9 shows a container before bottom reforming. The wall 34 in this Figure is substantially vertical and may, in fact, have a slight positive angle. For the left portion of the container shown in FIG. 9, a wall 34 having a slight positive angle would angle upwardly and to the right from vertical line V—V. Referring to FIG. 8, and stated differently, when wall 34 has a positive angle, diameter D1 is greater than diameter D2.

As stated above, the container of FIG. 8 that may be reformed in accordance with this invention is generally symmetrical about a vertical axis 22. The container 20 also includes a generally cylindrical side wall 24 parallel with the vertical axis 22. The container 20 also includes an outer annular wall 26, a convex U-shaped portion 28, a preformed bottom wall 30, including a center domed portion 32 and an annular, substantially vertical wall 34 joining the domed portion 32 and the convex U-shaped portion 28.

The method of the present invention may be described with reference to the apparatus of FIGS. 1–3, and comprises several steps. The container 20 is supported on a jig 48. This jig 48 has a bottom peripheral profile portion 50 substantially corresponding in shape to the outer annular wall 26 of the container 20.

The bottom peripheral profile portion 50 of jig 48 is mated with the outer annular wall 26. Reforming rollers 36 are brought into engagement with the substantially vertical wall 34. The reforming rollers 36 rotate along the vertical wall 34 and about an arcuate path. Through this action, the reforming rollers 36 affect the angle of the substantially vertical wall 34. In particular, the angle of the substantially vertical wall 34 is changed to a negative angle from the vertical axis of the container 20.

As may be seen in FIG. 1A, the reforming rollers 36 of this apparatus are rotated about an arcuate path equidistant from an axis that is coaxial with the axis 22 of the container. Alternatively, as may be appreciated from a review of FIG. 19 and the above description of that figure, the reforming roller 134 of that apparatus may be rotated about an arcuate path that is equidistant from an axis that is not coaxial with the axis 22 of the container 20. This occurs because in order to contact wall 34, the roller 134 is shifted to the right of its position as shown in FIG. 19.

In one aspect of the preferred method, the roller has a peripheral configuration which, upon engagement with the substantially vertical wall, reforms the substantially vertical wall to achieve a negative angle from the vertical axis of the container. Rollers having such peripheral configurations are shown in FIGS. 2, 5, 7, 12, 14, 17 and 19.

In another aspect of the preferred method, an actuator is moved upwardly and towards the can to move a camming surface and its housing in a radially outward direction. In this way, a roller movable with the camming surface engages the substantially vertical wall.

In still another aspect of the preferred method, the roller pivots about a horizontal pivot point. In particular, the apparatus may include a horizontal pivot point about which the roller pivots from an inward nonengaging position to a radially outward position wherein the roller engages the substantially vertical wall.

After this method of bottom reforming, as may be seen in FIG. 10, the wall 34 exhibits a slight negative angle A. The preferred angle A for an ANC-2A can should be no more than approximately —4 degrees from the vertical line V—V. It is believed that enhanced container characteristics could be attained by providing a wall 34 with an angle of as much as —8 to —10 degrees. For the left portion of the container shown in FIG. 10, a wall 34 having a slight negative angle would angle upwardly and to the left from vertical line V—V. Referring to FIG. 8, and stated differently, when wall 34 has a negative angle, diameter D1 would be less than diameter D2. The value of the preferred negative angle will vary with each different type of container.

Containers treated by the apparatus of the present invention exhibit distinctly superior characteristics when compared with prior art, untreated containers. Actual tests were conducted with so-called "ANC-2A" cans, manufactured by American National Can Company. These cans have the general configurations shown in FIGS. 8 and 9, and were made with aluminum having a gauge of 0.120. Prior to treatment of these cans by the method and apparatus of the invention, they exhibited the following characteristics:

TABLE 1

| | | ANC-2A Dome Profile | | |
| | Dome Depth | Dome Growth After 90 PSIG | Buckle Strength | Plate Thickness |
|---|---|---|---|---|
| Minimum | .394 | .052 | 98 | .0120 |
| Maximum | .396 | .060 | 99 | .0120 |
| Average | .396 | .054 | 98 | .0120 |
| Spec/Aim | ±.004 | Max. | Min. | Ref. |

After treatment of these cans by the method and one roller apparatus of the invention, they exhibited the following characteristics:

CCS0001252

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

A37

5,222,385

**11**

TABLE 2

**12**

graphic profile of a lower portion of one of these cans is shown in FIG. 21.

### TABLE 4

| | Body Strength 206/211 X 413 ANC Reformed Dome Cans | | | | |
|---|---|---|---|---|---|
| | Dome Depth | Dome Growth After 90 PSIG | Buckle Strength | Plate Thickness | Vertical Crush | Sidewall Thickness |
| Minimum | .397 | .003 | 104 | .0120 | 305 | .0045 |
| Maximum | .410 | .007 | 114 | .0120 | 321 | .0047 |
| Average | .404 | .004 | 110 | .0120 | 313* | .0046 |
| Spec/Aim | N/A | .064 Max. | 90 Min. | Ref. | 250 Min. | |

| | ANC Reformed Dome Profile | | | |
|---|---|---|---|---|
| | Dome Depth | Dome Growth After 90 PSIG | Buckle Strength | Plate Thickness |
| Minimum | .398 | .005 | 110 | .0120 |
| Maximum | .401 | .006 | 113 | .0120 |
| Average | .400 | .006 | 112 | .0120 |
| Spec/Aim | N/A | .064 Max. | 90 Min. | Ref. |

Table 5 shows results from "control" cans, i.e., standard ANC-2A cans prior to reforming of any kind. A photographic profile of a lower portion of one of these cans is shown in FIG. 22.

### TABLE 5

| | Body Strength 206/211 X 413 ANC-2A Control Cans | | | | |
|---|---|---|---|---|---|
| | Dome Depth | Dome Growth After 90 PSIG | Buckle Strength | Plate Thickness | Vertical Crush | Sidewall Thickness |
| Minimum | .396 | .042 | 98 | .0120 | 310 | .0045 |
| Maximum | .398 | .059 | 99 | .0120 | 322 | .0046 |
| Average | .397 | .048 | 99 | .0120 | 317* | .0046 |
| Spec/Aim | .394 ±.004 | .064 Max. | 90 Min. | Ref. | 250 Min. | |

As can be seen from a comparison of these Tables, Buckles Strength of treated cans increased from an average of about 99 to an average of 112. The growth in the dome, which results in a downward extension of the U-shaped portion 28 of the container of FIG. 9, decreased markedly from an average of 0.555 to 0.006 inches.

When these same tests were conducted with cans produced from 0.110 gauge aluminum, Buckle Strength increased from an average of 90 to an average of 98. Dome growth tests after 90 PSIG were not meaningful, as the non-reformed cans failed and buckled at 90 PSIG or less.

A number of standard ANC-2C cans were reformed. In the first set, the outside of the countersink was reformed in accordance with a CMB method, and its results are shown in Table 3. A photographic profile of a lower portion of one of these cans is shown in FIG. 20.

As may be seen by a comparison of these Tables, dome growth in the untreated can of Table 5 averages 0.050 inches. Both reformed cans show improvement, but the average dome growth of the can reformed in accordance with the present invention is significantly superior (0.005 vs. 0.010 inches). Buckle strength is also somewhat improved (109 vs. 106). Finally, while average vertical crush of the present reformed can (313) remains virtually the same as the control can (317), average vertical crush drops significantly (279) after reforming by the CMB method.

As may be seen by a comparison of FIGS. 20 and 21, the can that has been reformed in accordance with the present invention is less sharply peaked along its bottom. As a result, this can will exhibit more stability when moving along fill lines.

While the specific embodiments have been demonstrated and described, numerous modifications come to mind without markedly departing from the spirit of the invention. The scope of protection is, thus, only intended to be limited by the scope of the accompanying Claims.

We claim:

1. A method of reforming the bottom of a container,

### TABLE 3

| | Body Strength 206/211 X 413 CMB Reformed Dome Cans | | | | |
|---|---|---|---|---|---|
| | Dome Depth | Dome Growth After 90 PSIG | Buckle Strength | Plate Thickness | Vertical Crush | Sidewall Thickness |
| Minimum | .385 | .008 | 104 | .0120 | 266 | .0045 |
| Maximum | .385 | .012 | 109 | .0120 | 292 | .0046– |
| Average | .392 | .010 | 106 | .0120 | 279* | .0046 |
| Spec/Aim | N/A | .064 Max. | 90 Min. | Ref. | 250 Min. | |

The second set of cans was reformed on the inside of the countersink in accordance with the present invention, and its results are shown in Table 4. A photo-

said container having a longitudinal axis; a generally cylindrical side wall parallel with said longitudinal axis;

CCS0001253

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

A38

5,222,385

13

an outer annular wall; a convex U-shaped portion; a preformed bottom wall including a center domed portion; and an annular, substantially longitudinal wall joining said domed portion and said convex U-shaped portion, said method comprising:

supporting said container in a jig, said jig having a bottom peripheral profile portion substantially corresponding in shape to said outer annular wall of said container;

mating the bottom peripheral profile portion of said jig with said outer annular wall; and

bringing a reforming roller into engagement with said substantially longitudinal wall, said reforming roller rotating along said longitudinal wall and about an arcuate path in substantially radial alignment with said mating of said jig and said outer annular; wherein said reforming roller affects the angle of said substantially longitudinal wall.

2. The method of claim 1, wherein said reforming roller affects the angle of said substantially longitudinal wall by achieving a negative angle from the longitudinal axis of said controller.

3. The method of claim 1, said reforming roller being rotated about an arcuate path equidistant from an axis that is coaxial with the axis of the container.

4. The method of claim 3, wherein an actuator moves longitudinally towards said container to thereby radially outwardly move a camming surface so that a roller actuatable with said camming surface is moved into engagement with said substantially longitudinal wall.

5. The method of claim 3, said roller having a longitudinally tapered peripheral configuration which, upon engagement with said substantially longitudinal wall, reforms said substantially longitudinal wall to achieve a negative angle from the longitudinal axis of said container.

6. The method of claim 1, including a radial pivot point about which said roller pivots from an inward non-engaging position to an radially outward position wherein said roller engages said substantially longitudinal wall.

7. An apparatus for the reforming of the bottom of a container, said container having a longitudinal axis; a side wall parallel with said longitudinal axis; an outer annular wall; a convex U-shaped portion; a preformed bottom wall including a center domed portion; and an annular, substantially longitudinal wall joining said domed portion and said convex U-shaped portion, said apparatus comprising:

means for radially inwardly supporting said outer annular wall;

a plurality of rollers, each of said rollers movable from a radially inward position where said each of rollers does not contact said annular, substantially longitudinal wall to a radially outward position where each of said rollers contact said annular, substantially longitudinal wall;

a plurality of pivot plates, one associated with a respective one of said rollers, to which each of said rollers is secured;

a plurality of pins, one associated with each of said pivot plates, about which each of said pivot plates pivots; and

a movable actuator, said actuator being movable from a first, non-engaging position to a second position in which said actuator contacts a camming surface to move each of said pivot plates and said respective rollers into engagement with said annular,

14

substantially longitudinal wall in substantial radial alignment with said radial inward supporting means.

8. The apparatus of claim 7, wherein said pin is substantially vertical.

9. The apparatus of claim 7, wherein said pin is substantially horizontal.

10. The apparatus of claim 7, wherein said radially inwardly supporting means comprises a jig, said jig supporting said container along a bottom peripheral profile portion substantially corresponding in shape to said outer annular wall of said container, said bottom peripheral profile portion of said jig being mated with said outer annular wall of said container.

11. The apparatus of claim 7, wherein the perimeter of each of said rollers has downwardly tapered configuration which, when placed against said substantially longitudinal wall, reforms said substantially longitudinal wall to achieve a negative angle relative to the longitudinal axis of said container.

12. The apparatus of claim 7, wherein said apparatus includes three rollers.

13. An apparatus for the reforming of the bottom of a container, said container having a longitudinal axis; a side wall parallel with said longitudinal axis; an outer annular wall; a convex U-shaped portion; a preformed bottom wall including a center domed portion; and an annular, substantially longitudinal wall joining said domed portion and said convex U-shaped portion, said apparatus comprising:

a roller being movable from a radially inward position where said roller does not contact said annular, substantially longitudinal wall to a radially outward position where said roller contacts said annular, substantially longitudinal wall, the perimeter of said rollers having a downwardly tapered configuration which, when placed against said substantially longitudinal wall, reforms said substantially longitudinal wall to achieve a negative angle relative to the longitudinal axis of said container;

a pivot plate to which said roller is secured;

a pin about which said pivot plate pivots;

a jig, said jig supporting said container along a bottom peripheral profile portion substantially corresponding in shape to said outer annular wall of said container, said bottom peripheral profile portion of said jig being mated with said outer annular wall of said container; and

an actuator being movable from a first, non-engaging position to a second position in which said actuator contacts a camming surface to move said pivot plate and said rollers into engagement with said annular, substantially longitudinal wall in substantially radial alignment with said mating of said jig and said outer annular wall.

14. The apparatus of claim 13, wherein said pin is substantially vertical.

15. The apparatus of claim 13, wherein said pin is substantially horizontal.

16. An apparatus for the reforming of the bottom of a container, said container having a longitudinal axis; a generally cylindrical side wall parallel with said longitudinal axis; an outer annular wall; a convex U-shaped portion; a preformed bottom wall including a center domed portion; and an annular, substantially longitudinal wall joining said domed portion and said convex U-shaped portion, said apparatus comprising:

CCS0001254

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

5,222,385

15

a jig, said jig supporting said container along a bottom peripheral profile portion substantially corresponding in shape to said outer annular wall of said container, said bottom peripheral profile portion of said jig being mated with said outer annular wall of said container;

a roller movable from a radially inward position where said roller does not contact said annular, substantially longitudinal wall to a radially outward position where said roller contacts said annular substantially longitudinal wall;

a spring;

a housing biased by said spring, said roller being secured to said housing; and

an actuator being movable from a first, non-engaging position to a second position in which said actuator contacts said housing to move said housing and said roller into engagement with said annular, substantially longitudinal wall in substantial radial alignment with said jig.

17. A method of reforming the bottom of a container, said container having a longitudinal and a radial axis, a generally cylindrical side wall parallel with said longitudinal axis; an outer annular wall; a convex U-shaped portion; a preformed bottom wall including a center domed portion; and an annular, substantially longitudinal wall joining said domed portion and said convex U-shaped portion, said method comprising:

providing radially inward support for said container;

providing a reforming roller; and

moving said reforming roller radially into engagement with said substantially longitudinal wall, said reforming roller rotating along said longitudinal wall and about an arcuate path in substantial radial alignment with said radial inward support;

wherein said reforming roller affects the angle of said substantially longitudinal wall.

18. The method of claim 17, wherein said reforming roller affects the angle of said substantially longitudinal wall by achieving a negative angle from the longitudinal axis of said container.

19. The method of claim 17, said reforming roller being rotated about an arcuate path equidistant from an axis that is coaxial with the longitudinal axis of the container.

20. The method of claim 19, wherein an actuator moves upwardly and towards said container to thereby radially outwardly move a camming surface so that a roller actuatable with said camming surface is moved into engagement with said substantially longitudinal wall.

21. The method of claim 17, said roller having a tapered peripheral configuration which, upon engage-

16

ment with said substantially longitudinal wall, reforms said substantially longitudinal wall to achieve a negative angle from the longitudinal axis of said container.

22. The method of claim 17, including a radial pivot point about which said roller pivots from an inward non-engaging position to an radially outward position wherein said roller engages said substantially longitudinal wall.

23. An apparatus for the reforming of a bottom of a container, said container having a longitudinal axis; a side wall parallel with said outer annular wall; a convex U-shaped portion; a preformed bottom wall including a center domed portion; and an annular, substantially longitudinal wall joining said domed portion and said convex U-shaped portion, said apparatus comprising:

means for radially inwardly supporting said container;

a roller means movable from a radially inward position where said roller does not contact said longitudinal wall to a radially outward position where said roller contacts said annular, substantially vertical wall;

a pivot plates to which said roller is secured;

a pin about which said pivot plate pivots; and

means for moving said pivot plate about said pivot pin to engage said roller with said longitudinal wall in substantially radial alignment with said supporting means to affect the angle of said substantially longitudinal wall.

24. The apparatus of claim 23 wherein said moving means comprises a vertically movable actuator, said actuator being movable from a first, non-engaging position to a second position in which said actuator contacts a camming surface to move said pivot plate and said rollers into engagement with said annular substantially longitudinal wall.

25. The apparatus of claim 23, wherein said radially inwardly supporting means comprises a jig, said jig supporting said container along a bottom peripheral profile portion substantially corresponding in shape to said outer annular wall of said container, said bottom peripheral profile portion of said jig being mated with said outer annular wall of said container.

26. The apparatus of claim 23, wherein the perimeter of said roller has a tapered configuration which, when placed against said substantially longitudinal wall, reforms said substantially longitudinal wall to achieve a negative angle relative to the longitudinal axis of said container.

27. The apparatus of claim 23, wherein said apparatus includes three rollers.

* * * * *

55

60

65

CCS0001255

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

A40



US005697242A

**United States Patent** [19]

Halasz et al.

| [11] | Patent Number: | **5,697,242** |
|------|----------------|---------------|
| [45] | Date of Patent: | *Dec. 16, 1997 |

[54] **METHOD AND APPARATUS FOR REFORMING CAN BOTTOM TO PROVIDE IMPROVED STRENGTH**

[75] Inventors: **Andrew Halasz**, Crystal Lake; **Sylvan Praturlon**, Oak Park; **Paul Azzaline**, Crystal Lake; **Christopher Caliendo**, Wood Dale, all of Ill.

[73] Assignee: **American National Can Company**, Chicago, Ill.

[*] Notice: The term of this patent shall not extend beyond the expiration date of Pat. No. 5,222,385.

[21] Appl. No.: **670,324**

[22] Filed: **Jun. 25, 1996**

**Related U.S. Application Data**

[62] Division of Ser. No. 563,900, Nov. 22, 1995, abandoned, which is a continuation of Ser. No. 343,837, Nov. 23, 1994, abandoned, which is a continuation of Ser. No. 212,647, Mar. 3, 1994, abandoned, which is a continuation of Ser. No. 50,526, Apr. 20, 1993, abandoned, which is a continuation of Ser. No. 735,994, Jul. 25, 1991, Pat. No. 5,222,385, which is a continuation-in-part of Ser. No. 730,794, filed as PCT/US90/00451, Jan. 26, 1990, Pat. No. 5,349,837.

[51] Int. Cl.6 ............................ B21D 51/26

[52] U.S. Cl. ......................... 72/117; 72/379.4

[58] Field of Search .................... 72/111, 110, 94, 72/117, 122, 123, 124, 125, 379.4; 413/69

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| 994,468 | 6/1911 | Kane . |
|---------|--------|--------|
| 1,031,264 | 7/1912 | Hinde et al. . |
| 1,441,674 | 1/1923 | Foster et al. . |
| 1,461,729 | 7/1923 | Foster et al. . |
| 2,158,312 | 5/1939 | Terrell . |
| 3,417,898 | 12/1968 | Berek et al. . |
| 3,693,828 | 9/1972 | Kneusel et al. . |
| 3,904,069 | 9/1975 | Toukmanian . |
| 3,905,507 | 9/1975 | Lyu . |
| 3,942,673 | 3/1976 | Lyu et al. . |

| 4,108,324 | 8/1978 | Krishnakumar et al. . |
|-----------|--------|------------------------|
| 4,120,419 | 10/1978 | Saunders . |
| 4,134,354 | 1/1979 | Cvacho et al . |
| 4,147,271 | 4/1979 | Yamaguchi . |
| 4,151,927 | 5/1979 | Cvacho et al . |
| 4,199,073 | 4/1980 | Gombas . |
| 4,280,353 | 7/1981 | Murphy . |
| 4,289,014 | 9/1981 | Maeder et al . |
| 4,294,097 | 10/1981 | Gombas . |
| 4,294,373 | 10/1981 | Miller et al. . |
| 4,341,321 | 7/1982 | Gombas . |
| 4,372,143 | 2/1983 | Elert et al. . |
| 4,381,061 | 4/1983 | Cerny et al . |
| 4,402,419 | 9/1983 | MacPherson . |
| 4,412,627 | 11/1983 | Houghton et al . |
| 4,419,319 | 12/1983 | Reynolds, Jr. et al. . |
| 4,454,742 | 6/1984 | Gombas . |
| 4,470,281 | 9/1984 | Kaporovich et al . |
| 4,515,244 | 5/1985 | Lee, Jr. et al . |

(List continued on next page.)

Primary Examiner—Lowell A. Larson
Attorney, Agent, or Firm—Wallenstein & Wagner, Ltd.

[57] **ABSTRACT**

A method and apparatus for reforming a bottom of a drawn and ironed beverage container is disclosed. The container has a longitudinal axis and a side wall parallel with the longitudinal axis. The bottom has an outer annular wall, a convex U-shaped portion and a preformed bottom wall. The preformed bottom wall includes a center domed portion. The bottom further has an annular, substantially longitudinal wall joining the domed portion and the convex U-shaped portion. The apparatus comprises a roller movable from an inward position where the roller does not contact the annular, substantially longitudinal wall to an outward position where the roller contacts the annular, substantially longitudinal wall, and a movable actuator to move the roller into engagement with and circumferentially about the annular, substantially longitudinal wall to reform the substantially longitudinal wall. The movable actuator moves the roller into engagement with the annular, substantially longitudinal wall to reform the substantially longitudinal wall to achieve a negative angle (A) relative to the longitudinal axis of the container.

22 Claims, 10 Drawing Sheets



5,697,242
Page 2

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,598,831 | 7/1986 | Nakamura et al. . |
| 4,620,434 | 11/1986 | Pulciano et al. . |
| 4,650,628 | 3/1987 | Evely . |
| 4,685,582 | 8/1987 | Pulciani et al. . |
| 4,717,523 | 1/1988 | Evely . |
| 4,722,215 | 2/1988 | Taube et al. . |
| 4,732,292 | 3/1988 | Supik . |
| 4,768,672 | 9/1988 | Pulciani et al. . |
| 4,834,256 | 5/1989 | McMillin . |
| 4,885,924 | 12/1989 | Claydon et al. . |
| 4,919,294 | 4/1990 | Kawamoto et al. . |

| | | | |
|---|---|---|---|
| 4,953,738 | 9/1990 | Stirbis . | |
| 5,016,463 | 5/1991 | Johnsson et al. . | |
| 5,024,077 | 6/1991 | Bulso, Jr. et al. . | |
| 5,069,052 | 12/1991 | Porucznik et al. . | |
| 5,105,973 | 4/1992 | Icatzsch et al. . | |
| 5,111,679 | 5/1992 | Kobayashi et al. . | |
| 5,222,385 | 6/1993 | Halasz et al. | 72/117 |
| 5,253,500 | 10/1993 | Willoughby . | |
| 5,341,667 | 8/1994 | Lee, Jr. . | |
| 5,372,028 | 12/1994 | Brikman et al. . | |
| 5,433,098 | 7/1995 | Bowlin et al. . | |
| 5,467,628 | 11/1995 | Bowlin et al. ; | |

**Crown Packaging Technology v. Rexam Beverage Can 05-608**

REX001228

A42

**U.S. Patent**    Dec. 16, 1997    Sheet 1 of 10    5,697,242



FIG. I

FIG. 3

FIG. 2

Crown Packaging Technology v. Rexam Beverage Can 05-608

REX001229

A43

# FIG. IA



# FIG. 4



# FIG. 5



A45

## FIG. 6



## FIG. 7



U.S. Patent    Dec. 16, 1997    Sheet 5 of 10    5,697,242



FIG. 8

FIG. 9

FIG. 10

**U.S. Patent**        Dec. 16, 1997        Sheet 6 of 10        5,697,242

# FIG. II



# FIG. I2



U.S. Patent    Dec. 16, 1997    Sheet 7 of 10    5,697,242

FIG. 13



FIG. 14



FIG. 15



Crown Packaging Technology v. Rexam Beverage Can 05-608

REX001235

A49



FIG. 16

FIG. 18

FIG. 17

# FIG. 19



FIG.20



FIG.21



FIG.22



REX001238

5,697,242

1

## METHOD AND APPARATUS FOR REFORMING CAN BOTTOM TO PROVIDE IMPROVED STRENGTH

### RELATED APPLICATIONS

This is a divisional application of U.S. application Ser. No. 08/563,900, filed Nov. 22, 1995, now abandoned, which is a continuation of U.S. application Ser. No. 08/343,837, filed Nov. 23, 1994, now abandoned, which is a continuation of U.S. application Ser. No. 08/212,647, filed Mar. 3, 1994, now abandoned, which is a continuation of U.S. application Ser. No. 08/050,526, filed Apr. 20, 1993, now abandoned, which is a continuation of U.S. application Ser. No. 07/735,994, filed Jul. 25, 1991 (now U.S. Pat. No. 5,222,385) which is a continuation-in-part of U.S. application Ser. No. 07/730,794, filed Jul. 24, 1991 (now U.S. Patent No. 5,349,837), which is in turn based upon International Application No. PCT/US 90/00451, having an International filing date of Jan. 26, 1990.

### TECHNICAL FIELD

The invention relates generally to a method and apparatus for reforming the bottoms of drawn and ironed beverage containers (or cans). The reformed can bottom is an integral part of beer and beverage cans, and increases the strength of those cans above that of prior art cans.

### BACKGROUND OF THE INVENTION

Drawn and ironed cans are among the most widely used cans for carbonated beverages, including such beverages as beer and soft drinks. Such drawn and ironed cans are made from a disc of stock material which is converted into a shallow "cup" with short side walls. The base of this cup ultimately forms the bottom of the can, and the short side walls of the cup become the elongated side walls of the can.

The shallow cup is passed through a succession of ironing rings. As the spacing between successive rings becomes increasingly narrow, passage of the cup through these successive rings decreases the thickness and increases the height of the side walls.

The configuration of the bottom of such drawn and ironed cans has, over the last several years, been a topic of interest to both can manufacturers, packagers, shippers, retailers and the ultimate consumer who purchases products in such cans. This is because the configuration of the bottom is a factor in the ability of the can to resist its internal pressures and achieve adequate columnar strength. These internal pressures result from the weight, pressurization and carbonation of the liquids in the can. Columnar strength is the ability of a can to resist axial loads imposed by cans that are stacked upon other cans, as during transport and storage.

Can manufacturers are constantly striving to obtain high strength with relatively low weight. Generally, however, these goals are incompatible. Low weight, and a lowering of material cost, is generally achieved by reducing the thickness of the stock material. A reduction in stock material thickness, without more, lowers the strength of the can. Retailers and consumers desire a container which is stackable and which is of the lowest possible weight for ease in handling.

The bottom shape of the container has been found to be of importance in determining its strength. Issued U.S. patents disclosing this importance include U.S. Pat. No. 4,685,582, issued to Fulciani et al. on Aug. 11, 1987, and entitled "Container Profile With Stacking Feature." This patent,

2

which is assigned to the assignee of the present invention, discloses a so-called ANC-1A container having an inverted dome-shaped bottom. Other U.S. patents are also generally relevant. For example, U.S. Pat. Nos. 3,904,069, 3,979,009 and 4,412,627 disclose containers having bottom wall constructions designed to permit selected and controlled outward flexing or bulging of the bottom wall when the container is sealed and subjected to internal pressures developed by the contents.

Reforming of the bottom wall of a container of the general type described in this application has also been described in an International Publication to Metal Box plc. This publication is International Publication Number WO 83/02577, published on Aug. 4, 1983. This reforming takes place by applying a roller along the exterior transition wall 7 of the bottom of the container, rather than along its interior. See International Publication Number WO 83/02577, FIG. 7.

### SUMMARY OF THE INVENTION

It is an object of the invention to provide an apparatus for reforming a bottom of a drawn and ironed beverage container. The container has a longitudinal axis and a side wall parallel with the longitudinal axis. The bottom has an outer annular wall, a convex U-shaped portion, a preformed bottom wall, including a center domed portion, and an annular, substantially longitudinal wall joining the domed portion and the convex U-shaped portion.

In accordance with the present invention, the apparatus comprises a roller movable from a radially inward position where the roller does not contact the annular, substantially longitudinal wall to a radially outward position where the roller contacts the annular, substantially longitudinal wall, and a movable actuator to move the roller into engagement with and circumferentially about the annular, substantially longitudinal wall to reform the substantially longitudinal wall.

It is comprehended that the movable actuator moves the roller into engagement with the annular, substantially longitudinal wall to reform the substantially longitudinal wall to achieve a negative angle (A) relative to the longitudinal axis of the container.

It is further comprehended that the apparatus includes a plurality of rollers. Each of the rollers is movable from a radially inward position where the rollers do not contact the annular, substantially longitudinal wall to a radially outward position where the rollers contact the annular, substantially longitudinal wall.

It is still further comprehended that the apparatus includes a radially inward support for the container. The radially inward support may comprise a jig supporting the container in opposition to the rollers along a lower end of the container. For example, the jig may have a bottom peripheral profile portion substantially corresponding in shape to the outer annular wall of the container, such that the bottom peripheral profile portion of the jig is mated with the outer annular wall of the container.

It is a further object of the invention to provide a method of reforming a bottom of a drawn and ironed container. The container has a longitudinal axis and a generally cylindrical side wall parallel with the longitudinal axis. The bottom has an outer annular wall, a convex U-shaped portion, a preformed bottom wall including a center domed portion, and an annular, substantially longitudinal wall joining the domed portion and the convex U-shaped portion.

In accordance with the invention, the method comprises providing the drawn and ironed container, providing a

5,697,242

3

reforming roller, and moving the reforming roller radially into engagement with the substantially longitudinal wall. The reforming roller rotates along the longitudinal wall and circumferentially about an arcuate path, wherein the reforming roller affects the angle of the substantially longitudinal wall.

It is comprehended that the reforming roller affects the angle of the substantially longitudinal wall by achieving a negative angle (A) from the longitudinal axis of the container.

It is further comprehended that a radial inward support for the container is provided. The radial inward support may include supporting the container in a jig which supports the container along a lower end of the container. For example, the jig may include a bottom peripheral profile portion substantially corresponding in shape to the outer annular wall of the container, and the bottom peripheral profile portion of the jig mates with the outer annular wall.

Other features and advantages of the invention will be apparent from the following specification taken in conjunction with the following drawings.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a top view of a pivoting apparatus in accordance with the invention, and in a radially inward, non-engaging position.

FIG. 1A is a view of the apparatus of FIG. 1, but with the rollers in a radially outward position and engaging the wall of a container.

FIG. 2 is a side-sectional view of the apparatus of FIG. 1, and with a container shown in solid lines above the apparatus and in phantom lines in place for processing by the apparatus.

FIG. 3 is a detail of a portion of the apparatus of FIG. 2, showing the pivot pin about which the roller pivots.

FIG. 4 is a top view of a second pivoting embodiment of the apparatus in accordance with the invention.

FIG. 5 is a side-sectional view of the apparatus of FIG. 4, and with a container shown in solid lines above the apparatus and in phantom lines in place for processing by the apparatus.

FIG. 6 is a top view of a third pivoting embodiment of the apparatus in accordance with the invention.

FIG. 7 is a side-sectional view of the apparatus of FIG. 6, and with a container shown in solid lines above the apparatus and in phantom lines in place for processing by the apparatus.

FIG. 8 is a side perspective view of a container which is suitable for treatment by the process and apparatus of the invention.

FIG. 9 is an enlarged view of the lower left hand corner of the container of FIG. 8, prior to reforming.

FIG. 10 is an enlarged view of the lower left hand corner of the container of FIG. 8, after reforming.

FIG. 11 is a top view of a non-pivoting embodiment of the apparatus in accordance with the invention.

FIG. 12 is a side-sectional view of the apparatus of FIG. 11, and with a container shown in solid lines above the apparatus and in phantom lines in place for processing by the apparatus.

FIG. 13 is a top view of a second non-pivoting embodiment of the apparatus in accordance with the invention.

FIG. 14 is a side-sectional view of the apparatus of FIG. 13, and with a container shown in solid lines above the apparatus and in phantom lines in place for processing by the apparatus.

4

FIG. 15 is a detail of the roller and bearing of FIG. 14, taken along lines 15—15 of FIG. 13.

FIG. 16 is a top view of a third non-pivoting embodiment of the apparatus in accordance with the invention.

FIG. 17 is a side-sectional view of the apparatus of FIG. 16, and with a container shown in solid lines above the apparatus and in phantom lines in place for processing by the apparatus.

FIG. 18 is a detail of the actuator and dovetail slide portion of a portion of the apparatus of FIG. 16, taken along lines 18—18 of FIG. 16.

FIG. 19 is a side-sectional view of a fourth non-pivoting apparatus in accordance with the invention, including a single roller, and with a container shown in solid lines above the apparatus and in phantom lines in place for processing by the apparatus.

FIG. 20 is a photographic profile of a cross-section of a lower portion of a can reformed by a prior art process.

FIG. 21 is a photographic profile of a cross-section of a lower portion of a can reformed by the process of the present invention.

FIG. 22 is a photographic profile of a cross-section of a lower portion of a "control" can prior to reforming.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

This invention is susceptible of embodiment in many different forms. The drawings and this specification show a preferred embodiment of the invention. It will be understood, however, that this disclosure is to be considered an exemplification of the principles of the invention. The inventors do not intend to limit the broadest aspect of the invention to the illustrated embodiments.

According to one aspect of the invention, the performance characteristics of a container formed by normal drawing and ironing procedures are improved by reforming the bottom end wall of the container from the initial configuration. This initial configuration is disclosed in the above-mentioned '582 patent and is shown in FIG. 8.

As described and shown in FIGS. 9 and 10 of copending International Application No. PCT/US 90/00451, after the fluted container has been necked, flanged, internally spray coated and externally printed, the bottom profile or countersink area of the bottom wall is reshaped. This is done by reforming the inner wall of the countersink to further improve buckle resistance and decrease can growth.

In the prior co-pending application, the finished drawn and ironed container of FIG. 11 is supported in a suitable jig that has an internal opening which corresponds to the outer peripheral diameter of the container. The jig has a lower profile portion that conforms to the countersink wall portion the bottom wall of the container, as originally formed in accordance with the process disclosed in the '582 patent.

A plug is inserted into the upper end of the opening and securely held in the top of the container. During processing, this container is rotated about its axis. The bottom peripheral profile of the jig is in extended contact with the container bottom. A reforming roller is brought into engagement with the substantially vertical wall of the domed end of the container and is supported on a shaft. That shaft is designed to be rotated along an arcuate path around the center axis for the container. The roller has a peripheral configuration which defines a substantially vertical upwardly and outwardly tapered wall having a generally arcuate upper portion. The inner wall of the countersink is reformed to a more

5,697,242

5

vertical profile while the dome is stretched to a small degree. The outer wall is held to its original configuration. Alternatively, the outer wall could also be reformed with the inner wall.

It was found in the co-pending application that this reforming operation significantly improves buckle resistance and decreases the amount of can growth, i.e., the amount that the bottom end wall is elongated when pressure is applied internally of the container.

The container produced according to the method and apparatus described in the co-pending application exhibited significantly greater column strength, i.e., resistance to crushing by vertical loads applied to the container side wall. That container also exhibited significantly less container growth during internal pressurization and improved buckle resistance. The container constructed in accordance with that invention was thus capable of being produced from stock flat disc material having a significantly reduced thickness.

The present invention is a further elaboration and refinement upon the invention described in the copending application. The invention is directed to the type of drawn or drawn and ironed container shown in FIG. 8. Such containers are well known in the art and are generally described and shown in U.S. Pat. No. 4,685,582, issued to the assignee of the present application on Aug. 11, 1987. This container 20 is symmetrical about a vertical axis 22. A generally cylindrical side wall 24 parallel with this vertical axis forms the panel on which graphics, such as a bottler's trademark, may be printed. An outer annular wall 26 forms a transitional portion between this side wall 24 and a convex, U-shaped portion 28 that defines a flange-like ridge. The outer annular wall 26 and U-shaped portion 28 enable these cans to be stacked. In particular, the bottom of a first can may be securely nested into the top of a second can.

The container 20 also includes a preformed bottom wall 30 including a center domed portion 32. An annular, substantially vertical wall 34 joins the domed portion 32 to the convex U-shaped portion 28. This "substantially vertical wall," for the purposes of this application, has an angle from the vertical of 0 to +5 degrees, and may be as high as +10 degrees. A positive angle is shown by angle C in FIG. 8.

Various kinds of apparatus may be used to effect the method of reforming container 20, as that method is described and claimed in the present application. As may be seen in FIGS. 1–3, one such apparatus includes a plurality of rollers 36. In a preferred embodiment, three rollers 36 may be used. The use of three rollers 36 has advantages over the use of fewer rollers, for example, a single roller. These rollers 36 are used to contact the annular, substantially vertical wall 34. The use of one roller would concentrate the forces transferred from the roller 36 to the wall 34 at one point. In contrast, three rollers 36 will spread the force on this wall 34 over three points.

As may be seen in FIG. 2, each of these rollers 36 is indirectly secured to a pivot plate 38. Securing the rollers 36 are a bearing clamp 40 and a bearing 42.

Each of the pivot plates 38 are designed to pivot around their respective pivot pin 44 (FIG. 1). In this embodiment, this pivot pin 44 is vertically disposed. As will be seen in other embodiments, however, other pivot pins may instead be horizontally disposed.

A tooling head collar 46 provides a support surface for a jig 48, or lower can support. This jig 48 is removable from the tooling head collar 46 and may be interchanged with another jig having a different shape to accommodate containers having various different lower end configurations.

6

Each jig 48 is manufactured so as to accommodate and support a given size container 20. Accordingly, a bottom peripheral profile portion 50 of the jig 48 substantially corresponds in shape to the container 20. As will be explained below, this bottom peripheral profile portion 50 of the jig 48 is mated with the outer annular wall 26 of the container 20. In the embodiment shown in FIG. 2, it may be seen that the lowermost part 52 of this jig 48 also corresponds in shape to the radially outermost region of the convex U-shaped portion 28. In this way, the jig 48 provides greater support around the circumference of the container 20.

Supporting the bearings 42 and enclosing portions of the reforming rollers 36 are bearing housings 54. These bearing housings 54 are fixedly secured to their respective pivot plates 38. Thus, the motion of the pivot plates 38 and the bearing housings 54 is synchronous.

Movement of the pivot plates 38 and bearing housings 54 is facilitated by a vertically movable actuator ball 56. As shown in FIG. 2, this actuator ball 56 is positioned in a first, non-engaging position. In this position, the actuator ball 56 merely abuts against camming surfaces 58 on the bearing housing 54.

Upward, vertical movement urges the actuator ball 56 to a second position in which it contacts and pushes upwardly on camming surfaces 58. As a result of the shape of these camming surfaces 58, this upward movement causes the bearing housing 54 and pivot plate 38 to pivot together about the pivot pin 44 in a radially outward direction. This pivoting movement continues until rollers 36 contact the annular, substantially vertical wall 34.

The rollers 36, upon contact with this wall 34, rotate inwardly to force the wall from its configuration as shown in FIG. 9 to that shown in FIG. 10. Particularly, FIGS. 9 and 10 depict a vertical line V—V. Vertical line V—V is coincident with the vertical axis of container 20. FIG. 9 shows a container 20 before reforming. In this FIG. 9, the wall is substantially vertical and may even have a so-called "positive" angle. With reference to FIG. 9, a positive angle is one in which wall 34 angles upwardly and to the right of line V—V. An example of a positive angle appears as angle C in FIG. 9.

After contact by rollers 36, as described above, this wall 34 is reformed to achieve a negative angle A. The results of reforming are shown, for example, in FIG. 10. As a result of this negative angle, as will be described below, container 20 has enhanced physical characteristics.

In the apparatus of FIGS. 1–3, the pivot pin is substantially vertically disposed. As a result, the pivoting of the bearing housing 54 and the pivot plate 38 occur in a horizontal plane. Other embodiments, as described below, will include horizontal pivot pins, causing pivoting of the bearing housing and pivot plate in a vertical plane.

As may be seen in greatest detail in FIGS. 2 and 3, the reforming rollers 36 have a perimeter portion 60 that is downwardly tapered. It is this downward tapered configuration 60 which, when rollers 36 are placed against the substantially vertical wall 34, results in the reformation of that substantially vertical wall 34 to a wall having a negative angle.

After the completion of the reforming, the rollers 36 are retracted from the wall 34 and return from the position shown in FIG. 1A to the original position shown in FIG. 2. Each pivot plate 38 and bearing housing 54 assembly returns to this original position as a result of pressure from a compression spring 62.

REX001241

A55

5,697,242

7

A slight modification of the reforming apparatus described above is shown in FIGS. 4 and 5. Each of the components of the embodiments of FIGS. 4 and 5 are correspondingly numbered in FIGS. 4 and 5, except that the reference numerals for the corresponding components in the latter figures include the suffix "a." The only component which differs significantly is the spring. Spring 62 of FIGS. 1–3 is an extension spring, whereas spring 62a of FIGS. 4–5 is a compression spring. As a result, the apparatus of FIGS. 4–5 works in a slightly different manner than the apparatus of FIGS. 1–3. Particularly, in FIGS. 1–3, upon completion of reforming, the rollers 36 are retracted from the wall 34 and returned to their original position as a result of both applied pressure from an extension spring 62 and retraction of the actuator ball 56. In FIGS. 4–5, upon completion of the reforming, the rollers 36a are retracted from the wall 34 and returned to their original position as a result of both applied pressure from a compression spring 62a and retraction of actuator ball 56a.

Still another embodiment is shown in FIGS. 6 and 7. This embodiment also includes three rollers 64. As may be seen in FIG. 7, each of these rollers 64 is indirectly secured to a pivot plate 66. Securing the rollers 64 are a bearing clamp 68 and at least one bearing 70.

Each of the pivot plates 66 are designed to pivot around their respective pivot pin 72. As may be seen in FIG. 7, this pivot pin 72 is horizontally disposed. As a result, the pivoting of the bearing housing 74 and the pivot plate 66 occur in a vertical plane.

As in the embodiment of FIGS. 1–3, the embodiment includes a tooling head collar 76 to provide a support surface for a jig 78, or lower cam support. This jig 78 is also removable from the tooling head collar 76 and may be interchanged with another jig having a different shape to accommodate containers having various different lower end configurations.

Movement of the pivot plates 66 and bearing housings 74 is facilitated by a vertically movable actuator 80. As shown in FIG. 7, this actuator 80 is positioned in a first, non-engaging position. In this position, the actuator 80 merely abuts against camming surfaces 82 on the bearing housing 74.

Upward, vertical movement urges the actuator 80 to a second position in which it contacts and pushes upwardly on camming surfaces 82. As a result, this upward movement causes the bearing housing 74 and pivot plate 66 to pivot together about the pivot pin 72 in a vertical plane and a radially outward direction. This pivoting movement continues until rollers 64 contact the annular, substantially vertical wall 34 of container 20.

After the completion of the reforming, the rollers 64 are retracted from the wall 34 and return from the position shown in the dotted lines of FIG. 7 to the original position shown in the solid lines of FIG. 7. Each pivot plate 66 and bearing housing 74 assembly returns to this original position as a result of pressure from a coil spring 84. This coil spring 84 encircles and is held upon a retaining post 86. The coil spring 84 is tensioned by compressing it between the top, abutting surfaces of bearing housings 74 and hex nut 88 secured to retaining post 86.

Still other embodiments of the present apparatus are depicted at FIGS. 11–19. As will be seen, the apparatus of these embodiments does not include a pivot pin for moving the rollers into engagement with the vertical wall 34 of container 20. In many other respects, however, these apparatus are similar to those shown in FIGS. 1–7.

8

For example, the apparatus of FIG. 11 includes three rollers 90 secured to a bearing housing 92 with a bearing 94 and a bearing clamp 96. The solid lines of FIG. 12 show these rollers in a radially inward position, where the rollers 90 do not contact the annular, substantially vertical wall 34. These rollers 90 are movable from this position to a radially outward position where the roller contacts the annular, substantially vertical wall 34.

Bearing housings 92 are spring-biased. In particular, a tensioned garter spring 98 (FIG. 12) encircles the lower periphery of bearing housings 92. In their first, non-engaging position, as shown in the dotted lines of FIG. 11, the housings 92 and their related rollers 90 are retained by the garter spring 98 in a radially inward position.

The second position of the bearing housings 92 is shown in the solid lines of FIG. 11. The housings 92 attain this position when actuator 100 is moved upwardly against camming surfaces 102 of housing 92. This upward movement of actuator 100 pushes housings 92 radially outwardly until rollers 90 contact the annular, substantially vertical wall 34. Upon completion of treatment of the wall 34 with rollers 90, the actuator 100 is withdrawn and garter spring 98 urges the bearing housings 92 back into their first position.

As in the prior embodiments, the embodiment of FIGS. 11 and 12 includes a jig 104 to support the container along a bottom peripheral profile portion 106 that substantially corresponds in shape to the outer annular wall 26 of the container 20. As in the prior embodiments, the perimeter 106 of the rollers 90 also include a downwardly tapered configuration which, when placed against the substantially vertical wall 34, reforms that wall 34 to achieve a negative angle relative to the vertical axis of the container 20.

Another three-roller, non-pivoting embodiment of the apparatus of the invention is shown in FIGS. 13–15. In this embodiment, the spring 110 is horizontally disposed and acts along a horizontal plane. In particular, spring 110 is in contact with the bearing housing 112 to bias that housing 112 in a radially inward direction.

The apparatus of FIG. 13 also includes three rollers 114 secured to bearing housing 112 with a bearing 116 and a bearing clamp 118. These rollers 114 are movable from their first position, as shown in FIGS. 13–15, to a radially outward position where the rollers 114 contact the annular, substantially vertical wall 34 of container 20.

Upward movement of actuator 120 pushes housings 112 radially outwardly until rollers 122 contact the annular, substantially vertical wall 34. Upon completion of treatment of the wall 34 with rollers 122, the actuator 120 is withdrawn and spring 110 urges the bearing housings 112 back into their first position.

Still another non-pivoting embodiment of the apparatus of the invention is shown in FIGS. 16–18. In this embodiment, however, conventional rollers are not used. Rather, four roller segments 124 are mounted to the apparatus for radial movement towards and away from the container 20. In the dashed lines of FIG. 16, these segments 124 are shown in their normal, radially inward position. They are held in this position by a plurality of horizontally tensioned springs 126.

Each of these roller segments 124 may be secured to a housing 128. When an actuator 130 is moved vertically upwardly against camming surfaces 132, housings 128 are pushed radially outwardly, as shown in the solid lines of FIG. 16, until roller segments 124 contact the annular, substantially vertical wall 34. Upon completion of treatment of the wall 34 with roller segments 124, the actuator 130 is withdrawn and springs 126 urge the housings 128 back into their first position.

REX001242

A56

5,697,242

9

A final version of a non-pivoting embodiment of the apparatus is shown in FIG. 19. In this embodiment, only one roller is used. This roller 134 has a substantially larger diameter than the rollers of the other embodiments. In fact, the diameter of this roller 134 is in excess of 80 percent of the distance between opposite, facing walls 34. This distance is referred to as "D" in FIG. 19.

Again, this embodiment includes a compression spring 136 which acts along a horizontal plane. Spring 136 is in contact with the housing 138 to bias that housing 138 in a rightward direction. Roller 134 is movable from its first position, as shown in FIG. 19, to a radially outward position where the roller 134 contacts the annular, substantially vertical wall 34.

In the embodiment of FIG. 19, actuator 140 is vertically movable, as in the apparatus of the previously described embodiments. The actuator 140 encircles a dovetailed collar 142, and this collar 142 is fixed. Housing 138, however, is horizontally movable when it is contacted by the upwardly-moving actuator 140. The horizontal movement of the housing 138 is guided by a dovetail groove in collar 142.

Housing 138 abuts against camming surface 146. In addition, with reference to the directions depicted in FIG. 19, spring 136 biases the housing 183 to the right. Thus, housing 138 is moved to the right along the camming surface 146. This rightward movement of the housing 138 continues until the periphery of roller 134 contacts the wall 34 of container 20. Reforming takes place in the same manner as with a three-roller apparatus, but at only one point along the wall 34.

Upon completion of treatment of the wall 34 with roller 134, the actuator 140 is lowered and the weight of the housing/roller combination moves that assembly back onto the collar 142, i.e., to the first position of the device. This collar 142 acts as a limit on the downward movement of the housing 138. In this embodiment and in the others, it is preferred that the actuator 140 rotate at the same speed as housing 138.

A comparison of FIGS. 9 and 10 will disclose the differences in containers before and after bottom reforming in accordance with the method of the present invention. Particularly, FIG. 9 shows a container before bottom reforming. The wall 34 in this Figure is substantially vertical and may, in fact, have a slight positive angle. For the left portion of the container shown in FIG. 9, a wall 34 having a slight positive angle would angle upwardly and to the right from vertical line V—V. Referring to FIG. 8, and stated differently, when wall 34 has a positive angle, diameter D1 is greater than diameter D2.

As stated above, the container of FIG. 8 that may be reformed in accordance with this invention is generally symmetrical about a vertical axis 22. The container includes a generally cylindrical side wall 24 parallel with the vertical axis 22. The container 20 also includes an outer annular wall 26, a convex U-shaped portion 28, a preformed bottom wall 30, including a center domed portion 32 and an annular, substantially vertical wall 34 joining the domed portion 32 and the convex U-shaped portion 28.

The method of the present invention may be described with reference to the apparatus of FIGS. 1–3, and comprises several steps. The container 20 is supported on a jig 48. This jig 48 has a bottom peripheral profile portion 50 substantially corresponding in shape to the outer annular wall 26 of the container 20.

The bottom peripheral profile portion 50 of jig 48 is mated with the outer annular wall 26. Reforming rollers 36 are

10

brought into engagement with the substantially vertical wall 34. The reforming rollers 36 rotate along the vertical wall 34 and about an arcuate path. Through this action, the reforming rollers 36 affect the angle of the substantially vertical wall 34. In particular, the angle of the substantially vertical wall 34 is changed to a negative angle from the vertical axis of the container 20.

As may be seen in FIG. 1A, the reforming rollers 36 of this apparatus are rotated about an arcuate path equidistant from an axis that is coaxial with the axis 22 of the container. Alternatively, as may be appreciated from a review of FIG. 19 and the above description of that figure, the reforming roller 134 of that apparatus may be rotated about an arcuate path that is equidistant from an axis that is not coaxial with the axis 22 of the container 20. This occurs because in order to contact wall 34, the roller 134 is shifted to the right of its position as shown in FIG. 19.

In one aspect of the preferred method, the roller has a peripheral configuration which, upon engagement with the substantially vertical wall, reforms the substantially vertical wall to achieve a negative angle from the vertical axis of the container. Rollers having such peripheral configurations are shown in FIGS. 2, 5, 7, 12, 14, 17 and 19.

In another aspect of the preferred method, an actuator is moved upwardly and towards the can to move a camming surface and its housing in a radially outward direction. In this way, a roller movable with the camming surface engages the substantially vertical wall.

In still another aspect of the preferred method, the roller pivots about a horizontal pivot point. In particular, the apparatus may include a horizontal pivot point about which the roller pivots from an inward non-engaging position to a radially outward position wherein the roller engages the substantially vertical wall.

After this method of bottom reforming, as may be seen in FIG. 10, the wall 34 exhibits a slight negative angle A. The preferred angle A for an ANC-2A can should be no more than approximately –4 degrees from the vertical line V—V. It is believed that enhanced container characteristics could be attained by providing wall 34 with an angle of as much as –8 to –10 degrees. For the left portion of the container shown in FIG. 10, a wall 34 having a slight negative angle would angle upwardly and to the left from vertical line V—V. Referring to FIG. 8, and stated differently, when wall 34 has a negative angle, diameter D1 would be less than diameter D2. The value of the preferred negative angle will vary with each different type of container.

Containers treated by the apparatus of the present invention exhibit distinctly superior characteristics when compared with prior art, untreated containers. Actual tests were conducted with so-called "ANC-2A" cans, manufactured by American National Can Company. These cans have the general configurations shown in FIGS. 8 and 9, and were made with aluminum having a gauge of 0.120. Prior to treatment of these cans by the method and apparatus of the invention, they exhibited the following characteristics:

TABLE 1

| | ANC-2A Dome Profile | | | |
|---|---|---|---|---|
| | Dome Depth | Dome Growth After 90 PSIG | Buckle Strength | Plate Thickness |
| Minimum | .394 | .052 | 98 | .0120 |
| Maximum | .396 | .060 | 99 | .0120 |

Crown Packaging Technology v. Rexam Beverage Can 05-608

5,697,242

| 11 | 12 |

### TABLE 1-continued

#### ANC-2A Dome Profile

|  | Dome Depth | Dome Growth After 90 PSIG | Buckle Strength | Plate Thickness |
|---|---|---|---|---|
| Average | .396 | .054 | 98 | .0120 |
| Spec/Aim | .394 ± .004 | .064 Max. | 90 Min. | Ref. |

After treatment of these cans by the method and one roller apparatus of the invention, they exhibited the following characteristics:

### TABLE 2

#### ANC Reformed Dome Profile

|  | Dome Depth | Dome Growth After 90 PSIG | Buckle Strength | Plate Thickness |
|---|---|---|---|---|
| Minimum | .398 | .005 | 100 | .0120 |
| Maximum | .401 | .006 | 113 | .0120 |
| Average | .400 | .006 | 112 | .0120 |
| Spec/Aim | N/A | .064 Max. | 90 Min. | Ref. |

As can be seen from a comparison of these Tables, Buckle Strength of treated cans increased from an average of about 99 to an average of 112. The growth in the dome, which results in a downward extension of the U-shaped portion 28 of the container of FIG. 9, decreased markedly from an average of 0.055 to 0.006 inches.

When these same tests were conducted with cans produced from 0.110 gauge aluminum, Buckle Strength increased from an average of 90 to an average of 98. Dome growth tests after 90 PSIG were not meaningful, as the non-reformed cans failed and buckled at 90 PSIG or less.

A number of standard ANC-2A cans were reformed. In the first set, the outside of the countersink was reformed in accordance with a CMB method, and its results are shown in Table 3. A photographic profile of a lower portion of one of these cans is shown in FIG. 20.

### TABLE 3

#### Body Strength
#### 206/211 × 413 CMB Reformed Dome Cans

|  | Dome Depth | Dome Growth After 90 PSIG | Buckle Strength | Plate Thickness |
|---|---|---|---|---|
| Minimum | .585 | .008 | 104 | .0120 |
| Maximum | .595 | .012 | 109 | .0120 |
| Average | .592 | .010 | 106 | .0120 |
| Spec/Aim | N/A | .064 Max. | 90 Min. | Ref. |

|  | Vertical Crush | | Sidewall Thickness |
|---|---|---|---|
| Minimum | 226 | | .0045 |
| Maximum | 292 | | .0046 |
| Average | 279* | | .0046 |
| Spec/Aim | 250 Min | | |

The second set of cans was reformed on the inside of the countersink in accordance with the present invention, and its results are shown in Table 4. A photographic profile of a lower portion of one of these cans is shown in FIG. 21.

### TABLE 4

#### Body Strength
#### 206/211 × 413 ANC Reformed Dome Cans

|  | Dome Depth | Dome Growth After 90 PSIG | Buckle Strength | Plate Thickness |
|---|---|---|---|---|
| Minimum | .397 | .003 | 104 | .0120 |
| Maximum | .410 | .007 | 114 | .0120 |
| Average | .404 | .004 | 110 | .0120 |
| Spec/Aim | N/A | .064 Max. | 90 Min. | Ref. |

|  | Vertical Crush | | Sidewall Thickness |
|---|---|---|---|
| Minimum | 305 | | .0045 |
| Maximum | 321 | | .0047 |
| Average | 313* | | .0046 |
| Spec/Aim | 250 Min | | |

Table 5 shows results from "control" cans, i.e., standard ANC-2A cans prior to reforming of any kind. A photographic profile of a lower portion of one of these cans is shown in FIG. 22.

### TABLE 5

#### Body Strength
#### 206/211 × 413 ANC-2A Control Cans

|  | Dome Depth | Dome Growth After 90 PSIG | Buckle Strength | Plate Thickness |
|---|---|---|---|---|
| Minimum | .396 | .042 | 98 | .0120 |
| Maximum | .398 | .059 | 99 | .0120 |
| Average | .397 | .048 | 99 | .0120 |
| Spec/Aim | .394 ± .004 | .064 Max. | 90 Min. | Ref. |

|  | Vertical Crush | | Sidewall Thickness |
|---|---|---|---|
| Minimum | 310 | | .0045 |
| Maximum | 322 | | .0046 |
| Average | 317* | | .0046 |
| Spec/Aim | 250 Min | | |

As may be seen by a comparison of these Tables, dome growth in the untreated can of Table 5 averages 0.050 inches. Both reformed cans show improvement, but the average dome growth of the can reformed in accordance with the present invention is significantly superior (0.005 vs. 0.010 inches). Buckle strength is also somewhat improved (109 vs. 106). Finally, while average vertical crush of the present reformed cans (313) remains virtually the same as the control can (317), average vertical crush drops significantly (279) after reforming by the CMB method.

As may be seen by a comparison of FIGS. 20 and 21, the can that has been reformed in accordance with the present invention is less sharply peaked along its bottom. As a result, this can will exhibit more stability when moving along fill lines.

While the specific embodiments have been demonstrated and described, numerous modifications come to mind without markedly departing from the spirit of the invention. The scope of protection is, thus, only intended to be limited by the scope of the accompanying claims.

We claim:

1. An apparatus for reforming a bottom of a drawn and ironed beverage container, said container having a longitudinal axis; a side wall parallel with said longitudinal axis; the bottom having an outer annular wall, a convex U-shaped portion, a preformed bottom wall, including a center domed portion; and an annular, substantially longitudinal wall joining said domed portion and said convex U-shaped portion; said apparatus comprising:

5,697,242

13

a roller movable from an inward position where said roller does not contact said annular, substantially longitudinal wall to an outward position where said roller contacts said annular, substantially longitudinal wall; and

a movable actuator to move said roller into engagement with and circumferentially about said annular, substantially longitudinal wall to reform said substantially longitudinal wall.

2. The apparatus of claim 1 wherein said movable actuator moves said roller into engagement with said annular, substantially longitudinal wall to reform said substantially longitudinal wall to achieve a negative angle (A) relative to said longitudinal axis of said container.

3. The apparatus of claim 1, wherein said apparatus includes a plurality of rollers, each of said rollers movable from a radially inward position where said rollers do not contact said annular, substantially longitudinal wall to a radially outward position where said rollers contact said annular, substantially longitudinal wall.

4. The apparatus of claim 1 including a container support for inwardly supporting said container.

5. The apparatus of claim 4 wherein said container support supports said container along a lower end of said container.

6. The apparatus of claim 4 wherein said container support comprises a jig, said jig supporting said container along a lower end of said container.

7. The apparatus of claim 4, wherein said container support comprises a jig, said jig supporting said container along a bottom peripheral profile portion substantially corresponding in shape to said outer annular wall of said container, said bottom peripheral profile portion of said jig being mated with said outer annular wall of said container.

8. The apparatus of claim 4 wherein said movable actuator moves said roller into engagement with said annular, substantially longitudinal wall in opposition to said container support.

9. The apparatus of claim 1, wherein the perimeter of said roller has a downwardly tapered portion which, when placed against said substantially longitudinal wall, reforms said substantially longitudinal wall to achieve a negative angle (A) relative to the longitudinal axis of said container.

10. The apparatus of claim 1 wherein said apparatus includes three rollers.

11. A method of reforming a bottom of a drawn and ironed beverage container, said container having a longitudinal axis; a generally cylindrical side wall parallel with said longitudinal axis; the bottom having an outer annular wall, a convex U-shaped portion, a preformed bottom wall including a center domed portion, and an annular, substantially longitudinal wall joining said domed portion and said convex U-shaped portion, said method comprising:

providing said drawn and ironed beverage container;

providing a reforming roller; and

moving said reforming roller radially into engagement with said substantially longitudinal wall of said beverage container, said reforming roller rotating along said longitudinal wall and circumferentially about an arcuate path, wherein said reforming roller affects the angle of said substantially longitudinal wall.

12. The method of claim 11 including the step of providing radial inward support for said container.

13. The method of claim 12, wherein said reforming roller is rotated about an arcuate path equidistant from an axis that is coaxial with the longitudinal axis of the container.

14. The method of claim 12 wherein said providing radial inward support includes supporting said container along a lower end of said container.

15. The method of claim 12 wherein said providing radial inward support includes supporting said container in a jig, said jig supporting said container along a lower end of said container.

14

16. The method of claim 12 wherein said providing radial inward support includes supporting said container in a jig, said jig supporting a bottom peripheral profile portion substantially corresponding in shape to said outer annular wall of said container, and mating the bottom peripheral profile portion of said jig with said outer annular wall.

17. The method of claim 11 wherein said reforming roller affects the angle of said substantially longitudinal wall by achieving a negative angle (A) from the longitudinal axis of said container.

18. The method of claim 11, wherein said roller has a tapered peripheral portion which, upon engagement with said substantially longitudinal wall, reforms said substantially longitudinal wall to achieve a negative angle from the longitudinal axis of said container.

19. An apparatus for reforming a bottom of a drawn and ironed beverage container, said container having a longitudinal axis; a side wall parallel with said longitudinal axis; the bottom having an outer annular wall, a convex U-shaped portion, a preformed bottom wall, including a center domed portion; and an annular, substantially longitudinal wall joining said domed portion and said convex U-shaped portion; said apparatus comprising:

means for radially inwardly supporting a lower end of said container;

a roller movable from a radially inward position where said roller does not contact said annular, substantially longitudinal wall to a radially outward position where said roller contacts said annular, substantially longitudinal wall; and

a movable actuator to move said roller in opposition to said radial inward supporting means and into engagement with and circumferentially about said annular, substantially longitudinal wall to reform said substantially longitudinal wall.

20. The apparatus of claim 19 wherein said movable actuator moves said roller into engagement with said annular, substantially longitudinal wall to reform said substantially longitudinal wall to achieve a negative angle (A) relative to said longitudinal axis of said container.

21. A method for reforming a bottom of a drawn and ironed beverage container, said container having a longitudinal axis; a side wall parallel with said longitudinal axis; the bottom having an outer annular wall, a convex U-shaped portion, a preformed bottom wall, including a center domed portion; and an annular, substantially longitudinal wall joining said domed portion and said convex U-shaped portion; said method comprising:

providing said drawn and ironed beverage container;

radially inwardly supporting a lower end of said container;

providing a roller;

moving said roller from a radially inward position where said roller does not contact said annular, substantially longitudinal wall to a radially outward position where said roller contacts said annular, substantially longitudinal wall; and

circumferentially moving said roller in opposition to said radial inward supporting means and in engagement with said annular, substantially longitudinal wall to reform said substantially longitudinal wall.

22. The method of claim 21 wherein said movable actuator moves said roller into engagement with said annular, substantially longitudinal wall to reform said substantially longitudinal wall to achieve a negative angle (A) relative to said longitudinal axis of said container.

* * * * *

April 17, 1962                  T. GAGGINI                        3,029,507
                    ONE PIECE THIN WALLED METAL CONTAINER AND
                         METHOD OF MANUFACTURING SAME

Filed Nov. 20, 1957                                    7 Sheets—Sheet 1



FIG. 1.

FIG. 2.

FIG. 3.

FIG. 4.

FIG. 5.

                                            INVENTOR.
                                    TORELLO GAGGINI
                              BY
                              Bertha L. McGregor
                                            ATTORNEY

REX 032520

A60

April 17, 1962                    T. GAGGINI                    3,029,507
                    ONE PIECE THIN WALLED METAL CONTAINER AND
                           METHOD OF MANUFACTURING SAME
Filed Nov. 20, 1957                                        7 Sheets-Sheet 2



FIG. 6.



FIG. 7.

INVENTOR.
TORELLO GAGGINI

BY Bertha L. M^c Gregor
        ATTORNEY

REX 032521

A61

April 17, 1962                    T. GAGGINI                    3,029,507
                    ONE PIECE THIN WALLED METAL CONTAINER AND
                         METHOD OF MANUFACTURING SAME

Filed Nov. 20, 1957                                    7 Sheets—Sheet 3



FIG. 8.

FIG. 9.

INVENTOR.
TORELLO  GAGGINI
BY  Bertha L. Mc Gregor

REX 032522

Crown Packaging Technologies v. Rexam Beverage Can
v/-005

A62

April 17, 1962          T. GAGGINI          3,029,507
ONE PIECE THIN WALLED METAL CONTAINER AND
METHOD OF MANUFACTURING SAME

Filed Nov. 20, 1957                    7 Sheets-Sheet 4



FIG. 10.

FIG. 11.

FIG. 12.

FIG. 13.

FIG. 14.

INVENTOR.
TORELLO   GAGGINI

BY Bertha L. McGregor
ATTORNEY

REX 032523

April 17, 1962              T. GAGGINI              3,029,507
ONE PIECE THIN WALLED METAL CONTAINER AND
METHOD OF MANUFACTURING SAME
Filed Nov. 20, 1957                              7 Sheets-Sheet 5



FIG.15.

FIG.19.

FIG.16.

FIG.20.

FIG.17.

FIG.21.

FIG.18.

INVENTOR.
TORELLO GAGGINI
BY Bertha L. McGregor
ATTORNEY

REX 032524

Crown Packaging Technology v. Brown Beverage Cans
09-408

A64

April 17, 1962          T. GAGGINI          3,029,507
ONE PIECE THIN WALLED METAL CONTAINER AND
METHOD OF MANUFACTURING SAME

Filed Nov. 20, 1957                    7 Sheets-Sheet 6



FIG. 22.

FIG. 23.

FIG. 24.

INVENTOR.
TORELLO GAGGINI

BY Bertha L. McGregor

ATTORNEY

REX 032525

Crown Packaging Technology v. Rexam Beverage Can
07-608

A65

April 17, 1962          T. GAGGINI          3,029,507
                ONE PIECE THIN WALLED METAL CONTAINER AND
                    METHOD OF MANUFACTURING SAME
Filed Nov. 20, 1957                          7 Sheets—Sheet 7



FIG. 25.

FIG. 27.

FIG. 26.

INVENTOR.
TORELLO  GAGGINI

BY  Bertha L. McGregor
        ATTORNEY

REX 032526

Crown Packaging Technology v. Rexam Beverage Can
115.074

A66

# United States Patent Office

**3,029,507**
**Patented Apr. 17, 1962**

1

**3,029,507**
**ONE PIECE THIN WALLED METAL CONTAINER AND METHOD OF MANUFACTURING SAME**
Torello Gaggini, Milan, Italy, assignor, by mesne assignments, to Coors Porcelain Company, Golden, Colo., a corporation of Colorado
Filed Nov. 20, 1957, Ser. No. 697,605
5 Claims. (Cl. 29—534)

This invention relates to one piece, thin walled metal containers, preferably made of aluminum or aluminum alloys, and to the method of manufacturing them. The containers herein shown and described are hollow cylindrical containers having very thin integrally formed walls, reduced diameter neck portions, and externally concave bottoms which vary radially in thickness to provide uniform resistance against distortion. The thin walled containers produced by the described method are capable of holding materials under pressure as well as other fluid and solid materials.

The main object of this invention is to produce, by a commercially economical method, seamless very thin walled containers capable of resisting pressures for their intended purposes, from slugs which contain a volume of metal only slightly greater than that utilized in the finished containers. Magnesium and magnesium alloys may be substituted for the preferred aluminum and aluminum alloys. Copper and copper alloys also may be employed in making containers embodying my invention but at present are not economically practical.

For example, a 12 ounce aluminum container, 6.181 inches in height and having a diameter of 2.275 inches, made according to this invention, weighs less than half as much as a conventional metallic can of the same capacity. This is due to the distribution of metal in the respective neck, side and bottom portions, and to the seamless construction of the container. Portions of the side walls in the container of this example are only .013 inch in thickness while other portions extending upwardly and downwardly taper and are graduated thickness and increase in thickness to approximately double said minimum thickness.

The novel method of construction herein described and claimed produces the integral bottom and cylindrical body in a single impact extrusion operation, followed by drawing the body to desired length and concaving the bottom, and then necking the upper portion in a series of steps which gradually reduce the diameter of the open end of the body while simultaneously thickening the neck walls without wrinkling or marrying the smooth contour of the thin walled container.

Other objects and advantages of the invention will be apparent from the drawings and following specification. The steps of the method of manufacturing seamless thin walled aluminum containers suitable for holding material under pressure and for other purposes, will be described in connection with the apparatus employed in carrying out the method.

In the drawings:
FIG. 1 is a side elevation of an aluminum slug from which the seamless container is produced.

FIG. 2 is a plan view of the slug.

FIG. 3 is an elevational view of a reciprocating punch which cooperates with the die shown partly in section in FIG. 4 for performing the impact extrusion or first step of the method.

FIG. 5 is a vertical sectional view of the container as it appears at the end of the extrusion step.

FIG. 6 is a vertical sectional view showing the container of FIG. 5 being drawn through a drawing ring by means of a drawing punch located within the container.

2

FIG. 7 is a vertical sectional view of the concave bottom forming die.

FIG. 8 is a vertical sectional view of the container as it appears at the end of the body drawing and bottom concaving step, and FIG. 9 shows the same container after it has been trimmed to desired length.

FIG. 10 illustrates the first of a series of successive necking steps to which the container of FIG. 9 is subjected, said figure showing the container inverted, with an upper die pressing on the container bottom in an axial direction, the open neck of the container bearing against the internally shaped necking die while a mandrel extends upwardly into the container neck.

FIGS. 11, 12 and 13 are elevational views of the neck portion of the inverted container, as it appears after having been subjected to successive necking operations in apparatus such as shown in FIG. 10, but employing modified lower necking dies of reduced internal diameters and progressively smaller sizing mandrels for each step.

FIG. 14 is an elevational view of the neck portion of the inverted container as it appears when about to be subjected to the fifth necking operation, showing a modified lower necking die and reduced diameter mandrel, but not showing the upper die for bearing on the bottom of the inverted container which is the same as that shown in FIG. 10.

FIGS. 15 to 21, inclusive, are elevational views of the neck portion of the inverted container, as it appears after having been subjected to the sixth through the twelfth necking operations in apparatus employing the upper bearing die of FIG. 10 and modified lower necking dies of the type shown in FIGS. 10 and 14, but progressively smaller in internal diameter for each operation. In these steps, the use of the inserted mandrel may be dispensed with as will be explained hereinafter.

FIG. 22 is an elevational view of the necked container, inverted, and a neck finishing roll in contact therewith.

FIG. 23 is a vertical sectional view of the necked container after the neck has been trimmed to desired length.

FIG. 24 shows the container of FIG. 23 being subjected to the action of a polishing tool.

FIGS. 25 and 26 show a neck curling tool and mandrel used for curling the trimmed neck of the container.

FIG. 27 is a vertical sectional view of the finished container produced by the method described herein.

The container shown herein is a 12 fluid ounce container and the wall thicknesses and dimensions stated in FIGS. 5, 9 and 27 are those preferred for a container of the capacity stated. Obviously the wall thicknesses and dimensions may be varied proportionately for containers of different sizes.

The first step of the method of this invention consists in subjecting an unannealed and lubricated aluminum slug, indicated at 30 in FIGS. 1, 2 and 3, to an impact extrusion operation. The punch 31, FIG. 2, is fastened to the ram of a press (not shown). The punch 31 is moved toward and into the die 32 by the ram which is operated at a speed of 40 or more strokes per minute under high pressure, such as 400 tons. A single impact stroke of the punch 31 against the slug 30 in the die 32, under high pressure, causes the metal to flow in reverse around the punch 31 in the shape of a cylinder 33 with a closed externally convex bottom 34 as shown in FIG. 5. In the impact extrusion stroke of the punch, the slug 30 is instantaneously impacted between the end wall 35 of the punch and the opposed wall 36 of the die and the metal not retained between said walls 35, 36, flows in reverse around the shank of the punch and instantaneously is extruded into the cylinder 33. The space between the punch wall 35 and die wall 36 is such that the bottom 34 of the container, at the end of the first step of the method, has the radially varying wall thicknesses indicated in FIG. 5.

REX 032527

Coors Porcelain Technology - Ceramic Beverage Cans
07-003

A67

3,029,507

3

wherein the bottom ranges from .0275 inch at the center to .0275 inch and then to .043 inch in the annular region removed from the center, to .063 inch at the circumferential edge where the bottom merges into the cylindrical walls 33.

The relative dimensions and forms of the punch bend and shank in the area indicated at 37 and of the opposed portion 38 of the die 32 provide a space between them for the reverse flow of the metal of the slug 30 which accommodates sufficient metal to form the lower portion 39 of the cylindrical wall 33 of a thickness of .0275 inch immediately above the thicker edge (.063 inch) of the junction of bottom 34 and cylindrical wall 33. The rest of the cylindrical wall 33 above said lower portion 39 is not confined during its extrusion in the first step of the process, but flows freely and instantaneously during the impact stroke in reverse direction along the sides of the punch 31 into the wall formation, increasing gradually from .0195 just above the portion 39 to .0275 inch at the top of the cylinder as shown in FIG. 5.

It will be understood that the entire first step, the impact extrusion step, whereby the cylindrical container of FIG. 5 is produced, is performed by a single stroke of the punch in cooperation with the die and consumes 1½ seconds or less time.

Referring now to FIGS. 6 and 7, illustrating the second step of the process, the cylinder 33 with bottom 34 is subjected to a combined wall drawing and bottom forming operation by means of a drawing punch 40, drawing ring 41 and bottom forming die 42. By this operation, the exact thickness variation of the container wall is obtained as required for the subsequent necking operation and for maximum pressure resistance with minimum weight of metal in the container.

The thickness variation is obtained by the special profile or varying diameters at specific dimensions of the drawing punch 40, as indicated in this embodiment by the reduced diameter portion 43 of the punch and the greater diameter portion 44 above the reduced part 43. The annular space between the inner surface 41' of the drawing ring 41 and the external surfaces 43, 44 of the punch 40 controls the cylindrical wall thicknesses which are changed in the second step from those indicated in FIG. 5 to the thicknesses indicated in FIG. 9. The punch 40 forces the container toward the die 42 during the drawing operation whereby the bottom 34 is externally concaved and its thicknesses altered from those indicated in FIG. 5 to the thicknesses specified in FIG. 9.

A comparison of FIGS. 5 and 9 shows that during the second step of the method, the diameter of the container is slightly reduced; in this example, from 2.319 to 2.275 inches. The externally convex bottom 34 is changed in the wall-drawing bottom-forming step to the externally concave bottom 46 of FIG. 9. The thickness of the bottom 45 ranges from .0275 in the center to .063 inch at the circumferential outer edge 46 and the second step of the operation results in locating the thickest portion 46 radially inwardly of the cylindrical wall 47 of the drawn cylinder (FIG. 9) to a greater degree than the corresponding portion is located inwardly of the cylindrical wall 33 of the cylinder at the end of the first step (FIG. 5).

The cylindrical wall 47, FIGS. 8 and 9, is lengthened during the second step slightly in excess of 6.440 inches and the thickness of the wall is reduced throughout the area above the lowermost end which retains the thickness .0275 inch. In FIG. 5 the cylindrical wall above said lowermost end gradually increases in thickness from .0195 at the lower portion to .0275 inch at the top edge, whereas in FIGS. 8 and 9 the cylindrical wall above said lowermost end first gradually decreases in thickness from .019 to .013 inch in the middle area and then gradually increases in thickness from .013 to .023 near the top edge. Thus approximately the upper one-fourth of the cylinder wall 47, adjacent the top edge 48 in FIG. 8 and the trimmed edge 49 (FIG. 9) is from 15 to 80% thinner than the thinnest portion of the cylindrical wall 47 in

4

the middle region of the container, thereby providing the distribution of metal required for efficient necking of the container, while retaining the required thickness in and adjacent the bottom 45, 46 for resisting pressures.

The wall thicknesses and other dimensions shown in FIG. 9 apply also to FIG. 8 excepting that the untrimmed cylinder 47 of FIG. 8 is slightly longer than the 6.440 inches of the cylinder of FIG. 9, wherein the top edge 48 has been trimmed as indicated at 49.

The second, combined drawing and bottom forming step, is followed by a neck and shoulder forming procedure referred to herein as necking of the cylinder which is achieved in a series of steps, preferably twelve, employing necking dies of gradually decreased internal diameters. FIGS. 10 to 21 inclusive show the successive changes produced during twelve necking steps.

Referring to FIG. 10, the cylindrical wall 47 of the inverted container of FIG. 9 has been subjected to the first of the series of necking operations, whereby the neck portion 50 has been produced by exerting pressure in an axial direction on the bottom 45 by a reciprocating necking tool 51 while the inverted neck portion 50 is located in the cavity 52 of a necking die 53 and is confined between the cavity walls of the die 53 and the external walls of a cylindrical mandrel 54 which is slightly smaller in diameter than the diameter of the cylinder 47 of the container. At the end of the first of the series of necking operations the neck portion 50 of the cylindrical walls 47 of the container of FIG. 9 is reduced in diameter to the extent permitted by the size of the mandrel 54 and the contour is altered as permitted by the size and shape of the cavity in the necking die 53 so that the neck contour 50 is produced.

In FIGS. 11, 12 and 13, are shown portions of the cylindrical inverted container body 47 in which the initially necked portion 50 (FIG. 10) has been successively subjected to the action of necking tools whereby said portion 50 has assumed the size and form indicated at 55, 56 and 57, respectively. For this purpose, the pressure exerting tool 51 of FIG. 10 is employed in each successive operation, but a reduced necking die 53 having a smaller cavity than that of FIG. 10 is used in each successive necking operation. The sizing mandrel 54, likewise, is of smaller diameter for each operation, as will be readily understood.

FIG. 14 illustrates the fifth of the series of necking operations. A comparison of the necking die 58 with the die 53 of FIG. 10, and a comparison of the mandrel 59 with the mandrel 54 of FIG. 10 will show the gradual decrease in diameters and form between the first and fifth necking operations, whereby the form of the neck 50 of the container has been changed to that indicated by the neck 60 of FIG. 14. At this stage, the diameter of the neck at its open end has been reduced from 2.275 to approximately 1.55 inches. During the initial necking operations, preferably during the first five of such operations as shown in FIGS. 10 to 14, inclusive, it is desirable to employ mandrels of different and progressively smaller diameters in order to prevent wrinkling and distortion of the walls forming the shoulder and neck portions of the container, but as the necking operations gradually reduce the diameters of the neck and thicken the walls thereof, the use of mandrels may be dispensed with in later necking operations of the series.

In FIGS. 15 to 21, the neck portions 61 to 67, respectively, show the gradual reduction in diameters and the gradual changes in form produced in seven successive necking steps which follow those previously described in connection with FIGS. 10 to 14, inclusive. These changes are achieved by necking tools like those indicated at 51 and 53 in FIG. 10, but the cavities of the dies 53 vary as required to produce the sizes and forms shown in the neck portions 61 to 67, respectively. In the twelve necking steps shown, the size of the neck opening is reduced from approximately 2¾ inches to 1 inch diameter.

REX 032528

Crown Packaging Technology v. Rexam Beverage Can
(illegible)

3,029,507

**5**

It will be understood of course that these figures apply to the 12 ounce container chosen herein for illustrative purposes, and that they will vary for different sized containers, but their proportionate relation to each other indicates the gradual changes preferably achieved in each operation of the necking series, whereby the thin walled cylinder 47 is reduced to desired neck form without distortion or wrinkling of the walls. The number of necking operations in the series is determined by the diameter and shape of the neck so that alteration of the form from cylindrical to final shape is achieved gradually and without too great variation between operations, and wrinkling and crimping is avoided. Preferably less than one-eighth inch reduction in diameter at the neck opening is performed in each necking operation and still less in the shoulder region.

The trimmed containers (FIG. 9) are introduced one after the other into a necking machine provided with the desired number of dies like 53 having varying sized cavities, and are subjected successively to the necking operations of the series and then ejected. By the same movement of the machine, each of the necking operations is made at the same time on a container, so that the number of containers being necked equals the number of necking operations. At each stroke of the machine, a new can is subjected to the first necking operation of the series and another can has been completely necked and is being ejected.

Following the completion of the necking operations, the container of FIG. 21 is subjected to a neck rolling step by means of a roller 68 shown in FIG. 22. The roller 68 has a surface 69 adapted to contact the shoulder 70 of the necked container and a radially projecting axially curved band 71 especially designed to bear against the container at the junction 72 of the neck 67 and shoulder 70. Either the roller or the container may be rotated to bring their surfaces into contact completely around the container for the purpose of smoothing the container surfaces. The roller may be part of a finishing or other machine, as is well understood in the art.

Next the neck 67 is trimmed to finished length, as indicated at 73 in FIGS. 23 and 24. In the latter figure, the neck 67 and shoulder 70 are being polished by a polishing roller 74.

The final step of the method is the curling of the neck to produce the neck 75 shown in FIG. 27, which is done by means of the tool shown in FIGS. 25 and 26. The curling tool 76 has a circular groove 77 whose section profile corresponds to the section profile of the curled neck or rim of the container. A combined rotary and approaching motion is given the tool toward the rim of the container and gently pressed on the rim. The depth of the circular groove 77 is varied as shown in FIG. 26 so that only a few parts of the groove bottom press on the rim during the rotary and pressing motions. This produces a regular and radial pressing curling action of the aluminum of the container without sticking to the tool. Lubrication of the container neck rim is required and for this purpose oil is force fed through the recess 78 in the curling tool. The cylindrical part 79 of the tool enters the container during the curling operation and sizes the internal diameter of the neck, which must be maintained at very close tolerance to receive the conventional valve closure used in "Aerosol" type containers. No further machining is required on the neck after being curled by this method.

A comparison of FIG. 9, illustrating the 12 ounce can after the drawing and ironing step, and FIG. 27 illustrating the finished can, shows that the length of the container is shortened and part of the walls thickened during the necking and curling operations, and that the wall thickness of the upper necked portion of the finished can increases gradually from the thinnest middle area of the cylinder wall, .013 inch, to .029 inch in the portion adjacent the curled neck.

**6**

The relative variations in dimensions and wall thicknesses described and shown in detail herein with respect to a 12 ounce container apply proportionately to other size containers. For example, at the end of the impact extrusion step of making a 6 ounce can, the cylinder length is 3.858 to 4.527 inches and the diameter 1.996 inches, with the following wall thicknesses: bottom .0235 inch at center, gradually radially increasing to .0255, then to .040 inch, to .059 inch at junction between bottom and cylinder; the thinnest part of the cylinder above the bottom being .018 inch gradually increasing to .032 inch near the top. During the drawing-ironing step, this container becomes lengthened and the cylindrical walls are reduced in thickness, the thinnest region being in the middle, .012 inch, gradually increasing to .022 at the upper edge and .017 adjacent the bottom. During the necking and curling operations, the 6 ounce container described is reduced in the finished can to 1.968 inch diameter and 5.039 inches in height, and has the following wall thicknesses: bottom .0235 inch at center increasing radially to .0255, to .040, to .059 inch at annular junction between bottom and cylinder walls, the thinnest part of the cylinder remaining at .012 inch at the middle region adjacent and below the necked portion, increasing gradually in the necked portion to .023 inch at the top and increasing gradually toward the bottom of the cylinder to .017 inch.

Likewise, for example, after the impact extrusion step of making a 3 ounce can, the cylinder length is 2.539 to 2.953 inches, diameter 1.752 inches; with the following wall thicknesses: bottom .020 inch at center, gradually radially increasing to .022 inch, then to .031 inch, to .043 inch at junction between bottom and cylinder. the thinnest part of the cylinder above the bottom being .018 inch, gradually increasing to .026 inch near the top. During the drawing-ironing step, this container has become lengthened and the cylindrical walls have been reduced in thickness, the thinnest region being in the middle, .0105 inch, gradually increasing to .020 at the upper edge and .012 inch adjacent the bottom. During the necking and curling operations, the 3 ounce container described is reduced in the finished can to 1.732 inch in diameter and 3.130 inches in height, and has the following wall thicknesses: bottom .020 inch at center increasing radially to .022, to .031, to .043 inch at annular junction between bottom and cylinder walls, the thinnest part of the cylinder being .0105 inch at the middle region adjacent and below the necked portion, increasing gradually in the necked portion to .021 at the top and increasing gradually to the bottom of the cylinder to .012 inch.

The dimensions and wall thicknesses set forth herein with respect to the 3, 6 and 12 ounce containers, show that they have certain similar features which characterize them as extremely light, thin walled containers, with bottom walls thinnest at the center, increasing to double or more thickness at the junction of bottom and cylindrical walls; all have extremely thin middle regions in the cylindrical walls adjacent and below the necked portion, increasing gradually to the top of the necked portion and to the lower end adjacent the bottom junction.

As heretofore pointed out, in the finished 12 ounce container, the very thin middle region of the cylinder is .013 inch, increasing to .029 at the top and .0275 near the bottom; in the finished 6 ounce container, the very thin middle region of the cylinder is .012 inch, increasing to .023 at the top and .017 near the bottom; and in the finished 3 ounce container, the very thin middle region of the cylinder is .0105 inch, increasing to .021 at the top and .012 near the bottom. Likewise, in the finished 12 ounce container, the very thin middle region of the bottom is .0275 inch, radially increasing to .063 inch at the junction of bottom and cylinder; in the finished 6 ounce container, the very thin middle region of the bottom is .0235 inch, radially increasing to .059 inch at the

REX 032529

Crown Packaging Technology v. Rexam Beverage Can
(Ex 445)

3,029,507

**7**

junction of bottom and cylinder; and in the finished 3 ounce container, the very thin middle region of the bottom is .020 inch, gradually increasing to .043 inch at the junction of bottom and cylinder.

The method described is not only economical in operation, but results in producing exceedingly light containers having extraordinary strength. For example, the 12 ounce container described herein weighs only 40 grams or less than one and one-half ounces.

In describing the invention, reference has been made to a particular example embodying the same, but I wish it to be understood that the invention is not limited to the exact form of container shown, and that changes may be made in the specific embodiment without departing from the invention. Likewise, the method may be modified with respect to the number of necking operations in the series, and in other details, as herein explained.

Further, as previously stated, the invention is not restricted to containers made of aluminum, although I have chosen to describe the preferred embodiment as an aluminum container. Extrusile metals such as aluminum, aluminum alloys may be employed, the choice being determined by the nature of the proposed container contents as well as the cost of the metal. At present aluminum is the choice for most practical purposes.

I claim:

1. The method of manufacturing a one piece very thin walled closed bottom container from a slug of metal, comprising supporting the slug on a concave-surfaced die and subjecting the slug while thus supported to a single impact-extrusion stroke of a punch under high pressure and thereby instantly simultaneously forming a container having a cylindrical wall and an externally convex bottom thinnest at its center and thickest at its junction with the cylinder wall, supporting the container at its externally convex bottom on a convex-surfaced die and drawing the cylinder wall in a single drawing step between a ring and a drawing punch while the container is thus supported at its bottom and thereby simultaneously reducing the thickness of the cylinder wall, lengthening the cylinder, forcing the externally convex bottom inwardly, converting it to externally concave shape and thickening said bottom in its central portion by a single stroke of said drawing punch, and trimming the upper edge of the cylinder wall.

2. The method defined by claim 1, followed by a shoulder and neck forming operation which consists in inverting the container, supporting the open end of the container in the cavity of a shoulder and neck forming die, applying pressure externally axially against the concave bottom of the inverted container and thereby simultaneously reducing the axial length of the cylindrical walls and thickening the portion forming the shoulder and neck, and repeating said operation while the cylinder portion is supported in the cavity of another shoulder and neck forming die smaller in diameter than the preceding die until the shoulder and neck have been reduced gradually to predetermined diameters.

3. The method defined by claim 1, in which the step of simultaneously drawing the cylinder and converting

**8**

the initial convex bottom to externally concave shape includes slightly diminishing the diameter of the cylinder wall and relocating the junction between the bottom and cylinder slightly inwardly of the cylinder wall.

4. A method of manufacturing a one piece very thin walled closed bottom container from a slug of metal, comprising a first step of subjecting the slug while supported on a concave-surfaced die to a single impact-extrusion stroke of a punch under high pressure and thereby instantly simultaneously forming a container having a cylindrical wall and an initial externally convex bottom thinnest at its center and gradually increasing in thickness radially outwardly and joined to the cylinder wall by a relatively thick annular junction, a second step of drawing the cylinder wall between a ring and a drawing punch while the bottom of the container is supported on a convex-surfaced die to thereby simultaneously reduce the thickness of the cylinder wall between its lower and upper end portions, to lengthen the cylinder, to force the convex bottom upwardly by pressure of said bottom against the die, to convert said bottom to externally concave shape thicker at its center than said initially formed bottom and to relocate the junction between the bottom and cylinder slightly inwardly of the said cylinder walls by a single stroke of said drawing punch, trimming the upper edge of the cylinder wall, and subjecting the container to a shoulder and neck forming operation which consists of inverting the container, placing a mandrel in its open end, supporting said end in the cavity of a shoulder forming and necking die, applying pressure axially against the concave bottom of the container while the open end is thus supported, and repeating said operation first with and then without inserting a mandrel while the said open end is supported in a die having a cavity of smaller diameter than the preceding die until the shoulder and neck have been reduced gradually to predetermined diameters, said axial pressure against the container bottom while the open end portion of the cylinder is thus supported simultaneously reducing the axial length of the container and thickening the wall portion while forming and reducing the diameters of said shoulder and neck.

5. The method defined by claim 4, followed by curling the neck by bearing against circumferentially spaced apart portions of the metal surrounding the top opening until the entire edge has been curled.

**References Cited in the file of this patent**

UNITED STATES PATENTS

| | | | |
|---|---|---|---|
| 1,295,430 | Carlson | Feb. 25, | 1919 |
| 1,318,860 | Fries et al. | Oct. 14, | 1919 |
| 1,948,437 | Bowers | Feb. 20, | 1934 |
| 2,372,800 | Stearns | Apr. 3, | 1945 |
| 2,387,698 | Yost | Oct. 23, | 1945 |
| 2,483,376 | Temple | Sept. 27, | 1949 |
| 2,541,065 | Jabour | Feb. 13, | 1951 |
| 2,679,816 | Moore | June 1, | 1954 |
| 2,762,108 | Friedman | Sept. 11, | 1956 |
| 2,776,475 | Mapes | Jan. 8, | 1957 |
| 2,856,102 | Remington et al. | Oct. 14, | 1958 |

REX 032530

# PAGE A71 - A87
# REDACTED