## ANNEX TO THE INTERNATIONAL SEARCH REPORT
## ON INTERNATIONAL PATENT APPLICATION NO.

US 9000451
SA        37016

This annex lists the patent family members relating to the patent documents cited in the above-mentioned international search report.
The members are as contained in the European Patent Office EDP file on 09/10/90
The European Patent Office is in no way liable for these particulars which are merely given for the purpose of information.

| Patent document cited in search report | Publication date | Patent family member(s) | | Publication date |
|---|---|---|---|---|
| US-A- 4316375 | 23-02-82 | US-A- | 4266685 | 12-05-81 |
| US-A- 4578976 | 01-04-86 | WO-A- | 8702282 | 23-04-87 |
| | | EP-A- | 0243349 | 04-11-87 |
| US-A- 4685582 | 11-08-87 | EP-A- | 0196327 | 08-10-86 |
| | | EP-A- | 0337500 | 18-10-89 |
| | | US-A- | 4768672 | 06-09-88 |
| | | WO-A- | 8602026 | 10-04-86 |
| US-A- 4519232 | 28-05-85 | DE-A- | 3347208 | 28-06-84 |
| | | GB-A,B | 2132533 | 11-07-84 |
| | | GB-A,B | 2163986 | 12-03-86 |
| | | GB-A,B | 2173437 | 15-10-86 |
| | | GB-A,B | 2179284 | 04-03-87 |
| | | US-A- | 4774839 | 04-10-88 |
| | | US-A- | 4693108 | 15-09-87 |
| | | US-A- | 4732027 | 22-03-88 |
| EP-A- 0351560 | 24-01-90 | DE-A,C | 3828879 | 25-01-90 |
| EP-A- 0298230 | 11-01-89 | CH-A- | 673790 | 12-04-90 |
| | | DE-A- | 3725186 | 19-01-89 |
| | | JP-A- | 1215420 | 29-08-89 |
| | | US-A- | 4901557 | 20-02-90 |

EPO FORM P0479

For more details about this annex : see Official Journal of the European Patent Office, No. 12/82

CCS0003084

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

A88



## PCT

**WORLD INTELLECTUAL PROPERTY ORGANIZATION**
International Bureau

### INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

| (51) International Patent Classification 5 :<br><br>**B21D 51/26, 22/10** | **A1** | (11) International Publication Number: **WO 91/11275**<br>(43) International Publication Date: 8 August 1991 (08.08.91) |
| --- | --- | --- |

(21) International Application Number: PCT/US90/00451

(22) International Filing Date: 26 January 1990 (26.01.90)

(71) Applicant *(for all designated States except US):* AMERICAN NATIONAL CAN COMPANY [US/US]; 8770 West Bryn Mawr Avenue, Chicago, IL 60631 (US).

(72) Inventors; and
(75) Inventors/Applicants *(for US only):* HALASZ, Andrew [US/US]; 3007 Springbrook Road, Crystal Lake, IL 60012 (US). PRATURLON, Sylvan [US/US]; 4822 South Ellis, Chicago, IL 60615 (US).

(74) Agent: RATH, Ralph, R.; 100 South Wacker Drive - 2100, Chicago, IL 60606 (US).

(81) Designated States: AT, AT (European patent), AU, BB, BE (European patent), BF (OAPI patent), BG, BJ (OAPI patent), BR, CA, CF (OAPI patent), CG (OAPI patent), CH, CH (European patent), CM (OAPI patent), DE*, DE (European patent)*, DK, DK (European patent), ES, ES (European patent), FI, FR (European patent), GA (OAPI patent), GB, GB (European patent), HU, IT (European patent), JP, KP, KR, LK, LU, LU (European patent), MC, MG, ML (OAPI patent), MR (OAPI patent), MW, NL, NL (European patent), NO, RO, SD, SE, SE (European patent), SN (OAPI patent), SU, TD (OAPI patent), TG (OAPI patent), US.

Published
*With international search report.*
*With amended claims.*

(54) Title: METHOD AND APPARATUS FOR PROCESSING CONTAINERS

(57) Abstract

A drawn and ironed container (C) that includes a cylindrical side wall, a smoothly-tapered neck (134) with an open end and an integral bottom wall (137) at the opposite end has a plurality of inwardly-deformed panel segments (130) located in the side wall between adjacent arcuate segments (132) with the panel defining generally chordal bottom walls for the panel segments. The container is formed using a multi-station processing apparatus that consists of a plurality of identical stations (30) located around the periphery of a rotating turret (26). Each station includes a support mandrel (50), a container loading means (52, 53) and an impression mandrel (54), with the impression mandrel being pivoted into and out of pressure engagement with the support mandrel to deform the side wall of the container. The support mandrel has a cylindrical peripheral surface (102) that conforms to the inner diameter of the container side wall and has circumferentially-spaced, axially-extending pockets (104). The pockets have sharp opposite edges (108a) that cooperate with the impression mandrel to produce the panel segments in the side wall.



CCS0003024

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

* See back of page

## DESIGNATIONS OF "DE"

Until further notice, any designation of "DE" in any international application whose international filing date is prior to October 3, 1990, shall have effect in the territory of the Federal Republic of Germany with the exception of the territory of the former German Democratic Republic.

*FOR THE PURPOSES OF INFORMATION ONLY*

Codes used to identify States party to the PCT on the front pages of pamphlets publishing international applications under the PCT.

| | | | | | |
|---|---|---|---|---|---|
| AT | Austria | ES | Spain | MG | Madagascar |
| AU | Australia | FI | Finland | ML | Mali |
| BB | Barbados | FR | France | MN | Mongolia |
| BE | Belgium | GA | Gabon | MR | Mauritania |
| BF | Burkina Faso | GB | United Kingdom | MW | Malawi |
| BG | Bulgaria | GN | Guinea | NL | Netherlands |
| BJ | Benin | GR | Greece | NO | Norway |
| BR | Brazil | HU | Hungary | PL | Poland |
| CA | Canada | IT | Italy | RO | Romania |
| CF | Central African Republic | JP | Japan | SD | Sudan |
| CG | Congo | KP | Democratic People's Republic | SE | Sweden |
| CH | Switzerland | | of Korea | SN | Senegal |
| CI | Côte d'Ivoire | KR | Republic of Korea | SU | Soviet Union |
| CM | Cameroon | LI | Liechtenstein | TD | Chad |
| CS | Czechoslovakia | LK | Sri Lanka | TG | Togo |
| DE | Germany | LU | Luxembourg | US | United States of America |
| DK | Denmark | MC | Monaco | | |

CCS0003025

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

WO 91/11275                                    PCT/US90/00451

## METHOD AND APPARATUS FOR PROCESSING CONTAINERS

## DESCRIPTION

Technical Field

This invention relates generally to two-piece container constructions, and more particularly to a method and apparatus for processing such containers to increase the strength thereof, as well as improve the appearance.

CCS0003026

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

Background Prior Art

Two-piece cans are the most common type of metal container used in the beer and beverage industry, as well as for aerosol and food packaging. The two-piece container consists of a unitary body, including a side wall open at one end with an integral end wall at the other end. The integral end wall is usually formed to a domed-shaped configuration to increase the overall strength of the container. An annular portion is usually formed to a special configuration between the center dome panel of the bottom wall and the side wall that defines a reduced diameter support for the container and also provides a nesting feature for nesting with the end of an adjacent container, which is seamed to the open end thereof.

An exemplary bottom profile for a drawn and ironed container that has achieved a remarkable degree of commercial success is disclosed in U.S. Patent No. 4,685,582. The container disclosed therein also includes an upper end portion that has a reduced neck so that a second end panel or end having a smaller diameter can be utilized to enclose the open-ended drawn and ironed container.

In most cases, containers that are used for beer and carbonated beverages are

CCS0003027

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

3

formed from a flat aluminum disc to an outside
diameter of 2-11/16th inch (referred to as a
"211-container") and the upper open end is
reduced in diameter to form a 209-neck (2-
9/16th inch) or any other smaller diameter,
such as a 207½-neck, a 206-neck, and even a
204-neck or smaller so that smaller diameter
ends can be utilized in the finished package.

An important competitive objective
in the packaging industry is to reduce the
total can weight as much as possible, while
maintaining its strength and performance, in
accordance with industry requirements. For
pressurized contents, such as soft drinks or
beer, the integral bottom end wall of the
container usually has the same metal thickness
gauge as the initial disc and the side wall is
reduced through a drawing and ironing process
to a thickness approaching one-third of the
thickness of the original metal disc.
Accordingly, to minimize overall weight, the
can top or end panel that forms the second
piece of the two-piece can is made as
diametrically small as possible, while still
maintaining the structural integrity of the
container, the functionality thereof, and an
aesthetically-pleasing appearance.

In the manufacture of containers of
this type, a sheet of stock material of

CCS0003028

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

A93

4

predetermined thickness is fed to a cupping
press, wherein circular discs are cut from the
stock material and are transformed into cups
having a diameter which is considerably larger
than the ultimate diameter of the finished
container.

The preformed cups are then
transferred to a container-forming apparatus,
commonly referred to as a "bodymaker", wherein
the cup is aligned with a punch carried on a
reciprocable ram which cooperates with a
plurality of spaced ironing dies and a doming
mechanism located at the end of the path of
the punch.  During the forming process, the
punch initially cooperates with a redraw
assembly in which the shallow cup is redrawn
to a smaller diameter that has an internal
diameter approximately equal to the internal
diameter of the ultimately-finished container
and a height that is greater than the height
of the original cup.

Each cup then passes through a
series of ironing dies having progressively
reduced diameters so that the side wall of the
container is progressively reduced in
thickness, while the height of the container
increases.  At the end of the stroke for the
punch or ram, the end of the container is
forced into a predetermined configuration to

CCS0003029

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

A94

form an integral end wall that has a central
inwardly-domed panel and a specially-
configured peripheral annular bead or support
portion.  The drawn and ironed container is
then trimmed to a selected height and coated
and labeled, and a reduced tapered neck is
produced on the open end.

        To produce a container that can be
price competitive and yet meet the rigid
industry requirements, particularly for
pressurized contents, such as beer and
carbonated beverages, the Assignee of the
present invention has developed a die necking
operation for sequentially reducing the upper
open end of the container to a smooth die neck
configuration.  This is done through a
plurality of steps until the desired reduction
for an end, such as a 206- or 204-end, is
achieved.  This process is disclosed in U.S.
Patent No. 4,774,839, incorporated herein by
reference.  A container of the type having a
bottom profile, such as disclosed in U.S.
Patent No. 4,685,582, and a smooth die neck
configuration illustrated in the above-
referenced patent has increased strength
characteristics and the overall aesthetic
appearance has been enhanced.

        In order to further enhance the
overall appearance of the two-piece drawn and

CCS0003030

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

6

ironed container, it has also been proposed to
deform the container side wall to produce a
fluted appearance, such as disclosed in U.S.
Patent Nos. DES 283,011 and DES 290,688.

Summary of the Invention
        According to the present invention,
a unique drawn and ironed container has been
developed which can be formed from a minimum
amount of stock material and yet be capable of
meeting all of the strenuous requirements for
such containers that are particularly adapted
for use in the beer and beverage industry.
        More specifically, the container of
the present invention can be formed from a
stock material, preferably an aluminum flat
disc having a thickness of less than 0.0120
inch and meet the minimum crush and buckle
requirements of 250 pounds and 90 psi,
respectively.
        The container, which is formed from
a flat metal disc, preferably aluminum,
includes a bottom wall that has a thickness
substantially equal to the thickness of the
stock material and a reduced side wall
thickness that is on the order of 1/3 the
thickness of the stock material, with the
bottom wall having a central inwardly-domed
panel connected to the side wall through a

CCS0003031

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

WO 91/11275

7

PCT/US90/00451

countersink that has outer and inner,
generally flat, substantially vertical walls.

The side wall of the container has a
plurality of circumferentially-spaced,
axially-extending, inwardly-deformed panel
segments. The panel segments are formed
between substantially axial lands or arcuate
segments that are co-terminus with the
remainder of the side wall and opposite ends
of the panel segments merge smoothly with the
side wall adjacent opposite ends thereof. The
panel segments are located within the confines
of the side wall between the juncture of the
countersink at the bottom and the juncture of
the inwardly-tapered neck at the upper open
end of the container.

According to one aspect of the
invention, the panel segments are formed in
the side wall in a continuous process through
an apparatus that includes a turret mounted
for fixed rotation on a support column. The
turret has a plurality of identical deforming
stations circumferentially spaced around the
periphery thereof. Each deforming station
includes a support mandrel supported for
rotation about a fixed axis on the turret and
has an axially-aligned loading mechanism for
loading the container onto the support
mandrel. Each station also incorporates a

CCS0003032

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

8

compressible impression mandrel that is
mounted on the turret adjacent the support
mandrel for movement into and out of pressure
contacting engagement with the support mandrel
to deform a container therebetween.

According to another aspect of the
invention, a pair of adjacent impression
mandrels are mounted on a common support
shaft. The support shaft is rotated on the
fixed axis on the turret to simultaneously
pivot two impression mandrels into and out of
pressure contacting engagement with an
associated support mandrel.

The support mandrel has a plurality
of circumferentially-spaced pockets formed
between adjacent lands. Each pocket has
opposite edges which are defined by generally
radial walls that extend inwardly from the
outer wall and terminate in a bottom wall that
defines a generally chordal segment between
adjacent lands. The opposite ends of the
bottom wall of the respective pockets are
smoothly tapered to merge with the periphery
of the support mandrel. This defines a smooth
transition between the bottom wall of the
pocket and the periphery of the mandrel.

Preferably, the pockets are
positioned on the mandrel such that the panel
segments are formed in the side wall of the

CCS0003033

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

A98

container between the juncture of the bottom
wall and the tapered neck at opposite ends of
the side wall.

According to one further aspect of
the present invention, the support mandrel and
impression mandrel at each station are driven
in synchronized relation.  This defines a
common speed for the peripheral surfaces of
the respective mandrels.  The drive mechanism
for the impression mandrel incorporates a
frictional drive arrangement to accommodate
any required differences in peripheral
velocity because of compression of the
periphery of the impression mandrel during
pressure contact with the support mandrel.

In the method of operating the
apparatus for deforming the container having
the superior characteristics described above,
containers are sequentially fed from a source
to respective support or loading means at each
of the stations on the turret and are cammed
onto the respective support mandrels by
suitable cams interposed between the support
and the turret.  Also, the respective
impression mandrels are pivoted through a
suitable cam mechanism to produce pressure
contact engagement between the impression
mandrel and associated support mandrel at each

CCS0003034

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

of the stations while both mandrels are
continuously rotated through a common drive.

A control slippage is provided
between the common drive and each impression
mandrel to accommodate compression of the
impression mandrel.

Brief Description of Drawings

FIG. 1 is a plan top view with parts
thereof broken away showing the processing
apparatus constructed in accordance with the
present invention;

FIG. 2 is a side elevation view of
the apparatus shown in FIG. 1;

FIG. 3 is a side view of the
apparatus as viewed along line 3-3 of FIG. 2;

FIG. 4 is a fragmentary plan view of
a pair of impression mandrels forming part of
the apparatus of FIG. 3;

FIG. 5 is a cross-sectional view as
viewed along line 5-5 of FIG. 4;

FIG. 6 is a schematic top plan view
of the various stations of the apparatus shown
in FIG. 1 showing the relationship of the
impression mandrels in association with a pair
of forming or support mandrels at one
processing station;

CCS0003035

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

11

FIG. 7 is a fragmentary side view showing the details of one of the processing stations as viewed along line 7-7 of FIG. 6;

FIG. 8 is a cross-sectional view as viewed along 8-8 of FIG. 7, with a section of a can wall showing the co-action of the impression mandrel and support mandrel;

FIG. 9 is a fragmentary cross-sectional view showing the apparatus utilized for reforming the container bottom wall;

FIG. 10 is an enlarged fragmentary cross-sectional view similar to FIG. 9;

FIG. 11 is a perspective view of the finished container after the necking and flanging operations;

FIG. 12 is a perspective view of the forming mandrel;

FIG. 13 is a cross-sectional view as viewed along line 13-13 of FIG. 12; and,

FIG. 14 is a cross-sectional view as viewed along line 14-14 of FIG. 12.

Detailed Description

While this invention is susceptible of embodiments in many different forms, there is shown in the drawings and will herein be described in detail preferred embodiments of the invention with the understanding that the present disclosure is to be considered as an

CCS0003036

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

exemplification of the principles of the
invention and is not intended to limit the
broad aspect of the invention to embodiments
illustrated.

FIG. 1 of the drawings discloses a
container-processing apparatus, generally
designated by reference numeral 20, consisting
of a base 22 (FIG. 2) that has a center
upstanding post or column 24 which supports a
rotatable turret 26. The turret 26 is rotated
about the center support means or column 24
through a drive means 28 mounted on the base
22. The turret 26 has a plurality of
substantially identical processing stations 30
mounted on the periphery thereof, there being
twelve such stations illustrated in FIGS. 1
and 2, but the number thereof can readily be
increased or decreased to correlate with a
manufacturing facility.

Conventional two-piece drawn and
ironed containers prior to necking and
flanging are delivered to the processing
apparatus 20 through an infeed mechanism 32
and are removed from the processing apparatus
through a discharge mechanism 34. The infeed
mechanism 32 includes a conventional star
wheel 36 that has a plurality of peripheral
pockets 38 for receiving containers from a
continuously-moving conveyor 40 for delivery

CCS0003037

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

13

to each of the processing stations 30.
Preferably, the feed apparatus 32 includes a
guide rail 42 which guides the containers
along a stationary plate 44 to be picked up at
each of the stations 30, as will be described
later.

Likewise, the discharge mechanism 34
includes a second star wheel 46 that again has
pockets 48 for receipt of the processed or
fluted containers from each of the stations 34
for ultimate delivery to the continuously-
moving conveyor 40 where they will be
transported for further processing. The
discharge mechanism 34 again has an arcuate
guide plate 49, as shown in FIG. 1. The
processed containers are withdrawn from
processing stations 30 by star wheel 46 and
are guided along support plates 44 to conveyor
40.

As shown in FIGS. 1 and 2, each
station 30 incorporates a support mandrel 50,
a platform 52 mounted on a piston rod 53 and
an impression mandrel 54 (FIG. 2). Platform
52 is supported on piston rod 53 which is
vertically reciprocated in an opening in the
turret 26 through a known type of cam
mechanism (not shown). The cam mechanism for
moving the platforms 52 between the lowered
and the raised positions may be of the type

CCS0003038

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

14

shown in U.S. Patent No. 4,519,232,
incorporated herein by reference.

Thus, a container C is delivered
from feed mechanism 32 to a platform 56 while
the platform is in the lowered position, shown
to the left of the extended platform in FIG.
2, and the platform is raised through a cam
drive mechanism to introduce or load the
container onto the support mandrel 50. The
loading mechanism 52, 53 may incorporate a
vacuum source (not shown) for holding the
container on the platform 52 prior to being
received onto the support mandrel 50.

The support mandrel 50 and
impression mandrel 54 are continuously driven
in synchronized manner through a common drive
mechanism (FIG. 1) which includes a central
fixed drive gear 60 that is supported on the
upper end of the stationary column 24 and is
in mesh with a plurality of driven gears 62.
The driven gears 62 are in driving engagement
with the gears 64 that are mounted on support
shafts 66 which have the support mandrels 50
mounted on the lower end thereof. In
addition, each driven gear 64 is in mesh with
an associated gear 70 mounted on a support
shaft 72 which supports an impression mandrel
54. Thus, by proper selection of gear
diameters and ratios, the shafts 64 and 72 are

CCS0003039

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

driven at a common speed and thus drive the
mandrels 50 and 54 at a common speed, for a
purpose to be explained later.

According to one aspect of the
invention, the respective impression mandrels
are designed to be moved into and out of
pressure engagement with the support mandrels
50, while the turret 26 is rotating and the
mandrels 50, 54 are being positively driven to
deform the container C between the respective
mandrels, as will be described later.

According to one aspect of the
invention, a pair of adjacent impression
mandrels 54 are supported on a common support
mechanism and are moved simultaneously by a
simplified cam drive mechanism, which will now
be described, with particular reference to
FIGS. 4 and 5.

As shown therein, the support
mechanism for the impression mandrels 54
includes a support shaft 80 that is mounted on
turret 26 between an adjacent pair of
processing stations 30. The support shaft 80
has a pair of arms 82 extending therefrom and
the arms are secured to the support shaft 80
through suitable set screws (not shown) at a
desired angular relation, as will be explained
later.

CCS0003040

Crown Packaging, et al. v. Rexam
USDC District of DE CA 05-608

16

Each of the arms 82 has a hollow
support sleeve 84 secured to the outer free
end thereof, which in turn supports shaft 72
having the impression mandrel 54 supported at
its lower end. Preferably the shafts 72 are
segmented and include an upper segment 72a
that has gear 70 affixed thereto and a lower
portion 72b which supports the mandrel 54.
Suitable bearings 86 are interposed between
the shafts 72 and the hollow support members
84 with spacer sleeves 87 interposed
therebetween, as shown in FIG. 5.

Each impression mandrel 54
preferably includes a center rigid core 90
which supports a deformable or compressible
outer member 92 that is preferably formed of a
polyurethane material or suitable equivalent.

In one embodiment of the invention,
the impression mandrel 54 is mounted on lower
support shaft portion 72b through a frictional
drive arrangement to accommodate a controlled
velocity or speed differential between the
impression mandrel and the support mandrel
rather than the common or uniform speed
described above. As shown in FIG. 5, the
lower shaft portion 72b has a spacer collar 94
that is interposed between bearings 86 and the
rigid core 90 and the impression mandrel is
forced against the collar 94 through a

CCS0003041

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

17

threaded fastener 96 that is received into a threaded opening 97 formed in the lower end of the lower support shaft 72b. A spring washer 99 is interposed between the upper end of the core 90 and the lower edge of collar 94.

Thus, the amount of frictional drag created between the hollow core 90 and the shaft 72b can be accurately controlled by proper torque applied to the fastener 96, which will compress spring washer 99 to produce the desired frictional drag. This will provide a controlled differential speed between the positively gear driven support mandrel 52 and the impression mandrel 54. Additional frictional force can be produced by proper dimensioning of the shaft 72b with respect to the core 90.

According to the primary aspect of the present invention, the support mandrel is configured and designed such that the container side wall is deformed in the support mandrel by the pressure of the impression mandrel to produce a plurality of chordal segments deformed inwardly from the original side wall of the container. Thus, as shown in FIGS. 12, 13 and 14, the support mandrel 50 includes a hollow circular core 100 which has a circular peripheral surface 102 that has a diameter substantially equal to the internal

CCS0003042

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

18

diameter of the container side wall. A
plurality of circumferentially-spaced axially-
extending pockets 104 are formed in the
surface 102 of the support mandrel 50, such as
by machining, after the mandrel has been
finished to a cylindrical configuration
conforming to the inner diameter of the
container.

More specifically, the respective
pockets 104 are formed by machining a segment
from the surface of the support mandrel 50
between adjacent pairs of lands 106. Lands
106 have an outer surface 102a conforming to
the radius of surface 102 of the core 100 and
have flat side walls 108 interconnected by a
flat bottom wall 109 that defines a chordal
surface 104a between lands 106. The flat side
walls 108, which preferably extend radially
from the axis of the core 100, intersect with
surfaces 102a to form sharp edges 108a. As
more clearly shown in FIG. 14, the cross-
segment configuration of each land is
approximately square and has a depth of
approximately 0.030 inch and a width of
approximately 0.030 inch. In the exemplary
embodiment, the support mandrel is designed to
produce a can or container that has what may
be referred to as 30 equally spaced flutes

CCS0003043

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

A108

formed in the side wall of the container, as
more clearly shown in FIG. 11.

For such an embodiment, the center-
to-center spacing between an adjacent pair of
lands 106 is about 12° and thus the depth of
the pocket 104 is approximately 0.030 inch.
As shown in FIG. 13, the opposite ends of the
pockets 104, more specifically the bottom
walls 109, are flared at 109a to merge through
a smooth transition with the outer surface 102
of the support mandrel 50. The function and
operation of the pockets 104 will be described
in detail in connection with the operation of
the apparatus that will be described later.

As explained more fully above, each
impression mandrel 54 cooperates with the
support mandrel 50 to deform the side wall of
the container to a plurality of what is
referred to as "chordal segments" interposed
between arcuate segments having a diameter
equal to the diameter of the side wall of the
container. For this purpose, the impression
mandrel 54 is supported for movement into and
out of engagement with the can body on the
support mandrel 50 during rotation of the
turret 26 about the support column 24.

For this purpose (FIG. 1), the upper
end of the column 24 has a stationary cam 110
affixed thereto which has a peripheral camming

CCS0003044

Crown Packaging, et al. v. Rexam
USDC District of DE CA 05-608

WO 91/11275                                    PCT/US90/00451

20

surface 112. The peripheral camming surface
112 cooperates with a cam follower 114 that is
mounted on an arm 116 which is secured to the
upper end of the support shaft 80. Thus,
rotation of the turret 26 will cause the cam
followers to follow the cam surface 114 and
will pivot the support shaft 80 about its
support axis. This pivots the support arms 82
along with the impression mandrels 54 into and
out of pressure engagement with a can body C
on the associated support mandrels 50 during
each cycle of rotation of the turret.

The operation of the apparatus will
now be summarized. Open-topped drawn and
ironed containers are delivered from conveyor
40 to the stations 30 by infeed mechanism 32.
The containers are received on platforms 52
and are loaded onto support mandrels 50 at
each station while the turret 26 and support
mandrels 50 are rotating.

The impression mandrels 54, which
are positively driven through the support
mandrels, are then cammed into pressure
contact by pivoting shafts 80 through cam 112
and arms 116 to engage the can body and deform
the container side wall. During this
deformation, crease lines are formed in the
container side wall by the sharp edges 108a of

CCS0003045

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

the lands or ribs 106 and chordal segments are formed between the crease lines.

The amount of deformation of the chordal segments is controlled by varying the engagement pressure between the impression mandrel and the support mandrel. This in turn is controlled by angular adjustment of the arms 82 on shaft 80. Since the effective diameter of the compressible outer members 92 of impression mandrels 54 varies with the pressure between the mandrels, the frictional drive between shaft 72 and mandrel 54, more specifically spring washer 99 and core 90, will adjust the peripheral speed of the impression mandrel with the peripheral speed of support mandrel so that these speeds are synchronized.

The deformed side wall 129 of the container thus takes a configuration that is illustrated in FIG. 11 in which a plurality of deformed segments 130 are defined between adjacent lands or arcuate segments 132. The arcuate segments 132 have a peripheral arcuate configuration that conforms to the arcuate configuration of the container side wall. Opposite edges of the deformed segments 130 are defined by crease lines 132a produced by the sharp edges 108a of mandrel 50.

CCS0003046

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

The container also has a reduced neck 134 and an outwardly-directed flange 136 formed thereon through the die necking process, disclosed in the '839 patent discussed above and a bottom profile referred to as an ANC-1A bottom profile, illustrated in the above '582 patent, both incorporated herein by reference.

The finished drawn and ironed container shown in FIG. 11 fluted with the above apparatus showed enhanced physical properties hereto not experienced in conventional drawn and ironed containers that are presently being utilized on a commercial scale. In fact, containers incorporating the fluted side wall exhibit significantly greater crush strength than identical fluted containers without the fluted side wall. Moreover, these containers were formed from reduced thickness stock material or discs having the same cut edge diameter as prior discs.

In comparison of crush strength, identical fluted containers formed from an aluminum stock material or disc having a thickness of 0.0119 inch to a reduced side wall having a thickness of approximately 0.0045 inch were compared with unfluted side

CCS0003047

Crown Packaging, et al. v. Rexam
USDC District of DE CA 05-608

A112

wall (round) containers exhibited the
following crush characteristics.

#### TABLE 1

| Empty Can Crush Strength (lbs.) | | Thickness Side Wall | |
|---|---|---|---|
| Round Std. Neck | Fluted Std. N. | Round | Fluted |
| Min. 298 | 335 | 0.0044 | 0.0044 |
| Max. 337 | 337 | 0.0045 | 0.0046 |
| Avg. 318 | 336 | 0.0044 | 0.0045 |

The above data clearly demonstrates
that the fluted containers exhibited extremely
uniform crush strength that averaged 336
pounds, which is significantly greater than
the required minimum of 250 pounds. It was
also determined that identical unfluted round
side-walled containers crushed onto the lower
body while the fluted containers failed by
bulging out just above the juncture between
the side wall and the bottom profile. While
not fully explored, it appears that the flared
end of the chordal segment 130 adjacent the
juncture with the integral bottom wall
enhances crush strength for the containers.

These containers were formed to the
following parameters:

CCS0003048

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

WO 91/11275                                                        PCT/US90/00451

24

FLUTED CAN CAPACITY
206/211 x 413 ANC-1A DIE NECKED "A" NECK

| Can Description | Can Height | Dome Depth | Head Space | Overflow Capacity |
|---|---|---|---|---|
| Round Std. Neck | 4.818 | .384 | .499 | 13.17 |
| Fluted Std. Neck | 4.814 | .380 | .475 | 13.15 |

Identical containers were also subjected to a single can drop test after having been filled with commercial soft drink beverage product. The single can bottom drop test is performed to evaluate bottom wall resistance to dome eversion when cans are dropped onto the integral bottom end wall. The testing apparatus consists of a four-foot tube securely attached to a solid steel base and the cans are dropped from various heights until dome eversion occurs.

Twenty-four cans, fluted and unfluted (control) cans were drop-tested and the control cans showed a "rocker" failure at about a twenty-nine inch drop, while the fluted cans did not experience any "rocker" failures at the four-foot maximum drop. A "rocker" failure occurs when the profiled bottom wall of the containers everts to the point where the container is no longer stable when placed on a flat surface. These containers were filled with Classic Coke® soft

CCS0003049

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

WO 91/11275                                    PCT/US90/00451

25

drink and were dropped onto a 150 lb. "B"
flute test board at a temperature of 76°F.

Fluted and control cans were filled
with Diet-Caffeine Free-Coke and were drop-
tested onto a Mead 0.024 inch chipboard
overwrap at 76°F.  The control containers
experienced "rocker" failure at about an 8
inch drop while the fluted containers
experienced "rocker" failure at about a 23
inch drop.

Thus, it has been conclusively
established that the fluted containers have
significantly improved crush resistance, which
has minimal variation from container to
container.  Also, fluted containers have
significantly greater resistance to dome
eversion, i.e., they are more capable of
absorbing hydraulic shock.

While the parameters have not been
fully explored, it is believed that the fluted
containers also improve filled container
buckle resistance when products are subjected
to elevated temperatures during storage in hot
climates.  Also, the fluted containers
eliminate "gull winging", which can lead to
crushed containers during filling and end
seaming operations.  "Gull winging" is a
slight imperfection in the container side wall

CCS0003050

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

26

which produces a wave in the side wall during
the container-forming operation.

Another factor that appears to be of
significant importance is the length of the
flute in the side wall and its relation to the
juncture between the side wall and the tapered
neck, as well as the integral bottom wall.
Opposite ends of the flutes, i.e., the chordal
panel segments, should be as close as possible
to the junctures but should not intersect with
the junctures. It has been determined that a
spacing of about 0.050 inch of the ends of the
flutes from the junctures produces an ideal
container. However, these dimensions can
readily be varied independently or jointly
without any significant departure from the
spirit of the invention.

The above tests also show that the
containers exhibits significantly greater
resistance to internal pressure without any
damage to the container. The flutes
incorporated into the side wall have the
ability to absorb a significantly greater
amount of hydraulic shock when the containers
were dropped in standard drop tests. It is
believed that the internal pressure build-up
will have a tendency for the chordal portions
between the lands of the side wall to revert
back to the general arcuate configuration of

CCS0003051

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

27

the container side wall and thereby provide
greater resistance to pressure increase
without any damage to the container side wall.
It has also been determined that the internal
pressure thereof, because of the flutes, can
be greater without any significant effect on
the domed end wall of the container, i.e.,
without any significant degree of container
growth or dome reversal.

Actual tests have shown that the
stock material metal thickness of the discs
for forming the aluminum drawn and ironed
containers can be further reduced without any
sacrifice in strength characteristics of the
container. For example, tests have shown that
the stock material can readily be reduced to a
thickness of 0.0118 inch and possibly
significantly below that level without
sacrificing the strength characteristics for
the container.

While the parameters have not been
fully explored, it is believed that the
greater the length of the flutes between the
domed end wall and the reduced diameter neck,
the better performance characteristics can be
expected. Thus, it is anticipated that the
arcuate ends of the pockets 130 formed in the
side wall of the container merge with the side
wall just inwardly of the crease line, which

CCS0003052

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

defines the demarcation of the side wall into
the reduced neck 134, as well as the bottom
137.

Additional tests were conducted to
confirm the feasibility of reducing side wall
thickness in containers while maintaining
minimum performance characteristics for fluted
containers.

These tests were conducted to
actually determine the amount of abuse that
the side wall of the container could absorb
before damage occurred to the side wall
without regard to any rolling or disfiguration
of the dome or any collapsing in the neck area
of the container.

Drawn and ironed aluminum containers
were formed on commercial D&I machinery from
discs of 0.0120 aluminum stock. These
containers were conventional twelve-ounce
containers having a 211-side wall diameter and
a 413-height with a reduced 206-neck for a
206-end. The container side walls were
reduced to an average thickness of 0.0039
inch. Control containers were tested and
compared with containers that had been fluted
in accordance with the teachings of the
present invention.

CCS0003053

Crown Packaging, et al. v. Rexam
USDC District of DE CA 05-608

29

These containers produced the following results for crush strength in pounds:

| | Control Container | | Fluted Body | |
|---|---|---|---|---|
| | Vertical Crush | Offset Crush | Vertical Crush | Offset Crush |
| Min. | 214 | 76 | 272 | 74 |
| Max. | 293 | 80 | 313 | 76 |
| Avg. | 249 | 78 | 299 | 76 |

These fluted containers also showed an average elongation (container growth) at peak load of about 0.04 inch, while the control containers showed an average elongation of 0.03 inch.

While the dome depth for these containers was below the acceptable minimum of 0.380 inch, i.e., dome depth was about 0.363 inch, these containers were tested to determine container growth in relation to internal pressure and minimum acceptable buckle pressure (psig). The following test results were recorded:

CCS0003054

Crown Packaging, et al. v. Rexam
USDC District of DE CA 05-608

A119

Dome Growth and Buckle

| Body Variable | Sample | Dome Depth | Dome Depth After PSIG | | | | | Buckle |
|---|---|---|---|---|---|---|---|---|
| | | | 75 | 80 | 82 | 85 | 90 | |
| Fluted | 1 | .363 | .006 | .011 | .050 | .043 | .055 | 94 |
| | 2 | .363 | -- | -- | -- | .049 | .069 | 95 |
| Round | 1 | .363 | .004 | .009 | .028 | .047 | .063 | 95 |
| | 2 | .363 | -- | -- | -- | .048 | .066 | 95 |
| AIM | | .380 +/-.0004 (AIM-1A) | -- | -- | -- | -- | .045 MAX | .064 MAX | 90 MIN |

These containers exhibited unacceptable growth due to worn tooling and/or thermal stress. However, these test results show that fluting the side wall will allow side wall thickness reduction without sacrificing performance characteristics, such as crush strength, container growth, or resistance to buckling.

According to one further aspect of the invention, the container that has been formed in accordance with the teachings above and is disclosed in FIG. 11 has even more significantly improved performance characteristics by reforming the bottom end wall of the container from the initial configuration, as disclosed in the above-mentioned '582 patent. Thus, as shown in

CCS0003055

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

A120

FIGS. 9 and 10, after the fluted container has been necked and flanged and has been internally spray coated and externally printed, the bottom profile, more specifically the countersink or chime area of the bottom wall, is reshaped by reforming the inner wall of the countersink to further improve buckle resistance and decrease can growth. This particular process would also allow further reduction in stock metal thickness without any change in the cut edge diameter of the initial disc.

Thus, as shown in FIG. 9, the finished drawn and ironed container of FIG. 11 is supported in a suitable jig 150 that has an internal opening 152 which corresponds to the outer peripheral diameter of the container C. The jig has a lower profile portion 154 that conforms to the countersink wall portion of the bottom wall of the container, as originally formed in accordance with the process disclosed in the '582 patent.

A plug 156 is inserted into the upper end of the opening and securely held in the top of the container. The bottom peripheral profile 154 of the jig 150 is in extended contact with the container bottom 137. A reforming roller 160 is brought into engagement with the outside of the domed end

CCS0003056

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

32

162 of the container and is supported on a shaft 164 that is designed to be rotated along an arcuate path around the center axis for the container C. The roller has a peripheral configuration 166 which defines a substantially vertical upwardly and outwardly tapered wall having a generally arcuate upper portion 168 so that the inner wall 170 of the countersink is reformed to a more vertical profile while the dome 162 is stretched to a small degree. The outer wall 172 is held to its original configuration. Alternatively, the outer wall could also be reformed with the inner wall.

It has been found that this reforming operation significantly improves buckle resistance and decreases the amount of can growth, i.e., the amount that the bottom end wall is elongated when pressure is applied internally of the container.

Thus, in summary, the container produced according to the method and apparatus of the present invention has been found to have significantly greater column strength; i.e., resistance to crushing by vertical loads applied to the container side wall, has significantly less container growth during internal pressurization, and also has improved buckle resistance. The container constructed

CCS0003057

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

A122

in accordance with the present invention has
been found to be capable of being produced
from stock flat disc material having a
significantly reduced thickness.

While the specific embodiments have
been illustrated and described, numerous
modifications come to mind without
ignificantly departing from the spirit of the
invention and the scope of protection is only
limited by the scope of the accompanying
Claims.

CCS0003058

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

34

## CLAIMS

1.    A method of processing a drawn and ironed open-ended container having a dome-shaped bottom wall merging with a cylindrical side wall through a generally U-shaped annular support member including a rotating turret (26) having a plurality of peripheral stations (30) with each station having a rotating rigid mandrel (50) and loading means (52, 53) for loading a container onto said mandrel, said mandrel having a peripheral surface (102) conforming generally to an inner diameter of said container and having spaced pockets (104) formed therein, each station including an impression mandrel (54) associated therewith, the steps of introducing containers to said loading means at each station and introducing said container onto said rigid mandrel, moving said impression mandrel into pressure engagement with said rigid mandrel to grip said container therebetween, and driving said rigid mandrels and said impression mandrels to deform said side walls of said containers into said pockets.

CCS0003059

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

A124

WO 91/11275                                        PCT/US90/00451

35

2.    A method as defined in Claim 1, in which said pockets extend axially of said rigid mandrel and have opposed edges (122a), including the further step of deforming said side wall into said pockets to produce crease lines along said opposed edges and generally chordal segments between said edges.

3.    A method as defined in Claims 1 or 2, including the further step of providing a support (80, 82) between an adjacent pair of stations with an adjacent pair of impression mandrels supported thereon, and pivoting said support to simultaneously produce pressure engagement between said adjacent pair of impression mandrels and an adjacent pair of rigid mandrels.

4.    A method as defined in Claims 1, 2 or 3, in which said U-shaped annular support member includes an outer wall and an inner wall merging with an inwardly-domed center panel, including the further step of reforming said inner wall of said U-shaped annular support member to reshape said inner wall to a more vertical configuration and expand said center panel.

CCS0003060

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

36

5.    A method as defined in Claims 1, 2, 3 or 4, in which said impression mandrels are cammed into pressure engagement with said rigid mandrel.

CCS0003061

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

A126

6. Apparatus for processing
drawn and ironed containers, having a
cylindrical side wall integral with a bottom
wall that includes a inwardly-domed center
panel surrounded by a U-shaped annular
support member comprising a turret (26)
rotated about a fixed support (24) and
having a plurality of peripheral processing
stations (30); each processing station
including a rigid mandrel (50) rotated about
a fixed axis with pockets (104) on the
periphery thereof, and means (52, 53) for
inserting containers onto said rigid
mandrel, each station also including an
impression mandrel (54) cooperating with
said fixed mandrel; support means (80, 82)
on said turret between an adjacent pair of
stations, said support means including a
support shaft (80) having a pair of support
arms (82) extending therefrom with an
impression mandrel rotatable on each arm;
drive means (110-116) interposed between
said fixed support and said support shaft
for producing pressure engagement between
each rigid mandrel and associated depression
mandrel, and synchronized drive means (60,

CCS0003062

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

38

62, 64, 70) between said fixed support and
each mandrel to rotate all of said mandrels
at a common speed and deform the side walls
of said containers between said mandrels
into said pockets.

     7.    Apparatus as defined in
Claim 6, further including means (96, 99)
for varying the speed of said impression
mandrel with respect to said support mandrel
as a function of the effective diameter
thereof.

CCS0003063

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

8.    Apparatus for processing side
walls of cylindrical drawn and ironed metal
containers to increase the strength thereof,
comprising a turret (26) rotatable about a
fixed support (24) and having a plurality of
processing stations (30) thereon, each
processing station including a support
mandrel (50), an impression mandrel (54)
movable into and out of engagement with said
support mandrel, and loading means (52, 53)
for introducing a container onto said
support mandrel, characterized by said
support mandrel including a rigid core (100)
having a peripheral surface (102) conforming
generally to an inner diameter of the
container side walls and having a plurality
of axially-extending, circumferentially-
spaced pockets (104) formed therein, each
pocket having opposed axial edges (108a) and
a bottom wall (109) with said bottom wall
having flared ends (109a) that produce a
smooth transition with said peripheral
surface so that said side wall of said
container is deformed into said pockets by
said impression mandrel to produce generally
chordal segments between crease lines
defined by said edges and thereby strengthen
said side wall.

CCS0003064

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

9.    A drawn and ironed metal
container formed from a flat metal disc
having a predetermined thickness and
including a bottom wall (137), a cylindrical
side wall and reduced smoothly-tapered neck
(134) between said side wall and an open
end, said bottom wall having a central
inwardly-domed panel with an annular
countersink having an inner wall integral
with a peripheral of said inwardly-domed
panel and an outer wall integral with said
side wall, said side wall having a plurality
of inwardly-deformed panel segments (130)
between adjacent arcuate segments (132) that
are an integral part of said side wall, said
chordal segments having opposite ends that
flare through a smooth transition with said
side wall at a location spaced from the
juncture of said smoothly-tapered neck and
said bottom wall with said side wall.

10.    A drawn and ironed metal
container as defined in Claim 9, in which
said predetermined thickness is less than
0.0120 inch and said side wall has a
thickness of about one-third said
predetermined thickness.

CCS0003065

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

11.  A drawn and ironed metal container as defined in Claim 9, in which said metal is aluminum and has a 211-diameter and each of said arcuate segments spans an arcuate distance of about 0.030 inch and there are about 30 equally-spaced arcuate segments.

CCS0003066

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

42

## AMENDED CLAIMS

[received by the International Bureau on 22 May 1991 (22.05.91);
new claims 12-28 added; other claims unchanged (8 pages)]

           12.  A method of processing a
metal open-ended container having a bottom
wall which includes a countersink with an
inner and outer wall each having initial
5    profiles, the process comprising:

        (a)   reforming the inner wall of
            the countersink to a profile
            more vertical than its
            initial profile.

           13.  The method of Claim 12,
including reforming the outer wall of the
countersink to a profile more vertical than
its initial profile.

           14.  A method of processing a
metal open-ended container having a bottom
wall which includes a countersink with an
inner and outer wall each having initial
5    profiles, the process comprising:

        (a)   necking the open end of the
            container;
        (b)   flanging the open end of the
            container;
10      (c)   reforming the inner wall of
            the countersink to a profile
            more vertical than its
            initial profile.

           15.  The method of Claim 14,
including reforming the outer wall of the
countersink to a profile more vertical than
its initial profile.

CCS0003067

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

16.   A method of processing a
metal open-ended container having a bottom
wall which includes a countersink with an
inner and outer wall each having initial
5    profiles, the process comprising:

      (a)   necking the open end of the
           container;

      (b)   flanging the open end of the
           container;

10    --    (c)   coating an internal surface
           of the container;

      (d)   printing on an exterior
           suface of the container; and,

      (e)   reforming the inner wall of
15              the countersink to a profile
           more vertical than its
           initial profile.

17.   The method of Claim 16,
including reforming the outer wall of the
countersink to a profile more vertical than
its initial profile.

CCS0003068

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

A133

44

18.  A method of processing a
metal container having a bottom wall and an
open end, characterized by the bottom wall
including a countersink with an inner and
5      outer wall, each having initial profiles,
the process comprising:
      (a)  supporting the container;
      (b)  engaging the inner wall of
          the countersink with a
10          reforming roller; and,
      (c)  rotating the reforming roller
          around the inner wall
          continuously until the inner
          wall is uniformly reformed to
15          a profile more vertical than
          its initial profile.

19.  The method of Claim 18,
including reforming the outer wall of the
countersink to a profile more vertical than
its initial profile.

20.  The method of Claim 18,
further characterized by the supporting step
including:
      (a)  placing the container into a
5          jig whose diameter
          corresponds to the outer
          peripheral diameter of the
          container, the jig also
          including a lower profile
10          portion that generally
          conforms to the initial
          profile of the outer wall of
          the countersink; and,
      (b)  inserting a plug into the
15          open end of the container.

CCS0003069

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

21.   Apparatus for processing a metal open-ended container having a bottom wall which includes a countersink with an inner and outer wall each having initial profiles, the inner wall having an inner
5   diameter, the apparatus comprising:

   (a)   means for holding the container in place;

   (b)   means for engaging the inner
10   wall of the countersink and applying a pressure against the inner wall until the inner wall is reformed uniformly to a profile more
15   vertical than its initial profile.

CCS0003070

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

A135

22.   The apparatus of Claim 21,
further characterized by the container
having a center axis and the means for
engaging the inner wall of the countersink
5    includes:

(a)   a shaft having a center axis,
the shaft being rotatble
along an arcuate path around
the center axis of the
10   container;

(b)   a reforming roller rotatable
on the shaft, the reforming
roller having an outer
diameter smaller than the
15   inner diameter of the inner
wall of the countersink, the
reforming roller rotating on
the center axis of the shaft
during engagment of the inner
20   wall of the countersink.

23.   The apparatus of Claim 22,
further characterized by the reforming
roller having a peripheral configuration
which defines a substantially vertical
5    upwardly and outwardly tapered wall having a
generally arcuate upper portion.

CCS0003071

Crown Packaging, et al. v. Rexam
USDC District of DE CA 05-608

WO 91/11275

47

PCT/US90/00451

24.   Apparatus for processing
containers having a center axis, a
cylindrical side wall integral with a bottom
wall which includes a countersink with an
5   inner and outer wall, each having initial
profiles, and the inner wall having an inner
diameter, comprising: a turret rotated about
a fixed support and having a plurality of
peripheral processing stations; each
10   processing station including a rigid mandrel
rotated about a fixed axis with pockets on
the periphery thereof, and means for
inserting containers onto the rigid mandrel;
each station also including an impression
15   mandrel cooperating with the fixed mandrel;
support means on the turret between an
adjacent pair of stations, the support means
including a support shaft having a pair of
support arms extending therefrom with an
20   impression mandrel rotatable on each arm;
drive means interposed between the fixed
support and the support shaft for producing
pressure engagement between each rigid
mandrel and associated depression mandrel,
25   and synchronized drive means between the
fixed support and each mandrel to rotate all
of the mandrels at a common speed and deform
the side walls of the containers between the
mandrels into the pockets; means for
30   securing the container; means for engaging
the inner wall of the countersink and
applying pressure against the inner wall
until the inner wall is uniformly reformed

CCS0003072

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

to a profile more vertical than its initial
profile.

      25.  The apparatus of Claim 24,
further characterized by the means for
engaging the inner wall of the countersink
including:

5           (a)  a shaft having a center axis,
                the shaft being rotatable
                along an arcuate path around
                the center axis of the
                container;

10         (b)  a reforming roller rotatable
                on the shaft, the reforming
                roller having an outer
                diameter smaller than the
                inner diameter of the inner

15                wall of the countersink, the
                reforming roller rotating on
                the center axis of the shaft
                during engagment of the inner
                wall of the countersink.

CCS0003073

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

A138

26.   A metal container having a
predetermined thickness and including a
bottom wall, a cylindrical side wall and
reduced diameter neck between the side wall
and an open end, the bottom wall having a
central inwardly-extending panel with an
annular countersink having an inner wall
integral with a periphery of the inwardly-
extending panel and an outer wall integral
with the side wall, the side wall, the inner
wall being cold worked from an initial
profile to a predetermined and more vertical
profile.

27.   The container of Claim 26,
further characterized by the outer wall of
the countersink being cold worked from an
initial profiel to a more vertical profile.

28.   The container of Claim 26,
further characterized by the reduced
diameter neck being smoothly tapered to the
open end.

CCS0003074

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

WO 91/11275                                    PCT/US90/00451

1/7

FIG 1



CCS0003075

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

SUBSTITUTE SHEET

A140

WO 91/11275                                                PCT/US90/00451

2/7



**SUBSTITUTE SHEET**

CCS0003076

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

A141

3/7



**SUBSTITUTE SHEET**

CCS0003077

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

A142

WO 91/11275                                                            PCT/US90/00451

4/7



_FIG 4_

_FIG 5_

CCS0003078

Crown Packaging, et al. v. Rexam
USDC District of DE CA 05-608

SUBSTITUTE SHEET

A143

WO 91/11275                                      PCT/US90/00451

5/7



FIG_6

FIG_7

FIG_8

SUBSTITUTE SHEET

CCS0003079

Crown Packaging, et al. v. Rexam
USDC District of DE CA 05-608

A144

WO 91/11275    PCT/US90/00451

6/7



FIG_9

FIG_11

FIG_10

CCS0003080

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

SUBSTITUTE SHEET

A145

WO 91/11275                                    PCT/US90/00451

7/7



FIG_12_

FIG_14_

FIG_13_

CCS0003081

Crown Packaging, et al. v. Rexam
USDC District of DE  CA 05-608

SUBSTITUTE SHEET

A146

# INTERNATIONAL SEARCH REPORT

International Application No PCT/US 90/00451

## I. CLASSIFICATION OF SUBJECT MATTER (If several classification symbols apply, indicate all)

According to International Patent Classification (IPC) or to both National Classification and IPC

IPC⁵: B 21 D 51/26, B 21 D 22/10

## II. FIELDS SEARCHED

Minimum Documentation Searched

| Classification System | Classification Symbols |
|---|---|
| IPC⁵ | B 21 D |

Documentation Searched other than Minimum Documentation
to the Extent that such Documents are Included in the Fields Searched

## III. DOCUMENTS CONSIDERED TO BE RELEVANT

| Category | Citation of Document, with indication, where appropriate, of the relevant passages | Relevant to Claim No. |
|---|---|---|
| Y | US, A, 4316375 (REYNOLDS METALS COMP.) 23 February 1982 see the whole document -- | 1,2,5-11 |
| Y | US, A, 4578976 (NATIONAL CAN COMP.) 1 April 1986 see column 4, lines 56-68; column 5; column 6, lines 1-59; figure -- | 1,2,5-11 |
| A | US, A, 4685582 (NATIONAL CAN COMP.) 11 August 1987 (cited in the application) -- | |
| A | US, A, 4519232 (NATIONAL CAN COMP.) 28 May 1985 (cited in the application) -- | |
| A | EP, A, 0351560 (ELPATRONIC) 24 January 1990 ./. | |

* Special categories of cited documents:
"A" document defining the general state of the art which is not considered to be of particular relevance
"E" earlier document but published on or after the international filing date
"L" document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified)
"O" document referring to an oral disclosure, use, exhibition or other means
"P" document published prior to the international filing date but later than the priority date claimed

"T" later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention
"X" document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step
"Y" document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art.
"&" document member of the same patent family

## IV. CERTIFICATION

| Date of the Actual Completion of the International Search | Date of Mailing of this International Search Report |
|---|---|
| 24th September 1990 | 15 OCT. 1990 |

| International Searching Authority | Signature of Authorized Officer |
|---|---|
| EUROPEAN PATENT OFFICE | MISS T. TAZELAAR |

Form PCT/ISA/210 (second sheet) (January 1985)

CCS0003082

Crown Packaging, et al. v. Rexam
USDC District of DE CA 05-608

A147

International Application No  PCT/US 90/00451 -2-

| III.  DOCUMENTS CONSIDERED TO BE RELEVANT  (CONTINUED FROM THE SECOND SHEET) | | |
|---|---|---|
| Category * | Citation of Document, *** with indication, where appropriate, of the relevant passages | Relevant to Claim No. |
| A | EP, A, 0298230 (ELPATRONIC)<br>11 January 1989 | |

Form PCT/ISA 210(extra sheet)  (January 1985)

CCS0003083

Crown Packaging, et al. v. Rexam<br>USDC District of DE  CA 05-608

A148



US005325696A

# United States Patent [19]

## Jentzsch et al.

| [11] | Patent Number: | 5,325,696 |
|---|---|---|
| [45] | Date of Patent: | Jul. 5, 1994 |

[54] **APPARATUS AND METHOD FOR STRENGTHENING BOTTOM OF CONTAINER**

[75] Inventors: **K. Reed Jentzsch; Mark A. Jacober,** both of Arvada, Colo.

[73] Assignee: **Ball Corporation, Muncie, Ind.**

[21] Appl. No.: **54,787**

[22] Filed: **Apr. 28, 1993**

**Related U.S. Application Data**

[63] Continuation of Ser. No. 799,241, Sep. 20, 1991, abandoned, which is a continuation-in-part of Ser. No. 600,943, Oct. 22, 1990, Pat. No. 5,105,973.

[51] Int. Cl.⁵ ............................ B21D 51/26
[52] U.S. Cl. .................... 72/117; 72/123; 72/379.4; 413/69
[58] Field of Search ................ 72/68, 91, 94, 110, 72/117, 120, 122, 123, 125, 353.4, 379.4; 413/69

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| 774,672 | 11/1903 | Baeumle . | |
|---|---|---|---|
| 994,468 | 6/1911 | Kane . | |
| 1,031,264 | 7/1912 | Hinde et al. . | |
| 1,441,674 | 1/1923 | Foster et al. . | |
| 1,461,729 | 7/1923 | Foster et al. . | |
| 1,524,946 | 2/1925 | Nystrom . | |
| 1,711,844 | 5/1929 | Mauser . | |
| 2,158,312 | 5/1939 | Terrell | 113/48 |
| 2,215,731 | 9/1940 | Williams et al. | 153/7 |
| 2,608,914 | 9/1952 | Merkle | 93/36.5 |
| 2,618,182 | 11/1952 | Teetor | 80/5.1 |
| 3,349,956 | 10/1967 | Stephan | 220/97 |
| 3,693,828 | 9/1972 | Kneusel et al. | 220/66 |
| 3,730,383 | 5/1973 | Dunn et al. | 220/66 |
| 3,760,751 | 9/1973 | Dunn et al. | 113/120 |
| 3,904,069 | 9/1975 | Toukmanian | 220/65 |
| 3,905,507 | 9/1975 | Lyu | 220/66 |
| 3,913,366 | 10/1975 | Nelsen et al. | 72/94 |
| 3,942,673 | 3/1976 | Lyu et al | 220/66 |
| 3,998,174 | 12/1976 | Saunders | 113/120 |
| 4,108,324 | 8/1978 | Krishnakumar et al. | 215/1 |
| 4,120,419 | 10/1978 | Saunders | 220/66 |
| 4,147,271 | 4/1979 | Yamaguchi | 220/70 |
| 4,151,927 | 5/1979 | Cvacho et al. | 220/70 |
| 4,289,014 | 9/1981 | Maeder et al. | 72/348 |
| 4,294,373 | 10/1981 | Miller et al. | 220/70 |
| 4,341,321 | 7/1982 | Gombas | 220/66 |
| 4,372,143 | 2/1983 | Elert et al. | 72/343 |

| 4,412,627 | 11/1983 | Houghton et al. | 220/66 |
|---|---|---|---|
| 4,515,284 | 5/1985 | Lee, Jr. et al. | 220/70 |
| 4,598,831 | 7/1986 | Nakamura et al. | 215/1 |
| 4,620,434 | 11/1986 | Pulciano et al. | 72/347 |
| 4,685,582 | 8/1987 | Pulciani et al. | 220/66 |
| 4,732,292 | 3/1988 | Supik | 220/70 |
| 4,768,672 | 9/1988 | Pulciani et al. | 220/66 |
| 4,834,256 | 5/1989 | McMillin | 220/66 |
| 4,885,924 | 12/1989 | Claydon et al. | 72/109 |
| 4,919,294 | 4/1990 | Kawamoto et al. | 220/70 |
| 4,953,738 | 9/1990 | Stirbis | 220/606 |
| 5,222,385 | 6/1993 | Halasz et al. | 72/117 |

**FOREIGN PATENT DOCUMENTS**

| 0337500A2 | 10/1989 | European Pat. Off. . |
|---|---|---|
| 3930937A1 | 3/1991 | Fed. Rep. of Germany . |
| 1514970 | 6/1967 | France . |
| 1345040 | 1/1974 | United Kingdom . |
| WO83/02577 | 8/1983 | World Int. Prop. O. . |
| 9111275 | 8/1991 | World Int. Prop. O. | 72/94 |

*Primary Examiner*—Lowell A. Larson

*Attorney, Agent, or Firm*—Gilbert E. Alberding

[57] **ABSTRACT**

Apparatus (110, 180, 270, 330, or 360) either reforms a circumferential part (86) of a container body (11) radially outward to form a container body (64), or reforms a plurality of circumferentially-spaced parts (74) of the bottom recess portion (25) of a container body (11) radially outward to form a container body (62). The apparatus (110, 180, 270, 330, or 360) includes a body (158, 230, 288, 332, or 365) and has a tooling element attached thereto which may be a roller (172, 246, 302, or 350) or a swaging element (392). Means is included for providing relative transverse movement between the container body (11) and the tooling element (172, 246, 302, 346, or 392). Means (160, 222, 296, or 332) is provided for providing relative rotary movement between the container body (11) and the tooling element (172, 246, 302, or 346 ) in all embodiments except the apparatus ( 360 ) in which the bottom recess portion (25) is swaged. The method includes providing relative transverse movement between the container body (11) and the tooling element (172, 246, 302, 346, or 392), and in all embodiments except the one (360) in which reworking is achieved by swaging, relative rotary movement between the container body (11) and the tooling element (172, 246, 302, or 346) is provided.

**69 Claims, 19 Drawing Sheets**



**U.S. Patent**    July 5, 1994    Sheet 1 of ..    **5,325,696**



FIG. 2

FIG. 1

CCS0032407

A150



FIG. 3



FIG. 4

CCS0032408

A151

**U.S. Patent**    July 5, 1994    Sheet 3 of 19    5,325,696



FIG. 5

FIG. 6

CCS0032409

A152



FIG. 7

FIG. 8

CCS0032410

A153



FIG. 9



FIG. 12    FIG. 13

CCS0032411



FIG. 10

CCS0032412

A155



FIG. 11

CCS0032413



FIG. 14



FIG. 15

CCS0032414

A157



FIG. 16

FIG. 16A



FIG. 17

CCS0032416

A159



FIG. 18

FIG. 19

CCS0032417

A160



FIG. 20

CCS0032418

A161



FIG. 21

CCS0032419

A162



FIG. 22

FIG. 22A

CCS0032420

A163



FIG. 23

FIG. 24

CCS0032421

A164



FIG. 25



FIG. 25A

CCS0032422

A165



FIG. 26

CCS0032423

A166



FIG. 27

CCS0032424

A167



FIG. 28

CCS0032425

A168

5,325,696

1

### APPARATUS AND METHOD FOR STRENGTHENING BOTTOM OF CONTAINER

"This is a continuation of application Ser. No. 07/799,241, filed Sep. 20, 1991", now abandoned, which is a Continuation-in-Part of U.S. patent application S/N 07/600,943, filed 22 Oct. 1990, now Pat. No. 5,105,973 granted Apr. 21, 1992.

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates generally to metal container bodies of the type having a seamless sidewall and a bottom formed integrally therewith. More particularly, the present invention relates to bottom contours that provide increased dome reversal pressure, that provide greater resistance to damage when dropped, that minimize or prevent growth in the height of a container in which the beverage is subjected to pasteurizing temperatures and/or extreme temperatures encountered in shipping and storage. Further, the present invention relates to apparatus and method for providing these improved bottom contours.

2. Description of the Related Art

There have been numerous container configurations of two-piece containers, that is, containers having a container body with an integral bottom wall at one end, and an open end that is configured to have a closure secured thereto. Container manufacturers package beverages of various types in these containers formed of either steel or aluminum alloys.

In the production of these container bodies, it is important that the body wall and bottom wall of the container be as thin as possible so that the container can be sold at a competitive price. Much work has been done on thinning the body wall.

Aside from seeking thin body wall structures, various bottom wall configurations have been investigated. An early attempt in seeking sufficient strength of the bottom wall was to form the same into a spherical dome configuration. This general configuration is shown in Dunn et al., U.S. Pat. No. 3,760,751, issued Sep. 25, 1973. The bottom wall is thereby provided with an inwardly concave dome or bottom recess portion which includes a large portion of the area of the bottom wall of the container body. This domed configuration provides increased strength and resists deformation of the bottom wall under increased internal pressure of the container with little change in the overall geometry of the bottom wall throughout the pressure range for which the container is designed.

The prior art that teaches domed bottoms also includes P. G. Stephan, U.S. Pat. No. 3,349,956, issued Oct. 31, 1967; Kneusel et al., U.S. Pat. No. 3,693,828, issued Sep. 26, 1972; Dunn et al., U.S. Pat. No. 3,730,383, issued May 1, 1973; Toukmanian, U.S. Pat. No. 3,904,069, issued Sep. 9, 1975; Lyu et al., U.S. Pat. No. 3,942,673, issued Mar. 9, 1976; Miller et al., U.S. Pat. No. 4,294,373, issued Oct. 13, 1981; McMillin, U.S. Pat. No. 4,834,256, issued May 30, 1989; Pulciani et al., U.S. Pat. No. 4,685,582, issued Aug. 11, 1987; and Pulciani, et al., U.S. Pat. No. 4,768,672, issued Sep. 6, 1988.

Patents which teach apparatus for forming container bodies with inwardly domed bottoms and/or which teach container bodies having inwardly domed bottoms, include Maeder et al., U.S. Pat. No. 4,289,014, issued Sep. 15, 1981; Gombas, U.S. Pat. No. 4,341,321,

2

issued Jul. 27, 1982; Elert et al., U.S. Pat. No. 4,372,143, issued Feb. 8, 1983; and Pulciani et al., U.S. Pat. No. 4,620,434, issued Nov. 4, 1986.

Of the above-mentioned patents, Lyu et al. teaches an inwardly domed bottom in which the shape of the domed bottom is ellipsoidal.

Stephan, in U.S. Pat. No. 3,349,956, teaches using a reduced diameter annular supporting portion with an inwardly domed bottom disposed intermediate of the reduced diameter annular supporting portion. Stephan also teaches stacking of the reduced diameter annular supporting portion inside the double-seamed top of another container.

Kneusel et al., in U.S. Pat. No. 3,693,828, teach a steel container body having a bottom portion which is frusto-conically shaped to provide a reduced diameter annular supporting portion, and having an internally domed bottom that is disposed radially inwardly of the annular supporting portion. Various contours of the bottom are adjusted to provide more uniform coating of the interior bottom surface, including a reduced radius of the domed bottom.

Pulciani et al., in U.S. Pat. Nos. 4,685,582 and 4,768,672, instead of the frustoconical portion of Kneusel et al., teach a transition portion between the cylindrically shaped outer wall of the container body and the reduced diameter annular supporting portion that includes an upper annular arcuate portion that is convex with respect to the outside diameter of the container body and a lower annular arcuate portion that is concave with respect to the outside diameter of the container body.

McMillin, in U.S. Pat. No. 4,834,256, teaches a transitional portion between the cylindrically shaped outer wall of the container body and the reduced diameter annular supporting portion that is contoured to provide stable stacking for containers having a double-seamed top which is generally the same diameter as the cylindrical outer wall, as well as providing stable stacking for containers having double-seamed tops that are smaller than the cylindrical body. In this design, containers with reduced diameter tops stack inside the reduced diameter annular supporting portion; and containers with larger tops stack against this specially contoured transitional portion.

Supik, in U.S. Pat. No. 4,732,292, issued Mar. 22, 1988, teaches making indentations in the bottom of a container body that extend upwardly from the bottom. Various configurations of these indentations are shown. The indentations are said to increase the flexibility of the bottom and thereby prevent cracking of interior coatings when the containers are subjected to internal fluid pressures.

In U.S. Pat. No. 4,885,924, issued Dec. 12, 1989, which was disclosed in W.I.P.O. International Publication No. WO 83/02577 of Aug. 4, 1983, Claydon et al. teach apparatus for rolling the outer surface of the annular supporting portion radially inward, thereby reducing the radii of the annular supporting portion. The annular supporting portion is rolled inwardly to prevent inversion of the dome when the container is subjected to internal fluid pressures.

Various of the prior art patents, including Pulciani et al., U.S. Pat. No. 4,620,434, teach contours which are designed to increase the pressure at which fluid inside the container reverses the dome at the bottom of the container body. This pressure is called the static dome reversal pressure. In this patent, the contour of the

CCS0032426

5,325,696

3

transitional portion is given such great emphasis that the radius of the domed panel, though generally specified within a range, is not specified for the preferred embodiment.

However, it has been known that maximum values of static dome reversal pressure are achieved by increasing the curvature of the dome to an optimum value, and that further increases in the dome curvature result in decreases in static dome reversal pressures.

As mentioned earlier, one of the problems is obtaining a maximum dome reversal pressure for a given metal thickness. However, another problem is obtaining resistance to damage when a filled container is dropped onto a hard surface.

Present industry testing for drop resistance is called the cumulative drop height. As performed for tests reported herein, a filled container is dropped onto a steel plate from heights beginning at three inches and increasing by three inches for each successive drop. The drop height resistance is then the sum of all the distances at which the container is dropped, including the height at which the dome is reversed, or partially reversed. That is, the drop height resistance is the cumulative height at which the bottom contour is damaged sufficiently to preclude standing firmly upright on a flat surface.

In U.S. patent application 07/505,618 having common inventorship entity, and being of the same assignee as the present application, it was shown that decreasing the dome radius of the container body increases the cumulative drop height resistance and decreases the dome reversal pressure. Further, it was shown in this prior application that increasing the height of the inner wall increases the dome reversal pressure.

However, as the dome radius is decreased for a given dome height, the inner wall decreases in height. Therefore, for a given dome height, an increase in cumulate drop resistance, as achieved by a decrease in dome radius, results in a decrease in the height of the inner wall together with an attendant decrease in the dome reversal pressure.

Thus, one way to achieve a good combination of cumulative drop height and dome reversal pressure, is to increase the dome height, thereby allowing a reduction in dome radius while leaving an adequate wall height. However, there are limits to which the dome height can be increased while still maintaining standard diameter, height, and volume specifications.

An additional problem in beverage container design and manufacturing has been in maintaining containers within specifications, subsequent to a pasteurizing process, when filled beverage containers are stored at high ambient temperatures, and/or when they are exposed to sunlight.

This increase in height is caused by roll-out of the annular supporting portion as the internal fluid pressure on the domed portion applies a downward force to the circumferential inner wall, and the circumferential inner wall applies a downward force on the annular supporting portion.

An increase in the height of a beverage container causes jamming of the containers in filling and conveying equipment, and unevenness in stacking.

A large quantity of containers are manufactured annually and the producers thereof are always seeking to reduce the amount of metal utilized in making container bodies while still maintaining the same operating characteristics.

4

Because of the large quantities of container bodies manufactured, a small reduction in metal thickness, even of one ten thousandth of an inch, will result in a substantial reduction in material costs.

## SUMMARY OF THE INVENTION

According to the present invention, apparatus and method are provided for reforming the bottom recess portion of a drawn and ironed beverage container body. When reformed as taught herein, the dome reversal pressure of a the container is increased without increasing the metal thickness, increasing the height of an inner wall that surrounds the domed portion, increasing the total dome height, or decreasing the dome radius.

Further, in the present invention, both increased resistance to roll-out of the annular supporting portion and increased cumulative drop height resistance of containers are achieved without any increase in metal content, and without any changes in the general size or shape of the container body.

A container body which provides increased resistance to roll-out, increased dome reversal pressure, and increased cumulative drop height resistance includes a cylindrical outer wall that is disposed around a container axis, a bottom that is attached to the outer wall and that provides a supporting surface, and a bottom recess portion that is disposed radially inwardly of the supporting surface, that includes a center panel, or concave domed panel, and that includes a circumferential dome positioning portion that disposes the center panel a positional distance above the supporting surface.

In one embodiment of the present invention, the bottom recess portion of the container body includes a part thereof that is disposed at a first vertical distance above the supporting surface and at a first radial distance from the container axis; and the bottom recess portion also includes an adjacent part that is disposed at a greater vertical distance above the supporting surface and at a greater radial distance from the container axis than the first part.

That is, the bottom recess portion includes an adjacent part that extends radially outward from a first part that is closer to the supporting surface. In this configuration, this adjacent part extends circumferentially around the container body, thereby providing an annular radial recess that hooks outwardly of the part of the bottom recess that is closer to the supporting surface.

In another embodiment of the present invention, the adjacent part of the bottom recess portion is arcuate and extends for only a portion of the circumference of the bottom recess portion. Preferably a plurality of adjacent parts, and more preferably five adjacent parts, extend radially outward from a plurality of the first parts, and are interposed between respective ones of the first parts.

That is, a plurality of strengthening parts are disposed in the circular inner wall of the bottom recess portion, and either extend circumferentially around the bottom recess portion or are circumferentially spaced. The strengthening parts project either radially outwardly or radially inwardly with respect to the circular inner wall.

The strengthening parts may be contained entirely within the inner wall, may extend downwardly into the annular supporting surface, portion, may extend upwardly into the concave annular portion that surrounds the domed portion, and/or may extend upwardly into both the concave annular portion and the concave domed panel.

CCS0032427

A170

5,325,696

| 5 | 6 |

The strengthening parts may be round, elongated vertically, may be elongated circumferentially, and/or may be elongated at an angle between vertical and circumferential.

The container of the present invention provides a container with improved static dome reversal pressure without any increase in material, and without any change in dimensions that affects interchangeability of filling and/or packaging machinery.

Further, the container of the present invention provides enhanced resistance to pressure-caused roll-out and the resultant change in the overall height of the container that accompanies fluid pressures encountered during the pasteurizing process.

In addition, the container of the present invention provides improved cumulative drop height resistance without any increase in material, and without any changes in dimensions that affect interchangeability of filling machinery, thereby making possible a reduction of, or elimination of, cushioning that has been provided by carton and case packaging.

In one embodiment, the apparatus of the present invention rotates, the container body remains stationary, rollers of the apparatus move in a planetary path as the apparatus rotates, and the rollers move radially outward into deforming contact with the bottom recess portion of the container body in response to longitudinal movement of a portion of the apparatus.

The apparatus of this first embodiment of the present invention may be used as a part of a machine performing only the reforming functions taught herein. However, preferably, this apparatus is incorporated into a machine doing other can-making functions. More preferably, the apparatus of this first embodiment is incorporated into a machine in which the open ends of the container bodies are necked in first and second swaging steps.

In another embodiment, the apparatus of the present invention remains rotationally stationary, the container body is rotated, and rollers of the apparatus are moved radially outward into deforming contact with the bottom recess portion of the container body in response to longitudinal movement of a portion of the apparatus.

This apparatus of the present invention may be incorporated into a separate machine for reworking the recess bottom portion of the container body. However, preferably it is incorporated into a machine that performs other forming operations. More preferably, this embodiment of the present invention is incorporated into a machine that necks and spin flanges the open end of the container body.

In a first aspect of the present invention, apparatus is provided for reforming a container body having an outer wall that is disposed around a container axis, a bottom that is attached to the outer wall and that provides a supporting surface, a bottom recess portion that is disposed radially inwardly of the supporting surface and that includes an inner wall and an open end that is disposed distal from the bottom recess portion, which apparatus comprises a tooling device having a body, and having a tooling element that is operatively attached to the body; means for positioning the tooling element inside the bottom recess portion of the container body; means for providing relative transverse movement between the tooling element and the container body; and means, including the tooling element, and including the means for providing relative transverse movement between the tooling element and the

container body, for displacing a part of the inner wall radially outward.

In a second aspect of the present invention, apparatus is provided for reforming a container body having an outer wall that is disposed around a container axis, a bottom that is attached to the outer wall and that provides a supporting surface, a bottom recess portion that is disposed radially inwardly of the supporting surface and that includes an inner wall and an open end that is disposed distal from the bottom, which apparatus comprises a machine having a structural member, and having a working station; a tooling device having a body that is operatively attached to the structural member, and having a tooling element that is operatively attached to the body; means for placing the container body in the working station; means for positioning the tooling element inside the bottom recess portion of the container body; means for providing relative transverse movement between the tooling element and the container body; means, including the tooling element, and including the means for providing relative transverse movement between the tooling element and the container body, for displacing a part of the inner wall radially outward; and means for reforming the container body proximal to the open end without removing the container body from the working station.

In a third aspect of the present invention, apparatus is provided for reforming a container body having an outer wall that is disposed around a container axis, a bottom that is attached to the outer wall and that provides a supporting surface, a bottom recess portion that is disposed radially inwardly of the supporting surface and that includes an inner wall and an open end that is disposed distal from the bottom, which apparatus comprises a machine having a structural member, and having a working station; a tooling device having a body that is operatively attached to the structural member, and having a tooling element that is operatively attached to the body; means for placing the container body in the working station; means for positioning the tooling element inside the bottom recess portion of the container body; means for providing relative transverse movement between the tooling element and the container body; means, including the tooling element, and including the means for providing relative transverse movement between the tooling element and the container body, for displacing a part of the inner wall radially outward; and means for reforming the container body proximal to the open end without removing the container body from the working station.

In a fourth aspect of the present invention, apparatus is provided for reforming a container body having an outer wall that is disposed around a container axis, a bottom that is attached to the outer wall and that provides a supporting surface, a bottom recess portion that is disposed radially inwardly of the supporting surface and that includes an inner wall, and an open end that is disposed distal from the bottom, which apparatus comprises a machine having a structural member, and having a working station; a tooling device having a body that is operatively attached to the structural member, and having a tooling element that is operatively attached to the body; means for placing the container body in the working station; means for positioning the tooling element inside the bottom recess portion of the container body; means for providing relative transverse movement between the tooling element and the container body; means, including the tooling element, and

CCS0032428

5,325,696

7           8

including the means for providing relative transverse movement between the tooling element and the container body, for displacing a part of the inner wall radially outward; and means for necking the outer wall proximal to the open end without removing the container body from the working station.

In a fifth aspect of the present invention, a method is provided for reforming a container body having an outer wall that is disposed around a container axis, a bottom that is attached to the outer wall and that provides a supporting surface, a bottom recess portion that is disposed radially inwardly of the supporting surface and that includes an inner wall, and an open end distal from the bottom, which method comprises positioning a tooling element inside the bottom recess portion of the container body; providing relative transverse movement between the tooling element and the container body; and using the tooling element to displace a portion of the inner wall radially outwardly.

In a sixth aspect of the present invention, a method is provided for reforming a container body having an outer wall that is disposed around a container axis, a bottom that is attached to the outer wall and that provides a supporting surface, a bottom recess portion that is disposed radially inwardly of the supporting surface and that includes an inner wall, and an open end distal from the bottom, which method comprises placing the container body in a working station; positioning a tooling element inside the bottom recess portion of the container body; providing relative transverse movement between the tooling element and the container body; using the tooling element to displace a portion of the inner wall radially outwardly; and reforming the container body proximal to the open end while the container body remains in the working station.

In a seventh aspect of the present invention, a method is provided for reforming a container body having an outer wall that is disposed around a container axis, a bottom that is attached to the outer wall and that provides a supporting surface, a bottom recess portion that is disposed radially inwardly of the supporting surface and that includes an inner wall, and an open end distal from the bottom, which method comprises placing the container body in a working station; positioning a tooling element inside the bottom recess portion of the container body; providing relative transverse movement between the tooling element and the container body; using the tooling element to displace a portion of the inner wall radially outwardly; and flanging the open end while the container body remains in the working station.

In an eighth aspect of the present invention, a method is provided for reforming a container body having an outer wall that is disposed around a container axis, a bottom that is attached to the outer wall and that provides a supporting surface, a bottom recess portion that is disposed radially inwardly of the supporting surface and that includes an inner wall, and an open end distal from the bottom, which method comprises placing the container body in a working station; positioning a tooling element inside the bottom recess portion of the container body; providing relative transverse movement between the tooling element and the container body; using the tooling element to displace a portion of the inner wall radially outwardly; and necking the open end while the container body remains in the working station.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a front elevation of beverage containers that are bundled by shrink wrapping with plastic film;

FIG. 2 is a top view of the bundled beverage containers of FIG. 1 taken substantially as shown by view line 2—2 of FIG. 1;

FIG. 3 is a cross sectional elevation of the lower portion of the container body of one of the beverage containers of FIGS. 1 and 2 showing details that are generally common to prior art designs and to embodiments of the present invention;

FIG. 4 is a cross sectional elevation showing, at an enlarged scale, details of the container body of FIG. 3;

FIG. 5 is a partial and slightly enlarged outline, taken generally as a cross sectional elevation, of the outer contour of a container body of an embodiment of the present invention wherein a plurality of arcuately shaped and circumferentially-spaced parts of the inner sidewall are disposed radially outward of other parts of the sidewall;

FIG. 6 is a bottom view of the container body of FIG. 5, taken substantially as shown by view line 6—6 of FIG. 5;

FIG. 7 is a partial and slightly enlarged outline, taken generally as a cross sectional elevation, of the lower portion of the outer contour of a container body made according to an embodiment of the present invention wherein a circumferential part of the inner sidewall is disposed radially outward of another circumferential part of the sidewall;

FIG. 8 is a bottom view of the container body of FIG. 7, taken substantially as shown by view line 8-8 of FIG. 7;

FIG. 9 is a partial and greatly enlarged outline of the outer contour of a container body, taken substantially as shown by section line 9—9 of FIG. 6, showing the bottom recess portion of the container body of FIGS. 5 and 6 in circumferential parts thereof that are not reworked in the embodiment of FIGS. 5 and 6, and showing the bottom recess portion of a container body prior to reworking into the container body of FIGS. 7 and 8;

FIG. 10 is a partial and greatly enlarged outline of the outer contour of the container body of FIGS. 5 and 6, taken substantially as shown by section line 10—10 of FIG. 6, and showing the contour of circumferential parts of the bottom recess portion that are reworked in the embodiment of FIGS. 5 and 6;

FIG. 11 is a partial and greatly enlarged outline of the outer contour of the container body of FIGS. 7 and 8, taken substantially as shown by section line 11—11 of FIG. 8, and showing the contour of the bottom recess portion as reworked in the embodiment of FIGS. 7 and 8;

FIG. 12 is a fragmentary top view of the container body of FIGS. 5 and 6, taken substantially as shown by view line 12—12 of FIG. 5, and showing the effectively increased perimeter of the embodiment of FIGS. 5 and 6;

FIG. 13 is a fragmentary top view of the container body of FIGS. 7 and 8, taken substantially as shown by view line 13—13 of FIG. 7, and showing the effectively increased perimeter of the embodiment of FIGS. 7 and 8;

FIG. 14 is a cross sectional view of an embodiment of the present invention in which the container body remains stationary while rollers move both radially outward and in a planetary path to rework the bottom

5,325,696

9

recess portion as shown in FIGS. 7, 8, and 11, and in which the open end of the container body is necked in a swaging operation that is coaxial with, and at least partially simultaneous with, the reworking of the bottom recess portion;

FIG. 15 is a cross sectional view of the embodiment of FIG. 14, taken substantially the same as FIG. 14, showing the bottom recess portion of the container body reworked, as shown in FIGS. 7, 8, and 11, in response to movement of the rollers radially outward and rotation of the rollers in a planetary path;

FIG. 16 is an enlarged cross section of the reforming apparatus of FIGS. 14 and 15, taken substantially the same as FIG. 15, and included herein to permit uncluttered numbering of parts;

FIG. 16A is a partial cross section, taken substantially as shown by view line 16A—16A, and showing that the slide blocks are guided by two guide rods;

FIG. 17 is a schematic drawing showing the travel of the container body in a prior art necking machine with which the reforming apparatus of FIGS. 14–16 may be used, thereby accomplishing a necking operation of the open end of the container body at least partially simultaneous l with the reworking of the bottom recess portion;

FIG. 18 is a cross sectional view of an embodiment of the present invention in which the container body rotates while a roller moves radially outward to rework the bottom recess portion as shown in FIGS. 7, 8, and 11, and in which the open end of the container body is flanged and/or necked in a spinning operation that is coaxial with the reworking of the bottom recess portion;

FIG. 19 is a cross sectional view of the reforming apparatus of FIG. 18, taken substantially the same as FIG. 18, showing the bottom recess portion of the container body reworked, as shown in FIGS. 7, 8, and 11, in response to rotation of the container body and movement of a roller radially outward;

FIG. 20 is a partial and enlarged cross sectional view of the embodiment of FIGS. 18 and 19, taken substantially the same as FIG. 19, and included herein to permit uncluttered numbering of parts;

FIG. 21 is a schematic drawing showing the travel of a container body in a prior art spin-forming machine with which the embodiment of FIGS. 18–20 may be used, thereby flanging and/or necking the open end of the container body by a spinning operation that is at least partially simultaneous with the reworking of the bottom recess portion;

FIG. 22 is a cross sectional view of an embodiment of the present invention in which two rollers move radially outward in response to longitudinal movement of another portion of the tooling while the rollers rotate in a planetary path;

FIG. 22A is a partial cross sectional view of the embodiment of FIG. 22, taken substantially the same as FIG. 22, and showing the internal parts actuated to positions for reforming the bottom recess portion of a container;

FIG. 23 is a cross sectional view of an embodiment of the present invention in which a container body and a roller rotate at a predetermined speed ratio, and in which projections that extend radially outward from the roller deform a plurality of parts of the bottom recess portion radially outward, as shown in FIGS. 5, 6, and 10, in response to transverse movement of the container body and rotation of both the container body and the roller;

10

FIG. 24 is an end view of the embodiment of FIG. 23, taken substantially as shown by view line 24—24, showing the outwardly extending projections of the roller;

FIG. 25 is a cross sectional view of an embodiment of the present invention showing a half section in which a plurality of tooling elements are in the retracted positions, and showing another half section in which the tooling elements are moved radially outward in response to longitudinal movement of another portion of the tooling to swage a plurality of parts of the bottom recess portion radially outward s shown in FIGS. 5, 6, and 10;

FIG. 25A is a half section of the embodiment of FIG. 25, taken substantially as shown in FIG. 25, and included herein to permit uncluttered numbering of parts;

FIG. 26 is a cross sectional view of an embodiment of the present invention wherein the container body rotates, and an eccentrically mounted roller is moved transversely outwardly in response to rotational positioning of a portion of the tooling device by a cam;

FIG. 27 is a partial end view of the embodiment of FIG. 26, taken substantially as shown by view line 27—27, but with the turret drum removed to show the cam, cam follower, and pivot arm; and

FIG. 28 is a schematic drawing of recess-reforming machine that may be used with the embodiments of FIGS. 26 and 27, taken as shown by view line 28—28 of FIG. 26, but with the turret drum shown in phantom.

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

Referring now to FIGS. 1–4, these configurations are generally common to Pulciani et al. in U.S. Pat. Nos. 4,685,582 and 4,768,672, to a design manufactured by the assignee of the present invention, and to embodiments of the present invention.

More particularly, in the present invention, container bodies as generally shown in FIGS. 3 and 4 become embodiments of the present invention by being made to dimensions disclosed herein, and/or the bottom recess portions thereof being reworked as taught herein.

Referring now to FIGS. 1–4, a drawn and ironed beverage container 10 includes a container body 11 and a container closure 13. The container body 11 includes a bottom 15, a generally cylindrical sidewall 12 being connected to the bottom 15, having a first diameter $D_1$, and being disposed circumferentially around a container axis, or vertical axis, 14. The bottom 15 includes an annular supporting portion, or annular supporting means, 16 being disposed circumferentially around the container axis 14, being disposed radially inwardly from the sidewall 12, and providing an annular supporting surface 18 that coincides with a base line 19.

The annular supporting portion 16 includes an outer convex annular portion 20 that preferably is arcuate, and an inner convex annular portion 22 that preferably is arcuate, that is disposed radially inwardly from the outer convex annular portion 20, and that is connected to the outer convex annular portion 20. The outer and inner convex annular portions, 20 and 22, have radii $R_1$ and $R_2$ whose centers of curvature are common. More particularly, the radii $R_1$ and $R_2$ both have centers of curvature of a point 24, and of a circle of revolution 26 of the point 24. The circle of revolution 26 has a second diameter $D_2$.

The bottom 15 includes a bottom recess portion 25; and the bottom recess portion 25 includes the inner convex annular portion 22, a circumferential inner wall,

CCS0032430

5,325,696

11

or cylindrical inner wall, 42, an inner concave annular portion 44 and a center panel, or concave domed panel, 38.

An outer connecting portion, or outer connecting means, 28 includes an upper convex annular portion 30 that is preferably arcuate, that includes a radius of $R_3$, and that is connected to the sidewall 12. The outer connecting portion 28 also includes a recessed annular portion 32 that is disposed radially inwardly of a line 34, or a frustoconical surface of revolution 36, that is tangent to the outer convex annular portion 20 and the upper convex annular portion 30. Thus, the outer connecting means 28 connects the sidewall 12 to the outer convex annular portion 20.

The concave domed panel 38 is preferably spherically-shaped, but may be of any suitable curved shape, preferably has an approximate radius of curvature, or dome radius, $R_4$, is disposed radially inwardly from the annular supporting portion 16, and extends upwardly into the container body 11 when the container body 11 is in an upright position.

The container body 11 further includes an inner connecting portion, or inner connecting means, 40 having the inner wall 42 with a height $L_1$ that extends upwardly with respect to the container axis 14 that may be cylindrical, or that may be frustoconical and slope inwardly toward the container axis 14 at an angle $\alpha_1$. The inner connecting portion 40 also includes the inner concave annular portion 44 that has a radius of curvature $R_5$, and that interconnects the inner wall 42 and the domed panel 38. Thus, the inner connecting portion 40 connects the domed panel 38 to the annular supporting portion 16.

The inner connecting portion 40 positions a perimeter $P_O$ of the domed panel 38 at a positional distance $L_2$ above the base line 19. As can be seen by inspection of FIG. 4, the positional distance is approximately equal to, but is somewhat less than, the sum of the height $L_1$ of the inner wall 42, the radius of curvature $R_5$ of the inner concave annular portion 44, the radius $R_2$ of the inner convex annular portion 22, and the thickness of the material at the inner convex annular portion 22.

As seen by inspection and as can be calculated by trigonometry, the positional distance $L_2$ is less than the aforementioned sum by a function of the angle $\alpha_1$, and as a function of an angle $\alpha_3$ at which the perimeter $P_O$ of the domed panel 38 is connected to the inner concave annular portion 44.

For example, if the radius $R_5$ of the inner concave annular portion 44 is 0.050 inches, if the radius $R_2$ of the inner convex annular portion 22 is 0.040 inches, and if the thickness of the material at the inner convex annular portion 22 is about 0. 012 inches, then the positional distance $L_2$ is about, but somewhat less than, 0.102 inches more than the height $L_1$ of the inner wall 42.

Thus, with radii and metal thickness as noted above, when the height $L_1$ of the inner wall 42 is 0.060 inches, the positional distance is about, but a little less than, 0.162 inches.

The annular supporting portion 16 has an arithmetical mean diameter $D_3$ that occurs at the junction of the outer convex annular portion 20 and the inner convex annular portion 22. Thus, the mean diameter $D_3$ and the diameter $D_2$ of the circle 26 are the same diameter. The dome radius $R_4$ is centered on the container axis 14.

The recessed portion 32 includes a circumferential outer wall 46 that extends upwardly from the outer convex annular portion 20 and outwardly away

12

from the container axis by an angle $\alpha_2$, and includes a lower concave annular portion 48 with a radius $R_6$. Further, the recessed portion 32 may, according to the selected magnitudes of the angle $\alpha_2$, the radius $R_3$, and the radius $R_6$, include a lower part of the upper convex annular portion 30.

Finally, the container body 11 includes a dome height, or panel height, $H_1$ as measured from the supporting surface 18 to the domed panel 38, and a post diameter, or smaller diameter, $D_4$, of the inner wall 42. The upper convex annular portion 30 is tangent to the sidewall 12, and has a center 50. The center 50 is at a height $H_2$ above the supporting surface 18. A center 52 of the lower concave annular portion 48 is on a diameter $D_5$. The center 52 is below the supporting surface 18. More specifically, the supporting surface 18 is at a distance $H_3$ above the center 52.

Referring now to FIGS. 3 and 4, in the prior art embodiment of the three Pulcinni, et al. patents, the following dimensions were used: $D_1 = 2,597$ inches; $D_2$, $d_3 = 2,000$ inches; $D_5 = 2,365$ inches; $R_1$, $R_2 = 0.040$ inches; $R_5 = 0.200$ inches; $R_4 = 2,375$ inches; $R_6 = 0.050$ inches; $R_6 = 0.100$ inches; and $\alpha_1 = $ less than 5°.

Referring now generally to FIGS. 5-11, container bodies 11 made generally according to the prior art configuration of FIGS. 3 and 4 can be reworked into container bodies 62 of FIGS. 5, 6, 9, 10 and 12, or can be reworked into container bodies 64 of FIGS. 7, 8, 11, and 13.

Referring now to FIGS. 5, 6, 9, and 10, the container body 62 includes a cylindrical sidewall 12 and a bottom 66 having an annular supporting portion 16 with an annular supporting surface 18. The annular supporting surface 18 is disposed circumferentially around the container axis 14, and is provided at the circle of revolution 26 where the outer convex annular portion 20 and the inner convex annular portion 22 join.

The bottom 66 includes a bottom recess portion 68 that is disposed radially inwardly of the supporting surface 18 and that includes both the concave domed panel 38 and a dome positioning portion 70.

It should be understood that the contour shown in FIG. 9, in addition to being representative of the circumferential parts of the container body 62 which are not reworked, is also representative of the container body 11 prior to reworking into either the container body 62 or the container body 64.

The dome positioning portion 70 disposes the concave domed panel 38 at the positional distance $L_2$ above the supporting surface 18. The dome positioning portion 70 includes the inner convex annular portion 22, an inner wall 71, and the inner concave annular portion 44.

Referring now to FIGS. 3 and 4, and more specially to FIG. 4, before reworking into either the container body 62 or the container body 64, the container body 11 includes a dome positioning portion 54. The dome positioning portion 54 includes the inner convex annular portion 22, the inner wall 42, and the inner concave annular portion 44.

Referring now to FIGS. 9 and 10, fragmentary and enlarged profiles of the outer surface contours of the container body 62 of FIGS. 5 and 6 are shown. That is, the inner surface contours of the container body 62 are not shown.

The profile of FIG. 9 is taken substantially as shown by section line 9—9 of FIG. 6 and shows the contour of the bottom 66 of the container body 62 in circumferential parts thereof in which the dome positioning portion

CCS0032431

5,325,696

13

70 of the bottom recess portion 68 has not been reworked.

Referring again to FIGS. 5 and 6, the dome positioning portion 70 of the container body 62 includes a plurality of first parts 72 that are arcuately disposed around 5 the circumference of the dome positioning portion 70 at a radial distance $R_O$ from the container axis 14 as shown in FIG. 6. The radial distance $R_O$ is one half of the inside diameter $D_O$ of FIGS. 9 and 10. The inside diameter $D_O$ occurs at the junction of the inner convex annular portion 10 22 and the inner wall 71. That is, the inside diameter $D_O$ is defined by the radially inward part of the inner convex annular portion 22.

The dome positioning portion 70 also includes a plurality of circumferentially-spaced adjacent parts 74 that 15 are arcuately disposed around the dome positioning portion 70, that are circumferentially spaced apart, that are disposed at a radial distance $R_R$ from the container axis 14 which is greater than the radial distance $R_O$, and that are interposed intermediate of respective ones of 20 the plurality of first parts 72, as shown in FIG. 6. The radial distance $R_R$ of FIG. 6 is equal to the sum of one half of the inside diameter $D_O$ and a radial distance $X_1$ of FIG. 10.

In a preferred embodiment of FIGS. 5 and 6, the 25 adjacent parts 74 are 5 in number, each have a full radial have a total length $L_3$ of 0.730 inches.

Referring again to FIG. 9, in circumferential parts of the container body 62 of FIGS. 5 and 6 wherein the dome positioning portion 70 is not reworked, the mean 30 diameter $D_3$ of the annular supporting portion 16 is 2.000 inches; and the inside diameter $D_O$ of the bottom recess portion 68 is 1.900 inches which is the minimum diameter of the inner convex annular portion 22. A radius $R_7$ of the outer contour of the outer convex annu- 35 lar portion 20 is 0.052 inches; and an outer radius $R_8$ of the inner convex annular portion 22 is 0.052 inches.

It should be noticed that the radii $R_7$ and $R_8$ are to the outside of the container body 62 and are therefore larger than the radii $R_1$ and $R_2$ of FIG. 4 by the thick- 40 ness of the material.

Referring now to FIG. 10, in circumferential parts of the FIGS. 5 and 6 embodiments wherein the dome positioning portion 70 is reworked, a radius $R_9$ of the inner convex annular portion 22 is reduced, the inside 45 diameter $D_O$ is increased by the radial distance $X_1$ to the inside diameter $D_R$, a hooked part 76 of the dome positioning portion 70 is indented, or displaced radially outward, by a radial dimension $X_2$, and the arithmetical mean diameter $D_3$ of the supporting portion 16 is in- 50 creased by a radial dimension $X_3$ from the diameter $D_3$ of FIG. 9 to an arithmetical mean diameter $D_5$ of FIG. 10. The hooked part 76 is centered at a distance Y from the supporting surface 18 and includes a radius $R_H$.

Referring now to FIGS. 7, 8, and 11, the container 55 body 64 includes the cylindrical sidewall 12 and a bottom 78 having the annular supporting portion 16 with the supporting surface 18. A bottom recess portion 80 of the bottom 78 is disposed radially inwardly of the supporting surface 18 and includes both the concave 60 domed panel 38 and a dome positioning portion 82.

The dome positioning portion 82 disposes the concave domed panel 38 at the positional distance $L_2$ above the supporting surface 18 as shown in FIG. 11. The dome positioning portion 82 includes the inner convex 65 annular portion 22, an inner wall 83, and the inner concave annular portion 44 as shown and described in conjunction with FIGS. 3 and 4.

14

The dome positioning portion 82 of the container body 64 includes a circumferential first part 84 that is disposed around the dome positioning portion 82 at the radial distance $R_R$ from the container axis 14 as shown in FIGS. 8 and 11. The radial distance $r_R$ is one half of the diameter $D_O$ of FIG. 11 plus the radial distance $X_1$. The diameter $D_O$ occurs at the junction of the inner convex annular portion 22 and the inner wall 42 of FIG. 4. That is, the diameter $D_O$ is defined by the radially inward part of the inner convex annular portion 22.

The dome positioning portion 82 also includes a circumferential adjacent part 86 that is disposed around the dome positioning portion 82, and that is disposed at an effective radius $R_E$ from the container axis 14 which is greater than the radial distance $R_R$ of the first part 84. The effective radius $R_E$ is equal to the sum of one half of the diameter $D_O$ and the radial dimension $X_2$ of FIG. 11. That is, the adjacent part 86 includes the hooked part 76; and the hooked part 76 is displaced from the radial distance $R_O$ by the radial dimension $X_2$. Therefore, it is proper to say that the adjacent part 86 is disposed radially outwardly of the first part 84.

Referring again to FIG. 9, prior to reworking, the mean diameter $D_3$ of the annular supporting portion 16 of the container body 64 is 2.000 inches; the inside diameter $D_O$ of the bottom recess portion 68 is 1.900 inches, which is the minimum diameter of the inner convex annular portion 22; and the radii $R_7$ and $R_8$ of the outer and inner convex annular portions, 20 and 22, are 0.052 inches.

Referring now to FIG. 11, the radius $R_9$ of the inner convex annular portion 22 is reduced, the diameter $D_O$ is increased by the radial distance $X_1$ to the diameter $D_R$, a hooked part 76 of the dome positioning portion 82 is indented, or displaced radially outward, by the radial dimension $X_2$, and the arithmetical mean diameter $D_3$ of both the supporting portion 16 and the supporting surface 18 of FIG. 9 is increased by the radial dimension $X_3$ to the diameter $D_5$ of FIG. 11. The hooked part 76 is centered at the distance Y from the supporting surface 18 and includes the radius $R_H$.

Referring now to FIGS. 4, 12, and 13, the concave domed panel 38 of the container body 11 of FIG. 4 includes the perimeter $P_O$ and an unreworked effective perimeter $P_E$ that includes the inner concave annular portion 44. However, when the container body 11 is reworked into the container body 62 of FIGS. 5 and 6, the domed panel 38 includes a reworked effective perimeter $P_{E1}$ which is larger than the perimeter $P_E$. In like manner, when the container body 11 of FIG. 4 is reworked into the container body 64 of FIGS. 7 and 8, the domed panel 38 includes a reworked effective perimeter $P_{E2}$ which is also larger than the unreworked perimeter $P_E$.

For testing, container bodies 11 made according to two different sets of dimensions, and conforming generally to the configuration of FIGS. 3 and 4, have been reworked into both container bodies 62 and 64.

Container bodies 11 made to one set of dimensions before reworking are designated herein as B6A container bodies, and container bodies 11 made according to the other set of dimensions are designated herein as B7 container bodies. The B6A and the B7 container bodies include many dimensions that are the same. Further, many of the dimensions of the B6A and B7 container bodies are the same as a prior art configuration of the assignee of the present invention.

CCS0032432

A175

15

Referring now to FIGS. 3, 4, and 9, prior to reworking, both the B6A container bodies and the B7 container bodies included the following dimensions: $D_1 = 2,598$ inches; $D_2$, $D_3 = 2.000$ inches; $D_5 = 2.509$ inches; $R_3 = 0.200$ inches; $R_5 = 0.050$ inches; $R_6 = 0.200$ inches; $R_7$ and $R_8 = 0.052$ inches; $H_2 = 0.370$ inches; $H_3 = 0.008$ inches; and $\alpha_2 = 30$ degrees. Other dimensions, including $R_4$, $H_1$, and the metal thickness, are specified in Table 1.

The metal used for both the B6A and B7 container bodies for tests reported herein was aluminum alloy which is designated as 3104 H19, and the test material was taken from production stock.

The dome radius $R_4$, as shown in Table 1, is the approximate dome radius of a container body 11; and the dome radius $R_4$ is different from the radius $R_T$ of the domer tooling. More particularly, as shown in Table 1, tooling with a radius $R_T$ of 2.12 inches produces a container body 11 with a radius $R_4$ of approximately 2.38 inches.

This difference in radius of curvature between the container body and the tooling is true for the three Pulciani et al. patents, for the prior art embodiments of the assignee of the present invention, and also for the present invention.

Referring now to FIGS. 3, 5, 7, and 9, the dome radius $R_4$ will have an actual dome radius $R_C$ proximal to the container axis 14, and a different actual dome radius $R_P$ at the perimeter $P_O$. Also, the radii $R_C$ and $R_P$ will vary in accordance with variations of other parameters, such as the height $L_1$ of the inner wall 71. Further, the dome radius $R_4$ will vary at various distances between the container axis 14 and the perimeter $P_O$.

The dome radius $R_C$ will be somewhat smaller than the dome radius $R_P$, because the perimeter $P_O$ of the concave domed panel 38 will spring outwardly. However, in the table where the dome radius $R_4$ is given, and at the container axis 14, the dome radius $R_4$ is close to being equal to the actual dome radius $R_C$.

When the container bodies 11 are reworked into the container bodies 62 and 64, as shown in FIGS. 5 and 7, the dome radii $R_C$ and $R_P$, as shown on FIG. 3, may or may not change slightly with container bodies 11 made to various parameters and reworked to various parameters. Changed radii, due to reworking of the dome positioning portions, 70 and 82, as shown in FIGS. 10 and 11, are designated actual dome radius $R_{CR}$ and actual dome radius $R_{PR}$ for radii near the container axis 14 and near the perimeter $P_O$, respectively. However, since the difference between the dome radii $R_C$ and $R_P$ is small, and since the dome radii $R_C$ and $R_P$ change only slightly during reworking, if at all, only the radius $R_4$ of FIG. 3 is used in the accompanying table and in the following description.

Reworking of the dome positioning portions, 70 and 82, results in an increase in the radius $R_5$ of FIG. 4. To show this change in radius, the radius, after reworking, is designated radius of curvature $R_{5R}$ in FIGS. 10 and 11 and in Table 1. As seen in Table 1, this change in the radius $R_5$ can be rather minimal, or quite large, depending upon various parameters in the original container body 11 and/or in reworking parameters.

When the change in the radius $R_5$ of FIG. 4 is quite large, as shown for the B7 container body reworked into the container body 64, reworking of the container 65 body 11 into the container body 64 extends an effective diameter $D_E$ of the center panel 38, which includes the concave annular portion 44, and which is shown in

16

FIG. 9, to an effective diameter $D_{E1}$, as shown in FIG. 11.

Therefore, in the reworking process, an annular portion 88 of the dome positioning portion 82, as shown in FIG. 11, is moved into, and affectively becomes a part of, the center panel 38.

Further, especially in the process in which the reworking is circumferential, as shown in FIGS. 7, 8, and 11, an annular portion 90, as shown in FIG. 9, of the bottom 78 which lies outside of the annular supporting surface 18, is moved radially inward, and effectively becomes a part of the dome positioning portion 82 of FIG. 11.

In Table 1, the static dome reversal pressure (S.D.R.) is in pounds per square inch, the cumulative drop height (C.D.H.) is in inches, and the internal pressure (I.P.) at which the cumulative drop height tests were run is in pounds per square inch.

The purpose for the cumulative drop height is to determine the cumulative drop height at which a filled can 15 exhibits partial or total reversal of the domed panel.

The procedure is as follows: 1) warm the product in the containers to 90 degrees Fahrenheit, plus or minus 2 degrees; 2) position the tube of the drop height tester to 5 degrees from vertical to achieve consistent container drops; 3) insert the container from the top of the tube, lower it to the 3 inch position, and support the container with a finger; 4) allow the container to free-fall and strike the steel base; 5) repeat the test at heights that successively increase by 3 inch increments; 6) feel the domed panel to check for any bulging or "reversal" of the domed panel before testing at the next height; 7) record the height at which dome reversal occurs; 8) calculate the cumulative drop height, that is, add each height at which a given container has been dropped, including the height at which dome reversal occurs; and 9) average the results from 10 containers.

A control was run on both B6A and B7 container bodies 11 prior to reworking into the container bodies 62 and 64. In this control testing, the B6A container body had a static dome reversal pressure of 97 psi and the B7 container body had a static dome reversal pressure of 95 psi. Further, the B6A container body had a cumulative drop height resistance of 9 inches and the B7 container body had a cumulative drop height resistance of 33 inches.

TABLE 1

| | BODY 62 INTERRUPTED ANNULAR INDENT | | BODY 64 CONTINUOUS ANNULAR INDENT | |
|---|---|---|---|---|
| | B6A | B7 | B6A | B7 |
| $R_4$ | 2.38 | 2.038 | 2.38 | 2.038 |
| $R_T$ | 2.12 | 1.85 | 2.12 | 1.85 |
| $R_{5R}$ | -- | -- | 0.08 | 0.445 |
| $H_1$ | .385 | .415 | .385 | .415 |
| $D_R$ | 1.950 | 1.950 | 2.000 | 1.984 |
| $D_5$ | 2.020 | 2.020 | 2.051 | 2.041 |
| $R_H$ | .030 | .030 | .050 | .050 |
| $R_9$ | .030 | .030 | .026 | .026 |
| $X_1$ | .025 | .025 | .050 | .042 |
| $X_2$ | .054 | .051 | .055 | .055 |
| $X_3$ | .010 | .021 | .026 | .021 |
| Y | .084 | .086 | .076 | .092 |
| thkns. | .0116 | .0118 | .0116 | .0118 |
| I.P. | 58 | 59 | 58 | 59 |
| S.D.R. | 111 | 120 | 121 | 126 |
| C.D.H. | 10.8 | 30.0 | 18.0 | 60.0 |

CCS0032433

A176

17

Referring now to Table 1, when B6A container bodies were reworked into the container bodies 62, which have a plurality of circumferentially-spaced adjacent parts 74 that are displaced radially outwardly, the static dome reversal pressure increased from 97 psi to 111 psi, and the cumulative drop height resistance increased from 9 inches to 10.8 inches.

When the B7 container bodies were reworked into the container bodies 62, the static dome reversal pressure increased from 95 psi to 120 psi, and the cumulative drop height resistance decreased from 33 inches to 30 inches.

When the B6A container bodies were reworked into the container bodies 64, which have a circumferential adjacent part 86 that is displaced radially outwardly from a circumferential first part 84, the static dome reversal pressure increased from 97 psi to 121 psi, and the cumulative drop height resistance increased from 9 inches to 18 inches.

Finally, when the B7 container bodies were reworked into the container bodies 64, the static dome reversal pressure increased from 95 psi to 126 psi, and the cumulative drop height resistance increased from 33 inches to 60 inches.

Thus, B6A and B7 container bodies reworked into container bodies 62 of FIGS. 5 and 6 showed an improvement in static dome reversal pressure of 14.4 percent and 26.3 percent, respectively. B6A and B7 container bodies reworked into container bodies 62 showed an improvement in cumulative drop height resistance of 20 percent in the case of the B6A container body, but showed a decrease of 10 percent in the case of the B7 container body.

Further, B6A and B7 container bodies reworked into container bodies 64 of FIGS. 7 and 8 showed an improvement in static dome reversal pressure of 24.7 percent and 32.6 percent, respectively. B6A and B7 container bodies reworked into container bodies 64 showed an improvement in cumulative drop height resistance of 100 percent in the case of the B6A container body, and an increase of 81.8 percent in the case of the B7 container body,

Therefore, the present invention provides phenomenal increases in both static dome reversal pressure and cumulative drop height without increasing the size of the container body, without seriously decreasing the fluid volume of the container body as would be caused by increasing the height $L_1$ of the inner wall, 71 or 83, or by greatly decreasing the dome radius $R_4$ of the concave domed panel 38 of FIG. 3, and without increasing the thickness of the metal.

While reworking the B7 container bodies into the container bodies 62 did not show an increase in the cumulative drop height resistance, it is believed that this is due to two facts. One fact is that reworking of the container bodies 62 and 64 was made without the benefit of adequate tooling. Therefore, the test samples were not in accordance with production quality. Another fact is that reworking the B7 container bodies into the container bodies 64 resulted in a greater radial distance $X_1$ than did the reworking of the B7 container bodies into the container bodies 62.

However, it remains a fact that reworking the B6A container bodies into the container bodies 64 did provide substantial increases in both the static dome reversal pressure and the cumulative drop height resistance.

18

It is believed that with further testing, parameters will be discovered which will provide additional increases in both static dome reversal pressure and cumulative drop height resistance.

Since the present invention provides a substantial increase in static dome reversal pressure, and with some parameters, a substantial increase in cumulative drop height resistance, it is believed that the present invention, when used with smaller dome radii $R_4$, or with center panel configurations other than spherical radii, will provide even greater combinations of static dome reversal pressures and cumulative drop height resistances than reported herein.

From general engineering knowledge, it is obvious that a dome radius $R_4$ that is too large would reduce the static dome reversal pressure. Further, it has been known that too small a dome radius $R_4$ would also reduce the static dome reversal pressure, even though a smaller dome radius $R_4$ should have increased the static dome reversal pressure.

While it is not known for a certainty, it appears that smaller values of dome radii $R_4$ placed forces on the inner wall 42 that were concentrated more directly downwardly against the inner convex annular portion 22, thereby causing roll-out of the inner convex annular portion 22 and failure of the container body 11.

In contrast, a larger dome radius $R_4$ would tend to flatten when pressurized. That is, as a dome that was initially flatter would flatten further due to pressure, it would expand radially and place a force radially outward on the top of the inner wall 42, thereby tending to prevent roll-out of the inner convex annular portion 22.

However, a larger dome radius $R_4$ would have insufficient curvature to resist internal pressures, 35 thereby resulting in dome reversal at pressures that are too low to meet beverage producers' requirements.

The present invention, by reworking the inner wall 42 of the container body 11 to the inner wall 71 of the container body 62, or by reworking the inner wall 42 to the inner wall 83 of the container body 64, increases in static dome reversal pressures that are achieved. These phenomenal increases in static dome reversal pressures are achieved by decreasing the force which tends to roll-out the inner convex annular portion 22.

More specifically, as seen in FIG. 9, in the instance of the container body 64 where the adjacent part 86 of the dome positioning portion 82 is circumferential, an effective diameter, which is the inside diameter $D_0$ of the bottom recess portion 25 of the container body 11, is increased to a diameter $D_{E2}$. The container body 64 also has an effective perimeter $P_{E2}$ as shown in FIG. 13.

Or, as seen in FIG. 10 which shows circumferentially-spaced adjacent parts 74 that are displaced outwardly, a radial distance $R_0$ of the domed panel 38 is increased to an effective radius $R_E$. An increase in the radial distance $R_0$ to the radius $R_E$ by the circumferentially-spaced adjacent parts 74 increases the effective perimeter of the domed panel 38 to perimeter $P_{E1}$ as shown in FIG. 12.

It can be seen by inspection of FIGS. 10 and 11 that placing the dome pressure force farther outwardly, as shown by the diameter $D_{E2}$ and the radius $R_E$, reduces the moment arm of the roll-out force. That is, the ability of a given force to roll-out the inner convex annular portion 22 depends upon the distance, radially inward, where the dome pressure force is applied. Therefore, the increase in the inside diameter $D_0$ to the effective diameter $D_{E2}$ of the container body 64, and the increase

CCS0032434

5,325,696

19

in the radial distance $R_0$ to the effective radius, decrease the roll-out forces and thereby increase the resistance to roll-out.

Also, as shown in Table 1, the radius $R_9$ is reduced; and, from the preceding discussion, it can be seen that this reduction in radius also helps the container bodies 62 and 64 resist roll-out.

Continuing to refer to FIG. 11, the first part 84 of the container body 64 is circumferential and might be considered to have a height $H_4$, and the adjacent part 86 is also circumferential and might be considered to have a height $H_5$. That is, defining the heights, $H_4$ and $H_5$, is somewhat arbitrary. However, as can be seen, the adjacent part 86 is disposed radially outward from the first part 84; and the hooked part 76 of the dome positioning portion 82 is formed with the radius $R_H$.

Thus, in effect, after reworking into a container body 64, the dome positioning portion 82 is bowed outwardly at the distance Y from the supporting surface 18. This bowing outwardly of the dome positioning portion 82 is believed to provide a part of the phenomenal increase in static dome reversal pressure. That is, as the concave domed panel 38 applies a pressure-caused force downwardly, the outwardly-bowed dome positioning portion 82 tends to buckle outwardly elastically and/or both elastically and plastically.

As the dome positioning portion 82 tends to buckle outwardly, it places a roll-in force on the inner convex annular portion 22, thereby increasing the roll-out resistance.

That is, whereas the downward force of the concave domed panel 38 presses downwardly tending to unroll both the outer convex annular portion 20 and the inner convex annular portion 22, the elastic and/or elastic and plastic buckling of the dome positioning portion 82 tends to roll up the convex annular portions, 20 and 22.

In like manner, as shown in FIG. 10, in circumferential portions of the container body 62 which include the adjacent parts 74 and the hooked parts 76, the tendency of the dome positioning portion 70 to buckle outwardly is similar to that described for the dome positioning portion 82. However, since the hooked part 76 exists only in those circumferential parts of the dome positioning portion 70 wherein the adjacent parts 74 are located, the roll-in effect is not as great as in the container body 64.

Referring now to FIGS. 14-16, a recess-reforming apparatus 110 is disposed around a machine axis 111, and is provided for reforming the bottom recess portion 25 of a container body 11. In FIGS. 14 and 15, a second stage necking die 112 is disposed coaxial to the machine axis 111 and is included with the recess forming apparatus 110 so that an open end 114 of the container body 11 can be reworked while reworking the bottom recess portion 25. As shown in FIGS. 14 and 15, the container body 11 is positioned with the container axis 16 coaxial with the machine axis 111.

Referring now to FIGS. 14-17, the recess-reforming apparatus 110 and the necking die 112 are usable in conjunction with a prior art necking machine 116 which is shown in FIG. 17. The necking machine 116 includes a first necking stage 118 and a second necking stage 120. An infeed chute 122 feeds container bodies 11 to a first star wheel 124 in the first necking stage 118. The first star wheel 124 rotates in a counter-clockwise direction around a first star wheel axis 126, as shown by an arrow 128.

20

Sequential ones of the container bodies 11 are picked up from the infeed chute 122 by successive ones of infeed turret pockets 130 in the first star wheel 124. The first necking stage 118 includes twelve first working stations 132, as shown, each corresponding generally in location to one of the infeed turret pockets 130. Container bodies 11 remain in respective ones of the first working stations 132, and move rotationally with their respective ones of the first working stations 132, until discharged onto a transfer chute 134.

The transfer chute 134 delivers sequential ones of the container bodies 11 to a second star wheel 136 in the second necking stage 120. The second star wheel 136 rotates in a counter-clockwise direction around a second star wheel axis 138, as shown by an arrow 140. Sequential ones of the container bodies 11 are picked up from the transfer chute 134 by successive ones of second turret pockets 142 in the second star wheel 136. The second necking stage 120 includes twelve second working stations 144, as shown, each corresponding generally in location to one of the second turret pockets 142. The container bodies 11 remain in respective ones of the second working stations 144 until discharged onto a discharge chute 146.

The first and second star wheels, 124 and 136, are connected to a structural member 147 by means, not shown and not a part of the present invention.

The prior art necking machine 116 performs a first swaging operation on the open end 114 of respective ones of the container bodies 11 while the container bodies 11 are disposed in respective ones of the first working stations 132 of the first necking stage 118, thereby reducing a diameter 148 of the open end 114 of each container body 11.

Then, as the container bodies 11 are delivered to respective ones of the second working stations 144 in the second necking stage 120, the necking machine 116 performs a second swaging operation on the open ends 114 of respective ones of the container bodies 11 while the container bodies 11 are disposed in respective ones of the second working stations 144, thereby further reducing the diameter 148 of the open end 114 of each container body 11.

The necking dies 112 of FIGS. 14 and 15 are typical of those used with the necking machine 116 of FIG. 17, one of the necking dies 112 being made to first dimensions and being used in each of the second working stations 144, and similar dies, not shown, being made to somewhat different dimensions, and being used in each of the first working stations 132.

Preferably, the recess-reforming apparatus 110 is used in conjunction with the necking machine 116 of FIG. 17, one recess-reforming apparatus 110 being disposed in each of the second working stations 144. Thus, in the second working stations 144, a container body 11 is reworked into a container body 64 that includes a hooked part 76, as shown in FIG. 11; and the open end 114 of the container body 64 is reworked by one necking die 112 while the container body 64 is disposed in the same one of the second working stations 144.

Referring again to FIGS. 14-16, and more particularly to FIG. 16 wherein most of the part numbers are placed, the recess-reforming apparatus 110 includes a stationary housing 150 having a can-receiving seat 152 that is disposed longitudinally to the machine axis 111, a pair of ball bearings 154 that are disposed in a bore 156 in the stationary housing 150, a rotating body 158 that is

CCS0032435

5,325,696

21

carried by the ball bearings 154, and a drive gear 160 that is integral with the rotating body 158.

As shown in FIGS. 16 and 16A, a pair of guide rods 162 are fixedly secured in the rotating body 158. A pair of slide blocks 164 are slidably mounted onto the guide rods 162 so that the slide blocks 164 may move reciprocally transversely to the machine axis 111. An actuating shaft 166 is disposed in a hole 168 of the rotating body 158 and is movable longitudinally along the machine axis 111. Longitudinal movement of the actuating shaft, or tooling portion, 166 is translated into transverse movement of the slide blocks 164 by a pair of actuating links 170 that are pivotally attached to both the actuating shaft 166 and the slide blocks 164. A pair of tooling elements, or reforming rollers, 172 are mounted to respective ones of the slide blocks 164 by roller shafts 174.

The rotating body 158 is rotated by the drive gear 160, and a reforming cam 176 is moved transversely to the machine axis 111 by a mechanism, not shown that is a part of the necking machine 116 of FIG. 17, thereby moving the actuating shaft 166 longitudinally along the machine axis 111; so that the reforming rollers 172 are moved transversely outward from one another as the actuating links 170 translate longitudinal movement of the actuating shaft 166 into transverse movement of the slide blocks 164.

Therefore, the container body 11 of FIGS. 3 and 4 is reformed into the container body 64 of FIGS. 7, 8, and 11 as the reforming cam 176 moves the actuating shaft 166 longitudinally, the actuating shaft 166 moves the actuating links 170, the actuating links 170 move the slide blocks 164, and the slide blocks 164 move the reforming rollers 172 into deforming contact with the inner wall 42 of the container body 11. That is, the actuating shaft 166 is one portion of the reforming apparatus 110, and movement of this one portion longitudinally results in transverse movement of the tooling elements, or reforming rollers, 172.

Finally, the recess-reforming apparatus 110 of FIGS. 16 and 16A includes a tooling device 178. The tooling device 178 includes the rotating body 158, the actuating shaft 166, the actuating links 170, the guide rods 162, the slide blocks 164, and the tooling elements 172.

Referring now to FIGS. 18-20 a recess-reforming apparatus 180 is disposed around the machine axis 111, and is provided for reforming the bottom recess portion 25 of the container body 11. In FIGS. 18-19, a spin-forming apparatus 182 is disposed coaxial with the machine axis 111 and is included with the recess reforming apparatus 180 so that an open end 114 of the container body 11 can be reworked while reworking the bottom recess portion 25. As shown in FIGS. 18 and 19, the container body 11 is positioned with the container axis 14 coaxial with the machine axis 111.

As shown in FIGS. 18 and 19, the spin-forming apparatus 182 includes a chuck 184, a control ring 186, and a necking disk 188 which work together to reform the open end 114 of the container body 11 by a spinning operation, thereby both necking the container body 11 and spin flanging the open end 114, which operations are a part of prior art technology.

Referring now to FIGS. 18, 19, and 21, the recess-reforming apparatus 180 and the spin-forming apparatus 182 of FIGS. 18 and 19 are usable in conjunction with a prior art spin-forming machine 190 which is shown in FIG. 21.

Referring now to FIG. 21, the spin-forming machine 190 includes an infeed chute 192 in which container

22

bodies 11 progress inwardly and downwardly with the container axes 14 thereof disposed horizontally. The infeed chute 192 feeds the container bodies 11 to a can-stop wheel 194. The can-stop wheel 194 rotates clockwise around an axis 196, as shown by an arrow 198. As the can-stop wheel 194 rotates, one container body 11 is picked up from the infeed chute 192 by successive ones of infeed turret pockets 200 in the can-stop wheel 194.

Successive ones of the container bodies 11 are rotated around the can-stop wheel 194 to a necking turret 202 which rotates in a counter-clockwise direction around an axis 204 as shown by an arrow 206. Container bodies 11 are delivered to successive ones of turret pockets 208 in the necking turret 202 by the can-stop wheel 194. The necking turret 202 includes sixteen working stations 210, each generally corresponding in location to the turret pockets 208. The container bodies 11 remain in respective ones of the working stations 210 as the necking turret 202 rotates.

In the spin-forming machine 190, the open ends 114, as shown in FIG. 18, of the container bodies 11 are necked and flanged by a spinning operation which is well known to container manufacturers. Then, successive ones of the container bodies 11 are removed from respective ones of the working stations 210 by respective ones of pick-off pockets 212 in a pick-off wheel 214 that rotates in a clockwise direction around an axis 216, as shown by an arrow 218.

The can-stop wheel 194, necking turret 202, and pick-off wheel 214 are connected to a structural member 219 by means, not shown and not a part of the present invention.

Since the spin-forming machine 190, the spin-forming apparatus 182, and the method are part of the prior art, and are well known to container manufacturers, a simple description as given above is sufficient to show how the present invention is used in combination with this prior art.

Referring now to FIG. 20, the recess-reforming apparatus 180 includes a housing 220 having a integral gear 222, having a container-receiving socket 224, and having a housing bore 226. The gear 222, the socket 224, and the housing bore 226 are all concentric with the machine axis 111. A pair of ball bearings 228 are pressed into the housing bore 226; and a reform body 230 is carried by the ball bearings 228. The reform body 230 includes a body bore 232 and a slot 234 that opens into the body bore 232.

A body extension 236 is attached to the reform body 230 by any suitable means, the particular attaching means not being a part of the present invention. The body extension 236 includes a shaft opening 238, and an extension bore 240 that is open to both the shaft opening 238 and the slot 234. The shaft opening 238 is concentric with the machine axis 111.

The recess-reforming apparatus 180 further includes a guide rod 242 that traverses the body bore 232, and that is attached to the reform body 230 at opposite sides of the body bore 232 in the same manner as shown for the guide rods 162 in FIG. 16A. A slide block 244 is slidably mounted onto the guide rod 242; and a tooling element, or reforming roller, 246 is attached to the slide block 244 by a roller shaft 248 with a roller axis 250 parallel to the machine axis 111.

An actuating shaft 252 is slidably inserted in the shaft opening 238 of the body extension 236. An actuating clevis 254 is screwed onto the actuating shaft 252 and includes a clevis slot 256. A bell crank 258 includes a

CCS0032436

5,325,696

**23**

first arm 260 that is inserted into the clevis slot 256 and that is pivotally attached to the actuating clevis 254 by a pin 262 that intercepts the actuating clevis 254 in the clevis slot 256 thereof. The bell crank 258 includes a second arm 264 that is pivotally attached to the slide block 244 by a pin 266. The bell crank 258 is pivotally attached to the reform body 230 inside the slot 234 by a pin 268; so that the first and second arms, 260 and 264, are pivotal around the pin 268.

In operation, the actuating shaft 252 is moved axially inward toward the container body 11 by a cam, not shown. Movement of the actuating shaft 252 axially inwardly is effective to move the actuating clevis 254 axially inwardly, thereby rotating the bell crank 258 in a clockwise direction around the pin 268. Movement of the bell crank 258 in a clockwise direction moves both the pin 266 and the slide block 244 radially, or transversely, outward from the machine axis 111, thereby moving the reforming roller 246 radially outward into deforming contact with the bottom recess portion 25 of the container body 11.

Finally, the recess-forming apparatus 180 of FIG. 20 includes a tooling device 269. The tooling device 269 includes the reform body 230, the actuating shaft 252, the actuating clevis 254, the bell crank 258, the guide rod 242, the slide block 244, and the tooling element 246.

Referring now to FIG. 22 a recess-reforming apparatus 270 includes a flanged housing 272 that may be attached to a can-making machine, not shown, not a part of the present invention, by cap screws 274, and an extension housing 276 that is attached to the flanged housing 272 by cap screws 278. The flanged housing 272 includes a housing bore 280 that is concentric to the machine axis 111; and the extension housing 276 includes an auxiliary bore 282 that is concentric with the machine axis 111. A socket plate 284 includes a container-receiving socket 285 and is threaded into the auxiliary bore 282, and is locked into a desired longitudinal position by a threaded lock ring 286.

A reform body 288 includes a threaded bore 290, a slot 292 that opens into the threaded bore 290, and a large bore 294 that opens into the slot 292. The threaded bore 290 is threaded onto a tubular shaft or tooling 296 portion that is part of the afore-mentioned can-making machine.

A guide rod 298 extends transversely across the large bore 294, and is fixedly inserted in the reform body 288 at opposite sides of the large bore 294. A pair of slide blocks 300 are slidably fitted over the guide rod 298; and a pair of tooling elements, or reforming rollers, 302 are attached to respective ones of the slide blocks 300 by respective ones of roller shafts 304.

The can-making machine, not shown, includes an actuating shaft 308 with a threaded portion 310, and is inserted through the tubular shaft 296. An actuating clevis, or tooling portion, 312 of the recess-reforming apparatus 270 is threaded onto the threaded portion 310; and the actuating clevis 312 includes a clevis slot 316.

A pair of bell cranks 318 are pivotally attached to the reform body 288 in the slot 316 by respective ones of pins 320. The bell cranks 318 include first arms 322 that are disposed in the clevis slot 316, and that are pivotally attached to the actuating clevis 312 by respective ones of pins 324. Also, the bell cranks 318 include second arms 326 that are pivotally attached to respective ones of the slide blocks 300 by respective ones of pins 328.

**24**

In operation, the can-making machine, not shown, provides rotational motion to the tubular shaft 296, thereby rotating the reform body 288 together with the slide blocks 300 and the reforming rollers 302; so that the reforming rollers 302 move in a rotational path that is disposed radially outward from the machine axis 111, which is also the container axis 14 of the container body 11.

The can-making machine provides cam-actuated movement of the actuating shaft 308 longitudinally inward toward the container body 11. This longitudinally inward movement of the actuating shaft 308 moves the actuating clevis 312 longitudinally inward, moves the first arms 322 of the bell cranks 318 longitudinally inward, rotates the bell cranks 318 around respective ones of the pins 320, moves the slide blocks 300 transversely outward, or radially outward, one from the other, and moves the reforming rollers 302 into deforming engagement with the container body 11 at opposite sides of the bottom recess portion 25.

Referring now to FIG. 23, a recess-reforming apparatus 330 includes a socket plate, or body, 332 that is attached to a frame member 334 by bearings 336 coaxial with the machine axis 111; and the socket plate 332 includes a container socket 338 that is coaxial to a machine axis 111.

The recess-reforming apparatus 330 further includes a cross slide 340 that is attached to the frame member 334 by any suitable means for movement transverse to the machine axis 111, the method of attachment not being a part of the present invention. Ball bearings 342 are mounted in the cross slide 340; and a reform shaft or tooling portion 344 is rotationally mounted in the ball bearings 342.

Referring now to FIGS. 23 and 24, four tooling elements 346 are inserted into sockets 347 of the reform shaft 344, and are attached to the reform shaft 344 by respective cap screws 348. Thus, the tooling elements 346 cooperate with the reform shaft 344 to provide a reforming roller 350 having a plurality of outwardly and radially extending and circumferentially-spaced apart projections 352 which are a part of the tooling elements 346.

As shown in the drawings, when the cross slide 340 is moved transversely, the projections 352 of the reforming roller 350 move radially outward into deforming contact with the bottom recess portion 25 of the container body 11. If the socket plate 332 and the container body 11 are allowed to rotate freely, and if the reforming roller 350 has an effective diameter 354 that is a predetermined ratio of the diameter $D_p$ of the bottom recess portion 25 of the container body 11, then respective ones of the tooling elements 346 will cooperate with others of the tooling elements 346 to progressively form a plurality of negatively-sloping parts, or arcuately shaped and circumferentially-spaced parts, 100 of the bottom recess portion 25 that are deformed radially outward, as shown in FIGS. 5 and 6.

Further, if the socket plate 332 and the container body 11 are made to rotate at a predetermined speed ratio with the reforming roller 350 by any suitable mechanism, not a part of the present invention, then tracking of the tooling elements 346 with the circumferentially-spaced parts 100 is assured.

Finally, the recess-reforming apparatus 330 of FIGS. 23 and 24 includes a tooling device 358. The tooling device 358 includes the cross slide 340 which serves as a body, the ball bearings 342, the reform shaft 344 and

CCS0032437

A180

5,325,696

25

the tooling elements 346 which combine to form the reforming roller 350.

Referring now to FIG. 25, a recess-reforming apparatus 360 is shown with a half section 361 thereof being disposed below a section line 362, and with a half section 363 being disposed above the section line 362. The half section 361 shows the reforming apparatus 260 in its unactuated state; and the half section 363 shows the reforming apparatus 360 actuated to its swaging state.

Referring now to FIG. 25A, internal parts of the half section 361 of FIG. 25 have been reproduced in FIG. 25A to permit uncluttered numbering of the various parts thereof.

Referring now to FIGS. 25 and 25A, the recess-reforming apparatus 360 includes a head receptacle 364 and a container receptacle 365. The container receptacle 365 includes a container socket 367 and is spaced apart from the head receptacle 364 by a threaded adjusting ring 366 that is threaded onto the head receptacle 364; and the container receptacle 365 is attached to the head receptacle 364 by cap screws 368.

A flanged guide sleeve 370 is attached to the head receptacle 364 by cap screws 372, extends longitudinally into a bore 374 of the container receptacle 365, and includes a bearing bore 376. A sleeve bearing 378 is pressed into the bearing bore 376.

The head receptacle 364 is attached to a can-making machine, not shown, by a threaded end 380 of a tubular shaft or tooling portion 382 of the can-making machine. An actuating shaft 384 of the can-making machine is slidably inserted through the tubular shaft 382 and includes a threaded portion 386.

A swaging head 388 is screwed onto the threaded portion 386 and includes a plurality of camming flats 390. A plurality of tooling elements, or circumferentially-spaced apart swaging elements, 392 are positioned proximal to respective ones of the camming flats 390, and respective ones of slide bearings 394 are disposed between respective ones of the camming flats 390 and the swaging elements 392.

Longitudinal movement of the swaging elements 392 is prevented by engagement of tongues 396 of the swaging elements 392 engaging an internal groove 398 of the flanged guide sleeve 370, and by an inwardly extending flange 400 of the flanged guide sleeve 370 engaging 45 respective ones of external grooves 402 of the swaging elements 392.

In operation, as shown by the half section 363, movement of the actuating shaft 384 longitudinally inward moves the swaging elements 392 radially outward in response to engagement of the camming flats 390 through the slide bearings 394, thereby swaging a plurality of circumferentially-spaced parts 100 of the bottom recess portion 25 of the container body 11 radially outward, to form a container body 62, as shown in FIGS. 5 and 6.

Then, when the actuating shaft 384 is moved longitudinally away from the reformed container body 62, a plurality of springs 404 move respective ones of the swaging elements 392 radially inward; so that the reformed container body 62 can be removed from the recess-reforming apparatus 360; and so that the bottom recess portion 25 of another container body 11 can be positioned around the swaging elements 392.

Referring now to FIGS. 14–25, in the recess-reforming apparatus 110 of FIGS. 14–16, the reforming rollers 172 rotate in a path that is disposed radially outward of the container axis 14; and the reforming rollers 172 are

26

moved radially outward into deforming engagement with the bottom recess portion 25 of a container body 11, while the container body 11 remains rotationally motionless.

Since the container body 11 remains rotationally motionless, the recess-reforming apparatus 360 of FIG. 25 could be substituted for the recess-reforming apparatus 110 of FIGS. 14–16. Further, either the recess-reforming apparatus 110 of FIGS. 14–16, or the recess-reforming apparatus 360 of FIG. 25 could be used in conjunction with either or both of the working stations, 132 or 144, of the necking machine 116 of FIG. 17.

Further, even though the reforming apparatus 110 of FIGS. 14–16 has been shown in conjunction with a non-rotating container body 11, the reforming apparatus 110 of FIGS. 14–16 is equally suitable for use with a machine, such as the spin-forming machine 190 of FIG. 21 in which the container body 11 rotates.

Referring again to FIGS. 18–20, although a single reforming roller 246 has been shown and described in conjunction with a single bell crank 258 and a single slide block 244, the mechanism as described in conjunction with FIG. 22, wherein two reforming rollers 302 are used, could be substituted for the mechanism as described in FIGS. 18–20.

Further, although only one guide rod, 242 or 298 has been shown in the embodiments of FIGS. 20 and 22, this has been done for the purpose of avoiding undue complexity in drawings and descriptions. It should be understood that two guide rods, such as the guide rods 162 of FIGS. 16 and 16A could be used in the embodiments of FIGS. 20 and 22. However, if it is assumed that the guide rods 242 and 298 of FIGS. 20 and 22, respectively, are rectangular in cross section, then this cross sectional shape will prevent rotation of the slide blocks, 244 and 300, around the respective ones of their guide rods, 242 or 298, and the use of two guide rods, 242 or 298, becomes unnecessary.

Finally, the recess-reforming apparatus 360 of FIGS. 25 and 25A includes a tooling device 406. The tooling device 406 includes the head receptacle 364 which co-operates with the flanged guide sleeve 370 to serve as a body 408, the tubular shaft 382, the actuating shaft 384, the swaging head 388, and the tooling elements 392.

Referring now to FIGS. 26–28, a recess-reforming machine 410 of FIGS. 26–28 includes a plurality of recess-reforming apparatus 412 of FIGS. 26 and 27.

Referring now to FIGS. 21 and 28, the recess-reforming machine 410 is constructed, so far as handling and transport of the container body 11 are concerned, along the lines of the spin-forming machine 190 of FIG. 21: depositing respective ones of the container bodies 11 in turret pockets 208 of working stations 210, and transporting the container bodies 11 around the turret 202 during the reforming process.

Therefore, the numbers and terminology used to describe the recess-reforming machine 410 are, for the most part, the same as those used to describe the spin-forming machine 190. However, the recess-reforming machine 410 is designed to perform only the recess-reforming operation, although, as previously taught, the recess-reforming operation may be performed substantially simultaneously with various other can-forming operations.

The recess-reforming machine 410 receives container bodies 11 in the infeed chute 192, transfers the container bodies 11 to successive ones of the turret pockets 208 of the working stations 210 in the turret 202 by means of

CCS0032438

5,325,696

27

the can-stop wheel 194, transports the container bodies 11 around the turret 202 to respective ones of the pick-off pockets 212 in the pick-off wheel 214, and deposits the container bodies 11 onto a discharge chute 414.

A turret drum 416 of FIG. 26, omitted from FIG. 27 but shown in phantom in FIG. 28, is disposed concentric with the axis 204 of the turret 202 and rotates with the turret 202 in the direction of the arrow 206.

A plurality of the recess-reforming apparatus 412 are attached to the turret drum 416 of the recess-reforming machine 410 of FIG. 28, one at each of the working stations 210, but with a few removed to more clearly see other details of the recess-reforming machine 410.

Referring now to FIGS. 26 and 27, the recess-reforming apparatus 412 comprises a dome-receptacle assembly 418 that includes a flanged mounting plate 420 with a flange 422, a bearing bore 424 that is disposed concentric with the container axis 14, a threaded bore 426, and mounting holes 428 that are disposed in the flange 422. The flanged mounting plate 420 is secured to the turret drum 416 by cap screws 430 inserted into the mounting holes 428.

The dome-receptacle assembly 418 further includes a pair of ball bearings 432 that are disposed in the bearing bore 424, a threaded lock ring 434 that is disposed in the threaded bore 426 and that locks the ball bearings 432 in the bearing bore 424, and a dome receptacle 436 with a pair of bearing-receiving surfaces 438 that receive respective ones of the ball bearings 432. The dome receptacle 436 also includes a container-receiving socket 440.

The recess-reforming apparatus 412 further includes a pilot shaft, or tooling portion, 442 that is cylindrical in shape, and that is disposed in a pilot bore 444 in the turret drum 416, the pilot bore 444 being parallel to the container axis 14. Since the pilot bore 444 is disposed in the turret drum 416, the turret drum 416 is a part of each one of the recess-reforming apparatus 412 that are disposed around the turret drum 416.

A tooling element, or reforming roller, 446 is attached to the pilot shaft 442 by a roller shaft 448, the reforming roller 446 and the roller shaft 448 being disposed around a roller axis 450 that is eccentric to the container axis 14.

Finally, the recess-reforming apparatus 412 includes a pivot arm 452 that is attached to the pilot shaft 442 by any suitable means, not a part of the present invention, a cam-follower shaft 454 that is inserted into a bore 456 of the pivot arm 452, and a cam follower 458 that is rotationally attached to the cam-follower shaft 454. As shown in FIG. 26, the pivot arm 452 is attached to the pilot shaft 442 near an end 460 that is opposite to an end 462 on which the dome-receptacle assembly 418 is disposed.

The recess-reforming apparatus 412 of FIGS. 26 and 27 includes a tooling device 463. The tooling device 463 includes the turret drum 416 which serves as a body, the pilot shaft 442, the pivot arm 452, the cam follower 458, the roller shaft 448, and the tooling elements 446.

The recess-reforming machine 410 of FIG. 28 includes a cam 464 that is disposed around the axis 204 of the turret 202, but that is stationary with respect with the turret 202. That is, the recess-reforming apparatus 412 is attached to the turret 202 and rotates around the cam 464 in the direction of the arrow 206.

In operation, as the turret 202 rotates around the axis 204, successive ones of the recess-reforming apparatus 412 proceed around the axis 204, and successive ones of the cam followers 458 engage a rise 470 of the cam 464,

28

thereby rotationally positioning the pilot shaft, or tooling portion, 442 of that particular recess-reforming apparatus 412; thereby rotating the reforming roller 446 outwardly into deforming engagement with the bottom recess portion 25 of a container body 11.

In summary, in the present invention relative transverse movement is provided between a tooling element, 172, 246, 302, 346, 392, or 446 and a container body 11. The tooling element 172, 246, 302, 346, 392, or 446, or the container body 11, or both may rotate around the container axis 14, or both may remain rotationally stationary. If more than one tooling element 172, 246, 302, 346, 392, or 446 is provided, they are radially and circumferentially spaced apart; and the tooling elements may be rollers 172, 246, 302, 350, or 446 or swaging elements 392. Preferably, the tooling elements 172, 246, 302, 346, 392, or 446 are moved radially or transversely outward in response to movement of another portion of the tooling, such as an actuating shaft 166, 252, 308, or 384; and preferably this movement of the other portion of the tooling is either rotational or longitudinal.

Further, the reworking of the bottom recess portion 25 of container bodies 11 that is achieved by the apparatus and methods of the present invention produces container bodies 64 with hooked parts 76 that extend circumferentially around the bottom recess portion 80 as shown in FIGS. 7 and 8, or container bodies 62 with a plurality of arcuately-shaped and circumferentially-spaced parts 100 as shown in FIGS. 5 and 6.

In summary, as shown and described herein, the apparatus and method of the present invention provides container bodies, 62 and 64, in which improvements in roll-out resistance, static dome reversal pressure, and cumulative drop height are all achieved without increasing the metal thickness, without decreasing the dome radius $R_4$, without increasing the positional distance $L_2$, without increasing the dome height $H_1$, and without appreciably decreasing the fluid capacity of the container bodies, 62 and 64. Or, conversely, the present invention provides container bodies, 62 and 64, in which satisfactory values of roll-out resistance, static dome reversal pressure, and cumulative drop height can be achieved using metal of a thinner gauge than has heretofore been possible.

It is believed that the present invention yields unexpected results. Whereas, in prior art designs, a decrease in the dome radius $R_4$ has decreased the dome reversal pressure, in the present invention, a decrease in the dome radius $R_4$, combined with strengthening the dome positioning portion, 70 or 82, achieves a remarkable increase in both dome reversal pressure and cumulative drop height resistance.

Further, the fact that phenomenal increases in both cumulative drop height resistance and static dome reversal pressures have been achieved by simply reworking a container body of standard dimensions is believed to constitute unexpected results.

When referring to dome radii $R_4$, or to limits thereof, it should be understood that, while the concave domed panels 38 of container bodies 62 and 64 have been made with tooling having a spherical radius, both the spring-back of the concave domed panel 38 of the container body 11, and reworking of the container body 11 into container bodies 62 and 64, change the dome radius from a true spherical radius.

Therefore, in the claims, a specified radius, or a range of radii for the radius, $R_4$ would apply to either a central

CCS0032439

5,325,696

29

portion 92 or to an annular portion 94, both of FIGS. 5 and 7.

The central portion 92 has a diameter $D_{CP}$ which may be any percentage of the diameter $D_P$ of the concave domed panel 38; and the annular portion 94 may be disposed at any distance from the container axis 14 and may have a radial width $X_4$ of any percentage of the diameter $D_P$ of the concave domed panel 38.

Further, while the preceding discussion has focused on center panels 38 with radii $R_4$ that are generally spherical, and that are made with spherical tooling, the present invention is applicable to container bodies, 62 or 64, in which the concave domed panels 38 are ellipsoidal, consist of annular steps, decrease in radius of curvature as a function of the distance radially outward of the concave domed panel 38 from the container axis 14, have some portion 92 or 94 that is substantially spherical, include a portion that is substantially conical, and-/or include a portion that is substantially flat.

Finally, while the limits pertaining to the shape of the center panel 38 may be defined as functions of dome radii $R_4$, limits pertaining to the shape of the center panel 38 can be defined as limits for the central portion 92 or for the annular portion 94 of the center panel 38, or as limits for the angle $\alpha_3$, whether at the perimeter $P_O$, or at any other radial distance from the container axis 14.

Referring finally to FIGS. 4–11, another distinctive difference in the present invention is in the slope of the inner walls, 71 and 83, of container bodies 62 and 64, respectively. As seen in FIG. 4, the inner wall 42 of the prior art slopes upwardly and inwardly by the angle $\alpha_3$.

In stark contrast to the prior art, the inner wall 83 of the container body 64 of FIGS. 7, 8, and 11 includes a negatively-sloping part 96 that slopes upwardly and 35 outwardly at a negative angle $\alpha_5$. As seen in FIG. 8, the negatively-sloping part 96 extends circumferentially around the container axis 14.

Also, in stark contrast to the prior art, the inner wall 71 of the container body 62 of FIGS. 5, 6, and 10 includes a negatively-sloping part 98 that slopes upwardly and outwardly by a negative angle $\alpha_6$, and that is disposed radially inwardly less than one-half of the bottom 66 of the container body 62. The inner wall 71 also includes another negatively-sloping part 100 that slopes upwardly and outwardly at the negative angle $\alpha_6$, and that is spaced circumferentially from the negatively-sloping part 98.

Therefore, in the appended claims, the center panel 38 should be understood to be without limitation to a particular, or a single, geometrical shape.

In summary, the present invention provides these remarkable and unexpected improvements by apparatus and method as recited in the aspects of the invention which are included herein.

Although aluminum container bodies have been investigated, it is believed that the same principle, namely increasing the roll-out resistance of the inner wall, from the inner wall 42 of the container body 11 to either the inner wall 71 of container body 62 or the inner wall 83 of the container body 64, would be effective to increase the strength of container bodies made from other materials, including ferrous and nonferrous metals, plastic and other nonmetallic materials.

Referring finally to FIGS. 1 and 2, upper ones of the containers 10 stack onto lower ones of the containers 10 with the outer connecting portions 28 of the upper ones of the containers 10 nested inside double-seamed tops 56

30

of lower ones of the containers 10; and both adjacently disposed and vertically stacked containers 10 are bundled into a package 58 by the use of a shrink-wrap plastic 60.

While this method of packaging is more economical than the previous method of boxing, possible damage due to rough handling becomes a problem, so that the requirements for cumulative drop resistances of the containers 10 is more stringent. It is this problem that the present invention addresses and solves.

While specific methods and apparatus have been disclosed in the preceding description, it should be understood that these specifics have been given for the purpose of disclosing the principles of the present invention and that many variations thereof will become apparent to those who are versed in the art. Therefore, the scope of the present invention is to be determined by the appended claims.

The present invention is applicable to container bodies made of aluminum and various other materials. More particularly, the present invention is applicable to beverage containers of the type having a seamless, drawn and ironed, cylindrically-shaped body, and an integral bottom with an annular supporting portion.

What is claimed is:

1. Apparatus for reforming a thin-walled container body having an outer wall that is disposed around a container axis, a bottom that is attached to said outer wall and that provides an annular supporting surface, an outer connecting portion that interconnects said outer wall and said supporting surface, and a bottom recess portion that is disposed radially inwardly of said supporting surface, said bottom recess portion comprising a generally concave center panel and an inner wall that disposes said center panel above said supporting surface, said apparatus comprising:

a tooling device comprising a body and a tooling element that is operatively attached to said body, said tooling element comprising at least one reforming roller, each said reforming roller being substantially disk-shaped, having a reforming surface which is engageable with said inner wall, and having a thickness which is less than a height of an upper end of said inner wall above a reference plane which substantially contains said supporting surface;

means for positioning said tooling element within an exterior space defined by said inner wall and said center panel of said bottom recess portion of said container body;

first means for providing relative transverse movement between said tooling element and all of said container body; and

means, comprising said tooling-element, and comprising said first means for providing relative transverse movement between said tooling element and said container body, for reworking at least a part of said inner wall into a predetermined position of having an upwardly and outwardly orientation relative to said supporting surface and said container axis, respectively, said means for reworking comprising second means for providing relative movement between said tooling element and said container body to relatively advance said tooling element about said inner wall.

2. Apparatus as claimed in claim 1 in which said means for providing relative transverse movement between said tooling element and said container body

CCS0032440

A183

5,325,696

31

comprises means for moving said tooling element transversely with respect to said container axis.

3. Apparatus as claimed in claim 1 in which said means for providing relative transverse movement between said tooling element and said container body comprises means for moving said tooling element transversely outward from said body thereof.

4. Apparatus as claimed in claim 1 in which said tooling device includes means, comprising a portion of said tooling device that is movable longitudinally with respect to said body for moving said tooling element transversely outward from said body;

said apparatus comprises means for moving said portion of said tooling device longitudinally with respect to said body thereof; and

said means for providing relative transverse movement between said tooling element and said container body comprises said means for moving said portion of said tooling device longitudinally.

5. Apparatus as claimed in claim 1 in which said means for positioning said tooling element inside said bottom recess comprises means for positioning said tooling element longitudinally upward from said supporting surface, whereby said part of said inner wall is disposed longitudinally above said supporting surface.

6. Apparatus as claimed in claim 1, wherein said apparatus is positioned substantially entirely exteriorly of said container body;

7. An apparatus as claimed in claim 1, wherein said apparatus is substantially free from contact with said center panel.

8. Apparatus as claimed in claim 1, wherein said tooling element further comprises another reforming roller positioned about 180° apart from said at least one reforming roller.

9. Apparatus as claimed in claim 1, wherein said tooling element further comprises at least two additional reforming rollers, said reforming rollers being substantially equally spaced about a central axis of said tooling device.

10. Apparatus as claimed in claim 1, wherein each said reforming roller is positioned entirely above said reference plane.

11. Apparatus as claimed in claim 1, wherein said first means for providing relative transverse movement comprises engaging means for providing relative transverse movement between said tooling element and said container body to engage said tooling element with at least a portion of said inner wall, and disengaging means for providing relative transverse movement between said tooling element and said container body to disengage said tooling element from said inner wall.

12. Apparatus as claimed in claim 1, wherein said engaging surface of each said reforming roller is defined by a radius of less than about 0.050 inches.

13. A method for increasing at least one strength characteristic of a thin walled, drawn and ironed container body having an outer wall that is disposed around a container axis, a bottom that is attached to said outer wall and that provides an annular supporting surface, an outer connecting portion that interconnects said outer wall and said supporting surface, and a bottom recess portion that is disposed radially inwardly of said supporting surface, said bottom recess portion comprising a generally concave center panel and an inner wall that disposes said center panel above said supporting sur-

32

face, said inner wall being substantially linear, said method comprising the step of:

reforming said inner wall into first, second, and third segments, said first segment extending upwardly and inwardly relative to said supporting surface and said axis, respectively, said second segment being above said first segment and extending upwardly and outwardly relative to at least a portion of said first segment and said axis, respectively, and said third segment being above said second segment and extending upwardly and inwardly relative to at least a portion of said second segment and said axis, respectively.

14. A method as claimed in claim 13 wherein said providing of relative transverse movement comprises moving said tooling element transversely.

15. A method as claimed in claim 13 in which said providing of relative transverse movement between said tooling element and said container body comprises:

a) moving a tooling portion longitudinally; and

b) moving said tooling element transversely in response to said moving of said tooling portion longitudinally.

16. A method as claimed in claim 13, wherein a vertical space extending from a plane containing said annular supporting surface to said center panel accommodates a positioning of said tooling element within said exterior space without engaging said center panel.

17. A method as claimed in claim 13, wherein said positioning said tooling element step comprises positioning said tooling element longitudinally upward from said supporting surface, whereby said at least a part of said inner wall is disposed longitudinally above said supporting surface.

18. A method as claimed in claim 13, wherein said reforming step comprises using at least one reforming roller and relatively advancing each said reforming roller about said inner wall.

19. A method as claimed in claim 18, wherein said reforming step further comprises positioning each said reforming roller entirely above a location coinciding with an upper end of said first segment.

20. A method as claimed in claim 18, wherein said reforming step comprises providing relative transverse movement between all of said container body and each said reforming roller.

21. A method, as claimed in claim 20, wherein said providing relative transverse movement step comprises providing relative transverse movement between each said reforming roller and all of said container body to engage each said reforming roller with at least part of said inner wall, and providing relative transverse movement to disengage each said reforming roller from all of said inner wall after said reforming step.

22. A method, as claimed in claim 13, wherein said reforming step comprises using first and second reforming rollers which are positioned about 180° apart, said first and second rollers exerting substantially diametrically opposed forces on two discrete locations of said inner wall.

23. A method, as claimed in claim 13, wherein said inner wall and said center panel are interconnected by an arcuate portion having a first radius, and wherein said method further comprises the step of increasing said first radius.

24. A method, as claimed in claim 13, wherein said reforming step comprises forming an arcuate portion between said second segment and said third segment.

CCS0032441

A184

5,325,696

33

25. A method, as claimed in claim 24, wherein said arcuate portion has a radius between about 0.030 inches and about 0.050 inches.

26. A method, as claimed in claim 13, wherein said reforming step comprises exerting a concentrated force on a mid-portion of said inner wall.

27. Apparatus for reforming a thin-walled, drawn and ironed container body having an outer wall that is disposed around a container axis, an annular supporting surface, an outer connecting portion that interconnects said outer wall and said supporting surface, and a bottom recess portion that is disposed radially inwardly of said supporting surface, said bottom recess portion comprising a generally concave center panel and an inner wall that disposes said center panel above said supporting surface, said apparatus comprising:

a tooling device comprising a body and a tooling element that is operatively attached to said body, said tooling element comprising first and second reforming rollers which are positioned about 180° apart;

means for positioning said tooling element within an exterior space defined by said inner wall and said center panel of said bottom recess portion of said container body;

first means for providing relative transverse movement between said tooling element and all of said container body; and

means, comprising said tooling element, and comprising said first means for providing relative transverse movement between said tooling element and said container body, for reworking at least a part of said inner wall into an upwardly and outwardly orientation relative to said supporting surface and said axis, respectively, said means for reworking comprising second means for providing relative movement between said tooling element and said container body to relatively advance said first and second reforming rollers about said inner wall.

28. Apparatus as claimed in claim 27, wherein said first and second reforming rollers are each substantially disk-shaped and have a reforming surface which is engageable with said inner wall.

29. Apparatus as claimed in claim 28, wherein each said reforming roller has a thickness which is less than a height of an upper end of said inner wall above a reference plane which contains said supporting surface and wherein each said reforming roller is entirely positioned above said reference plane.

30. Apparatus as claimed in claim 28, wherein each said reforming surface is defined by a radius of less than about 0.050 inches.

31. Apparatus as claimed in claim 27, wherein said first means for providing relative transverse movement comprises engaging means for providing relative transverse movement between said tooling element and said container body to engage said tooling element with at least a portion of said inner wall, and disengaging means for providing relative transverse movement between said tooling element and said container body to disengage said tooling element from said inner wall.

32. Apparatus for reforming a thin-walled, drawn and ironed container body having an outer wall that is disposed around a container axis, an annular supporting surface, an outer connecting portion that interconnects said outer wall and said supporting surface, and a bottom recess portion that is disposed radially inwardly of said supporting surface, said bottom recess portion com-

34

prising a generally concave center panel and an inner wall that disposes said center panel above said supporting surface, said apparatus comprising:

a tooling device comprising a body and a tooling element that is operatively attached to said body, said tooling element comprising at least one reforming roller;

means for positioning said tooling element within an exterior space defined by said inner wall and said center panel of said bottom recess portion of said container body;

first means for providing relative transverse movement between said tooling element and all of said container body, said first means for providing relative transverse movement comprising engaging means for providing relative transverse movement between said tooling element and said container body to engage said tooling element with at least a portion of said inner wall and disengaging means for providing relative transverse movement between said tooling element and said container body to disengage said tooling element from said inner wall; and

means, comprising said tooling element, and comprising said first means for providing relative transverse movement between said tooling element and said container body, for reworking at least a part of said inner wall into an upwardly and outwardly orientation relative to said supporting surface and said axis, respectively, said means for reworking comprising second means for providing relative movement between said tooling element and said container body to relatively advance said tooling element about said inner wall.

33. Apparatus as claimed in claim 32, wherein each said reforming roller has a height which is less than a height of said inner wall.

34. A method for reforming a thin-walled, drawn and ironed container body with at least one reforming roller, said container body having an outer wall that is disposed around a container axis, an annular supporting surface, and outer connecting portion that interconnects said outer wall and said supporting surface, and a bottom recess portion that is disposed radially inwardly of said supporting surface, said bottom recess portion comprising a generally concave center panel and an inner wall that disposes said center panel above said supporting surface, said inner wall being in a first orientation, said method comprising the steps of:

providing relative transverse movement between each said reforming roller and all of said container body to engage each said reforming roller with at least part of said inner wall;

moving each said reforming roller relative to said container body about said inner wall;

changing said inner wall from said first orientation to a second orientation using said providing relative transverse movement to engage and said moving steps, wherein said second orientation comprises at least part of said inner wall extending upwardly and outwardly relative to said supporting surface and said container axis, respectively; and

providing relative transverse movement between each said reforming roller and all of said container body to disengage each said reforming roller from said inner wall after said changing step.

35. A method, as claimed in claim 34, wherein said inner wall and said center panel are interconnected by

CCS0032442