35

an arcuate portion having a first radius, and wherein said method further comprises the step of increasing said first radius.

36. A method, as claimed in claim 34, wherein said changing step comprises forming annular first, second, and third segments from said inner wall, said first segment extending upwardly and inwardly relative to said supporting surface and said axis, respectively, said second segment being positioned above said first segment and extending upwardly and outwardly relative to at least part of said first segment and said axis, respectively, and comprising said at least part of said inner wall, and said third segment being positioned above said second segment and extending upwardly and inwardly relative to at least a portion of said second segment and said axis, respectively.

37. A method, as claimed in claim 36, wherein said forming first, second, and third segments step comprises forming an arcuate portion between said second segment and said third segment.

38. A method, as claimed in claim 37, wherein said arcuate portion has a radius between about 0.030 inches and about 0.050 inches.

39. A method, as claimed in claim 36, wherein said method further comprises positioning each said reforming roller entirely above a location coinciding with an upper portion of said first segment.

40. A method, as claimed in claim 34, wherein said changing step comprises exerting a concentrated force on a mid-portion of said inner wall.

41. A method, as claimed in claim 34, wherein said method further comprises using another reforming roller spaced from said at least one reforming roller by about 180°, and wherein said providing relative transverse movement to engage step comprises exerting diametrically opposed forces on two discrete locations of said inner wall.

42. A method for reforming a thin-walled, drawn and ironed container body with at least one reforming roller, said container body having an outer wall that is disposed around a container axis, an annular supporting surface, an outer connecting portion that interconnects said outer wall and said supporting surface, and a bottom recess portion that is disposed radially inwardly of said supporting surface, said bottom recess portion comprising a generally concave center panel and an inner wall that disposes said center panel above said supporting surface, said inner wall being in a first orientation, said method comprising the steps of:

engaging each said reforming roller with said inner wall;

moving each said reforming roller relative to said container body about said inner wall; and

circumferentially changing said inner wall from said first orientation to a second orientation using said engaging said moving steps, wherein said second orientation comprises at least part of said inner wall extending upwardly relative to said supporting surface and outwardly relative to said container axis.

43. A method, as claimed in claim 42, further comprising the step of providing relative transverse movement between all of said container body and each said reforming roller.

44. A method, as claimed in claim 43, wherein said providing relative transverse movement step comprises providing relative transverse movement between each said reforming roller and all of said container body to

36

engage each said reforming roller with different portions of said inner wall and providing relative transverse movement between each said reforming roller and all of said container body to disengage each said reforming roller from said inner wall after said moving step.

45. A method, as claimed in claim 42, wherein said inner wall and said center panel are interconnected by an arcuate portion having a first radius, and wherein said method further comprises the step of increasing said first radius.

46. A method, as claimed in claim 42, wherein said circumferentially changing step comprises forming annular first, second, and third segments from said inner wall, said first segment extending upwardly and inwardly relative to said supporting surface and said axis, respectively, said second segment being positioned above said first segment and extending upwardly and outwardly relative to at least part of said first segment and said axis, respectively, and said third segment being positioned above said second segment and extending upwardly and inwardly relative to at least a portion of said second segment and said axis, respectively.

47. A method, as claimed in claim 46, wherein said forming step comprises forming an annular arcuate portion between said second segment and said third segment.

48. A method, as claimed in claim 47, wherein said arcuate portion has a radius between about 0.030 inches and about 0.050 inches.

49. A method, as claimed in claim 42, wherein said circumferentially changing step comprises exerting a concentrated force on a mid-portion of said inner wall.

50. A method, as claimed in claim 42, wherein said method further comprises using another reforming roller spaced from said at least one reforming roller by about 180°, and wherein said engaging step comprises exerting diametrically opposed forces on two discrete locations of said inner wall.

51. A method, as claimed in claim 42, wherein said method further comprises the step of positioning each said reforming roller above a reference plane which contains said supporting surface.

52. A method for increasing at least one strength characteristic of a thin-walled, drawn and ironed container body having an outer wall that is disposed around a container axis, an annular supporting surface, an outer connecting portion that interconnects said outer wall and said supporting surface, and a bottom recess portion that is disposed radially inwardly of said supporting surface, said bottom recess portion comprising a generally concave center panel and an inner wall that disposes said center panel above said supporting surface, said inner wall and said center panel being interconnected by an arcuate portion having a radius, said inner wall being in a first orientation, said method comprising the steps of:

reforming at least part of said inner wall;

changing said inner wall from said first orientation to a second orientation using said reforming step, said second orientation comprising at least part of said inner wall extending upwardly relative to said supporting surface and outwardly relative to said container axis; and

increasing said radius of said arcuate portion using said reforming step.

53. A method as claimed in claim 52, wherein said reforming step comprises using two reforming rollers positioned about 180° apart, said method further com-

CCS0032443

5,325,696

**37**

prising the step of exerting diametrically opposed forces on two discrete locations of said inner wall.

54. A method, as claimed in claim 52, wherein said reforming step comprises using at least one reforming roller.

55. A method, as claimed in claim 54, wherein said reforming step comprises providing relative transverse movement between all of said container body and each said reforming roller.

56. A method, as claimed in claim 54, wherein said reforming step further comprises positioning each said reforming roller above a reference plane which contains said supporting surface.

57. A method, as claimed in claim 54, wherein said reforming step comprises providing relative transverse movement between each said reforming roller and all of said container body to engage each said reforming roller with different portions of said inner wall and relatively moving each said reforming roller about said inner wall, said method further comprising the step of providing relative transverse movement between each said reforming roller and all of said container body to disengage each said reforming roller from said inner wall after said reforming step.

58. A method, as claimed in claim 56, wherein said reforming step comprises forming annular first, second, and third segments from said inner wall, said first segment extending upwardly and inwardly relative to said supporting surface and said axis, respectively, said second segment being above said second segment and extending upwardly and outwardly relative to at least part of said first segment and said axis, respectively, and said third segment being positioned above said second segment and extending upwardly and inwardly relative to at least a portion of said second segment and said axis, respectively.

59. A method, as claimed in claim 58, wherein said reforming step comprises forming an hook between said second segment and said third segment.

60. A method, as claimed in claim 59, wherein said hook is formed by a radius between about 0.030 inches and about 0.050 inches.

61. A method, as claimed in claim 52, wherein said reforming step comprises exerting a concentrated force on a mid-portion of said inner wall.

62. A method for reforming a thin-walled, drawn and ironed container body having an outer wall that is disposed around a container axis, an annular supporting surface, an outer connecting portion that interconnects said outer wall and said supporting surface, and a bottom recess portion that is disposed radially inwardly of said supporting surface, said bottom recess portion comprising a generally concave center panel and an inner wall that disposes said center panel above said supporting surface, said inner wall being in a first orientation, said method comprising the steps of:

**38**

engaging a first portion of said inner wall with a first reforming roller;

engaging a second portion of said inner wall with a second reforming roller simultaneously with said engaging a first portion step, wherein said first and second portions of said inner wall are substantially diametrically opposed;

providing relative movement between said first and second reforming rollers and all of said container body to relatively advance said first and second rollers about said inner wall; and

changing said inner wall from said first orientation to a second orientation using said engaging a first portion step, said engaging a second portion step, and said advancing step, said second orientation comprising at least a portion of said inner wall extending upwardly relative to said supporting surface and outwardly relative to said axis.

63. A method, as claimed in claim 62, wherein said engaging steps comprise providing relative transverse movement between said container body and each of said first and second reforming rollers to engage said first and second reforming rollers on said first and second portions of said inner wall, respectively.

64. A method, as claimed in claim 62, further comprising the step of providing relative transverse movement between each of said first and second reforming rollers and said container body to disengage each of said first and second reforming rollers from said inner wall after at least a portion of said advancing step.

65. A method, as claimed in claim 62, wherein said inner wall and center panel are interconnected by an arcuate portion having a first radius, and wherein said method further comprises the step of increasing said first radius.

66. A method, as claimed in claim 62, wherein said changing step comprises forming annular first, second, and third segments from said inner wall, said first segment extending upwardly and inwardly relative to said supporting surface and said axis, respectively, said second segment being above said first segment and extending upwardly and outwardly relative to at least part of said first segment and said axis, respectively, and said third segment being positioned above said second segment and extending upwardly and inwardly relative to at least a portion of said second segment and said axis, respectively.

67. A method, as claimed in claim 66, wherein said forming step comprises forming an arcuate portion between said second and third segments.

68. A method, as claimed in claim 67, wherein said arcuate portion has a radius between about 0.030 inches and about 0.050 inches.

69. A method, as claimed in claim 62, wherein said engaging steps and said advancing step comprise exerting a concentrated force on a mid-portion of said inner wall.

* * * * *

CCS0032444

A187

# PAGE A188 - A218
# REDACTED

# Timeline of Pertinent Dates Relating to Bottom Reforming Patents



A219

McANDREWS, HELD & MALLOY

US006260728B1

(12) **United States Patent**
Turner et al.

(10) Patent No.: **US 6,260,728 B1**
(45) Date of Patent: *Jul. 17, 2001

(54) **END CLOSURE WITH IMPROVED NON-DETACHABLE OPENING PANEL**

(75) Inventors: **Timothy L. Turner**, Cary; **Randy G. Forrest**, Park Ridge, both of IL (US)

(73) Assignee: **Rexam Beverage Can Company**, Chicago, IL (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **09/618,898**

(22) Filed: **Jul. 18, 2000**

**Related U.S. Application Data**

(63) Continuation of application No. 09/215,897, filed on Dec. 18, 1998, now Pat. No. 6,129,230.

(51) Int. Cl.[7] .............................. B65D 17/34
(52) U.S. Cl. .............................. 220/269
(58) Field of Search .............................. 220/269

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,952,912 | 4/1976 | Perry |
| 3,967,752 | 7/1976 | Cudzik |
| 4,015,744 | 4/1977 | Brown |
| 4,024,981 | 5/1977 | Brown |
| 4,084,721 | 4/1978 | Perry |
| 4,184,607 | 1/1980 | Potts |
| 4,363,419 | 12/1982 | Walz, Sr |
| 4,402,421 | 9/1983 | Ruemer, Jr. |
| 4,901,880 | 2/1990 | Tatham et al |
| 5,011,037 | 4/1991 | Moen et al |
| 5,064,087 | 11/1991 | Koch |
| 5,219,257 | 6/1993 | Koch |
| 5,307,947 | 5/1994 | Moen et al |
| 5,375,729 | 12/1994 | Schubert |
| 5,405,039 | 4/1995 | Komura |
| 5,555,992 | 9/1996 | Sedgeley |
| 5,692,636 | 12/1997 | Schubert |
| 5,711,448 * | 1/1998 | Clarke, III ........... 220/269 |
| 5,738,237 | 4/1998 | McEldowney |
| 5,860,553 * | 1/1999 | Schubert ........... 220/271 |
| 6,079,583 * | 6/2000 | Chasteen ........... 220/269 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0432659 * | 6/1991 | (EP) | 220/269 |
| 1-308744 | 12/1989 | (JP) | |
| 8-244769 * | 9/1996 | (JP) | 220/269 |

* cited by examiner

*Primary Examiner*—Stephen K. Cronin
(74) *Attorney, Agent, or Firm*—Wallenstein & Wagner

(57) **ABSTRACT**

A stay-on-tab container end having a panel wall with a tab attached by a rivet and having a tear panel. The tear panel being defined by a frangible score with a first end and a second end and a non-frangible hinge segment. A second groove is formed in the panel wall with a tail portion extending from the tear panel through the hinge segment. The second groove tail portion has a reduced residual differential compared to the frangible score residual. Also, the tail portion includes a curved terminal end that partially surrounds the second end of the score.

**18 Claims, 3 Drawing Sheets**



A220



FIG.1



FIG.2



A222



FIG. 6

FIG. 7

US 6,260,728 B1

1

# END CLOSURE WITH IMPROVED NON-DETACHABLE OPENING PANEL

This application is a continuation of prior U.S. application Ser. No. 09/215,897 filed Dec. 18, 1998, now U.S. Pat. No. 6,129,230.

## TECHNICAL FIELD

The present invention relates to end closures for two-piece beer and beverage metal containers having a non-detachable operating panel. More specifically, the present invention relates to improved characteristics of the frangible panel of the end with integral attachment of the frangible panel to prevent full detachment of the frangible panel.

## BACKGROUND OF THE INVENTION

Common end closures for beer and beverage containers have a central panel that has a frangible panel (sometimes called a "tear panel", "opening panel", or "pour panel") defined by a score formed on the outer surface, the "consumer side", of the end closure. Popular "ecology" can ends are designed to provide a way of opening the end by fracturing the scored metal of the panel, while not allowing separation of any parts of the end. For example, the most common such beverage-container end has a tear panel that is retained to the end by a non-scored hinge region joining the tear panel to the remainder of the end, with a rivet to attach a leverage tab provided for opening the tear panel. This type of container end, typically called a "stay-on-tab" ("SOT") end has a tear panel that is defined by an incomplete circular-shaped score, with the non-scored segment serving as the retaining fragment of metal at the hinge-line of the displacement of the tear panel.

The container is typically a drawn and ironed metal can, usually constructed from a thin plate of aluminum. End closures for such containers are also typically constructed from a cut-edge of thin plate of aluminum or steel, formed into a blank end, and manufactured into a finished end by a process often referred to as end conversion. These ends are formed in the process of first forming a cut-edge of thin metal, forming a blank end from the cut-edge, and converting the blank into an end closure which may be seamed onto a container. Although not presently a popular alternative, such containers and/or ends may be constructed of plastic material, with similar construction of non-detachable parts provided for openability.

These types of "stay-on-tab" ecology container ends have been used for many years, with a retained tab and a tear panel of various different shapes and sizes. Throughout the use of such ends, manufacturers have sought to save the expense of the metal by down-gauging the metal of the ends and the tabs. However, because ends are used for containers with pressurized contents and are sometimes subject to pasteurization, there are conditions causing great stresses to the components of the end during pasteurization, transit and during opening by a user. These conditions limit the available gauge reduction of the end metal, and make it difficult to alter design characteristics of the end, such as by reducing metal gauge or the thickness of the metal residual in the score defining the tear panel.

Further, abuse during shipping, retail stocking and vending, due to rough handling of the filled containers, often causes problems with openability of the end. As an example of a problematic condition caused by handling abuse is the poor openability of a buckled container end. Due to dropping or abusive handling of filled containers, excessive

2

pressure loads on regions of the end may cause a buckle of the end material. Such abuse, typically caused by dropping an upright container that is filled with carbonated fluid, results in a buckled end panel that deforms to form a bulge of metal of the panel.

The possibility of such buckling is a prevalent concern due to downgauging of the end material, pressurization of the container, pasteurizing filled containers, environmental conditions such as excessive heat, and rough handling of pallets or cases of filled containers. In a metal container end, the buckle appears as a deformation or bulge of the metal in a region of the end panel, a condition that adversely effects the users ability to open the end. Due to the geometry of the container and the ecology end panel, buckling of the end frequently is noticeable as a bulge of the end with a buckle in the 5:00 to 7:00 range of the end (with the middle of the tear panel positioned at 6:00). This type of buckled container end very often results in opening failure and resulting problems of a user trying to open the end.

Such a buckled end usually cannot be opened properly by the user. Instead, when the user lifts the tab and applies pressure on the tear panel with the tab nose, the score fractures at the wrong locations at the wrong time, usually resulting in a dramatic loss in leverage of the tab for opening the panel. In this situation, the tab is actuated against the tear panel by lifting the finger pull end of the tab, but the tab nose passes beyond the proximal peripheral edge of the tear panel, a condition often called "tuck under" of the tab.

The tab that tucks under is, therefore, fully lifted by the user, though the tear panel is still not fully opened. In this situation, the tear panel remains attaches by a segment of the score usually at about the 5:00 to 11:00 of the tear panel (defined with the tab nose being at about the 12:00 region of the tear panel). When this condition occurs, the user often tries to open the tear panel with something other than the tab, often by applying force by an object or the user's finger. However, such attempts at completing the opening sequence of the tear panel often causes fracture of the hinge of the tear panel, causing the tear panel to open entirely and become detached from the remainder of the end. When the user applies such force, a common result is for the hinge-line region of the metal, the non-scored fragment of metal that is intended to not fracture and to retain the tear panel, fails by fracturing along a non-specific tear of the metal away from the score. As a result, the tear panel is fully separated from the remainder of the end panel, and is usually pushed into the container. The fully detached tear panel then becomes a choking hazard or is otherwise a nuisance to the user and a potential pollutant. Therefore, there is a need for an end having design characteristics that prevents separation of the tear panel during user manipulation of ends with opening failure.

Further, with the more recent popular use of large-open ends, such problems with buckled ends is potentially greater. Because of the enlarged size and the shape of the opening panel (or tear panel), the score in certain regions of the large-open tear panel are more difficult to open by the tab leveraging against the tear panel. This is especially true for the region of the score which is in the 5:00 to 6:00 clock position. Therefore, large-opening ends may be difficult to open even when there is no noticeable sign of damage or buckle. Because of the additional force that may be required to open the large-opening tear panel with a tab, there may be more likelihood for non-specific tear of the metal away from the score. Also, because of the difficulty in opening the large-opening end, there is an increase in potential opening failure that results in 'tuck under" of the tab. This type of

US 6,260,728 B1

3

opening failure also may result from the user opening the container too rapidly, not permitting proper venting of pressure from the container.

Because of these conditions, and the problem of potential tuck under of the tab and subsequent detachment of the tear panel when a buckled end results in opening failure and the user manipulates the end to open it, there is a need for an improved end structure that prevents or inhibits the total removal of the tear panel in the situation of an opening failure

SUMMARY OF THE INVENTION

It is an object of the present invention to provide an end closure for a container having a circumferential sidewall and a peripheral seaming edge adapted to be integrally connected to the sidewall The end has a central panel wall with a means for opening a frangible panel segment of the central panel wall and a rivet in the central panel adapted to integrally attach a tab lever having a nose portion overlying at least a vent region of the frangible panel segment and a lift end opposite said nose A score groove is formed in the central panel wall to define an outer perimeter of the frangible panel. The score groove has a first end adjacent the vent region and a second end joined to the first end by a curvilinear segment of the score groove, whereby the first end and the second end is separated by a generally linear hinge segment of the central panel wall. The hinge segment is non-frangible to integrally connect the frangible panel segment to an adjacent area of the central panel. A second groove is formed in the end, having a tail portion passing from the frangible panel through the hinge segment and extending into the adjacent area of the central panel

It is also an object of the present invention to provide such an end member wherein the second groove has a curvilinear segment generally parallel an extent of the score groove The invention further provides an end member in which the score groove and the second groove together form a double scoreline, the double scoreline being separated at the second end of the score groove, such that the tail portion of the second groove is longer than the second end of the score groove

It is another object of the present invention to provide such an end member whereby the score groove is a generally v-shaped recess having a score depth into the thickness of the central panel, and the second groove is also a generally v-shaped recess having a score depth into the thickness of the central panel less than that of the score groove.

It is further an object of the invention to provide an end member having a curvilinear score groove with two ends separated by a hinge segment extending along a generally straight line between the two ends A second groove is formed in the end, extending along a length that intersects the hinge segment generally transverse to the generally straight line between the two ends of the score groove.

It its yet another object of the present invention to provide an ecology end having a frangible panel with an outer score and an inner anti-fracture score, wherein the anti-fracture score has a tail portion that passes through the hinge region of the frangible tear panel. It is an object of the invention to provide an anti-fracture score that extends beyond the score groove to at least partially surround the end of the score groove

It is further an object of the present invention to provide an ecology stay-on-tab end having a frangible panel defined by a score and first hinge region between a first and second end of the score groove, and having a second hinge region passing between a second groove and the second end of the score groove

4

BRIEF DESCRIPTION OF THE INVENTION

FIG 1 is a plan view of the upper side an end closure of one embodiment of the present invention;

FIG 2 is a plan view of the under side of the end of FIG 1;

FIG 3 is a cross-sectional view along 3—3 of FIG 1;

FIG 4 is a plan view of the upper side of an end closure of an alternative embodiment of the present invention;

FIG 5 is a cross-sectional view depicting the score and second groove of the present invention, with a partial sectional view depiction of the score tooling used to form the score and groove;

FIG 6 is a plan view of the scoreline of an embodiment of the present invention;

FIG 7 is a plan view of the scoreline of an alternative embodiment of the present invention

DETAILED DESCRIPTION

While this invention is susceptible of embodiment in many different forms, there is shown in the drawings and will herein be described in detail preferred embodiments of the invention with the understanding that the present disclosure is to be considered as an exemplification of the principles of the invention and is not intended to limit the broad aspect of the invention to the embodiments illustrated.

The container end of the present invention is a stay-on-tab end member 10 with improved opening characteristics, having structure adapted to prevent detachment of the tear panel, which potentially results from a user forcing open a damaged end with opening failure. Essentially, the present invention provides a score groove inward from the main score to guard the main score when a fracture forms in the hinge of the opening panel of the end, as explained below

In the preferred embodiment of FIGS 1–3, the end closure 10 for a container (not shown) has a central panel wall 12 having a seaming curl 14 for joining the wall to the container. The container is typically a drawn and ironed metal can, usually constricted from a thin plate of aluminum or steel, such as the common beer and beverage containers. End closures for such containers are also typically constructed from a cutedge of thin plate of aluminum or steel, formed into blank end, and manufactured into a finished end by a process often referred to as end conversion. In the embodiment shown in the Figures, the central panel is joined to a container by a seaming curl 14 which is joined to a mating curl of the container The seaming curl 14 of the end closure 10 is integral with the central panel 12 by a countersink area 16 which is joined to the panel outer edge 18 of the central panel 12. This type of means for joining the central panel 12 to a container is presently the typical means for joining used in the industry, and the structure described above is formed in the process of forming the blank end from a cutedge of metal plate, prior to the end conversion process. However, other means for joining the central panel 12 to a container may be employed with the present invention

The central panel wall 12 has a displaceable tear panel 20 defined by a curvilinear frangible score 22 with an adjacent anti-fracture score 24 on the tear panel 20, and a non-frangible hinge segment 26 is defined by a generally straight line between a first end 28 and a second end 30 of the frangible score 22 The tear panel 20 of the central panel 12 may be opened, that is the frangible score 22 may be severed and the tear panel 20 displaced at an angular orientation relative to the remaining portion of

A225

US 6,260,728 B1

5

the central panel 12, while the tear panel 20 remains hingeably connected to the central panel 12 through the hinge segment 26. In this opening operation, the tear panel 20 is displaced at an angular deflection, as it is opened by being displaced away from the plane of the panel 12.

As best shown in FIG. 5, the frangible score 22 is preferably a generally V-shaped groove formed into the public side 34 of the panel wall 12. Similarly, the anti-fracture score 24, is preferably a generally V-shaped groove 36 formed into the public side 34 of the panel wall 12 on the tear panel 20. As is explained in more detail below, the score groove 32 is preferably deeper than the anti-fracture score groove 36. Accordingly, the score residual 38, being the amount of frangible material remaining below the score groove 32, is greater than the adjacent anti-fracture score residual 40. This difference between score residual 38 and adjacent anti-fracture score residual 40 is the score residual differential.

The score 22 and the second groove or anti-fracture score 24 are formed using conventional-type of scoring operation during the can end conversion process, using a tools that include an upper (public side) die with a score knife and a lower (product side) die with an anvil surface. As is partially shown in crosssection view in FIG. 5, the upper die 35 is applied to the public side 34 of the end wall 12 to form the V-shaped groove 32 of the score 22 and the V-shaped groove 36 of the second groove 24 on the tear panel 20.

The score residual differential is adapted to provide a tear panel 20 with a score 22 more readily frangible than the anti-fracture score 24, a significant factor for providing efficient opening of the end member 10. Having a double score comprised of a frangible score 22 and an anti-fracture score 24 wherein there is a score residual differential is common in the industry. The common types of end members have a differential maintained generally constant throughout the length of the score 22 and anti-fracture score 24. For example, if the score residual differential of commonly-used ends is set at approximately 0.002 inch, then that differential is maintained along the entire length of the double score, that is, along the entire length of the score 22 and the adjacent parallel area of the anti-fracture score 24. According to one aspect of the present invention, the score residual differential is reduced in a tail portion 25 of the anti-fracture score 24. This reduction of score residual differential at the tail portion 25 provides a tail segment of the anti-fracture score 24 that is more easily severed relative to the remaining regions of the anti-fracture score 24. In more general terms, the structure of the present invention is adapted to provide a tail portion of the inner score (the anti-fracture score) 24 that has a score residual 40 adapted to be severed. In the preferred embodiment of the invention, the segment of the anti-fracture score that is adapted to be severed by having a reduced score residual differential is at least 0.050 inch in linear path length 80, and preferably in the range of 0.200 inch in linear path length 80 to fully direct any fracture in the hinge segment 26.

The stay-on-tab end member 10 has a tab 42 secured to the end panel 12 adjacent the tear panel 20 by a rivet 44. The tab 42 has a lift end 46, a central region 48, and a nose portion 50. The lift end 46 and the nose portion 50 are generally aligned with a central longitudinal axis 52 of the end 10 passing through the rivet 44. A bead 54 is optionally formed in the tear panel 20 inward of the score 22 and the anti-fracture score 24. The tear panel bead 54 is useful to draw excess metal, or slack of metal, from the tear panel 20 to tighten the metal of the tear panel and improve opening characteristics of the end member 10 by the tab 42 being lifted to push against the ear panel 20.

6

During opening of the end member 10 by the user, the user lifts the lift end 46 of the tab 42 to displace the nose portion 50 downward against the tear panel 20. The force of the nose portion 50 against the tear panel 20 causes the score 22 to fracture, typically in a vent region 56 of the tear panel 20. As the tab displacement is continued, the fracture of the score 22 propagates around the tear panel 20, preferably in progression from the first end 28 of the score 22 toward the second end 30 of the score 22.

When the end member 10 has sustained damage, such as physical deformation often referred to as "buckle" due to dropping a filled container, then opening failure may result. The common buckle of an end is a bulge of the end panel wall 12, usually in the region of 5:00 to 7:00 (the central longitudinal axis 52 of the end 10 being the 12:00 to 6:00 axis). This type of buckled end often results in an opening failure when the user tries to open the container tear panel 20. When the user lifts the lift end 46 of the tab 42 and the nose portion 50 is forced against the tear panel 20, the buckle in the end causes resistance to the propagation of the score 22 being severed in progression from the first end 28 toward the second end 30. The result is often that the hinge segment 26 severs, resulting in a fractured segment joining the first end 28 to the second end 30, and the tear panel 20 being held in place by a remaining segment of the frangible score 22 that has not yet fractured due to the buckle in the panel 12. Further, because the user continues to lift the tab 42 lift end 46 in attempt to open the tear panel 20, the nose 50 of the tab 42 is pushed downward into the container and back toward the rivet 44, such that the nose 50 goes beyond the tear panel 20 and is then in a position called "tuck under."

With prior art type ends, when the tab 42 is in tuck under position, the tab 42 is then useless for opening the tear panel 20. The user often then tries to open the tear panel 20 by pushing down on the tear panel 20 with his or her finger, or with some object. The force applied by the user results in completion of the fracture of the score 22, such that the tear panel is then fully severed, and is free of the panel wall 12, without attachment by the hinge segment 26. The structure of the present invention prevents such full separation of the tear panel 20 when the above-described conditions exist, by providing a ribbon of metal of the end wall 12, regardless of fracture of the hinge segment 26. With the present invention, the anti-fracture score 24 has a tail portion 25 that intersects the hinge segment 26. When the user pushes down on the tear panel 20 of the buckled end 10, and such force causes the hinge segment 26 to be severed, the fracture of the metal tends to follow the path of the tail portion 25 when the fracture propagation reaches the score groove 36 of the tail portion 25. The end result of the present invention being so opened, therefore, is that a ribbon 58 of material between the second end 30 of the score and the terminal end of the tail portion 60 of the tail portion 25. This ribbon 58 of material also includes the area between remaining area of the tail portion 25 and the adjacent parallel area of the score 22.

In alternative embodiments of the present invention, the tail portion 25 and/or the second end 30 of the score 22 vary in specific design or arrangements. Also, as an another alternative embodiment, the anti-fracture score 24 is absent except for the tail portion 25, as shown in Figure 4. In this embodiment, the end member 10 has a panel wall 12 having a tear panel 20 defined by a frangible score 22 with a first end 28 and a second end 30, and a hinge segment 26 along a straight line between the ends of the score 22. The end 10 includes a score grove 62 that passes through the hinge segment 26, preferably generally transverse to the straight line defining the hinge segment 26. Much like the operation

US 6,260,728 B1

7

and structure described above regarding the anti-fracture score 24, the second groove is a groove into the panel wall 12 that has a groove depth and remaining residual. The residual in the tail portion of the second groove is preferably approximately the same as or only slightly less than the score residual 38 of the score 22. For example, in a preferred embodiment of this invention, the tail portion 64 of the second groove 62 has groove score residual that is approximately 0.000 to 0.002 inch greater than the score residual 38 at the adjacent area of the end of the score 22.

In the alternative embodiment of FIGS. 6 and 7, the score 22 and the anti-fracture score 24 follow a specific shape that is adapted to permit unrestricted deflection of the tab 42. In this embodiment, the curvilinear score 22 has a hip region 70 with a radius of curvature that is adapted to provide clearance for the tab 42 being deflected into the container. In the preferred embodiment, the radius of curvature of the hip region 70 is approximately 0.120 inch. Another preferred embodiment provides a score 22 wherein the hip region 70 is aligned with the score first end 28 along a transverse axis 72, that is a linear alignment 72 that is generally transverse to the central longitudinal axis 52 of the end member 10.

According to another aspect of an alternative embodiment of the invention as is best shown in FIGS. 6 and 7, the cord shape of the score 24 proximal to the second end 30, and the cord shape of the tail portion 25, may vary from that which is shown in FIGS. 1 and 2. In the alternative embodiment of FIG. 6, the tail portion 25 terminates in the end wall 12 beyond the score 22, and at least slightly transecting the line defining the hinge segment 26. Alternatively, the tail portion 25 extends further away from the tear panel 20 and curves away from the tab 42 and rivet 44 to at least partially surround the second end 30 of the score 22. This embodiment results in a tail portion 25 that not only transects the line defining the hinge segment 26, but also extends and encircles the second end 30 to transect arcuate or some other curvilinear path of a fracture through the hinge segment 26 between the first end 28 and the second end 30. Therefore, having the tail portion 25 at least partially surrounding the second end 30 ensures that the path of a fracture of the metal of the hinge segment 26 can avoid being transected by the tail portion 25. In another embodiment of the invention, the cord shape of the second end 30 of the score 22 shown in FIG. 7 may alternatively curve outward away from the tear panel 20.

In the preferred embodiment of the present invention, the tail portion 25 that transects the line defining the hinge segment 26 has a length adapted to direct a path of fracture in the metal of the hinge segment 26, directing the path of fracture along the cord shape of the tail portion 25. In the preferred embodiment, the length of the tail portion 25 is at least 0.050 inch, as measured in overall linearpath length shown as 80 in the Figures, and preferably having a length in the range of approximately 0.200 inch.

While the invention has been described with reference to a preferred embodiment, it will be understood by those skilled in the art that various changes may be made and equivalents may be substituted for elements thereof without departing from the broader aspects of the invention. Also, it is intended that broad claims not specifying details of a particular embodiment disclosed herein as the best mode contemplated for carrying out the invention should not be limited to such details.

We claim:

1. An end member for a container having a circumferential sidewall, the end member having a peripheral seaming edge adapted to be integrally connected to the sidewall, and

8

having a central panel wall with a vent region and a means for opening a frangible panel segment of the panel wall, the end member comprising;

a primary score groove in the central panel wall defining an outer perimeter of the frangible panel segment, the score groove having a first end adjacent the vent region and a second end, the first end and the second end being separated by a generally linear hinge segment of the central panel wall, said hinge segment integrally connecting the frangible panel segment to an adjacent area of the panel; and,

a second score groove adjacent the second end of said primary score and adjacent said hinge segment to direct fracture of metal of said hinge segment in a direction away from said second end of the score.

2. The end member of claim 1, wherein an extent of metal generally defined by a distance between said second groove and said second end of the score provides a connection of said frangible panel segment to said panel wall in event of fracture of a portion of said hinge segment.

3. The end member of claim 1, wherein, the second score groove has a curvilinear segment generally parallel an extent of the primary score groove.

4. The end member of claim 1, wherein, the primary score groove and the second score groove together form a double scoreline, the double scoreline being separated at the second end of the primary score groove and said tail portion of the second score groove extending away from said frangible panel beyond said primary score groove second end

5. The end member of claim 1, wherein, the primary score groove has a score residual of the central panel wall, and at least a portion of said second score groove has a groove residual of the central panel wall less than the second score groove residual along said tail portion.

6. The end member of claim 1, wherein, at least a terminal length of the second score groove curves to a direction away from said first end of the primary score.

7. The end member of claim 1, wherein, at least a portion of the second score groove passes through the hinge line generally transverse to a hinge line passing between the first end and the second end of the primary score groove.

8. The end member of claim 1, wherein, at least a portion of the second score groove end extends into said adjacent area of the central panel and partially surrounds the second end of the primary score groove.

9. The end member of claim 1, wherein, the second score groove has a tail portion with a curvilinear end extending generally away from the first end of the primary score groove to partially surround said second end of the primary score groove.

10. An end member for a container, the end member having a metal central panel wall adapted to be secured to the container at the outer edge of the end member, the end member comprising;

a frangible panel formed in the panel wall and at least partially defined by a primary score with a first end at a vent region and a second end, the first end and second end being separated by a hinge segment, the hinge segment being a generally linear region of the metal, adapted to form a bend for angular displacement of the frangible panel during normal use by a user;

a means for providing an extent of metal joining said frangible panel to said panel wall in event of abuse opening of the end member with fracture being formed in a portion of said hinge segment;

said means for providing an extent of metal joining said frangible panel comprises a second groove adjacent

A227

US 6,260,728 B1

9

said second end of the primary score and adjacent the hinge segment to direct fracture of metal of said hinge segment in a direction away from said second end of the primary score.

11. The end member of claim **10**, wherein, the second groove has a curvilinear segment generally parallel an extent of the primary score groove, said curvilinear segment being positioned on the frangible panel radially inward of the outer perimeter.

12. The end member of claim **10**, wherein, the primary score groove and the second groove together form a double scoreline, the double scoreline being separated at the second end of the primary score and a tail portion of the second groove extending away from said frangible panel.

13. The end member of claim **10**, wherein, the primary score groove has a score residual of the central panel wall, and said second groove has a groove residual of the central panel wall, the primary score residual being less than the groove residual along at least a portion of said second groove.

14. The end member of claim **10**, wherein, at least a terminal length of the second groove curves to a direction away from said first end of the primary score.

15. The end member of claim **10**, wherein, at least a portion of the second score groove passes through a hinge line generally transverse to a hinge line passing between the first end and the second end of the primary score.

10

16. The end member of claim **10**, wherein, a tail portion of the second groove extends into said adjacent area of the central panel and partially surrounds the second end of the primary score.

17. The end member of claim **10**, wherein, a tail portion of said second groove has a curvilinear end extending generally away from the first end of the primary score to partially surround said second end of the primary score.

18. An end member for a container, the end member having a metal central panel wall adapted to be secured to the container at the outer edge of the end member, the end member comprising;

a frangible panel formed in the panel wall, the frangible panel having a vent region and being at least partially defined by a score groove with a first end adjacent said vent region and a second end separated from said first end by a hinge segment, the hinge segment with a hinge line area adapted to bend for angular displacement of the frangible panel during normal use by a user;

the end member having a second groove adjacent the second end of the score and positioned in said hinge segment to direct fracture of metal in the hinge segment in a direction away from said second end of the score

* * * * *

US006129230A

# United States Patent [19]

## Turner et al.

[11] **Patent Number:** 6,129,230

[45] **Date of Patent:** Oct. 10, 2000

[54] **END CLOSURE WITH IMPROVED NON-DETACHABLE OPENING PANEL**

[75] Inventors: **Timothy L. Turner,** Cary; **Randy G. Forrest,** Park Ridge, both of Ill.

[73] Assignee: **American National Can Company,** Chicago, Ill

[21] Appl No : 09/215,897

[22] Filed: **Dec. 18, 1998**

[51] Int. Cl.[7] ............................................. B65D 17/34
[52] U.S. Cl. ................................................ 220/269
[58] Field of Search .................................... 220/269

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,952,912 | 4/1976 | Perry . |
| 3,967,752 | 7/1976 | Cudzik . |
| 4,015,744 | 4/1977 | Brown |
| 4,024,981 | 5/1977 | Brown |
| 4,084,721 | 4/1978 | Perry ............................ 220/269 |
| 4,184,607 | 1/1980 | Potts . |
| 4,363,419 | 12/1982 | Walz, Sr . |
| 4,402,421 | 9/1983 | Ruemer, Jr . |
| 4,901,880 | 2/1990 | Tatham et al |
| 5,011,037 | 4/1991 | Moen et al. . |
| 5,064,087 | 11/1991 | Koch |
| 5,219,257 | 6/1993 | Koch |
| 5,307,947 | 5/1994 | Moen et al |
| 5,375,729 | 12/1994 | Schubert |
| 5,405,039 | 4/1995 | Komura |
| 5,555,992 | 9/1996 | Sedgeley |
| 5,692,636 | 12/1997 | Schubert |
| 5,738,237 | 4/1998 | McEldowney |
| 5,860,553 | 11/1999 | Schubert ..................... 220/271 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 1-308744 | 12/1989 | Japan . |
| 8-244769 | 9/1996 | Japan ..................... 220/269 |

*Primary Examiner*—Stephen K. Cronin
*Attorney, Agent, or Firm*—Wallenstein & Wagner, Ltd.

[57] **ABSTRACT**

A stay-on-tab container end having a panel wall with a tab attached by a rivet and having a tear panel The tear panel being defined by a frangible score with a first end and a second end and a non-frangible hinge segment. A second groove is formed in the panel wall with a tail portion extending from the tear panel through the hinge segment. The second groove tail portion has a reduced residual differential compared to the frangible score residual Also the tail portion includes a curved terminal end that partially surrounds the second end of the score.

**23 Claims, 3 Drawing Sheets**



FIG.1



FIG.2





A231



FIG.6

FIG.7

A232

6,129,230

<table>
<tr><td>1</td><td>2</td></tr>
</table>

## END CLOSURE WITH IMPROVED NON-DETACHABLE OPENING PANEL

### DESCRIPTION

1. Technical Field

The present invention relates to end closures for two-piece beer and beverage metal containers having a non-detachable operating panel. More specifically, the present invention relates to improved characteristics of a frangible panel of the end with integral attachment of the frangible panel to prevent full detachment of the frangible panel.

2. Background of the Invention

Common end closures for beer and beverage containers have a central panel that has a frangible panel (sometimes called a "tear panel," "opening panel," or "pour panel") defined by a score formed on the outer surface, the "consumer side," of the end closure. Popular "ecology" can ends are designed to provide a way of opening the end by fracturing the scored metal of the panel, while not allowing separation of any parts of the end. For example, the most common such beverage-container end has a tear panel that is retained to the end by a non-scored hinge region joining the tear panel to the reminder of the end, with a rivet to attach a leverage tab provided for opening the tear panel. This type of container end, typically called a "stay-on-tab" ("SOT") end has a tear panel that is defined by an incomplete circular-shaped score, with the non-scored segment serving as the retaining fragment of metal at the hinge-line of the displacement of the tear panel.

The container is typically a drawn and ironed metal can, usually constructed from a thin plate of aluminum. End closures for such containers are also typically constructed from a cut-edge of thin plate of aluminum or steel, formed into a blank end, and manufactured into a finished end by a process often referred to as end conversion. These ends are formed in the process of first forming a cut-edge of thin metal, forming a blank end from the cut-edge, and converting the blank into an end closure which may be seamed onto a container. Although not presently a popular alternative, such containers and/or ends may be constructed of plastic material, with similar construction of non-detachable parts provided for openability.

These types of "stay-on-tab" ecology container ends have been used for many years, with a retained tab and a tear panel of various different shapes and sizes. Throughout the use of such ends, manufacturers have sought to save the expense of the metal by down-gauging the metal of the ends and the tabs. However, because ends are used for containers with pressurized contents and are sometimes subject to pasteurization, there are conditions causing great stresses to the components of the end during pasteurization, transit and during opening by a user. These conditions limit the available gauge reduction of the end metal, and make it difficult to alter design characteristics of the end, such as by reducing metal gauge or the thickness of the metal residual in the score defining the tear panel.

Further, abuse during shipping, retail stocking and vending, due to rough handling of the filled containers, often causes problems with openability of the end. As an example of a problematic condition caused by handling abuse is the poor openability of a buckled container end. Due to dropping or abusive handling of filled containers, excessive pressure loads on regions of the end may cause a buckle of the end material. Such abuse, typically caused by dropping an upright container that is filled with carbonated fluid, results in a buckled end panel that deforms to form a bulge of metal of the panel.

The possibility of such buckling is a prevalent concern due to down-gauging of the end material, pressurization of the container, pasteurizing filled containers, environmental conditions such as excessive heat, and rough handling of pallets or cases of filled containers. In a metal container end, the buckle appears as a deformation or bulge of the metal in a region of the end panel, a condition that adversely effects the users ability to open the end. Due to the geometry of the container and the ecology end panel, buckling of the end frequently is noticeable as a bulge of the end with a buckle in the 5:00 to 7:00 range of the end (with the middle of the tear panel positioned at 6:00). This type of buckled container end very often results in opening failure and resulting problems of a user trying to open the end.

Such a buckled end usually cannot be opened properly by the user. Instead, when the user lifts the tab and applies pressure on the tear panel with the tab nose, the score fractures at the wrong locations at the wrong time, usually resulting in a dramatic loss in leverage of the tab for opening the panel. In this situation, the tab is actuated against the tear panel by lifting the finger pull end of the tab, but the tab nose passes beyond the proximal peripheral edge of the tear panel, a condition called "tuck under" of the tab.

The tab that tucks under is, therefore, fully lifted by the user, though the tear panel is still not fully opened. In this situation, the tear panel remains attaches by a segment of the score usually at about the 5:00 to 11:00 of the tear panel (defined with the tab nose being at about the 12:00 region of the tear panel). When this condition occurs, the user often tries to open the tear panel with something other than the tab, often by applying force by an object or the user's finger However, such attempts at completing the opening sequence of the tear panel often causes fracture of the hinge of the tear panel, causing the tear panel to open entirely and become detached from the remainder of the end. When the user applies such force, a common result is for the hinge-line region of the metal, the non-scored fragment of metal that is intended to not fracture and to retain the tear panel, fails by fracturing along a non-specific tear of the metal away from the score. As a result, the tear panel is fully separated from the remainder of the end panel, and is usually pushed into the container The fully detached tear panel then becomes a choking hazard or is otherwise a nuisance to the user and a potential pollutant. Therefore, there is a need for an end having design characteristics that prevents separation of the tear panel during user manipulation of ends with opening failure

Further, with the more recent popular use of large-open ends, such problems with buckled ends is potentially greater. Because of the enlarged size and the shape of the opening panel (or tear panel), the score in certain regions of the large-open tear panel are more difficult to open by the tab leveraging against the tear panel. This is especially true for the region of the score which is in the 5:00 to 6:00 clock position. Therefore, large-opening ends may be difficult to open even when there is no noticeable sign of damage or buckle. Because of the additional force that may be required to open the large-opening tear panel with a tab, there may be more likelihood for non-specific tear of the metal away from the score. Also, because of the difficulty in opening the large-opening end, there is an increase in potential opening failure that results in "tuck tinder" of the tab This type of opening failure also may result from the user opening the container too rapidly, not permitting proper venting of pressure from the container

Because of these conditions, and the problem of potential tuck under of the tab and subsequent detachment of the tear

6,129,230

3

panel when a buckled end results in opening failure and the user manipulates the end to open it, there is a need for an improved end structure that prevents or inhibits the total removal of the tear panel in the situation of an opening failure.

## SUMMARY OF THE INVENTION

It is an object of the present invention to provide an end closure for a container having a circumferential sidewall and a peripheral seaming edge adapted to be integrally connected to the sidewall. The end has a central panel wall with a means for opening a frangible panel segment of the panel wall and a rivet in the central panel adapted to integrally attach a tab lever having a nose portion overlying at least a vent region of the frangible panel segment and a lift end opposite said nose. A score groove is formed in the central panel wall to define an outer perimeter of the frangible panel. The score groove has a first end adjacent the vent region and a second end joined to the first end by a curvilinear segment of the score groove, whereby the first end and the second end is separated by a generally linear hinge segment of the central panel wall. The hinge segment is non-frangible to integrally connect the frangible panel segment to an adjacent area of the panel. A second groove is formed in the end, having a tail portion passing from the frangible panel through the hinge segment and extending into the adjacent area of the central panel.

It is also an object of the present invention to provide such an end member wherein the second groove has a curvilinear segment generally parallel an extent of the score groove. The invention further provides an end member in which the score groove and the second groove together form a double scoreline, the double scoreline being separated at the second end of the score groove, such that the tail portion of the second groove is longer than the second end of the score groove.

It is another object of the present invention to provide such an end member whereby the score groove is a generally v-shaped recess having a score depth into the thickness of the central panel, and the second groove is also a generally v-shaped recess having a groove depth into the thickness of the central panel less than that of the score groove.

It is further an object of the invention to provide an end member having a curvilinear score groove with two ends separated by a hinge segment extending along a generally straight line between the two ends. A second groove is formed in the end, extending along a length that intersects the hinge segment generally transverse to the generally straight line between the two ends of the score groove.

It its yet another object of the present invention to provide an ecology end having a frangible panel with an outer score and an inner anti-fracture score, wherein the anti-fracture score has a tail portion that passes through the hinge region of the frangible tear panel. It is an object of the invention to provide an anti-fracture score that extends beyond the score groove to at least partially surround the end of the score groove.

It is further an object of the present invention to provide an ecology stay-on-tab end having a frangible panel defined by a score and first hinge region between a first and second end of the score groove, and having a second hinge region passing between a second groove and the second end of the score groove.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a plan view of the upper side an end closure of one embodiment of the present invention;

4

FIG. 2 is a plan view of the under side of the end of FIG. 1;

FIG. 3 is a cross-sectional view along 3—3 of FIG. 1;

FIG. 4 is a plan view of the upper side of an end closure of an alternative embodiment of the present invention;

FIG. 5 is a cross-sectional view depicting the score and second groove of the present invention, with a partial sectional view depiction of the score tooling used to form the score and groove;

FIG. 6 is a plan view of the scoreline of an embodiment of the present invention;

FIG. 7 is a plan view of the scoreline of an alternative embodiment of the present invention.

## DETAILED DESCRIPTION

While this invention is susceptible of embodiment in many different forms, there is shown in the drawings and will herein be described in detail preferred embodiments of the invention with the understanding that the present disclosure is to be considered as an exemplification of the principles of the invention and is not intended to limit the broad aspect of the invention to the embodiments illustrated.

The container end of the present invention is a stay-on-tab end member 10 with improved opening characteristics, having structure adapted to prevent detachment of the tear panel, which potentially results from a user forcing open a damaged end with opening failure. Essentially, the present invention provides a score groove inward from the main score to guard the main score when a fracture forms in the hinge of the opening panel of the end, as explained below

In the preferred embodiment of FIGS. 1–3, the end closure 10 for a container (not shown) has a central panel wall 12 having a seaming curl 14 for joining the wall to the container. The container is typically a drawn and ironed metal can, usually constructed from a thin plate of aluminum or steel, such as the common beer and beverage containers. End closures for such containers are also typically constructed from a cutedge of thin plate of aluminum or steel, formed into blank end, and manufactured into a finished end by a process often referred to as end conversion. In the embodiment shown in the Figures, the central panel is joined to a container by a seaming curl 14 which is joined to a mating curl of the container. The seaming curl 14 of the end closure 10 is integral with the central panel 12 by a countersink area 16 which is joined to the panel outer edge 18 of the central panel 12. This type of means for joining the central panel 12 to a container is presently the typical means for joining used in the industry, and the structure described above is formed in the process of forming the blank end from a cutedge of metal plate, prior to the end conversion process. However, other means for joining the central panel 12 to a container may be employed with the present invention.

The central panel wall 12 has a displaceable tear panel 20 defined by a curvilinear frangible score 22 with an adjacent anti-fracture score 24 on the tear panel 20, and a non-frangible hinge segment 26. The hinge segment 26 is defined by a generally straight line between a first end 28 and a second end 30 of the frangible score 22. The tear panel 20 of the central panel 12 may be opened, that is the frangible score 22 may be severed and the tear panel 20 displaced at an angular orientation relative to the remaining portion of the central panel 12, while the tear panel 20 remains hingeably connected to the central panel 12 through the hinge segment 26. In this opening operation, the tear panel

6,129,230

5

20 is displaced at an angular deflection, as it is opened by being displaced away from the plane of the panel 12.

As best shown in FIG. 5, the frangible score 22 is preferably a generally V-shaped groove formed into the public side 34 of the panel wall 12. Similarly, the anti-fracture score 24, is preferably a generally V-shaped groove 36 formed into the public side 34 of the panel wall 12 on the tear panel 20. As is explained in more detail below, the score groove 32 is preferably deeper than the anti-fracture score groove 36. Accordingly, the score residual 38, being the amount of frangible material remaining below the score groove 32, is greater than the adjacent anti-fracture score residual 40. This difference between score residual 38 and adjacent anti-fracture score residual 40 is the score residual differential.

The score 22 and the second groove or anti-fracture score 24 are formed using conventional-type of scoring operation during the can end conversion process, using a tools that include an upper (public side) die with a score knife and a lower (product side) die with an anvil surface. As is partially shown in cross-section view in FIG. 5, the upper die 35 is applied to the public side 34 of the end wall 12 to form the V-shaped groove 32 of the score 22 and the V-shaped groove 36 of the second groove 24 on the tear panel 20.

The score residual differential is adapted to provide a tear panel 20 with a score 22 more readily frangible than the anti-fracture score 24, a significant factor for providing efficient opening of the end member 10. Having a double score comprised of a frangible score 22 and an anti-fracture score 24 wherein there is a score residual differential is common in the industry. The common types of end members have a differential maintained generally constant throughout the length of the score 22 and anti-fracture score 24. For example, if the score residual differential of commonly-used ends is set at approximately 0.002 inch, then that differential is maintained along the entire length of the double score, that is, along the entire length of the score 22 and the adjacent parallel area of the anti-fracture score 24. According to one aspect of the present invention, the score residual differential is reduced in a tail portion 25 of the anti-fracture score 24. This reduction of score residual differential at the tail portion 25 provides a tail segment of the anti-fracture score 24 that is more easily severed relative to the remaining regions of the anti-fracture score 24. In more general terms, the structure of the present invention is adapted to provide a tail 45 portion of the inner score (the anti-fracture score) 24 that has a score residual 40 adapted to be severed. In the preferred embodiment of the invention the segment of the anti-fracture score that is adapted to be severed by having a reduced score residual differential is at least 0.050 inch in linear path 50 length 80, and preferably in the range of 0.200 inch in linear path length 80 to fully direct any fracture in the hinge segment 26.

The stay-on-tab end member 10 has a tab 42 secured to the end panel 12 adjacent the tear panel 20 by a rivet 44. The 55 tab has a lift end 46, a central region 48, and a nose portion 50. The lift end 46 and the nose portion 50 are generally aligned when the user tries to open the container tear panel 20 passing through the rivet 44. A bead 54 is optionally formed in the tear panel 20 inward of the score 22 and the anti-60 fracture score 24. The tear panel bead 54 is useful to draw excess metal, or slack of metal, from the tear panel 20 to tighten the metal of the tear panel and improve opening characteristics of the end member 10 by the tab 42 being lifted to push against the ear panel 20.

During opening of the end member 10 by the user, the user lifts the lift end 46 of the tab 42 to displace the nose

6

portion 50 downward against the tear panel 20. The force of the nose portion 50 against the tear panel 20 causes the score 22 to fracture, typically in a vent region 56 of the tear panel 20. As the tab displacement is continued, the fracture of the score 22 propagates around the tear panel 20, preferably in progression from the first end 28 of the score 22 toward the second end 30 of the score 22.

When the end member 10 has sustained damage, such as physical deformation often referred to as "buckle" due to dropping a filled container, then opening failure may result. The common buckle of an end is a bulge of the end panel wall 12, usually in the region of 5:00 to 7:00 (the central longitudinal axis 52 of the end 10 bing the 12:00 to 6:00 axis). This type of buckled end often results in an opening failure when the user tries to open the container tear panel 20. When the user lifts the lift end 46 of the tab 42 and the nose portion 50 is forced against the tear panel 20, the buckle in the end causes resistance to the propagation of the score 22 being severed in progression from the first end 28 toward the second end 30. The result is often that the hinge segment 26 severs, resulting in a fractured segment joining the first end 28 to the second end 30, and the tear panel 20 being held in place by a remaining segment of the frangible score 22 that has not yet fractured due to the buckle in the panel 12. Further, because the user continues to lift the tab 42 lift end 46 in attempt to open the tear panel 20, the nose 50 of the tab 42 is pushed downward into the container and back toward the rivet 44, such that the nose 50 goes beyond the tear panel 20 and is then in a position called "tuck under."

With prior art type ends, when the tab 42 is in tuck under position, the tab 42 is then useless for opening the tear panel 20. The user often then tries to open the tear panel 20 by pushing down on the tear panel 20 with his or her finger, or with some object. The force applied by the user results in completion of the fracture of the score 22, such that the tear panel is then fully severed, and is free of the panel wall 12, without attachment by the hinge segment 26. The structure of the present invention prevents such full separation of the tear panel 20 when the above-described conditions exist, by providing a ribbon of metal of the end wall 12, regardless of fracture of the hinge segment 26. With the present invention, the anti-fracture score 24 has a tail portion 25 that intersects the hinge segment 26. When the user pushes down on the tear panel 20 of the buckled end 10, and such force causes the hinge segment 26 to be severed, the fracture of the metal tends to follow the path of the tail portion 25 when the fracture propagation reaches the score groove 36 of the tail portion 25. The end result of the present invention being so opened, therefore, is that a ribbon 58 of material between the second end 30 of the score and the terminal end of the tail portion 60 of the tail portion 25. This ribbon 58 of material also includes the area between remaining area of the tail portion 25 and the adjacent parallel area of the score 22.

In alternative embodiments of the present invention, the tail portion 25 and/or the second end 30 of the score 22 vary in specific design or arrangements. Also, as an another alternative embodiment, the anti-fracture score 24 is absent except for the tail portion 25, as shown in FIG. 4. In this embodiment, the end member 10 has a panel wall 12 having a tear panel 20 defined by a frangible score 22 with a first end 28 and a second end 30, and a hinge segment 26 along a straight line between the ends of the score 22. The end 10 includes a score grove 62 that passes through the hinge segment 26, preferably generally transverse to the straight line defining the hinge segment 26. Much like the operation and structure described above regarding the anti-fracture score 24, the second groove is a groove into the panel wall

6,129,230

7

12 that has a groove depth and remaining residual. The residual in the tail portion of the second groove is preferably approximately the same as or only slightly less than the score residual 38 of the score 22. For example, in a preferred embodiment of this invention, the tail portion 64 of the second groove 62 has groove score residual that is approximately 0.000 to 0.002 inch greater than the score residual 38 at the adjacent area of the end of the score 22.

In the alternative embodiment of FIGS. 6 and 7, the score 22 and the anti-fracture score 24 follow a specific shape that is adapted to permit unrestricted deflection of the tab 42. In this embodiment, the curvilinear score 22 has a hip region 70 with a radius of curvature that is adapted to provide clearance for the tab 42 being deflected into the container. In the preferred embodiment, the radius of curvature of the hip region 70 is approximately 0.120 inch. Another preferred embodiment provides a score 22 wherein the hip region 70 is aligned with the score first end 28 along an transverse axis 72, that is a linear alignment 72 that is generally transverse to the central longitudinal axis 52 of the end member 10.

According to another alternative embodiment of the invention as is best shown in FIGS. 6 and 7, the cord shape of the score 22 proximal to the second end 30, and the cord shape of the tail portion 25, may vary from that which is shown in FIGS. 1 and 2. In the alternative embodiment of FIG. 6, the tail portion 25 terminates in the end wall 12 beyond the score 22, and at least slightly transecting the line defining the hinge segment 26. Alternatively, the tail portion 25 extends further away from the tear panel 20 and curves away from the tab 42 and rivet 44 to at least partially surround the second end 30 of the score 22. This embodiment results in a tail portion 25 that not only transects the line defining the hinge segment 26, but also extends and encircles the second end 30 to transect arcuate or some other curvilinear path of a fracture through the hinge segment 26 between the first end 28 and the second end 30. Therefore, having the tail portion 25 at least partially surrounding the second end 30 ensures that the path of a fracture of the metal of the hinge segment 26 can avoid being transected by the tail portion 25. In another embodiment of the invention, the cord shape of the second end 30 of the score 22 shown in FIG. 7 may alternatively curve outward away from the tear panel 20.

In the preferred embodiment of the present invention, the tail portion 25 that transects the line defining the hinge segment 26 has a length adapted to direct a path of fracture in the metal of the hinge segment 26, directing the path of fracture along the cord shape of the tail portion 25. In the preferred embodiment, the length of the tail portion 25 is at least 0.050 inch, as measured in overall linear-path length shown as 80 in the Figures, and preferably having a length in the range of approximately 0.200 inch.

While the invention has been described with reference to a preferred embodiment, it will be understood by those skilled in the art that various changes may be made and equivalents may be substituted for elements thereof without departing from the broader aspects of the invention. Also, it is intended that broad claims not specifying details of a particular embodiment disclosed herein as the best mode contemplated for carrying out the invention should not be limited to such details.

We claim:

1. An end member for a container having a circumferential sidewall, the end member having a peripheral seaming edge adapted to be integrally connected to the sidewall, and having a central panel wall with a means for opening a frangible panel segment of the panel wall, the end member comprising;

8

a rivet formed in the central panel and adapted to integrally attach a tab lever to the panel, the tab having a nose portion overlying at least a vent region of the frangible panel segment and having a lift end opposite said nose;

a primary score groove in the central panel wall defining an outer perimeter of the frangible panel segment, the score groove having a first end adjacent the vent region, and a second end joined to the first end by a curvilinear segment of the score groove, the first end and the second end being separated by a generally linear hinge segment of the central panel wall, said hinge segment being non-frangible to integrally connect the frangible panel segment to an adjacent area of the panel; and,

a second score groove having a tail portion passing from the frangible panel into said adjacent area of the central panel and transecting said hinge segment.

2. The end member of claim 1, wherein, the second score groove has a curvilinear segment generally parallel an extent of the primary score groove, said curvilinear segment being positioned on the frangible panel radially inward of the outer perimeter.

3. The end member of claim 1, wherein, at least a terminal length of the second score groove curves to a direction away from said first end of the primary score.

4. The end member of claim 1, wherein, the tail of the second score groove passes through the hinge line generally transverse to a hinge line passing between the first end and the second end of the primary score groove.

5. The end member of claim 1, wherein said second end of the score groove curves away from an adjacent segment of said second groove.

6. The end member of claim 1, wherein, the primary score groove has a score residual of the central panel wall, and said second score groove has a score residual of the central panel wall, the primary score residual being less than the second score groove residual along said tail portion.

7. The end member of claim 6, wherein, the primary score residual of said second end is in the range of 0.003 to 0.005 inches, and the second score groove residual along the tail portion is between 0.001 to 0.002 inch greater than the score residual of said second end.

8. The end member of claim 1, wherein, the tail portion of the second score groove end extends into said adjacent area of the central panel and partially surrounds the second end of the primary score groove.

9. The end member of claim 8, wherein, the tail portion has a curvilinear end extending generally away from the first end of the primary score groove to partially surround said second end of the primary score groove.

10. The end member of claim 1, wherein, the primary score groove and the second score groove together form a double scoreline, the double scoreline being separated at the second end of the primary score groove and said tail portion of the second score groove extending longer than said primary score groove second end.

11. The end member of claim 10, wherein, the primary score groove has a score residual at terminal region of said second end and the second score groove has a groove residual at the tail portion, the groove residual of the second score being less than 0.002 inch greater than said score residual of said terminal region of the primary score.

12. The end member of claim 11, wherein the tail of the second score groove tail portion is approximately 0.020 inches in length.

13. An end member for a container having a circumferential sidewall, the end member having a peripheral seaming

6,129,230

9

edge adapted to be integrally connected to the sidewall, and having a central panel wall, the end member comprising;

a frangible panel formed in the panel wall and being defined by a curvilinear score groove and a hinge segment, the score groove having a thickness residual and having a first end and a second end, said hinge segment having a length defined by a generally straight line between said first end and said second end;

a rivet formed in the central panel and adapted to integrally attach a tab lever to the panel, the tab having a nose portion overlying at least a region of the frangible panel segment and having a lift end opposite said nose; and,

a curvilinear anti-fracture score formed in the frangible panel generally parallel to said score groove, said anti-fracture score having a tail portion passing through the hinge segment.

14. The end member of claim 13, wherein, the tail portion passes through the hinge segment generally transverse to said straight line between the first and second end.

15. The end member of claim 13, wherein the anti-fracture groove has a thickness residual greater than said score groove thickness residual, said greater thickness residual defining a thickness residual differential between said score groove and said anti-fracture score, said thickness differential being reduced along the tail portion of said anti-fracture score.

16. The end member of claim 15, wherein said residual differential along an extent of said score groove is approximately 0.002 inch, and said residual differential being approximately 0.001 inch along said tail portion of the anti-fracture groove.

17. The end member of claim 16, wherein, the tail portion is at least 0.050 inch in length.

10

18. The end member of claim 13 wherein, said curvilinear score groove has a first segment leading from said first end to a hip region of said score groove, said first segment passing under a nose portion of said tab and said hip region having a radius of curvature adapted to permit unobstructed passage of the tab when a user lifts the tab to open the frangible tear panel.

19. The end member of claim 18 wherein, the radius of curvature of said hip region is approximately 0.120 inch.

20. The end member of claim 18 wherein, the end member has a central longitudinal axis, the hip region and said first end of the score groove being generally aligned along a transverse axis relative to said central longitudinal axis.

21. An end member for a container, the end member having a central panel wall adapted to be secured to the container at the outer edge of the end member, the end member comprising;

a frangible panel formed in the panel wall and at least partially defined by a score groove with a first end and a second end, wherein the score groove at the second end is curved outward toward the outer edge of the panel;

a hinge line passing between the first and second end of the score groove; and,

a second score groove in the panel wall and transecting the hinge line.

22. The end member of claim 21, wherein the second score groove is an anti-fracture score with an extended end passing through the hinge line.

23. The end member of claim 21, wherein the second score groove has a terminal end curved outward toward the outer edge of the panel.

*  *  *  *  *

# PAGE A238 - A286
# REDACTED

US005105973A

# United States Patent [19]

## Jentzsch et al.

[11] Patent Number: **5,105,973**

[45] Date of Patent: **Apr. 21, 1992**

[54] **BEVERAGE CONTAINER WITH IMPROVED BOTTOM STRENGTH**

[75] Inventors: K. Reed Jentzsch, Arvada; Otis H. Willoughby, Boulder, both of Colo.

[73] Assignee: Ball Corporation, Muncie, Ind.

[21] Appl. No.: 600,943

[22] Filed: Oct. 22, 1990

[51] Int. Cl.⁵ ......................................... B65D 7/42
[52] U.S. Cl. ................................. 220/606; 220/906
[58] Field of Search ............... 220/606, 604, 608, 609, 220/623, 624, 906

[56]     **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 994,468 | 6/1911 | Kane | 220/604 X |
| 1,031,264 | 7/1912 | Hinde et al. | 220/604 |
| 1,441,674 | 1/1923 | Foster et al. | 220/604 |
| 1,461,729 | 7/1923 | Foster et al. | 220/604 X |
| 3,905,507 | 9/1975 | Lyu | 220/606 |
| 4,108,324 | 8/1978 | Krishnakumar et al. | 220/608 X |
| 4,120,419 | 10/1978 | Saunders | 220/609 |
| 4,151,927 | 5/1979 | Cvacho et al. | 220/606 |
| 4,412,627 | 11/1983 | Houghton et al. | 220/906 X |
| 4,515,284 | 5/1985 | Lee, Jr et al. | 220/606 |
| 4,598,831 | 7/1986 | Nakamura et al. | 220/606 X |
| 4,685,582 | 8/1987 | Pulciani et al. | 220/606 |
| 4,732,292 | 3/1988 | Supik | 220/906 X |
| 4,834,256 | 5/1989 | McMillin | 220/606 |
| 4,919,294 | 4/1990 | Kawamoto et al | 220/606 |
| 4,953,738 | 9/1990 | Stirbis | 220/906 X |

*Primary Examiner*—Steven M. Pollard
*Attorney, Agent, or Firm*—Gilbert E. Alberding

[57]     **ABSTRACT**

A container with improved strength includes a cylindrical sidewall that is disposed around a vertical axis, and a bottom. The bottom of the container provides a supporting surface and includes a bottom recess portion that is disposed radially inwardly of the supporting surface. The bottom recess portion includes a center panel, and a dome positioning portion that positions the center panel above the supporting surface. The dome positioning portion includes a first part that is disposed at a first radial distance from the vertical axis and adjacent part that is disposed at a different radial distance from the vertical axis. In the container, a plurality of the adjacent parts are arcuately disposed circumferentially spaced around the dome positioning portion and are interspersed with a plurality of the first parts. In the container the adjacent part is disposed circumferentially around the dome positioning portion at one height from the supporting surface, and the first part is disposed circumferentially around the dome positioning portion at a different height from the supporting surface.

**19 Claims, 7 Drawing Sheets**





FIG. 2

FIG. 1

A288



FIG. 3

FIG. 4

FIG. 5

A289



FIG. 6

FIG. 7

A290

U.S. Patent          Apr. 21, 1992          Sheet 4 of 7          5,105,973



FIG. 8

FIG. 9



FIG. 10



FIG. 13                    FIG. 14

A292

U.S. Patent          Apr. 21, 1992          Sheet 6 of 7          5,105,973



FIG. 11

U.S. Patent          Apr. 21, 1992          Sheet 7 of 7          5,105,973



FIG. 12

A294

5,105,973

1

# BEVERAGE CONTAINER WITH IMPROVED BOTTOM STRENGTH

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates generally to metal container bodies of the type having a seamless sidewall and a bottom formed integrally therewith. More particularly, the present invention relates to a bottom contour that provides increased dome reversal pressure, that provides greater resistance to damage when dropped, and that minimizes or prevents growth in the height of a container in which the beverage is subjected to pasteurizing temperatures and/or extreme temperatures encountered in shipping and storage.

2. Description of the Related Art

There have been numerous container configurations of two-piece containers, that is, containers having a body that has an integral bottom wall at one end, and an opposite end that is configured to have a closure secured thereto. Container manufacturers package beverages of various types in these containers formed of either steel or aluminum alloys.

In the production of these containers, it is important that the body wall and bottom wall of the container be as thin as possible so that the container can be sold at a competitive price. Much work has been done on thinning the body wall.

Aside from seeking thin body wall structures, various bottom wall configurations have been investigated. An early attempt in seeking sufficient strength of the bottom wall was to form the same into a spherical dome configuration. This general configuration is shown in Dunn et al., U.S. Pat. No. 3,760,751, issued Sep. 25, 1973. The bottom wall is thereby provided with an inwardly concave dome or bottom recess portion which includes a large portion of the area of the bottom wall of the container. This domed configuration provides increased strength and resists deformation of the bottom wall under increased internal pressure of the container with little change in the overall geometry of the bottom wall throughout the pressure range for which the container is designed.

The prior art that teaches domed bottoms also includes P. G. Stephan, U.S. Pat. No. 3,349,956, issued Oct. 31, 1967; Kneusel et al., U.S. Pat. No. 3,693,828, issued Sep. 26, 1972; Dunn et al., U.S. Pat. No. 3,730,383, issued May 1, 1973; Toukmanian, U.S. Pat. No. 3,904,069, issued Sep. 9, 1975; Lyu et al., U.S. Pat. No. 3,942,673, issued Mar. 9, 1976; Miller et al., U.S. Pat. No. 4,294,373, issued Oct. 13, 1981; McMillin, U.S. Pat. No. 4,834,256, issued May 30, 1989; Pulciani et al., U.S. Pat. No. 4,685,582, issued Aug. 11, 1987, and Pulciani, et al., U.S. Pat. No. 4,768,672, issued Sep. 6, 1988, and Kawamoto et al., issued Apr. 24, 1990.

Patents which teach apparatus for forming containers with inwardly domed bottoms and/or which teach containers having inwardly domed bottoms, include Maeder et al., U.S. Pat. No. 4,289,014, issued Sep. 15, 1981; Gombas, U.S. Pat. No. 4,341,321, issued Jul. 27, 1982; Elert et al., U.S. Pat. No. 4,372,143, issued Feb. 8, 1983; and Pulciani et al., U.S. Pat. No. 4,620,434, issued Nov. 4, 1986.

Of the above-mentioned patents, Lyu et al. and Kawamoto et al. teach inwardly domed bottoms in

2

which the shape of the inwardly domed bottom is ellipsoidal.

Stephan, in U.S. Pat. No. 3,349,956, teaches using a reduced diameter annular supporting portion with an inwardly domed bottom disposed intermediate of the reduced diameter annular supporting portion. Stephan also teaches stacking of the reduced diameter annular supporting portion inside the double-seamed top of another container.

Kneusel et al., in U.S. Pat. No. 3,693,828, teach a steel container having a bottom portion which is frustoconically shaped to provide a reduced diameter annular supporting portion, and having an internally domed bottom that is disposed radially inwardly of the annular supporting portion. Various contours of the bottom are adjusted to provide more uniform coating of the interior bottom surface, including a reduced radius of the domed bottom.

Pulciani et al., in U.S. Pat. Nos. 4,685,582 and 4,768,672, instead of the frustoconical portion of Kneusel et al., teach a transition portion between the cylindrically shaped body of the container and the reduced diameter annular supporting portion that includes a first annular arcuate portion that is convex with respect to the outside diameter of the container and a second annular arcuate portion that is convex with respect to the outside diameter of the container.

McMillin, in U.S. Pat. No. 4,834,256, teaches a transitional portion between the cylindrically shaped body of the container and the reduced diameter annular supporting portion that is contoured to provide stable stacking for containers having a double-seamed top which is generally the same diameter as the cylindrical body, as well as providing stable stacking for containers having a double-seamed top that is smaller than the cylindrical body. In this design, containers with reduced diameter tops stack inside the reduced diameter annular supporting portion; and containers with larger tops stack against this specially contoured transitional portion.

Supik, in U.S. Pat. No. 4,732,292, issued Mar. 22, 1988, teaches making indentations in the bottom of a container that extend upwardly from the bottom. Various configurations of these indentations are shown. The indentations are said to increase the flexibility of the bottom and thereby prevent cracking of interior coatings when the containers are subjected to internal fluid pressures.

In U.S. Pat. No. 4,885,924, issued Dec. 12, 1989, which was disclosed in W.I.P.O. International Publication No. WO 83/02577 of Aug. 4, 1983, Claydon et al. teach apparatus for rolling the outer surface of the annular supporting portion radially inward, thereby reducing the radii of the annular supporting portion. This rolling of the annular supporting portion inwardly to prevent inversion of the dome when the container is subjected to internal fluid pressures.

Various of the prior art patents, including Pulciani et al., U.S. Pat. No. 4,620,434, teach contours which are designed to increase the pressure at which fluid inside the container reverses the dome at the bottom of the container. This pressure is called the static dome reversal pressure. In this patent, the contour of the transitional portion is given such great emphasis that the radius of the domed panel, though generally specified within a range, is not specified for the preferred embodiment.

5,105,973

3

However, it has been known that maximum values of static dome reversal pressure are achieved by increasing the curvature of the dome to an optimum value, and that further increases in the dome curvature result in decreases in static dome reversal pressures.

As mentioned earlier, one of the problems is obtaining a maximum dome reversal pressure for a given metal thickness. However, another problem is obtaining resistance to damage when a filled container is dropped onto a hard surface.

Present industry testing for drop resistance is called the cumulative drop height. In this test, a filled container is dropped onto a steel plate from heights beginning at three inches and increasing by three inches for each successive drop. The drop height resistance is then the sum of all the distances at which the container is dropped, including the height at which the dome is reversed, or partially reversed. That is, the drop height resistance is the cumulative height at which the bottom contour is damaged sufficiently to preclude standing firmly upright on a flat surface.

In U.S. patent application Ser. No. 07/505,618 having common inventorship entity, and being of the same assignee as the present application, it was shown that decreasing the dome radius of the container increases the cumulative drop height resistance and decreases the dome reversal pressure. Further, it was shown in this prior application that increasing the height of the inner wall increases the dome reversal pressure.

However, as the dome radius is decreased for a given dome height, the inner wall decreases in height. Therefore, for a given dome height, an increase in cumulate drop resistance, as achieved by a decrease in dome radius, results in a decrease in the height of the inner wall together with an attendant decrease in the dome reversal pressure.

Thus, one way to achieve a good combination of cumulative drop height and dome reversal pressure, is to increase the dome height, thereby allowing a reduction in dome radius while leaving an adequate wall height. However, there are limits to which the dome height can be increased while still maintaining standard diameter, height, and volume specifications.

An additional problem in beverage container design and manufacturing has been in maintaining containers within specifications, subsequent to a pasteurizing process, when filled beverage containers are stored at high ambient temperatures, and/or when they are exposed to sunlight.

This increase in height is caused by roll-out of the annular supporting portion as the internal fluid pressure on the domed portion applies a downward force to the circumferential inner wall, and the circumferential inner wall applies a downward force on the annular supporting portion.

An increase in the height of a beverage container causes jamming of the containers in filling and conveying equipment, and unevenness in stacking.

As is known, a large quantity of containers are manufactured annually and the producers thereof are always seeking to reduce the amount of metal utilized in making containers while still maintaining the same operating characteristics.

Because of the large quantities of containers manufactured, a small reduction in metal thickness, even of one-half of one thousandth of an inch, will result in a substantial reduction in material costs.

4

## SUMMARY OF THE INVENTION

According to the present invention, the dome reversal pressure of a drawn and ironed beverage container is increased without increasing the metal thickness, increasing the height of an inner wall that surrounds the domed portion, increasing the total dome height, or decreasing the dome radius.

Further, in the present invention, both increased resistance to roll-out of the annular supporting portion and increased cumulative drop height resistance are achieved without any increase in metal content, and without any changes in the general size or shape of the container.

A container which provides increased resistance to roll-out, increased dome reversal pressure, and increased cumulative drop height resistance includes a cylindrical outer wall that is disposed around a vertical axis, a bottom that is attached to the outer wall and that provides a supporting surface, and a bottom recess portion that is disposed radially inwardly of the supporting surface, that includes a center panel, or concave domed panel, and that includes a circumferential dome positioning portion that disposes the center panel a positional distance above the supporting surface.

In one embodiment of the present invention, the bottom recess portion includes a part thereof that is disposed at a first vertical distance above the supporting surface and at a first radial distance from the vertical axis; and the bottom recess portion also includes an adjacent part that is disposed at a greater vertical distance above the supporting surface and at a greater radial distance from the vertical axis than the first part.

That is, the bottom recess portion includes an adjacent part that extends radially outward from a first part that is closer to the supporting surface. In this configuration, this adjacent part extends circumferentially around the container, thereby providing an annular radial recess that hooks outwardly of the part of the bottom recess that is closer to the supporting surface.

In another embodiment of the present invention, the adjacent part is arcuate and extends for only a portion of the circumference of the bottom recess portion. Preferably a plurality of adjacent parts, and more preferably five adjacent parts, extend radially outward from a plurality of the first parts, and are interposed between respective ones of the first parts.

Generally speaking, in the present invention, a plurality of strengthening parts are disposed in the circular inner wall of the bottom recess portion, and either extend circumferentially around the bottom recess portion or are circumferentially spaced. The strengthening parts project either radially outwardly or radially inwardly with respect to the circular inner wall.

The strengthening parts may be contained entirely within the inner wall, may extend downwardly into the annual supporting surface, portion, may extend upwardly into the concave annular portion that surrounds the domed portion, and/or may extend upwardly into both the concave annular portion and the concave domed panel.

The strengthening parts may be round, elongated vertically, may be elongated circumferentially, and/or may be elongated at an angle between vertical and circumferential.

In summary, the present invention provides a container with improved static dome reversal pressure without any increase in material, and without any

5,105,973

5    6

change in dimensions that affects interchangeability of filling and/or packaging machinery.

Further, the present invention provides a container with enhanced resistance to pressure-caused roll-out and the resultant change in the overall height of the container that accompanies fluid pressures encountered during the pasteurizing process.

Finally, the present invention provides a container with improved cumulative drop height resistance without any increase in material, and without any changes in dimensions that affect interchangeability of filling machinery, thereby making possible a reduction of, or elimination of, cushioning that has been provided by carton and case packaging.

In a first aspect of the present invention, a container with improved strength includes an outer wall being disposed around a vertical axis; a bottom being attached to the outer wall and having a supporting surface; a bottom recess portion of the bottom being disposed radially inwardly of the supporting surface, having a dome positioning portion that connects the bottom recess portion to the remainder of the bottom, and having a center panel that is disposed above the supporting surface by the dome positioning portion; and means for increasing the roll-out resistance of the bottom recess portion.

In a second aspect of the present invention, a method for strengthening the bottom of a container that includes an outer wall that is disposed around a vertical axis, and a bottom that is integral with the outer wall and that includes a supporting surface, includes forming a bottom recess portion in the bottom that includes a dome positioning portion with a convex annular portion that connects the bottom recess portion to the remainder of the bottom, and that includes a center panel that is disposed above the supporting surface by the dome positioning portion; and increasing the roll-out resistance of the convex annular portion.

In a third aspect of the present invention, a container with increased strength includes an outer wall that is disposed around a vertical axis, a bottom that is attached to the outer wall and that provides a supporting surface, and a bottom recess portion that is disposed radially inwardly of the supporting surface and that includes a center panel, the bottom recess portion including a first part that is disposed at a first vertical distance above the supporting surface and at a first radial distance from the vertical axis; and the bottom recess portion including an adjacent part that is disposed at a greater vertical distance above the supporting surface and at a greater radial distance from the vertical axis than the first part.

In one variation of the third aspect, the adjacent part is substantially circumferential; and in another variation of the third aspect, the adjacent part extends less than 180 degrees around the bottom recess portion.

In a fourth aspect of the present invention, a container with increased resistance strength includes an outer wall that is disposed around a vertical axis, a bottom that is attached to the outer wall and that provides a supporting surface, and a bottom recess portion that is disposed radially inwardly of the supporting surface, and that includes a center panel, the bottom recess portion including a first part that is disposed at a first vertical distance above the supporting surface and at a first radial distance from the vertical axis; and the bottom recess portion including an adjacent part that is disposed at the first vertical distance above the support-

ing surface and at a greater radial distance from the vertical axis than the first part.

In a fifth aspect of the present invention, a container with increased strength includes an outer wall that is disposed around a vertical axis, a bottom that is attached to the outer wall and that includes a supporting surface, and a bottom recess portion that is disposed radially inwardly of the supporting surface and that includes a center panel, the improvement which comprises the bottom recess portion including a first part that is disposed substantially circumferentially around the bottom recess portion at a first vertical distance above the supporting surface, and that is disposed at a first radial distance from the vertical axis; and the bottom recess portion including an adjacent part that is disposed substantially around the bottom recess portion at a greater vertical distance above the supporting surface and that is disposed at a different radial distance from the vertical axis than the first part.

In a sixth aspect of the present invention, a container with increased strength includes an outer wall that is disposed around a vertical axis; a bottom that is attached to the outer wall and that provides a supporting surface; a bottom recess portion that is disposed radially inwardly of the supporting surface and that includes a center panel; and means comprising a reworked part of the bottom recess portion, for increasing the roll-out strength of the container.

In variations of this sixth aspect, the reworked part may be a cold working without appreciable deformation of metal, or it may include any and all of the characteristics of the adjacent part as described in the third, fourth, and fifth aspects.

In a seventh aspect of the present invention, a method is provided for increasing strength of a container which includes an outer wall that is disposed around a vertical axis, a bottom that is attached to the outer wall and that provides a supporting surface, and a bottom recess portion that is disposed radially inwardly of the supporting surface and that includes a center panel, which method includes forming the bottom recess portion with a first part that is disposed at a first vertical distance above the supporting surface and at a first radial distance from the vertical axis; and forming the bottom recess portion with an adjacent part that is disposed at a greater vertical distance above the supporting surface and at a greater radial distance from the vertical axis than the first part.

In one variation of the seventh aspect, the second forming step includes extending the adjacent part substantially around the bottom recess portion; and in another variation of this seventh aspect, the second forming step includes forming the adjacent part less than 180 degrees around the bottom recess portion.

In an eight aspect of the present invention a method is provided for increasing the strength of a container which includes an outer wall that is disposed around a vertical axis, a bottom that is attached to the outer wall and that provides a supporting surface, and a bottom recess portion that is disposed radially inwardly of the supporting surface and that includes a center panel, which method includes forming the bottom recess portion with a first part that is disposed at a first vertical distance above the supporting surface and at a first radial distance from the vertical axis, and forming the bottom recess portion with an adjacent part that is disposed at the first vertical distance above the supporting

5,105,973

7

8

surface and at a greater radial distance from the vertical axis than the first part.

In a ninth aspect of the present invention, a method is provided for increasing the strength of a container which includes an outer wall that is disposed around a vertical axis, a bottom that is attached to the outer wall and that provides a supporting surface, and a bottom recess portion that is disposed radially inwardly of the supporting surface and that includes a center panel, which method includes forming the bottom recess portion with a first part that is disposed substantially around the bottom recess portion at a first vertical distance above the supporting surface, and that is disposed at a first radial distance from the vertical axis; and forming the bottom recess portion with an adjacent part that is disposed substantially around the bottom recess portion at a second and greater vertical distance above the supporting surface, and that is disposed at a different radial distance from the vertical axis than the first part.

In a tenth aspect of the present invention, a method is provided for increasing the strength of a container which includes an outer wall that is disposed around a vertical axis, and a bottom that is attached to the outer wall and that provides a supporting surface, which method includes forming a bottom recess portion that is disposed radially inwardly of the supporting surface and that includes a center panel; and reworking a part of the bottom recess portion.

In an eleventh aspect of the present invention, a container with improved strength includes an outer wall being disposed around a vertical axis; a bottom being attached to the outer wall and having a supporting surface; a bottom recess portion of the bottom being disposed radially inwardly of the supporting surface, having a positioning portion with a convex annular portion that connects the bottom recess portion to the remainder of the bottom, and having a center domed panel that is disposed above the supporting surface by the dome positioning portion; and means for applying a roll-in force to the convex annular portion that is a function of fluid pressure applied internally to the center panel.

In a twelfth aspect of the present invention, a method is provided for strengthening a container that includes an outer wall that is disposed around a vertical axis, and a bottom that is integral with the cylindrical outer wall and that includes a supporting surface, which method includes forming a bottom recess portion in the bottom that includes a dome positioning portion with a convex annular portion that connects the bottom recess portion to the remainder of the bottom, and that includes a center panel that is disposed above the supporting surface by the dome positioning portion; and providing a roll-in force on the convex annular portion that is a function of fluid pressure applied internally to the center panel.

In a thirteenth aspect of the present invention, a container with improved strength comprises an outer wall being disposed around a vertical axis; a bottom being attached to the outer wall, having an inner wall, and having a center panel that is disposed upwardly by the inner wall; and the inner wall including at least a part thereof that slopes outwardly and upwardly.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a front elevation of beverage containers that are bundled by shrink wrapping with plastic film;

FIG. 2 is a top view of the bundled beverage containers of FIG. 1 taken substantially as shown by view line 2—2 of FIG. 1;

FIG. 3 is a cross sectional elevation of the lower portion of one of the beverage containers of FIGS. 1 and 2, showing details that are generally common to two prior art designs;

FIG. 4 is a cross sectional elevation of the lower portion of a beverage container, showing details that are generally common to those of FIG. 4, which, together with dimensions as provided herein, is used to describe a first embodiment of the present invention;

FIG. 5 is a cross sectional elevation, showing, at an enlarged scale, details that are generally common to both FIGS. 3 and 4;

FIG. 6 is a slightly enlarged outline, taken generally as a cross sectional elevation, of the lower portion of the outer contour of a container of an embodiment of the present invention wherein a plurality of arcuately shaped and circumferentially spaced parts of the inner sidewall are disposed radially outward of other parts of the sidewall;

FIG. 7 is a bottom view of the container of FIG. 6, taken substantially as shown by view line 7—7 of FIG. 6;

FIG. 8 is a slightly enlarged outline, taken generally as a cross sectional elevation, of the lower portion of the outer contour of a container made according to an embodiment of the present invention wherein a circumferential part of the inner sidewall is disposed radially outward of another circumferential part of the sidewall;

FIG. 9 is a bottom view of the container of FIG. 8, taken substantially as shown by view line 9—9 of FIG. 8;

FIG. 10 is a fragmentary and greatly enlarged outline, taken generally as a cross sectional elevation, of the outer contour of the container of FIGS. 6 and 7, taken substantially as shown by section line 10—10 of FIG. 7;

FIG. 11 is a fragmentary and greatly enlarged outline, taken generally as a cross sectional elevation, of the outer contour of the embodiment of FIGS. 6 and 7 taken substantially as shown by section line 11—11 of FIG. 7;

FIG. 12 is a fragmentary and greatly enlarged outline, taken generally as a cross sectional elevation, of the outer contour of the embodiment of FIGS. 8 and 9 taken substantially as shown by section line 12—12 of FIG. 9;

FIG. 13 is a fragmentary top view of the container of FIGS. 6, 7, 10, and 11, taken substantially as shown by view line 13—13 of FIG. 6, and showing the effectively increased perimeter of the embodiment of FIGS. 6 and 7; and

FIG. 14 is a fragmentary top view of the container of FIGS. 8, 9, and 12, taken substantially as shown by view line 14—14 of FIG. 8, and showing both the perimeter of the concave domed panel of the container of FIG. 5 and the effectively increased perimeter of the embodiment of FIGS. 8 and 9.

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

Referring now to FIGS. 3, 4, and 5, these configurations are generally common to Pulciani et al. in U.S. Pat. Nos. 4,685,582 and 4,768,672, to a design manufactured by the assignee of the present invention, and to embodiments of the present invention. More particularly, FIG. 3 is common to the aforesaid prior art, FIG.

5,105,973

9

4 is common to two embodiments of the prior art, and FIG. 5 shows some details of FIGS. 3 and 4 in an enlarged scale.

Since the present invention differs from the prior art primarily by selection of some of the parameters shown in FIGS. 3–5, the forthcoming description refers to all of these drawings, except as stated otherwise; and some dimensions pertaining to FIGS. 3 and 4 are placed only on FIG. 5 in order to avoid crowding.

Continuing to refer to FIGS. 3–5, a drawn and ironed beverage container 10 includes a generally cylindrical sidewall 12 that includes a first diameter $D_1$, and that is disposed circumferentially around a vertical axis 14; and an annular supporting portion, or annular supporting means, 16 that is disposed circumferentially around the vertical axis 14, that is disposed radially inwardly from the sidewall 12, and that provides an annular supporting surface 18 that coincides with a base line 19.

The annular supporting portion 16 includes an outer convex annular portion 20 that preferably is arcuate, and an inner convex annular portion 22 that preferably is arcuate, that is disposed radially inwardly from the outer convex annular portion 20, and that is connected to the outer convex annular portion 20. The outer and inner convex annular portions, 20 and 22, have radii $R_1$ and $R_2$ whose centers of curvature are common. More particularly, the radii $R_1$ and $R_2$ both have centers of curvature of a point 24, and of a circle of revolution 26 of the point 24. The circle of revolution 26 has a second diameter $D_2$.

An outer connecting portion, or outer connecting means, 28 includes an upper convex annular portion 30 that is preferably arcuate, that includes a radius of $R_3$, and that is connected to the sidewall 12. The outer connecting portion 28 also includes a recessed annular portion 32 that is disposed radially inwardly of a line 34, or a frustoconical surface of revolution 36, that is tangent to the outer convex annular portion 20 and the upper convex annular portion 30. Thus, the outer connecting means 28 connects the sidewall 12 to the outer convex annular portion 20.

A center panel, or concave domed panel, 38 is preferably spherically-shaped, but may be of any suitable curved shape, has an approximate radius of curvature, or dome radius, $R_4$, is disposed radially inwardly from the annular supporting portion 16, and curves upwardly into the container 10. That is, the domed panel 38 curves upwardly proximal to the vertical axis 14 when the container 10 is in an upright position

The container 10 further includes an inner connecting portion, or inner connecting means, 40 having a circumferential inner wall, or cylindrical inner wall, 42 with a height $L_1$ that extends upwardly with respect to the vertical axis 14 that may be cylindrical, or that may be frustoconical and slope inwardly toward the vertical axis 14 at an angle $\alpha_1$. The inner connecting portion 40 also includes an inner concave annular portion 44 that has a radius of curvature $R_5$, and that interconnects the inner wall 42 and the domed panel 38. Thus, the inner connecting portion 40 connects the domed panel 38 to the annular supporting portion 16.

The inner connecting portion 40 positions a perimeter $P_0$ of the domed panel 38 at a positional distance $L_2$ above the base line 19. As can be seen by inspection of FIG. 5, the positional distance $L_2$ is approximately equal to, but is somewhat less than, the sum of the height $L_1$ of the inner wall 42, the radius of curvature $R_5$ of the inner concave annular portion 44, the radius

10

$R_2$ of the inner convex annular portion 22, and the thickness of the material at the inner convex annular portion 22.

As seen by inspection and as can be calculated by trigonometry, the positional distance $L_2$ is less than the aforementioned sum by a function of the angle $\alpha_1$, and as a function of an angle $\alpha_3$ at which the perimeter $P_0$ of the domed panel 38 is connected to the inner concave annular portion 44.

For example, if the radius $R_5$ of the inner concave annular portion 44 is 0.050 inches, if the radius $R_2$ of the inner convex annular portion 22 is 0.040 inches, and if the thickness of the material at the inner convex annular portion 22 is about 0.012 inches, then the positional distance $L_2$ is about, but somewhat less than, 0.102 inches more than the height $L_1$ of the inner wall 42

Thus, with radii and metal thickness as noted above, when the height $L_1$ of the inner wall 42 is 0.060 inches, the positional distance $L_2$ is about, but a little less than, 0.162 inches.

The annular supporting portion 16 has an arithmetical mean diameter $D_3$ that occurs at the junction of the outer convex annular portion 20 and the inner convex annular portion 22. Thus, the mean diameter $D_3$ and the diameter $D_2$ of the circle 26 are the same diameter. The dome radius $R_4$ is centered on the vertical axis 14.

The recessed annular portion 32 includes a circumferential outer wall 46 that extends upwardly from the outer convex annular portion 20 and outwardly away from the vertical axis by an angle $\alpha_2$, and includes a lower concave annular portion 48 with a radius $R_6$. Further, the recessed annular portion 32 may, according to the selected magnitudes of the angle $\alpha_2$, the radius $R_3$, and the radius $R_6$, include a lower part of the upper convex annular portion 30.

Finally, the container 10 includes a dome height, or panel height, $H_1$ as measured from the supporting surface 18 to the domed panel 38, and a post diameter, or smaller diameter, $D_4$, of the inner wall 42. The upper convex annular portion 30 is tangent to the sidewall 12, and has a center 50. The center 50 is at a height $H_2$ above the supporting surface 18. A center 52 of the lower concave annular portion 48 is on a diameter $D_5$. The center 52 is below the supporting surface 18. More specifically, the supporting surface 18 is at a distance $H_3$ above the center 52.

Referring now to FIGS. 3 and 5, in the prior art embodiment of the three Pulciani, et al. patents, the following dimensions were used: $D_1$=2.597 inches; $D_2$, $D_3$=2.000 inches; $D_5$=2.365 inches; $R_1$, $R_2$=0.040 inches; $R_3$=0.200 inches; $R_4$=2.375 inches; $R_5$=0.050 inches; $R_6$=0.100 inches; and $\alpha_1$=less than $8^0$.

Referring now generally to FIGS. 6–12, containers 10 made generally according to the prior art configuration of FIGS. 3–5 can be reworked into containers 62 of FIGS. 6, 7, 10, and 11, or can be reworked into containers 64 of FIGS. 8, 9, and 12.

Referring now to FIGS. 6, 7, 10, and 11, the container 62 includes a cylindrical sidewall 12 and a bottom 66 having an annular supporting portion 16 with an annular supporting surface 18. The annular supporting surface 18 is disposed circumferentially around the vertical axis 14, and is provided at the circle of revolution 26 where the outer convex annular portion 20 and the inner convex annular portion 22 join.

The bottom 66 includes a bottom recess portion 68 that is disposed radially inwardly of the supporting

5,105,973

11                                                          12

surface 18 and that includes both the concave domed panel 38 and a dome positioning portion 70.

The dome positioning portion 70 disposes the concave domed panel 38 at the positional distance $L_2$ above the supporting surface 18. The dome positioning portion 70 includes the inner convex annular portion 22, an inner wall 71, and the inner concave annular portion 44.

Referring now to FIGS. 3–5, and more specially to FIG. 5, before reworking into either the container 62 or the container 64, the container 10 includes a dome positioning portion 54. The dome positioning portion 54 includes the inner convex annular portion 22, the inner wall 42, and the inner concave annular portion 44.

Referring now to FIGS. 10 and 11, fragmentary and enlarged profiles of the outer surface contours of the container 62 of FIGS. 6 and 7 are shown. That is, the inner surface contours of the container 62 are not shown.

The profile of FIG. 10 is taken substantially as shown by section line 10—10 of FIG. 7 and shows the contour of the bottom 66 of the container 62 in circumferential parts thereof in which the dome positioning portion 70 of the bottom recess portion 68 has not been reworked.

Referring again to FIGS. 6 and 7, the dome positioning portion 70 of the container 62 includes a plurality of first parts 72 that are arcuately disposed around the circumference of the dome positioning portion 70 at a radial distance $R_0$ from the vertical axis 14 as shown in FIG. 7. The radial distance $R_0$ is one half of the inside diameter $D_0$ of FIGS. 10 and 11. The inside diameter $D_0$ occurs at the junction of the inner convex annular portion 22 and the inner wall 71. That is, the inside diameter $D_0$ is defined by the radially inward part of the inner convex annular portion 22.

The dome positioning portion 70 also includes a plurality of circumferentially-spaced adjacent pats 74 that are arcuately disposed around the dome positioning portion 70, that are circumferentially spaced apart, that are disposed at a radial dimension $R_R$ from the vertical axis 14 which is greater than the radial distance $R_0$, and that are interposed intermediate of respective ones of the plurality of first parts 72, as shown in FIG. 7. The radial distance $R_R$ of FIG. 7 is equal to the sum of one half of the inside diameter $D_0$ and a radial distance $X_1$ of FIG. 11.

In a preferred configuration of the FIGS. 6 and 7 embodiment, the adjacent parts 74 are 5 in number, each have a full radial displacement for an arcuate angle $\alpha_4$ of 30 degrees, and each have a total length $L_3$ of 0.730 inches.

Referring again to FIG. 10, in circumferential parts of the container 62 of FIGS. 6 and 7 wherein the dome positioning portion 70 is not reworked, the mean diameter $D_3$ of the annular supporting portion 16 is 2.000 inches; and the inside diameter $D_0$ of the bottom recess portion 68 is 1.900 inches which is the minimum diameter of the inner convex annular portion 22. A radius $R_7$ of the outer contour of the outer convex annular portion 20 is 0.052 inches; and an outer radius $R_8$ of the inner convex annular portion 22 is 0.052 inches.

It should be noticed that the radii $R_7$ and $R_8$ are to the outside of the container 62 and are therefore larger than the radii $R_1$ and $R_2$ of FIG. 5 by the thickness of the material.

Referring to FIG. 11, in circumferential parts of the FIGS. 6 and 7 embodiments wherein the dome positioning portion 70 is reworked, a radius $R_9$ of the inner convex annular portion 22 is reduced, the inside

diameter $D_0$ is increased by the radial distance $X_1$ to the inside diameter $D_R$, a hooked part 76 of the dome positioning portion 70 is indented, or displaced radially outward, by a radial dimension $X_2$, and the arithmetical mean diameter $D_3$ of the supporting portion 16 is increased by a radial dimension $X_3$ from the diameter D3 of FIG 10 to an arithmetical mean diameter $D_S$ of FIG. 11. The hooked part 76 is centered at a distance Y from the supporting surface 18 and includes a radius $R_H$.

Referring now to FIGS. 8, 9, and 12, the container 64 includes the cylindrical sidewall 12 and a bottom 78 having the annular supporting portion 16 with the supporting surface 18. A bottom recess portion 80 of the bottom 78 is disposed radially inwardly of the supporting surface 18 and includes both the concave domed panel 38 and a dome positioning portion 82.

The dome positioning portion 82 disposes the concave domed panel 38 at the positional distance $L_2$ above the supporting surface 18 as shown in FIG. 12. The dome positioning portion 82 includes the inner convex annular portion 22, an inner wall 83, and the inner concave annular portion 44 as shown and described in conjunction with FIGS. 3–5.

The dome positioning portion 82 of the container 64 includes a circumferential first part 84 that is disposed around the dome positioning portion 82 at the radial distance $R_R$ from the vertical axis 14 as shown in FIGS. 9 and 12. The radial distance $R_R$ is one half of the diameter $D_0$ of FIG. 12 plus the radial distance $X_1$. The diameter $D_0$ occurs at the junction of the inner convex annular portion 22 and the inner wall 42 of FIG. 5. That is, the diameter $D_0$ is defined by the radially inward part of the inner convex annular portion 22.

The dome positioning portion 82 also includes a circumferential adjacent part 86 that is disposed around the dome positioning portion 82, and that is disposed at an effective radius $R_E$ from the vertical axis 14 which is greater than the radial distance $R_R$ of the first part 84. The effective radius $R_E$ is equal to the sum of one half of the diameter $D_0$ and the radial dimension $X_2$ of FIG. 12. That is, the adjacent part 86 includes the hooked part 76; and the hooked part 76 is displaced from the radial distance $R_0$ by the radial dimension $X_2$. Therefore, it is proper to say that the adjacent part 86 is disposed radially outwardly of the first part 84.

Referring again to FIG. 10, prior to reworking, the mean diameter $D_3$ of the annular supporting portion 16 of the container 64 is 2.000 inches; the inside diameter $D_0$ of the bottom recess portion 68 is 1.900 inches, which is the minimum diameter of the inner convex annular portion 22; and the radii $R_7$ and $R_8$ of the outer and inner convex annular portions, 20 and 22, are 0.052 inches.

Referring now to FIG. 12, the radius $R_9$ of the inner convex annular portion 22 is reduced, the diameter $D_0$ is increased by the radial distance $X_1$ to the diameter $D_R$, a hooked part 76 of the dome positioning portion 82 is indented, or displaced radially outward, by the radial dimension $X_2$, and the arithmetical mean diameter $D_3$ of both the supporting portion 16 and the supporting surface 18 of FIG. 10 are increased by the radial dimension $X_3$ to the diameter $D_S$ of FIG. 12. The hooked part 76 is centered at the distance Y from the supporting surface 18 and includes the radius $R_H$.

Referring now to FIGS. 5, 13, and 14, the concave domed panel 38 of the container 10 of FIG. 5 includes the perimeter $P_0$ and an unreworked effective perimeter $P_E$ that includes the inner concave annular portion 44.

5,105,973

**13**

However, when the container 10 is reworked into the container 10 of FIGS. 6 and 7, the domed panel 38 includes a reworked effective perimeter $P_{E1}$ which is larger than the perimeter $P_E$. In like manner, when the container 10 of FIG. 5 is reworked into the container 64 of FIGS. 8 and 9, the domed panel 38 includes a reworked effective perimeter $P_{E1}$ which is also larger than the unreworked effective perimeter $P_E$.

For testing, containers 10 made according to two different sets of dimensions, and conforming generally to the configuration of FIGS. 3–5, have been reworked into both containers 62 and 64.

Containers 10 made to one set of dimensions before reworking are designated herein as B6A containers, and containers 10 made according to the other set of dimensions are designated herein as Tampa containers. The B6A and the Tampa containers include many dimensions that are the same. Further, many of the dimensions of the B6A and Tampa containers and the same as a prior art configuration of the assignee of the present invention. Referring now to FIGS. 4, 5 and 10, prior to reworking, both the B6A containers and the Tampa containers included the following dimensions: $D_1 = 2.598$ inches; $D_2$, $D_3 = 2.000$ inches; $D_5 = 2.509$ inches; $R_3 = 0.200$ inches; $R_5 = 0.050$ inches; $R_6 = 0.200$ inches; $R_7$ and $R_8 = 0.052$; $H_2 = 0.370$ inches; $H_3 = 0.008$ inches; and $\alpha_2 = 30$ degrees. Other dimensions, including $R_4$, $H_1$, and the metal thickness are specified in Table 1.

The metal used for both the B6A and Tampa containers for tests reported herein was aluminum alloy which is designated as 3104 H19, and the test material was taken from production stock.

The dome radius $R_4$, as shown in Table 1, is the approximate dome radius of a container 10; and the dome radius $R_4$ is different from the radius $R_T$ of the domer tooling. More particularly, as shown in Table 1, tooling with a radius $R_T$ of 2.12 inches produces a container 10 with a radius $R_4$ of approximately 2.38 inches.

This difference in radius of curvature between the container and the tooling is true for the three Pulciani et al. patents, for the prior art embodiments of the assignee of the present invention, and also for the present invention.

Referring now to FIGS. 6, 8, and 10, the dome radius $R_4$ will have an actual dome radius $R_C$ proximal to the vertical axis 14, and a different actual dome radius $R_P$ at the perimeter $P_0$. Also, the radii $R_C$ and $R_P$ will vary in accordance with variations of other parameters, such as the height $L_1$ of the inner wall 71. Further, the dome radius $R_4$ will vary at various distances between the vertical axis 14 and the perimeter $P_0$.

The dome radius $R_C$ will be somewhat smaller than the dome radius $R_P$, because the perimeter $P_0$ of the concave domed panel 38 will spring outwardly. However, in the charts, the dome radius $R_4$ is given, and at the vertical axis 14, the dome radius $R_4$ is close to being equal to the actual dome radius $R_C$. When the containers 10 are reworked into the containers 62 and 64, as shown in FIGS. 6 and 8, the dome radii $R_C$ and $R_P$, as shown on FIG. 4, may or may not change slightly when containers 10 made to various parameters and reworked to various parameters. Changed radii, due to reworking of the dome positioning portions, 70 and 82, are designated actual dome radius $R_{CR}$ and actual dome radius $R_{PR}$ for radii near the vertical axis 14 and near the perimeter $P_0$, respectively. However, since the difference between the dome radii $R_C$ and $R_P$ is small, and since the

**14**

dome radii $R_C$ and $R_P$ change only slightly during reworking, if at all, only the radius $R_4$ of FIG. 4 is used in the accompanying charts and in the following description.

Reworking of the dome positioning portions, 70 and 82, results·in an increase in the radius $R_5$ of FIG. 5. To show this change in radius, the radius $R_5$, after reworking, is designated radius of curvature $R_{5R}$ in FIGS. 11 and 12 and in Table 1. As seen in Table 1, this change in the radius $R_5$ can be rather minimal, or quite large, depending upon various parameters in the original container 10 and/or in reworking parameters.

When the change in the radius $R_5$ of FIG. 5 is quite large, as shown for the Tampa container reworked into the container 64, reworking of the container 10 into the container 64 extends an effective diameter $D_E$ of the center panel 38, which includes the concave annular portion 44, and which is shown in FIG. 10, to an effective diameter $D_{E1}$, as shown in FIG. 12.

Therefore, in the reworking process, an annular portion 88 of the dome positioning portion 82, as shown in FIG. 12, is moved into, and affectively becomes a part of, the center panel 38.

Further, especially in the process in which the reworking is circumferential, as shown in FIGS. 8, 9, and 12, an annular portion 90, as shown in FIG. 10, of the bottom 78 which lies outside of the annular supporting surface 18, is moved radially inward, and effectively becomes a part·of the dome positioning portion 82 of FIG. 12.

In Table 1, the static dome reversal pressure (S.D.R.) is in pounds per square inch, the cumulative drop height (C.D.H.) is in inches, and the internal pressure (I.P.) at which the cumulative drop height tests were run is in pounds per square inch.

The purpose for the cumulative drop height is to determine the cumulative drop height at which a filled can exhibits partial or total reversal of the domed panel.

The procedure is as follows: 1) warm the product in the containers to 90 degrees, plus or minus 2 degrees, Fahrenheit; 2) position the tube of the drop height tester to 5 degrees from vertical to achieve consistent container drops; 3) insert the container from the top of the tube, lower it to the 3 inch position, and support the container with a finger; 4) allow the container to freefall and strike the steel base; 5) repeat the test at heights that successively increase by 3 inch increments; 6) feel the domed panel to check for any bulging or "reversal" of the domed panel before testing at the next height; 7) record the height at which dome reversal occurs; 8) calculate the cumulative drop height, that is, add each height at which a given container has been dropped, including the height at which dome reversal occurs; and 9) average the results from 10 containers.

A control was run on both B6A and Tampa containers prior to reworking into the containers 62 and 64. In this control testing, the B6A container had a static dome reversal pressure of 97 psi and the Tampa container had a static dome reversal pressure of 95 psi. Further, the B6A container had a cumulative drop height resistance of 9 inches and the Tampa container had a cumulative drop height resistance of 33 inches.

Referring now to Table 1, when B6A containers were reworked into the containers 62, which have a plurality of circumferentially-spaced adjacent parts 74 that are displaced radially outwardly, the static dome reversal pressure increased from 97 psi to 111 psi, and the cumu-

15

5,105,973

16

lative drop height resistance increased from 9 inches to 10.8 inches.

TABLE 1

| | CONTAINER 62 INTERRUPTED ANNULAR INDENT | | CONTAINER 64 CONTINUOUS ANNULAR INDENT | |
|---|---|---|---|---|
| | B6A | TAMPA | B6A | TAMPA |
| $R_4$ | 2.38 | 2.038 | 2.38 | 2.038 |
| $R_T$ | 2.12 | 1.85 | 2.12 | 1.85 |
| $R_{SR}$ | — | — | 0.08 | 0.445 |
| $H_1$ | .385 | .415 | .385 | .415 |
| $D_R$ | 1.950 | 1.950 | 2.000 | 1.984 |
| $D_S$ | 2.020 | 2.020 | 2.051 | 2.041 |
| $R_H$ | .030 | .030 | .050 | .050 |
| $R_9$ | .030 | .030 | .026 | .026 |
| $X_1$ | .025 | .025 | .050 | .042 |
| $X_2$ | .054 | .051 | .055 | .055 |
| $X_3$ | .010 | .010 | .026 | .021 |
| Y | .084 | .086 | .076 | .092 |
| thkns | .0116 | .0118 | .0116 | .0118 |
| I.P. | 58 | 59 | 58 | 59 |
| S.D.R. | 111 | 120 | 121 | 126 |
| C.D.H. | 10.8 | 30.0 | 18.0 | 60.0 |

When the Tampa containers were reworked into the containers 62, the static dome reversal pressure increased from 95 psi to 120 psi, and the cumulative drop height resistance decreased from 33 inches to 30 inches.

When the B6A containers were reworked into the containers 64, which have a circumferential adjacent part 86 that is displaced radially outwardly from a circumferential first part 84, the static dome reversal pressure increased from 97 psi to 121 psi, and the cumulative drop height resistance increased from 9 inches to 18 inches.

Finally, when the Tampa containers were reworked into the containers 64, the static dome reversal pressure increased from 95 psi to 126 psi, and the cumulative drop height resistance increased from 33 inches to 60 inches.

Thus, B6A and Tampa containers reworked into containers 62 of FIGS. 6 and 7 showed an improvement in static dome reversal pressure of 14.4 percent and 26.3 percent, respectively. B6A and Tampa containers reworked into containers 62 showed an improvement in cumulative drop height resistance of 20 percent in the case of the B6A container, but showed a decrease of 10 percent in the case of the Tampa container.

Further, B6A and Tampa containers reworked into containers 64 of FIGS. 8 and 9 showed an improvement in static dome reversal pressure of 24.7 percent and 32.6 percent, respectively. B6A and Tampa containers reworked into containers 64 showed an improvement in cumulative drop height resistance of 100 percent in the case of the B6A container, and an increase of 81.8 percent in the case of the Tampa container.

Therefore, the present invention provides phenomenal increases in both static dome reversal pressure and cumulative drop height without increasing the size of the container, without seriously decreasing the fluid volume of the container and can be caused by increasing the height $L_1$ of the inner wall, 71 or 83, or by greatly decreasing the dome radius $R_4$ of the concave domed panel 38, and without increasing the thickness of the metal.

While reworking the Tampa containers into the containers 62 did not show an increase in the cumulative drop height resistance, it is believed that this is due to two facts. One fact is that reworking of the containers 10 into the containers 62 and 64 was made without the benefit of adequate tooling. Therefore, the test samples were not in accordance with production quality. Another fact is that reworking the Tampa containers into the containers 64 resulted in a greater radial distance $X_1$ than did the reworking of the Tampa containers into the containers 62.

However, it remains a fact that reworking the B6A containers into the containers 64 did provide substantial increases in both the static dome reversal pressure and the cumulative drop height resistance.

It is believed that with further testing, parameters will be discovered which will provide additional increases in both static dome reversal pressure and cumulative drop height resistance.

Since the present invention provides a substantial increase in static dome reversal pressure, and with some parameters, a substantial increase in cumulative drop height resistance, it is believed that the present invention, when used with smaller dome radii $R_4$, or with center panel configurations other than spherical radii, will provide even greater combinations of static dome reversal pressures and cumulative drop height resistances than reported herein.

From general engineering knowledge, it is obvious that a dome radius $R_4$ that is too large would reduce the static dome reversal pressure. Further, it has been known that too small a dome radius $R_4$ would also reduce the static dome reversal pressure, even though a smaller dome radius $R_4$ should have increased the static dome reversal pressure.

While it is not known for a certainty, it appears that smaller values of dome radii $R_4$ placed forces on the inner wall 42 that were concentrated more directly downwardly against the inner convex annular portion 22, thereby causing roll-out of the inner convex annular portion 22 and failure of the container 10.

In contrast, a larger dome radius $R_4$ would tend to flatten when pressurized. That is, as a dome that was initially flatter would flatten further due to pressure, it would expand radially and place a force radially outward on the top of the inner wall 42, thereby tending to prevent roll-out of the inner convex annular portion 22.

However, a larger dome radius $R_4$ would have insufficient curvature to resist internal pressures, thereby resulting in dome reversal at pressures that are too low to meet beverage producers' requirements.

The present invention, by strengthening the inner wall 42 of the container 10 to the inner wall 71 of the container 62, or by strengthening the inner wall 83 of the container 64, increases in static dome reversal pressures that are achieved. These phenomenal increases in static dome reversal pressures are achieved by decreasing the force which tends to roll-out the inner convex annular portion 22.

More specifically, as seen in FIG. 12, in the instance of the container 64 where the adjacent part 86 of the dome positioning portion 82 is circumferential, an effective diameter $D_E$ of the concave domed panel 38 is increased. The container 64 also has an effective perimeter $P_2$ as shown in FIG. 14.

Or, as seen in FIG. 11 which shows circumferentially-spaced adjacent parts 74 that are displaced outwardly, an effective radius $R_E$ of the domed panel 38 is increased. An increase in the radius $R_E$ by the circumferentially-spaced adjacent parts 74 increases the effective perimeter $P_1$ of the domed panel 38 as shown in FIG. 13.

5,105,973

17

It can be seen by inspection of FIGS. 11 and 12 that placing the dome pressure force farther outwardly, as shown by the diameter $D_E$ and the radius $R_E$, reduces the moment arm of the roll-out force. That is, the ability of a given force to roll-out the inner convex annular portion 22 depends upon the distance, radially inward, where the dome pressure force is applied. Therefore, the increase in the effective diameter $D_E$ of the container 64, and the increase in the effective radius $R_E$, decrease the roll-out forces and thereby increase the resistance to roll-out.

Also, as shown in Table 1, the radius $R_9$ is reduced; and, from the preceding discussion, it can be seen that this reduction in radius also helps the containers 62 and 64 resist roll-out.

Continuing to refer to FIG. 12, the first part 84 of the container 64 is circumferential and might be considered to have a height $H_4$, and the adjacent part 86 is also circumferential and might be considered to have a height $H_5$. That is, defining the heights, $H_4$ and $H_5$, is somewhat arbitrary. However, as can be seen, the adjacent part 86 is disposed radially outward from the first part 84; and the hooked part 76 of the dome positioning portion 82 is formed with the radius $R_H$.

Thus, in effect, after reworking into a container 64, the dome positioning portion 82 is bowed outwardly at the distance Y from the supporting surface 18. This bowing outwardly of the dome positioning portion 82 is believed to contribute a part of the phenomenal increase in static dome reversal pressure. That is, as the concave domed panel 38 applies a pressure-caused force downwardly, the outwardly-bowed dome positioning portion 82 tends to buckle outwardly, elastically and/or both elastically and plastically.

As the dome positioning portion 82 tends to buckle outwardly, it places a roll-in force on the inner convex annular portion 22, thereby increasing the roll-out resistance.

That is, whereas the downward force of the concave domed panel 38 presses downwardly tending to unroll both the outer convex annular portion 20 and the inner convex annular portion 22, the elastic and/or elastic and plastic buckling of the dome positioning portion 82 tends to roll up the convex annular portions, 20 and 22.

In like manner, as shown in FIG. 11, in circumferential portions of the container 62 which include the adjacent parts 74 and the hooked parts 76, the tendency of the dome positioning portion 70 to buckle outwardly is similar to that described for the dome positioning portion 82. However, since the hooked part 76 exists only in those circumferential parts of the dome positioning portion 70 wherein the adjacent parts 74 are located, the roll-in effect is not as great as in the container 64.

In summary, as shown and described herein, the present invention provides containers, 62 and 64, in which improvements in roll-out resistance, static dome reversal pressure, and cumulative drop height are all achieved without increasing the metal thickness, without decreasing the dome radius $R_4$, without increasing the positional distance $L_2$, without increasing the dome height $H_1$, and without appreciably decreasing the fluid capacity of the containers, 62 and 64. Or, conversely, the present invention provides containers, 62 and 64, in which satisfactory values of roll-out resistance, static dome reversal pressure, and cumulative drop height can be achieved using metal of a thinner gauge than has heretofore been possible.

18

It is believed that the present invention yields unexpected results. Whereas, in prior art designs, a decrease in the dome radius $R_4$ has decreased the dome reversal pressure, in the present invention, a decrease in the dome radius $R_4$, combined with strengthening the dome positioning portion, 70 or 82, achieves a remarkable increase in both dome reversal pressure and cumulative drop height resistance.

Further, the fact that phenomenal increases in both cumulative drop height resistance and static dome reversal pressures have been achieved by simply reworking a container of standard dimensions is believed to constitute unexpected results.

When referring to dome radii $R_4$, or to limits thereof, it should be understood that, while the concave domed panels 38 of containers 62 and 64 have been made with tooling having a spherical radius, both the spring-back of the concave domed panel 38 of the container 10, and reworking of the container 10 into containers 62 and 64, change the dome radius from a true spherical radius.

Therefore, in the claims, a specified radius, or a range of radii for the radius, $R_4$ would apply to either a central portion 92 or to an annular portion 94, both of FIGS. 6 and 8.

The central portion 92 has a diameter $D_{CP}$ which may be any percentage of the diameter $D_P$ of the concave domed panel 38; and the annular portion 94 may be disposed at any distance from the vertical axis 14 and may have a radial width $X_4$ of any percentage of the diameter $D_P$ of the concave domed panel 38.

Further, while the preceding discussion has focused on center panels 38 with radii $R_4$ that are generally spherical, and that are made with spherical tooling, the present invention is applicable to containers, 62 or 64, in which the concave domed panels 38 are ellipsoidal, consist of annular steps, decrease in radius of curvature as a function of the distance radially outward of the concave domed panel 38 from the vertical axis 14, have some portion 92 or that is substantially spherical, include a portion that is substantially conical, and/or include a portion that is substantially flat.

Finally, while the limits pertaining to the shape of the center panel 38 may be defined as functions of dome radii $R_4$, limits pertaining to the shape of the center panel 38 can be defined as limits for the central portion 92 or for the annular portion 94 of the center panel 38, or as limits for the angle $\alpha_3$, whether at the perimeter $P_0$, or at any other radial distance from the vertical axis 14.

Referring finally to FIGS. 5–12, another distinctive difference in the present invention is in the slope of the inner walls, 71 and 83, of containers 62 and 64, respectively. As seen in FIG. 5, the inner wall 42 of the prior art slopes upwardly and inwardly by the angle $\alpha_1$.

In stark contrast to the prior art, the inner wall 83 of the container 64 of FIGS. 8, 9, and 12 includes a negatively-sloping part 96 that slopes upwardly and outwardly at a negative angle $\alpha_5$. As seen in FIG. 9, the negatively-sloping part 96 extends circumferentially around the vertical axis 14.

Also in stark contrast to the prior art, the inner wall 71 of the container 62 of FIGS. 6, 7, and 11 includes a negatively-sloping part 98 that slopes upwardly and outwardly by a negative angle $\alpha_6$, and that is disposed arcuately around less than one-half of the bottom 66 of the container 62. The inner wall 71 also includes another negatively-sloping part 100 that slopes upwardly and outwardly at the negative angle $\alpha_6$, and that is

5,105,973

**19**

spaced circumferentially from the negatively-sloping part 98.

Therefore, in the appended claims, center panel should be understood to be without limitation to a particular, or a single, geometrical shape.

In summary, the present invention provides these remarkable and unexpected improvements by means and method as recited in the aspects of the invention which are included herein.

Although aluminum containers have been investigated, it is believed that the same principle, namely increasing the roll-out resistance of the inner wall, from the inner wall 42 of the container 10 to either the inner wall 71 of container 62 or the inner wall 83 of the container 64, would be effective to increase the strength of containers made from other materials, including ferrous and nonferrous metals, plastic and other nonmetallic materials.

Referring finally to FIGS. 1 and 2, upper ones of the containers 10 stack onto lower ones of the containers 10 with the outer connecting portions 28 of the upper ones of the containers 10 nested inside double-seamed tops 56 of lower ones of the containers 10; and both adjacently disposed and vertically stacked containers 10 are bundled into a package 58 by the use of a shrink-wrap plastic 60.

While this method of packaging is more economical than the previous method of boxing, possible damage due to rough handling becomes a problem, so that the requirements for cumulative drop resistances of the containers 10 is more stringent. It is this problem that the present invention addresses and solves.

While specific methods and apparatus have been disclosed in the preceding description, it should be understood that these specifics have been given for the purpose of disclosing the principles of the present invention and that many variations thereof will become apparent to those who are versed in the art. Therefore, the scope of the present invention is to be determined by the appended claims.

### INDUSTRIAL APPLICABILITY

The present invention is applicable to containers made of aluminum and various other materials. More particularly, the present invention is applicable to beverage containers of the type having a seamless, drawn and ironed, cylindrically-shaped body, and an integral bottom with an annular supporting portion.

What is claimed is:

1. A drawn and ironed, thin-walled beverage container with improved strength, said container having an internal containment space, which comprises:
   an outer wall being disposed around a vertical axis;
   a bottom being integrally attached to said outer wall and having a supporting surface, wherein said outer wall and said bottom are of a one-piece construction; and
   a bottom recess portion of said bottom being disposed radially inwardly of said supporting surface, having a dome positioning portion that connects said bottom recess portion to the remainder of said bottom, and having a center domed panel that is disposed above said supporting surface by said dome positioning portion, wherein said center domed panel has an upwardly extending outer portion and wherein the remainder of said center domed panel is disposed at least as upward as a top end of said outer portion;

**20**

said dome positioning portion further comprising:
   a first part disposed inwardly and upwardly relative to said supporting surface; and
   a second part, positioned above said first part, disposed outwardly and upwardly relative to said first part, and connected to said outer portion of said center domed panel, said outer portion being disposed upwardly and inwardly relative to said second part;
   wherein said outer wall, said first part, said second part, and said outer portion substantially define a portion of said internal containment space.

2. A container, as claimed in claim 1, wherein at least a portion of said first and second parts of said dome positioning portion are disposed at different radial distances from said vertical axis.

3. A container as claimed in claim 1, wherein
   said first part of said dome positioning portion is substantially circumferential and wherein at least a portion of said first part is disposed at a first radial distance from said vertical axis, and
   wherein said second part of said dome positioning portion is substantially circumferential and wherein at least a portion of said second part is disposed at a different radial distance from said vertical axis than said portion of said first part.

4. A container as claimed in claim 1, wherein said first part of said dome positioning portion is substantially circumferential and is disposed at a first radial distance from said vertical axis and at a first distance from said supporting surface, and wherein
   said second part of said dome positioning portion is substantially circumferential and is disposed at a greater distance from said supporting surface and at a greater radial distance from said vertical axis than said first part.

5. A container as claimed in claim 1, wherein
   at least a portion of said first part of said dome positioning portion is disposed at a first radial distance from said vertical axis, and
   wherein a plurality of said second parts of said dome positioning portion are circumferentially spaced around said dome positioning portion and wherein at least a portion of each said second part is disposed at a different radial distance from said vertical axis than said portion of said first part.

6. A container as claimed in claim 1, wherein
   said first part of said dome positioning portion is disposed at a first distance from said supporting surface and at a first radial distance from said vertical axis and wherein
   a plurality of said second parts of said dome positioning portion are circumferentially spaced around said dome positioning portion and are disposed at a greater distance from said supporting surface and at a greater distance from said vertical axis than said first part.

7. A container as claimed in claim 1, wherein
   said first part of said dome positioning portion is disposed at a first radial distance from said vertical axis and at a first distance from said supporting surface and wherein
   said second part of said dome positioning portion is disposed at a greater distance from said supporting surface and at a greater radial distance from said vertical axis than said first part.

8. A drawn and ironed, thin-walled beverage container with an internal containment space and with

A304

5,105,973

21

increased resistance strength which comprises an outer wall that is disposed around a vertical axis, a bottom that is integrally attached to said outer wall and that provides a supporting surface, said outer wall and said bottom being of a one-piece construction, and a bottom recess portion that is disposed radially inwardly of said supporting surface, and that includes a center domed panel, said center domed panel having an upwardly extending outer portion with the remainder of said center domed panel being disposed at least as upward as a top end of said outer portion, the improvement which comprises:

said bottom recess portion including a first part that is disposed at a first vertical distance above said supporting surface and at a first radial distance from said vertical axis; and

said bottom recess portion including an adjacent part that is disposed between said first part and said center domed panel, said adjacent part having at least a first portion disposed at a greater radial distance from said vertical axis than said first part and connected to said outer portion of said center domed panel, said outer portion extending upwardly and inwardly relative to said first portion; wherein said outer wall, said first part, said adjacent part, and said outer portion substantially define a portion of said internal containment space.

9. An apparatus, as claimed in claim 8, wherein said first portion extends substantially about said vertical axis.

10. An apparatus, as claimed in claim 8, wherein said adjacent part further comprises at least a second portion disposed at a lesser radial distance from said vertical axis than said first portion.

11. An apparatus, as claimed in claim 10, wherein a plurality of said first portions are circumferentially spaced about said vertical axis and said second portion is positioned between said adjacent said first portions.

12. A drawn and ironed, thin-walled beverage container with increased strength, said container having an internal containment space, which comprises:

an outer wall that is disposed around a vertical axis; a bottom that is integrally attached to said outer wall and that provides a supporting surface, wherein said outer wall and said bottom are of a one-piece construction; and

a bottom recess portion that is disposed radially inwardly of said supporting surface and that includes a center domed panel, said center domed panel having an upwardly extending outer portion with the remainder of said center domed panel being disposed at least as upward as a top end of said outer portion;

said bottom recess portion further comprising:

a first part disposed at a first distance above said supporting surface, wherein said first part has a first portion disposed at a first radial distance from said vertical axis and a second portion disposed at a greater radial distance from said vertical axis than said first portion; and

a second part, disposed at a greater distance above said supporting surface than said first part and at a greater radial distance from said vertical axis than said first and second portions of said first part, and connected to said outer portion of said center domed panel, said outer portion extending upwardly and inwardly relative to said second part;

22

wherein said outer wall, said first part, said second part, and said outer portion substantially define a portion of said internal containment space.

13. An apparatus, as claimed in claim 12, wherein said second part is positioned in the same vertical plane as said second portion of said first part.

14. A drawn and ironed, thin-walled beverage container with an internal containment space and with increased strength which comprises an outer wall that is disposed around a vertical axis, a bottom that is integrally attached to said outer wall and that provides a supporting surface, said outer wall and said bottom being of a one-piece construction, and a bottom recess portion that is disposed radially inwardly of said supporting surface and that includes a center domed panel, said center domed panel having an upwardly extending outer portion with the remainder of said center domed panel being disposed at least as upward as a top end of said outer portion, the improvement which comprises:

said bottom recess portion including a first part that is disposed substantially circumferentially around said bottom recess portion at a first vertical distance above said supporting surface, and that is disposed at a first radial distance from said vertical axis; and

said bottom recess portion including an adjacent part that is disposed substantially around said bottom recess portion at a greater vertical distance above said supporting surface, that is disposed at a greater radial distance from said vertical axis than said first part, and that is connected to said outer portion of said center domed panel, said outer portion extending upwardly and inwardly relative to said adjacent part;

wherein said outer wall, said first part, said adjacent part, and said outer portion substantially define a portion of said internal containment space.

15. A drawn and ironed, thin-walled beverage container with improved strength, said container having an internal containment space, which comprises:

an outer wall being disposed around a vertical axis; a bottom being integrally attached to said outer wall and having a supporting surface, wherein said outer wall and said bottom are of a one-piece construction;

a bottom recess portion of said bottom being disposed radially inwardly of said supporting surface, having a dome positioning portion with a convex annular portion that connects said bottom recess portion to the remainder of said bottom, and having a center domed panel that is disposed above said supporting surface by said dome positioning portion, wherein said center domed panel has an upwardly extending outer portion with the remainder of said center domed panel being disposed at least as upward as a top end of said outer portion; and

a first part, positioned between said convex annular portion and said center domed panel, which is disposed radially outward from at least a portion of said convex annular portion and which is connected to said outer portion of said center domed panel, said outer portion extending upwardly and inwardly relative to said first part;

wherein said outer wall, said convex annular portion, said first part, and said outer portion substantially define a portion of said internal containment space.

5,105,973

23

**16**. A container as claimed in claim **15**, wherein said first part is a substantially circumferential part of said bottom recess portion.

**17**. A container as claimed in claim **15**, wherein there are a plurality of circumferentially spaced said first parts of said bottom recess portion.

**18**. A drawn and ironed, thin-walled beverage container with improved strength, said container having an internal containment space, which comprises:

an outer wall being disposed around a vertical axis;

a bottom being integrally attached to said outer wall, said outer wall and said bottom being of a one-piece construction, said bottom having an inner wall and having a center domed panel that is disposed upwardly by said inner wall, wherein said center domed panel has an upwardly extending outer portion with the remainder of said center domed panel being disposed at least as upward as a top end of said outer portion;

said inner wall comprising:

a first part, contiguous with said bottom, that slopes inwardly and upwardly relative to said bottom, wherein a portion of said first part is disposed at a first radial distance from said vertical axis;

24

a second part, interconnected with and above said first part, that slopes outwardly and upwardly relative to said first part, wherein a portion of said second part is disposed at a second radial distance from said vertical axis, said second radial distance being greater than said first radial distance; and

a third part, interconnected with and above said second part and interconnected with said outer portion of said center domed panel, that slopes inwardly and upwardly relative to said second part, said outer portion extending inwardly and upwardly relative to said third part, wherein a portion of said third part is disposed at a third radial distance from said vertical axis, said third radial distance being less than said second radial distance;

wherein said outer wall, said first part, said second part, said third part, and said outer portion substantially define a portion of said internal containment space.

**19**. A container as claimed in claim **18** in which said second part of said inner wall is substantially circumferential.

* * * * *



US005105973B1

# REEXAMINATION CERTIFICATE (3525th)

## United States Patent [19]

[11] **B1 5,105,973**

### Jentzsch et al.

[45] Certificate Issued    **Jun. 2, 1998**

[54] **BEVERAGE CONTAINER WITH IMPROVED BOTTOM STRENGTH**

[75] Inventors: **K. Reed Jentzsch**, Arvada; **Otis H. Willoughby**, Boulder, both of Colo.

[73] Assignee: **Ball Corporation**, Muncie, Ind.

**Reexamination Request:**
No. 90/003.302, Jan. 10, 1994

**Reexamination Certificate for:**

| | |
|---|---|
| Patent No.: | **5,105,973** |
| Issued: | Apr. 21, 1992 |
| Appl. No.: | 600,943 |
| Filed: | Oct. 22, 1990 |

[51] Int. Cl.$^6$ ............................................. B65D 7/42
[52] U.S. Cl. ........................................ 220/606; 220/906
[58] Field of Search .......................... 220/606, 604,
220/608, 609, 623, 624, 906

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,158,312 | 5/1939 | Terrell | 113/48 |
| 3,349,956 | 10/1967 | Stephan | 220/97 |
| 3,693,828 | 9/1972 | Kneusel et al. | 220/66 |
| 3,730,383 | 5/1973 | Dunn et al. | 220/66 |
| 3,760,751 | 9/1973 | Dunn et al. | 113/120 |
| 3,904,069 | 9/1975 | Toukmanian | 220/65 |
| 3,942,673 | 3/1976 | Lyu et al. | 220/66 |
| 3,998,174 | 12/1976 | Saunders | 113/120 |
| 4,147,271 | 4/1979 | Yamaguchi | 220/70 |
| 4,289,014 | 9/1981 | Maeder et al. | 72/348 |
| 4,294,373 | 10/1981 | Miller et al. | 220/70 |
| 4,341,321 | 7/1982 | Gombas | 220/66 |
| 4,372,143 | 2/1983 | Elert et al. | 72/343 |
| 4,465,199 | 8/1984 | Aoki | 215/1 |
| 4,620,434 | 11/1986 | Pulciano et al. | 72/347 |
| 4,768,672 | 9/1988 | Pulciano et al. | 220/66 |
| 4,885,924 | 12/1989 | Claydon | 72/109 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0337500 A2 | 10/1989 | European Pat. Off. | |
| 1514970 | 6/1967 | France . | |
| 1345040 | 1/1974 | United Kingdom | |
| WO 83/02577 | 8/1983 | WIPO | |
| 9111275 | 8/1991 | WIPO | 72/94 |

*Primary Examiner*—Steven M. Pollard

[57]    **ABSTRACT**

A container with improved strength includes a cylindrical sidewall that is disposed around a vertical axis, and a bottom. The bottom of the container provides a supporting surface and includes a bottom recess portion that is disposed radially inwardly of the supporting surface. The bottom recess portion includes a center panel, and a dome positioning portion that positions the center panel above the supporting surface. The dome positioning portion includes a first part that is disposed at a first radial distance from the vertical axis and adjacent part that is disposed at a different radial distance from the vertical axis. In the container, a plurality of the adjacent parts are arcuately disposed are circumferentially spaced around the dome positioning portion and are interspersed with a plurality of the first parts. In the container the adjacent part is disposed circumferentially around the dome positioning portion at one height from the supporting surface, and the first part is disposed circumferentially around the dome positioning portion at a different height from the supporting surface.



B1 5.105.973

3

*wherein said outer wall, said first part, said adjacent part. and said outer portion substantially define a portion of said internal containment space.*

17. A drawn and ironed, thin-walled beverage container [as claimed in claim 15.] *with improved strength, said container having an internal containment space and capable of receiving a beverage therein. which comprises:*

    *an outer wall being disposed around a vertical axis;*

    *a bottom being integrally attached to said outer wall and having a supporting surface, wherein said outer wall and said bottom are of a one-piece construction;*

    *a bottom recess portion of said bottom being disposed radially inwardly of said supporting surface, having a dome positioning portion with a convex annular portion that connects said bottom recess portion to the remainder of said bottom, and having a center domed panel that is disposed above said supporting surface by said dome positioning portion, wherein said center*

4

*domed panel has an upwardly extending outer portion with the remainer of said center domed panel being disposed at least as upward as a top end of said outer portion;*

    *a first part. positioned between said convex annular portion and said center domed panel. which is disposed radially outward from at least a portion of said convex annular portion of said center domed panel and which is connected to said outer portion of said center domed panel, said outer portion extending upwardly and inwardly relative to said first part;*

    wherein there are a plurality of circumferentially spaced said first parts of said bottom recess portion; *and*

    *wherein said outer wall, said convex annular portion, said first part, and said outer portion substantially devine a portion of said internal containment space.*

\* \* \* \* \*

B1 5,105,973

# 1

## REEXAMINATION CERTIFICATE
## ISSUED UNDER 35 U.S.C. 307

### THE PATENT IS HEREBY AMENDED AS INDICATED BELOW.

Matter enclosed in heavy brackets [ ] appeared in the patent, but has been deleted and is no longer a part of the patent; matter printed in italics indicates additions made to the patent.

AS A RESULT OF REEXAMINATION. IT HAS BEEN DETERMINED THAT:

Claims 1–4, 7–10, 12–16, 18 and 19 are cancelled.

Claims 5, 6, 11 and 17 are determined to be patentable as amended.

5. A *drawn and ironed, thin-walled beverage* container [as claimed in claim 1, wherein at least a portion of said first part of said dome positioning portion is disposed at a first radial distance from said vertical axis, and] *with improved strength, said container having an internal containment space and being capable of receiving a beverage therein, which comprises;*

an *outer wall being disposed around a vertical axis;*

a *bottom being integrally attached to said outer wall and having a supporting surface, wherein said outer wall and said bottom are of a one-piece construction; and*

a *bottom recess portion of said bottom being disposed radially inwardly of said supporting surface, having a dome positioning portion that connects said bottom recess portion to the remainder of said bottom, and having a center domed panel that is disposed above said supporting surface by said dome positioning portion, wherein said center domed panel has an upwardly extending outer portion and wherein the remainder of said center domed panel is disposed at least as upward as a top end of said outer portion;*

said *dome positioning portion further comprising:*

a *first part disposed inwardly and upwardly relative to said supporting surface; and*

a *second part, positioned above said first part, disposed outwardly and upwardly relative to said first part, and connected to said outer portion of said center domed panel, said outer portion being disposed upwardly and inwardly relative to said second part;*

wherein *said first and second parts are contained within a vertical reference plane, said container further comprising* a plurality of said *first* and second parts [of said dome positioning portion are] circumferentially spaced around said dome positioning portion [and wherein at least a portion of each said second part is disposed at a *different* radial distance from said vertical axis than said portion of said first part]; *and*

wherein *said outer wall, said first part, said second part, and said outer portion substantially define a portion of said internal containment space.*

6. A *drawn and ironed, thin-walled beverage* container [as claimed in claim 1,] *with improved strength, said container having an internal containment space, which comprises:*

an *outer wall being disposed around a vertical axis;*

a *bottom being integrally attached to said outer wall and having a supporting surface, wherein said outer wall and said bottom are of a one-piece construction; and*

a *bottom recess portion of said bottom being disposed radially inwardly of said supporting surface, having a dome positioning portion that connects said bottom recess portion to the remainder of said bottom, and having a center domed panel that is disposed above said supporting surface by said dome positioning portion, wherein said center domed panel has an upwardly extending outer portion and wherein the remainder of said center domed panel is disposed at least as upward as a top end of said outer portion;*

said *dome positioning portion further comprising:*

a *first part disposed inwardly and upwardly relative to said supporting surface; and*

a *second part, positioned above said first part, disposed outwardly and upwardly relative to said first part, and connected to said outer portion of said center domed panel, said outer portion being disposed upwardly and inwardly relative to said second part; wherein*

said *first part of said dome positioning portion [is disposed at a first distance from said supporting surface and at a first radial distance from said vertical axis, and wherein]* extends upwardly relative to said supporting surface, said first and second part being substantially contained within a vertical reference plane, said container further comprising:

a plurality of said *first and* second parts [of said dome positioning portion are] circumferentially spaced around said dome positioning portion [and are disposed at a greater distance from said supporting surface and at a greater distance from said vertical axis than said first part]; and

wherein *said outer wall, said first part, said second part, and said outer portion substantially define a portion of said internal containment space.*

11. [An apparatus, as claimed in claim 10.] *A drawn and ironed, thin-walled beverage container with an internal containment space, which is capable of receiving a beverage therein, and with increased resistance strength which comprises an outer wall that is disposed around a vertical axis, a bottom that is integrally attached to said outer wall and that provides a supporting surface, said outer wall and said bottom being of a one-piece construction, and a bottom recess portion that is disposed radially inwardly of said supporting surface, and that includes a center domed panel, said center domed panel having an upwardly extending outer portion with the remainder of said center domed panel being disposed at least as upward as a top end of said outer portion, the improvement which comprises:*

said *bottom recess portion including a first part that is disposed at a first vertical distance above said supporting surface and at a first radial distance from said vertical axis; and*

said *bottom recess portion including an adjacent part that is disposed between said first part and said center domed panel, said adjacent part having at least a first portion disposed at a greater radial distance from said vertical axis than said first part and connected to said outer portion of said center domed panel, said outer portion extending upwardly and inwardly relative to said first portion;*

wherein *said adjacent part further is annular and further comprises at least a second portion disposed at a lesser radial distance from said vertical axis than said first portion*

wherein *a plurality of said first portions are circumferentially spaced about said vertical axis and said second portion is positioned between each adjacent said first portions; and*

# PAGE A310 - A345
# REDACTED

B.P.
12-30-91

07/799241

PATENT APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

CS14019 12/05/91 07799241    02-0760  140  101   T/610.00CH T2

PTO-1556
(5/87)

CCS0061731

A346

APPLICATION TRANSMITTAL

07799241 PATENT

CASE DOCKET NO. _____

COMMISSIONER OF PATENTS AND TRADEMARKS
BOX PATENT APPLICATIONS
WASHINGTON, D.C., 20231

SEP 20 1991

SIR:

TRANSMITTED HEREWITH FOR FILING IS THE CONTINUATION-IN-PART OF U.S. PATENT APPLICATION SERIAL NO. 07/600,943 FILED OCTOBER 22, 1990, OF

INVENTOR(S): K. Reed Jentzsch, 6420 Estes Street, Arvada, Colorado 80004
Mark Allen Jacober, 6027 Moore Street, Arvada, Colorado 80004

FOR: "APPARATUS AND METHOD FOR STRENGTHENING BOTTOM OF CONTAINER"

ENCLOSED ARE:

[X]    19   SHEETS OF DRAWING ([ ] FORMAL OR [X] INFORMAL).

[X]    DECLARATION

[X]    ASSIGNMENT TO: Ball Corporation (under separate cover letter)

THE FILING FEE HAS BEEN CALCULATED AS SHOWN BELOW:

|  | | (COL. 1)<br>NO. FILED | (COL. 2*)<br>NO. EXTRA | SMALL ENTITY | | | LARGE ENTITY | |
|---|---|---|---|---|---|---|---|---|
|  | | | | RATE | FEE | | RATE | FEE |
| BASIC FEE: | | | | | $315.00 | OR | | $630.00 |
| TOTAL CLAIMS: | 54 | • | 20 | 34 | X $10 = | $ | OR | X $20 = | $680.00 |
| INDEP. CLAIMS: | 8 | • | 3 | 5 | X $30 = | $ | OR | X $60 = | $300.00 |
| MULTIPLE DEPENDENT CLAIMS | | | | + $100 = | $ | OR | +$200 = | $ |
| *IF THE DIFFERENCE IN COL. 2 IS LESS THAN ZERO,<br>ENTER "0" IN COL. 2. | | | | TOTAL: | $ | | | $1,610.00 |

[X]    PLEASE CHARGE DEPOSIT ACCOUNT NO. 02-0750 IN THE AMOUNT OF $ 1,610.00 TO COVER THE FILING FEE.  A DUPLICATE COPY OF THIS SHEET IS ENCLOSED.

[X]    THE COMMISSIONER IS HEREBY AUTHORIZED TO CHARGE PAYMENT OF THE FOLLOWING FEES ASSOCIATED WITH THIS COMMUNICATION OR CREDIT ANY OVERPAYMENT TO DEPOSIT ACCOUNT NO. 02-0750.  A DUPLICATE COPY OF THIS SHEET IS ENCLOSED.

        [X]    ANY ADDITIONAL FILING FEES REQUIRED UNDER 37 CFR 1.16.
        [X]    ANY PATENT APPLICATION PROCESSING FEES UNDER 37 CFR 1.17.

[X]    THE COMMISSIONER IS HEREBY AUTHORIZED TO CHARGE PAYMENT OF THE FOLLOWING FEES DURING THE PENDENCY OF THIS APPLICATION OR CREDIT ANY OVERPAYMENT TO DEPOSIT ACCOUNT NO. 02-0750.  A DUPLICATE COPY OF THIS SHEET IS ENCLOSED.

        [X]    ANY PATENT APPLICATION PROCESSING FEES UNDER 37 CFR 1.17.
        [ ]    THE ISSUE FEE SET IN 37 CFR 1.18 AT OR BEFORE MAILING OF THE NOTICE OF ALLOWANCE, PURSUANT TO 37 CFR 1.311(B).
        [X]    ANY FILING FEES UNDER 37 CFR 1.16 FOR PRESENTATION OF EXTRA CLAIMS.

[X]    THE COMMISSIONER IS HEREBY REQUESTED TO DIRECT ALL CORRESPONDENCE PERTAINING TO THIS APPLICATION TO:

        GILBERT E. ALBERDING, ESQ.
        REGISTRATION NO. 25,575
        BALL CORPORATION
        345 SOUTH HIGH STREET
        MUNCIE, INDIANA 47302

BY: THOMAS R. MARSH
    SHERIDAN, ROSS & McINTOSH
    REGISTRATION NO. 31,032
    1700 LINCOLN STREET, SUITE 3500
    DENVER, COLORADO 80203
    (303) 863-9700

DATE:  9/19/91

CCS0061732

A347

# United States Patent [19]

## Pulciani et al.

[11]  Patent Number:  **4,685,582**

[45]  Date of Patent:  **Aug. 11, 1987**

[54]  **CONTAINER PROFILE WITH STACKING FEATURE**

[75]  Inventors:  Sam C. Pulciani, Norridge; Robert M. Szczerba, Algonquin, both of Ill.

[73]  Assignee:  National Can Corporation, Chicago, Ill.

[21]  Appl. No.:  736,428

[22]  Filed:  May 20, 1985

[51]  Int. Cl.⁴ ............ B65D 6/02; B65D 21/02
[52]  U.S. Cl. ........................... 220/66; 206/508;
206/509; 220/70; 220/DIG. 22
[58]  Field of Search ............... 206/508, 509; 220/66,
220/70, DIG. 22

[56]  **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,189,214 | 6/1965 | Henchert | 206/508 |
| 3,279,640 | 10/1966 | Dodson | 220/70 |
| 3,349,956 | 10/1967 | Stephan | 206/508 |
| 4,151,927 | 5/1979 | Cuscho | 220/70 |
| 4,341,321 | 7/1982 | Gombas | 220/70 |

| | | | |
|---|---|---|---|
| 4,412,627 | 11/1983 | Houghton | 220/66 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 1297050 | 11/1972 | United Kingdom | 206/509 |

*Primary Examiner*—George E. Lowrance
*Attorney, Agent, or Firm*—Robert A. Stenzel; Ralph R. Rath

[57]  **ABSTRACT**

A drawn and ironed container having a reduced neck around an upper open end has a bottom profile which exhibits excellent strength characteristics and nests with an end double-seamed to the open end of the container. The bottom profile includes a center spherical dome surrounded by a U-shaped annular portion defining a lower support surface for the container. A joining segment is integral with the container side wall and the U-shaped annular portion includes a first annular arcuate portion having an exterior radius and a second annular arcuate portion having an interior radius

**11 Claims, 5 Drawing Figures**



**U.S. Patent**    Aug. 11, 1987    Sheet 1 of 2    4,685,582







4,685,582

1

## CONTAINER PROFILE WITH STACKING FEATURE

### DESCRIPTION

1. Technical Field

The present invention relates generally to drawn and ironed two-piece containers having an end seamed to the open end of the container to form a package and, more particularly, to a bottom profile for the drawn and ironed container that is capable of withstanding the minimum pressure and crush strength requirements and, at the same time, is capable of nesting with ends attached to the opposite ends of the containers.

2. Background Prior Art

Numerous container constructions have been developed in the past decade for the conventional drawn and ironed container that is used in the packaging of beer and beverage products. Conventionally, the drawn and ironed container is formed from a circular disc of stock material which is converted into a cup and then transformed into a finished container having a particular bottom profile and a reduced thickness cylindrical side wall, along with a reduced neck around the open end of the container which incorporates a flange that is seamed to the container end to form the finished package.

In the past few years, the manufacturers of drawn and ironed containers of this type have directed considerable effort towards a container bottom wall or profile of the two-piece container so that thinner stock material can be used, while the container is still capable of resisting the necessary internal pressures and column strengths that are required for a package of this type. An example of a container that has found a remarkable degree of commercial success is the container disclosed in U.S. Ser. No. 426,888, filed Sept. 29, 1982, by the Assignee of the present invention, and incorporated herein by reference.

More specifically, the container bottom profile disclosed in this application has allowed for substantial reduction in the metal thickness of the stock material to reduce the overall cost of the container and, at the same time, still maintain the pressure, buckle and column strength that are necessary for a container of this type.

In the past decade, a drawn and ironed container of this type has been formed with a reduced neck at the upper open end so that the seam utilized for connecting the end to the container is located within the peripheral boundaries of the side wall to improve the handling and stacking. More recently, this type of container has incorporated a reduced neck of the type that is referred to in the industry as "a double-neck" or "triple-neck", wherein the side wall of the container is reduced in stages so that the end can be of smaller diameter to further reduce the material requirements for such a container. Even more recently, the double- and triple-necking operation for reducing the neck of the open end of the container has been replaced with a spin-forming operation, and a container incorporating such a reduced neck is disclosed in U.S. Pat. No. DES 275,834, owned by Metal Box Limited, Reading, England.

Another type of container that has been proposed is disclosed in U.S. Pat. Nos. 3,904,069 and 3,979,009, along with U.S. Pat. No. 4,412,627. The containers disclosed in these patents have a bottom wall construction which is designed to permit selected and controlled outward flexing or bulging of the bottom wall when the container is sealed and subjected to internal pressures

2

developed by the contents. One of the disadvantages of this type of container is the fact that after it has been sealed and the pressure of the contents increases, the overall height or length of the container increases (commonly referred to as "container growth"), which makes it more difficult to handle in subsequent operations. Also, during such container growth, the support portion of the container may increase or decrease in diameter and, thereby making the container rather unstable while it is being displayed for sale.

Various other types of bottom profile configurations have been proposed and are disclosed in the various references and prior art cited in the above-mentioned application.

One problem that has recently received some attention is the handling of the containers, particularly during shipment, storage and display. With the increased use of the reduced end necked portion on the upper end of the container, allowing for the use of smaller ends as part of the package, one of the problems that has been encountered is stability of the containers, particularly when several six-packs of individual containers are stacked upon each other. This has created a problem in displaying the goods on shelves. While this has to some degree been a problem in the industry, no particular attention has been given to solutions for accommodating proper stacking and interlocking of a plurality of containers on a shelf.

### SUMMARY OF THE INVENTION

According to the present invention, a container having a cylindrical side wall and a profiled bottom wall, along with a reduced neck, is formed using reduced thickness stock material without increasing the diameter of the disc-shaped stock material. The new container has excellent column strength, buckle strength and resistance to harsh handling, while at the same time incorporates a nesting feature for allowing the bottom profile wall to nest with the end attached to the reduced neck portion of the container.

More specifically, a drawn and ironed beer and beverage container includes a cylindrical side wall having a reduced neck surrounding an upper open end with an outwardly-directed flange adapted to be seamed to a reduced diameter end. The bottom profile is designed to nest on the reduced diameter end to provide a peripheral support around the entire perimeter between the end and the bottom of two adjacent containers.

The bottom profile includes a spherically, inwardly-domed portion surrounded by a generally U-shaped annular segment defining a lower support for the container with the annular segment having a diameter of about 80% of the diameter of the side wall. A specifically configured annular joining segment is integral wit the side wall and the U-shaped annular segment with the joining segment including a first annular arcuate portion having an interior radius and a second annular arcuate portion having an exterior radius to produce an annular support point for nesting with an end on an adjacent container.

The particular domed profile is configured to eliminate the need of any metal reversal during the formation of the bottom profile at the end of a drawing and ironing operation, and the profile incorporates specifically-dimensioned radii and segments that simplify the metal-deforming process so that the containers can be manufactured at acceptable production rates.

4,685,582

3

In the specific embodiment illustrated in the drawings, the interior radius of the first annular arcuate segment is approximately one-tenth of the diameter of the lower support annular surface for the container and the exterior radius second annular arcuate segment is approximately one-half of the radius of the first annular arcuate segment, while the diameter of the lower support portion is substantially less than the peripheral diameter of the cylindrical side wall and is also less than the radius of the spherical portion to produce a container having sufficient strength characteristics that can be manufactured from stock material having a thickness of 0.0128 inch or less and still meet all of the minimum requirements for such a container.

## BRIEF DESCRIPTION OF SEVERAL VIEWS OF DRAWINGS

FIG. 1 is a fragmentary cross-sectional view of the container constructed in accordance with the present invention;

FIG. 2 is an enlarged fragmentary cross-sectional view of the container shown in FIG. 1, along with the tooling for forming the bottom profile;

FIG. 3 is an enlarged fragmentary segment of the container bottom profile;

FIG. 4 is a perspective view of a container having an end seamed thereto; and,

FIG. 5 is a fragmentary cross-sectional view showing two containers in nesting relation to each other.

## DETAILED DESCRIPTION

While this invention is susceptible of embodiment in many different forms, there is shown in the drawings and will herein be described in detail a preferred embodiment of the invention with the understanding that the present disclosure is to be considered as an exemplification of the principles of the invention and is not intended to limit the broad aspect of the invention to the embodiment illustrated.

FIG. 1 of the drawings discloses a fragmentary portion of a container, generally designated by reference numeral 10, having a generally cylindrical side wall 12 and an integral end wall 14. Container 10 is what is commonly known as a "drawn and ironed container" wherein a flat circular metal disc is converted into a shallow cup in a press, commonly referred to as a "cupper". The shallow cup is then delivered to a drawing and ironing machine, commonly referred to as a "bodymaker" wherein the cup is reformed to reduce the diameter thereof and increase the height by reducing the thickness of the side wall. The end wall is subsequently reformed at the end of the stroke of the punch that forms part of the press or bodymaker. After the end wall or bottom has been reformed to the particular bottom profile, the container has a reduced neck 16 formed around the open end and an outwardly-directed flange 18 with the flange being utilized for double-seaming an end thereto.

With the increased attention in reduction of metal costs, many manufacturers are now utilizing what is referred to in the industry as a "206 End" rather than the prior, most common "209 End", the numerical values indicating the effective diameter of the end, which also dictates the amount of metal required for forming the end. With the use of the "206 End" and a substantially reduced neck on the upper end of the container, the problem of stacking several groups of containers upon each other has become more acute. Most commercially-

4

available containers use a bottom profile having an outwardly-convex peripheral annular segment surrounding a reduced diameter lower support surface and an inwardly-domed central portion inside the annular support surface.

According to the present invention, the bottom profile of the drawn and ironed container is configured such that the bottom of one container will nest within the end of an adjacent container attached to the reduced neck and the container is still capable of withstanding internal pressures on the order of 100 psi and also has a column strength of approximately 350 pounds or greater. Moreover, the present container has exhibited excellent results in drop-tests that have recently become a criteria in the beer and beverage industry.

According to the present invention, the lower end 14 of the container 10 includes a center domed portion 20 surrounded by an annular U-shaped portion 22 and an annular joining segment 24 integral with the side wall 12 and the U-shaped portion 22.

As shown in FIG. 3, the center domed portion 20 has a spherical radius R1 and is joined to the U-shaped portion by an arcuate segment 26 having a radius R2. The U-shaped portion 22 includes an annular, substantially vertical wall 28 and an outer annular wall 30 interconnected by an annular arcuate lower segment 32 having an interior radius R3. The lower segment 32 defines an annular support surface 34 for the container 10. The inner annular wall 28 is substantially vertical and defines an included angle with respect to a vertical axis (not shown) through the container which is as close to zero as possible, while the outer annular wall 30 defines an angle A.

The joining segment 24 includes a first annular arcuate portion 36 having an exterior radius R4 and a second annular arcuate portion 38 having an interior radius R5.

The particular radii and dimensions of the various parts that form the integral lower end 14 of the container are important to the overall performance of the container when filled with pressurized contents and also incorporates a nesting feature which will preclude "wobbling" when two filled containers are stacked on each other.

A specific set of parameters will now be described with the understanding that some of these parameters may be varied without departing from the spirit of the present invention.

A container having a cylindrical side wall diameter D1 of 2.597 inches (64.93 mm) was formed from a flat circular disc having a diameter of 5.495 inches (137.38 mm) and a thickness of 0.0128 inch (0.32 mm). The disc was first converted into a cup and then converted to a finished drawn and ironed container using tooling shown in FIG. 2, to be described later.

The container center dome 20 has a spherical radius R1 of 2.120 inches (53.85 mm) with the radius R2 of segment 26 being 0.050 inch (1.25 mm).

The lower annular arcuate support had a radius R3 of 0.040 inch (1.00 mm) and the angle A for wall segment 30 was 27°+′ and the angle for wall segment 28 was less than 5°, preferably as close to vertical as possible. The exterior radius R4 was 0.100 inch (2.80 mm), while the interior radius R5 was 0.200 inch (5.00 mm).

The support diameter D2 for the container was 2.000 inches (50.00 mm), while the diameter D3 for the center of the radius R4 was 2.365 inches (59.13 mm) and the diameter, D4 for the center of the radius R5 was 2.187 inches (54.68 mm).

4,685,582

5

This type of container was then filled with beverage and an end 40 was seamed to the reduced neck portion 16 by a double seam 42 (FIG. 4). The end was a standard commercial 206 End.

This container was tested extensively and was found to meet or exceed all minimum requirements for the beer and beverage industry. Furthermore, filled containers, when stacked upon each other, had a good snug fit with continuous contact around the entire periphery.

Actual tests were conducted on this and it was found that the bottom profile nested snuggly into a "206 End" double seamed to the opposite end of the container after it was filled with a product and did not "rock". Dome reversal tests were then conducted using a bottom profile having a dome height of 0 390 inch, measured from the lower center of the dome to the bottom edge of the container, and it was determined that it withstood pressures of 99.5 psi before dome reversal occurred. This figure is well above the minimum requirements for this container.

FIG. 5 of the drawings shows the nesting relation between two containers stacked upon each other. It should be noted that the annular arcuate segment 36 has continuous extended contact with the double seam 42 and the U-shaped annular segment 22 is partially wedged into the double seam to prevent tilting of the upper container with respect to the lower container.

While the relative dimensions and their relation have not been fully explored, it is believed that some of the relationships are critical to the overall success in performance of the container. For example, in the specific container described, the diameter D2 was less than 80% of the diameter D1 of the container. The relationship between the diameter of the support surface 34 and the spherical radius R1 of dome 20, along with the vertical annular wall 28, is believed to add strength characteristics. Also, the fact that the joining segment has two arcuate segments 36 and 38 having significantly different radii, with radius R5 being about twice the radius R4, provides excellent internal pressure resistance.

FIG. 2 of the drawings shows the tooling used for forming the bottom profile of the present invention. The tooling includes a center dome pad 50, an outer annular forming element 52 and a punch 54. The center dome pad 50 has an upper spherical surface 56 having a radius R1 and a peripheral edge having a radius R2, along with a peripheral vertical surface 58. The outer annular forming element 52 has an inclined flat surface 60, a convex annular surface 62 having a radius R4, and a concave annular surface 64 having a radius R5. The punch 54 has a lower nose 70 configured to produce the U-shaped portion 22 and an outer surface 72 conforming to the surfaces 62 and 64. The domer assembly is preferably constructed in accordance with the teachings of the co-pending application Ser. No 657,224, filed Oct. 3, 1984, and incorporated herein by reference.

Containers constructed in accordance with the present invention exhibited more than adequate resistance to buckling, internal pressure and column strength. It has also been noted that the stock material thickness could be reduced to 0.0125 inch, and possibly as low as 0.0120 inch, which significantly reduces the raw material cost for these containers.

It should also be noted that the tapered upper end 16 of the container is a constantly-reducing taper from the cylindrical sidewall to the upper flange 18. This constantly-reducing tapered smooth neck is produced in a spin-necking operation and tests have shown that this

6

results in significantly increased crush strength for the container In fact, these tests show that the upper edge of the neck will actually curl rather than having the tapered portion wrinkle

While the invention has been particularly shown and described with reference to a preferred embodiment thereof, it will be understood by those skilled in the art that various changes in form and details may be made therein without departing from the spirit and scope of the invention

We claim:

1. A drawn and ironed beer and beverage container of the 8-ounce and also the 12-ounce and 16-ounce variety and having a bottom profile adapted to nest with a 206-end seamed to an open end of another container comprising a cylindrical side wall having an integral bottom having a first arcuate annular portion integral with said side wall and having an interior radius of approximately 0.200 inch, a second arcuate annular portion integral with a lower end of said first arcuate annular portion and having an exterior radius substantially less than the radius of said first arcuate annular portion, a generally U-shaped annular portion integral with said second arcuate annular portion said U-shaped annular portion having an outer annular wall integral with said second arcuate annular portion and an inner substantially vertical annular wall, said walls defining an acute angle of substantially less than 45° interconnected by an arcuate segment defining a lower annular support for said container, and an inwardly-domed spherical disc integral with said substantially vertical annular wall and having a radius greater than the diameter of said lower annular support and less than the diameter of said cylindrical side wall, said second arcuate annular portion defining a peripheral contact with said end.

2. A drawn and ironed beer and beverage container as defined in claim 1, in which said diameter of said lower annular support is about 80% of the diameter of said cylindrical side wall.

3. A drawn and ironed beer and beverage container as defined in claim 2, in which said exterior radius is about 0.100 inch.

4. A drawn and ironed beer and beverage container as defined in claim 3, in which said interior radius is about twice the dimension of said exterior radius

5. A drawn and ironed container comprising a cylindrical side wall having a reduced tapered neck adjacent an upper open end and an integral bottom wall, said bottom wall including spherical inwardly-domed central portion surrounded by a generally U-shaped annular segment defining a lower annular support surface having a diameter which is lesss tha 80% of the diameter of said sidewall, said U-shaped annular portion having an outer annular wall and an inner substantially vertical annular wall interconnected by a lower arcuate segment defining said support surface, said walls defining an acute angle therebetween; and an annular joining segment integral with said side wall and said annular segment, said joining segment having a first annular arcuate portion integral with a lower end of said side wall and having an interior radius of about 0.200 inch and a second annular arcuate portion integral with said outer annular wall of said U-shaped annular segment and having an exterior radius of about 0 100 inch, said second annular arcuate portion defining an annular support point for nesting with an end of an adjacent container.

4,685,582

7

6. A drawn and ironed container as defined in claim 5, in which said annular support surface has a diameter of about 2.000 inches.

7. A drawn and ironed container as defined in claim 6, in which said domed central portion has a diameter greater than said annular support surface and less than the diameter of said sidewall.

8. A drawn and ironed container as defined in claim 6, in which said acute angle is about 27°.

9. A drawn and ironed beer and beverage container including a cylindrical sidewall having a diameter of about 2.597 inches and a reduced neck adjacent an upper open end for receiving a 206 End connected by a double seam, an integral bottom wall including an inwardly-domed central portion having a radius of about 2.120 inches and integral with an annular arcuate portion having an exterior radius of about 0.050 inch, a generally U-shaped annular segment integral with said

8

annular arcuate portion and having an interior radius of about 0.040 inch to define a lower annular support surface having a diameter of about 2.000 inches, said annular segment having an inner, substantially vertical wall and an outer inclined wall, a second annular arcuate portion integral with said outer inclined wall and having an exterior radius of about 0.100 inch, and a third annular arcuate portion having an interior radius of about 0.200 inch and integral with said sidwall and said second annular arcuate portion.

10. A drawn and ironed container as defined in claim 9, in which the center for said interior radius defines a diameter of about 2.187 inches and the center for said exterior radius defines a diameter of about 2.365 inches.

11. A drawn and ironed container as defined in claim 9, in which said outer inclined wall defines an angle of about 27°30'.

\* \* \* \* \*

# PAGE A355 - A356
# REDACTED

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2007, I caused to be served by hand delivery and electronic mail the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Barry M. Klayman, Esq.
> Wolf, Block, Schorr
>  and Solis-Cohen LLP
> Wilmington Trust Center
> 1100 North Market
> Street, Suite 1001
> Wilmington, DE   19801

I hereby certify that on February 26, 2007, I caused the foregoing document to be served via electronic mail on the following non-registered participants:

> Dale M. Heist, Esq.
> heist@woodcock.com
> Chad E. Ziegler, Esq.
> ziegler@woodcock.com
> Woodcock Washburn LLP
> Cira Centre
> 2929 Arch Street, 12th Floor
> Philadelphia, PA 19104-2891

> Anne Shea Gaza (#4093)
> Gaza@rlf.com
> Richards, Layton & Finger, P.A.
> One Rodney Square
> P.O. Box 551
> Wilmington, Delaware 19899
> (302) 651-7700