IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC., Plaintiff, and CROWN CORK & SEAL USA, INC., Plaintiff and Counterclaim Defendant<br><br>v.<br><br>REXAM BEVERAGE CAN COMPANY,<br><br>Defendant Counterclaimant. | Civil Action No. 05-608 (MPT) |

## STIPULATION AND ORDER

Plaintiffs, Crown Packaging Technology, Inc., and Crown Cork & Seal USA, Inc., ("Crown") and Defendant, Rexam Beverage Can Company ("Rexam"), hereby stipulate and agree, subject to order of the Court, that, they will produce their respective expert witnesses on damages issues for deposition at a mutually agreeable date, time and location, which date may be after the deadline previously established by the parties and the Court for the close of expert discovery, i.e., March 5, 2007.

Crown and Rexam further stipulate and agree that neither their summary judgment motions nor their claim construction arguments are dependent on the information that may be obtained from their respective expert witnesses for damages issues

| | |
|---|---|
| /s/ Barry M. Klayman | /s/ Anne Shea Gaza |
| Barry M. Klayman (# 3676) | Frederick L. Cottrell, III (#2555) |
| bklayman@wolfblock.com | cottrell@rlf.com |
| Wolf, Block, Schorr and Solis-Cohen LLP | Anne Shea Gaza (#4093) |
| Wilmington Trust Center | gaza@rlf.com |
| 1100 N. Market Street, Suite 1001 | Richards, Layton & Finger, P.A. |
| Wilmington, DE 19801 | One Rodney Square |
| (302) 777-0313 | 920 North King Street |
| *Attorneys for Plaintiffs Crown Packaging Technology, Inc. and Crown Cork & Seal USA, Inc.* | Wilmington, DE 19801 |
| | 302-651-7700 |
| | *Attorneys for Defendant Counterclaimant Rexam Beverage Can Co.* |
| OF COUNSEL: | OF COUNSEL: |
| Dale M. Heist | George P. McAndrews |
| Chad E. Ziegler | Steven J. Hampton |
| Woodcock Washburn LLP | Gerald C. Willis |
| One Liberty Place, 46th Floor | Paul W. McAndrews |
| Philadelphia, PA 19103 | McAndrews, Held & Malloy, Ltd. |
| Phone: 215-557-5966 | 500 W. Madison Street, Suite 3400 |
| Fax: 215-568-3439 | Chicago, IL 60601 |
| Dated: March 1, 2007 | Dated: March 1 2007 |

SO ORDERED this _____ day of _____, 2007.

_____
Magistrate Judge Mary Pat Thynge