IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC., | : : : : |
| Plaintiffs, | : : |
| v. | :  Civil Action No. 05-608-MPT : |
| REXAM BEVERAGE CAN CO., | : : |
| Defendant. | : |

### ORDER

At Wilmington this **9th** day of **March, 2007,**

IT IS ORDERED that a teleconference has been scheduled for **Monday, March 12, 2007 at 3:30 p.m. EST.** The purpose of this teleconference is to discuss oral argument on the parties' proposed claim constructions and motions for summary judgment scheduled for Friday, March 16, 2007 at 9:30 a.m. **Plaintiffs' counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE