IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC., <br><br> Plaintiffs/Counter Defendants, <br><br> v. <br><br> REXAM BEVERAGE CAN COMPANY, <br><br> Defendant/Counterclaimant. | C. A. No. 05-608 (MPT) <br><br> **REDACTED PUBLIC VERSION** |

**APPENDIX IN SUPPORT OF
DEFENDANT REXAM BEVERAGE CAN COMPANY'S REPLY IN SUPPORT OF ITS
MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT OF
U.S. PATENT NOS. 4,774,839 AND 5,697,242**

Of Counsel:
George P. McAndrews
Steven J. Hampton
Gerald C. Willis
Paul W. McAndrews
McAndrews, Held & Malloy, Ltd.
500 W. Madison Street, Suite 3400
Chicago, IL 60601
312-775-8000

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
   *Attorneys for Defendant/Counterclaimant
   Rexam Beverage Can Co.*

Dated: March 2, 2007

RLF1-3122004-1

## TABLE OF CONENTS

Joseph Bauder Deposition Excerpt .................................................................................. B1-2

Richard Golding Deposition Excerpt ............................................................................... B3-4

1994 License Agreement .................................................................................................. B5-22

Terms And Conditions Of Sale ........................................................................................ B23-29

Terms And Conditions Of Sale ........................................................................................ B30-36

Terms And Conditions Of Sale ........................................................................................ B37-43

PAGES B1-B43
REDACTED

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2007, I caused to be served by hand delivery and electronic mail the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Barry M. Klayman, Esq.
> Wolf, Block, Schorr
>   and Solis-Cohen LLP
> Wilmington Trust Center
> 1100 North Market
> Street, Suite 1001
> Wilmington, DE  19801

I hereby certify that on March 9, 2007, I caused the foregoing document to be served via electronic mail on the following non-registered participants:

> Dale M. Heist, Esq.
> heist@woodcock.com
> Chad E. Ziegler, Esq.
> ziegler@woodcock.com
> Woodcock Washburn LLP
> Cira Centre
> 2929 Arch Street, 12th Floor
> Philadelphia, PA 19104-2891

> /s/ Anne Shea Gaza
> Anne Shea Gaza (#4093)
> Gaza@rlf.com
> Richards, Layton & Finger, P.A.
> One Rodney Square
> P.O. Box 551
> Wilmington, Delaware 19899
> (302) 651-7700

RLF1-3000496-1