IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC., AND CROWN CORK & SEAL USA, INC., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| REXAM BEVERAGE CAN CO., | ) ) |
| Defendant. | ) |

Civil Action No. 05-608 (MPT)

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR
FILING THE JOINT PROPOSED FINAL PRETRIAL ORDER**

WHEREAS, the Court by Judge Jordan entered a Joint Scheduling Order on December 20, 2005 (D.I. 32), that provided for a Final Pretrial Conference on June 11, 2007 and the filing of a joint proposed final pretrial order on or before May 11, 2007; and

WHEREAS, the Court by Magistrate Judge Thynge entered an Amended Scheduling Order on November 6, 2006 (D.I. 135), that rescheduled the Final Pretrial Conference from June 11, 2007 to June 28, 2007, but did not change the deadline for filing the joint proposed final pretrial order; and

WHEREAS, the parties have conferred and agreed, subject to the approval of the Court hereof, that they require an extension of time within which to file the joint proposed final pretrial order without the need to modify the existing date for the Final Pretrial Conference; and

WHEREAS, the parties have agreed jointly to seek an extension for filing the joint proposed final pretrial order to June 14, 2007.

NOW, THEREFORE, it is hereby STIPULATED AND AGREED by and among plaintiffs and defendant, through their undersigned attorneys, subject to the approval of the Court

hereof, that the extant scheduling orders are hereby amended to the extent necessary to provide that the joint proposed final pretrial order shall be filed by June 14, 2007 (instead of May 11, 2007). All other dates in the extant scheduling orders shall remain unchanged.

Dated: March 26, 2007

/s/ Barry Klayman
Barry M. Klayman (#3676)
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 N. Market Street, Suite 1001
Wilmington, DE 19801
Tel: (302) 777-0313
Fax: (302) 778-7813
E-mail: bklayman@wolfblock.com

*Attorneys for Plaintiffs,*
*Crown Packaging Technology, Inc. and*
*Crown Cork & Seal USA, Inc.*

/s/ Frederick L. Cottrell
Frederick L. Cottrell, III (#2555)
Anne Shea Gaza (#4093)
Richards, Layton & Finger, P.A.
One Rodney Square
920 King Street
Wilmington, DE 19801
Tel: (302) 651-7700
Fax: (302) 651-7701
E-mail: gaza@RLF.com

*Attorneys for Defendant,*
*Rexam Beverage Can Co.*

SO ORDERED:

_____
                                      J.