

Wilmington Trust Center, 1100 North Market Street, Suite 1001, Wilmington, DE 19801
Tel: (302) 777-5860 ■ Fax: (302) 777-5863 ■ www.WolfBlock.com

Barry M. Klayman
Direct Dial: (302) 777-0313
Direct Fax: (302) 778-7813
E-mail:   bklayman@wolfblock.com
*Admitted in Delaware and Pennsylvania

March 26, 2007

**VIA HAND DELIVERY & E-FILING**

The Honorable Mary Pat Thynge
U.S. Magistrate Judge
U.S. District Court for the District of
Delaware
844 North King Street
Lock Box 8
Wilmington, DE 19801

   Re: Crown Packaging Technology, Inc., et al. v. Rexam
      Beverage Can Co., C.A. No. 05-608-MPT

Dear Magistrate Judge Thynge:

  I am enclosing a Stipulation and Order to extend the deadline for the parties to file the joint proposed final pretrial order from May 11, 2007 to June 14, 2007. The original deadline had been set before the date for the Pretrial Conference was changed and the parties would appreciate the extra time to prepare the joint proposed final pretrial order.

  We would respectfully request that the Court approve the Stipulation.

                 Respectfully yours,

                 Barry M. Klayman
          For WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP

Enclosure
cc: Anne Gaza, Esquire (Via E-filing & E-mail)
  Dale Heist, Esquire (Via E-filing & E-mail)
  Clerk of the Court (Via E-filing)

WIL:65334.1/CRO056-230788

Boston, MA ■ Cherry Hill, NJ ■ Harrisburg, PA ■ New York, NY ■ Norristown, PA ■ Philadelphia, PA ■ Roseland, NJ ■ Wilmington, DE
WolfBlock Government Relations - Harrisburg, PA ■ WolfBlock Public Strategies - Boston, MA and Washington, DC
Wolf, Block, Schorr and Solis-Cohen LLP a Pennsylvania Limited Liability Partnership