## CLAIMS WITH PROPOSED CONSTRUCTIONS

Claim terms for which constructions are disputed are in square brackets and in bold italic typeface. A party's proposed constructions follow the bracketed terms and are in bold typeface.

### ASSERTED CROWN PATENT CLAIMS WITH CROWN'S CONSTRUCTIONS OF DISPUTED TERMS

#### '826 Patent

**Claim 13:**

A metal can end for use in packaging beverages under pressure and adapted to be joined to a can body by a seaming process so as to form a double seam therewith using a rotatable chuck comprising first and second circumferentially extending walls, said [*first and second chuck walls forming a juncture therebetween*] **first and second walls encircling the chuck forming a place between them at which they meet**, said can end comprising;

a [*peripheral cover hook*] **curved portion of the can end that is to be formed into a portion of a double seam**, said [*peripheral cover hook*] **portion** comprising a [*seaming panel*] **curved innermost portion** [*adapted to be formed into a portion of said double seam during said seaming operation*] **adapted to be formed into a portion of the double seam during the seaming operation;**

a central panel;

a wall extending inwardly and downwardly from said cover hook, a first portion of said wall extending from said cover hook to a first point on said wall, said first wall portion [*adapted to be deformed during said seaming operation*] **adapted to have its shape altered during the seaming operation** so as to be bent upwardly around said juncture of said chuck walls at said first point on said wall, a second portion of said wall extending from said first point to a second point [*forming a lowermost end of said wall*] **that marks the lowest end of the can end wall,** a

line extending between said first and second points being inclined to an axis perpendicular to said central panel at an angle of between 30° and 60°.

**Claim 14:**

The end according to claim 13, further comprising [*an annular reinforcing bead*] **a ring-like stiffening channel** connected to said wall at said second point, said annular reinforcing bead connecting said wall to said central panel.

**'875 Patent**

**Claim 32:**

A method of forming a double seam between a can body and a can end intended for use in packaging a carbonated beverage, said method comprising the steps of:

a) providing a can end having (i) a [*circumferentially extending peripheral cover hook*] **curved portion of the can end that is to be formed into a portion of a double seam**, said [*peripheral cover hook*] **portion** comprising a [*seaming panel*] **curved innermost portion** to be formed into a portion of said double seam during a seaming operation and (ii) a circumferentially extending wall comprising first and second portion, said first wall portion to be formed into another portion of said double seam during said seaming operation, said first wall portion extending from said seaming panel to a [*first location on said wall*] **first location on the can end wall** and comprising [*a radiused portion extending from said seaming panel*] **a portion formed on an arc extending from the curved innermost portion**, said second wall portion extending from said first wall portion at said first wall location on said wall to [*a second location on said wall*] **the second wall location**, whereby said first and second locations form end points of said second wall portion, said second wall location [*being the lowermost point of said wall*] **mark[ing] the lowest end of the can end wall**, and wherein a straight line extending between

said first and second locations on said wall is inclined **[*between about 20° and about 60°*]** **between about 20° and about 60°** with respect to an axial centerline of said can end;

b) placing said cover hook of said can end into contact with a circumferentially extending flange of a can body;

c) providing a rotatable chuck comprising a first circumferentially extending wall, said first chuck wall being substantially cylindrical;

d) bringing said chuck into engagement with said can end; and

e) performing said seaming operation by placing one or more seaming rolls into contact with said peripheral cover hook of said can end so as to deform said seaming panel of said cover hook and said first wall portion and said can body flange into said double seam, said first portion of said can end wall being pressed against said chuck first wall so that **[*at least a portion of said first portion of said can end wall is bent upward through an angle of at least about 16°*]** **at least part of the first portion of the can end wall is turned upwardly through an angle of at least about 16°**, said first location on said wall after said seaming operation forming the **[*transition from said double seam to said second wall portion*]** **location, after seaming, at which the double seam region changes to the second wall portion**, said line between said first and second locations remaining inclined between about 20° and about 60° with respect to said axial centerline.

**Claim 33:**

The method according to claim 32, wherein said line between said first and second locations on said wall of said can end is inclined **[between about 30° and about 50°]** **between about 30° and about 50°** with respect to said axial centerline of said can end prior to performing said seaming operation.

**Claim 34:**

The method according to claim 33, wherein during said seaming operation at least a portion of [*said can end wall first portion is reformed by bending upward by an angle of at least about 26°*] the can end wall first portion is formed again by turning upward by an angle of at least about 26°.

**Claim 50:**

A method of forming a double seam between a can body and a can end intended for use in packaging a carbonated beverage, said method comprising the steps of:

a) providing a can end having (i) a [*circumferentially extending peripheral cover hook*] **curved portion of the can end that is to be formed into a portion of a double seam**, said [*peripheral cover hook*] **portion** comprising a [*seaming panel*] **curved innermost portion** to be formed into a portion of said double seam during a seaming operation, (ii) [*an annular reinforcing bead*] **a ring-like stiffening channel**, and (iii) a [*circumferentially extending wall extending from said seaming panel*] **can end wall encircling the center of the can end and extending from the curved innermost portion** to said reinforcing bead, said wall and said reinforcing bead [*forming a transition therebetween*] **forming a place between them at which one changes to the other;**

b) placing said cover hook of said can end into contact with a circumferentially extending flange of a can body;

c) providing a rotatable chuck comprising first and second circumferentially extending walls, [*said second chuck wall depending from said first chuck wall so as to form a juncture therebetween*] **the second wall encircling the chuck depending from the first wall encircling the chuck so as to form a place between them at which they meet;**

d) bringing said chuck into engagement with said can end; and

e) performing said seaming operation by placing one or more seaming rolls into contact with said peripheral cover hook of said can end while said can end rotates so as to deform said seaming panel of said cover hook and to bend a portion of said can end wall upwardly around said juncture of said chuck walls at a first location on said can end wall, a straight line extending from said first location on said can end wall to said transition between said can end wall and said reinforcing bead inclined [*between about 20° and about 60°*] **between about 20° and about 60°** with respect to said axial centerline both before and after said seaming operation.

**Claim 51:**

The method according to claim 50 wherein at least [*a portion of said portion of said can end wall bent upwardly during said seaming operation is bent upward through an angle of at least about 16°*] **a part of the first portion of the can end wall is turned upwardly through an angle of at least about 16°**.

**Claim 52:**

The method according to claim 50, wherein said line extending from said first location to said transition is inclined [*between about 30° and about 50°*] **between about 30° and about 50°** with respect to said axial centerline of said can end both before and after performing said seaming operation.

## ASSERTED CROWN CLAIMS WITH
## REXAM'S CONSTRUCTIONS OF DISPUTED TERMS

### '826 Patent

**Claim 13:**

A metal can end for use in packaging beverages under pressure and adapted to be joined to a can body by a seaming process so as to form a double seam therewith using a rotatable chuck comprising first and second circumferentially extending walls, [*said first and second chuck walls forming a juncture therebetween*] **when looking at a cross section of a seaming chuck, an upper wall and a lower wall of a seaming chuck (also referred to the first and second walls) meet at a point (juncture) to form a distinct angle**, said can end comprising;

[*a peripheral cover hook*] **when looking at a cross section of the can end, an outermost portion of the can end that is curved or conforms to one or more radii, which engages a can body flange to form at least a part of a double seam, and ends where the curved or radiused portion(s) stops**, said [*peripheral cover hook*] **portion comprising a**[*seaming panel*] **an uppermost portion of the peripheral cover hook formed by a constant radius that becomes part of the double seam during seaming to a can body**[*adapted to be formed into a portion of said double seam during said seaming operation*] **having some treatment or conditioning, done to the first wall portion of the can end that makes the first wall portion easier to deform than the rest of the can end;**

a central panel;

a wall extending inwardly and downwardly from said cover hook, a first portion of said wall extending from said cover hook to a first point on said wall, said first wall portion [*adapted*

*to be deformed during said seaming operation*] **having some treatment or conditioning, done to the first wall portion of the can end that makes the first wall portion easier to deform than the rest of the can end** so as to be bent upwardly around said juncture of said chuck walls at said first point on said wall, a second portion of said wall extending from said first point to a second point [*forming a lowermost end of said wall*], **a second point at the specific place on the wall nearest the central panel (toward the bottom of the can)** a line extending between said first and second points being inclined to an axis perpendicular to said central panel at an angle of between 30° and 60°.

**Claim 14:**

The end according to claim 13, further comprising [*an annular reinforcing bead*] **an outwardly concave generally "U" shaped groove (also called a countersink or anti peaking bead) that is stamped or pressed into the can end, and is located inwards from the bottom of the wall (chuck wall) when looking at a cross section of the can end, which encircles and supports the center panel of the can end** connected to said wall at said second point, said annular reinforcing bead connecting said wall to said central panel.

## '875 Patent

**Claim 32:**

A method of forming a double seam between a can body and a can end intended for use in packaging a carbonated beverage, said method comprising the steps of:

a) providing a can end having (i) a [*circumferentially extending peripheral cover hook*] **when looking at a cross section of the can end, an outermost portion of the can end that is curved or conforms to one or more radii, which engages a can body flange to form at least**

**a part of a double seam, and ends where the curved or radiused portion(s) stops,** said [*peripheral cover hook*] **portion** comprising a [*seaming panel*] **an uppermost portion of the peripheral cover hook formed by a constant radius that becomes part of the double seam during seaming to a can body** to be formed into a portion of said double seam during a seaming operation and (ii) a circumferentially extending wall comprising first and second portion[sic], said first wall portion to be formed into another portion of said double seam during said seaming operation, said first wall portion extending from said seaming panel to a [*first location on said wall*] **the point on the wall of the can end that becomes the lowermost extent of the double seam** and comprising [*a radiused portion extending from said seaming panel*] **a curved portion that is different from the radius of the seaming panel (i.e., the radiused portion of the upper portion of the wall is a part of the cover hook),** said second wall portion extending from said first wall portion at said first wall location on said wall to [*a second location on said wall*] **second location on the wall,** whereby said first and second locations form end points of said second wall portion, said second wall location being the [*lowermost point of said wall*] **the point on the wall nearest the central panel (toward the bottom of the can),** and wherein a straight line extending between said first and second locations on said wall is inclined [*between about 20° and about 60°*] **between 20° and 60°** with respect to an axial centerline of said can end;

b) placing said cover hook of said can end into contact with a circumferentially extending flange of a can body;

c) providing a rotatable chuck comprising a first circumferentially extending wall, said first chuck wall being substantially cylindrical;

d) bringing said chuck into engagement with said can end; and

e) performing said seaming operation by placing one or more seaming rolls into contact with said peripheral cover hook of said can end so as to deform said seaming panel of said cover hook and said first wall portion and said can body flange into said double seam, said first portion of said can end wall being pressed against said chuck first wall so that [*at least a portion of said first portion of said can end wall is bent upward through an angle of at least about 16°*] **a portion of the upper wall (chuck wall), which is above and adjacent to the first location, is bent upwards, when looking at a cross section drawing, around the first location by 16 degrees (less 1 degree or plus 1 degree or more)** said first location on said wall after said seaming operation forming the [*transition from said double seam to said second wall portion*] **first location, after seaming, at which the double seam region changes to the second wall portion**, said line between said first and second locations remaining inclined between about 20° and about 60° with respect to said axial centerline.

**Claim 33:**

The method according to claim 32, wherein said line between said first and second locations on said wall of said can end is inclined [*between about 30° and about 50°*] **between 30 and 50 degrees** with respect to said axial centerline of said can end prior to performing said seaming operation.

**Claim 34:**

The method according to claim 33, wherein during said seaming operation at least a portion of said can end wall first portion is reformed by [*bending upward by an angle of at least*

*about 26° a portion of the upper wall (chuck wall)*], **which is above the first location, is bent upwards, when looking at a cross section drawing, around the first location by 26 degrees (less 1 degree or plus 1 degree or more).**

**Claim 50:**

A method of forming a double seam between a can body and a can end intended for use in packaging a carbonated beverage, said method comprising the steps of:

a) providing a can end having (i) a circumferentially extending [*peripheral cover hook*] **when looking at a cross section of the can end, the outermost portion of the can end that is curved or conforms to one or more radii, which engages a can body flange to form at least a part of a double seam, and ends where the curved or radiused portion(s) stops,** said [*peripheral cover hook*] **portion comprising a** [*seaming panel*] **an uppermost portion of the peripheral cover hook formed by a constant radius that becomes part of the double seam during seaming to a can body** to be formed into a portion of said double seam during a seaming operation, (ii) [*an annular reinforcing bead*] **an outwardly concave generally "U" shaped groove (also called a countersink or anti peaking bead) that is stamped or pressed into the can end, and is located inwards from the bottom of the wall (chuck wall) when looking at a cross section of the can end, which encircles and supports the center panel of the can end,** and (iii) [*a circumferentially extending wall extending from said seaming panel*] **an end wall (or chuck wall) that begins where the seaming panel ends with a portion that has a different radius than the seaming panel** to said reinforcing bead, said wall and said reinforcing bead forming [*a transition therebetween*] **a radiused portion of the can end, when looking at a cross section of the end, between the vertical wall of the annular reinforcing bead (countersink) and the second portion of the wall (chuck wall);**

b) placing said cover hook of said can end into contact with a circumferentially extending flange of a can body;

c) providing a rotatable chuck comprising first and second circumferentially extending walls, [*said second chuck wall depending from said first chuck wall so as to form a juncture therebetween*] **when looking at a cross section of the seaming chuck, an upper wall and a lower wall of a seaming chuck meeting at a point (juncture) on the seaming chuck where the upper and lower wall (also referred to the first and second walls) meet to form a distinct angle;**

d) bringing said chuck into engagement with said can end; and

e) performing said seaming operation by placing one or more seaming rolls into contact with said peripheral cover hook of said can end while said can end rotates so as to deform said seaming panel of said cover hook and to bend a portion of said can end wall upwardly around said juncture of said chuck walls at a first location on said can end wall, a straight line extending from said first location on said can end wall to said transition between said can end wall and said reinforcing bead inclined between about 20° and about 60° with respect to said axial centerline both before and after said seaming operation.

**Claim 51:**

The method according to claim 50 wherein [*at least a portion of said portion of said can end wall bent upwardly during said seaming operation is bent upward through an angle of at least about 16°*] **a portion of the upper wall (chuck wall), which is above and adjacent to the first location, is bent upwards, when looking at a cross section drawing, around the first location by 16 degrees (less 1 degree or plus 1 degree or more).**

**Claim 52:**

The method according to claim 50, wherein said line extending from said first location to said transition is inclined [*between about 30° and about 50°*] between 30° and 50° with respect to said axial centerline of said can end both before and after performing said seaming operation.

## ASSERTED REXAM PATENT CLAIMS WITH
## REXAM'S CONSTRUCTIONS OF DISPUTED TERMS

### '230 Patent

**Claim 1:**

An end member for a container having a circumferential sidewall, the end member having a peripheral seaming edge adapted to be integrally connected to the sidewall, and having a central panel wall with a means for opening a frangible panel segment of the panel wall, the end member comprising;

a rivet formed in the central panel and adapted to integrally attach a tab lever to the panel, the tab having a nose portion overlying at least a vent region of the frangible panel segment and having a lift end opposite said nose;

a primary score groove in the central panel wall defining an outer perimeter of the frangible panel segment, the score groove having a first end adjacent the vent region, and a second end joined to the first end by a curvilinear segment of the score groove,

the first end and the second end being separated by a generally linear [*hinge segment*] **the segment of metal between the first end and the second end of the primary score that stays attached to the central panel of the can end under normal opening conditions** of the central panel wall, said hinge segment being non-frangible to integrally connect the frangible panel segment to an adjacent area of the panel; and,

a second score groove having a tail portion passing from the frangible panel into [*said adjacent area of the central panel*] **area of the central panel near the frangible panel** and transecting said hinge segment.

**Claim 13:**

An end wall for a container having a circumferential sidewall, the end member having a peripheral seaming edge adapted to be integrally connected to the sidewall, and having a central panel wall, the end member comprising;

a frangible panel formed in the panel wall and being defined by a curvilinear score groove and a hinge segment, the score groove having a thickness residual and having a first and second end, said hinge segment having a length defined by a generally straight line between said first end and said second end;

a rivet formed in the central panel and adapted to integrally attach a tab lever to the panel, the tab having a nose portion overlying at least a region of the frangible panel segment and having a lift end opposite said nose; and,

a curvilinear anti-fracture score formed in the frangible panel generally parallel to said score groove, said anti-fracture score having a tail portion [*passing through*] **penetrating into** the hinge segment.

## '728 Patent

**Claim 1:**

An end member for a container having a circumferential sidewall, the end member having a peripheral seaming edge adapted to be integrally connected to the sidewall, and having a central panel wall with a vent region and a means for opening a frangible panel segment of the panel wall, the end member comprising;

a primary score groove in the central panel wall defining an outer perimeter of the frangible panel segment, the score groove having a first end adjacent the vent region and a second end, the first end and the second end being separated by a generally linear hinge segment of the central panel wall, said hinge segment integrally connecting the frangible panel segment to an adjacent area of the panel; and,

a second score groove adjacent the second end of said primary score and adjacent said hinge segment to [*direct fracture of metal of said hinge segment in a direction away from said second end of the score*] **the second score is near the second end of the primary score and near the hinge segment to provide a path for a fracture of the hinge segment along the second score.**

### Claim 7:

The end member of claim 1, wherein, at least a portion of the second score groove [*passes through*] **penetrates into** [*the*] **a** [*hinge line*] **a line between the first end and the second end of the primary score** generally transverse to [*a*], **the** hinge line passing between the first end and the second end of the primary score groove.

### <u>'385 Patent</u>

### Claim 17:

A method of reforming the bottom of a container, said container having a longitudinal and a radial axis, a generally cylindrical side wall parallel with said longitudinal axis; an outer annular wall; a convex U-shaped portion; a preformed bottom wall including a center domed

portion; and an annular, substantially longitudinal wall joining said domed portion and said convex U-shaped portion, said method comprising:

     providing radially inward support for said container;

     providing a reforming roller; and

     moving said reforming roller radially into engagement with said substantially longitudinal wall, said reforming roller rotating along said longitudinal wall and about an arcuate path [*in substantial radial alignment with said radial inward support*] **at or almost absolute radial alignment with said radial inward support;**

     wherein said reforming roller affects the angle of said substantially longitudinal wall.

## ASSERTED REXAM PATENT CLAIMS WITH
## CROWN'S CONSTRUCTIONS OF DISPUTED TERMS

### '230 Patent

**Claim 1:**

An end member for a container having a circumferential sidewall, the end member having a peripheral seaming edge adapted to be integrally connected to the sidewall, and having a central panel wall with a means for opening a frangible panel segment of the panel wall, the end member comprising;

a rivet formed in the central panel and adapted to integrally attach a tab lever to the panel, the tab having a nose portion overlying at least a vent region of the frangible panel segment and having a lift end opposite said nose;

a primary score groove in the central panel wall defining an outer perimeter of the frangible panel segment, the score groove having a first end adjacent the vent region, and a second end joined to the first end by a curvilinear segment of the score groove,

the first end and the second end being separated by a generally linear [*hinge segment*] **the region of metal that undergoes bending as a result of angular displacement of the frangible panel during normal use** of the central panel wall, said hinge segment being non-frangible to integrally connect the frangible panel segment to an adjacent area of the panel; and,

a second score groove having a tail portion passing from the frangible panel into [*said adjacent area of the central panel*] **portion of the central panel near the hinge segment** and transecting said hinge segment.

**Claim 13:**

An end wall for a container having a circumferential sidewall, the end member having a peripheral seaming edge adapted to be integrally connected to the sidewall, and having a central panel wall, the end member comprising;

a frangible panel formed in the panel wall and being defined by a curvilinear score groove and a hinge segment, the score groove having a thickness residual and having a first and second end, said hinge segment having a length defined by a generally straight line between said first end and said second end;

a rivet formed in the central panel and adapted to integrally attach a tab lever to the panel, the tab having a nose portion overlying at least a region of the frangible panel segment and having a lift end opposite said nose; and,

a curvilinear anti-fracture score formed in the frangible panel generally parallel to said score groove, said anti-fracture score having a tail portion *[passing through]* **going from one end to the other of** the hinge segment.

<u>**'728 Patent**</u>

**Claim 1:**

An end member for a container having a circumferential sidewall, the end member having a peripheral seaming edge adapted to be integrally connected to the sidewall, and having a central panel wall with a vent region and a means for opening a frangible panel segment of the panel wall, the end member comprising;

a primary score groove in the central panel wall defining an outer perimeter of the frangible panel segment, the score groove having a first end adjacent the vent region and a second end, the first end and the second end being separated by a generally linear hinge segment of the central panel wall, said hinge segment integrally connecting the frangible panel segment to an adjacent area of the panel; and,

a second score groove adjacent the second end of said primary score and adjacent said hinge segment to *[direct fracture of metal of said hinge segment in a direction away from said second end of the score]* **a second score groove that is near the end of the primary score and the hinge segment and that performs the function of directing the fracture of metal of the hinge segment in a direction away from the end of the primary score. The structure for performing this function described in the specification is an anti-fracture score in which the tail portion 25 has a score residual differential less than that of the remaining portions of the anti-fracture score.**

**Claim 7:**

The end member of claim 1, wherein, at least a portion of the second score groove *[passes through]* **goes from one end to the other of the** *[hinge line]* **hinge segment referred to in claim 1,** *i.e.,* **the region of metal that undergoes bending as a result of angular displacement of the frangible panel during normal use by a user** generally transverse to a hinge line passing between the first end and the second end of the primary score groove.

**‘385 Patent**

**Claim 17:**

A method of reforming the bottom of a container, said container having a longitudinal and a radial axis, a generally cylindrical side wall parallel with said longitudinal axis; an outer annular wall; a convex U-shaped portion; a preformed bottom wall including a center domed portion; and an annular, substantially longitudinal wall joining said domed portion and said convex U-shaped portion, said method comprising:

    providing radially inward support for said container;

    providing a reforming roller; and

    moving said reforming roller radially into engagement with said substantially longitudinal wall, said reforming roller rotating along said longitudinal wall and about an arcuate path [*in substantial radial alignment with said radial inward support*] **the roller path having a height in the direction of the longitudinal axis, more than half of which overlaps with the height of the radial inward support**; wherein said reforming roller affects the angle of said substantially longitudinal wall.