IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC., AND CROWN CORK & SEAL USA, INC., | )<br>)<br>)<br>) |
| Plaintiffs, | ) Civil Action No. 05-608 (MPT)<br>) |
| v. | )<br>) |
| REXAM BEVERAGE CAN CO., | )<br>) |
| Defendant. | ) |

### WITHDRAWAL OF APPEARANCE OF MICHAEL KORNICZKY AS CO-COUNSEL FOR PLAINTIFFS

MICHAEL KORNICZKY, ESQUIRE, hereby withdraws his appearance as co-counsel for Plaintiffs. The appearance of the remaining counsel of record for Plaintiffs shall remain unchanged.

/s/ Michael L. Korniczky
MICHAEL KORNICZKY, ESQUIRE

Dated: March 29, 2007

WIL:65392.1/CRO056-230788

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, he caused a copy of the foregoing Withdrawal of Appearance to be filed electronically with the Clerk of Court using CM/ECF and that copies were served on the person(s) listed below in the manner stated:

<u>Via CM/ECF Notification & E-Mail</u>

Anne Shea Gaza, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 King Street
Wilmington, DE 19801
gaza@rlf.com

<u>By E-Mail</u>

Gerald C. Willis, Esquire
McAndrews, Held & Malloy, Ltd.
34th Floor
500 West Madison Street
Chicago, IL 60661
jwillis@mhmlaw.com

Dated: March 27, 2007

Barry M. Klayman, Esquire (#3676)