

Wilmington Trust Center, 1100 North Market Street, Suite 1001, Wilmington, DE 19801
Tel: (302) 777-5860 ■ Fax: (302) 777-5863 ■ www.WolfBlock.com

Barry M. Klayman
Direct Dial: (302) 777-0313
Direct Fax: (302) 778-7813
E-mail:    bklayman@wolfblock.com
*Admitted in Delaware and Pennsylvania

May 23, 2007

## VIA HAND DELIVERY & E-FILING

The Honorable Mary Pat Thynge
U.S. Magistrate Judge
U.S. District Court for the District of
Delaware
844 North King Street
Lock Box 8
Wilmington, DE 19801

> Re:    Crown Packaging Technology, Inc., et al. v. Rexam
>        Beverage Can Co., C.A. No. 05-608-MPT

Dear Magistrate Judge Thynge:

Pursuant to your Honor's May 17, 2007 Memorandum and Order, I am writing to advise the Court that Crown's motion for summary judgment of non-infringement of the 230 and 728 patents (i.e., part of D.I. 193, 194) is moot in light of the Court's construction of the asserted claims of those patents.

Respectfully yours,

Barry M. Klayman
For WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP

cc:  Anne Gaza, Esquire (Via E-filing & E-mail)
     Dale Heist, Esquire (Via E-filing & E-mail)
     Jerry Willis, Esquire (Via E-Mail)

WIL:67215.1/CRO056-230788

Boston, MA ■ Cherry Hill, NJ ■ Harrisburg, PA ■ New York, NY ■ Norristown, PA ■ Philadelphia, PA ■ Roseland, NJ ■ Wilmington, DE

WolfBlock Government Relations - Harrisburg, PA ■ WolfBlock Public Strategies - Boston, MA and Washington, DC

Wolf, Block, Schorr and Solis-Cohen LLP, a Pennsylvania Limited Liability Partnership