IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC., | :<br>:<br>:<br>: |
| Plaintiffs, | : |
| v. | : Civil Action No. 05-608-MPT |
| REXAM BEVERAGE CAN CO., | :<br>:<br>: |
| Defendant. | : |

## ORDER

At Wilmington this **23rd** day of **May, 2007,**

IT IS ORDERED that a teleconference has been scheduled for **Tuesday, May 29, 2007 at 10:00 p.m. EST.** The purpose of this teleconference is to discuss the status of the case and the schedule. **Defense counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE