IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC., | : <br> : <br> : <br> : |
| Plaintiffs, | : <br> : |
| v. | :    Civil Action No. 05-608-MPT |
| REXAM BEVERAGE CAN CO., | : <br> : <br> : |
| Defendant. | : |

### ORDER

At Wilmington this **24th** day of **May, 2007,**

IT IS ORDERED that the teleconference scheduled for **Tuesday, May 29, 2007** is at **10:00 a.m. EST**, not 10:00 p.m. as stated in the Order dated May 23, 2007. The purpose of this teleconference is to discuss the status of the case and the schedule. **Defense counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE