

Wilmington Trust Center, 1100 North Market Street, Suite 1001, Wilmington, DE 19801
Tel: (302) 777-5860 ■ Fax: (302) 777-5863 ■ www.WolfBlock.com

Barry M. Klayman
Direct Dial: (302) 777-0313
Direct Fax: (302) 778-7813
E-mail:   bklayman@wolfblock.com
*Admitted in Delaware and Pennsylvania

May 31, 2007

**VIA HAND DELIVERY & E-FILING**

The Honorable Mary Pat Thynge
U.S. Magistrate Judge
U.S. District Court for the District of
Delaware
844 North King Street
Lock Box 8
Wilmington, DE 19801

    Re:   Crown Packaging Technology, Inc., et al. v. Rexam
           Beverage Can Co., C.A. No. 05-608-MPT

Dear Magistrate Judge Thynge:

    I am writing to follow up on the telephone conference with Your Honor on May 29, 2007, to confirm that the Crown plaintiffs have no objection to the proposed new trial date of October 22 to November 5, 2007.

                                Respectfully yours,

                                Barry M. Klayman
                    For WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP

cc:  Anne Gaza, Esquire (Via E-filing & E-mail)
     Dale Heist, Esquire (Via E-filing & E-mail)
     Jerry Willis, Esquire (Via E-Mail)

WIL:67321.1/CRO056-230788

Boston, MA ■ Cherry Hill, NJ ■ Harrisburg, PA ■ New York, NY ■ Norristown, PA ■ Philadelphia, PA ■ Roseland, NJ ■ Wilmington, DE
WolfBlock Government Relations - Harrisburg, PA ■ WolfBlock Public Strategies - Boston, MA and Washington, DC
Wolf, Block, Schorr and Solis-Cohen LLP, a Pennsylvania Limited Liability Partnership