## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC., | : : : : |
| Plaintiffs, | : : |
| v. | :   Civil Action No. 05-608-MPT |
| REXAM BEVERAGE CAN CO., | : : : |
| Defendant. | : |

## SECOND AMENDED SCHEDULING ORDER

At Wilmington this **1st** day of **June, 2007,**

IT IS ORDERED that the Scheduling Order dated December 20, 2006 and the Amended Scheduling Order dated November 6, 2006, are hereby amended as follows:

The pretrial submission due date shall now be **September 25, 2007.** The pretrial conference is now scheduled for **October 5, 2007 beginning at 9:00 a.m.**

A 10-day trial is scheduled to begin at **11:00 a.m. on October 22, 2007.** Trial shall commence at **9:00 a.m.** on the remaining days.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE