# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> REXAM BEVERAGE CAN CO., <br><br> Defendant. | ) ) ) ) ) Civil Action No. 05-608 (MPT) ) ) ) ) JURY TRIAL DEMANDED ) ) |

**PLAINTIFFS' NOTICE OF SERVICE OF PLAINTIFFS' SUPPLEMENTAL RESPONSES TO INTERROGATORY NOS. 28, 29, 38, 39 AND 41 OF REXAM'S FOURTH SET OF INTERROGATORIES AND SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 1 AND FIRST SUPPLEMENTAL RESPONSES TO INTERROGATORY NOS. 2 AND 4 OF REXAM'S FIRST SET OF INTERROGATORIES**

The undersigned hereby states that true and correct copies of PLAINTIFFS' SUPPLEMENTAL RESPONSES TO INTERROGATORY NOS. 28, 29, 38, 39 AND 41 OF REXAM'S FOURTH SET OF INTERROGATORIES AND SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 1 AND FIRST SUPPLEMENTAL RESPONSES TO INTERROGATORY NOS. 2 AND 4 OF REXAM'S FIRST SET OF INTERROGATORIES were served on July 18, 2007, upon counsel for defendant, Rexam Beverage Can Co., at the following addresses in the manner indicated:

<u>By E-mail</u>

Anne Shea Gaza, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
920 King Street
Wilmington, DE 19801
gaza@rlf.com

WIL:67879.1/CRO056-230788

<u>By E-Mail & Facsimile</u>

Gerald C. Willis, Esquire
McAndrews, Held & Malloy, Ltd.
34th Floor
500 West Madison Street
Chicago, IL 60661
jwillis@mhmlaw.com

| | |
|---|---|
| Dated: July 19, 2007 | /s/ Barry Klayman |
| | Barry M. Klayman, Esquire (#3676) |
| | Wolf, Block, Schorr and Solis-Cohen LLP |
| | Wilmington Trust Center |
| | 1100 N. Market Street, Suite 1001 |
| | Wilmington, DE 19801 |
| | Tel: (302) 777-0313 |
| | Fax: (302) 778-7813 |
| | |
| | *Attorney for Plaintiffs,* |
| | *Crown Packaging Technology, Inc. and* |
| | *Crown Cork & Seal USA, Inc.* |

*Of Counsel:*

Dale M. Heist
Lynn A. Malinoski
Chad E. Ziegler
WOODCOCK WASHBURN, LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103
(215) 568-3100

Michael Korniczky
Crown Packaging Technology, Inc.
11535 South Central Avenue
Alsip, IL  60803
(215) 698-5100

WIL:67879.1/CRO056-230788                               - 2 -

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this date, he caused a copy of the foregoing Notice of Service to be filed electronically with the Clerk of Court using CM/ECF and that copies were served on the person(s) listed below in the manner stated:

<u>Via CM/ECF Notification & E-Mail</u>

Anne Shea Gaza, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 King Street
Wilmington, DE 19801
gaza@rlf.com

<u>By E-Mail</u>

Gerald C. Willis, Esquire
McAndrews, Held & Malloy, Ltd.
34th Floor
500 West Madison Street
Chicago, IL 60661
jwillis@mhmlaw.com

Dated: July 19, 2007                    ____/s/ Barry Klayman_____
                                        Barry M. Klayman, Esquire (#3676)