IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC., | : : : : |
| Plaintiffs, | : : |
| v. | :  Civil Action No. 05-608-MPT : |
| REXAM BEVERAGE CAN CO., | : : |
| Defendant. | : |

### ORDER

At Wilmington, Delaware, this 24th day of July, 2007.

For the reasons stated in this court's July 24, 2007 Memorandum Opinion,

IT IS ORDERED that:

1. Crown's Motion for Partial Summary Judgment Dismissing Rexam's Counterclaim I and Limiting Damages on Counterclaims II-III Based on Laches and Failure to Comply with 35 U.S.C. § 287(a) (D.I. 197) is GRANTED in part and DENIED in part:

    a. Crown's motion to dismiss Counterclaim I based on failure to mark is GRANTED.

    b. Crown's motion to limit damages based on laches on Counterclaim I is MOOT.

    c. Crown's motion to limit damages based on laches on Counterclaims II-III is DENIED.

2. Crown's Motion to Submit Evidence Related to Laches to the Jury (D.I. 201) is GRANTED.

_____
Honorable Mary Pat Thynge
U.S. Magistrate Judge