WolfBlock

Wilmington Trust Center, 1100 North Market Street, Suite 1001, Wilmington, DE 19801
Tel: (302) 777-5860 ■ Fax: (302) 777-5863 ■ www.WolfBlock.com

Barry M. Klayman
Direct Dial: (302) 777-0313
Direct Fax: (302) 778-7813
E-mail:    bklayman@wolfblock.com
*Admitted in Delaware and Pennsylvania

July 27, 2007

**VIA HAND DELIVERY & E-FILING**

The Honorable Mary Pat Thynge
U.S. Magistrate Judge
U.S. District Court for the District of
Delaware
844 North King Street
Lock Box 8
Wilmington, DE 19801

         Re:    Crown Packaging Technology, Inc., et al. v. Rexam
                Beverage Can Co., C.A. No. 05-608-MPT

Dear Magistrate Judge Thynge:

       I am writing to call attention to what appears to be an oversight in the Court's Order dated July 24, 2007 (D.I. 347), that accompanies its Memorandum Opinion of the same date (D.I. 346).

       In addition to the matters set forth in the Order, the Memorandum Opinion also held that, "Since actual notice of the '385 and '242 patents was provided upon the filing of Rexam's counterclaims, no damages for alleged infringement may be recovered prior to that date." Mem. Op. at 19-20. There is nothing in the Order to reflect this holding.

       We respectfully request that the Court issue an Amended Order that includes the following additional language to reflect the above holding:

              Crown's motion to dismiss Counterclaims II-III based on failure to
              mark is GRANTED in part and no damages for alleged
              infringement of the '385 and '242 patents may be recovered prior
              to November 3, 2005.

WIL:67945.1/CRO056-230788

Boston, MA ■ Cherry Hill, NJ ■ Harrisburg, PA ■ New York, NY ■ Norristown, PA ■ Philadelphia, PA ■ Roseland, NJ ■ Wilmington, DE
WolfBlock Government Relations : Harrisburg, PA ■ WolfBlock Public Strategies - Boston, MA and Washington, DC
Wolf, Block, Schorr and Solis-Cohen LLP, a Pennsylvania Limited Liability Partnership

The Honorable Mary Pat Thynge
July 27, 2007
Page 2

We have enclosed a proposed form of Order for the Court's convenience.

Respectfully yours,

Barry M. Klayman
For WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP

Enclosure
cc: Anne Gaza, Esquire (Via E-filing & E-mail)
    Dale Heist, Esquire (Via E-filing & E-mail)
    Jerry Willis, Esquire (Via E-Mail)

WIL:67945.1/CRO056-230788