IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY INC. and CROWN CORK & SEAL USA, INC., | :<br>:<br>:<br>: |
| Plaintiffs, | : |
| v. | : Civil Action No. 05-608-MPT<br>: |
| REXAM BEVERAGE CAN CO., | :<br>: |
| Defendant. | : |

## ORDER

At Wilmington, Delaware, this ___ day of July, 2007.

For the reasons stated in this court's July 24, 2007 Memorandum Opinion,

IT IS ORDERED that:

1. The Order dated July 24, 2007 (D.I. 347) is hereby VACATED.

2. Crown's Motion for Partial Summary Judgment Dismissing Rexam's Counterclaim I and Limiting Damages on Counterclaims II-III Based on Laches and Failure to Comply with 35 U.S.C. § 287(a) (D.I. 197) is GRANTED in part and DENIED in part:

   a. Crown's motion to dismiss Counterclaim I based on failure to mark is GRANTED.

   b. Crown's motion to limit damages based on laches on Counterclaim I is MOOT.

   c. Crown's motion to dismiss Counterclaims II-III based on failure to mark is GRANTED in part and no damages for alleged infringement of the '385 and '242 patents may be recovered prior to November 3, 2005.

      d.    Crown's motion to limit damages based on laches on Counterclaims II-III is DENIED.

3.    Crown's Motion to Submit Evidence Related to Laches to the Jury (D.I. 201) is GRANTED.

 

                                                                                                       Honorable Mary Pat Thynge
                                                                                                       U.S. Magistrate Judge