IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. AND CROWN CORK & SEAL USA, INC., <br><br> PLAINTIFFS, <br><br> V. <br><br> REXAM BEVERAGE CAN CO., <br><br> DEFENDANT. | ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 05-608 (MPT) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**CROWN'S MOTION FOR REARGUMENT AND RECONSIDERATION OF THE COURT'S JULY 24, 2007 MEMORANDUM ORDER DENYING CROWN'S MOTION TO BIFURCATE TRIAL OF REXAM'S COUNTERCLAIMS**

Plaintiffs Crown Packaging Technology, Inc. and Crown Cork & Seal USA, Inc. (collectively, "Crown") respectfully move under Delaware Local Rule 7.1.5 for reargument and reconsideration of the Court's July 24, 2007 Memorandum Order (D.I. 348) denying Crown's motion to bifurcate trial of Rexam's counterclaims in this action (D.I. 201).

For the reasons set forth in Crown's accompanying memorandum in support of this motion, which is incorporated herein by reference, Crown respectfully requests that the Court grant reargument and enter an order sequencing the two-week, ten-day trial scheduled in this action so that evidentiary presentations, attorney argument, and jury deliberations on Crown's patent infringement claims are completed first, followed immediately thereafter by evidentiary

presentations, attorney argument, and jury deliberations on Rexam's separate infringement counterclaims. A proposed order to that effect accompanies this motion.

Dated: August 7, 2007

Respectfully submitted,

/s/ Barry Klayman
Barry M. Klayman (ID # 3676)
WOLF, BLOCK, SCHORR and
  SOLIS-COHEN LLP
Wilmington Trust Center
1100 N. Market Street, Suite 1001
Wilmington, DE 19801
(302) 777-0313

*Attorney for Plaintiffs*
*Crown Packaging Technology, Inc. and*
*Crown Cork & Seal USA, Inc.*

*Of Counsel:*

Dale M. Heist
Lynn A. Malinoski
Chad E. Ziegler
WOODCOCK WASHBURN, LLP
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104
(215) 568-3100