IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. AND CROWN CORK & SEAL USA, INC., <br><br> PLAINTIFFS, <br><br> V. <br><br> REXAM BEVERAGE CAN CO., <br><br> DEFENDANT. | CIVIL ACTION NO. 05-608 (MPT) |

## CERTIFICATION PURSUANT TO DELAWARE LOCAL RULE 7.1.1

1. Since the Court's July 24, 2007 denial of plaintiffs' initial motion for bifurcation of the trial of defendant's counterclaims (D.I. 348), counsel for the plaintiffs and counsel for the defendant have discussed by telephone conference on two occasions the matters raised in the foregoing motion for reargument and reconsideration.

2. Counsel for the plaintiffs and counsel for the defendant have also specifically discussed narrowing the factual issues for trial on plaintiffs' patent infringement claims and defendant's patent infringement counterclaims.

3. After reasonable effort, to date, counsel for the plaintiffs has been unable to reach

agreement with counsel for the defendant on the matters set forth in the foregoing motion. However, such discussions are continuing in good faith.

Dated: August 7, 2007

Respectfully submitted,

/s/ Barry Klayman

Barry M. Klayman (ID # 3676)
WOLF, BLOCK, SCHORR and
    SOLIS-COHEN LLP
Wilmington Trust Center
1100 N. Market Street, Suite 1001
Wilmington, DE 19801
(302) 777-0313

*Attorney for Plaintiffs*
*Crown Packaging Technology, Inc. and*
*Crown Cork & Seal USA, Inc.*

*Of Counsel:*

Dale M. Heist
Lynn A. Malinoski
Chad E. Ziegler
WOODCOCK WASHBURN, LLP
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104
(215) 568-3100