IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. AND CROWN CORK & SEAL USA, INC., <br><br> PLAINTIFFS, <br><br> V. <br><br> REXAM BEVERAGE CAN CO., <br><br> DEFENDANT. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) CIVIL ACTION NO. 05-608 (MPT) |

## ORDER

AND NOW, this _____ day of _____, 2007, upon consideration of Crown's Motion for Reargument and Reconsideration of the Court's July 24, 2007 Memorandum Order Denying Crown's Motion to Bifurcate Trial of Rexam's Counterclaims, together with the supporting memoranda and all opposing papers thereto, it is hereby ORDERED that Crown's motion is GRANTED.

It is FURTHER ORDERED that:

1.   A two-week scheduled trial in this action shall commence with evidentiary presentations and attorney argument on Crown's claims of infringement of U.S. Patents Nos. 6,848,875 and 6,935,826 ("Crown's patent infringement claims").

2.   At the conclusion of plaintiffs' and defendant's evidentiary presentations and attorney argument on Crown's patent infringement claims, the jury impaneled in this action shall retire to deliberate and render a verdict on said claims.

- 2 -

3. Immediately following the jury's verdict on Crown's patent infringement claims, trial in this action shall proceed to evidentiary presentations and attorney argument on Rexam's patent infringement counterclaims II-V.

4. At the conclusion of plaintiffs' and defendant's evidentiary presentations and attorney argument on Rexam's patent infringement counterclaims II-V, the same jury impaneled in this action to render a verdict on Crown's patent infringement claims shall retire to deliberate and render a verdict on Rexam's patent infringement counterclaims II-V.

BY THE COURT:

_____

Mary Pat Thynge, J.