## CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused true and correct copies of Crown's Motion for Reargument and Reconsideration of the Court's July 24, 2007 Memorandum Order Denying Crown's Motion to Bifurcate Trial of Rexam's Counterclaims, together will all supporting papers, to be served on the following counsel of record in the manner indicated below:

**VIA E-MAIL AND FEDERAL EXPRESS:**

Gerald C. Willis, Esq.
McAndrews, Held & Malloy, Ltd.
500 W. Madison Street, Suite 3400
Chicago, IL 60601

**VIA E-MAIL AND HAND DELIVERY:**

Anne Shea Gaza, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*Attorneys for Defendant Rexam Beverage Can Co.*

Dated: August 7, 2007

/s/ Barry Klayman
Barry M. Klayman, Esquire (ID # 3676)