IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC., | : : : : |
| Plaintiffs, | : : |
| v. | :  Civil Action No. 05-608-MPT |
| REXAM BEVERAGE CAN CO., | : : : |
| Defendant. | : |

## ORDER

At Wilmington this **10th** day of **August, 2007,**

IT IS ORDERED that a teleconference has been scheduled for **Wednesday, August 29, 2007** at **4:30 p.m. EST** with Judge Thynge. The purpose of the teleconference is to discuss the schedule. **Barry M. Klayman, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE