

Wilmington Trust Center, 1100 North Market Street, Suite 1001, Wilmington, DE 19801
Tel: (302) 777-5860 ■ Fax: (302) 777-5863 ■ www.WolfBlock.com

Barry M. Klayman
Direct Dial: (302) 777-0313
Direct Fax: (302) 778-7813
E-mail:    bklayman@wolfblock.com
*Admitted in Delaware and Pennsylvania

August 30, 2007

**VIA HAND DELIVERY & E-FILING**

The Honorable Mary Pat Thynge
U.S. Magistrate Judge
U.S. District Court for the District of Delaware
844 North King Street
Lock Box 8
Wilmington, DE 19801

    Re:    Crown Packaging Technology, Inc., et al. v. Rexam Beverage Can Co., C.A. No. 05-608-MPT

Dear Magistrate Judge Thynge:

In accordance with your request during the telephone conference yesterday, I am enclosing the draft of a proposed Third Amended Scheduling Order setting out new dates for the pretrial submission, pretrial conference and trial. The Order is based on the Second Amended Scheduling Order dated June 1, 2007.

I took the liberty of circulating it to Rexam's counsel and they have no objections to the form of the Order.

Respectfully yours,

Barry M. Klayman
For WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP

cc:  Anne Gaza, Esquire (Via E-filing & E-mail)
     Dale Heist, Esquire (Via E-mail)
     Jerry Willis, Esquire (Via E-Mail)

WIL:68516.1/CRO056-230788