IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC., )<br>)<br>)<br>) | CIVIL ACTION NO. 05-608 (MPT) |
| Plaintiffs, )<br>v. )<br>)<br>REXAM BEVERAGE CAN CO., )<br>)<br>Defendant. ) | |

## THIRD AMENDED SCHEDULING ORDER

At Wilmington this ____ day of **August, 2007**,

IT IS ORDERED that the Scheduling Order dated December 20, 2006, the Amended Scheduling Order dated November 6, 2006, and the Second Amended Scheduling Order dated June 1, 2007, are hereby amended as follows:

The pretrial submission due date shall now be **January 22, 2008**. The pretrial conference is now scheduled for **February 5, 2008 beginning at 9:00 a.m.**

A 10-day trial is scheduled to begin at **11:00 a.m. on February 19, 2008**. Trial shall commence at **9:00 a.m.** on the remaining days.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE