IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CROWN PACKAGING                    )
TECHNOLOGY, INC. and CROWN         )
CORK & SEAL USA, INC.,             )    CIVIL ACTION NO. 05-608 (MPT)
                                   )
            Plaintiffs,            )
    v.                             )
                                   )
REXAM BEVERAGE CAN CO.,            )
                                   )
            Defendant.             )

## THIRD AMENDED SCHEDULING ORDER

At Wilmington this _4_ day of ~~August~~ September, 2007,

IT IS ORDERED that the Scheduling Order dated December 20, 2006, the Amended

Scheduling Order dated November 6, 2006, and the Second Amended Scheduling Order dated

June 1, 2007, are hereby amended as follows:

The pretrial submission due date shall now be **January 22, 2008**. The pretrial conference

is now scheduled for **February 5, 2008 beginning at 9:00 a.m.**

A 10-day trial is scheduled to begin at ~~11:00 a.m.~~ 9:30 a.m. **on February 19, 2008**. Trial shall

commence at **9:00 a.m.** on the remaining days.

Local counsel are reminded of their obligations to inform out-of-state counsel of this

Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any

problems regarding compliance with this Order.

UNITED STATES MAGISTRATE JUDGE