IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC., | : <br> : <br> : <br> : |
| Plaintiffs, | : <br> : |
| v. | :     Civil Action No. 05-608-MPT |
| REXAM BEVERAGE CAN CO., | : <br> : <br> : |
| Defendant. | : |

## ORDER

At Wilmington this **26th** day of **November, 2007,**

IT IS ORDERED that a telephonic mediation has been scheduled for **Thursday, December 13, 2007** at **7:30 a.m. EST** with Judge Thynge. The parties may submit confidential statements to Judge Thynge limited to no more than **three (3)** pages regarding the parties' approaches to resolution of this matter. **Counsel for Crown Packaging shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge  
UNITED STATES MAGISTRATE JUDGE