**WOODCOCK WASHBURN**

INTELLECTUAL PROPERTY LAW
ATLANTA • PHILADELPHIA • SEATTLE

PHILADELPHIA OFFICE
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104-2891
215.568.3100
Fax: 215.568.3439

DALE M. HEIST
215.564.8939
heist@woodcock.com

January 18, 2008

*Via Facsimile & Overnight Mail*
George McAndrews, Esquire
McAndrews Held & Malloy, Ltd.
500 West Madison Street
34th Floor
Chicago, IL 60661

Re: *Crown Packaging Technology, Inc. & Crown Cork & Seal USA, Inc. v. Rexam Beverage Can Co., Civil Action* No. 05-608 (KAJ)

Dear George:

Crown Packaging Technology, Inc. and Crown Cork & Seal USA, Inc. (together "Crown") unconditionally agree not to sue Rexam Beverage Can Co. ("Rexam"), now or in the future, for direct, induced or contributory infringement of claims 32, 33, 50, 51, and 52 of United States Patent No. 6,848,875 ("the 875 patent") and claim 13 of United States Patent No. 6,935,826 ("the 826 patent") based on Rexam's manufacture, use, importation, sale, or offer of sale of Rexam End can ends that are the subject of Plaintiff's claims in this action. Rexam has testified that samples of Rexam Ends identified as Plaintiff's Exhibit 19 marked during the Rule 30(b)(6) deposition of Kim Oswald (tr. at p. 17, ll. 9-22; bearing document numbers REX 030700 - REX 030758) are representative of the Rexam end accused of infringement in this action.

This covenant is without prejudice to any assertion by Crown of any claims of the 826 and 875 patents against any products *other than* the Rexam End of Exhibit 19. Also, this covenant is without prejudice to the assertion by Crown of infringement of claim 14 of the 826 and claim 34 of the 875 patent, and to any assertion of infringement of any other patents, including, but not limited to, any related patents to the 875 and 826 patents, issued or that may issue at a later time, based on the manufacture, use, importation, sale, or offer of sale of Rexam Ends.



The Honorable Mary Pat Thynge
January 18, 2008
Page 2

    Nothing in this covenant shall be construed as an admission by Crown that Rexam Ends or any other product is not covered by any of the claims of the 826 or 875 patents.

Sincerely,

Dale M. Heist