IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC., <br><br>　　　Plaintiffs/Counterclaim Defendants, <br><br>v. <br><br>REXAM BEVERAGE CAN COMPANY, <br><br>　　　Defendant/Counterclaimant. | ) ) ) ) ) ) ) ) ) C. A. No. 05-608-MPT ) ) ) ) |

**DEFENDANT REXAM BEVERAGE CAN COMPANY'S 35 U.S.C. § 282 STATEMENT OF PRIOR ART THAT ANTICIPATES OR OTHERWISE SHOWS THE STATE OF THE ART OF CROWN'S ASSERTED CLAIMS FROM THE '826 AND '875 PATENTS**

This list includes only the <u>patents or publications</u> relied upon by Defendant-Counterclaimant Rexam Beverage Can Company ("Rexam") that are required to be disclosed by 35 U.S.C. § 282. Rexam's defenses to Crown's charges of infringement of U.S. Patents 6,935,826 ("'826 Patent") and 6,848,875 ("'875 Patent") do not rely solely on such patents or publications.

**ANTICIPATORY PATENTS OR PUBLICATIONS**

1. U.S. Patent No. 4,217,843 ("Kraska '843"), issued to Kraska on August 19, 1980.

2. Japanese Unexamined Utility Model Publication No. JP 57-117323 ("Japanese '323 Publication") written by Kazuhiro Sawada and published on July 21, 1982. Translation produced by Crown is ten pages long.

**PATENTS OR PUBLICATIONS TENDING TO SHOW THE STATE OF THE ART BEFORE CROWN'S EARLIEST PRIORITY DATE**

This list is inclusive of every cited reference from the face of the '826 Patent and '875 Patent, plus other references not-cited to or by the examiner.

**'875 AND '826 REFERENCES CITED ON THE FACE OF THE PATENTS**

**U.S. Patent Documents**

| | | |
|---|---|---|
| 3023927 | March 1962 | Ehman |
| 3526486 | September 1970 | Smith et al. |
| 3843014 | October 1974 | Cospen et al. |
| 3967752 | July 1976 | Cudzik |
| 4015744 | April 1977 | Brown |
| 4024981 | May 1977 | Brown |
| 4093102 | June 1978 | Kraska |
| 4148410 | April 1979 | Brown |
| 4150765 | April 1979 | Mazurek |
| 4210257 | July 1980 | Radtke |
| 4217843 | August 1980 | Kraska |
| 4276993 | July 1981 | Hasegawa |
| 4286728 | September 1981 | Fraze et al. |
| 4365724 | December 1982 | Walden |
| 4402421 | September 1983 | Ruemer, Jr. |
| 4448322 | May 1984 | Kraska |
| D279265 | June 1985 | Turner et al. |
| 4559801 | December 1985 | Smith et al. |
| 4578007 | March 1986 | Diekhoff |
| 4606472 | August 1986 | Taube et al. |
| D285661 | September 1986 | Brownbill |
| 4674649 | June 1987 | Pavely |
| 4681238 | July 1987 | Sanchez |
| 4685582 | August 1987 | Pulciani et al. |
| 4716755 | January 1988 | Bulso, Jr. et al. |
| 4782594 | November 1988 | Porucznik et al. |
| 4808052 | February 1989 | Bulso, Jr. et al. |
| 4809861 | March 1989 | Wilkinson et al. |

| | | |
|---|---|---|
| D300608 | April 1989 | Taylor et al. |
| D304302 | October 1989 | Dalli et al. |
| 4893725 | January 1990 | Ball et al. |
| 4930658 | June 1990 | McEldowney |
| 5046637 | September 1991 | Kysh |
| 5049019 | September 1991 | Franek et al. |
| 5064087 | November 1991 | Koch |
| 5129541 | July 1992 | Voigt et al. |
| 5143504 | September 1992 | Braakman |
| D337521 | July 1993 | McNulty |
| 5252019 | October 1993 | Saunders et al. |
| D347172 | May 1994 | Heynen et al. |
| 5356256 | October 1994 | Turner et al. |
| D352898 | November 1994 | Vacher |
| 5494184 | February 1996 | Noguchi et al. |
| 5582319 | December 1996 | Heyes et al. |
| 5839869 | November 1998 | Moran et al. |
| D406236 | March 1999 | Brifcani et al. |
| 5911551 | June 1999 | Moran |
| 5957647 | September 1999 | Hinton |
| 5971259 | October 1999 | Bacon |
| 6024239 | February 2000 | Turner et al. |
| 6065634 | May 2000 | Brifcani et al. |
| 6089072 | July 2000 | Fields |

**Foreign Patent Documents**

| | | |
|---|---|---|
| 92 11 788.0 | Jan., 1993 | DE |
| 0 153 115 | Aug., 1985 | EP |
| 0 153 115 | Aug., 1985 | EP |
| 0 340 955 | Nov., 1989 | EP |
| 1444470 | Jul., 1976 | GB |
| 2 143 202 | Feb., 1985 | GB |
| 2 196 891 | May., 1988 | GB |
| 2 218 024 | Nov., 1989 | GB |
| 57-117323 | Jul., 1982 | JP |
| 01167050 | Jun., 1989 | JP |
| WO 93/17864 | Sep., 1993 | WO |

## Other References

United States Brewers Association, Inc., "Brewing Industry Recommended Can Specifications Manual," pp. 1-1, 2-1, and 3-2, Washington, DC, May 1983..

Society of Soft Drink Technologists, "Beverage Can, End, & Double Seam Dimensional Specifications," pp. 2, 1B-2 to 5, Hartfield, VA, Fourth Revision, Aug. 1993..

Beverage Can "Mini Seams" by Pete Moran published by CMB Engineering Group plc contents page, pp. 3 through 30 and figures, published mid-1980s..

"Modern Beverage Can Double Seaming" published by Continental Beverage Packaging Cover page and 2 unnumbered pages, undated..

"Aluminium canstock" The Canmaker, Jan. 1994 pp. 38 through 43..

Notice of Opposition to a European Patent 96908205.6/828,663 Opposed by American National Can Company (Facts and Arguments), Dec. 12, 1999, 21 pages..

Letter From Ismay Ratliff Of Crown Cork & Seal To EPO, Apr. 19, 2001, One Page, Enclosing Patentee's Observations And Amendments In Response To The Opposition, 9 pages, and Summary of Main and Auxiliary Requests, Main Request, and Auxiliary Requests 1, 2, and 3, 14 pages..

Letter From PRB Lawrence of Gill Jennings & Every To EPO, Nov. 6, 2001, Nine Pages, Beginning, "The opponent that the patentee has not responded to the detailed argumentation . . . " with three pages of graphics and with EPO Cover Page dated Nov. 15, 2001..

Letter From PRB Lawrence of Gill Jennings & Every To EPO, Nov. 27, 2001, Two Pages, beginning, "I refer to the final paragraph of page 9 of my comments of 6.sup.th Nov. and . . . " with three page attachment having graphics and with EPO Cover Page dated Dec. 5, 2001..

Letter from Ismay Ratliff of Crown Cork & Seal to EPO, Nov. 28, 2001, One Page, beginning, "I refer to the letter from the Opponent of Nov. 6, 2001"..

Letter From PRB Lawrence Of Gill Jennings & Every To EPO, Dec. 11, 2001, One Page, Beginning "I not the patentee's comments of Nov. 28"..

Letter from Ismay Ratliff of Crown Cork & Seal to EPO, Jan. 18, 2002, One Page, beginning, "I refer to the communications of Nov. 15, 2001, Dec. 5, 2001, Jan. 7, 2002 . . . "..

Letter from Ismay Ratliff of Crown Cork & Seal to EPO, Mar. 18, 2002, Three Pages, beginning "Further to my letter of Jan. 18, 2002, I enclose further submissions in response to the Opponent's letters of Nov. 15, Nov. 27, and Dec. 11, 2001" with 10 pages of claims including Main Request, Auxiliary Request, and Auxiliary Request 2..

Letter From PRB Lawrence Of Gill Jennings & Every To EPO, May 2, 2002, 7 Pages, Beginning, "I maintain all the objections in the original opposition and in the submission of the Nov. 6 and 27, 2001 . . . " with cover page from EPO dated May 16, 2002..

Letter from Ismay Ratliff of Crown Cork & Seal to EPO, Jul. 4, 2002, Four Pages, Beginning, "This is in response to the Opponents' further submission

dated May 2, 2002.".
Summons to Attend Oral Proceedings Pursuant to Rule 71 (1) EPC, Oct. 21, 2001, 7 pages.
Letter from PRB Lawrence of Gill Jennings & Every, Jun. 24, 2002, with Affidavit of Thomas T. Tung with Attachments A thru D, Jun. 14, 2002.
Letter from PRB Lawrence of Gill Jennings & Every, Jul. 19, 2002, with Extracts of the Pechiney Annual REport 1989, 5 pages, Triangle Industries, Inc., Annual Report, 1987, 2 pages.
Final Submission by the EP patentee in the EPO opposition proceeding: European Patent Application No. 96908205.6 (now European Patent No. 0 828 663), CarnaudMetalbox, Plc, Opposition by American National Can Company, (Copy), Feb. 11, 2003, with Attachments, 38 pages.
Final submissions by the EP opponent in the EPO opposition proceeding: European Patent Application No. 96908205.6-2308/0828663, CarnaudMetalbox Plc, (Copy), Feb. 18, 2003, with Attachments, Affidavit by John Davy, Statement of Facts of John Zappa, 53 pages.
Letter From PRB Lawrence Of Gill Jennings & Every To EPO, Feb. 19, 2003, One Page, beeginning, "There are two points supplementary to my letter of Feb. 18...".
Letter From PRB Lawrence Of Gill Jennings & Every To EPO, Feb. 20, 2003, Two Pages, Beginning We Have Been Considering Further The Recent Assertion By The Patentee About The Alleged Non-Enabling Nature . . . :.
Interlocutory Decision of the Opposition Division of the European Patent Office in Respect of the EP Patent No. 0828663, (Copy), May 5, 2003, 25 pages.
Grounds of Appeal against the Interlocutory Decision by the Opposition Division, (Copy), filed by EP patentee, Sep. 2, 2003, European Patent No. 0 828 663 (Formerly European Patent Application No. 96908205.6) CarnaudMetalbox Plc and CarnmaudMetalbox SA Appeal against the Interlocutory Decision of the Opposition Division, May 5, 2003, with attached copies of Main Request, and Auxiliary Request 1 thru 8, 32 pages.
Grounds of Appeal against the Interlocutory Decision by the Opposition Division, (Confirmation), filed by EP opponent, Sep. 12, 2003, with attachments including graphics and English translation of JP-U57-117323 and Technical Statement of Facts of Bill Hartman in Opposition to EP 828 663, with attachments, Technical Statement by Dean Scranton, Technical Statement of Facts of Christopher Sjostrom in Opposition to EP 828 663, Technical Statement by Gary Smith for Opposition to EP 828 663, Technical Statment by Timothy L. Turner, 57 pages.
Plaintiffs' Responses and Objections to Defendants' First Set of Interrogatories; Civil Action No. 03-C-0137-S; Interrogatory No. 2; pp. 1, 9, 10, and 11. (Pp. 1 and 11 are redacted); dated Jun. 16, 2003.
Opinion of the United States District Court for the Western District of Wisconsin in Anheuser-Busch Companies, Inc. v. Crown Cork & Seal Co., Inc.; Case No. 03-C-137-S; dated Nov. 20, 2003, 35 pages.
Submission of Enclosed Office Action dated Feb. 3, 2004, that issued in U.S. Appl. No. 10/417,980 which claims priority to the instant application.

Reply Brief in the EPO Opposition Proceeding: European Patent No. 0 828 663 (Formerly European Application No. 96908205.6) CarnaudMetalbox Plc and CarnaudMetalbox SA Appeal against the Interlocutory Decision of the Opposition, Letter dated May 13, 2004, 24 pages, Letter from James P. Tanner to Ismay Ratliff dated May 14, 2004, Beginning "This is further to our discussion on May 13, 2004 . . . ", 1 page.

**PATENTS OR PUBLICATIONS NOT CITED ON THE FACE OF THE '826 OR '875 PATENTS**

1. U.S. Patent 4,571,978 issued to Taube on February 26, 1984.

2. Japanese Unexamined Patent Application Publication H5-185170,

    invented by Toshiaki Owaki and published on July 27, 1993.

**THE PERSONS REXAM MAY RELY ON AS HAVING PRIOR KNOWLEDGE OF OR AS HAVING PREVIOUSLY USED OR OFFERED FOR SALE THE INVENTION OF THE '826 AND '875 PATENTS**

Tim Turner and Randy Forrest of Rexam whose contact information has been made available to Crown and whose depositions have been taken by Crown.

Of Counsel:
George P. McAndrews
Steven J. Hampton
Gerald C. Willis
Paul W. McAndrews
McAndrews, Held & Malloy, Ltd.
500 W. Madison Street, Suite 3400
Chicago, IL   60601
312-775-8000

Dated: January 18, 2008

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Anne Shea Gaza (#4093)
gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
302-651-7700
   *Attorneys for Defendant/Counterclaimant Rexam Beverage Can Co.*

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2008, I caused to be served by hand delivery and electronic mail the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Barry M. Klayman, Esq.
> Wolf, Block, Schorr
>   and Solis-Cohen LLP
> Wilmington Trust Center
> 1100 North Market
> Street, Suite 1001
> Wilmington, DE  19801

I hereby certify that on January 18, 2008, I caused the foregoing document to be served via electronic mail and Federal Express on the following non-registered participants:

> Dale M. Heist, Esq.
> heist@woodcock.com
> Chad E. Ziegler, Esq.
> ziegler@woodcock.com
> Woodcock Washburn LLP
> Cira Centre
> 2929 Arch Street, 12th Floor
> Philadelphia, PA 19104-2891

/s/ Anne Shea Gaza
Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

RLF1-3000496-1