**RICHARDS, LAYTON & FINGER**
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

ANNE SHEA GAZA
COUNSEL

DIRECT DIAL NUMBER
302-651-7539
GAZA@RLF.COM

January 18, 2008

**VIA HAND DELIVERY & E-FILING**
The Honorable Mary Pat Thynge
U.S. Magistrate Judge
U.S. District Court for the
 District of Delaware
844 North King Street
Lock Box 8
Wilmington, DE 19801

Re:   *Crown Packaging Technology, Inc. and Crown Cork & Seal USA, Inc. v. Rexam Beverage Can Co.*, C.A. No. 05-608-MPT
 **Response To Crown's Letter Regarding The Withdrawal Of Claims**

Dear Magistrate Judge Thynge:

On behalf of Rexam, we respectfully disagree with some of the assertions made in the plaintiff's letter to the court today. First, we believe that the motions for summary judgment, as they pertain to the claims that the plaintiff has dropped, are **not** moot. Rexam has filed dispositive motions on all of those claims regarding invalidity and non-infringement, which have been before the Court since January of 2007. Rexam believes that since those dispositive motions were filed with the Court, the Court still has jurisdiction over those motions.

Second, even if the issues of validity with respect to the claims that Crown has dropped were moot, Rexam's motions for summary judgment also address the two remaining claims – claim 14 of the '826 Patent and claim 34 of the '875 Patent – and as such, the final paragraph of plaintiff's letter is not only incorrect, but is misleading. These motions cannot be moot at least as to claims 14 of the '826 Patent and claim 34 of the '875 Patent.

On behalf of Rexam, we request a couple of days to more formally address the issues and assertions set forth in plaintiff's letter.

Respectfully,

*Anne Shea Gaza*
Anne Shea Gaza (#4093)
on behalf of George P. McAndrews

RLF1-3245448-1

The Honorable Mary Pat Thynge
January 18, 2008
Page 2


cc: Dale M. Heist, Esquire (via electronic mail)
    Barry M. Klayman, Esquire (via electronic mail)

RLF1-3245448-1