IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. AND CROWN CORK & SEAL USA, INC., | ) ) ) ) ) | |
| PLAINTIFFS, | ) ) ) | |
| V. | ) ) ) | CIVIL ACTION NO. 05-608 (MPT) |
| REXAM BEVERAGE CAN CO., | ) ) ) | |
| DEFENDANT. | ) ) ) | |

**CROWN PACKAGING TECHNOLOGY, INC. AND CROWN CORK & SEAL USA, INC.'S NOTICE PURSUANT TO 35 U.S.C. § 282**

Pursuant to 35 U.S.C. § 282, Plaintiffs Crown Packaging Technology, Inc., and Crown Cork & Seal USA, Inc. ("Crown"), hereby formally notify Defendant, Rexam Beverage Can Co., of the following patents, publications, and/or persons that Crown may rely upon to show the invalidity of United States Patent Nos. 5,222,385; 5,697,242; 6,129,230; and 6,260,728.

A.   **PATENTS & PUBLICATIONS**

Crown identifies the following patents, publications and documents as anticipation of one or more of the patents in suit or as showing the state of the art:

1. U.S. Patent 4,885,924 to Claydon et al. / Int'l Publication WO 83/02577

2. U.S. Patent 5,325,696 to Jentzsch

3. U.S. Patent Application 799,241

4. French Patent Application 2 585 332 (Riviere)

5. U.S. Patent 3,898,828 to Cassai

6. U.S. Patent 5,105,973 to Jentzsch

7. U.S. Patent 4,153,595 to Cvacho

8. U.S. Patent 6,405,889 to Niener

9. Published Japanese Application No. 9-142467 (Mitsubishi)

10. U.S. Patent 3,912,109 to Essex

11. U.S. Patent 2,158,312 to Terrell

12. U.S. Patent 3,498,245 to Hanson

13. U.S. Patent 3,469,428 to Aschberger

14. U.S. Patent 744,672 to Baeumle

15. U.S. Patent 5,738,237 to McEldowney

16. Crown also intends to rely on evidence of prior invention or public use based on the Stolle Machinery Can End, the Ball Bottom Reforming Process, and the Rexam 206 End With Open Score, as set forth in Crown's Statement of Prior Art and Prior Art combinations

**B. PERSONS**

Crown identifies the follow persons as being a prior inventor of the subject matter claimed by the patents in suit, or as having prior knowledge of or having previously used or offered for sale the invention of the patents in suit, or as having knowledge of the state of the art:

1. Martin Higham
   P.O. Box 3631
   Knysna
   6570
   South Africa

2. Mark Jacober
   c/o Ball Corporation
   10 Longs Peak Drive
   Broomfield, CO 80021

3. K. Reed Jentzsch
 c/o Ball Corporation
 10 Longs Peak Drive
 Broomfield, CO 80021

4. Anton Aschberger
 6661 Barrett Street
 Downers Grove, IL 60516

5. Kenneth M. Fultz
 1146 Superior Court
 Sidney, OH 45365

6. Timothy Turner
 614 Valley View Road
 Pecatonica, IL 61063

7. Witnesses Crown identified in the pre-trial order.

Dated: January 18, 2008                     Respectfully submitted,

                                            /s/ Barry Klayman
                                            _____
                                            Barry M. Klayman (ID # 3676)
                                            WOLF, BLOCK, SCHORR and
                                                SOLIS-COHEN LLP
                                            Wilmington Trust Center
                                            1100 N. Market Street, Suite 1001
                                            Wilmington, DE 19801
                                            (302) 777-0313

                                            *Attorney for Plaintiffs*
                                            *Crown Packaging Technology, Inc. and*
                                            *Crown Cork & Seal USA, Inc.*

*Of Counsel:*
Dale M. Heist
Lynn A. Malinoski
Chad E. Ziegler
WOODCOCK WASHBURN, LLP
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104
(215) 568-3100

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this date, he caused a copy of the foregoing Notice to be filed electronically with the Clerk of Court using CM/ECF and that copies were served on the person(s) listed below in the manner stated:

**VIA E-MAIL:**

Gerald C. Willis, Esq.
McAndrews, Held & Malloy, Ltd.
500 W. Madison Street, Suite 3400
Chicago, IL  60601
jwillis@mhmlaw.com

Anne Shea Gaza, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
gaza@rlf.com

Date: January 18, 2008                         ___/s/ Barry Klayman_____
                                                                Barry M. Klayman (#3676)