IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC., <br><br> Plaintiffs, <br><br> v. <br><br> REXAM BEVERAGE CAN CO. and REXAM BEVERAGE CAN AMERICAS, INC. <br><br> Defendants. | Civil Action No. 05-608-MPT <br><br> PUBLIC REDACTED VERSION |

## *COLOR CODED MINUSCRIPTS IN SUPPORT OF EXHIBIT D1 TO 1/28/08 PRETRIAL ORDER*

CROWN CORK & SEAL USA, INC.'S
DEPOSITION DESIGNATIONS,
REXAM BEVERAGE CAN CO.'S OBJECTIONS AND
COUNTER- DESIGNATIONS
&
CROWN CORK & SEAL USA, INC.'S OBJECTIONS TO
REXAM BEVERAGE CAN CO.'S COUNTER
DESIGNATIONS

# Index to Crown's Deposition Designation Binder
# In Support of Exhibit D1 to Pretrial Order

Deposition of Paul Azzaline dated July 13, 2006

Deposition of Terry Babbitt dated June 7, 2006

Deposition of Terry Babbitt dated December 5, 2006 (pursuant to Crown subpoena)

Deposition of Terry Babbitt dated December 5, 2006 (pursuant to Rexam subpoena)

Deposition of Christopher Caliendo dated August 16, 2006

Deposition of John Caton dated October 17, 2006

Deposition of John Caton dated December 12, 2006

Deposition of Kenneth Fultz dated November 9, 2006

Deposition of Mark Jacober dated September 19, 2006

Deposition of Kevin Jentzsch dated September 19, 2006

Deposition of Sylvan Praturlon dated July 12, 2006

Deposition of Timothy Turner dated August 21, 2006 (30(B)(6))

Deposition of Timothy Turner dated August 21, 2006

Deposition of Timothy Turner dated August 22, 2006

# REDACTED

Excerpts from the deposition transcripts are marked Confidential.