# EXHIBIT E

# EXHIBIT E1

Crown Cork and Seal USA, Inc.'s
Trial Exhibit List
No. 05-608(MPT)
EXHIBIT E1

| Exhibit # | Date | Bates Range | Description | Defendant's Objections | Marked | Offered | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|
| PTX 6 | | Rex 028024-27 | Development Team at Rexam | | | | | | |
| PTX 10 | 7/8/2003 | Rex 006181-88 | Rexam End Chuck Modifications Memorandum from Hartman to Grasso | | | | | | |
| PTX 23 | 10/18/1994 | | U.S. Patent No. 5,356,256 (Turner 1994) | 802, 901 | | | | | |
| PTX 24 | | Rex 016183 - 88 | Paper: "Rexam End Research, Development and Commercialization" by Raech, Forrett et al | -402, -403, 802, 901 | | | | | |
| PTX 25 | | Rex 015702 - 09 | Competitive Product Alert: Crown Superend | | | | | | |
| PTX 26 | | | Forrest Drawing | | | | | | |
| PTX 32 | 6/6/2001 | Rex 020417-18 | Rexam/Alcoa End Development Program Meeting Notes | -402, -403 | | | | | |
| PTX 46 | | | Rexam's U.S. Patent Application No. 10/846,259 (Turner); U.S. Patent Application No. US 2005/0006388 A1 | | | | | | |
| PTX 49 | | Rex 024699 | 2002 End of Year Project Summary, End Development Projects | | | | | | |
| PTX 53 | 6/29/1993 | | U.S. Patent No. 5,222,385 (Halasz 1993) | | | | | | |
| PTX 54 | 12/16/1997 | | U.S. Patent No. 5,697,242 (Halasz 1997) | | | | | | |
| PTX 55 | 12/12/1989 | | U.S. Patent No. 4,885,924 (Clayton 1989) | | | | | | |
| PTX 56 | 8/9/1989 | Rex 027112 | Inter-office Correspondence from P. Azzaline to J. Atkinson re: Bottom Reforming for Increased Strength | | | | | | |
| PTX 57 | 8/3/1989 | Rex 042594 | Handwritten Drawing | | | | | | |
| PTX 58 | 8/8/1989 | Rex 042595 | Sylvan Fratolon Handwritten Drawing | | | | | | |
| PTX 59 | 8/15/1989 | Rex 042599 | Sylvan Fratolon Handwritten Drawing | | | | | | |
| PTX 60 | 8/15/1989 | Rex 042598 | #8-32 Tap-Eq. Spaced Drawing | | | | | | |
| PTX 61 | 9/12/1989 | Rex 027228 | Evaluation Request from Sylvan Fratolon re: Reformed Can Bottom | | | | | | |
| PTX 62 | 10/18/1989 | Rex 027173-81 | Evaluation Request from Sylvan Fratolon re: Reformed Can Bottom (ANC-1A) | | | | | | |
| PTX 63 | 3/21/1990 | Rex 019031-32 | Inter-office Correspondence from P.H. Azzaline to J.E. Atkinson re: CMB Bottom Reforming | | | | | | |
| PTX 64 | | CCS0003024-84 | Patent Cooperation Treaty Application No. PCT/US90/00451; International Patent Application No. WO 91/11275 | | | | | | |
| PTX 65 | 5/2/1990 | Rex 027122-33 | Evaluation Request from N. Chernikoff re: CMB Demo Reforming - Buckle and Dimension Check | | | | | | |
| PTX 66 | 4/25/1990 | Rex 027203 | Evaluation Request from Sylvan Fratolon re: Reformed Can Bottom | | | | | | |
| PTX 67 | 5/8/1990 | Rex 019165-74 | Evaluation Request from Sylvan Fratolon re: Reformed Can Bottom | | | | | | |
| PTX 68 | 5/22/1990 | Rex 027103-05 | Letter with attachment from Victor Guarno to Mike Pierret re: Producing .0110 Gauge Cans at Barrington BN | | | | | | |
| PTX 69 | 8/27/1990 | Rex 027723-24 | Inter-office Correspondence from P. Azzaline to J. Cummings re: Bottom Profile Reforming | | | | | | |
| PTX 70 | 8/3/1990 | Rex 027113-16 | Inter-office Correspondence from P. Azzaline to Sylvan Fratolon, Victor Guarno and Andrew Halasz re: Bottom Reform Project | | | | | | |
| PTX 71 | 9/25/1990 | Rex 019175-82 | Evaluation Request from Victor Guarno re: Reformed Can Bottoms | | | | | | |
| PTX 72 | 9/20/1990 | Rex 019183-98 | Evaluation Request from P. Azzaline re: Bottom Reform Analysis | | | | | | |
| PTX 73 | 11/14/1990 | Rex 027196-201 | Inter-office Correspondence from P. Azzaline to J. Cummings re: Bottom Profile Reforming | | | | | | |
| PTX 74 | 2/5/1991 | Rex 027481 | Inter-office Correspondence from J. Caton to Distribution re: Bottom Profile Reforming | | | | | | |
| PTX 75 | 3/19/1991 | Rex 027099-101 | Inter-office Correspondence from J. Caton to D. Rovera re: Bottom Reform Meeting | | | | | | |
| PTX 76 | 5/30/1991 | Rex 027749-759 | Inter-office Correspondence from D. Shackell to M. Pierret re: Bottom Reform Pilot Line | | | | | | |
| PTX 77 | 6/19/1991 | Rex 027134-135 | Inter-office Correspondence from J. Caton to Distribution re: Bottom Profile Project Meeting | | | | | | |
| PTX 78 | 6/20/1991 | Rex 027038-069 | Inter-office Correspondence from D. Shackell to J. Caton re: Bottom Reform Pilot Line Experiment (LO1121) | | | | | | |
| PTX 79 | 7/25/1991 | Rex 027144-154 | Inter-office Correspondence from D. Shackell to M. Pierret re: Bottom Reform Experiment - Reform Angle/Gauge Effects (L1004-001) | | | | | | |
| PTX 80 | | Rex 081085-1256 | U.S. Patent No. 5,222,385 File History | | | | | | |

1/28/2008

Crown Cork and Seal USA, Inc. 's
Trial Exhibit List
No. 05-608(MPT)
EXHIBIT E1

| Exhibit # | Date | Bates Range | Description | Defendant's Objections | Marked | Offered | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|
| PTX 81 | 8/13/1991 | Rex 027137-143 | Inter-office Correspondence from M. Perret to J. Caton re: Bottom Reform Pilot Line Experiment (L1004-001) | | | | | | |
| PTX 82 | | | Budweiser Can | | | | | | |
| PTX 83 | | | Budweiser Can | | | | | | |
| PTX 88 | | | Dr. Pepper Can | | | | | | |
| PTX 89 | | | Budweiser Can 1993 | | | | | | |
| PTX 103 | 10/31/1990 | Rex 046023-024 | Inter-office Correspondence from P. Azzaline to J. Cummings re: Bottom Profile Reforming | | | | | | |
| PTX 104 | | Rex 042627-628 | Asy'x Reformer Tool Drawings | | | | | | |
| PTX 105 | | Rex 037999-38004 | Part Number 264920 Drawings | | | | | | |
| PTX 106 | | Rex 046169-188 | Roll Forming Drawings | | | | | | |
| PTX 108 | | Rex 030757 | Physical Exhibit (Rexam End) | | | | | | |
| PTX 109 | | Rex 049274 | SFP2-4D Shell Drawing | | | | | | |
| PTX 110 | | Rex 049275 | SFP2-4D Folded End Drawing | | | | | | |
| PTX 111 | | CCS0029434U | Standard End, CCS0029434U | | | | | | |
| PTX 112 | | | Superend | (Rex028473) 802, 901 | | | | | |
| PTX 115 | 7/7/2000 | Rex 028473-74 | Handwritten Notes | | | | | | |
| PTX 116 | 9/7/2000 | Rex 015886 | E-mail from Tim Turner to EXEC EX1.jfaustm re: info for Coil Layouts | | | | | | |
| PTX 117 | 1/4/2001 | Rex 015605 | E-mail from Bill Hartman to John Caton and Tim Turner re: Crown Superend | | | | | | |
| PTX 119 | 2/5/2001 | Rex 019508-913 | Correspondence from Tim Turner to C. Sawelkis re: 202 LOE Crown Superend | | | | | | |
| PTX 120 | 4/5/2001 | Rex 053307-213 | E-mail with Handwritten Notes from John Caton to Lars Emilson re: Superend Report | 402, -403 | | | | | |
| PTX 121 | 4/4/2001 | Rex 020343-344 | Capital Expenditure Request | -402, 403, 602 | | | | | |
| PTX 122 | | Rex 020345-351 | Executive Summary | 401, -403 | | | | | |
| PTX 124 | | Rex 016582-585 | "Crown Cork & Seal: The Shape of Things to Come" | 802 | | | | | |
| PTX 126 | 6/20/2001 | Rex 016588 | E-mail from Charlie Sawelkis to Tim Turner re: Rexam's Version of a 202 Superend | 402, 802 | | | | | |
| PTX 128 | | | U.S. Patent Application No. US 2003/0034346 | 402, -403 | | | | | |
| PTX 133 | 9/24/2001 | Rex 053192-95 | E-mail from William Brandell to Al Bohner re: Crown Superend | 403 | | | | | |
| PTX 135 | | Rex 053184-89 | Memorandum from Al Bohner to Bill Barker, et al. re: Millennium End | 402 | | | | | |
| PTX 137 | 2/19/2002 | Rex 053178-181 | E-mail from Lars Emilson to Mike Herdman, Bill Barker, Nabil Arbache, Al Bohner and Bengt Ellesson re: Superend | | | | | | |
| PTX 138 | 4/17/2002 | Rex 053132 | E-mail from Lars Emilson to John Caton, Bill Barker, Mike Herdman, Al Bohner, Nabil Arbache and William Brandell re: Millennium End Status Report | | | | | | |
| PTX 139 | 4/18/2002 | Rex 020842-43 | Capital Expenditure Report | | | | | | |
| PTX 141 | 7/9/2002 | Rex 053098 | E-mail from John Caton to Lars Emilson, William Brandell, Bengli Ellesson, Mike Herdman and Al Bohner re: Superend | | | | | | |
| PTX 142 | 12/10/2002 | Rex 010896-900 | Rexam/Ball Technical Meeting Agenda | 402, -403 | | | | | |
| PTX 149 | | Rex 043598-602 | Technical Statement by Timothy L. Turner | | | | | | |
| PTX 150 | 10/10/2000 | Rex 001358-66 | U.S. Patent No. 6,129,230 (Turner 2000) | | | | | | |
| PTX 151 | 7/17/2001 | Rex 001449-57 | U.S. Patent No. 6,260,728 (Turner 2001) | | | | | | |
| PTX 152 | 3/20/1990 | | U.S. Patent No. 4,901,880 (Taham 1990) | | | | | | |

Crown Cork and Seal USA, Inc. 's
Trial Exhibit List
No. 05-608(MPT)
EXHIBIT E1

| Exhibit # | Date | Bates Range | Description | Defendant's Objections | Marked | Offered | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|
| PTX 153 | 4/30/1991 | | U.S. Patent No. 5,011,037 (Moen 1991) | | | | | | |
| PTX 155 | | | Defendant-Counterclaimant Rexam Beverage Can Company's Supplemental Responses to Crown Technology, Inc.'s and Crown Cork and Seal USA, Inc.'s Second Set of Interrogatories | Preserve all general and specific objections stated in responses and subject to supplemental responses | | | | | |
| PTX 156 | 7/27/2006 | | Letter from Gerald Willis to Chad Ziegler re: Rexam's Supplemental Responses to Crown's Second Set of Interrogatories | None, subject to supplements or amendments to responses | | | | | |
| PTX 157 | | Rex 049262 | Score Line Drawing | 402 | | | | | |
| PTX 158 | | | Handwritten Drawing | 402, 403, 602, 901 | | | | | |
| PTX 159 | | | Handwritten Drawing | | | | | | |
| PTX 160 | | | Defendant-Counterclaimant Rexam Beverage Can Company's Responses to Crown Technology, Inc.'s and Crown Cork and Seal USA, Inc.'s Second Set of Interrogatories | Preserve all general and specific objections stated in responses and subject to supplemental responses | | | | | |
| PTX 161 | | Rex 042572 | Score Line Drawing | | | | | | |
| PTX 162 | | Rex 042567 | Stuhl-204/202 Drawing | | | | | | |
| PTX 163 | | Rex 042570 | Standard 202 Drawing | | | | | | |
| PTX 164 | | Rex 042568 | 361702/202 LOE Drawing | | | | | | |
| PTX 165 | | Rex 042569 | 204 LOE Drawing | | | | | | |
| PTX 166 | | Rex 042566 | Insert Score Drawing | | | | | | |
| PTX 167 | | Rex 042585 | Score Cap (Upper) Drawing | | | | | | |
| PTX 168 | 11/24/1997 | Rex 042533-36 | Interoffice Correspondence from Charles Sawrikis re J. Brunec re: Experimental Ends (T3-ENG) | | | | | | |
| PTX 169 | | Rex 042577 | Insert Score Drawing | | | | | | |
| PTX 170 | 12/9/1997 | Rex 042556 | E-mail from John Caton to F. Drelen and W. Holmes re: Score Path Design Meeting | | | | | | |
| PTX 171 | 2/3/1998 | Rex 042574-76 | Inter-office Correspondence from J. Brunec to Charles Sawrikis re: Pour Panel Retention - 202 Stohlc Style E-Z Sta Experimental Ends (T8-351-ENGR) | | | | | | |
| PTX 172 | | Rex 042581 | Score Punch Drawing | | | | | | |
| PTX 173 | | Rex 042547 | Insert Score Drawing | | | | | | |
| PTX 174 | | Rex 042542.1 | Insert Score Drawing | | | | | | |
| PTX 175 | | Rex 042546 | ST-2-2643 Drawing | | | | | | |
| PTX 176 | | Rex 042540 | ST-2-2643 Drawing | | | | | | |
| PTX 177 | | Rex 042544 | ANC Design Engr Drawing | | | | | | |
| PTX 178 | | Rex 042543 | ANC Design Engr Drawing | | | | | | |
| PTX 179 | | Rex 042541 | Picture of Standard End | | | | | | |

Crown Cork and Seal USA, Inc. 's
Trial Exhibit List
No. 05-608(MPT)
EXHIBIT E1

| Exhibit # | Date | Bates Range | Description | Defendant's Objections | Marked | Offered | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|
| PTX 180 | | Rex 042548 | ANC Design Engr Drawing | 402, 403, 602, 901 | | | | | |
| PTX 181 | | Rex 042542 | Insert Score Drawing | | | | | | |
| PTX 182 | | Rex 042554 | Insert Score Drawing | | | | | | |
| PTX 183 | | Rex 042555 | Insert Score Drawing | | | | | | |
| PTX 184 | | Rex 042527.1; Rex 042528.1 | Can End Drawings | | | | | | |
| PTX 185 | | Rex 042527 | Can End Drawing | | | | | | |
| PTX 186 | | Rex 042529.1 | Can End Drawings | | | | | | |
| PTX 187 | | Rex 042541.1 | Can End Drawings | | | | | | |
| PTX 188 | | Rex 042536=40 | Testing Data | 402, 602, 901 | | | | | |
| PTX 189 | | Rex 044645 | Photograph of Can Ends | | | | | | |
| PTX 190 | 7/14/1998 | Rex 042529=32 | Redacted E-mail from Charlie Sawickis re: 202 EZ Can Ends | | | | | | |
| PTX 191 | | Rex 042542 | Insert Score Drawing | | | | | | |
| PTX 192 | | Rex 042580 | 302/30 Drawing | | | | | | |
| PTX 193 | | Rex 042537 | History of Score Development to Prevent Hinge Tears on 202 Ends | | | | | | |
| PTX 194 | | | Photograph of Scansed Can Ends | | | | | | |
| PTX 195 | 8/29/2002 | Rex 022529=40 | Memorandum from John Caton to Ravi Rau re: Competitor End Report - 2002 | | | | | | |
| PTX 196 | | Rex 056581 | Physical Exhibit, Reng Pull End | | | | | | |
| PTX 198 | | Rex 0i0482=89 | Comparison of Cut Edges, Buckles and Metal Costs for Different Designs | | | | | | |
| PTX 200 | | BallRex 001791=92 | Ball Metal Container Division Research & Development Department | | | | | | |
| PTX 201 | | BallRex 000962=1253 | Ball Laboratory Notebook | 802, 901 | | | | | |
| PTX 202 | | BallRex 001866=2088 | Ball Laboratory Notebook | 802, 901 | | | | | |
| PTX 203 | | BallRex 001500=03 | Memorandum from Reed Jentzsch to Tom Licht re: Dome Reform/Dome Design To Date | 402, 901 | | | | | |
| PTX 204 | 6/6/1990 | BallRex 002174 | Indent Roller Drawing | 402, 901 | | | | | |
| PTX 205 | | BallRex 001853 | Dome Wall Reform Indentations Drawing | 402, 901 | | | | | |
| PTX 206 | | BallRex 001858 | Dome Reforming Crimper-Indenting Assembly | 402, 901 | | | | | |
| PTX 207 | 9/12/1990 | BallRex 002186=93 | Drawing | 402, 901 | | | | | |
| PTX 208 | | BallRex 002180 | Drawing | 402, 901 | | | | | |
| PTX 209 | | BallRex 002183 | Drawing | 402, 802, 901 | | | | | |
| PTX 210 | | BallRex=001746 - 90 | Metal Container Research & Development Presentation to 1990 Licensee Meeting November 1990 Westminster, Colorado | 402, 901 | | | | | |
| PTX 211 | | | Ball Assembly Drawing | 402, 901, no bates number | | | | | |
| PTX 212 | | BallRex=001864 | Cam Controlled Motion Drawing | 402, 901 | | | | | |
| PTX 213 | 7/5/1994 | CCS0003202=40 | U.S. Patent No. 5,325,696 (Jentzsch 1994) | 402 | | | | | |
| PTX 214 | | BallRex=001519 - 24 | Reforming Process History | 602, 802, 901 | | | | | |
| PTX 215 | | BallRex=001544; BallRex=001541 | Dome Reform Process | 602, 802, 901 | | | | | |
| PTX 216 | | Rex 013302 | Development Engineering Group Organizational Chart | | | | | | |
| PTX 224 | | Rex 022633=34 | 4/2001 Rexam BTEC Request Form from Tim Turner | | | | | | |
| PTX 262 | 5/25/2006 | | First Deposition Notice of Rexam Beverage Can Co. Pursuant to Federal Rule of Civil Procedure 30(B)(6) | | | | | | |
| PTX 301 | 5/30/1997 | Rex 018093=96 | American National Can internal Memorandum from J.C. Gallery to R. Szczerba, et al Re: BTEC 33d 202 Steel Downguaging Trial Schedule 1997 | | | | | | |

Crown Cork and Seal USA, Inc. 's
Trial Exhibit List
No. 05-608(MPT)
EXHIBIT E1

| Exhibit # | Date | Bates Range | Description | Defendant's Objections | Marked | Offered | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|
| PTX 302 | 11/19/1997 | Rex 018578-79 | E-mail with attachment from Tom Murry to J. Brisbin, et al. Re: Houston 25 cl Project Scope | | | | | | |
| PTX 303 | 2/21/1994 | Rex 019587 | Work Order 91 - 2708A | | | | | | |
| PTX 304 | 3/2/1994 | Rex 019503-04 | Work Order 91 - 2733 | | | | | | |
| PTX 306 | 9/13/1983 | | U.S. Patent No. 4,403,493 (Atkinson 1983) | | | | | | |
| PTX 314 | 4/21/1992 | | U.S. Patent No. 5,105,973 (Jentzsch 1992) | 402 | | | | | |
| PTX 315 | 12/22/1993 | Rex 045535 | Facsimile from Joe Cummings to Wayne Dahlgren and Jack Driteline. Belvac Production Machinery | | | | | | |
| PTX 316 | 3/29/1994 | Rex 045511 | Belvac letter from Dahlgren to Cummings | 403, 802 | | | | | |
| PTX 318 | 11/21/2006 | BEL 003396-65 | Belvac 595 Base Reformer shipping date information | | | | | | |
| PTX 319 | 1/13/1998 | | U.S. Patent No. 5,706,686 (Babbit 1998) | | | | | | |
| PTX 320 | 1/18/1996 | Rex 043691 | Humphries Letter to Schnur | 402, 403, 602, 802 | | | | | |
| PTX 321 | 3/6/1995 | Rex 043685 | Belvac Assembly Drawing of a Base Reformer Tool Pack | | | | | | |
| PTX 322 | 2/16/1996 | Rex 043669-65 | Belvac Position Paper re ANC U.S. Patent Number 5,222,385 | 402, 403, 802 | | | | | |
| PTX 323 | 6/13/2006 | CCS005814-60 | Worldwide Can Line Review | 402, 802, 901 | | | | | |
| PTX 324 | | BEL 0001607-1765 | Job File (PTX 324A-I) | 402 | | | | | |
| PTX 324 D | 7/15/1993 | BEL 0001699-1701 | Belvac Quotation for Crown Cork & Seal Model 595K Necker & Flanger | 402 | | | | | |
| PTX 324 E | 9/14/1993 | BEL 0001720-21 | CC&S Purchase Order No. 090-02242-00 | 402 | | | | | |
| PTX 324 F | 10/19/1993 | BEL 0001726-34 | Belvac Acceptance of Purchase Order | 402 | | | | | |
| PTX 325 | 5/25/2006 | | Crown's Notice of Deposition of Rexam Beverage Can Co. Pursuant to Federal Rule of Civil Procedure 30(B)(6) | | | | | | |
| PTX 327 | | | 12 oz Coke can, manufactured by Rexam circa 2006 in custody of MHM | | | | | | |
| PTX 328 | | | 12 oz Pepsi can, manufactured by MCC, showing an externally reformed stand diameter in custody of MHM | | | | | | |
| PTX 329 | 11/1/2004 | Rex 022542-46 | Memorandum from Ravi Rasu to John Caton re Competitor Cans and Ends Analysis Report 2004 Revised | | | | | | |
| PTX 332 | | Rex 043681-84 | ANC Tooling Royalty Ledger Q1-Q4 1995 | 402 | | | | | |
| PTX 333 | 5/27/1997 | Rex 043755-86 | Letter from Joseph Schill to Caton re 202,204,206 Neck Drawings | 402 | | | | | |
| PTX 334 | 3/10/1998 | | U.S. Patent No. 5,724,848 (Aschberger 1998) | 402 | | | | | |
| PTX 335 | 11/24/1999 | Rex 074336-53 | Competitor Can Evaluation Report for USA | 402 | | | | | |
| PTX 336 | 12/28/2000 | Rex 074376-94 | Competitor Can Evaluation Report 12 Oz Aluminum Can by Ravi Rasu to Paul Azzaline | 402 | | | | | |
| PTX 337 | 9/3/2002 | Rex 074333-29 | Competitor Can Report 2002 from Ravi Rasu to Caton | 402 | | | | | |
| PTX 339 | 12/10/1993 | Rex 042923 | E-mail from Joe Cummings to Rick Deneau re: Belvac Reformer Agreement | 402 | | | | | |
| PTX 340 | 3/3/1995 | Rex 043685-86 | Assembly Dome Reformer Die drawing | | | | | | |
| PTX 341 | 6/25/1996 | WW 001626-33 | Petition to Make Special under 37 CFR 1 102 In Re Divisional Application of Halasz, Prawirlon, Azzaline, Caliendo | 402, 403 | | | | | |
| PTX 400 | 10/31/2006 | | Subpoena on Stolle Machinery Company, LLC | | | | | | |
| PTX 401 | | | D147107 Rev B | | | | | | |
| PTX 402 | | | D147107 Rev A | | | | | | |
| PTX 403 | | | D147107 Rev 0 | | | | | | |
| PTX 404 | | | Hand drawing by Mr. Fultz | | | | | | |
| PTX 405 | | STO436-0496 | PO Releases | | | | | | |
| PTX 406 | | STO257-0435 | C1003 Project file | | | | | | |
| PTX 407 | | | Stolle Ends - 10438 | | | | | | |

Crown Cork and Seal USA, Inc. 's
Trial Exhibit List
No. 05-608(MPT)
EXHIBIT E1

| Exhibit # | Date | Bates Range | Description | Defendant's Objections | Marked | Offered | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|
| PTX 408 | | STU116-0206 | Project file, Reynolds Latasa | | | | | | |
| PTX 409 | | | Stelle Ends - 10448 | | | | | | |
| PTX 410 | | ST035-058 | Project file, C1113 | | | | | | |
| PTX 411 | | ST039-0115 | Project file, Reynolds Latasa | | | | | | |
| PTX 412 | | ST002-0034 | Ream Job file | | | | | | |
| PTX 413 | | | Cross-section of an end | 402 | | | | | |
| PTX 414 | | | Drawing E144940 | | | | | | |
| PTX 415 | 3/25/1986 | | U.S. Patent No. 4,577,774 (Nguyen 1986) | | | | | | |
| PTX 416 | 4/24/1995 | Bellflex-0000893-914 | Letter from Schneiders to Babbit re infringement of ANC Patent No. 5,325,696 | 402, 403, 802 | | | | | |
| PTX 417 | | | Expert Report Gillest re Infringement 839, 385, 242, 230 & 728 and Higham Rebuttal re 728 & 230 and Aschberger Rebuttal Report | | | | | | |
| PTX 418 | | | Aschberger Expert Report re Validity 385, 242 & 839 and Gillest Rebuttal | | | | | | |
| PTX 419 | 1/11/2007 | | Hand Drawing by Gillest | | | | | | |
| PTX 420 | | | Crown LOE ends (physical) | | | | | | |
| PTX 421 | | | Superend (physical) | | | | | | |
| PTX 426 | | | Expert Report of Higham on Validity of 728 & 230 and Gillest Rebuttal | | | | | | |
| PTX 427 | 12/27/2006 | | Lawton Expert Report | | | | | | |
| PTX 428 | | | Errata to Lawton Expert Report | | | | | | |
| PTX 430 | 1/23/2006 | | Lawton Rebuttal Report | | | | | | |
| PTX 434 | | CCS 29420X | Crown Budweiser Can | | | | | | |
| PTX 435 | 12/11/1995 | | 204 Smooth Neck Bottom Reform (Budweiser Unopened Can) - Physical | | | | | | |
| PTX 454 | | BEL 000122-31 | Belvac Neckers and Bottom Reformers | | | | | | |
| PTX 455 | | BEL 000106-08 | CCS Instoreal Purchases Neck/Reform Equipment 1990-2005 | | | | | | |
| PTX 456 | | BEL 001133-1346 | Operation, Safety, & Maintenance Manual for the 595 Necker System | | | | | | |
| PTX 457 | | BEL 001318; BEL 001317 | 595 Modular System Figure 3 Dome Reform Assembly | | | | | | |
| PTX 458 | 3/3/1995 | BEL 0023894 | Belvac drawing of Reformer re Assembly Dome Reformer Die No. 1700244 | | | | | | |
| PTX 459 | | CCS0057953 | BEL 0023894 with annotations | | | | | | |
| PTX 462 | 1/30/1995 | CCS0045817-18 | Facsimile from Pariso to Bauder and Kelly re #60 Ft Blend Modernization Belvac neckers | | | | | | |
| PTX 466 | 10/9/1996 | CCS0035032 | Stolle Machinery / Crown Engineering Drawing No. 3016494, Cup Upper Score, 202 LOE Large Hinge | | | | | | |
| PTX 467 | 5/8/2000 | CCS0035038 | Stolle Machinery / Crown Engineering Drawing No. 3015542, Cup Upper Score, 202 Superend | | | | | | |
| PTX 486 | 11/15/2002 | CCS0059245 | B-890D-JR Receptacle (-0091) Drawing No. 3-3503891 | 901, 602 | | | | | |
| PTX 511 | 9/17/1991 | | U.S. Patent No. 5,049,019 (Franek 1991) | 901; insufficient identification | | | | | |
| PTX 512 | 9/1/1992 | | U.S. Patent No. 5,143,504 (Braakman 1992) | 901; insufficient identification | | | | | |
| PTX 513 | | | European Patent EPO 365,063 B1 (Braakman) | 901; insufficient identification | | | | | |
| PTX 514 | 10/1/1996 | | U.S. Patent No. 5,561,004 (Bates 1996) | 901; insufficient identification | | | | | |
| PTX 515 | 8/10/2004 | | U.S. Patent No. 6,772,900 (Turner 2004) | 901; insufficient identification | | | | | |

Crown Cork and Seal USA, Inc.'s
Trial Exhibit List
No. 05-608(MPT)
EXHIBIT E1

| Exhibit # | Date | Bates Range | Description | Defendant's Objections | Marked | Offered | Admitted | Date | Witness |
|-----------|------|-------------|-------------|------------------------|--------|---------|----------|------|---------|
| PTX 516 | 2/25/1986 | | U.S. Patent No. 4,571,978 (Taube 1986) | 901; insufficient identification | | | | | |
| PTX 517 | 6/28/1977 | | U.S. Patent No. 4,031,837 (Jordan 1977) | 901; insufficient identification | | | | | |
| PTX 518 | 7/9/1985 | | U.S. Patent No. 4,527,412 (Stoffel 1985) | 901; insufficient identification | | | | | |
| PTX 519 | | | Certified File History of U.S. Patent No. 5,697,242 | 901; insufficient identification | | | | | |
| PTX 520 | | | U.S. Patent Application No. 799,241 (Jentzsch) | insufficient | | | | | |
| PTX 521 | | | French Patent Application No. 2,585,332 (with English-language translations) | 901; insufficient identification; 402 | | | | | |
| PTX 522 | 8/12/1975 | | U.S. Patent No. 3,898,828 (Cassia 1975) | 901; insufficient identification; 402 | | | | | |
| PTX 523 | 4/30/1985 | | U.S. Patent No. 4,513,595 (Cvacho 1985) | 901; insufficient identification; 402 | | | | | |
| PTX 524 | 8/11/1987 | | U.S. Patent No. 4,685,582 (Pulciani 1987) | insufficient | | | | | |
| PTX 525 | 9/6/1988 | | U.S. Patent No. 4,768,672 (Pulciani 1988) | 901; insufficient identification; 402 | | | | | |
| PTX 526 | 8/4/1987 | | International Publication No. WO 83/02377 (Clavdon) | 901; insufficient identification | | | | | |
| PTX 527 | | | Certified File History of U.S. Patent No. 6,260,728 | 901; insufficient identification | | | | | |
| PTX 528 | | | Certified File History of U.S. Patent No. 6,129,230 | 901; insufficient identification | | | | | |
| PTX 529 | 5/22/2001 | | U.S. Patent No. 6,234,336 (Neiner 2001) | insufficient | | | | | |
| PTX 530 | 6/18/2002 | | U.S. Patent No. 6,405,889 (Neiner 2002) | 901; insufficient identification | | | | | |
| PTX 531 | 2/15/2000 | | U.S. Patent No. 6,024,239 (Turner 2000) | 901; insufficient identification | | | | | |
| PTX 532 | | | U.S. Patent No. 5,711,448 (Clarke 1998) | 901; insufficient identification | | | | | |
| PTX 533 | 4/14/1998 | | U.S. Patent No. 5,738,237 (McEldowney 1998) | 901; insufficient identification | | | | | |

1/28/2008

Crown Cork and Seal USA, Inc. 's
Trial Exhibit List
No. 05-608(MPT)
EXHIBIT E1

| Exhibit # | Date | Bates Range | Description | Defendant's Objections | Marked | Offered | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|
| PTX 534 | 6/3/1997 | | Unexamined Japanese Publication Number H09-142467 | 901; insufficient identification | | | | | |
| PTX 535 | 12/27/1994 | | U.S. Patent No. 5,375,729 (Schubert 1994) | 901; insufficient identification | | | | | |
| PTX 536 | | | Japanese Published Application No. 8-244,769 | 901; insufficient identification | | | | | |
| PTX 537 | 11/10/1992 | BallRex 0000932-57 | Ball Belvac Agreement | 802, 901, 602 | | | | | |
| PTX 571 | | CCS0062049-50 | Engineering Standard for Manufacture BZ-202-A115 Stolle SELOE DCMD - 202 Supereval DA HX | | | | | | |
| PTX 572 | | CCS0062051-52 | Engineering Standard for Manufacture BZ-202-A117 Stolle SELOE DCMD - 202 Supereval SP (Winchester) | | | | | | |
| PTX 573 | | CCS0062053-54 | Engineering Standard for Manufacture BZ-202-A110 Stolle SELOE DCMD - 202 Supereval SP (Winchester) | | | | | | |
| PTX 577 | | | Curriculum Vitae of Martin Hughson | | | | | | |
| PTX 617 | 7/22/1993 | CCS0046119-25 | Memorandum from Bauder to Richad Szech re D&I Engineering Report - July | 402, 403 | | | | | |
| PTX 618 | 9/28/1993 | CCS0046972-77 | Memorandum from Richard Szech to M.J. McKenna re Engineering Activity Report - September '93 | 402, 403 | | | | | |
| PTX 619 | 1/26/1994 | CCS0046978-90 | Memorandum from Bauder to Richard Szech re D&I Engineering Report - January | 402, 403 | | | | | |
| PTX 621 | 5/27/1994 | CCS0046162-68 | Memorandum from Richard Szech to M.W. Harman re Engineering Activity Report - May '94 | 402, 403 | | | | | |
| PTX 622 | 6/17/1994 | CCS0046158-61 | Memorandum from Gruedis to Szech re Light-Weight Can Development for Anheuser-Busch | 402, 403 | | | | | |
| PTX 623 | 12/6/1994 | CCS0045793-95 | Memorandum from Weiss to Szech et al re A-B Lightweighting Program | 402, 403 | | | | | |
| PTX 624 | 12/20/1994 | CCS0047052-69 | Memorandum from Richard Szech to M.W. Harman re Engineering Activity Report - December '94 | 402, 403 | | | | | |
| PTX 625 | 1/24/1995 | CCS0045811-14 | Memorandum from Richard Szech to Carol Weiss re A-B Tech. Mtg. | 402, 403 | | | | | |
| PTX 626 | 1/27/1995 | CCS0045784-90 | Memorandum from Tang to Szech re A-B Light-Weighing Program Pre-Phase Trials | 402, 403 | | | | | |
| PTX 627 | 2/10/1995 | CCS0045881-901 | Memorandum from Rich DeYoung to Bauder et al re Operating Plan, Modernization Planning | 402, 403 | | | | | |
| PTX 628 | 2/21/1995 | CCS0045776-81 | 1995 Operating Plan #60 Fort Bend | 402, 403 | | | | | |
| PTX 629 | 5/15/1995 | CCS0046106-11 | Memorandum from Tang to Szech re Two-Piece Can Engineering Technical Report for May 1995 | 402, 403 | | | | | |
| PTX 630 | 4/8/1996 | CCS0046070-75 | Memorandum from Tang to Turner re Two-Piece Can Engineering Technical Report for April 1996 | 402, 403 | | | | | |
| PTX 631 | 9/4/1996 | CCS0058059-61 | Facsimile from Golding to William Jowitt re Base Reforming | 402, 403 | | | | | |
| PTX 632 | 9/16/1996 | CCS0046035-43 | Memorandum from Tang to Turner re Two-Piece Can Engineering Technical Report for September 1996 | 402, 403 | | | | | |
| PTX 634 | 11/22/1996 | CCS0046023-34 | Memorandum from Tang to Turner re Two-Piece Can Engineering Technical Report for November 1996 | 402, 403 | | | | | |
| PTX 635 | 12/1/1996 | CCS0046011-22 | Memorandum from Tang to Turner re Two-Piece Can Engineering Technical Report for December 1996 | 402, 403 | | | | | |
| PTX 636 | | CCS0045991-98 | System 595 Neckers Belvac and Reformers | | | | | | |
| PTX 649 | 1/5/1998 | CCS0074247 | Drawing: Generic D&I 202 Can Specifications No. 2-35016674E | | | | | | |
| PTX 650 | 12/2/1998 | CCS0074248 | Drawing: Generic D&I 202 Can Specifications No. 2-35016758 | | | | | | |
| PTX 651 | 2/5/1999 | CCS0074249 | Drawing: Generic D&I 202 Can Specifications No. 2-35016681C | | | | | | |
| PTX 652 | 2/5/1999 | CCS0074250 | Drawing: Generic D&I 202 Can Specifications No. 2-35016838 | | | | | | |
| PTX 653 | 11/15/1996 | CCS0074251 | Drawing: #60 Ft. Bend No. 2-35005694 | | | | | | |
| PTX 654 | 11/15/1996 | CCS0074252 | Drawing: #60 Ft. Bend No. 2-35005710 | | | | | | |

Crown Cork and Seal USA, Inc. 's
Trial Exhibit List
No. 05-608(MPT)
EXHIBIT E1

| Exhibit # | Date | Bates Range | Description | Defendant's Objections | Marked | Offered | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|
| PTX 655 | | CCS0054640 | Crown Necker Systems US - Plant information | | | | | | |
| PTX 657 | 10/28/2004 | CCS0055251 | Engineering Standard for Manufacture, BB-12-A37, Bev -2Pc Can 12oz Alum 202/211x413 - B92UD - 14DN+SF (AB) | | | | | | |
| PTX 658 | | CCS0055263-65 | Ft Bend Can Body Configuration Spreadsheet | 602 | | | | | |
| PTX 659 | | CCS0055338-40 | Ft Bend Can Body Configuration Spreadsheet | 602 | | | | | |
| PTX 660 | | CCS0055480-89 | Ft Bend Can Body Configuration Spreadsheet | 602 | | | | | |
| PTX 661 | | CCS0055600-03 | Ft Bend Can Body Configuration Spreadsheet | 602 | | | | | |
| PTX 662 | | CCS0055609 | Ft Bend Can Body Configuration Spreadsheet | 602 | | | | | |
| PTX 663 | | CCS0056047-50 | Ft Bend Can Body Configuration Spreadsheet | 602 | | | | | |
| PTX 664 | | CCS0056132-35 | Ft Bend Can Body Configuration Spreadsheet | 602 | | | | | |
| PTX 667 | 11/21/2001 | BEL_0022892 | Belvac drawing Roller Reformer 040RAD x 083 HR No. 1700924 | | | | | | |
| PTX 668 | 9/11/2002 | BEL_0023893 | Belvac drawing Receptacle Dome Assembly B992C No. 1700943 | | | | | | |
| PTX 669 | 10/16/2004 | BEL_0022923 | Belvac drawing Receptacle Dome No. 1700944 | | | | | | |
| PTX 670 | 12/22/1993 | Rex 04533+-35 | Facsimile from Joe Cummings to WayneDahlgren and Joe Diterline re reformers meeting | 402, 802, 602 | | | | | |
| PTX 671 | 12/1/1988 | CCS004393-421 | Base Profile Reforming Paul Clendon Container Performance MB Group Technology | 901, 602 | | | | | |
| PTX 672 | | CCS0058077-89 | Crown Bottom Reforming presentation | | | | | | |
| PTX 673 | | CCS0055036 | Belvac Base Profile Reforming diagram | | | | | | |
| PTX 674 | | CCS0055076-98 | Proposed XP - Package Procedure for Crown Two Piece Can Development (CCS-B920) | 901, 602 | | | | | |
| PTX 675 | 2/2/1995 | CCS0054745-47 | Facsimile from Gngola to Charles Price re CCS-B920 Report | | | | | | |
| PTX 676 | 7/15/1996 | CCS0057926-9, CCS0057923 | Minutes from Meeting with Belvac July 9, 1996 | 802, 901, 602 | | | | | |
| PTX 677 | 8/2/1996 | CCS0057958-59 | Facsimile from Bruce Geever to Golding re Belvac Bottom Reforming - Base reforming data CCS-B920 Profile | | | | | | |
| PTX 678 | 2/11/1997 | CCS0072263-64 | Memorandum from Helberger to Axtlheiger re Meeting with Belvac 1-30-97 | 802, 901, 602 | | | | | |
| PTX 679 | 8/26/1997 | CCS0080406-10 | Facsimile from Browning to Ben Blaikmon re Reformer (B920) with attached drawings | | | | | | |
| PTX 680 | 9/10/1997 | CCS0057850 | Facsimile from Browning to Price re Reformer | 802, 901, 602 | | | | | |
| PTX 681 | 9/14/1994 | CCS0089005 | Belvac drawing Parameter DWG Roller (Reformer) No. 17000213 | | | | | | |
| PTX 682 | 9/14/1994 | CCS0080004 | Belvac drawing Parameter DWG Dome Receptacle No. 17000214 | | | | | | |
| PTX 683 | 9/29/1995 | CCS0080008 | Belvac drawing Assembly Base Reformer Tooling No. 17000363 | | | | | | |
| PTX 684 | 10/28/2004 | CCS0064367 | Engineering Standard for Manufacture, BB-12-A37, Bev -2Pc Can 12oz Alum 202/211x413 - B92UD - 14DN+SF (AB) | | | | | | |
| PTX 685 | 10/28/2004 | CCS0064368 | Engineering Standard for Manufacture, BB-12-A37, Bev -2Pc Can 12oz Alum 202/211x413 - B92UD - 14DN+SF (AB) | | | | | | |
| PTX 686 | 5/19/2004 | CCS0074242 | Crown Engineering Standard for Manufacture, BB-12-A24, Bev-2Pc Can 12oz Alum 202/211x413 - B92UD - 14DN+SF | | | | | | |
| PTX 687 | 1/6/2006 | CCS0074243 | Engineering Standard for Manufacture, BB-16-A6, Bev-2Pc Can 16oz Alum 202/211x603 - B92UDX2-JR - 14DN+SF | | | | | | |
| PTX 688 | 3/2/2006 | CCS0074244 | Engineering Standard for Manufacture, BB-16-A6, Bev-2Pc Can 16oz Alum 202/211x603 - B890E-JR - 14DN+SF | | | | | | |
| PTX 689 | 6/12/2006 | CCS0074245 | Engineering Standard for Manufacture, BB-16-A6, Bev-2Pc Can 16oz Alum 202/211x603 - B890DX2-JR - 14DN+SF | | | | | | |
| PTX 690 | 3/2/2006 | CCS0074246 | Engineering Standard for Manufacture, BB-16-A6, Bev-2Pc Can 16oz Alum 202/211x603 - B890E-JR - 14DN+SF | | | | | | |
| PTX 691 | 9/14/1994 | CCS0064365 | Belvac drawing Parameter DWG Roller (reformed) No. 1700213 | | | | | | |
| PTX 692 | 9/14/1994 | CCS0064366 | Belvac drawing Parameter DWG Dome Receptacle No. 17000214 | | | | | | |
| PTX 693 | 3/5/1995 | CCS0029393 | Belvac drawing Assembly Dome Reformer Die CC&S Show Machine No. 1700024 | | | | | | |
| PTX 694 | | BEL_002362C-5 | Belvac Base Reformer Shipment Log. | 901, 802 | | | | | |

Crown Cork and Seal USA, Inc. 's
Trial Exhibit List
No. 05-608(MPT)
EXHIBIT E1

| Exhibit # | Date | Bates Range | Description | Defendant's Objections | Marked | Offered | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|
| PTX 696 | | | Figure 3A from U.S. Patent No. 5,738,237 (McEldowney) with annotations, Attachment 4-1 to Higham Validity Report re 230 & 728 Patents | 402, 602, 901 unless only used as a demonstrative | | | | | |
| PTX 697 | | | Closeup of Fig 3A from U.S. Patent No. 5,738,237 (McEldowney) with annotations, Attachment 4-2 to Higham Validity Report re 230 & 728 Patents | 402, 602, 901 unless only used as a demonstrative | | | | | |
| PTX 698 | | | Photograph of the ends made by Stolle according to ns D-147107 drawing in 1996 with annotations, Attachment 4-3 to Higham Validity Report re 230 & 728 Patents | 402, 602, 901 unless only used as a demonstrative | | | | | |
| PTX 699 | | | Portion of Stolle drawing D-147107 (PTX 401) with annotations, Attachment 4-4 to Higham Validity Report re 230 & 728 Patents | 402, 602, 901 unless only used as a demonstrative | | | | | |
| PTX 700 | | | Portion of Stolle drawing D-147107 (PTX 401) with annotations, Attachment 4-5 to Higham Validity Report re 230 & 728 Patents | 402, 602, 901 unless only used as a demonstrative | | | | | |
| PTX 701 | | | Portion of Stolle drawing D-147107 (PTX 401) with annotations, Attachment 4-6 to Higham Validity Report re 230 & 728 Patents | 402, 602, 901 unless only used as a demonstrative | | | | | |
| PTX 702 | | | Portion of Stolle drawing D-147107 (PTX 401) with annotations, Attachment 4-7 to Higham Validity Report re 230 & 728 Patents | 402, 602, 901 unless only used as a demonstrative | | | | | |
| PTX 703 | | | Photograph of opened Stolle End with annotations, Attachment 4-8 to Higham Validity Report re 230 & 728 Patents | 402, 602, 901 unless only used as a demonstrative | | | | | |

Crown Cork and Seal USA, Inc.'s
Trial Exhibit List
No. 05-608(MPT)
EXHIBIT E1

| Exhibit # | Date | Bates Range | Description | Defendant's Objections | Marked | Offered | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|
| PTX 704 | | | Photograph of opened Stolle End with annotations, Attachment 4-9 to Higham Validity Report re 230 & 728 Patents | 402, 602, 901 unless only used as a demonstrative | | | | | |
| PTX 705 | | | Photograph of opened Stolle End with annotations, Attachment 4-10 to Higham Validity Report re 230 & 728 Patents | 402, 602, 901 unless only used as a demonstrative | | | | | |
| PTX 706 | | | Portion of 202 Score Line Drawing (PTX 157), Attachment 4-11 to Higham Validity Report re 230 & 728 Patents | 402, 602, 901 unless only used as a demonstrative | | | | | |
| PTX 707 | | | Photograph of Crown LOE hinge crack induced by Rexam, from Rexam's responses to Crown's Interrogatory No. 11, Attachment 4-12 to Higham Validity Report re 230 & 728 Patents | 402, 602, 901 unless only used as a demonstrative | | | | | |
| PTX 708 | | | Table of measurements of Stolle End (silver color), Attachment 4-13 to Higham Validity Report re 230 & 728 Patents | 402, 403 | | | | | |
| PTX 709 | | | Table of measurements of Stolle End (gold color), Attachment 4-14 to Higham Validity Report re 230 & 728 Patents | 402, 403 | | | | | |
| PTX 710 | | | Portion of production tool drawing for Recam 206 end (Rex 0739580), Attachment 4-15 to Higham Validity Report re 230 & 728 Patents | 402, 602, 901 unless only used as a demonstrative | | | | | |
| PTX 711 | | | Sketch by Turner depicting the score used on an ANC open score line end (PTX 158), Attachment 4-16 to Higham Validity Report re 230 & 728 Patents | 402, 602, 901 unless only used as a demonstrative | | | | | |
| PTX 713 | | | Portion of Figure 1 from U.S. Patent No. 6,405,889 (Neiner 2002) with annotations | 402, 602, 901 unless only used as a demonstrative | | | | | |
| PTX 714 | | | Portion of Figure 3 from U.S. Patent No. 6,405,889 (Neiner 2002) with annotations, Attachment 4-18 to Higham Validity Report re 230 & 728 Patents | 402, 602, 901 unless only used as a demonstrative | | | | | |

Crown Cork and Seal USA, Inc.'s
Trial Exhibit List
No. 05-608(MPT)
EXHIBIT E1

| Exhibit # | Date | Bates Range | Description | Defendant's Objections | Marked | Offered | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|
| PTX 715 | | | Closeup of Figure 3 from U.S. Patent No. 6,405,889 (Nener 2002) with annotations, Attachment 4-19 to Higham Validity Report re 230 & 728 Patents | 402 (in light of court's claim construction); also 402, 602, 901 unless only used as a demonstrative | | | | | |
| PTX 716 | | | Closeup of Figure 3 from U.S. Patent No. 6,405,889 (Nener 2002) with annotations, Attachment 4-20 to Higham Validity Report re 230 & 728 Patents | 402 (in light of court's claim construction); also 402, 602, 901 unless only used as a demonstrative | | | | | |
| PTX 717 | | | Closeup of Figure 3 from U.S. Patent No. 6,405,889 (Nener 2002) with annotations, Attachment 4-21 to Higham Validity Report re 230 & 728 Patents | 402 (in light of court's claim construction); also 402, 602, 901 unless only used as a demonstrative | | | | | |
| PTX 718 | | | Portion of Figure 1 from the Japanese 467 Patent with annotations, Attachment 4-22 to Higham Validity Report re 230 & 728 Patents | 402 (in light of court's claim construction); also 402, 602, 901 unless only used as a demonstrative | | | | | |
| PTX 719 | | | Portion of Figure 2 from the Japanese 467 Patent with annotations, Attachment 4-23 to Higham Validity Report re 230 & 728 Patents | 402 (in light of court's claim construction); also 402, 602, 901 unless only used as a demonstrative | | | | | |

Crown Cork and Seal USA, Inc.'s
Trial Exhibit List
No. 05-608(MPT)
EXHIBIT E1

| Exhibit # | Date | Bates Range | Description | Defendant's Objections | Marked | Offered | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|
| PTX 720 | | | Closeup of Figure 2 from the Japanese 467 Patent with annotations, Attachment 4-24 to Higham Validity Report re 230 & 728 Patents | 402 (in light of court's claim construction), also 402, 602, 901 unless only used as a demonstrative | | | | | |
| PTX 721 | | | Closeup of Figure 2 from the Japanese 467 Patent with annotations, Attachment 4-25 to Higham Validity Report re 230 & 728 Patents | 402 (in light of court's claim construction), also 402, 602, 901 unless only used as a demonstrative | | | | | |
| PTX 722 | | | Closeup of Figure 2 from the Japanese 467 Patent with annotations, Attachment 4-26 to Higham Validity Report re 230 & 728 Patents | 402 (in light of court's claim construction), also 402, 602, 901 unless only used as a demonstrative | | | | | |
| PTX 723 | | | Photograph of Crown 202 LOE end with tab in place - unopened, Attachment IV-1 to Higham Infringement Report re 230 & 728 Patents | 402 (in light of court's claim construction), also 402, 602, 901 unless only used as a demonstrative | | | | | |
| PTX 724 | | | Photograph of Crown 202 LOE end with tab in place - unopened, Attachment IV-2 to Higham Infringement Report re 230 & 728 Patents | 402, 602, 901 unless only used as a demonstrative | | | | | |
| PTX 725 | | | Photograph of Crown 202 LOE end with tab in place - opened, Attachment IV-3 to Higham Infringement Report re 230 & 728 Patents | 402, 403 in light of court's claim construction | | | | | |

Crown Cork and Seal USA, Inc.'s
Trial Exhibit List
No. 05-608(MPT)
EXHIBIT E1

| Exhibit # | Date | Bates Range | Description | Defendant's Objections | Marked | Offered | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|
| PTX 726 | | | Closeup of Photograph of Crown 202 LOE end with tab in place - opened, with annotations, Attachment IV-4 to Higham Infringement Report re 230 & 728 Patents | 402, 403 in light of court's claim construction | | | | | |
| PTX 727 | | | Photograph of Crown 202 LOE end with tab removed - opened, Attachment IV-5 to Higham Infringement Report re 230 & 728 Patents | 402, 403 in light of court's claim construction | | | | | |
| PTX 728 | | | Closeup of Photograph of Crown 202 LOE end with tab removed - opened, with annotations, Attachment IV-6 to Higham Infringement Report re 230 & 728 Patents | 402, 403 in light of court's claim construction | | | | | |
| PTX 729 | | | Closeup of Crown 202 LOE end - opened, with annotations, Attachment IV-7 to Higham Infringement Report re 230 & 728 Patents | 402, 403 in light of court's claim construction | | | | | |
| PTX 730 | | | Closeup of Crown 202 LOE end - opened, with annotations, Attachment IV-8 to Higham Infringement Report re 230 & 728 Patents | 402, 403 in light of court's claim construction | | | | | |
| PTX 731 | | | Closeup of Crown 202 LOE end - opened, with annotations, Attachment IV-9 to Higham Infringement Report re 230 & 728 Patents | 402, 403 in light of court's claim construction | | | | | |
| PTX 732 | | | Photograph of Crown 202 LOE end - opened, with section line, Attachment IV-10 to Higham Infringement Report re 230 & 728 Patents | 402, 403 in light of court's claim construction | | | | | |
| PTX 733 | | | Photograph of cross section of Crown 202 LOE end - opened, in epoxy resin, Attachment IV-11 to Higham Infringement Report re 230 & 728 Patents | 402, 403 in light of court's claim construction | | | | | |
| PTX 734 | | | Closeup of Photograph of cross section of Crown 202 LOE end - opened, in epoxy resin, with annotations, Attachment IV-12 to Higham Infringement Report re 230 & 728 Patents | 402, 403 in light of court's claim construction | | | | | |
| PTX 735 | | | Closeup of Photograph of cross section of Crown 202 LOE end - opened, in epoxy resin, with annotations, Attachment IV-13 to Higham Infringement Report re 230 & 728 Patents | 402, 403 in light of court's claim construction | | | | | |
| PTX 736 | | | Closeup of Photograph of cross section of Crown 202 LOE end - opened, in epoxy resin, with annotations, Attachment IV-14 to Higham Infringement Report re 230 & 728 Patents | 402, 403 in light of court's claim construction | | | | | |
| PTX 737 | | | Closeup of Photograph of Crown 202 LOE end with tab removed - unopened, with annotations, Attachment IV-15 to Higham Infringement Report re 230 & 728 Patents | 402, 403 in light of court's claim construction | | | | | |
| PTX 738 | | | Photographs from pages 7 & 15 of Expert Report of Edmund Gillest re infringement of Rexam Patents, with annotations, Attachment IV-16 to Higham Infringement Report re 230 & 728 Patents | 402, 403 in light of court's claim construction | | | | | |

Crown Cork and Seal USA, Inc.'s
Trial Exhibit List
No. 05-608(MPT)
EXHIBIT E1

| Exhibit # | Date | Bates Range | Description | Defendant's Objections | Marked | Offered | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|
| PTX 739 | 10/17/1997 | | Photograph of page 7 of Expert Report of Edmund Gillest re Infringement of Recam Patents, with annotations, Attachment IV-17 to Higham Infringement Report re 230 & 728 Patents | 402, 403 in light of court's claim construction | | | | | |
| PTX 740 | | | Portion of Stolle/Crown 202 LOE, large hinge drawing no. 3016494 (DDX-77), Attachment IV-18 to Higham Infringement Report re 230 & 728 Patents | 402, 403 in light of court's claim construction | | | | | |
| PTX 741 | | | Portions of Stolle/Crown 202 LOE, large hinge drawing no 3016494 (DDX-77), Attachment IV-19 to Higham Infringement Report re 230 & 728 Patents | 402, 403 in light of court's claim construction | | | | | |
| PTX 742 | | | Table of measurements of Crown 202 LOE end, Attachment IV-20 to Higham Infringement Report re 230 & 728 Patents | 402, 403 in light of court's claim construction | | | | | |
| PTX 743 | | | Photograph from page 15 of Expert Report of Edmund Gillest re Infringement of Recam Patents, with annotations, Attachment IV-21 to Higham Infringement Report re 230 & 728 Patents | 402, 403 in light of court's claim construction | | | | | |
| PTX 744 | | | Closeup of Photograph of Crown 202 LOE end with tab removed – unopened, with annotations, Attachment IV-22 to Higham Infringement Report re 230 & 728 Patents | 402, 403 in light of court's claim construction | | | | | |
| PTX 745 | | | Closeup of Photograph of Crown 202 LOE end with tab removed – unopened, with annotations, Attachment IV-23 to Higham Infringement Report re 230 & 728 Patents | 402, 403 in light of court's claim construction | | | | | |
| PTX 746 | 10/17/1997 | Rec 012577-81 | Insert Score Drawings dated 10/17/97 to 2/12/99 | | | | | | |
| PTX 747 | 12/11/2003 | Rec 012219-223 | New Type End Score Comparison | | | | | | |
| PTX 748 | | Rec 073975 | 206 ANC Design EXP98 - 123 Rev "C" | | | | | | |
| PTX 749 | 8/25/1992 | Rec 073976 | ANC Specifications for 206 (57mm) Dia. Alum. End CAT 99 Tab No. 2505-A | | | | | | |
| PTX 750 | 3/25/1994 | Rec 073977 | ANC Specifications for 57mm (206) Dia. Alum. End CAT 99 Tab No. 2657 | | | | | | |
| PTX 751 | 11/12/1991 | Rec 073978 | 206 No. B-301-020 | | | | | | |
| PTX 752 | 12/41/1990 | Rec 073979 | ANC Specifications for 206 (57mm) Dia. Alum. End E-Z STA Ring No. 1746-L | | | | | | |
| PTX 753 | 1/16/1998 | Rec 073980 | 206 E-Z Ring II 3rd Sta.No. D-356290 | | | | | | |
| PTX 767 | | CCS0027579-85 | Article from www.ozzm.com Entitled "Aluminum Cans - History, Development and Market Comparison | 901, 902, 602 | | | | | |
| PTX 791 | 10/23/2006 | | Defendant-Counterclaimant Recam Beverage Can Company's Responses to Crown Technology, Inc.'s and Crown Cork and Seal USA, Inc.'s First Set of Requests for Admission (Nos 1-51) | Preserve all general and specific objections stated in responses and subject to supplemental responses | | | | | |

Crown Cork and Seal USA, Inc. 's
Trial Exhibit List
No. 05-608(MPT)
EXHIBIT E1

| Exhibit # | Date | Bates Range | Description | Defendant's Objections | Marked | Offered | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|
| PTX 792 | 12/7/2006 | | Defendant-Counterclaimant Rexam Beverage Can Company's Amended Responses to Crown Technology, Inc.'s and Crown Cork and Seal USA, Inc.'s First Set of Requests for Admission (Nos. 1-51) | Preserve all general and specific objections stated in responses and subject to supplemental responses | | | | | |
| PTX 794 | 11/17/2006 | | Defendant-Counterclaimant Rexam Beverage Can Company's Responses to Crown Technology, Inc.'s and Crown Cork and Seal USA, Inc.'s Second Set of Requests for Admission (Nos. 52-210) | Preserve all general and specific objections stated in responses and subject to supplemental responses | | | | | |
| PTX 797 | 1/6/2006 | | Defendant-Counterclaimant Rexam Beverage Can Company's Supplemental Responses to Crown Technology's and Crown USA's interrogatories No. 10 and 11 in Light of Plaintiffs' December 21, 2005 Letter | 901 (12/21/05 letter not included in exhibit), Preserve all general and specific objections stated in responses and subject to supplemental responses | | | | | |
| PTX 800 | 9/1/2006 | | Defendant-Counterclaimant Rexam Beverage Can Company's Second Supplemental Responses to Crown Technology's and Crown USA's interrogatories No. 10 and 11 in Light of Plaintiffs' December 21, 2005 Letter | 901 (12/21/05 letter not included in exhibit), Preserve all general and specific objections stated in responses and subject to supplemental responses | | | | | |

Crown Cork and Seal USA, Inc. 's
Trial Exhibit List
No. 05-608(MPT)
EXHIBIT E1

| Exhibit # | Date | Bates Range | Description | Defendant's Objections | Marked | Offered | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|
| PTX 802 | 1/19/2006 | | Defendant-Counterclaimant Rexam Beverage Can Company's Responses to Crown Technology's and Crown USA's Amended Interrogatories No. 7 through 9 | Preserve all general and specific objections stated in responses and subject to supplemental responses | | | | | |
| PTX 803 | 9/11/2006 | | Defendant-Counterclaimant Rexam Beverage Can Company's Supplemental Responses to Crown Technology's and Crown USA's Amended Interrogatories No. 7 through 9 | Preserve all general and specific objections stated in responses and subject to supplemental responses | | | | | |
| PTX 805 | 5/10/2006 | | Defendant-Counterclaimant Rexam Beverage Can Company's Responses to Crown Technology's and Crown USA's Second Set of Interrogatories (Nos. 12-18) | Preserve all general and specific objections stated in responses and subject to supplemental responses | | | | | |
| PTX 806 | 6/23/2006 | | Defendant-Counterclaimant Rexam Beverage Can Company's Supplemental Responses to Crown Technology's and Crown USA's Second Set of Interrogatories (Nos. 12-18) | Preserve all general and specific objections stated in responses and subject to supplemental responses | | | | | |
| PTX 807 | 9/19/2006 | | Defendant-Counterclaimant Rexam Beverage Can Company's Second Supplemental Responses to Crown Technology's and Crown USA's Interrogatory No. 12 | Preserve all general and specific objections stated in responses and subject to supplemental responses | | | | | |

Crown Cork and Seal USA, Inc. 's
Trial Exhibit List
No. 05-608(MPT)
EXHIBIT E1

| Exhibit # | Date | Bates Range | Description | Defendant's Objections | Marked | Offered | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|
| PTX 808 | 9/15/2006 | BEL 000484e-47 | Defendant-Counterclaimant Rexam Beverage Can Company's Third Supplemental Responses to Crown Technology's and Crown USA's Interrogatory No 14 | Preserve all general and specific objections stated in responses and subject to supplemental responses | | | | | |
| PTX 810 | 11/17/2006 | BEL 0004850 | Defendant-Counterclaimant Rexam Beverage Can Company's Responses to Crown Technology's and Crown USA's Third Set of Interrogatories (Nos. 19-35) | Preserve all general and specific objections stated in responses and subject to supplemental responses | | | | | |
| PTX 851 | | Rev 042763-64 | Crown Purchase Order | | | | | | |
| PTX 852 | | | Crown Supplemental Purchase Order | | | | | | |
| PTX 854 | 12/16/1994 | Rev 042763-64 | Letter from Marv Schnurr to Nathaniel A. Humphries | | | | | | |
| PTX 857 | | CCS0073942 | December 2000 Summary of Operation By Product - Fort Bend | 802 | | | | | |
| PTX 858 | | CCS0073943 | December 2003 Summary of Operation By Product - Fort Bend | 802 | | | | | |
| PTX 859 | | CCS0073944 | December 2003 Summary of Operation By Product - Fort Bend | 802 | | | | | |
| PTX 860 | | CCS0073945 | December 2003 Summary of Operation By Product - Fort Bend | 802 | | | | | |
| PTX 861 | 12/1/2000 | CCS0073946-51 | December 2005 Summary of Operations - By Product | 802 | | | | | |
| PTX 862 | 9/29/2006 | CCS0073952-60 | D&I Ends - Product, Plant, Sales Class, Line – Quantity Produced, September 28, 2006 | 802 | | | | | |
| PTX 863 | | CCS0073961 & CCS0073988 | End Shipment Summary - 1999 through 2006 (8 Months) Totals including Export and USA Shipments and exported ends | 802 | | | | | |
| PTX 864 | 8/31/2006 | CCS0073962-69 | Crown Cork & Seal - Domestic Sales Performance Originating Quantities - 1999 through December 31, 2003 | | | | | | |
| PTX 865 | 8/31/2006 | CCS0073970r76 | Crown Cork & Seal - Domestic Sales Performance Originating Dollars - 12/31/2005; 8/31/2006; 12/31/1999, 12/31/2001 | | | | | | |
| PTX 867 | 8/31/2006 | CCS0073978-89 | Crown Cork & Seal - Domestic Sales Performance Originating Quantities - Export Division 12/31/2003, 8/31/2006; 12/31/2000, 12/31/2005 | | | | | | |
| PTX 868 | 8/31/2006 | CCS0073990-96.1 | Crown Cork & Seal - Domestic Sales Performance Originating Dollars - Export Division - 8/31/2006; 12/31/2000, 12/31/2002, 12/31/2003, 12/31/2005, 12/31/1999 | | | | | | |
| PTX 869 | | CCS0074194 | Fort Bend Can Production and Sales Summary 1999 - 2006 YTD | | | | | | |
| PTX 870 | 9/30/2006 | CCS0074195-207 | Crown Cork & Seal Sales Performance Originating Quantities - 09/30/2006; 12/31/2005; 12/31/2003; 12/31/2002; 12/31/2000 | | | | | | |
| PTX 871 | 9/30/2006 | CCS0074208-20 | Crown Cork & Seal Domestic Sales Performance Originating Dollars - 09/30/2006; 12/31/2005; 12/31/2003; 12/31/2002; 12/31/2000 | | | | | | |
| PTX 872 | | CCS0074221-24 | Fort Bend Income Statement for 1999 through 2005 | | | | | | |
| PTX 873 | 12/31/2005 | CCS0074226-27 | Crown Cork & Seal Domestic Sales Performance Originating Dollars - Export Division - December 31, 2005 | | | | | | |
| PTX 874 | | CCS0074228-32 | Crown Cork & Seal Domestic Sales Performance Originating Quantities - 12/31/2001; 12/31/2003; 12/31/2005; 10/31/2006 | | | | | | |
| PTX 875 | | CCS0074233 | Sales of Superindated Licensed Products - 2001 through 2006 | | | | | | |
| PTX 879 | 12/31/2005 | CCS0074235 - 27 | Crown Cork & Seal Domestic Sales Performance Originating Dollars Division Export Division | | | | | | |

1/28/2008

Crown Cork and Seal USA, Inc.'s
Trial Exhibit List
No. 05-608(MPT)
EXHIBIT E1

| Exhibit # | Date | Bates Range | Description | Defendant's Objections | Marked | Offered | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|
| PTX 880 | | CCS 0074193 | Fort Bend Can Production, 1999 - 2006 YTD | | | | | | |
| PTX 883 | 7/15/1996 | | Belvac Production Machinery Drawing # 1700315 | | | | | | |
| PTX 884 | 9/29/1995 | | Belvac Production Machinery Drawing #1700363 | | | | | | |
| PTX 885 | 10/10/1995 | | Belvac Production Machinery Drawing #1700394 | | | | | | |
| PTX 886 | 10/11/1995 | | Belvac Production Machinery Drawing #1700396 | | | | | | |
| PTX 887 | 12/20/1996 | | Belvac Production Machinery Drawing #1700451 | | | | | | |
| PTX 889 | 7/15/1993 | BEL 0001706 - 1715 | Letter from Lewis to Vesay regarding Belvac Quotations | | | | | | |
| PTX 890 | 4/29/1992 | BEL 0005475 - 5477 | Letter from Preco to Bowlin regarding orders | | | | | | |
| PTX 892 | 1/9/2008 | CCS 0089608 - 609 | Beer and Beverage Ends Updated Financial Data | | | | | | |
| PTX 893 | 0/0/2007 | CCS 0089610 - 89622 | End Shipment Summary - 1999 - 2007 | | | | | | |
| PTX 894 | 12/1/2007 | CCS0080623 - CCS0080627 | Ft. Bend Production and Sales Data | | | | | | |
| PTX 895 | 07/00/1993 | Rex 023471-023479 | Declaration of Andy Halasz | | | | | | |
| PTX 896 | 6/15/2006 | CCS0054640 | Crown Necker Systems US Chart | | | | | | |
| PTX 897 | 0&00/80 | Rex 049263 | Handwritten notes on various dates of calendar | | | | | | |
| PTX 901 | 6/15/1995 | BEL 0099106-0009112 | Letter from David Stokes to Edward Vesey | | | | | | |
| PTX 903 | 11/8/1996 | CCS035040 | Cap, Upper Score Drawing | | | | | | |
| PTX 904 | 2/2/1996 | CCS035033 | Insert Score Drawing | | | | | | |
| PTX 905 | 5/5/1999 | CCS035034 | Insert Score Drawing | | | | | | |
| PTX 906 | 11/17/1993 | CCS035041 | Bev End Drawing | | | | | | |
| PTX 907 | 6/17/2000 | CCS035037 | Cap, Upper Score Drawing | • | | | | | |
| PTX 908 | 5/5/1998 | CCS035309 | Cap, Upper Score Drawing | • | | | | | |
| PTX 909 | | CCS035036 | Insert Score w/Larger Hinge Drawing | • | | | | | |
| PTX 910 | | CCS035035 | Insert Score w/Larger Hinge Drawing | • | | | | | |
| PTX 911 | 11/8/1996 | CCS035031 | Cap, Upper Score Drawing | • | | | | | |
| PTX 912 | 10/5/1998 | CCS0036600-601 | Engineering Change Notice Report with attached Cap, Upper Score Drawing | • | | | | | |
| PTX 913 | | CCS00351450-601 | Winchester Small Opening End (SOE) Conversion change list with attached drawings | • | | | | | |
| PTX 914 | 8/5/1997 | CCS0038409 | Conversion, 3-Out 202SOT to 202LOE | • | | | | | |
| PTX 915 | 11/20/1996 | CCS0038410 | Product Drawing, 202LOE W/Reduced Ecology Tab | • | | | | | |
| PTX 916 | 10/21/1996 | CCS0038411 | Sub-Assembly Score Drawing | • | | | | | |
| PTX 917 | 2/6/1996 | CCS0038412 | Base Upper Drawing | • | | | | | |
| PTX 918 | 11/8/1996 | CCS0038413 | Cap, Upper Score 202 LOE, Large Hinge Drawing | • | | | | | |
| PTX 919 | 10/9/1996 | CCS0038414 | Cap-Lower Score Drawing | • | | | | | |
| PTX 920 | 2/26/1996 | CCS0038415 | Spacer-Lower Cap Score Station Drawing | • | | | | | |
| PTX 921 | 3/20/1996 | CCS0038416 | Spacer-Upper Bead Insert 202 Large Opening Drawing | • | | | | | |
| PTX 922 | 6/12/1996 | CCS0038417 | Insert-Upper Blank Bead Large Opening Drawing | • | | | | | |
| PTX 923 | 1/12/1996 | CCS0038418 | Spacer Upper Cap Score and Panel Drawing | • | | | | | |
| PTX 924 | 5/30/1995 | CCS0038419 | Insert-Lower Rivet Score Station .0088 - .0090 Drawing | • | | | | | |
| PTX 925 | | CCS00381142-149 | Conversion, 2-Out 202SOT to 202LOE and various Drawings | • | | | | | |
| PTX 926 | 11/15/2002 | CCS0025042-045 | File Note by M.A. Meyer titled Modified 202 dia. LOE Score Die | | | | | | |
| PTX 927 | 10/4/1999 | CCS0029994-995 | Technical Note titled Possible Causes, Score Panel Rip-Off, Prepared by Ken Suwala | | | | | | |
| PTX 928 | 8/17/2000 | CCS0028348 | E-mail from Len Jenkins to Clint Wannig re: Score panel Hinge modification | | | | | | |
| PTX 929 | 12/00/1998 | CCS0051092-93 | Open Tail Upper Score Caps created before December 1998 | • | | | | | |
| PTX 930 | | CCS0067003-46 | Crown Cork & Seal Internet pages - Engineering Standard for Manufacture | • | | | | | |
| PTX 931 | | | Hand drawn diagrams on B Fields | • | | | | | |
| PTX 1138 | | | Physical Exhibit: Superend | | | | | | |
| PTX 1142 | | | Physical Exhibit: Coated Can Shell | | | | | | |
| PTX 1159 | | | Filled Can with Superend (Budweiser) | | | | | | |
| PTX 1160 | | | Filled Can with Superend Bottom Reformed (Budweiser) | | | | | | |

Crown Cork and Seal USA, Inc.'s
Trial Exhibit List
No. 05-608(MPT)
EXHIBIT E1

| Exhibit # | Date | Bates Range | Description | Defendant's Objections | Marked | Offered | Admitted | Date | Witness |
|---|---|---|---|---|---|---|---|---|---|
| PTX-1164 | | | Crown Standard End Shell | | | | | | |
| PTX-1165 | | | Standard LOE End | | | | | | |
| PTX-1168 | | | Crown Standard Ends Regular Openings | | | | | | |
| PTX-1174 | | | MCC (Clayton) Bottom Profile | | | | | | |
| PTX-1175 | | | Ball Bottom Profile | | | | | | |
| PTX-1176 | | | Crown Bottom Profile before Reforming | | | | | | |
| PTX-1177 | | | Crown Bottom Profile after Reforming | | | | | | |
| PTX-1178 | | | Supereal Profile | | | | | | |
| PTX-1181 | | | Seamed Stolle end shown in photo in attachment 8 of Higham report re Validity of Rexam 230 & 728 patents | | | | | | |
| PTX-1182 | | | Stolle end shown in photos in attachments 9 and 10 of Higham report re Validity of Rexam 230 & 728 patents | | | | | | |
| PTX-1183 | | | Stolle ends on which the measurements were taken, shown in attachments 13 and 14 of Higham report re Validity of Rexam 230 & 728 patents | | | | | | |
| PTX-1184 | | | Crown LOE end (opened) | | | | | | |
| PTX-1185 | | | Crown LOE end (unopened) | | | | | | |
| PTX-1186 | | | Crown LOE ends shown in photos in attachments 1-9 of Higham report re infringement of Rexam 230 & 728 patents | | | | | | |
| PTX-1187 | | | Crown LOE ends on which measurements, shown in attachment 20 of Higham report re Infringement of Rexam 230 & 728 patents, were taken | | | | | | |
| PTX-1188 | | | Crown LOE end shown in photo in attachment 10 of Higham report re infringement of Rexam 230 & 728 patents | | | | | | |
| PTX-1189 | | | Crown LOE end shown in photos in attachment 11 and 12 of Higham report re infringement of Rexam 230 & 728 patents | | | | | | |
| PTX-1190 | | | Bottom Reformer Dome Receptacle | | | | | | |
| PTX-1191 | | | Supereal SP Cans (filled) | | | | | | |
| PTX-1192 | | | Supereal DA Cans (filled) | | | | | | |
| PTX-1203 | | CCS0086504 | Crown LOE Can End with LOE Redesigned Geometry. | | | | | | |
| PTX-1204 | 00/00/1995 | | Physical Exhibit, Budweiser Can 1995 | | | | | | |
| PTX-1205 | | | Physical Exhibit, Coke cans | | | | | | |
| PTX-1206 | | | Physical Exhibit, Pepsi cans | | | | | | |

\*    Reserved until Rexam has the opportunity to review

NOTE:    Plaintiff reserves the right to amend this list of trial exhibits and to use trial exhibits included on Defendant's list.
Demonstrative exhibits, summary exhibits, blow-ups and the like will be exchanged by the parties closer to trial.

# EXHIBIT E2

EXHIBIT E2

AO 187 (Delaware Rev. 7/00) Exhibit and Witness List

# United States District Court

## DISTRICT OF DELAWARE

Crown Packaging Technology, Inc. and Crown Cork & Seal USA, Inc.

V.

Rexam Beverage Can Co. and Rexam Beverage Can Americas, Inc.

**EXHIBIT AND WITNESS LIST**

Case Number:  05-608-MPT

| PRESIDING JUDGE Mary Pat Thynge | | | | PLAINTIFF'S ATTORNEY Dale Heist | DEFENDANT'S ATTORNEY George P. McAndrews |
|---|---|---|---|---|---|
| TRIAL DATE(S) February 19, 2008 | | | | COURT REPORTER | COURTROOM DEPUTY |
| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | 2 | | | | USPN 5,222,385 |
| | 3 | | | | USPN 5,697,242 |
| | 4 | | | | USPN 6,129,230 |
| | 5 | | | | USPN 6,260,728 |
| | 14 | | | | Crown-LaCrosse Can Reformer file |
| | 15 | | | | Letter re: Receipt of your purchase for two 595K add on Necker turrets |
| | 16 | | | | Belvac Production Machinery Quotation for Crown Europe |
| | 17 | | | | Belvac Neckers Product Brochure |
| | 18 | | | | CCS Historical Purchases Neck/Reform Equipment 1990-2005 |
| | 20 | | | | Engineering Standard for Manufacture - Base Reforming |
| | 21 | | | | USPN 5,704,241 |
| | 22 | | | | E-mail re: print outs |
| | 23 | | | | Handwritten Notes for deposition on 06/07/06 |
| | 26 | | | | Physical - Budweiser Can |
| | 27 | | | | Physical - Shasta Can |
| | 28 | | | | Color picture of Budweiser Can and Shasta Can |
| | 29 | | | | Operation, Safety & Maintenance Manual for The 595 Necker System |
| | 29A | | | | Dome Reform Assembly with handwritten notes |
| | 33 | | | | Meeting/Visit Record |
| | 34 | | | | Meeting/Visit Record |
| | 35 | | | | Technical Record |
| | 36 | | | | Meeting/Visit Record |
| | 37 | | | | Engineering Standard for Manufacture - Can & Punch Dimensions |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size

AO 187A (Delaware Rev. 7/00)    **EXHIBIT AND WITNESS LIST – CONTINUATION**

| Crown Packaging Technology, Inc. and Crown Cork & Seal USA, Inc.<br><br>V.<br><br>Rexam Beverage Can Co. and Rexam Beverage Can Americas, Inc. | | | | CASE NO<br>05-608-MPT | |
|---|---|---|---|---|---|
| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | 38 | | | | Engineering Standard for Manufacture - Die Pre-Neck Dimensions |
| | 39 | | | | Engineering Standard for Manufacture - Dome Tooling Dimensions |
| | 40 | | | | Engineering Standard for Manufacture - Base Reforming Details |
| | 41 | | | | Report re: Carnaudmetalbox Engineering - Shipley - Internal Base Reforming on 160 Neckers |
| | 42 | | | | Report re: Bottom Reforming |
| | 48 | | | | Fax re: Bend modernization Belvac neckers |
| | 49 | | | | Memo re: Two-piece can engineering technical report for May - 1996 |
| | 50 | | | | Fax re: L.J. Shine's Letter to G. Ellerbrock dated 4-29-93, C.M. Weiss' Memo to r. Gruodis dated 5-5-93 |
| | 51 | | | | Chart re: B890 & RD120B Inside Reforming |
| | 52 | | | | Memo re: Anheuser-Busch CCB II Bottom Profile |
| | 53 | | | | Presentation re: Base Reforming Botcherby UK |
| | 55 | | | | Handwritten Notes re: Standarize Rolled Ball Patent |
| | 57 | | | | Memo re: Development Technical Report for October 1993 |
| | 59 | | | | Supplemental Initial Disclosures of Crown Packaging Technology Corporation and Crown Cork & Seal USA, Inc. Under Fed. R. Civ. P. 26(a) |
| | 67 | | | | Crown Packaging Technology, Inc.'s and Crown and Cork & Seal USA, Inc.'s Responses to Defendant Counterclaimant REXAM Beverage Can Co.'s First Set of Interrogatories |
| | 76 | | | | Crown Packaging Technology, Inc.'s and Crown Cork & Seal USA, Inc.'s Responses to REXAM Beverage Can Co.'s Third Set of Interrogatories |
| | 77 | | | | 202 LOE Large Hinge Schematic |
| | 78 | | | | Insert Score with larger hinge |
| | 79 | | | | Insert Score with larger hinge |
| | 80 | | | | Cap Upper Score |
| | 81 | | | | Cap Upper Score 202 Superend |
| | 82 | | | | Cap Upper Score 206 end with 202 LOE |
| | 83 | | | | Cap Upper Score 202 LOE Large Hinge |
| | 85 | | | | Memo re: Modified 202 dia. LOE Score Die (Eliminated of Tear Panel Detachment) |

AO 187A (Delaware Rev. 7/00)     **EXHIBIT AND WITNESS LIST – CONTINUATION**

| Crown Packaging Technology, Inc. and Crown Cork & Seal USA, Inc.<br><br>V.<br><br>Rexam Beverage Can Co. and Rexam Beverage Can Americas, Inc. | CASE NO<br>05-608-MPT |
|---|---|

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 86 | | | | Memo re: Possible Causes, Score Panel Rip-Off |
| | 117 | | | | E-mail re Meeting with Leon Midgett - Ball |
| | 119 | | | | Supplemental Initial Disclosures Of Crown Packaging Technology Corporation And Crown Cork & Seal USA, Inc. Under Fed.R.Civ.P.26(a) |
| | 122 | | | | Open Tall Upper Score Caps Created before December 1998 |
| | 132 | | | | Inter-office Memorandum re Minutes - Bevcan Light-Weighting Call (11-7-2002) |
| | 172 | | | | Rexam's Third Notice Of Deposition Under Rule 30(b)(6) |
| | 173 | | | | Old version of the Belvac inside reforming process |
| | 174 | | | | Drawing re Dome Receptacle |
| | 175 | | | | Crown drawing re B890D-IR Receptacle (-.009") |
| | 176 | | | | Cross sections of a receptacle and a roller |
| | 177 | | | | Subpoena - Stolle Machinery Company |
| | 178 | | | | Stolle Machinery - Engineering Change Notice Report |
| | 179 | | | | Drawing re Insert-Score |
| | 184 | | | | License Agreement - U.S. between Reynolds Metals Company and American Can Company |
| | 192 | | | | Subpoena to Belvac |
| | 193 | | | | Belvac drawing |
| | 194 | | | | Belvac drawing |
| | 195 | | | | Belvac drawing |
| | 196 | | | | Belvac drawing |
| | 197 | | | | Belvac drawing |
| | 198 | | | | Belvac drawing |
| | 199 | | | | Belvac drawing |
| | 200 | | | | Belvac drawing |
| | 201 | | | | Belvac drawing |
| | 202 | | | | Belvac drawing |
| | 220 | | | | Hand drawn end |
| | 221 | | | | E-mail re Initial Drop Test Results |
| | 222 | | | | Meeting notes re detailed results of the DOE experiments conducted with SuperEnd |
| | 224 | | | | Analysis of a fractured sample can end returned from Coke |
| | 234 | | | | Rexam's Fourth Notice Of Deposition Under Rule 30(b)(6) |
| | 235 | | | | End Shipment Summary - 1999 Through 2006 (8 Months) |
| | 236 | | | | End Shipment Summary - 1999 Through 2006 (8 Months) - Totals Including Espoert and USA Shipments |

AO 187A (Delaware Rev. 7/00)    **EXHIBIT AND WITNESS LIST – CONTINUATION**

| Crown Packaging Technology, Inc. and Crown Cork & Seal USA, Inc.<br><br>V.<br><br>Rexam Beverage Can Co. and Rexam Beverage Can Americas, Inc. | | | | | CASE NO<br>05-608-MPT |
|---|---|---|---|---|---|
| PLF<br>NO | DEF<br>NO | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | 237 | | | | Beverage Digest Fact Book 2002 - Statistical Yearbook of Non-Alcoholic Beverages |
| | 238 | | | | Beverage Digest Fact Book 2006 - Statistical Yearbook of Non-Alcoholic Beverages |
| | 243 | | | | Summary of Operations - By product |
| | 244 | | | | Production report by end type by plant |
| | 245 | | | | Crown Cork & Seal Domestic Sales Performance Originating Quantities (In Thousands) |
| | 246 | | | | Income Statement - 060 Fort Bend |
| | 247 | | | | Crown Cork & Seal Domestic Sales Performance Originating Dollars |
| | 248 | | | | End Shipment Summary - 1999 Through 2006 (8 Months) - Exported Ends Only |
| | 249 | | | | Crown Cork & Seal Domestic Sales Performance Originating Quantities (In Thousands) Division EX EXPORT DIVISION |
| | 250 | | | | Crown Cork & Seal Domestic Sales Performance Originating Dollars Division EX EXPORT DIVISION |
| | 251 | | | | Sales of SuperEnds over the period 2001 - 2006 |
| | 252 | | | | Crown Cork & Seal Domestic Sales Performance Originating Dollars |
| | 253 | | | | Crown Cork & Seal Domestic Sales Performance Originating Dollars Division EX EXPORT DIVISION |
| | 254 | | | | Crown Cork & Seal Domestic Sales Performance Originating Quantities (in Thousands) |
| | 255 | | | | Crown Cork & Seal Domestic Sales Performance Originating Quantities (in Thousands) |
| | 256 | | | | Fort Bend Can Production: 1999 - 2006 YTD |
| | 257 | | | | Fort Bend Can Production and Sales Summary 1999 - 2006 YTD |
| | 265 | | | | Expert Report Of Anton A. Aschberger On Validity Of U.S. Patent Nos. 5,222,385; 5,697,242; and 4,774,839 |
| | 266 | | | | Application For Patent (Publication No. 2 585 332) |
| | 267 | | | | Application For Invention Patent A1 (Publication No. 2 585 332) |
| | 268 | | | | Series of letters and faxes |

AO 187A (Delaware Rev. 7/00)    **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | | | |
|---|---|---|---|---|---|
| Crown Packaging Technology, Inc. and Crown Cork & Seal USA, Inc.<br><br>V.<br><br>Rexam Beverage Can Co. and Rexam Beverage Can Americas, Inc. | | | | | CASE NO<br>05-608-MPT |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 269 | | | | Rebuttal Report Of Anton A. Aschberger |
| | 270 | | | | Expert Report of Richard Gering |
| | 272 | | | | Meeting notes re detailed results of the DOE experiments conducted with SuperEnd |
| | 274 | | | | Patent License And Settlement Agreement By And Between Crown Packaging Technology, Inc. And Anheuser-Busch, Incorporated and Metal Container Corporation |
| | 278 | | | | Expert Report of Richard Gering |
| | 280 | | | | Summary of April 30 meeting with John Adams and Tammy Stubbs |
| | 281 | | | | Notice of Deposition to Belvac |
| | 341 | | | | Defendant-Counterclaimant Rexam Beverage Can Company's Responses To Crown Technology's And Crown USA's First Set Of Interrogatories |
| | 342 | | | | Crown Packaging Technology, Inc.'s And Crown Cork & Seal USA, Inc.'s Responses To Rexam Beverage Can Co.'s Second Set Of Interrogatorries |
| | 343 | | | | Defendant-Counterclaimant Rexam Beverage Can Company's Responses To Crown Technology, Inc.'s And Crown Cork & Seal USA's Second Set Of Interrogatories |
| | 344 | | | | Defendant-Counterclaimant Rexam Beverage Can Company's Second Supplemental Responses To Crown Technology's And Crown USA's First Set of Interrogatories |
| | 345 | | | | Crown Packaging Technology, Inc.'s And Crown Cork & Seal USA, Inc.'s Responses To Rexam Beverage Can Co.'s Third Set Of Interrogatorries |
| | 346 | | | | Defendant-Counterclaimant Rexam Beverage Can Company's Supplemental Responses To Crown Technology, Inc.'s And Crown Cork & Seal USA's Second Set Of Interrogatories |
| | 347 | | | | Defendant-Counterclaimant Rexam Beverage Can Company's Responses To Crown Technology's And Crown USA's Amended Interrogatories Nos. 7 through 9 |

AO 187A (Delaware Rev. 7/00)    **EXHIBIT AND WITNESS LIST – CONTINUATION**

| Crown Packaging Technology, Inc. and Crown Cork & Seal USA, Inc.<br><br>V.<br><br>Rexam Beverage Can Co. and Rexam Beverage Can Americas, Inc. | | | | | CASE NO<br>05-608-MPT |
|---|---|---|---|---|---|
| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | 348 | | | | Defendant-Counterclaimant Rexam Beverage Can Company's Responses To Crown Technology's And Crown USA's Interrogatories No. 2 and 5 |
| | 349 | | | | Defendant-Counterclaimant Rexam Beverage Can Company's Second Supplemental Responses to Crown Technology's And Crown USA's Interrogatories No. 10 And 11 In Light Of Plaintiffs' December 21, 2005 Letter |
| | 350 | | | | Defendant-Counterclaimant Rexam Beverage Can Company's Third Supplemental Response To Crown Technology, Inc.'s And Crown Cork & Seal USA's Interrogatory No. 14 |
| | 351 | | | | Defendant-Counterclaimant Rexam Beverage Can Company's Responses To Crown Technology's And Crown Cork & Seal USA's Interrogatory No. 12 |
| | 352 | | | | Crown Packaging Technology, Inc.'s And Crown Cork & Seal USA, Inc.'s Supplemental Responses To Interrogatory No. 1 of Defendant Counterclaimant Rexam Beverage Can Co.'s First Set Of Interrogatorries |
| | 353 | | | | Defendant-Counterclaimant Rexam Beverage Can Company's Answers To Plaintiff's Crown Technology's And Crown USA's Third Set Of Interrogatories (Nos. 19-35) |
| | 354 | | | | Crown Packaging Technology, Inc.'s And Crown Cork and Seal USA, Inc.'s Responses to Defendant'/Counterclaimant Rexam Beverage Can Company's First Set Of Requests For Admission |
| | 355 | | | | Crown Packaging Technology, Inc.'s And Crown Cork & Seal USA, Inc.'s Supplemental Responses To Defendant/Counterclaimant Rexam Beverage Can Company's First Set Of Requests For Admission |
| | 356 | | | | Defendant-Counterclaimant Rexam Beverage Can Company's Responses To Crown Technology, Inc.'s And Crown Cork & Seal USA, Inc.'s First Set Of Requests For Admission (Nos. 1-51) |

AO 187A (Delaware Rev. 7/00)    **EXHIBIT AND WITNESS LIST – CONTINUATION**

| | | | | | |
|---|---|---|---|---|---|
| Crown Packaging Technology, Inc. and Crown Cork & Seal USA, Inc.<br><br>V.<br><br>Rexam Beverage Can Co. and Rexam Beverage Can Americas, Inc. | | | | | CASE NO<br>05-608-MPT |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 357 | | | | Crown Packaging Technology, Inc.'s And Crown Cork & Seal USA, Inc.'s Responses To Defendant/Counterclaimant Rexam Beverage Can Company's Second Set Of Requests For Admission |
| | 358 | | | | Defendant Counterclaimant Rexam Beverage Can Company's Responses To Crown Technology, Inc.'s And Crown Cork & Seal USA, Inc.'s Second Set Of Requests For Admission (Nos. 52-210) |
| | 359 | | | | Crown Packaging Technology, Inc.'s And Crown Cork & Seal USA, Inc.'s Responses To Defendant Counterclaimant Rexam Beverage Can Co.'s First Set of Interrogatories |
| | 361 | | | | Defendant-Counterclaimant Rexam Beverage Can Company's Responses To Crown Technology's And Crown USA's Amended Interrogatories Nos. 7 - 9 |
| | 362 | | | | Expert Report of Edmund Gillest Regarding Infringement Of U.S. Patent Nos. 4,774,839, 5,222,385, 5,697,242, 6,129,230 And 6,260,728 |
| | 364 | | | | Edmund Gillest's Rebuttal To The Expert Report of Anton Aschberger On Validity Of U.S. Patent Nos. 5,222,385; 5,697,242; And 4,774,839 |
| | 365 | | | | Edmund Gillest's Rebuttal To The Expert Report of Martin J. Higham Regarding Validity Of Rexam's U.S. Patent Nos. 6,260,728 And 6,129,230 |
| | 366 | | | | Expert Report of Catharine M. Lawton |
| | 366A | | | | Corrected pages to Cathy Lawton's 12/27/06 Expert Report |
| | 368 | | | | Physical - Coca-Cola can |
| | 369 | | | | Physical - Pepsi can |
| | 374 | | | | Physical - Crown LOE B64 can ends |
| | 375 | | | | Group exhibit - Crown Pepsi Cola cans |
| | 376 | | | | Group exhibit - Crown Diet Pepsi cans |
| | 377 | | | | Group exhibit – A & W cans |
| | 378 | | | | Group exhibit - Crown Pepsi Cola cans |
| | 379 | | | | Group exhibit - Crown Budweiser Cans |
| | 380 | | | | Group exhibit - Crown Pepsi Cola cans |
| | 381 | | | | Group exhibit - Crown Big K cans (no I`s exist) |
| | 383 | | | | Physical - Rexam LOE Standard end |
| | 384 | | | | Physical - Crown end |

AO 187A (Delaware Rev. 7/00)    **EXHIBIT AND WITNESS LIST – CONTINUATION**

| Crown Packaging Technology, Inc. and Crown Cork & Seal USA, Inc.  V.  Rexam Beverage Can Co. and Rexam Beverage Can Americas, Inc. | | | | | CASE NO 05-608-MPT |
|---|---|---|---|---|---|

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 484 | | | | Patent Assignment re USPN 5,222,385 |
| | 485 | | | | Patent Assignment re USPN 5,697,242 |
| | 486 | | | | Patent Assignment re USPN 6,129,230 |
| | 487 | | | | Patent Assignment re USPN 6,260,728 |
| | 490 | | | | Meeting re results of DOE experiments conducted |
| | 496 | | | | Defendant-Counterclaimant Rexam Beverage Can Company's Responses to Crown Technology's and Crown USA's Amended Interrogatories Nos. 7 through 9 |
| | 497 | | | | Blown Scores with 209 Dia. Ends - Sparrow Pont |
| | 509 | | | | File History for USPN 5,222,385 |
| | 510 | | | | File History for USPN 5,697,242 |
| | 511 | | | | File History for USPN 6,129,230 |
| | 512 | | | | File History for USPN 6,260,728 |
| | 514 | | | | Bottom Reforming documents |
| | 515 | | | | Defendant-Counterclaimant Rexam Beverage Can Company's Supplemental Responses to Crown Technology's And Crown USA's Interrogatories No. 10 And 11 In Light Of Plaintiffs' December 21, 2005 Letter |
| | 529 | | | | Group exhibit - Document considered by Ed Gillest |
| | 530 | | | | Group exhibit - Document considered by Catharine Lawton |
| | 530A | | | | Documents to support schedules referenced in Cathy Lawton's expert report |
| | 532 | | | | Crown Packaging Technology, Inc. and Crown Cork & Seal USA, Inc.'s Responses to Rexam Beverage Can Company's Fourth Set of Interrogatories |
| | 537 | | | | Crown Packaging Technology's Inc.'s Crown Cork & Seal USA, Inc.'s Supplemental Response to Interrogatory No. 3 of Defendant Counterclaimant Rexam Beverage Can Co.'s First Set of Interrogatories |
| | 539 | | | | Crown Packaging Technology, Inc.'s and Crown Cork & Seal USA, Inc.'s Supplemental Responses to Interrogatories No. 10-14 of Defendant Counterclaimant Rexam Beverage Can Co.'s Second Set of Interrogatories |
| | 559 | | | | Crown Necker Systems US |
| | 560 | | | | Check List for Job Files [Job No 8807] |

AO 187A (Delaware Rev. 7/00)    **EXHIBIT AND WITNESS LIST – CONTINUATION**

| Crown Packaging Technology, Inc. and Crown Cork & Seal USA, Inc.<br><br>V.<br><br>Rexam Beverage Can Co. and Rexam Beverage Can Americas, Inc. | | | | CASE NO<br>05-608-MPT |
|---|---|---|---|---|

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 564 | | | | 595K 1N F R Plus Parts Index Page [Order No 29201 001] |
| | 565 | | | | Assembly Dome Reformer Die 0700244 1 C, including supporting drawings |
| | 566 | | | | Necker Sys 595 K BR Turr Main Assembly Drawings for Order No. 21400-002 |
| | 567 | | | | Parts List 21401-4-BR-TLG for a Dome Receptacle and a Reforming Roller |
| | 575 | | | | Product Plant Sales |
| | 584 | | | | Bottom Reforming Trial of Unflanged Cans at No 60 Ft. Bend |
| | 591 | | | | Samples of marking for the anti fracture score patents |
| | 598 | | | | License Agreement |
| | 600 | | | | PCT Publication No. WO 91/11275 |
| | 601 | | | | Agreement |
| | 603 | | | | A338 from Rex's opposition to Crown's msj re: bottom reforming; Drawing of dome recepticle |
| | 608 | | | | Belvac drawings tied with CCS orders |
| | 610 | | | | 160 inside bottom reformer |
| | 611 | | | | Termination of Shipley Bottom Reforming Project |
| | 617 | | | | 1986-1987 Manufacturing Plant Codes for National Can Company |
| | 619 | | | | USPN 5,582,219 |
| | 624 | | | | USPN 2,158,312 |
| | 625 | | | | Letter from R.J. Groudis |
| | 629 | | | | Samples of marking for the anti-fracture score patents |
| | 631 | | | | Webster's Third International Dictionary, 1961, 1993, 2002; A208-216 |
| | 632 | | | | Drawing of Dome Receptacle |
| | 633 | | | | Crown Engineering Standard from manufacture BB-12-A35 |
| | 635 | | | | USPN 5,105,973 |

# EXHIBIT F

**EXHIBIT F**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC., | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 05-608 (MPT) |
| v. | ) ) ) | Magistrate Judge Mary Pat Thynge |
| REXAM BEVERAGE CAN CO. and REXAM BEVERAGE CAN AMERICAS, INC. | ) ) ) ) | |
| Defendants. | ) ) | |

**PROPOSED JOINT PRELIMINARY JURY INSTRUCTIONS**

# TABLE OF CONTENTS

The Parties and Their Contentions ........................................................................... 3

United States Patents ................................................................................................ 4

Duties as Jurors ....................................................................................................... 5

Evidence .................................................................................................................. 5

Kinds of Evidence ................................................................................................... 6

Credibility of Witnesses .......................................................................................... 7

Burden of Proof ....................................................................................................... 7

Conduct as Jurors .................................................................................................... 8

Course of the Trial ................................................................................................... 9

Trial Schedule ....................................................................................................... 10

Glossary of Patent Terms ...................................................................................... 11

## PRELIMINARY INSTRUCTIONS

Members of the jury:

Now that you have been selected and sworn, I will read to you the following preliminary instructions to guide you in your role as jurors in this case.

### I.    The Parties and Their Contentions

At this time, I will give you a brief overview of who the parties are and their contentions.

This case is an action for patent infringement arising under the patent laws of the United States. The parties are Crown, the Plaintiff, and Rexam, the Defendant.

**THE PARTIES HAVE A DISAGREEMENT ABOUT THE FOLLOWING HIGHLIGHTED PARAGRAPHS**

Rexam proposes that the Court read:

"Crown initiated this patent infringement suit against Rexam. Prior to this trial, the court adjudicated Crown's claims in favor of Rexam, so that is why Rexam may still be referred to as "Defendant" even though they are the party seeking relief." "Rexam countersued Crown on four of its own patents. They are United States Patent Nos. 5,222,385; 5,697,242; 6,129,230; and 6,260,728. In this action, Crown denies that it infringes any of Rexam's patents. I have already decided that Crown has infringed claims 11 and 12 of Rexam's 242 patent." Crown contends that Rexam's asserted patents are invalid. Crown disagrees with the green highlighted text. Crown objects to the Court reading this to the jury since it is irrelevant and is being offered only to prejudice Crown. Crown has filed a motion *in limine* directed to these issues.

3

Crown proposes that the Court read:

Rexam, the plaintiff, is suing Crown on four patents. They are United States Patent Nos. 5,222,385; 5,697,242; 6,129,230; and 6,260,728. In this action, Crown denies that it infringes any of Rexam's patents. Crown also contends that Rexam's asserted patents are invalid.

## II.     United States Patents

The Constitutional purpose of the patent system is to help advance science and technology. The patent system achieves this purpose by granting to the owner of a patent the right, for the term of the patent, to exclude any other person from making, using, offering for sale or selling the invention covered by the patent anywhere in the United States, or from importing the invention from a foreign country into the United States. Patent law encourages competitors to design around or invent around existing patents. In that way, Patent Law promotes competition and creates a steady flow of innovation to the marketplace which benefits consumers.

Because patent law is an area unfamiliar to many people, you will be shown a video that will briefly explain the U.S. Patent system, the parts of the patent and how a patent is obtained. Many of the terms that are used in the video are contained in a Glossary of Patent Terms at the end of these Preliminary Instructions. Please feel free to refer to this Glossary throughout the trial.

**SHOW THE VIDEO HERE AND THEN GO IN TO THE GENERAL INSTRUCTIONS ABOUT THE EVIDENCE, BURDENS, AND DUTIES OF JURORS.**

4

### III.    Duties as Jurors

I will now explain to you some of the general rules regarding your duties as jurors in this case.

It will be your duty to declare what the facts are from the evidence as presented at the trial. You, and you alone, are the judges of the facts.

I will decide which rules of law apply to this case. I will instruct you on the law in more detail after all the evidence has been presented. You must follow that law whether you agree with it or not.

In addition to instructing you about the law, I will also provide you with instructions as to what the claims of the patent mean.

It is important that you perform these duties fairly. Do not let any bias, sympathy, or prejudice influence your decision in any way. Do not let anything that I may say or do during the course of the trial influence you. Nothing I say or do during the course of the trial is intended to indicate what your verdict should be.

### IV.    Evidence

The evidence from which you will find the facts will consist of the testimony of witnesses, and documents and other things admitted into evidence. In addition, the evidence may include certain facts as agreed to by the parties or as I instruct you.

Certain things are not evidence.

1.    Statements, arguments, and questions by lawyers are not evidence.

2.    Objections to questions are not evidence. Lawyers have an obligation to make an objection when they believe the testimony or exhibits being offered into evidence are not admissible under the rules of evidence. You should not be influenced by

a lawyer's objection or by my ruling on the objection. If I sustain or uphold the objection that means that the information is not admissible and you should ignore the information. If I overrule an objection, that means that the information is admissible evidence that you should treat like any other evidence. If I instruct you during the trial that some item of evidence is admitted for a limited purpose, you must follow that instruction and consider that evidence for that purpose only. If this occurs, I will try to clarify this for you at that time.

3.    Testimony or documents that I have either excluded, or told you to disregard, are not evidence and must not be considered.

4.    Anything you see or hear outside the Courtroom is not evidence and must be disregarded. You are to decide this case solely on the evidence presented here in the courtroom.

## V.    Kinds of Evidence

There are two kinds of evidence: direct and circumstantial. Direct evidence is the testimony of a person who claims to have personal knowledge of an event, such as an eye witness. Direct evidence may also be in the form of an exhibit where the fact to be proved is its present existence or condition. Circumstantial evidence is the proof of a chain of facts and circumstances that tend to show whether or nor an asserted fact is true. The law makes no distinction between the weight to be given either direct or circumstantial evidence. For example, direct evidence that it is raining outside is seeing the rain. If someone walked into a building with a wet umbrella, that would be circumstantial evidence that it is raining.

## VI.    Credibility of Witnesses

In judging the facts, it will be up to you to decide which witnesses to believe, which witnesses not to believe, and how much of any witness's testimony to accept or reject. You are the sole judges of each witness's credibility.

## VII.    Burden of Proof

I will now give some information regarding the burdens of proof.

This is a civil case. In any legal action, facts must be proven by the required weight of evidence, known as the burden of proof. In this civil case, two burdens of proof are used. The first is called proof by a preponderance of the evidence. The second is called proof by clear and convincing evidence.

Rexam contends that Crown has infringed Rexam's patents. Rexam has the burden of proving patent infringement by a preponderance of the evidence. That means Rexam has to produce evidence which, when considered in light of all the facts, leads you to believe that what Rexam claims is more likely true than not. Rexam must also prove its damages by a preponderance of the evidence.

Crown contends that the claims of Rexam's patents are invalid. On this issue, Crown, has the burden of proving that the patents are invalid by clear and convincing evidence. This is a heavier burden than preponderance of the evidence. Clear and convincing evidence is evidence that persuades you that it is highly probable that what a party seeks to prove is true.

You may have heard the term "proof beyond a reasonable doubt." That requirement does not apply here but only applies to criminal cases and not civil cases, like this one. You should not use this standard when considering whether Crown and Rexam have met their respective burdens of proof on the various issues.

## VIII.   Conduct as Jurors

First, during the trial and until you have heard all of the evidence and retired to the jury room to deliberate, you are not to discuss the case with anyone, not even among yourselves. If anyone should try to talk to you about the case, bring it to my attention promptly.

Second, do not read or listen to anything about this case that is not admitted into evidence. By that I mean, if there may be a newspaper article or radio or television report relating to this case, do not read the article or watch or listen to the report. In addition, do not try to do any independent research or investigation on your own on matters relating to the case.

Finally, do not reach any conclusion until all of the evidence is in. Keep an open mind until you start your deliberations at the end of the case.

If you wish, you may take notes. My courtroom deputy will arrange for pens, pencils, and paper. If you do take notes, leave them in the jury room when you leave at night. And remember that they are for your own personal use—they are not to be given or read to anyone else. You are instructed that your notes are only a tool to aid your own individual memory and you should not compare your notes with other jurors in determining the content of any testimony or in evaluation the importance of any evidence. Your notes are not evidence.

Although we have a court reporter here who will be transcribing the testimony during the course of the trial, you should not assume that the transcripts of the testimony will be available for your review during your deliberations. As you listen to the testimony, keep in mind that you will be relying on your recollection of the testimony during your deliberations.

## IX.    Course of the Trial

The trial will begin today. I will now explain to you a little bit about the procedures that we will be following during the trial and the format of the trial.

Like all jury trials, this trial comes in stages or phases. First, each side may make an opening statement. An opening statement is neither evidence nor argument. It is an outline of what that party intends to prove, and is presented to help you follow the evidence as it is offered.

After the opening statements, witnesses will be called and will take the stand to testify. Documents and other exhibits will be offered and admitted into evidence. What the witnesses say and what the documents or other exhibits state constitute the evidence in the case. Rexam will go first and will present witnesses and Crown may cross-examine them.

Often during the trial, the evidence is introduced in a somewhat piecemeal fashion. Because of this, you as jurors need to keep an open mind as the evidence comes in. Wait until all the evidence comes in before making any decision.

After all of the evidence is presented, the attorneys will make their closing arguments to summarize and interpret the evidence for you. I will then read to you and give you written instructions on the law and describe for you the matters you must resolve.

Finally, you will retire to the jury room to deliberate on your verdict. You then can evaluate the evidence, discuss the evidence among yourselves, and make a decision on the issues.

## X.    Trial Schedule

Although I outlined the trial schedule during the voir dire, I will repeat it now.  I plan to keep this schedule during the course of this trial.

This case is expected to take 4 days to try.  We will normally begin the day promptly at 9:00 a.m.  We will usually go until 1:00 p.m., and after a one-hour lunch break, continue from 2:00 p.m. until 5:00 p.m.  There will also be short breaks during the mid-morning and afternoon.  One exception to this schedule may occur when the case is submitted to you for your deliberations.  On that day, the proceedings may last beyond 5:00 p.m.

## XI.    Glossary of Patent Terms

| | |
|---|---|
| Assignment | Transfer of ownership rights in a patent or patent application from one person or company to another. |
| Claims | The claims are the numbered sentences appearing at the end of the patent which define the invention. The words of the claims define the scope of the patent owner's exclusive right during the life of the patent. |
| License | This is the permission to use the patented invention, which may be granted by a patent owner (or prior licensee) in exchange for a fee called a "royalty." |
| Ordinary Skill in the Art | In this case, a person of ordinary skill in the art is one who has either a mechanical engineering or technical degree plus three to four years of experience working in the field of design and manufacturing of cans and can ends, or one who does not have a degree but has six to ten years of experience working in the field of design and manufacturing of cans and can ends. Crown proposes that the above definition be deleted because it is only confusing for the jury at this stage of the case and it is a fact issue to be determined by the jury. Crown proposes that if the parties can agree that the definition be read to the jury with the predeliberation instructions. Rexam disagrees because this definition is a result of each party's expert reports – see Gillest's Report Regarding Invalidity of the '826 and '875 patents at p. 5 and Higham's Rebuttal Report Regarding the Validity of the '826 and '875 patents at ¶5. Rexam proposes that it is proper, as it reflects the exerts' opinions and it will be convenient for the jury because it will receive a copy of this glossary to refer to during the case. |
| Patent Application | The initial papers filed in the United States Patent and Trademark Office (Patent Office or PTO) by an applicant. |
| Patent Examiners | Personnel employed by the Patent Office who examine patent applications, each in a specific technical area to determine whether the claims of a patent application are patentable and whether the disclosure adequately describes the invention. |
| Prior Art | Knowledge that is available to the public either before the invention by applicant or more than a year before the effective filing date of the application. |

11

Prosecution History

The written record of proceedings in the Patent Office including the original patent application and subsequent communications between the Patent Office and applicant.

Specification

The specification is the information which appears in the patent and concludes with one or more claims. The specification includes the written text, the claims and the drawings. In the specification, the inventor sets forth a description telling what the invention is, how it works, how to make and use it so as to enable others skilled in the art to do so, and what the inventor believed at the time of filing to be the best way of making the invention. This is sometimes called the disclosure.