**WolfBlock**

Wilmington Trust Center, Suite 1001, 1100 North Market Street, Wilmington, Delaware 19801
Tel: (302) 777-5860 ■ Fax: (302) 777-5863 ■ www.WolfBlock.com

Barry M. Klayman
Direct Dial: (302) 777-0313
Direct Fax: (302) 778-7813
E-mail:    bklayman@wolfblock.com
*Admitted in Delaware and Pennsylvania

February 5, 2008

**VIA CM/ECF**

The Hon. Mary Pat Thynge
Magistrate Judge
U.S. District Court for the District of
Delaware
844 North King Street
Lock Box 8
Wilmington, DE 19801

      Re:   Crown Packaging Technology, Inc., et al. v. Rexam
             Beverage Can Co., C.A. No. 05-608 (MPT)

Dear Magistrate Judge Thynge:

      We are today e-filing Crown's Bench Memorandum Regarding Burden of Proof on Priority Date. The filed memorandum differs in one respect from the memorandum handed up in court this morning at the final pretrial conference: We have added a short paragraph to address the <u>Chiron</u> case cited by Rexam's counsel at the conference. We have still kept the memorandum to three pages (not including the signature page).

      The purpose of this letter is to advise the Court and Rexam's counsel of this change.

                                        Respectfully yours,

                                        /s/ Barry Klayman

                                        Barry M. Klayman
                    For WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP

BMK
cc:   Anne Gaza, Esquire (By CM/ECF & E-mail)
      Dale M. Heist, Esquire (By CM/ECF & E-mail)
      Gerald Willis, Esquire (By E-mail)

WIL:70659.1/CRO056-230788