# EXHIBIT A

EXHIBIT A IS A CONFIDENTIAL DOCUMENT

SUBJECT TO A PROTECTIVE ORDER