## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, he caused a copy of the foregoing Bench Memorandum Re: Relevance of Rexam's to be served on the person(s) listed below in the manner stated:

<u>Via E-Mail</u>

Anne Shea Gaza, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 King Street
Wilmington, DE 19801
gaza@rlf.com

<u>By E-Mail</u>

Gerald C. Willis, Esquire
McAndrews, Held & Malloy, Ltd.
34th Floor
500 West Madison Street
Chicago, IL 60661
jwillis@mhmlaw.com

Dated: February 8, 2008

/s/ Barry Klayman
Barry M. Klayman, Esquire (#3676)

*Confidential–Subject to Protective Order*