**RICHARDS, LAYTON & FINGER**
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

ANNE SHEA GAZA
COUNSEL

DIRECT DIAL NUMBER
302-651-7539
GAZA@RLF.COM

February 8, 2008

**VIA HAND DELIVERY & E-FILING**
The Honorable Mary Pat Thynge
U.S. Magistrate Judge
U.S. District Court for the
 District of Delaware
844 North King Street
Lock Box 8
Wilmington, DE 19801

Re: *Crown Packaging Technology, Inc. and Crown Cork & Seal USA, Inc. v. Rexam Beverage Can Co.*, C.A. No. 05-608-MPT

Dear Magistrate Judge Thynge:

Further to Your Honor's instructions during the pretrial conference, Rexam hereby submits for the Court's consideration its proposed insert for pre-deliberation instruction number 1.3. (Attachment 1 hereto). In addition, Rexam today filed its bench memoranda regarding why there should be no laches type evidence submitted to the jury and why Crown bears the burden of proof regarding what constitutes the appropriate "priority" date for the '242 patent. (Attachments 2 and 3 hereto). With respect to Your Honor's invitation to submit supplemental voir dire questions, Rexam does not see any need to supplement the voir dire questions already proposed by the Court.

Should Your Honor have any questions or concerns regarding the foregoing, counsel is available at the Court's convenience.

Respectfully,

*Anne Shea Gaza*

Anne Shea Gaza (#4093)

Attachments
cc: Dale M. Heist, Esquire (via electronic mail)
    Barry M. Klayman, Esquire (via electronic mail)
    George P. McAndrews, Esquire (via electronic mail)

RLF1-3252112-1