# EXHIBIT 1

**Rexam's Proposed Insert For Pre-Deliberation Instructions:**

With respect to infringement of claims 11 and 12 of Rexam's '242 Patent relating to bottom reforming, it has already been determined that Crown infringes those claims. As such, you only need to decide whether Crown has proved by clear and convincing evidence, that both of those claims are invalid. If you believe that Crown has proved that both of those claims are invalid, then you do not need to decide whether Rexam is entitled to damages. However, if you determine that either claim 11 or claim 12 is not invalid, Rexam is entitled to, at a minimum, a reasonable royalty as damages for Crown's infringement or such additional damages you believe Rexam is entitled to under the proofs of this case.