# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

ANNE SHEA GAZA
COUNSEL

DIRECT DIAL NUMBER
302-651-7539
GAZA@RLF.COM

February 11, 2008

**VIA HAND DELIVERY & E-FILING**
The Honorable Mary Pat Thynge
U.S. Magistrate Judge
U.S. District Court for the
 District of Delaware
844 North King Street
Lock Box 8
Wilmington, DE 19801

Re: *Crown Packaging Technology, Inc. and Crown Cork & Seal USA, Inc. v. Rexam Beverage Can Co.*, C.A. No. 05-608-MPT

Dear Magistrate Judge Thynge:

Enclosed for the Court's consideration is a letter from George P. McAndrews in further support of Rexam's motion *in limine* regarding the testimony of Mr. Higham. Should Your Honor have any questions or concerns regarding the foregoing, counsel is available at the Court's convenience.

Respectfully,

Anne Shea Gaza (#4093)

ASG/afg
Enclosure

cc: Dale M. Heist, Esquire (via electronic mail)
    Barry M. Klayman, Esquire (via electronic mail)
    George P. McAndrews, Esquire (via electronic mail)

RLF1-3252426-1