

Wilmington Trust Center, 1100 North Market Street, Suite 1001, Wilmington, DE 19801
Tel: (302) 777-5860 ■ Fax: (302) 777-5863 ■ www.WolfBlock.com

Barry M. Klayman
Direct Dial: (302) 777-0313
Direct Fax: (302) 778-7813
E-mail:   bklayman@wolfblock.com
*Admitted in Delaware and Pennsylvania

February 12, 2008

**VIA E-MAIL & HAND DELIVERY**

The Hon. Mary Pat Thynge
Magistrate Judge
U.S. District Court for the District of
Delaware
844 North King Street
Lock Box 8
Wilmington, DE 19801

Re: Crown Packaging Technology, Inc., et al. v. Rexam
Beverage Can Co., C.A. No. 05-608 (MPT)

Dear Magistrate Judge Thynge:

I write to request that the Court include the names of additional predecessor entities of the parties in the jury *voir dire*. We have conferred with Rexam's counsel and they do not have any objection to inquiring about the prospective jurors' knowledge of these entities. They are: Crown Holdings, Inc.; Crown Packaging Technology, Inc.; Carnud Metal Box; National Can Company; and American National Can Company.

I also write to advise the Court that Crown did not submit its proposed pre-deliberation instruction on Friday, February 8th, since it was our understanding that only matters relating to the preliminary instructions were due on that date. Crown has no objections to the preliminary instructions the Court distributed to the parties with the revisions discussed at the February 5 pretrial conference.

Crown intends to submit its proposed pre-deliberation instruction to the Court with the revised Pretrial Order on Wednesday, February 13th, and does not agree with the instruction submitted by Rexam on Friday.

WIL:70742.1/CRO056-230788

Boston, MA ■ Cherry Hill, NJ ■ Harrisburg, PA ■ New York, NY ■ Norristown, PA ■ Philadelphia, PA ■ Roseland, NJ ■ Wilmington, DE
WolfBlock Government Relations - Harrisburg, PA ■ WolfBlock Public Strategies - Boston, MA and Washington, DC
Wolf, Block, Schorr and Solis-Cohen LLP, a Pennsylvania Limited Liability Partnership

The Hon. Mary Pat Thynge
February 12, 2008
Page 2

Very truly yours,

Barry M. Klayman
For WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP

cc: Anne Gaza, Esquire
Heist, Dale M.
Gerald Willis, Esquire (By E-mail)