# WolfBlock

Wilmington Trust Center, 1100 North Market Street, Suite 1001, Wilmington, DE 19801
Tel: (302) 777-5860 ■ Fax: (302) 777-5863 ■ www.WolfBlock.com

Barry M. Klayman
Direct Dial: (302) 777-0313
Direct Fax: (302) 778-7813
E-mail:   bklayman@wolfblock.com
*Admitted in Delaware and Pennsylvania

February 13, 2008

**VIA CM/ECF & HAND DELIVERY**

The Hon. Mary Pat Thynge
Magistrate Judge
U.S. District Court for the District of
Delaware
844 North King Street
Lock Box 8
Wilmington, DE 19801

    Re:    Crown Packaging Technology, Inc., et al. v. Rexam
               Beverage Can Co., C.A. No. 05-608 (MPT)

Dear Magistrate Judge Thynge:

    As discussed at the pre-trial conference on February 5, 2008, I am enclosing Crown's proposed pre-deliberation instruction regarding infringement.

                         Respectfully yours,

                         Barry M. Klayman
                         For WOLF, BLOCK, SCHORR and SOLIS-COHEN LLP

Enclosure
cc:    Anne Gaza, Esquire (By CM/ECF & E-mail)
       Dale M. Heist, Esquire (By E-mail)
       Gerald Willis, Esquire (By E-mail)

WIL:70762.1/CRO056-230788