**CROWN PROPOSED PRE-DELIBERATION INSTRUCTION**

You do not need to decide any issue relating to the infringement of Rexam's 242 Patent. You are only being asked to decide whether the patent claims are valid, and if so, what damages Rexam would be entitled to.

In other words, if you find that Crown has proven by clear and convincing evidence that the claims of the 242 Patent are invalid in view of the Ball prior invention, then Rexam is not entitled to any damages. But if you find that Crown has not proven that the patent claims are invalid by clear and convincing evidence, then you are to decide what damages Rexam is entitled to.