# EXHIBIT C

Exhibit C

EXHIBIT C1

# EXHIBIT C1

# CROWN'S STATEMENT OF ISSUES OF LAW

## I. THE 242 PATENT

### A. Invalidity

1. Whether Crown has proved that one or more of the asserted claims of the 242 patent is invalid under 35 U.S.C. § 102.

2. Whether Crown has proved that one or more of the asserted claims of the 242 patent is invalid under 35 U.S.C. § 103.

### B. Relief

3. Assuming Crown has failed to prove that any claim of the 242 patent is invalid, whether Rexam is entitled to have a permanent injunction entered against Crown USA under 35 U.S.C. § 283.

## II. THE 230 AND 728 PATENTS

### A. Invalidity

4. Whether Crown has proved that one or more of the asserted claims of the 230 or 728 patents are invalid under 35 U.S.C. § 103.

EXHIBIT C2

# EXHIBIT C2

## Rexam's Statement Of Issues Of Law That Remain To Be Litigated (Local Rule 16.4(5))

1  Whether the facts and circumstances warrant an injunction prohibiting Crown USA from infringing each patent it has been found to infringe.