# EXHIBIT D

# EXHIBIT D1

EXHIBIT D1

CROWN CORK & SEAL USA, INC.'S
DEPOSITION DESIGNATIONS,
REXAM BEVERAGE CAN CO.'S OBJECTIONS AND COUNTER- DESIGNATIONS
&
CROWN CORK & SEAL USA, INC.'S OBJECTIONS TO
REXAM BEVERAGE CAN CO.'S COUNTER DESIGNATIONS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
(WILMINGTON)
C.A. No. 05-608 MPT

*PAUL AZZALINE*
*July 13, 2006*

| CROWN'S DESIGNATIONS | REXAM'S OBJECTIONS | REXAM'S COUNTER-DESIGNATIONS | CROWN'S OBJECTIONS TO COUNTER-DESIGNATIONS |
|---|---|---|---|
| 5:10-17 | | | |
| 7:25-8:9 | | | |
| 8:14-9:10 | | | |
| 18:17-19:7 | | | |
| 23:16-24:13 | | | |
| 27:20-28:22 | | | |
| 32:14-33:17 | Foundation | | |
| 34:2-25 | | 35:1-37:14 | 402, 403 |
| 40:14-41:25 | | | |
| 101:21-102:24; 103:20-105:2 | | 113:24-114:16 | |

### TERRY BABBITT
### June 7, 2006

| CROWN'S DESIGNATIONS | REXAM'S OBJECTIONS | REXAM'S COUNTER DESIGNATION | REXAM'S AFFIRMATIVE DESIGNATION | CROWN'S OBJECTION TO COUNTER DESIGNATIONS |
|---|---|---|---|---|
| 8:20-21 | | | | |
| 114:2-19 | | | | |
| 121:18-123:18 | | | | |
| 124:8-11 | | | 140:1-141:4 *** | |

*** **Crown objects to Rexam's Affirmative Designations being submitted with Crown's deposition designations and believes Rexam should present them in their case-in-chief.**

**TERRY BABBITT**
**December 5, 2006 (pursuant to Crown's subpoena)**

| CROWN'S DESIGNATIONS | REXAM'S OBJECTIONS | REXAM'S COUNTER-DESIGNATIONS | REXAM'S AFFIRMATIVE DESIGNATION | CROWN'S OBJECTIONS TO COUNTER-DESIGNATIONS |
|---|---|---|---|---|
| 7:12-15 | | | | |
| 8:4-13 | | | | |
| 35:18-38:22 | | | 39:1-4 *** | |
| 39:5-40:3; 40:16-44:1 | 42:18-44:1 403 (Laches only) | | | |
| 44:8-13 | 44:8-13 403 (Laches only) | | | |
| 44:16-21 | 44:16-21 403 (Laches only) | | | |
| 50:22-51:16 | 50:22-51:11 401, 402, 801; 802 | | | |
| 56:18-57:6 | | | 55:2-56:8 *** 58:6-59:4 *** | |
| 61:4-62:19; 63:9-15 | 63:9-15 403 (Laches only) | | | |
| 67:18-68:3 | 66:8-68:3 403 (Laches only) | | | |
| 70:6-15 | | | | |
| 71:15-72:7 | 71:15-72:7 403 (Laches only) | | | |
| 72:12-73:22 | 72:12-73:22 403 (Laches only) | | | |

*** **Crown objects to Rexam's Affirmative Designations being submitted with Crown's deposition designations and believes Rexam should present them in their case-in-chief.**

### TERRY BABBITT
#### December 5, 2006 (pursuant to Rexam subpoena)

| CROWN'S DESIGNATIONS | REXAM'S OBJECTIONS | REXAM'S COUNTER-DESIGNATIONS | CROWN'S OBJECTIONS TO COUNTER-DESIGNATIONS |
|---|---|---|---|
| 60:3-64:20 | 63:8-64:6 Foundation; 802; 402; 403 | | |
| 65:2-19 | 65:10-15 Foundation | | |
| 66:3-8 | | | |
| 66:10-13 | | | |

### CHRISTOPHER L. CALIENDO
### August 16, 2006

| CROWN'S DESIGNATIONS | REXAM'S OBJECTIONS | REXAM'S COUNTER-DESIGNATIONS | REXAM'S AFFIRMATIVE DESIGNATION | CROWN'S OBJECTIONS TO COUNTER-DESIGNATIONS |
|---|---|---|---|---|
| 6:6-8 | | | | |
| 7:10-16 | | | | |
| 8:22-9:4 | | | | |
| 9:20-10:6 | | | | |
| 10:13-12:2 | | | | |
| 12:17-13:17 | | | | |
| 14:3-8 | | | | |
| 16:9-14; 16:23-17:12 | | 17:13-24 | | |
| 17:25-18:18 | | 19:5-15 | 18:19-19:4 *** | |
| 22:5-23:14 | | 21:17-21 21:25-22:4 | | |
| 23:24-24:22 | | 24:23-25:4 | | |
| 25:5-27:11 | | 30:13-25 31:18-21 33:5-25 | | 802 |
| 34:21-35:10 | Foundation; 602 | | | |
| 47:18-49:1 | | | | |
| 58:14-59:23 | Foundation | | | |

*** Crown objects to Rexam's Affirmative Designations being submitted with Crown's deposition designations and believes Rexam should present them in their case-in-chief.

### JOHN C. CATON 30(b)(6)
### December 12, 2006

| CROWN'S DESIGNATIONS | REXAM'S OBJECTIONS | REXAM'S COUNTER-DESIGNATIONS | REXAM'S AFFIRMATIVE DESIGNATION | CROWN'S OBJECTIONS TO COUNTER-DESIGNATIONS |
|---|---|---|---|---|
| 6:25-7:3 | | | | |
| 8:1-8:12 | | | | |
| 8:14-9:6 | | | | |
| 11:6-18 | | | | |
| 12:18-20 | | | | |
| 36:4-11 | | | | |
| 53:2-10; 53:13-54:16 | | | | |
| 58:9-12 | | | | |
| 61:19-62:3 | 402 | 62:4-10 | | |
| 65:13-16 | 402 | | | |
| 67:24-68:5 | | | | |
| 81:23-82:7 | | | | |
| 84:1-14 | 402 | | | |
| 86:8-17 | 402 | | | |
| 87:12-88:4 | 402 | | | |
| 111:15-25 | | | | |
| | | 116:22-117:23 ** | 116:16-21 *** | |
| 120:9-121:3 | | | | |
| 134:24-135:8 | | | | |

**\*\* Crown objects to Rexam's counter-designation as Crown's original designation has been removed.**

**\*\*\* Crown objects to Rexam's Affirmative Designations being submitted with Crown's deposition designations and believes Rexam should present them in their case-in-chief.**

### KENNETH FULTZ
#### November 9, 2006

| CROWN'S DESIGNATIONS | REXAM'S OBJECTIONS | REXAM'S COUNTER-DESIGNATIONS | CROWN'S OBJECTIONS TO COUNTER-DESIGNATIONS |
|---|---|---|---|
| 5:3-7 | | | |
| 7:22-24 | | | |
| 15:16-16:1 | | | |
| 17:11-24 | | | |
| 18:13-17 | | | |
| 25:1-26:17 | | | |
| 27:14-18 | | | |
| 34:23-37:20 | | | |
| 38:12-39:16 | | | |
| 42:1-21 | | | |
| 50:18-51:1 | | | |
| 51:11-52:8 | | | |
| 55:15-56:12 | | | |
| 57:21-58:17 | | | |
| 60:22-61:6 | | | |
| 64:7-10 | | | |
| 65:20-67:3 | | | |
| 67:8-69:1 | | | |

*MARK A. JACOBER*
*September 19, 2006*

| CROWN'S DESIGNATIONS | REXAM'S OBJECTIONS | REXAM'S COUNTER-DESIGNATIONS | CROWN'S OBJECTIONS TO COUNTER-DESIGNATIONS |
|---|---|---|---|
| 6:8 | | | |
| 7:21-8:3; 8:8-14 | | | |
| 9:2-10:2; 10:7-17:12 | | | |
| 17:21-21:7 | | | |
| 21:16-22:12 | | 21:9-15 | |
| 22:22-23:1 | | 22:13-21 | |
| 23:24-24:11 | | | |
| 25:10-26:4; 26:8-28:6 | | | |
| 29:14-30:1; 30:5-8; 30:14-19 | | 31:4-7 31:9 32:2-8 32:14-20 | 402, 403 |

*KEVIN R. JENTZSCH 30(b)(6)*
*September 19, 2006*

| CROWN'S DESIGNATIONS | REXAM'S OBJECTIONS | REXAM'S COUNTER-DESIGNATIONS | CROWNS OBJECTIONS TO COUNTER-DESIGNATIONS |
|---|---|---|---|
| 8:23-9:17 | | | |
| 10:1-3; 10:10-11:14 | | | |
| 11:24-12:15 | | | |
| 13:1-5 | | | |
| 13:18-14:11 | | | |
| 14:25-15:8 | | | |
| 15:18-16:11 | 16:4-11 Foundation | 16:12 | 402, 403 |
| 16:18-17:15 | | | |
| 18:1-15 | | 141:1-142:14 142:20-143:11 | |
| 18:25-19:7 | | | |
| 20:19-22:1 | | | |
| 23:1-24:8 | | | |
| 26:11-28:24 | | | |
| 29:8-14 | | | |
| 30:4-11 | | | |
| 48:22-49:9 | | 47:3-48:21; 49:20-50:1; 50:5-14 50:16-18 | |
| 51:4-52:1 | | 52:20-21 52:23-24 59:25-60:2 60:4-5 60:7-13 63:2-8 63:10 63:12-15 65:5-13 65:16-18 65:20-24 66:5-7 68:11-14 68:16-69:1 69:16-22 71:11-15 73:5-22 | 106, 402, 403, 802 |
| 74:25-76:20 | | 74:19-24 76:21-77:8 | |
| 82:11-86:1 | | | |
| 86:11-20 | | | |

| CROWN'S DESIGNATIONS | REXAM'S OBJECTIONS | REXAM'S COUNTER-DESIGNATIONS | CROWNS OBJECTIONS TO COUNTER-DESIGNATIONS |
|---|---|---|---|
| 86:25-88:4 | | | |
| 88:17; 20-21; 89:2-19 | | | |
| 90:10-99:11 | | | |
| 105:6-106:6 | | | |
| 106:24-107:2 | | | |
| 107:19-108:4 | | | |
| 108:21-24 | | 108:6-17 108:25-109:25 110:2-111:2 | 402, 403 |
| 111:3-14 | | | |
| 112:2-21 | | | |
| 113:10-114:18; 114:25-115:5 | | 114:19-24 | |
| 115:7-117:5 | | | |
| 118:2-6 | | | |
| 119:2-121:18 | | | |
| 122:15-130:13 | | | |
| 133:11-16 | | | |
| 133:21-135:25 | | | |

*SYLVAN PRATURLON*
*July 12, 2006*

| CROWN'S DESIGNATIONS | REXAM'S OBJECTIONS | REXAM'S COUNTER-DESIGNATIONS | CROWN'S OBJECTIONS TO COUNTER-DESIGNATIONS |
|---|---|---|---|
| 6:7-12 | | | |
| 8:12-11:21 | | | |
| 22:6-23:3 | | | |
| 25:1-13 | | 25:14-26:2 | |
| 26:3-27:4 | | 28:17-20 29:1-2 | |
| 36:1-5 | | | |
| 36:12-14 | | | |
| 36:21-37:10; 37:21-38:3 | | | |
| 40:15-41:5 | | 41:16-42:3 42:8-14 | |
| 49:4-21 | | | |
| 59:1-64:14 | | 64:17-65:5 | Outside scope of designation |
| 77:21-80:8 | 79:8-80:8 Foundation; 602 | | |
| 90:23-91:13 | | | |
| 94:24-96:11 | | | |
| 103:19-104:7 | | | |
| 110:13-111:3 | | | |
| 111:14-112:3 | | | |
| 169:22-170:11 | | 170:12-17 | |

11

## TIMOTHY L. TURNER
### August 21, 2006

| CROWN'S DESIGNATIONS | REXAM'S OBJECTIONS | REXAM'S COUNTER-DESIGNATIONS | CROWN'S OBJECTIONS TO COUNTER-DESIGNATIONS |
|---|---|---|---|
| 7:6-11 | | | |
| 8:5-11 | | | |
| 8:19-9:10 | | | |
| 12:18-13:9 | | | |
| 16:21-17:13 | | | |

# EXHIBIT D2

EXHIBIT D2

**REXAM BEVERAGE CAN CO.'S
DEPOSITION DESIGNATIONS, CROWN PACKAGING TECHNOLOGY, INC.
AND CROWN CORK & SEAL USA, INC.'S
OBJECTIONS AND COUNTERDESIGNATIONS
&
REXAM BEVERAGE CAN CO.'S OBJECTIONS TO CROWN PACKAGING
TECHNOLOGY, INC. AND CROWN CORK
& SEAL USA, INC.'S COUNTERDESIGNATIONS
&
REXAM BEVERAGE CAN CO.'S COUNTER-COUNTER DESIGNATIONS**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
(WILMINGTON)
C.A. No. 05-608 MPT**

*PAUL AZZALINE*
*July 13, 2006*

| Rexam's Designations | Crown's Objections | Crown's Counterdesignations | Rexam's Objections | Rexam's Counter-Counterdesignations |
|---|---|---|---|---|
| Page 5, Line 13-Page 5, Line 17 | | | | |
| Page 7, Line 25-Page 9, Line 7 | | | | |
| Page 16, Line 17—Page 17, Line 3 | | | | |
| Page 23, Line 17-Page 24, Line 13 | | | | |
| Page 27, Line 16 – Page 28, Line 22 | | | | |
| Page 34, Line 2 – Page 35, Line 15 | | | | |
| Page 35, Line 22—Page 36, Line 10 | | | | |
| Page 36, Line 16—Page 37, Line 6 | | | | |
| Page 39, Line 4-Page 39, Line 17 | | | | |
| Page 100, Line 10-Page 101, Line 7 | | | | |

**BRIAN FIELDS 30(b)(6)**
*December 12, 2006*

| Rexam's Designations | Crown's Objections | Crown's Counterdesignations | Rexam's Objections | Rexam's Counter-Counterdesignations |
|---|---|---|---|---|
| Page 7, Line 20-<br>Page 7, Line 21 | | | | |
| Page 9, Line 9 | | | | |
| Page 9, Line 11-<br>Page 10, Line 1 | FRE 401-403 | | | |
| Page 10, Line 4-<br>Page 10, Line 8 | | | | |
| Page 10, Line 10-<br>Page 10, Line 21 | FRE 401-403 | | | |
| Page 10, Line 24 | | | | |
| Page 11, Line 2 | FRE 401-403 | | | |
| Page 11, Line 4 | FRE 401-403 | | | |
| Page 11, Line 6-<br>Page 11, Line 11 | FRE 401-403 | | | |
| Page 11, Line 13-<br>Page 11, Line 15 | FRE 401-403 | | | |
| Page 13, Line 7-<br>Page 13, Line 8 | | | | |
| Page 13, Line 9-<br>Page 13, Line 12 | | | | |
| Page 13, Line 20-<br>Page 14, Line 1 | | | | |
| Page 14, Line 14-<br>Page 14, Line 15 | | | | |
| Page 14, Line 18-<br>Page 15, Line 1 | | | | |
| Page 15, Line 6-<br>Page 15, Line 12 | | | | |
| Page 15, Line 15-<br>Page 15, Line 24 | | | | |
| Page 16, Line 14-<br>Page 17, Line 4 | | | | |
| Page 17, Line 11-<br>Page 17, Line 13 | | | | |
| Page 17, Line 17 | | | | |
| Page 18, Line 15-<br>Page 18, Line 16 | | | | |
| Page 18, Line 23 | | | | |
| Page 19, Line 4 | | | | |
| Page 19, Line 6-<br>Page 19, Line 8 | | | | |
| Page 19, Line 18-<br>Page 19, Line 24 | | | | |
| Page 20, Line 10-<br>Page 20, Line 15 | | | | |
| Page 20, Line 18-<br>Page 20, Line 23 | | | | |
| Page 21, Line 2 | | | | |

| Rexam's Designations | Crown's Objections | Crown's Counterdesignations | Rexam's Objections | Rexam's Counter-Counterdesignations |
|---|---|---|---|---|
| Page 21, Line 5-Page 21, Line 8 | | | | |
| Page 22, Line 9-Page 22, Line 10 | | | | |
| Page 22, Line 17-Page 23, Line 7 | | | | |
| Page 23, Line 22-Page 23, Line 24 | | | | |
| Page 25, Line 20-Page 25, Line 23 | | | | |
| Page 29, Line 22-Page 29, Line 23 | FRE 401-403 | 29:15-21 | 802 | |
| Page 30, Line 2-Page 30, Line 3 | | | | |
| Page 30, Line 7-Page 30, Line 22 | FRE 401-403 | 32:1-9 33:21-24 | | |
| Page 31, Line 2-Page 31, Line 3 | FRE 401-403 | 32:1-9 33:21-24 | | |

**BRIAN FIELDS**
*December 12, 2006*

| Rexam's Designations | Crown's Objections | Crown's Counterdesignations | Rexam's Objections | Rexam's Counter-Counterdesignations |
|---|---|---|---|---|
| Page 312, Line 12-Page 312, Line 14 | | | | |
| Page 312, Line 17-Page 312, Line18 | | | | |
| Page 312, Line 20-Page 313, Line 5 | | | | |
| Page 316, Line 2-Page 316, Line 4 | | | | |
| Page 316, Line 12-Page 317, Line 22 | | | | |
| Page 318, Line 2-Page 318, Line 4 | | | | |
| Page 318, Line 7-Page 318, Line 8 | | | | |
| Page 318, Line 10-Page 318, Line 11 | | | | |
| Page 319, Line 13-Page 319, Line 17 | | | | |
| Page 319, Line 20 | | | | |
| Page 319, Line 23-Page 319, Line 24 | | | | |
| Page 320, Line 2-Page 320, Line 8 | | | | |
| Page 322, Line 1, Page 322, Line 5 | | | | |
| Page 322, Line 8-Page 322, Line 17 | | 322:18-323:15 | | |
| Page 324, Line 16-Page 325, Line 3 | | 325:21-326:10 | | |
| Page 325, Line 6-Page 325, Line 8 | | 325:21-326:10 | | |
| Page 325, Line 11 | | 325:21-326:10 | | |
| Page 325, Line 13-Page 325, Line 14 | | 325:21-326:10 | | |
| Page 325, Line 19 | | 325:21-326:10 | | |
| Page 330, Line 9-Page 331, Line 1 | | | | |
| Page 332, Line 1-Page 332, Line 3 | | | | |
| Page 332, Line 7-Page 332, Line 8 | | | | |
| Page 337, Line 1-Page 337, Line 3 | | | | |
| Page 338, Line 10-Page 338, Line 13 | | | | |
| Page 338, Line 15 | | | | |
| Page 339, Line 9-Page 339, Line 11 | | | | |

| Rexam's Designations | Crown's Objections | Crown's Counterdesignations | Rexam's Objections | Rexam's Counter-Counterdesignations |
|---|---|---|---|---|
| Page 339, Line 13- Page 339, Line 19 | | | | |
| Page 341, Line 7- Page 341, Line 12 | | | | |
| Page 341, Line 18- Page 341, Line 23 | | | | |
| Page 342, Line 15- Page 342, Line 19 | | | | |
| Page 343, Line 12- Page 343, Line 16 | | | | |
| Page 343, Line 19, Line 343, Line 22 | | | | |
| Page 344, Line 12- Page 344, Line 17 | | | | |
| Page 349, Line 5- Page 349, Line 22 | | | | |
| Page 352, Line 3- Page 352, Line 5 | | | | |
| Page 352, Line 8- Page 352, Line 9 | | | | |
| Page 352, Line 17- Page 352, Line 22 | | | | |
| Page 353, Line 16- Page 354, Line 3 | | | | |
| Page 356, Line 1- Page 356, Line 3 | FRE 401-403 Expert Testimony | | | |
| Page 356, Line 12- Page 356, Line 14 | FRE 401-403 Expert Testimony | | | |
| Page 356, Line 16- Page 356, Line 17 | FRE 401-403 Expert Testimony | | | |
| Page 356, Line 20 | FRE 401-403 Expert Testimony | | | |
| Page 356, Line 23 | FRE 401-403 Expert Testimony | | | |
| Page 357, Line 1- Page 357, Line4 | FRE 401-403 Expert Testimony | | | |
| Page 357, Line 10- Page 357, Line 13 | FRE 401-403 Expert Testimony | | | |
| Page 360, Line 24- Page 361, Line 1 | FRE 401-403 Expert Testimony | | | |
| Page 361, Line 5 | FRE 401-403 Expert Testimony | | | |
| Page 361, Line 8- Page 361, Line 13 | FRE 401-403 Expert | | | |

5

| Rexam's Designations | Crown's Objections | Crown's Counterdesignations | Rexam's Objections | Rexam's Counter-Counterdesignations |
|---|---|---|---|---|
| | Testimony | | | |
| Page 364, Line 15- Page 364, Line 16 | FRE 401-403 Expert Testimony | | | |
| Page 364, Line 20 | FRE 401-403 Expert Testimony | | | |
| Page 365, Line 21- Page 365, Line 23 | FRE 401-403 Expert Testimony | | | |
| Page 366, Line 2 | FRE 401-403 Expert Testimony | | | |
| Page 366, Line 13- Page 366, Line 20 | FRE 401-403 Expert Testimony | | | |
| Page 366, Line 24 | FRE 401-403 Expert Testimony Legal Conclusion | | | |
| Page 369, Line 23- Page 370, Line 3 | FRE 401-403 Legal Conclusion | | | |
| Page 370, Line 7- Page 370, Line 10 | FRE 401-403 Legal Conclusion | | | |
| Page 371, Line 16- Page 371, Line 17 | FRE 401-403 Legal Conclusion | | | |
| Page 371, Line 22- Page 371, Line 24 | FRE 401-403 Legal Conclusion | | | |
| Page 372, Line 2- Page 372, Line 7 | FRE 401-403 Legal Conclusion | | | |
| Page 376, Line 4- Page 376, Line 7 | | | | |
| Page 376, Line 12- Page 376, Line 14 | | | | |
| Page 379, Line 6- Page 379, Line12 | FRE 401-403 | | | |
| Page 379, Line 16- Page 379, Line 21 | | | | |
| Page 382, Line 24- Page 383, Line 5 | FRE 401-403 | | | |
| Page 383, Line 9- Page 383, Line 11 | FRE 401-403 | | | |
| Page 384, Line 14- Page 384, Line 20 | FRE 401-403 | | | |
| Page 384, Line 23 | FRE 401-403 | | | |
| Page 385, Line 1- Page 385, Line 3 | FRE 401-403 | | | |

| Rexam's Designations | Crown's Objections | Crown's Counterdesignations | Rexam's Objections | Rexam's Counter-Counterdesignations |
|---|---|---|---|---|
| Page 385, Line 8-Page 385, Line 9 | FRE 401-403 | | | |
| Page 386, Line 14-Page 386, Line 17 | FRE 401-403 | | | |
| Page 386, Line 19-Page 386, Line 22 | FRE 401-403 | | | |
| Page 386, Line 24-Page 387, Line 12 | FRE 401-403 | | | |
| Page 389, Line 15-Page 389, Line 20 | FRE 401-403 | | | |
| Page 390, Line 1-Page 390, Line 9 | FRE 401-403 | | | |
| Page 391, Line 16-Page 391, Line 21 | FRE 401-403 | | | |
| Page 392, Line 7-Page 392, Line 9 | | | | |
| Page 392, Line 18-Page 393, Line 7 | | | | |
| Page 394, Line 6-Page 395, Line 12 | | | | |
| Page 397, Line 3-Page 397, Line 8 | FRE 401-403 Expert Testimony Legal Conclusion | | | |
| Page 397, Line 12 | FRE 401-403 Expert Testimony Legal Conclusion | | | |
| Page 397, Line 19-Page 397, Line 20 | | | | |
| Page 398, Line 1-Page 398, Line 3 | | | | |
| Page 398, Line 5-Page 398, Line 7 | | | | |
| Page 398, Line 12 | | | | |
| Page 405, Line 1-Page 406, Line 6 | FRE 401-403 Expert Testimony Legal Conclusion | | | |
| Page 405, Line 10-Page 405, Line 15 | FRE 401-403 Expert Testimony Legal Conclusion | | | |
| Page 409, Line 13-Page 409, Line 16 | | | | |
| Page 412, Line 2-Page 412, Line 7 | | | | |
| Page 415, Line 6-Page 415, Line 13 | FRE 401-403 Expert | | | |

| Rexam's Designations | Crown's Objections | Crown's Counterdesignations | Rexam's Objections | Rexam's Counter-Counterdesignations |
|---|---|---|---|---|
| | Testimony Legal Conclusion | | | |
| Page 419, Line 9-Page 419, Line 10 | | | | |
| Page 419, Line 13-Page 419, Line 15 | | | | |
| Page 423, Line 9-Page 423, Line 12 | | | | |
| Page 423, Line 19-Page 424, Line 1 | | | | |
| Page 425, Line 1 | | | | |
| Page 425, Line 8-Page 425, Line 22 | | | | |
| Page 426, Line 13-Page 426, Line 19 | FRE 401-403 FRE 602 | | | |
| Page 427, Line 3-Page 427, Line 10 | FRE 401-403 FRE 602 | | | |
| Page 433, Line 4-Page 433, Line 7 | FRE 401-403 FRE 602 | | | |
| Page 433, Line 11-Page 433, Line 12 | | | | |
| Page 433, Line 14-Page 433, Line 16 | | | | |
| Page 436, Line 1-Page 436, Line 6 | FRE 401-403 FRE 602 | | | |
| Page 436, Line 13-Page 436, Line 15 | FRE 401-403 FRE 602 | | | |
| Page 436, Line 18-Page 436, Line 21 | FRE 401-403 FRE 602 | | | |
| Page 455, Line 10-Page 455, Line 23 | | | | |
| Page 456, Line 6-Page 456, Line 14 | FRE 401-403 Expert Testimony | | | |
| Page 456, Line 17-Page 456, Line 18 | FRE 401-403 Expert Testimony | | | |
| Page 456, Line 20-Page 457, Line 16 | FRE 401-403 Expert Testimony | | | |
| Page 479, Line 13-Page 480, Line 2 | | | | |
| Page 481, Line 6-Page 481, Line 9 | FRE 401-403 | | | |
| Page 481, Line 12 | FRE 401-403 | | | |
| Page 481, Line 14-Page 481, Line 15 | FRE 401-403 | | | |
| Page 481, Line 18 | FRE 401-403 | | | |
| Page 481, Line 20-Page 482, Line 13 | FRE 401-403 | | | |
| Page 482, Line 17-Page 482, Line 19 | FRE 401-403 | | | |

| Rexam's Designations | Crown's Objections | Crown's Counterdesignations | Rexam's Objections | Rexam's Counter-Counterdesignations |
|---|---|---|---|---|
| Page 482, Line 23 | FRE 401-403 | | | |
| Page 483, Line 1- Page 483, Line 3 | FRE 401-403 | | | |
| Page 483, Line 13- Page 483, Line 15 | FRE 401-403 | | | |
| Page 484, Line 10- Page 484, Line 15 | FRE 401-403 | | | |
| Page 484, Line 19- Page 485, Line 4 | FRE 401-403 | | | |
| Page 488, Line 22- Page 489, Line 1 | FRE 401-403 Expert Testimony | | | |
| Page 489, Line 4- Page 489, Line 7 | FRE 401-403 Expert Testimony | | | |
| Page 490, Line 10- Page 490, Line 12 | FRE 401-403 Expert Testimony | | | |
| Page 490, Line 15- Page 490, Line 17 | FRE 401-403 Expert Testimony | | | |
| Page 491, Line 1- Page 491, Line 2 | FRE 401-403 Expert Testimony | | | |
| Page 491, Line 13- Page 491, Line 20 | FRE 401-403 Expert Testimony | | | |
| Page 491, Line 22- Page 491, Line 23 | FRE 401-403 Expert Testimony | | | |
| Page 492, Line 6- Page 492, Line 10 | FRE 401-403 Expert Testimony | | | |
| Page 494, Line 2- Page 494, Line 5 | FRE 401-403 Expert Testimony | | | |
| Page 494, Line 8- Page 494, Line 9 | FRE 401-403 Expert Testimony | | | |
| Page 494, Line 11- Page 494, Line 14 | FRE 401-403 Expert Testimony | | | |
| Page 501, Line 1- Page 502, Line 5 | FRE 401-403 | | | |
| Page 506, Line 22- Page 507, Line 3 | FRE 401-403 | 507:4-15 | | |
| Page 507, Line 16- Page 508, Line 1 | FRE 401-403 | | | |
| Page 511, Line 3- Page 511, Line 21 | | | | |
| Page 521, Line 4- Page 521, Line 7 | FRE 401-403 FRE 602 | | | |
| Page 521, Line 10- | FRE 401-403 | | | |

| Rexam's Designations | Crown's Objections | Crown's Counterdesignations | Rexam's Objections | Rexam's Counter-Counterdesignations |
|---|---|---|---|---|
| Page 521, Line 11 | FRE 602 | | | |
| Page 524, Line 1-Page 524, Line 3 | FRE 401-403 | | | |
| Page 524, Line 7-Page 524, Line 10 | FRE 401-403 | | | |
| Page 540, Line 11-Page 540, Line 13 | | | | |
| Page 540, Line 19-Page 541, Line 1 | | | | |
| Page 541, Line 3 | | | | |
| Page 553, Line 18-Page 554, Line 4 | FRE 401-403 | 554:5-558:4 | 554:5-19 = 802, 602 554:20-558:4 = 602 | |
| Page 559, Line 21-Page 560, Line 15 | FRE 401-403 | | | |
| Page 560, Line 22-Page 561, Line 5 | FRE 401-403 | 561:19-22 562:19-22 | | 561:9-18 562:9-18 |
| Page 566, Line 21-Page 567, Line 6 | FRE 401-403 | 568:24-569:13 | | |
| Page 567, Line 13-Page 567, Line 15 | FRE 401-403 | 568:24-569:13 | | |
| Page 567, Line 21-Page 567, Line 23 | FRE 401-403 | 568:24-569:13 | | |
| Page 568, Line 2-Page 568, Line 4 | FRE 401-403 | 568:24-569:13 | | |
| Page 568, Line 11-Page 568, Line 14 | FRE 401-403 | 568:24-569:13 | | |
| Page 568, Line 17 | FRE 401-403 | 568:24-569:13 | | |
| Page 568, Line 19-Page 568, Line 20 | FRE 401-403 | 568:24-569:13 | | |
| Page 569, Line 14-Page 569, Line 21 | FRE 401-403 | 568:24-569:13 | | |
| Page 573, Line 2-Page 573, Line 7 | FRE 401-403 | | | |
| Page 573, Line 13-Page 573, Line 15 | | | | |
| Page 573, Line 18-Page 573, Line 20 | | | | |
| Page 574, Line 2-Page 574, Line 4 | | | | |
| Page 574, Line 23-Page 575, Line 3 | | | | |
| Page 576, Line 3-Page 576, Line 14 | FRE 401-403 FRE 802 | | | |
| Page 576, Line 17-Page 576, Line 24 | FRE 401-403 FRE 802 | | | |
| Page 577, Line 18-Page 577, Line 19 | FRE 401-403 FRE 802 | | | |
| Page 577, Line 22-Page 578, Line 3 | FRE 401-403 FRE 802 | | | |
| Page 578, Line 5-Page 578, Line 6 | FRE 401-403 FRE 802 | | | |
| Page 578, Line 9-Page 578, Line 10 | FRE 401-403 FRE 802 | | | |

| Rexam's Designations | Crown's Objections | Crown's Counterdesignations | Rexam's Objections | Rexam's Counter-Counterdesignations |
|---|---|---|---|---|
| Page 578, Line 12- Page 579, Line 23 | FRE 401-403 FRE 802 | | | |
| Page 580, Line 6- Page 580, Line 12 | FRE 401-403 | | | |
| Page 595, Line 18- Page 595, Line 24 | FRE 401-403 FRE 802 | | | |
| Page 617, Line 3- Page 617, Line 6 | FRE 401-403 | | | |
| Page 617, Line 17- Page 617, Line 18 | FRE 401-403 | | | |
| Page 617, Line 22- Page 617, Line 24 | FRE 401-403 | | | |
| Page 618, Line 2- Page 618, Line 6 | FRE 401-403 | | | |
| Page 618, Line 9 | FRE 401-403 | | | |
| Page 619, Line 11- Page 619, Line 14 | FRE 401-403 | | | |
| Page 620, Line 23- Page 621, Line 2 | FRE 401-403 | | | |
| Page 621, Line 5- Page 621, Line 7 | FRE 401-403 | | | |
| Page 621, Line 10- Page 621, Line 11 | | | | |
| Page 621, Line 16- Page 621, Line 18 | | | | |
| Page 621, Line 22- Page 621, Line 23 | | | | |
| Page 622, Line 17- Page 622, Line 19 | FRE 401-403 | | | |
| Page 623, Line 1- Page 623, Line 3 | FRE 401-403 | | | |
| Page 624, Line 21- Page 625, Line 1 | | | | |
| Page 638, Line 8- Page 638, Line 22 | FRE 401-403 | | | |
| Page 639, Line 24- Page 640, Line 1 | | 640:2 | | |
| Page 641, Line 11- Page 641, Line 13 | | | | |

**KENNETH FULTZ (by Rexam)**
**November 9, 2006**

| Rexam's Designations | Crown's Objections | Crown's Counterdesignations | Rexam's Objections | Rexam's Counter-Counterdesignations |
|---|---|---|---|---|
| Page 101, Line 14-Page 101, Line 25 | | | | |
| Page 102, Line 1-Page 102, Line 7 | | 102:8-19 | 402, 403 | 102:25-103:2 |
| Page 103, Line 3-Page 103, Line 17 | | | | |
| Page 103, Line 19-Page 103, Line 25 | | | | |
| Page 104, Line 1-Page 104, Line 8 | | | | |
| Page 104, Line 15-Page 104, Line 18 | FRE 602 | | | |
| Page 104, Line 20-Page 104, Line 23 | FRE 701 | | | |
| Page 104, Line 25 | | | | |
| Page 105, Line 1-Page 105, Line 6 | | | | |
| Page 105, Line 9-Page 105, Line 12 | | | | |
| Page 105, Line 14-Page 105, Line 25 | | | | |
| Page 106, Line 1-Page 106, Line 2 | | | | |
| Page 106, Line 7-Page 106, Line 14 | | 106:15-107:10 | | 110:15-20 |
| Page 109, Line 21-Page 109, Line 25 | | | | |
| Page 110, Line 1-Page 110, Line 5 | | | | |
| Page 110, Line 8-Page 110, Line 9 | | | | |
| Page 110, Line 11-Page 110, Line 14 | | | | |
| Page 110, Line 21-Page 110, Line 25 | | | | |
| Page 111, Line 1-Page 111, Line 4 | | | | |
| Page 114, Line 22-Page 114, Line 25 | | 113:1-114:21 | | |
| Page 115, Line 1-Page 115, Line 10 | | 115:11-116:7 | 611(c) - leading | |
| Page 116, Line 12-Page 117, Line 1 | | | | |
| Page 117, Line 5-Page 117, Line 7 | | | | |

12

## RICHARD GOLDING
### June 14, 2006

| Rexam's Designations | Crown's Objections | Crown's Counterdesignations | Rexam's Objections | Rexam's Counter-Counterdesignations |
|---|---|---|---|---|
| Page 4, Line 10-Page 4, Line 11 | | | | |
| Page 6, Line 24-Page 9, Line 10 | | 7/21/06 Errata – 7:5 – "Brachial" to "Bradfield" | | |
| Page 11, Line 4-Page 11, Line 11 | | | | |
| Page 12, Line 7-Page 12, Line 18 | | | | |
| Page 13 Line 22-Page 14, Line 8 | | | | |
| Page 14, Line 15-Page 14, Line 20 | | | | |
| Page 14, Line 24-Page 15, Line 6 | | | | |
| Page 15, Line 11-Page 16, Line 4 | | | | |
| Page 16, Line 8-Page 16, Line 17 | | 16:18-16:20 | | |
| Page 16, Line 21-Page 18, Line 1 | | | | |
| Page 18, Line 4-Page 18, Line 14 | | 18:15-18:21 | 402, 403 | |
| Page 18, Line 22-Page 18, Line 24 | | | | |
| Page 19, Line 4-Page 19, Line 6 | | | | |
| Page 19, Line 9-Page 19, Line 23 | | 7/21/06 Errata – 19:18 – "producing" to "reducing" 19:21 – "first up" to "first op" | 402, 403 | |
| Page 20, Line 1-Page 20, Line 24 | | 21:1-21:12 | 402, 403 | |
| Page 21, Line 13-Page 22, Line 22 | | | | |
| Page 23, Line 6-Page 23, Line 9 | | | | |
| Page 23, Line 18-Page 23, Line 20 | | | | |
| Page 23, Line 23-Page 24, Line 3 | | | | |
| Page 24, Line 5-Page 24, Line 7 | | | | |
| Page 24, Line 10 – Page 24, Line 11 | | 24:12-25:13 | 402, 403 | |
| Page 26, Line 17- | | | | |

13

| Rexam's Designations | Crown's Objections | Crown's Counterdesignations | Rexam's Objections | Rexam's Counter-Counterdesignations |
|---|---|---|---|---|
| Page 26, Line 19 | | | | |
| Page 26, Line 23-Page 27, Line 5 | | | | |
| Page 27, Line 8-Page 27, Line 13 | | | | |
| Page 27, Line 20-Page 28, Line 1 | | | | |
| Page 30, Line 19-Page 31, Line 4 | | | | |
| Page 31, Line 10-Page 32, Line 2 | | | | |
| Page 32, Line 12-Page 32, Line 23 | | | | |
| Page 33, Line 8-Page 33, Line 23 | | | | |
| Page 34, Line 3-Page 34, Line 16 | | | | |
| Page 34, Line 20-Page 34, Line 21 | | | | |
| Page 34, Line 23-Page 35, Line 7 | | | | |
| Page 35, Line 13-Page 36, Line 10 | | | | |
| Page 36, Line 21-Page 37, Line 3 | | | | |
| Page 37, Line 8-Page 37, Line 12 | | 37:4-37:7 | 402, 403 | |
| Page 38, Line 4-Page 39, Line 3 | | | | |
| Page 39, Line 13-Page 39, Line 20 | | 39:21 | 402, 403 | |
| Page 39, Line 24-Page 40, Line 2 | | | | |
| Page 40, Line 4 | | 40:3 40:6-40:14 | 402, 403 | 40:15-20 |
| Page 40, Line 21-Page 41, Line 6 | | | | |
| Page 42, Line 12-Page 42, Line 20 | | | | |
| Page 46, Line 4-Page 46, Line 5 | | | | |
| Page 46, Line 8-Page 46, Line 9 | | | | |
| Page 46, Line 11-Page 46, Line 16 | | | | |
| Page 46, Line 22-Page 47, Line 10 | | | | |
| Page 49, Line 3-Page 49, Line 12 | | 42:21-43:2 43:6-44:6 49:13-50:2 | 402, 403 402, 403 402, 403 | |
| Page 50, Line 3-Page 50, Line 7 | | | | |
| Page 50, Line 13- | | | | |

| Rexam's Designations | Crown's Objections | Crown's Counterdesignations | Rexam's Objections | Rexam's Counter-Counterdesignations |
|---|---|---|---|---|
| Page 50, Line 14 | | | | |
| Page 50, Line 22-Page 51, Line 9 | | 52:2-52:8 | 402, 403 | |
| Page 58, Line 14-Page 58, Line 20 | | 57:7-57:13<br>58:3-58:13 | 402, 403<br>402, 403 | |
| Page 58, Line 24-Page 59, Line 1 | | | | |
| Page 59, Line 3-Page 59, Line 4 | | 59:5-59:9 | 402, 403 | |
| Page 59, Line 10-Page 59, Line 12 | | | | |
| Page 60, Line 1-Page 60, Line 14 | | | | |
| Page 61, Line 2-Page 61, Line 3 | | | | |
| Page 61, Line 13-Page 62, Line 14 | | | | |
| Page 63, Line 23-Page 64, Line 5 | | | | |
| Page 64, Line 18-Page 65, Line 12 | | 65:13-65:14<br>65:17-65:18 | | |
| Page 65, Line 20-Page 66, Line 2 | | 66:3-66:5 | | |
| Page 66, Line 6-Page 66, Line 8 | | 66:9-66:13 | | 66:16-19 |
| Page 66, Line 14-Page 66, Line 15 | | | | |
| Page 67, Line 1-Page 67, Line 8 | | 67:12-67:19 | | |
| Page 70, Line 16-Page 70, Line 20 | FRE 401-403, 602 | | | |
| Page 71, Line 3-Page 71, Line 6 | FRE 401-403, 602 | | | |
| Page 73, Line 23-Page 75, Line 12 | | 73:1-73:22 | | |
| Page 75, Line 23-Page 76, Line 3 | | | | |
| Page 76, Line 10-Page 76, Line 13 | | 76:14-77:12 | | |
| Page 77, Line 13-Page 79, Line 5 | | | | |
| Page 79, Line 9-Page 79, Line 14 | | 79:15 | | |
| Page 79, Line 16-Page 79, Line 24 | | | | |
| Page 80, Line 7-Page 80, Line 19 | | | | |
| Page 81, Line 8-Page 81, Line 18 | | | | |
| Page 82, Line 4-Page 83, Line 23 | | | | |
| Page 84, Line 8-Page 84, Line 11 | | | | |

| Rexam's Designations | Crown's Objections | Crown's Counterdesignations | Rexam's Objections | Rexam's Counter-Counterdesignations |
|---|---|---|---|---|
| Page 84, Line 14-Page 84, Line 15 | | | | |
| Page 84, Line 17-Page 85, Line 2 | | | | |
| Page 85, Line 21-Page 85, Line 24 | | | | |
| Page 86, Line 11-Page 87, Line 16 | | 86:4-86:10 7/21/06 Errata – 87:5 – "processes" to "precesses" 87:6 – "processes" to "precesses" | | |
| Page 87, Line 18-Page 87, Line 20 | | | | |
| Page 87, Line 22-Page 88, Line 6 | | | | |
| Page 88, Line 12-Page 90, Line 9 | | 7/21/06 Errata – 90:8 – "cam" to "can" | | |
| Page 90, Line 21-Page 91, Line 4 | | | | |
| Page 91, Line 6-Page 91, Line 8 | | | | |
| Page 91, Line 12 | | | | |
| Page 91, Line 14 | | | | |
| Page 91, Line 18-Page 91, Line 20 | | | | |
| Page 95, Line 16-Page 95, Line 21 | | | | |
| Page 97, Line 7-Page 97, Line 12 | | 97:1-97:6 97:13-97:16 | | |
| Page 104, Line 4-Page 104, Line 18 | | 104:19-105:4 | 402, 403 | |
| Page 105, Line 5-Page 106, Line 3 | | | | |
| Page 177, Line 2-Page 177, Line 3 | | | | |
| Page 177, Line 10-Page 179, Line 10 | | 179:11-179:16 | | 179:17-180:18 |
| Page 180, Line 19-Page 181, Line 1 | | | | |
| Page 181, Line 4-Page 181, Line 6 | | 181:7-181:17 | | |
| Page 181, Line 18-Page 182, Line 10 | | | | |
| Page 182, Line 20-Page 182, Line 23 | | | | |
| Page 183, Line 5-Page 184, Line 2 | | | | |
| Page 184, Line 17-Page 185, Line 1 | | 185:2-185:5 185:23-186:8 | | |
| Page 186, Line 12-Page 186, Line 14 | | | | |

16

| Rexam's Designations | Crown's Objections | Crown's Counterdesignations | Rexam's Objections | Rexam's Counter-Counterdesignations |
|---|---|---|---|---|
| Page 186, Line 20-<br>Page 188, Line 8 | | 185:2-185:5<br>185:23-186:8<br>188:9-188:16 | | 188:17-21 |
| Page 188, Line 23-<br>Page 188, Line 24 | | | | |
| Page 189, Line 8-<br>Page 189, Line 17 | | | | |
| Page 190, Line 11-<br>Page 190, Line 23 | | 189:24-190:10<br>190:24-191:15 | | |
| Page 193, Line 11-<br>Page 193, Line 20 | | | | |
| Page 194, Line 9-<br>Page 195, Line 3 | | 195:7-195:24 | | |
| Page 196, Line 1-<br>Page 196, Line 11 | | | | |

### RICHARD GOLDING 30(b)(6)
### October 31, 2006

| Rexam's Designations | Crown's Objections | Crown's Counterdesignations | Rexam's Objections | Rexam's Counter-Counterdesignations |
|---|---|---|---|---|
| Page 5, Line 18-Page 5, Line 20 | | | | |
| Page 6, Line 21-Page 7, Line 18 | | | | |
| Page 8, Line 4-Page 9, Line 21 | | 9:22-10:4 | | |
| Page 10, Line 5-Page 10, Line 15 | | 10:16 | | |
| Page 12, Line 8-Page 12, Line 17 | FRE 701 | 12:18-12:23 | 402, 403 | |
| Page 12, Line 24-Page 13, Line 16 | | | | |
| Page 13, Line 19-Page 13, Line 20 | | 13:21-14:1 | | |
| Page 16, Line 16-Page 19, Line 10 | | | | |
| Page 19, Line 15-Page 19, Line 19 | | 19:12-19:14 | | |
| Page 20, Line 1-Page 20, Line 21 | | | | |
| Page 22, Line 6-Page 23, Line 3 | | 23:4-23:5 | | |
| Page 24, Line 3-Page 24, Line 23 | | | | |
| Page 25, Line 5-Page 25, Line 19 | | | | |
| Page 26, Line 7-Page 26, Line 10 | | | | |
| Page 26, Line 12-Page 27, Line 10 | | | | |
| Page 27, Line 21-Page 28, Line 3 | | 28:6-7 | | |
| Page 28, Line 8-Page 29, Line 7 | 28:14-29:7 -- FRE 401-403 | 32:1-32:18 | 32:17-32:18 = 402 | |
| Page 30, Line 1-Page 30, Line 21 | FRE 401-403 | 32:1-32:18 | 32:17-32:18 = 402 | |
| Page 44, Line 16-Page 46, Line 17 | | | | |
| Page 56, Line 24-Page 57, Line 13 | 56:24-56:9 -- FRE 401-403 | | | |

*ANDREW HALASZ*
*October 17, 2006*

| Rexam's Designations | Crown's Objections | Crown's Counterdesignations | Rexam's Objections | Rexam's Counter-Counterdesignations |
|---|---|---|---|---|
| Page 6, Line 6- Page 6, Line 7 | | | | |
| Page 8, Line 5- Page 8, Line 10 | | | | |
| Page 8, Line 19- Page 9, Line 5 | | | | |
| Page 9, Line 23- Page 10, Line 10 | | | | |
| Page 10, Line 19- Page 10, Line 22 | | | | |
| Page 12, Line 3- Page 12, Line 6 | | | | |
| Page 12, Line 14- Page 12, Line 23 | | | | |
| Page 14, Line 6- Page 15, Line 4 | | 15:5- 15:8 | | |
| Page 15, Line 9- Page 15, Line 12 | | 16:11- 16:15 | | |
| Page 17, Line 2- Page 17, Line 22 | | | | |
| Page 18, Line 8- Page 18, Line 18 | | | | |
| Page 20, Line 21- Page 21, Line 21 | | | | |
| Page 22, Line 2- Page 22, Line 15 | | | | |
| Page 25, Line 12- Page 25, Line 25 | | 26:16- 27:2 | | |
| Page 27, Line 3- Page 27, Line 14 | | | | |
| Page 27, Line 22- Page 28, Line 4 | | 29:11- 30:3 30:11- 30:16 | | |
| Page 30, Line 17- Page 31, Line 3 | | 31:4- 31:10 | | |
| Page 31, Line 23- Page 32, Line 2 | | | | |
| Page 32, Line 5- Page 32, Line 11 | | | | |
| Page 35, Line 5- Page 35, Line 7 | | | | |
| Page 35, Line 11- Page 35, Line 22 | | | | |
| Page 37, Line 1- Page 37, Line 3 | | | | |
| Page 37, Line 6 | | | | |
| Page 37, Line 8- Page 37, Line 10 | | | | |
| Page 37, Line 13- | | | | |

| Rexam's Designations | Crown's Objections | Crown's Counterdesignations | Rexam's Objections | Rexam's Counter-Counterdesignations |
|---|---|---|---|---|
| Page 37, Line15 | | | | |
| Page 38, Line 1-Page 38, Line 6 | | | | |
| Page 40, Line 12-Page 40, Line 20 | | | | |
| Page 43, Line 4-Page 43, Line 25 | | | | |
| Page 44, Line 12-Page 44, Line 17 | | | | |

*MARK JACOBER*
*September 19, 2006*

| Rexam's Designations | Crown's Objections | Crown's Counterdesignations | Rexam's Objections | Rexam's Counter-Counterdesignations |
|---|---|---|---|---|
| Page 10, Line 24-Page 10, Line 25 | | | | |
| Page 11, Line 3-Page 11, Line 4 | | | | |
| Page 11, Line 13-Page 11, Line 18 | | | | |
| Page 17, Line 21-Page 18, Line 1 | | | | |
| Page 18, Line 10-Page 18, Line 13 | | | | |

## KEVIN JENTZSCH
### September 19, 2006

| Rexam's Designations | Crown's Objections | Crown's Counterdesignations | Rexam Objections | Rexam's Counter-Counterdesignations |
|---|---|---|---|---|
| Page 6, Line 18-Page 6, Line 24 | | | | |
| Page 10, Line 1-Page 10, Line 7 | | | | |
| Page 10, Line 10-Page 10, Line 20 | | | | |
| Page 12, Line 3-Page 12, Line 10 | | | | |
| Page 12, Line 12-Page 12, Line 14 | | | | |
| Page 12, Line 20-Page 13, Line 2 | | | | |
| Page 13, Line 4-Page 13, Line 13 | | 26:15- 27:5 | | 27:6 27:8-13 |
| Page 28, Line 8-Page 28, Line 10 | FRE 402-403 | | | |
| Page 28, Line 19-Page 28, Line 24 | FRE 402-403 | | | |
| Page 29, Line 1-Page 29, Line 2 | FRE 402-403 | | | |
| Page 30, Line 16-Page 30, Line 22 | FRE 402-403 | 31:25 | | |
| Page 32, Line 1-Page 32, Line 3 | FRE 402-403 | | | |
| Page 32, Line 6 | | | | |
| Page 32, Line 8-Page 32, Line 10 | | | | |
| Page 32, Line 21, Line 33, Line 6 | | | | |
| Page 33, Line 11 | | | | |
| Page 36, Line 16-Page 36, Line 19 | | | | |
| Page 36, Line 25-Page 37, Line7 | | | | |

22

*KEVIN JENTZSCH 30(b)(6)*
*September 19, 2006*

| Rexam's Designations | Crown's Objections | Crown's Counterdesignations | Rexam's Objections | Rexam's Counter-Counterdesignations |
|---|---|---|---|---|
| Page 8, Line 23-Page 9, Line 1 | | | | |
| Page 27, Line 11-Page 27, Line 12 | | | | |
| Page 27, Line 14-Page 27, Line 17 | | | | |
| Page 30, Line 4-Page 30, Line 6 | | | | |
| Page 30, Line 8-Page 30, Line11 | | 68:19- 69:3 | 402, 403 | |
| Page 69, Line 4-Page 69, Line 13 | | | | |
| Page 70, Line 3-Page 70, Line 13 | | | | |
| Page 71, Line 16-Page 72, Line 3 | | | | |
| Page 139, Line 18-Page 139, Line 19 | | | | |
| Page 139, Line 21 | | | | |
| Page 139, Line 23-Page 140, Line 22 | | 143:15- 143:18 | 402, 403 | |
| Page 146, Line 7-Page 146, Line 11 | | | | |
| Page 146, Line 13-Page 146, Line 16 | | | | |
| Page 146, Line 18-Page 146, Line 20 | | | | |
| Page 147, Line 5-Page 147, Line 7 | | | | |
| Page 147, Line 9-Page 147, Line 18 | | | | |
| Page 147, Line 22 | | | | |