# EXHIBIT F

Case 1:05-cv-00608-MPT    Document 387-7    Filed 02/13/2008    Page 1 of 2

## **EXHIBIT F**

Preliminary Instructions to be provided by the Court.