# EXHIBIT G

## EXHIBIT G

The parties will provide the Jury Instructions as a supplement to the Pretrial Order.