# EXHIBIT H

EXHIBIT H

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN CORK & SEAL USA, INC., | ) |
| | ) |
| v. | ) |
| | ) |
| REXAM BEVERAGE CAN CO. | ) |
| | ) CIVIL ACTION NO. 05-608 (MPT) |
| | ) |

JOINT PROPOSED SPECIAL VERDICT FORM

WE, THE JURY, UNANIMOUSLY FIND AS FOLLOWS:

WITH RESPECT TO REXAM'S CLAIM AGAINST CROWN:

1.      Has Crown proven by clear and convincing evidence that any claim of the 242 patent is invalid?

    Check YES or NO. (YES is a finding for Crown; NO is a finding for Rexam)

        Claim 11, 242 patent   YES ___    NO ___

        Claim 12, 242 patent   YES ___    NO ___

*Deleted: .*
*Deleted:*

### Damages

2.      If you have found that Crown has failed to prove that both claims of the 242 patent are invalid, what should Crown pay to Rexam as damages for infringement of the 242 patent?

    $_____

### Rexam's Score Line Patents

3.      Has Rexam proven by a preponderance of the evidence that Crown's LOE end infringed claim 13 of the 230 patent?

    Check YES or NO. (YES is a finding for Rexam; NO is a finding for Crown.)

        YES ___    NO ___

4.      Has Rexam proven by a preponderance of the evidence that Crown's LOE end infringed claim 7 of the 728 patent?

    Check YES or NO. (YES is a finding for Rexam; NO is a finding for Crown.)

        YES ___    NO ___

5.  Has Crown proven by clear and convincing evidence that claim 13 of the 230 patent and claim 7 of the 728 patent is invalid?

   Check YES or NO. (YES is a finding for Crown; NO is a finding for Rexam)

       Claim 13, 230 patent   YES ____   NO ____

       Claim 7, 728 patent    YES ____   NO ____

### Damages

6.  If you have found that any of claims 13 of the 230 patent or claim 7 of the 728 patent have been infringed, and you have also found that Crown has failed to prove that any such claims are invalid, what should Crown pay to Rexam as damages for infringement?

   $_____.

 

_____
Foreman