## RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

Anne Shea Gaza

Direct Dial Number
302-651-7539
Gaza@rlf.com

February 13, 2008

**VIA CM/ECF & HAND DELIVERY**

The Honorable Mary Pat Thynge
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

   Re: *Crown Packaging Technology, Inc. and Crown Cork & Seal USA, Inc. v. Rexam Beverage Can Co.*, C.A. No. 05-608-MPT

Dear Magistrate Judge Thynge:

  On behalf of Rexam Beverage Can Company, I am writing to request that the following individuals be permitted to bring in their telephone disabled Blackberry devices:

    Fredrick L. Cottrell, III, Esq.
    Anne Shea Gaza, Esq.
    Paul McAndrews, Esq.
    Mary Schnurr, Esq.
    Frank Brown, Esq.

  If Your Honor should have any questions or concerns regarding the foregoing, undersigned counsel is available at the Court's convenience.

Respectfully,

Anne Shea Gaza (#4093)
Gaza@rlf.com

ASG:asg

RLF1-3252696-1

The Honorable Mary Pat Thynge
February 13, 2008
Page 2


cc:   Barry Klayman, Esq.
      M. Dale Heist, Esq.
      George P. McAndrews, Esq.
      Steven J. Hampton, Esq.
      Gerald Willis, Esq.
      Paul W. McAndrews, Esq.

RLF1-3252696-1