# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

Anne Shea Gaza

Direct Dial Number
302-651-7539
Gaza@rlf.com

February 13, 2008

**VIA CM/ECF & HAND DELIVERY**

The Honorable Mary Pat Thynge
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

Re: *Crown Packaging Technology, Inc. and Crown Cork & Seal USA, Inc. v. Rexam Beverage Can Co.*, C.A. No. 05-608-MPT

Dear Magistrate Judge Thynge:

On behalf of the parties, enclosed please find the following:

(i) two spiral bound copies of the Revised Pretrial Order;
(ii) a copy of the jury handout for the Introduction to the Patent System video;
(iii) one binder of Crown's deposition designations; and
(iv) one binder of Rexam's deposition designations.

If Your Honor should have any questions or concerns regarding the foregoing or the enclosed, undersigned counsel is available at the Court's convenience.

Respectfully,

Anne Shea Gaza (#4093)
Gaza@rlf.com

ASG:asg
cc: Barry Klayman, Esq. (w/o encl.)
    M. Dale Heist, Esq. (w/o encl.)

RLF1-3253712-1

The Honorable Mary Pat Thynge
February 13, 2008
Page 2

    George P. McAndrews, Esq. (w/o encl.)
    Steven J. Hampton, Esq. (w/o encl.)
    Gerald Willis, Esq. (w/o encl.)
    Paul W. McAndrews, Esq. (w/o encl.)

RLF1-3253712-1