## REVISED EXHIBIT A

## LIST OF UNCONTESTED FACTS

### I. The Parties

1. One party is Crown Cork & Seal USA, Inc., which may also be referred to as "Crown USA."

2. Crown USA is a Delaware corporation, and Philadelphia, Pennsylvania is its principal place of business. Crown USA is in the business of manufacturing and selling aluminum beverage can ends and can bodies.

3. The other party is Rexam Beverage Can Company, which may also be referred to as "Rexam."

4. Rexam is a Delaware corporation. Rexam is in the business of manufacturing, and selling aluminum beverage can ends and can bodies. Rexam is also a research, development and engineering company specializing in metal packaging for the beverage and food industry, including aluminum and steel packaging.

5. National Can Company and American National Can Company are predecessor corporations to Rexam.

### II. Basic Technology and Terminology

6. An aluminum beverage can is manufactured in two pieces.

7. One piece is formed into a "can body," through a process called "drawing and ironing." A can body that has been "drawn and ironed" has a bottom, a cylindrical side wall, and an open top.

8. The other piece of an aluminum beverage can is the lid or top that is used to close off the upper, open end of the can body. In the can manufacturing industry, this lid is referred to as a "can end."

9. Can ends are joined or seamed to a can body after the can has been filled with a beverage. The can manufacturing industry refers to this process as "double seaming."

### III. The Rexam 242 Patents

#### A. The 242 patent

10. On December 16, 1997, the Patent and Trademark Office issued U.S. Patent No. 5,697,242, titled Method and Apparatus for Reforming Can Bottom to Provide Improved Strength." This patent may also be referred to as the "242 patent."

11. Rexam owns the 242 patent, and has the right to bring suit for infringement of the patent and the right to recover damages for infringement of the patent.

12. Rexam's 242 patent is directed to methods and apparatus for reforming the bottom of aluminum beverage cans.

#### B. Crown's Accused Can Bodies

13. The can bodies marked CCS0060244P and PP are representative of the can bodies that have been and continue to be made and sold by Crown USA from Crown USA's Fort Bend Texas Facility in the United States.

14. Crown Production document CCS0055251 is a true and correct, authentic, and representative drawing of the can bodies that have been and continue to be made and sold by Crown USA from Crown USA's Fort Bend Texas Facility in the United States.

15. Crown USA manufactures can bodies at Crown USA's Fort Bend, Texas plant using Belvac 595K neckers/flangers/reformers.

## IV. The Rexam 230 and 728 Patents

### A. The 230 Patent

16. On October 10, 2000, the Patent and Trademark Office issued U.S. Patent No. 6,129,230, titled "End Closure with Improved Non-Detachable Opening Panel." This patent may also be referred to as the "230 patent."

17. Rexam owns the 230 patent, and has the right to bring suit for infringement of the patent and the right to recover damages for infringement of the patent.

### B. The 728 patent

18. On July 17, 2001, the Patent and Trademark Office issued U.S. Patent No. 6,260,728, also titled "End Closure with Improved Non-Detachable Opening Panel." This patent may also be referred to as the "728 patent."

19. Rexam owns the 728 patent, and has the right to bring suit for infringement of the patent and the right to recover damages for infringement of the patent.

### C. Crown's Accused Standard LOE Can Ends

20. Crown production documents CCS29434A – CCS29434T are representative of the LOE can ends that had been made and sold by Crown USA.

21. Crown production document CCS0035032 is a true and correct, authentic, and representative drawing of the LOE can ends that had been made and sold by Crown USA.

22. The accused standard LOE can ends were made by Crown USA under the Code BZ-202-A107 and are further identified as sales classes 31700 and 36700.

23. Exhibit 467 is a true and correct, authentic, and representative drawing of the score caps for the SuperEnd, SuperEnd SP, and SuperEnd DA can ends that have been and continue to be made and sold by Crown USA

24. Exhibit 1203 is representative of the re-designed LOE can ends that are now being made and sold by Crown USA.