# WolfBlock LLP

Wilmington Trust Center, 1100 North Market Street, Suite 1001, Wilmington, DE 19801
Tel: (302) 777-5860 ■ Fax: (302) 777-5863 ■ www.WolfBlock.com

Barry M. Klayman
Direct Dial: (302) 777-0313
Direct Fax: (302) 778-7813
E-mail: bklayman@wolfblock.com
*Admitted in Delaware and Pennsylvania

March 27, 2008

**VIA CM/ECF & HAND DELIVERY**

The Hon. Mary Pat Thynge
Magistrate Judge
U.S. District Court for the District of Delaware
844 North King Street
Lock Box 8
Wilmington, DE 19801

    Re:   Crown Packaging Technology, Inc., et al. v. Rexam
            Beverage Can Co., C.A. No. 05-608 (MPT)

Dear Magistrate Judge Thynge:

    Counsel for the parties have conferred and agreed upon the terms of a Proposed Order and Final Judgment and submit the enclosed form of order for the Court's consideration and approval.

    Counsel is available at the Court's convenience should you have any questions or concerns.

Respectfully yours,

Barry M. Klayman
For WolfBlock LLP

BMK
Attachment

cc:   George McAndrews, Esquire (By CM/ECF & e-mail)
       Dale M. Heist, Esquire (By CM/ECF & e-mail)
       Anne Gaza, Esquire (By CM-ECF & e-mail)

WIL:71282.1/CRO056-230788

Boston, MA ■ Cherry Hill, NJ ■ Harrisburg, PA ■ New York, NY ■ Norristown, PA ■ Philadelphia, PA ■ Roseland, NJ ■ Wilmington, DE

WolfBlock Government Relations - Harrisburg, PA ■ WolfBlock Public Strategies - Boston, MA, New York, NY and Washington, DC

WolfBlock LLP, a Pennsylvania Limited Liability Partnership