IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **CROWN PACKAGING TECHNOLOGY, INC. AND CROWN CORK & SEAL USA, INC.,**<br><br>     PLAINTIFFS,<br><br>V.<br><br>**REXAM BEVERAGE CAN CO.,**<br><br>     DEFENDANT. | CIVIL ACTION NO. 05-608 (MPT) |

### NOTICE OF APPEAL OF PLAINTIFFS CROWN PACKAGING TECHNOLOGY, INC. AND CROWN CORK & SEAL USA, INC.

Notice is hereby given that Crown Packaging Technology, Inc. and Crown Cork & Seal, Inc., plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Federal Circuit from the final judgment entered in this action on March 31 2008 (Docket No. 392).

Plaintiffs further appeal from any and all other orders and rulings made appealable by the final judgment entered March 31, 2008, including, but not limited to, the Court's Order of January 22, 2008 (Docket No. 370), granting in part and denying in part defendant's motion for partial summary judgment.

-2-

Dated: April 1, 2008

                _____/s/ Barry Klayman_____
                Barry M. Klayman (#3676)
                WolfBlock LLP
                Wilmington Trust Center
                1100 N. Market Street, Suite 1001
                Wilmington, DE 19801
                (302) 777-0313

                *Attorneys for Plaintiffs*
                *Crown Packaging Technology, Inc. and*
                *Crown Cork & Seal USA, Inc.*

*Of Counsel:*

Dale M. Heist
Lynn A. Malinoski
Chad E. Ziegler
WOODCOCK WASHBURN, LLP
Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104
(215) 568-3100

Michael Korniczky
Crown Cork & Seal USA, Inc.
One Crown Way
Philadelphia, Pennsylvania  19154