# CERTIFICATE OF SERVICE

I hereby certify that on this date, April 1, 2008, I caused true and correct copies of the foregoing Notice of Appeal to be served in accordance with the Federal Rules of Civil Procedure, on the following counsel of record in the manner indicated below:

**VIA CM/ECF and E-MAIL:**

Gerald C. Willis, Esq.
McAndrews, Held & Malloy, Ltd.
500 W. Madison Street, Suite 3400
Chicago, IL  60601

Anne Shea Gaza, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*Attorneys for Defendant Rexam Beverage Can Co.*

Dated: April 1, 2008                         _____/s/ Barry Klayman_____
                                            Barry M. Klayman, Esquire (ID # 3676)
                                            WolfBlock LLP
                                            Wilmington Trust Center
                                            1100 N. Market Street, Suite 1001
                                            Wilmington, DE 19801
                                            (302) 777-0313

                                            *Attorneys for Plaintiffs*
                                            *Crown Packaging Technology, Inc. and*
                                            *Crown Cork & Seal USA, Inc.*