**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this date, he caused a copy of the foregoing Transcript Purchase Order Form to be filed electronically with the Clerk of Court using CM/ECF and that copies were served on the person(s) listed below in the manner stated:

By CM/ECF Notification & E-Mail

Anne Shea Gaza, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 King Street
Wilmington, DE 19801
gaza@rlf.com


By Federal Express

Gerald C. Willis, Esquire
McAndrews, Held & Malloy, Ltd.
34th Floor
500 West Madison Street
Chicago, IL 60661
jwillis@mhmlaw.com

By Federal Expresss (3 copies)

Brian Gaffigan
Court Reporter
U.S. District Court for the District of Delaware
844 North King Street
Lockbox 18
Wilmington, DE 19801

By Federal Express

Clerk
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, N.W.
Washington, DC 20439

Dated:  April 14, 2008                                    ____/s/ Barry Klayman_____
                                                                            Barry M. Klayman, Esquire (#3676)

WIL:71489.1/CRO056-230788