IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CROWN PACKAGING TECHNOLOGY, INC. and CROWN CORK & SEAL USA, INC., <br><br>　　　　Plaintiffs/Counterclaim Defendants, <br><br>v. <br><br>REXAM BEVERAGE CAN COMPANY, <br><br>　　　　Defendant/Counterclaimant. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 05-608 (MPT)

### NOTICE OF APPEAL OF DEFENDANT <u>REXAM BEVERAGE CAN COMPANY</u>

Notice is hereby given that Rexam Beverage Can Company, defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Federal Circuit from the final judgment entered in this action on March 31, 2008 (Docket No. 392).

Defendant appeals from any and all orders and rulings made appealable by the final judgment entered March 31, 2008, including, but not limited to, that portion of the Court's Amended Order of July 30, 2007 (Docket No. 350) granting Crown's motion to dismiss Counterclaim I based on a failure to meet the requirements of 35 U.S.C. §287(a).

|  |  |
|---|---|
| *Of Counsel*:<br>George P. McAndrews<br>Steven J. Hampton<br>Gerald C. Willis<br>Paul W. McAndrews<br>McAndrews, Held & Malloy, Ltd.<br>500 W. Madison Street, Suite 3400<br>Chicago, IL 60601<br>312-775-8000<br><br>Dated: April 29, 2008 | */s/ Anne Shea Gaza*<br>Frederick L. Cottrell, III (#2555)<br>cottrell@rlf.com<br>Anne Shea Gaza (#4093)<br>gaza@rlf.com<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>302-651-7700<br>　*Attorneys for Defendant/Counterclaimant*<br>　*Rexam Beverage Can Co.* |

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2008, I caused to be served by electronic mail the foregoing document and electronically filed the same with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Barry M. Klayman, Esq.
> Wolf, Block, Schorr
>  and Solis-Cohen LLP
> Wilmington Trust Center
> 1100 North Market
> Street, Suite 1001
> Wilmington, DE  19801

I hereby certify that on April 29, 2008, I caused the foregoing document to be served via electronic mail and Federal Express on the following non-registered participants:

> Dale M. Heist, Esq.
> heist@woodcock.com
> Chad E. Ziegler, Esq.
> ziegler@woodcock.com
> Woodcock Washburn LLP
> Cira Centre
> 2929 Arch Street, 12th Floor
> Philadelphia, PA 19104-2891

/s/ Anne Shea Gaza
Anne Shea Gaza (#4093)
Gaza@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700