# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

### NOTICE OF DOCKETING

### 2008-1340 - CROWN PKG TECH V REXAM BEVERAGE

**Date of docketing**: 05/08/2008

**Appeal from**: United States District Court/ District of Delaware
case no. 05-CV-608

**Cross-appellant**(s): Rexam Beverage Can Co.



**Critical dates include:**
- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Settlement discussions. See Fed. Cir. R. 33.
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**
- Official caption to all.
- Entry of appearance form to all.
- Informal brief form to pro se appellants.

Jan Horbaly
Clerk

cc: US District Court, DE
Dale M. Heist
Gerald C. Willis, Jr.

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Revised: May 8, 2008

Official Caption[1]

2008-1284, -1340

CROWN PACKAGING TECHNOLOGY, INC.
and CROWN CORK & SEAL USA, INC.,

Plaintiffs-Appellants,

v.

REXAM BEVERAGE CAN CO.,

Defendant-Cross Appellant.

Appeals from the United States District Court for the District of Delaware in case no. 05-CV-608, Magistrate Judge Mary Pat Thynge.

Authorized Abbreviated Caption[2]

CROWN PKG TECH v REXAM BEVERAGE, 2008-1284, -1340

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.